# Exhibit A:

# Timeline of Events

| Date | Event(s) |
|---|---|
| July 15, 2010 | KSP/True the Vote filed Form 1023 (39 total pages). |
| January 2011 | KSP/True the Vote sought hardship status to expedite 501(c)3 determination. |
| February 15, 2011 | IRS sent Information Request #1, including 11 inquiries, signed by Defendant Susan Maloney. |
| March 7, 2011 | KSP/True the Vote sent Response #1 to IRS Inquiry Letter #1 (13 total pages). |
| March 8, 2011 | KSP/True the Vote sent Response #2 to IRS Inquiry Letter #1 (11 total pages). |
| May 16, 2011 | KSP/True the Vote sent the IRS an earnest and personal plea to expedite 501(c)3 application, signed by Catherine Engelbrecht, and directed to the attention of Defendant Ronald Bell. |
| October 12, 2011 | True the Vote's counsel, Cleta Mitchell, telephoned Defendant Bell to inquire about the status of True the Vote's application. |
| Nov. 8, 2011 | True the Vote sent a letter memorializing the phone call with Defendant Bell along with additional information and legal precedent (26 total pages). |
| February 8, 2012 | IRS sent Information Request #2, including at least 119 distinct inquiries, signed by Defendant Janine Estes. |
| March 20, 2012 | True the Vote sent a Response to Information Request #2 (583 total pages). |
| October 9, 2012 | IRS sent Information Request #3, with 15 inquiries, signed by Defendant Faye Ng. |
| Nov. 30, 2012 | True the Vote sent a Response to Information Request #3 (105 total pages). |