# Exhibit E:

# IRS Request for Information #3

# (October 9, 2012)

**Internal Revenue Service**
P.O. Box 2508
Cincinnati, OH 45201

**Department of the Treasury**

**Date:** October 9, 2012

**Employer Identification Number:**
 27-2860095
**Person to Contact – Group #:**
 Faye Ng – 7821
 ID# 0203259
**Contact Telephone Numbers:**
 513-263-3699   Phone
 513-263-3662   Fax

True the Vote, Inc.
C/o Cleta Mitchell, Esq.,
Foley & Lardner LLP
3000 K Street N.W., Suite 600
Washington, DC  20007-5109

**Response Due Date:**
 November 26, 2012

Dear Sir or Madam:

Thank you for the information recently submitted regarding your application for exemption. Unfortunately, we need more information before we can complete our consideration of your application.

Please provide the information requested on the enclosed Information Request by the response due date shown above.  Your response must be signed by an authorized person or an officer whose name is listed on the application.  Also, the information you submit should be accompanied by the following declaration:

> *Under penalties of perjury, I declare that I have examined this information, including accompanying documents, and, to the best of my knowledge and belief, the information contains all the relevant facts relating to the request for the information, and such facts are true, correct, and complete.*

If we approve your application for exemption, we will be required by law to make the application and the information that you submit in response to this letter available for public inspection. Please ensure that your response doesn't include unnecessary personal identifying information, such as bank account numbers or Social Security numbers, that could result in identity theft or other adverse consequences if publicly disclosed.  If you have any questions about the public inspection of your application or other documents, please call the person whose name and telephone number are shown above.

To facilitate processing of your application, please attach a copy of this letter and the enclosed Application Identification Sheet to your response and all correspondence related to your application.  This will enable us to quickly and accurately associate the additional documents with your case file.  Also, please note the following important response submission information:

- Please don't fax <u>and</u> mail your response.  Faxing and mailing your response will result in unnecessary delays in processing your application. Each piece of correspondence submitted (whether fax or mail) must be processed, assigned, and reviewed by an EO

Exhibit E, Page 1

Determinations specialist.

- Please don't fax your response multiple times. Faxing your response multiple times will delay the processing of your application for the reasons noted above.

- Please don't call to verify receipt of your response without allowing for adequate processing time. It takes a minimum of three workdays to process your faxed or mailed response from the day it is received.

If we don't hear from you by the response due date shown above, we will assume you no longer want us to consider your application for exemption and will close your case. As a result, the Internal Revenue Service will treat you as a taxable entity. If we receive the information after the response due date, we may ask you to send us a new application.

In addition, if you don't respond to the information request by the due date, we will conclude that you have not taken all reasonable steps to complete your application for exemption. Under Internal Revenue Code section 7428(b)(2), you must show that you have taken all the reasonable steps to obtain your exemption letter under IRS procedures in a timely manner and exhausted your administrative remedies before you can pursue a declaratory judgment. Accordingly, if you fail to timely provide the information we need to enable us to act on your application, you may lose your rights to a declaratory judgment under Code section 7428.

We have sent a copy of this letter to your representative as indicated in Form 2848, Power of Attorney and Declaration of Representative.

If you have any questions, please contact the person whose name and telephone number are shown in the heading of this letter.

Sincerely yours,

Faye Ng
Exempt Organizations Specialist

Enclosures: Information Request

Additional Information Requested:

1. The purpose clause on your amended Articles of Incorporation dated February 22, 2011 states the following:

   > Said organization is organized exclusively for charitable, religious, education, and scientific purposes, including, for such purposes, the making of distributions to organizations that qualify as exempt organizations under section 501(c)(3) of the Internal Revenue code, or corresponding section of any future federal tax code. The specific and primary purpose of the Corporation is to educate/inform and register voters **within the meaning of** Section 501(c)(3) of the Internal Revenue Code, or **any federal tax code and the Texas Tax Code, Section 11.18.**

   Your current amended purpose clause appears to permit you to operate for purposes beyond the scope of IRC 501(c)(3) exempt purposes. In order to meet the organizational test for exemption under section 501(c)(3) of the Code, please amend your Articles of Incorporation to state the following:

   > Said organization is organized exclusively for charitable, religious, education, and scientific purposes, including, for such purposes, the making of distributions to organizations that qualify as exempt organizations under section 501(c)(3) of the Internal Revenue code, or corresponding section of any future federal tax code. The specific and primary purpose of the Corporation is to educate/inform and register voters within the meaning of Section 501(c)(3) of the Internal Revenue Code, **or the corresponding section of any future federal tax code**.

   Please file the amendment to your Articles of Incorporation with the Secretary of State's office in the State of Texas and submit a complete copy of the approved amendment to us. The copy you submit to us must show that it has been properly filed and approved by your appropriate state agency.

2. You have submitted handouts on teambuilding and presentations used to mobilize and train your volunteers (including Tab 19 and Tab 20 of your response). However, we need additional information on the following:
   a. You indicated that your team builders will contact and speak with various groups to solicit for volunteers. Please provide a list of the names of the groups you have contacted to request an opportunity to speak with regarding your election integrity project.
   b. Please submit to us a copy of your volunteer registration form.
   c. On your presentation for Mobilization and Logistics Training, you mentioned that Command Center Coordinators are responsible for the handling of the Certificates of Appointments. Please describe in detail the responsibilities of your Command Center Coordinators with regard to the Certificates of Appointments for your poll watchers.
   d. Please describe how you partner with Local Parties, local Election Officials and other authorities to place your volunteers as poll workers or poll watchers.
   e. Please describe how your volunteers are deployed as election workers and poll watchers following the training they receive from you. Please describe the process you use to assign volunteers to perform as poll workers or poll watchers.
   f. Please describe how you keep your volunteers in teams within the assignment process.

3. Please provide a breakdown of the total number of volunteers you have trained as poll watchers that:
    i. were appointed by Democratic candidates or the Democratic Party,
    ii. were appointed by Republican candidates or the Republican Party,
    iii. were appointed by other candidates and other political parties (please specify the names the other parties).
4. Please provide a breakdown of the total number of volunteers you have trained as poll workers that:
    i. were appointed by the Democratic Party,
    ii. were appointed by the Republican Party,
    iii. were appointed by other political parties (please specify the names of the other parties)?
5. You stated that you share volunteers, office space, costs as well as directors and officers (including your executive director) with the King Street Patriots.
    a. Please state the amounts you pay for your portion of operational costs and for the sharing of directors and officers.
    b. Please describe how your portion of the costs was determined in your cost sharing arrangement with Street Patriots. Please provide any documentation you have, which demonstrates that your portion of operational costs (facility rental fees, other costs, and sharing of directors and officers) is reasonable including documentation of other facility space considered.

**PLEASE DIRECT ALL CORRESPONDENCE REGARDING YOUR CASE TO:**

| US Mail: | Street Address for Delivery Service: |
|---|---|
| Internal Revenue Service<br>Exempt Organizations<br>P. O. Box 2508<br>Cincinnati, OH 45201<br>ATT:   Faye Ng<br>         Room 4522<br>         Group 7821 | Internal Revenue Service<br>Exempt Organizations<br>550 Main St, Federal Bldg.<br>Cincinnati, OH 45202<br>ATT: Faye Ng<br>         Room 4522<br>         Group 7821 |

Letter 2382 (5-2011)
Catalog Number 57829T

Exhibit E, Page 4