UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRUE THE VOTE, INC., <br><br>     Plaintiff, <br><br>   *v.* <br><br><br> INTERNAL REVENUE SERVICE, et al., <br><br>     Defendant | Civil Action No. _____ <br><br> Judge _____ |

## MOTION FOR ADMISSION *PRO HAC VICE* OF ZACHARY S. KESTER

Pursuant to LCvR 83.2(d) of the United States District Court for the District of Columbia, Cleta Mitchell ("Movant"), a member of the Bar of this Court, and an attorney of record for Plaintiff True the Vote ("TTV") in this action, hereby moves for the admission *pro hac vice* of Zachary S. Kester, Esq. to participate in the action on behalf of TTV. In support of this motion, and as required by LCvR 83.2(d), Movant attaches hereto the declaration of Zachary S. Kester which demonstrates the following:

1. Mr. Kester is an attorney duly licensed to practice law.

2. Mr. Kester is the Managing Attorney at the ActRight Legal Foundation, with offices at 209 W. Main Street, Plainfield, IN 46168, telephone (317) 203-5599, email (zkester@actrightlegal.org).

3. Mr. Kester has been admitted to practice law in Indiana.

4. Mr. Kester has not been disciplined by any bar.

5. Mr. Kester has not sought *pro hac vice* admission in this Court in the last two years. This is Mr. Kester's first *pro hac vice* admission request in this Court.

6. Mr. Kester has associated with the undersigned, in Washington, D.C., who is

a member in good standing of the District of Columbia Bar and is admitted to practice before the United States District Court for the District of Columbia, and whose office is located at 3000 K Street, N.W., Suite 600, Washington, D.C. 20007-5109.

7. Movant is mindful of the meet and confer requirement in LCvR 7(m). However, Movant states that she has been unable to confer with counsel for defendants as no attorney or representative has yet appeared in this case given that the Complaint was filed on May 21, 2013. As is stated in the certificate of service, Movant caused a copy of this motion and supporting papers to be mailed via certified mail to Defendant Internal Revenue Service and Defendant United States. Movant will promptly inform the Court of any known opposition to this motion.

WHEREFORE, the undersigned respectfully moves this Court to admit Zachary S. Kester to practice before this Court *pro hac vice* and to appear as counsel for Plaintiff TTV.

* * *

Dated: May 21, 2013                                  Respectfully submitted,

                                                      /s/ *Cleta Mitchell*

Kaylan L. Phillips (D.C. Bar No. 1011583)*          Cleta Mitchell (D.C. Bar No. 433386)
Noel H. Johnson (Wisc. 1068004)*                    3000 K Street NW #600
Zachary S. Kester (Ind. 28630-49)                   Washington, DC 20007
ActRight Legal Foundation                            (202) 295-4081 (direct)
209 West Main Street                                 (202) 431-1950 (cell)
Plainfield, IN 46168                                 (202) 672-5399 (fax)
(317) 203-5599 (telephone)                           cmitchell@foley.com
(888) 815-5641 (fax)                                 *Lead Counsel for Plaintiff,*
kphillips@actrightlegal.org                          *True the Vote*
njohnson@actrightlegal.org
zkester@actrightlegal.org
*Counsel for Plaintiff*

John C. Eastman (Cal. 193726)*
Center for Constitutional Jurisprudence
c/o Chapman University School of Law
One University Drive
Orange, CA 92866
(877) 855-3330 (telephone and fax)
jeastman@chapman.edu
*Counsel for Plaintiff*

(*) *Pro hac vice* application filed simultaneously herewith.

## STATEMENT OF POINTS AND AUTHORITIES

1. LCvR 83.2(d).

2. LCvR 7(m).

3. FRCP 12(a)(2).

                                                /s/ *Cleta Mitchell*
                                                Cleta Mitchell

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TRUE THE VOTE, INC., <br><br> Plaintiff, <br><br> v. <br><br><br><br> INTERNAL REVENUE SERVICE, et al., <br><br> Defendants. | Civil Action No. _____ <br><br> Judge _____ |

**DECLARATION OF ZACHARY S. KESTER IN SUPPORT OF MOTION FOR**

**ADMISSION *PRO HAC VICE***

I, Zachary S. Kester, declare and state as follows:

1. I am over the age of eighteen years old. If called and sworn as a witness, I could competently testify to the matters states in this declaration as being true and correct based upon my personal knowledge of such matters.

2. I am an attorney duly licensed to practice law.

3. I am the Managing Attorney at the ActRight Legal Foundation, with offices at 209 W. Main Street, Plainfield, IN 46168, telephone (317) 203-5599, email (zkester@actrightlegal.org).

4. I have been admitted to practice law in Indiana.

5. I have not been disciplined by any bar.

6. I have not sought *pro hac vice* admission in this Court in the last two years. This is my first *pro hac vice* admission request in this Court.

7. I am associated with Cleta Mitchell who is a member in good standing of the District

of Columbia Bar and are admitted to practice before the United States District Court for the District of Columbia, and whose offices are located at 3000 K Street, N.W., Suite 600, Washington, D.C. 20007-5109.

8. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

May 20th, 2013

_____
Zachary S. Kester

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRUE THE VOTE, INC.,**<br><br>                                        *Plaintiff*,<br><br>v.<br><br>**INTERNAL REVENUE SERVICE**, **et al.,**<br><br>                                        *Defendants*. | Civ. No. 13-_____ |

## Certificate of Service for Motion for Admission *Pro Hac Vice*

I hereby certify that on May 21, 2013, I caused the Motion for Admission *Pro Hac Vice* for Zachary S. Kester to be filed with the United States District Court for the District of Columbia by using the court's CM/ECF system.

I further certify that I caused a copy of the same motion to be served upon the following counsel via U.S. Certified Mail unless otherwise indicated below:

**UNITED STATES OF AMERICA**

**INTERNAL REVENUE SERVICE**

**STEVEN T. MILLER**, in his official capacity as Acting Commissioner of the Internal Revenue Service,

Ronald C. Machen, Jr.
United States Attorney for the District of Columbia,
United States Attorney's Office
ATTN: Civil Process Clerk
555 4th Street, NW
Washington, DC 20530

Eric H. Holder
Attorney General for the United States
Department of Justice

Room B-103
950 Pennsylvania Ave. NW
Washington DC 20530-0001

*Copy sent to*
Internal Revenue Service
1111 Constitution Avenue, N.W.
Washington, DC 20224


Dated: May 21, 2013

                                                    s/ Cleta Mitchell
                                            Cleta Mitchell (D.C. 433386)
                                            cmitchell@foley.com
                                            *Lead Counsel for Plaintiff*