UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRUE THE VOTE, INC.,

    Plaintiff,

  v.

INTERNAL REVENUE SERVICE, et al.,

    Defendant

Civil Action No. 1:13-cv-00734

**Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:**

I, the undersigned, counsel of record for Plaintiff True the Vote, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Plaintiff True the Vote which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: May 21, 2013

Respectfully submitted,

/s/ *Cleta Mitchell*

Kaylan L. Phillips (D.C. Bar No. 1011583)*
Noel H. Johnson (Wisc. 1068004)*
Zachary S. Kester (Ind. 28630-49)*
ActRight Legal Foundation
209 West Main Street
Plainfield, IN 46168
(317) 203-5599 (telephone)
(888) 815-5641 (fax)
kphillips@actrightlegal.org
njohnson@actrightlegal.org
zkester@actrightlegal.org
*Counsel for Plaintiff*

Cleta Mitchell (D.C. Bar No. 433386)
3000 K Street NW #600
Washington, DC 20007
(202) 295-4081 (direct)
(202) 431-1950 (cell)
(202) 672-5399 (fax)
cmitchell@foley.com
*Lead Counsel for Plaintiff,*
*True the Vote*

John C. Eastman (Cal. 193726)*
Center for Constitutional Jurisprudence
c/o Chapman University School of Law
One University Drive
Orange, CA 92866
(877) 855-3330 (telephone and fax)
jeastman@chapman.edu
*Counsel for Plaintiff*

(*) *Pro hac vice* application filed simultaneously herewith.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRUE THE VOTE, INC.,**<br><br>    *Plaintiff*,<br><br>    v.<br><br>**INTERNAL REVENUE SERVICE**, et al.,<br><br>    *Defendants*. | Civil Action No. 1:13-cv-00734 |

## Certificate of Service for Corporate Disclosure Statement

I hereby certify that on May 21, 2013, I caused the Certificate required by LCvR 7.1 of the Local Rules to be filed with the United States District Court for the District of Columbia by using the court's CM/ECF system.

I further certify that I caused a copy of the same Certificate to be served upon the following counsel via U.S. Certified Mail unless otherwise indicated below:

**UNITED STATES OF AMERICA**

**INTERNAL REVENUE SERVICE**

**STEVEN T. MILLER**, in his official capacity as Acting Commissioner of the Internal Revenue Service,

Ronald C. Machen, Jr.
United States Attorney for the District of Columbia,
United States Attorney's Office
ATTN: Civil Process Clerk
555 4th Street, NW
Washington, DC 20530

Eric H. Holder
Attorney General for the United States
Department of Justice

Room B-103
950 Pennsylvania Ave. NW
Washington DC 20530-0001

*Copy sent to*
Internal Revenue Service
1111 Constitution Avenue, N.W.
Washington, DC 20224


Dated: May 21, 2013

                                                 s/ Cleta Mitchell
                                                 Cleta Mitchell (D.C. 433386)
                                                 cmitchell@foley.com
                                                 *Lead Counsel for Plaintiff*