AO 440 (Rev. 12/09; DC 03/10)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | |
|---|---|
| True the Vote | ) |
| _Plaintiff_ | ) |
| v. | ) |
| IRS, et al. | ) |
| _Defendant_ | ) |

Civil Action No.   13-734   (RBW)

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Steven T. Miller, in his official capacity as Acting Commissioner of the
Internal Revenue Service and in his individual capacity
1111 Constitution Avenue, N.W.
Washington, D.C. 20224

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   True the Vote, Inc.
c/o ActRight Legal Foundation
209 W. Main Street
Plainfield, IN 46168

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date:  5/21/2013

/s/  Sherryl  Horn
_Signature of Clerk or Deputy Clerk_

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

True the Vote, Inc.        )
              )
              )
              )
      **Plaintiff**       )
              )  **Case No.: 13-734 (RBW)**
              )
        **v.**        )
Internal Revenue Service, et al.     )
              )
              )
      **Defendant(s)**     )

## AFFIDAVIT OF SERVICE

I, Frederick Parsons, Jr., a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years, am not a party to or otherwise interested in this action.

That I having been duly authorized to make service of the Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Verified Complaint for Declaratory Judgment, Declaratory and Injunctive Relief and Damages with Exhibits; and Certificate Required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia in the above entitled case.

That on May 22, 2013 at 7:35 PM, I served the Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Verified Complaint for Declaratory Judgment, Declaratory and Injunctive Relief and Damages with Exhibits; and Certificate Required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia on Steven T. Miller, in his official capacity as Acting Commissioner of the Internal Revenue Service and in his individual capacity at at 5006 Elsmere Place, Bethesda, Maryland 20814 by serving Louise Craner, wife of Steven T. Miller, in his official capacity as Acting Commissioner of the Internal Revenue Service and in his individual capacity, a person of suitable age and discretion, who stated that he/she resides therein with the defendant.

Louise Craner is described herein as:
Gender: Female  Race/Skin: White  Hair: Blonde  Age: 54  Height: 5'6"  Weight: 125

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

ID: 13-091995                          Client Reference: 999700-0406

Executed on: 5.24.13

Frederick Parsons, Jr.
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 13-091995

Client Reference: 999700-0406

AO 440 (Rev. 12/09; DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| True the Vote, Inc. | ) |
| --- | --- |
| *Plaintiff* | ) ) ) |
| v. | ) Civil Action No.  13-734  (RBW) |
| IRS, et al. | ) ) ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Lois Lerner
6610 Fernwood Ct.
Bethesda, MD 20817

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

True the Vote, Inc.
c/o ActRight Legal Foundation
209 West Main Street
Plainfield, IN 46168

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 5/21/2013



/s/  Sherryl  Horn

*Signature of Clerk or Deputy Clerk*

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| True the Vote, Inc. | ) |
| | ) |
| | ) |
| **Plaintiff** | ) |
| | ) **Case No.: 13-734 (RBW)** |
| **v.** | ) |
| Internal Revenue Service, et al. | ) |
| | ) |
| | ) |
| **Defendant(s)** | ) |

### AFFIDAVIT OF SERVICE

I, Frederick Parsons, Jr., a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Verified Complaint for Declaratory Judgment, Declaratory and Injunctive Relief and Damages with Exhibits; and Certificate Required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia in the above entitled case.

That I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

That on May 24, 2013 at 10:15 AM, I served Lois Lerner with the Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Verified Complaint for Declaratory Judgment, Declaratory and Injunctive Relief and Damages with Exhibits; and Certificate Required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia at 6610 Fernwood Court, Bethesda, Maryland 20817 by serving Lois Lerner, personally.

Lois Lerner is described herein as:
Gender: Female    Race/Skin: White    Hair: Light Brown    Age: 52    Height: 5'5"    Weight: 125

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

**5.24.13**
Executed on:

Frederick Parsons, Jr.
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 13-091997

Client Reference: 999700-0406

AO 440 (Rev. 12/09; DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | | |
|---|---|---|
| True the Vote | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No. 13-734 (RBW) |
| IRS, et al. | ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Douglas H. Shulman
Testifying at the House Committee on Oversight and Government Reform
Rayburn House Office Building, Room 2154
Washington, DC 20515


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     True the Vote, Inc.
c/o ActRight Legal Foundation
209 W. Main Street
Plainfield, IN 46168


