IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TRUE THE VOTE, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, *et al.*, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 1:13-cv-00734-RBW |

## DECLARATION OF CHRISTOPHER D. BELEN

I, Christopher D. Belen, pursuant to 28 U.S.C. § 1746, declare and state:

1. I am an attorney in the Tax Division of the United States Department of Justice, where I have been employed for more than three years. I am one of the attorneys assigned to the above-captioned case, and I have personal knowledge of the matters set forth in this declaration.

2. The Department of Justice has received requests for legal representation from all individually named defendants in the above-captioned case. The decision of whether the Department will provide legal representation to the defendants named in their individual capacities will be made after a review by the Department's Civil Division, in accordance with 28 C.F.R. § 50.15.

3. The Civil Division is currently evaluating whether the Department will represent some, all, or none of the individual defendants in this case.

4. Because of the issues involved in this case — including ongoing congressional and criminal investigations and the number of individually named defendants — the determination of whether the Department will represent the individual defendants is complicated



10231204.1

and requires careful consideration. The Civil Division has advised the Tax Division that a 60-day extension likely will provide enough time for it to make a proper determination regarding the requests for representation for all of the individual defendants and, if the Department decides not to represent all of the individual defendants, for those individuals to secure private counsel.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 16th day of July 2013.

_____
Christopher D. Belen

10231204.1