IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRUE THE VOTE, INC.,

    Plaintiff,

v.

INTERNAL REVENUE SERVICE, *et al.*,

    Defendants.

Civil Action No. 1:13-cv-00734

### DECLARATION OF THOMAS J. KANE,
### ACTING DEPUTY ASSOCIATE CHIEF COUNSEL
### (PROCEDURE AND ADMINISTRATION)

I, Thomas J. Kane, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I am over 18 years of age and am competent to testify to the facts stated below.

2. I am currently employed as the Acting Deputy Associate Chief Counsel (Procedure and Administration) with the Office of Chief Counsel for the Internal Revenue Service.

3. As part of my duties, within the Office of Chief Counsel I have been assigned primary responsibility to coordinate matters related to the current issues involving the Internal Revenue Service's review of tax exempt organizations.

4. As part of my duties, I have been tasked with providing documents in response to Congressional requests that may also relate to matters being investigated by the Treasury



742424.1

Inspector General for Tax Administration, the Federal Bureau of Investigation and the Department of Justice. In addition, I have been delegated the primary responsibility to gather the information necessary for the United States to defend itself in the above-captioned matter.

5.  To date, the Internal Revenue Service has received over 35 formal Congressional requests for information, almost all of which contain multiple requests for document production. In addition to these 35 plus formal Congressional requests, the Internal Revenue Service has received numerous informal Congressional requests for information and QFRs (questions for the record arising from hearings conducted to date that relate to the Internal Revenue Service's review of tax exempt organizations).

6.  To respond to these requests, the Office of Chief Counsel has assembled a 19-member technology and support team comprised of employees of the Office of Chief Counsel and the Internal Revenue Service dedicated to the processing of data collected to respond to these requests. That data must then be reviewed by approximately 80 employees of the Office of Chief Counsel for responsiveness, privileges, taxpayer information protected by Section 6103 of the Internal Revenue Code, FOIA exemptions, and other issues.

7.  To date, the Internal Revenue Service has collected information from over 115 custodians who may have information responsive to the requests referenced in paragraph 5, including those pertaining to this litigation.

8.  Given the sensitive nature of the investigations referred to in paragraph 4, the Internal Revenue Service is not permitted to disclose requests made or information produced to the Treasury Inspector General for Tax Administration, the Federal Bureau of Investigation or

the Department of Justice, other than noting that extensive resources have been dedicated to the task.

9.  The information and documents necessary to defend the Government's interest in the above-captioned case will include, at least in part, a subset of the material now being assembled in response to the Congressional and other investigations described above. Distilling that subset of material from the larger whole is necessarily a time-consuming and inefficient process, but one that the Internal Revenue Service is diligently pursuing. Because of this on-going work and the substantial resources committed to it, the Service will not be in a position to analyze the information related to the allegations contained in the complaint and provide its views on those allegations to the Department of Justice attorneys responsible for preparing the Government's answer for at least 60 days from the date of this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15 day of July, 2013.

_____
THOMAS J. KANE