# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TRUE THE VOTE, INC. ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:13-cv-00734-RBW |
| UNITED STATES OF AMERICA, *et al.*, ) | |
| Defendants. ) | |

## ORDER

This matter comes before the Court on the United States of America's Motion and Memorandum of Law for an Extension of Time to Respond to the Complaint. Upon consideration of the United States' motion, the declarations in support thereof, any response to the motion, the applicable law, the entire record herein, and for good cause shown, it is hereby:

ORDERED that the United States' Motion and Memorandum of Law for an Extension of Time to Respond to the Complaint is GRANTED; it is further

ORDERED that the United States, the Internal Revenue Service, and all individually named defendants in this action have until September 20, 2013 to file a responsive pleading to Plaintiff's Complaint.

**SO ORDERED.**

_____
THE HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE