**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|   |   |
|---|---|
| TRUE THE VOTE, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:13-cv-00734-RBW |

## NOTICE OF ENTRY OF APPEARANCE OF JOSEPH A. SERGI

Please enter the appearance of Joseph A. Sergi as additional counsel on behalf of Defendant United States of America and federal defendants sued in their official capacity.

DATED: July 17, 2013

                                                Respectfully submitted,

                                                KATHRYN KENEALLY
                                                Assistant Attorney General, Tax Division

                                                /s/ Joseph A. Sergi
                                                JOSEPH A. SERGI (DC 480837)
                                                Senior Litigation Counsel
                                                U.S. Department of Justice, Tax Division
                                                555 4th Street, N.W., JCB 7207
                                                Washington, D.C.  20001
                                                (202) 305-0868
                                                (202) 307-2504 (FAX)
                                                Joseph.A.Sergi@usdoj.gov

Of Counsel:
RONALD C. MACHEN, JR. (DC 447889)
United States Attorney

                                                ATTORNEYS FOR THE UNITED STATES

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| TRUE THE VOTE, INC. | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:13-cv-00734-RBW |
| UNITED STATES OF AMERICA, *et al.*, | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2013, I caused the Notice of Entry of Appearance of Joseph A. Sergi in the above-captioned matter to be filed with the United States District Court for the District of Columbia via the Court's CM/ECF system.

/s/ Joseph A. Sergi
JOSEPH A. SERGI