# Exhibit G:

# Letter from Office of the Taxpayer Advocate to United States Senator John Cornyn



THE OFFICE OF THE TAXPAYER ADVOCATE OPERATES INDEPENDENTLY OF ANY OTHER IRS OFFICE AND REPORTS DIRECTLY TO CONGRESS THROUGH THE NATIONAL TAXPAYER ADVOCATE.

YOUR VOICE AT THE IRS

1919 Smith Street, MC 1005 HOU
Houston, TX 77002

OCT 27 2011                                                            OCT 31 2011

The Honorable John Cornyn
Member, United States Senate
5001 Spring Valley Road, Suite 1125E
Dallas, TX 75244

FILE COPY

Attn: Michael Johnson

Dear Senator Cornyn:

This is in response to your inquiry dated January 5, 2011, made on behalf of your constituent Ms. Catherine Engelbrecht for True the Vote. She is concerned that the organization's application for exempt status has not been approved.

I apologize that a determination has not yet been made on the application for exempt status. We did contacted Internal Revenue Agent Ronald Bell in Cincinnati, Ohio, who is assigned to the case. He is waiting for a determination from their office in Washington DC. Mr. Bell is unable to give us a timeframe on when the determination will be made.

I hope this information is helpful in responding to Ms. Engelbrecht. If you have further questions, please contact me at (713) 209-4800, or a member of your staff may contact Case Advocate Alesia Brantley, Identification Badge No. 0325764 at (713) 209-4785.

Sincerely,

for Delia A. Lucas
Local Taxpayer Advocate

Exhibit G, Page 1