UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRUE THE VOTE, INC.,**<br><br>*Plaintiff*,<br><br>v.<br><br>**INTERNAL REVENUE SERVICE**, *et al.,*<br><br>*Defendants*. | Civ. No. 1:13-cv-00734-RBW |

### CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2013, I caused the First Amended Complaint and the exhibits thereto, to be filed with the United States District Court for the District of Columbia via the Court's CM/ECF system, which will notify the following CM/ECF participants:

Joseph A. Sergi,    Joseph.A.Sergi@usdoj.gov
Grover Hartt, III,    grover.hartt@usdoj.gov
*Counsel for the United States and federal defendants sued in their official capacity*.

I further certify that on July 22, 2013 I caused a true and correct copy of the foregoing to be served upon the following at their last known addresses via U.S. Certified Mail:

**STEVEN T. MILLER**, in his individual capacity,
5006 Elsmere Place,
Bethesda, MD 20814

**LOIS LERNER**,
6610 Fernwood Court,
Bethesda, MD 20817

1

**DOUGLAS H. SHULMAN**,[1]

2706 36th Street, N.W.,
Washington, DC 20007

**SUSAN MALONEY**,

4753 Summerside Road,
Cincinnati, OH 45244

**RONALD BELL**

929 Main Street,
Covington, KY 41011

**JANINE L. ESTES**

8956 Richmond Road,
Union, KY 41091

**FAYE NG**

6568 Pepperell Lane,
Cincinnati, OH 45236


Dated: July 22, 2013

                                                  s/ Cleta Mitchell
                                                  Cleta Mitchell
                                                  *Counsel for Plaintiffs*

---

[1] I certify that I caused a true and correct copy of the foregoing to be served on Mr. Shulman at his last known address and at the office of a known counsel that has not appeared in this case: Emmett T. Flood, Williams & Connolly LLP, 725 12th Street, NW, Washington, DC 20005.