IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRUE THE VOTE, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:13-cv-00734-RBW |

### SECOND DECLARATION OF CHRISTOPHER D. BELEN

I, Christopher D. Belen, pursuant to 28 U.S.C. § 1746, declare and state:

1. I am an attorney in the Tax Division of the United States Department of Justice, where I have been employed for more than three years. I am one of the attorneys assigned to the above-captioned case, and I have personal knowledge of the matters set forth in this declaration.

2. Plaintiff has named several individuals as defendants sued in their individual capacities. The Department of Justice received requests for legal representation from the defendants so named in the original complaint in the above-captioned case. The decision of whether the Department will provide legal representation to the defendants named in their individual capacities will be made after a review by the Department's Civil Division, in accordance with 28 C.F.R. § 50.15.

3. The Civil Division has completed its review concerning the defendants sued in their individual capacities in the original complaint. Based on that review, the Department has authorized representation by private counsel at Government expense for those individuals in connection with this case. However, private counsel has not yet been identified and there is no



10305676.1

retention agreement in place. Plaintiffs filed an amended complaint on July 22, 2013, which named six additional persons as defendants sued in their individual capacities. As of July 23, 2013, those individuals had been provided information about submitting a request for legal representation. The Department's Civil Division will review all of the requests submitted.

4. Because of the issues involved in this case — including ongoing congressional and criminal investigations and the number of individually named defendants — the determination of whether the Department will represent the individual defendants is complicated and requires careful consideration. The Civil Division has advised the Tax Division that a 60-day extension likely will provide enough time for it to make a proper determination regarding any requests for representation for the newly-named individual defendants and for those individuals who will be represented by private counsel at Government expense to secure private counsel.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 31st day of July 2013.

Christopher D. Belen

10305676.1