IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRUE THE VOTE, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:13-cv-00734-RBW |
| ) | |
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER**

This matter comes before the Court on the United States of America's Renewed Motion and Memorandum of Law for an Extension of Time to Respond to the First Amended Complaint. Upon consideration of the United States' motion, the declarations in support thereof, any response to the motion, the applicable law, the entire record herein, and for good cause shown, it is hereby:

ORDERED that the United States' Renewed Motion and Memorandum of Law for an Extension of Time to Respond to the First Amended Complaint is **GRANTED**; it is further

ORDERED that the United States has until September 20, 2013 to file a responsive pleading to Plaintiff's First Amended Complaint.

**SO ORDERED.**

_____
THE HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE