UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRUE THE VOTE, INC.,

       Plaintiff,

v.

INTERNAL REVENUE SERVICE, et al.,

       Defendants.

Civil Action No. 13-cv-00734-RBW

### MOTION FOR ADMISSION *PRO HAC VICE* OF MICHAEL J. LOCKERBY

Pursuant to LCvR 83.2(d) of the United States District Court for the District of Columbia, Cleta Mitchell ("Movant"), a member of the Bar of this Court, and an attorney of record for Plaintiff True the Vote ("TTV") in this action, hereby moves for the admission *pro hac vice* of Michael J. Lockerby, Esq. to participate in the action on behalf of TTV.

In support of this motion, and as required by LCvR 83.2(d), Movant attaches hereto the Affidavit of Michael J. Lockerby which demonstrates the following:

1. Mr. Lockerby is an attorney duly licensed to practice law.

2. Mr. Lockerby is a partner in the law firm of Foley & Lardner LLP, with offices at Washington Harbour, 3000 K Street, N.W., Suite 600, Washington, D.C. 20007-5109, telephone: (202) 945-6079, email: mlockerby@foley.com.

3. Mr. Lockerby was admitted to the Virginia State Bar in 1984 and practiced with the law firm of Hunton & Williams LLP in Richmond, Virginia from 1984 until May 2006.

4. In May 2006, Mr. Lockerby became a partner in the law firm of Foley & Lardner LLP.

5. In 2007, Mr. Lockerby was admitted to the Bar of the District of Columbia.

6. In 2009, Mr. Lockerby became Chair of the Litigation Department of the Washington, D.C. office of Foley & Lardner LLP.

7. Mr. Lockerby has not been disciplined by any bar.

8. Mr. Lockerby has not sought *pro hac vice* admission in this Court in the last two years.

9. Mr. Lockerby is associated with Movant, in Washington, D.C.  Movant is a member in good standing of the District of Columbia Bar and is admitted to practice before the United States District Court for the District of Columbia.  Movant's office is located at Washington Harbour, 3000 K Street, N.W., Suite 600, Washington, D.C. 20007-5109.

10. Movant is mindful of the meet and confer requirement in LCvR 7(m).  Because counsel has not entered an appearance on behalf of the individual defendants, Movant has met and conferred with counsel for the Internal Revenue Service (the "IRS") only.  Counsel for the IRS has no objection to this motion.  As stated in the Certificate of Service, Movant is sending a copy of this motion and supporting affidavit via U.S. mail to the individuals named as defendants.  Movant will promptly inform the Court of any known opposition to this motion.

WHEREFORE, the undersigned respectfully moves this Court to admit Michael J. Lockerby to practice before this Court *pro hac vice* and to appear as counsel for Plaintiff TTV.

<table>
<tr><td>Dated: August 5, 2013</td><td>Respectfully submitted,</td></tr>
<tr><td></td><td>  /s/  *Cleta Mitchell*  </td></tr>
<tr><td>Michael J. Lockerby (D.C. Bar No. 502987 )*<br>Foley & Lardner LLP<br>Washington Harbour<br>3000 K Street, N.W., Suite 600<br>Washington, D.C. 20007<br>(202) 945-6079 (direct)<br>(202) 672-5399 (fax)<br>mlockerby@foley.com<br><br>*Counsel for Plaintiff*</td><td>Cleta Mitchell (D.C. Bar No. 433386)<br>Foley & Lardner LLP<br>Washington Harbour<br>3000 K Street, N.W., Suite 600<br>Washington, D.C. 20007<br>(202) 295-4081 (direct)<br>(202) 431-1950 (cell)<br>(202) 672-5399 (fax)<br>cmitchell@foley.com<br><br>*Lead Counsel for Plaintiff*</td></tr>
</table>

(*) *Pro hac vice* application filed simultaneously herewith.

## STATEMENT OF POINTS AND AUTHORITIES

1. LCvR 83.2(d).

2. LCvR 7(m).

3. FRCP 12(a)(2).

　　　　　　　　　　　　　　　　　　  /s/  *Cleta Mitchell*  
　　　　　　　　　　　　　　　　　　Cleta Mitchell