UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRUE THE VOTE, INC.,

    Plaintiff,

v.

INTERNAL REVENUE SERVICE, et al.,

    Defendants.

Civil Action No. 13-cv-00734-RBW

### AFFIDAVIT OF MICHAEL J. LOCKERBY

DISTRICT OF COLUMBIA    )
                                    )   ss:
CITY OF WASHINGTON        )

Michael J. Lockerby, being duly sworn, deposes and says as follows:

1. I am a partner in the law firm of Foley & Lardner LLP, resident in the firm's Washington, D.C. office, which is located at Washington Harbour, 3000 K Street, N.W., Suite 600, Washington, D.C. 20007-5109, telephone: (202) 945-6079, email: mlockerby@foley.com.

2. I make this Affidavit, based on personal knowledge, to advise the Court of certain facts relevant to the motion for my admission *pro hac vice* in the United States District Court for the District of Columbia.

3. I am an attorney duly licensed to practice law.

4. I was admitted to the Virginia State Bar in 1984 and practiced with the law firm of Hunton & Williams LLP in Richmond, Virginia from 1984 until May 2006.

5. In May 2006, I became a partner in the law firm of Foley & Lardner LLP.

6. In 2007, I was admitted to the Bar of the District of Columbia.

7. In 2009, I became Chair of the Litigation Department of the Washington, D.C. office of Foley & Lardner LLP.

8. I have not been disciplined by any bar.

9. I have not sought *pro hac vice* admission in this Court in the last two years.

10. I am associated with my law partner Cleta Mitchell, in Washington, D.C., who is a member in good standing of the District of Columbia Bar and is admitted to practice before the United States District Court for the District of Columbia.  Her office is also located at Foley & Lardner LLP at Washington Harbour, 3000 K Street, N.W., Suite 600, Washington, D.C. 20007-5109.

FURTHER THE AFFIANT SAYETH NOT.

_____
Michael J. Lockerby

Subscribed and sworn to before me this 2nd day of August, 2013

_____
Notary Public

My commission expires: _____

