UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRUE THE VOTE, INC.,<br><br>        Plaintiff,<br><br>*v.*<br><br><br>INTERNAL REVENUE SERVICE, et al.,<br><br>        Defendants. | Civil Action No. 13-cv-00734-RBW |

### CERTIFICATE OF SERVICE FOR MOTION FOR ADMISSION *PRO HAC VICE*

      I hereby certify that on August 2, 2013, I caused the Motion for Admission *Pro Hac Vice* for Michael J. Lockerby and Affidavit of Michael J. Lockerby to be filed with the United States District Court for the District of Columbia by using the court's CM/ECF system, which will send a Notice of Electronic Filing (NEF) to all counsel of record.

      I further certify that I caused a copy of the foregoing motion and affidavit to be served via U.S. Mail upon the individuals named as defendants at the addresses listed in the Amended Complaint.

August 5, 2013　　　　　　　　　　　　　　　　　　　*/s/ Cleta Mitchell*　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　　Cleta Mitchell (D.C. Bar No. 433386)

4842-7309-1092.2