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


_ANGELA D. CAESAR, CLERK OF COURT_

Date:  5/21/2013



/s/  Sherryl Horn
_Signature of Clerk or Deputy Clerk_

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| True the Vote, Inc. | ) |
| | ) |
| | ) |
| | ) |
| **Plaintiff** | ) |
| | )   **Case No.: 13-734 (RBW)** |
| **v.** | ) |
| Internal Revenue Service, et al. | ) |
| | ) |
| | ) |
| **Defendant(s)** | ) |

### AFFIDAVIT OF SERVICE

I, Robert Proffitt, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Verified Complaint for Declaratory Judgment, Declaratory and Injunctive Relief and Damages with Exhibits; and Certificate Required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia in the above entitled case.

That I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

That on May 23, 2013 at 1:20 PM, I served Douglas H. Shulman with the Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Verified Complaint for Declaratory Judgment, Declaratory and Injunctive Relief and Damages with Exhibits; and Certificate Required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia at Williams & Connolly LLP, 725 12th Street, NW, Washington, DC 20005 by serving Emmett T. Flood, Partner, authorized to accept.

Emmett T. Flood is described herein:
Gender: Male    Race/Skin: White    Hair: Gray    Age: 58    Height: 5'10"    Weight: 195

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

5/24/13

Executed on:

Robert Proffitt
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 13-091996

Client Reference: 999700-0406

AO 440 (Rev. 12/09; DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| True the Vote | ) |
| ———————————— | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No.   13-734   (RBW) |
| IRS, et al. | ) |
| ———————————— | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   UNITED STATES OF AMERICA
                                         Ronald C. Machen, Jr.
                                         United States Attorney for the District of Columbia,
                                         United States Attorney's Office
                                         ATTN: Civil Process Clerk
                                         555 4th Street, N.W.
                                         Washington, D.C. 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   True the Vote, Inc.
                                         c/o ActRight Legal Foundation
                                         209 W. Main Street
                                         Plainfield, IN 46168

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*



Date:   5/21/2013                    /s/   Sherryl   Horn
                                         *Signature of Clerk or Deputy Clerk*

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

True the Vote, Inc.                          )
                                             )
                                             )
                                             )
                            Plaintiff         )   Case No.: 13-734 (RBW)
                                             )
                    v.                        )
Internal Revenue Service, et al.             )
                                             )
                                             )
                                             )
                         Defendant(s)         )

## AFFIDAVIT OF SERVICE

I, Ambiko Guice, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Verified Complaint for Declaratory Judgment, Declaratory and Injunctive Relief and Damages with Exhibits; and Certificate Required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia in the above entitled case.

That I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

That on May 22, 2013 at 4:52 PM, I served United States of American c/o Ronald C. Machen, Jr., United States Attorney for the District of Columbia with the Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Verified Complaint for Declaratory Judgment, Declaratory and Injunctive Relief and Damages with Exhibits; and Certificate Required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia at United States Attorney's Office, Civil Process Clerk, 501 3rd Street, NW, Washington, DC 20530 by serving Reginald Rowland, Paralegal, authorized to accept.

Reginald Rowland is described herein:
Gender: Male    Race/Skin: Black    Hair: Black    Age: 39    Height: 6'2"    Weight: 230

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

5-24-13
Executed on:                                Ambiko Guice
                                            CAPITOL PROCESS SERVICES, INC.
                                            1827 18th Street, NW
                                            Washington, DC 20009-5526
                                            (202) 667-0050

ID: 13-091991                                              Client Reference: 999700-0406

AO 440 (Rev. 12/09; DC 03/10)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| True the Vote, Inc. | ) | |
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  13-734  (RBW) |
| IRS, et al. | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    JANINE L. ESTES
10 Arbor Cir., #1018
Cincinnati, OH 45255

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

True the Vote, Inc.
c/o ActRight Legal Foundation
209 West Main Street
Plainfield, IN 46168

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date:  5/21/2013    /s/  Sherryl Horn
*Signature of Clerk or Deputy Clerk*

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| True the Vote, Inc. | ) |
| | ) |
| | ) |
| | ) |
| **Plaintiff** | ) |
| | ) Case No.: 13-734 (RBW) |
| **v.** | ) |
| Internal Revenue Service, et al. | ) |
| | ) |
| | ) |
| **Defendant(s)** | ) |

## <u>AFFIDAVIT OF SERVICE</u>

I, Antonio M. Green, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years, am not a party to or otherwise interested in this action.

That I having been duly authorized to make service of the Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Verified Complaint for Declaratory Judgment, Declaratory and Injunctive Relief and Damages with Exhibits; and Certificate Required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia in the above entitled case.

That on May 29, 2013 at 1:40 PM, I served the Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Verified Complaint for Declaratory Judgment, Declaratory and Injunctive Relief and Damages with Exhibits; and Certificate Required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia on Janine L. Estes at at 8956 Richmond Road, Union, Kentucky 41091 by serving Joseph Estes, husband of Janine L. Estes, a person of suitable age and discretion, who stated that he/she resides therein with the defendant.

Joseph Estes is described herein as:
Gender: Male    Race/Skin: White    Hair: Brown    Age: 45-50    Height: 5'8"    Weight: 180

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

_05/29/13_
Executed on:

Antonio M. Green
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 13-091999

Client Reference: 999700-0406

AO 440 (Rev. 12/09; DC 03/10)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| True the Vote, Inc. | ) | |
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:13-cv-00734-RBW |
| IRS, et al. | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Faye Ng
6568 Pepperell Lane
Cincinnati, OH 45236

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

True the Vote, Inc.
c/o ActRight Legal Foundation
209 West Main Street
Plainfield, IN 46168

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____5/23/13_____          /s/ T. Davis
                                                    *Signature of Clerk or Deputy Clerk*

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| True the Vote, Inc. | ) |
| | ) |
| | ) |
| | ) |
| **Plaintiff** | ) Case No.: 13-734 (RBW) |
| | ) |
| **v.** | ) |
| Internal Revenue Service, et al. | ) |
| | ) |
| | ) |
| **Defendant(s)** | ) |

## AFFIDAVIT OF SERVICE

I, Antonio M. Green, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years, am not a party to or otherwise interested in this action.

That I having been duly authorized to make service of the Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Verified Complaint for Declaratory Judgment, Declaratory and Injunctive Relief and Damages with Exhibits; and Certificate Required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia in the above entitled case.

That on May 29, 2013 at 3:18 PM, I served the Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Verified Complaint for Declaratory Judgment, Declaratory and Injunctive Relief and Damages with Exhibits; and Certificate Required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia on Faye Ng at at 6568 Pepperell Lane, Cincinnati, Ohio 45236 by serving Colin Ho, husband of Faye Ng, a person of suitable age and discretion, who stated that he/she resides therein with the defendant.

Colin Ho is described herein as:
Gender: Male    Race/Skin: Asian    Hair: Black    Age: 50    Height: 5'7"    Weight: 150

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

_05/29/13_
Executed on:

Antonio M. Green
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 13-092000

Client Reference: 999700-0406

AO 440 (Rev. 12/09; DC 03/10)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| True the Vote, Inc. | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:13-cv-00734-RBW |
| IRS, et al. | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Ronald Bell
ID # 31185
Internal Revenue Service
PO Box 2508
Cincinnati, OH  45201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

True the Vote, Inc.
c/o ActRight Legal Foundation
209 West Main Street
Plainfield, IN 46168

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date:   5/23/13   _____    /s/ T. Davis
_____
*Signature of Clerk or Deputy Clerk*

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

True the Vote, Inc.                         )
                                            )
                                            )
                                            )
                    **Plaintiff**           )  Case No.: 13-734 (RBW)
                                            )
            *v.*                            )
Internal Revenue Service, et al.            )
                                            )
                                            )
                    **Defendant(s)**        )
                                            )

## AFFIDAVIT OF SERVICE

I, Antonio M. Green, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Verified Complaint for Declaratory Judgment, Declaratory and Injunctive Relief and Damages with Exhibits; and Certificate Required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia in the above entitled case.

That I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

That on June 05, 2013 at 7:30 AM, I served Ronald Bell, in his individual capacity with the Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Verified Complaint for Declaratory Judgment, Declaratory and Injunctive Relief and Damages with Exhibits; and Certificate Required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia at 929 Main Street, Covington, Kentucky 41011 by serving Ronald Bell, in his individual capacity, personally.

Ronald Bell, in his individual capacity is described herein as:
Gender: Male   Race/Skin: White   Hair: Grey   Age: 55   Height: 5'7"   Weight: 180

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.


__06/05/13__
Executed on:

Antonio M. Green
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 13-092001

Client Reference: 999700-0406

AO 440 (Rev. 12/09; DC 03/10)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| True the Vote, Inc. | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No. 13-734 (RBW) |
| IRS, et al. | ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

> Susan Maloney
> 4753 Summerside Rd.
> Cincinnati, OH 45244

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> True the Vote, Inc.
> c/o ActRight Legal Foundation
> 209 West Main Street
> Plainfield, IN 46168

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date: 5/21/2013

/s/  Sherryl  Horn
_____
_Signature of Clerk or Deputy Clerk_

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

True the Vote, Inc.                          )
                                             )
                                             )
                                             )
                    **Plaintiff**            )   **Case No.: 13-734 (RBW)**
                                             )
              **v.**                         )
Internal Revenue Service, et al.             )
                                             )
                                             )
                    **Defendant(s)**         )

### AFFIDAVIT OF SERVICE

I, Gary U. Neville, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; Verified Complaint for Declaratory Judgment, Declaratory and Injunctive Relief and Damages with Exhibits; and Certificate Required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia in the above entitled case.

That I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

That on May 23, 2013 at 8:30 PM, I served Susan Maloney with the Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; Verified Complaint for Declaratory Judgment, Declaratory and Injunctive Relief and Damages with Exhibits; and Certificate Required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia at 4753 Summerside Road, Cincinnati, Ohio 45244 by serving Susan Maloney, personally.

Susan Maloney is described herein as:
Gender: Female    Race/Skin: White    Hair: Grey    Age: 60's    Height: 5'8"    Weight: 155

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

**5-24-13**
Executed on:

_Gary U. Neville_
Gary U. Neville
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 13-091998                                          Client Reference: 999700-0406

AO 440 (Rev. 12/09; DC 03/10)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| True the Vote | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No.   `13-734 (RBW)` |
| Internal Revenue Service, et al. | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Internal Revenue Service
1111 Constitution Avenue, N.W.
Washington, D.C. 20224

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   True the Vote, Inc.
c/o ActRight Legal Foundation
209 W. Main Street
Plainfield, IN 46168

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:  ___5/21/2013___         /s/  Sherryl Horn
                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09; DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | | |
|---|---|---|
| True the Vote | ) | |
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 13-734 (RBW) |
| IRS, et al. | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   UNITED STATES OF AMERICA
Eric H. Holder
Attorney General for the United States
Department of Justice
Room B-103
950 Pennsylvania Ave. N.W.
Washington D.C. 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   True the Vote, Inc.
c/o ActRight Legal Foundation
209 W. Main Street
Plainfield, IN 46168

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date:   5/21/2013          /s/   Sherryl Horn
_____          _____
                                 *Signature of Clerk or Deputy Clerk*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **TRUE THE VOTE, INC.,** | |
| *Plaintiff,* | Civ. No. 1:13-cv-00734-RBW |
| *v.* | |
| **INTERNAL REVENUE SERVICE**, **UNITED STATES OF AMERICA**, **STEVEN T. MILLER**, in his official capacity as Acting Commissioner of the Internal Revenue Service and in his individual capacity, **DOUGLAS H. SHULMAN**, in his individual capacity, **LOIS LERNER**, in her individual capacity, **SUSAN MALONEY**, in her individual capacity, **RONALD BELL**, in his individual capacity, **JANINE L. ESTES**, in her individual capacity, **FAYE NG**, in her individual capacity, and **UNKNOWN NAMED EMPLOYEES OF THE INTERNAL REVENUE SERVICE**, in their individual capacities, | |
| *Defendants.* | |

## AFFIDAVIT FOR SERVICE

STATE OF INDIANA          )
                                              ) ss.
COUNTY OF HENDRICKS  )

     I, Noel H. Johnson, being first duly sworn on oath, swear that on the 21st day of May, 2013, served the following:

1. Summon;
2. Verified Complaint for Declaratory Judgment, Declaratory and Injunctive Relief and Damages;
3. Civil Cover Sheet;
4. Summonses for Douglas H. Shulman, Internal Revenue Service, Janine L. Estes, Lois Lerner, Steven T. Miller, Susan Maloney, and the United States of America
5. Motions for Admission Pro Hac Vice for John C. Eastman, Kaylan L. Phillips, Noel H. Johnson and Zachary S. Kester; and
6. Corporate Disclosure Statement

1

on the following, by mailing a true and correct copy thereof, by first class mail and U.S. *Certified Mail* prepaid, and by depositing same at the United States Post Office in Mooresville, Indiana, and directed to the following at their last known addresses:

**UNITED STATES OF AMERICA**

Ronald C. Machen, Jr.
United States Attorney for the District of Columbia,
United States Attorney's Office
ATTN: Civil Process Clerk
555 4th Street, NW
Washington, DC 20530

Eric H. Holder
Attorney General for the United States
Department of Justice
Room B-103
950 Pennsylvania Ave. NW
Washington DC 20530-0001

**INTERNAL REVENUE SERVICE**

Ronald C. Machen, Jr.
United States Attorney for the District of Columbia,
United States Attorney's Office
ATTN: Civil Process Clerk
555 4th Street, NW
Washington, DC 20530

Eric H. Holder
Attorney General for the United States
Department of Justice
Room B-103
950 Pennsylvania Ave. NW
Washington DC 20530-0001

Internal Revenue Service
1111 Constitution Avenue, N.W.
Washington, DC 20224

**STEVEN T. MILLER**, in his official capacity as Acting Commissioner of the Internal Revenue Service,

Ronald C. Machen, Jr.
United States Attorney for the District of Columbia,

2

United States Attorney's Office
ATTN: Civil Process Clerk
555 4th Street, NW
Washington, DC 20530

Eric H. Holder
Attorney General for the United States
Department of Justice
Room B-103
950 Pennsylvania Ave. NW
Washington DC 20530-0001

Steven T. Miller
Acting Commissioner of the Internal Revenue Service
Room 3000 IR
1111 Constitution Avenue, N.W.
Washington, DC 20224

Dated: May 21, 2013

Noel H. Johnson

Subscribed and affirmed to before me
this 21st day of May, 2013,

Shawna Powell
Notary Public

SHAWNA LYNNE POWELL
Notary Public, State of Indiana
Hendricks County
Commission # 635189
My Commission Expires
May 07, 2020

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 20, 2013, I caused the Affidavits of Service for all defendants to be filed with the United States District Court for the District of Columbia via the Court's CM/ECF system.

I further certify that I caused a true and correct copy of the foregoing affidavits to be served upon the following at their last known addresses via U.S. Certified Mail:


**INTERNAL REVENUE SERVICE**

**UNITED STATES OF AMERICA**

**STEVEN T. MILLER**, in his official capacity as Acting Commissioner of the Internal Revenue Service,

Eric H. Holder
Attorney General for the United States
Department of Justice
Room B-103
950 Pennsylvania Ave. NW
Washington DC 20530-0001

Ronald C. Machen, Jr.
United States Attorney for the District of Columbia,
United States Attorney's Office
ATTN: Civil Process Clerk
555 4th Street, NW
Washington, DC 20530

**STEVEN T. MILLER**, in his individual capacity,
5006 Elsmere Place,
Bethesda, MD 20814

**LOIS LERNER**,
6610 Fernwood Court,
Bethesda, MD 20817

**DOUGLAS H. SHULMAN**,[1]
2706 36th Street, N.W.,
Washington, DC 20007

**SUSAN MALONEY**,
4753 Summerside Road,
Cincinnati, OH 45244

**RONALD BELL**
929 Main Street,
Covington, KY 41011

**JANINE L. ESTES**
8956 Richmond Road,
Union, KY 41091

**FAYE NG**
6568 Pepperell Lane,
Cincinnati, OH 45236

**Commissioner of the Internal Revenue Service**
1111 Constitution Ave, NW
Washington, DC 20224

**INTERNAL REVENUE SERVICE**
1111 Constitution Ave, NW
Washington, DC 20224


Dated: June 20, 2013                    /s/ Kaylan L. Phillips
                                        Kaylan L. Phillips
                                        kphillips@actrightlegal.org
                                        *Counsel for Plaintiffs*

---

[1]  Mr. Shulman was served at the office of a known counsel. No counsel has made an appearance in this case. However, I certify that I caused a true and correct copy of the foregoing affidavits to be served on Mr. Shulman at his last known address and at the office of this known counsel: Emmett T. Flood, Williams & Connolly LLP, 725 12th Street, NW, Washington, DC 20005.

2