UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRUE THE VOTE, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> INTERNAL REVENUE SERVICE, et al., <br><br> *Defendants*. | Civ. No. 1:13-cv-00734-RBW |

## AFFIDAVIT FOR SERVICE

STATE OF INDIANA        )
                        ) ss.
COUNTY OF HENDRICKS )

    I, Noel H. Johnson, being first duly sworn on oath, swear that on the 24th day of July, 2013, served the following documents upon counsel for the United States and federal defendants:

1. First Amended Verified Complaint for Declaratory Judgment, Injunctive Relief, and Compensatory, Statutory, and Punitive Damages with Exhibits A-H, Certificate of Service, and Summons Request for Defendants David Fish, Steven Grodnitzky, Holly Paz, Michael C. Seto, Cindy M. Thomas, and William Wilkins (Dkt. 14 through 14-15);
2. Summons Request for Defendants Douglas H. Shulman, Steven T. Miller, Susan Maloney, Lois Lerner, Ronald Bell, Janine L. Estes, and Faye Ng (Dkt. 15 through 22);
3. Summons for Defendants Douglas H. Shulman, Steven T. Miller, Susan Maloney, Lois Lerner, Ronald Bell, Janine L. Estes, and Faye Ng (Dkt. 23 through 23-6);
4. Summons for Defendants David Fish, Steven Grodnitzky, Holly Paz, Michael C. Seto, Cindy M. Thomas, and William Wilkins (Dkt. 24 through 24-5).

    Counsel for the United States and federal defendants agreed to accept service of these documents on behalf of all individually-named defendants in their official capacities. Pursuant to the agreement between the parties, I mailed a true and correct copy thereof, by first class mail and U.S. *Certified Mail* prepaid, and by depositing same at the United States Post Office in Plainfield, Indiana, and directed to:

1

Jeremy Hendon
U.S. Department of Justice, Tax Division
P.O. Box 683,
Ben Franklin Station
Washington, DC 20044

Dated: August 15, 2013

_____
Noel H. Johnson

Subscribed and affirmed to before me
this 15th day of August, 2013,

_____
Shawna Powell
Notary Public

SHAWNA LYNNE POWELL
Notary Public, State of Indiana
Hendricks County
Commission # 635189
My Commission Expires
May 07, 2020

English      Customer Service      USPS Mobile                                    Register / Sign In



Search USPS.com or Track Packages

Quick Tools
Track & Confirm                          Ship a Package    Send Mail    Manage Your Mail    Shop    Business Solutions
Enter up to 10 Tracking #'s  Find
Find USPS Locations
Buy Stamps
Schedule a Pickup
Calculate a Price
Find a ZIP Code™
Hold Mail
Change My Address

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70123050000002652917 | | Delivered | July 30, 2013, 10:28 am | WASHINGTON, DC 20044 | Certified Mail™ |
| | | Arrival at Unit | July 27, 2013, 10:11 am | WASHINGTON, DC 20044 | |
| | | Depart USPS Sort Facility | July 26, 2013 | WASHINGTON, DC 20066 | |
| | | Processed through USPS Sort Facility | July 25, 2013, 11:32 pm | WASHINGTON, DC 20066 | |
| | | Depart USPS Sort Facility | July 25, 2013 | INDIANAPOLIS, IN 46241 | |
| | | Processed through USPS Sort Facility | July 24, 2013, 11:28 pm | INDIANAPOLIS, IN 46241 | |

## Check on Another Item

What's your label (or receipt) number?

Find

| LEGAL | ON USPS.COM | ON ABOUT.USPS.COM | OTHER USPS SITES |
|---|---|---|---|
| Privacy Policy › | Government Services › | About USPS Home › | Business Customer Gateway › |
| Terms of Use › | Buy Stamps & Shop › | Newsroom › | Postal Inspectors › |
| FOIA › | Print a Label with Postage › | USPS Service Alerts › | Inspector General › |
| No FEAR Act EEO Data › | Customer Service › | Forms & Publications › | Postal Explorer › |
| | Delivering Solutions to the Last Mile › | Careers › | |
| | Site Index › | | |

    Copyright© 2013 USPS. All Rights Reserved.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRUE THE VOTE, INC.,**<br><br>                                               *Plaintiff*,<br><br>v.<br><br>**INTERNAL REVENUE SERVICE**, et al.,<br><br>                                               *Defendants*. | Civ. No. 1:13-cv-00734-RBW |

## AFFIDAVIT FOR SERVICE

STATE OF INDIANA            )
                                            ) ss.
COUNTY OF HENDRICKS  )

   I, Kaylan L. Phillips, being first duly sworn on oath, swear that on the 14th day of August, 2013, served the following documents upon counsel for the United States and federal defendants:

   1. Summons for Defendants Cindy M. Thomas, David Fish, Steven Grodnitzky, Holly Paz, Michael C. Seto, William Wilkins, and Daniel Werfel (Dkt. 34 through 40).

   Counsel for the United States and federal defendants agreed to accept service of these documents on behalf of all individually-named defendants in their official capacities. Pursuant to the agreement between the parties, I caused a true and correct copy thereof to be delivered by courier to:

U.S. Department of Justice, Tax Division
Attn: Jeremy Hendon
555 4th Street, NW  Room 7223
Washington, DC 20001

   A true and correct copy of the cover letter sent along with the documents, date stamped upon delivery, is attached.

1

Dated: August 15, 2013

*Kaylan Phillips*
Kaylan L. Phillips

Subscribed and affirmed to before me
this 15th day of August, 2013,

*Shawna Lynne Powell*
Shawna Powell
Notary Public

SHAWNA LYNNE POWELL
Notary Public, State of Indiana
Hendricks County
Commission # 635189
My Commission Expires
May 07, 2020

2



# ACT RIGHT
## LEGAL FOUNDATION

www.ActRightLegal.org

*A Public Interest and Fundamental Rights Law Firm*

Staff Counsel
Barry A. Bostrom
Noel H. Johnson
Zachary S. Kester
Kaylan L. Phillips
Joseph A. Vanderhulst

Of Counsel
J. Christian Adams
Eric C. Bohnet
Cleta Mitchell
Michael Wilkins

August 14, 2013

U.S. Department of Justice, Tax Division
Attn: Jeremy Hendon
555 4th Street, NW  Room 7223
Washington, DC 20001

Re: *True the Vote, Inc. v. IRS, et al.*,
Civil No. 13-cv-00734-RBW (D.D.C.)

Mr. Hendon,

    Enclosed please find the summonses for the following individually-named defendants sued in their official capacity in the above-referenced action: (1) David Fish, (2) Steven Grodnitzky, (3) Holly Paz, (4) Michael C. Seto, (5) Cindy M. Thomas, (6) William Wilkins, and (7) Daniel Werfel (Dkts. 34-40.)

    Per the July 23, 2013 e-mail communication between True the Vote's lead counsel Cleta Mitchell and counsel of record for the United States and federal defendants Grover Hartt, counsel for the United States and federal defendants have consented to accept service of the summonses and the First Amended Complaint on behalf of all individually-named defendants in their official capacities.

    Pursuant to your instructions and those of Mr. Hartt in an email exchange dated August 14, 2013, I cause the foregoing documents to be delivered via courier to the following address today:

    U.S. Department of Justice, Tax Division
    Attn: Jeremy Hendon
    555 4th Street, NW  Room 7223
    Washington, DC 20001

209 West Main Street
Plainfield, Indiana 46168-1117

(800) 894-1384

Mr. Jeremy Hendon
August 14, 2013
Page 2

If you have any questions or concerns, you may reach me at (317) 203-5599.


Sincerely,

Kaylan L. Phillips
kphillips@actrightlegal.org

AO 440 (Rev. 12/09; DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| True the Vote | ) |
| _Plaintiff_ | ) ) ) |
| v. | ) Civil Action No. 13-734 (RBW) |
| IRS, et al. | ) ) ) |
| _Defendant_ | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* David Fish
3623 37th St. N.
Arlington, VA  22207

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   True the Vote, Inc.
c/o ActRight Legal Foundation
209 W. Main Street
Plainfield, IN 46168

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:    07/24/2013

/s/ T. Davis
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| True the Vote, Inc. | ) |
| | ) |
| | ) |
| | ) |
| **Plaintiff** | ) |
| | ) Case No.: 1:13-cv-00734-RBW |
| v. | ) |
| | ) |
| Internal Revenue Service, et al. | ) |
| | ) |
| | ) |
| **Defendant(s)** | ) |

## AFFIDAVIT OF SERVICE

I, Robert Proffitt, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years, am not a party to or otherwise interested in this action.

That I having been duly authorized to make service of the Summons and First Amended Verified Complaint for Declaratory Judgment, Injunctive Relief, and Compensatory, Statutory, and Punitive Damages with Exhibits A - H in the above entitled case.

That on July 25, 2013 at 12:37 PM, I served David Fish, in his official and individual capacity as Acting Director, Office of Rulings & Agreements, Internal Revenue Service with the Summons and First Amended Verified Complaint for Declaratory Judgment, Injunctive Relief, and Compensatory, Statutory, and Punitive Damages with Exhibits A - H at 3623 37th Street North, Arlington, Virginia 22207 by serving Tamara Fish, wife of David Fish, a person of suitable age and discretion, who stated that he/she resides therein with the defendant.

Tamara Fish is described herein as:
Gender: Female   Race/Skin: White   Hair: Brown   Age: 57   Height: 5'7"   Weight: 155

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

7/26/13
Executed on:

Robert Proffitt
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 13-094687                                                                                                Client Reference: N/A

Case 1:13-cv-00734-RBW   Document 24-11   Filed 07/24/13   Page 11 of 22

AO 440 (Rev. 12/09; DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| True the Vote | ) |
| *Plaintiff* | ) ) |
| v. | ) Civil Action No. 13-734 (RBW) |
| IRS, et al. | ) ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Steven Grodnitzky
916 6th Street, NE
Washington, DC 20002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   True the Vote, Inc.
c/o ActRight Legal Foundation
209 W. Main Street
Plainfield, IN 46168

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:  07/24/2013    /s/ T. Davis

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| True the Vote, Inc. | ) |
| | ) |
| **Plaintiff** | ) Case No.: 1:13-cv-00734-RBW |
| v. | ) |
| Internal Revenue Service, et al. | ) |
| **Defendant(s)** | ) |

### AFFIDAVIT OF SERVICE

I, Ted Metzger, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and First Amended Verified Complaint for Declaratory Judgment, Injunctive Relief, and Compensatory, Statutory, and Punitive Damages with Exhibits A - H in the above entitled case.

That I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

That on July 29, 2013 at 9:07 PM, I served Steven Grodnitsky, in his official and individual capacity as Manager, Exempt Organizations Technical Unit, Internal Revenue Service with the Summons and First Amended Verified Complaint for Declaratory Judgment, Injunctive Relief, and Compensatory, Statutory, and Punitive Damages with Exhibits A - H at 916 6th Street, NE, Washington, DC 20002 by serving Steven Grodnitsky, personally.

Steven Grodnitsky is described herein as:
Gender: Male   Race/Skin: White   Hair: Brown   Age: 45   Height: 5'9"   Weight: 175

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

Executed on: 8/1/2013

Ted Metzger
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 13-094686                                                                Client Reference: N/A

Case 1:13-cv-00734-RBW   Document 24-12   Filed 07/24/13   Page 11 of 22

AO 440 (Rev. 12/09; DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| True the Vote | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No.  13-734 (RBW) |
| IRS, et al | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Holly Paz
5703 Northfield Rd.
Bethesda, MD 20817

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  True the Vote, Inc.
c/o ActRight Legal Foundation
209 W. Main Street
Plainfield, IN 46168

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:  _____07/24/2013_____

_____/s/ T. Davis_____
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| True the Vote, Inc. <br><br><br> **Plaintiff** <br><br> v. <br><br> Internal Revenue Service, et al. <br><br><br><br> **Defendant(s)** | ) <br> ) <br> ) <br> ) <br> ) Case No.: 1:13-cv-00734-RBW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF SERVICE

I, Robert Proffitt, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years, am not a party to or otherwise interested in this action.

That I having been duly authorized to make service of the Summons and First Amended Verified Complaint for Declaratory Judgment, Injunctive Relief, and Compensatory, Statutory, and Punitive Damages with Exhibits A - H in the above entitled case.

That on July 29, 2013 at 6:12 PM, I served Holly Paz, in her official capacity and individual capacity as Acting Manager, Exempt Organizations Technical Unit, Acting Director, Office of Rulings & Agreements, and Director, Office of Rulings & Agreements, Internal Revenue Service with the Summons and First Amended Verified Complaint for Declaratory Judgment, Injunctive Relief, and Compensatory, Statutory, and Punitive Damages with Exhibits A - H at 5703 Northfield Road, Bethesda, Maryland 20817 by serving Marlo Paz, husband of Holly Paz, a person of suitable age and discretion, who stated that he/she resides therein with the defendant.

Marlo Paz is described herein as:
Gender: Male    Race/Skin: White    Hair: Black    Age: 45    Height: 5'10"    Weight: 200


I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

8/2/13
Executed on:

Robert Proffitt
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 13-094684                                                                                         Client Reference: N/A

Case 1:13-cv-00734-RBW   Document 24-13   Filed 07/24/13   Page 11 of 22

AO 440 (Rev. 12/09; DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| True the Vote | ) |
| *Plaintiff* | ) ) ) |
| v. | ) Civil Action No.  13-734 (RBW) |
| IRS, et al. | ) ) ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Michael C. Seto
1711 Massachusetts Avenue, N.W., #512
Washington, D.C. 20036

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  True the Vote, Inc.
c/o ActRight Legal Foundation
209 W. Main Street
Plainfield, IN 46168

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____07/24/2013_____            /s/ T. Davis
                          *Signature of Clerk or Deputy Clerk*



## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

True the Vote, Inc.                        )
                                           )
                                           )
                                           )
              **Plaintiff**                )
                                           ) Case No.: 1:13-cv-00734-RBW
                                           )
              v.                           )
                                           )
Internal Revenue Service, et al.           )
                                           )
                                           )
                                           )
              **Defendant(s)**             )

### AFFIDAVIT OF SERVICE

I, Ted Metzger, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and First Amended Verified Complaint for Declaratory Judgment, Injunctive Relief, and Compensatory, Statutory, and Punitive Damages with Exhibits A - H in the above entitled case.

That I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

That on July 25, 2013 at 2:35 PM, I served Michael C. Seto, in his official capacity and individual capacity as Acting Manager, Technical Unit, Internal Revenue Service with the Summons and First Amended Verified Complaint for Declaratory Judgment, Injunctive Relief, and Compensatory, Statutory, and Punitive Damages with Exhibits A - H at 1111 Constitution Avenue, NW, Washington, DC 20224 by serving Donald Squires, Esquire, who stated that he/she is authorized to accept service.

Donald Squires is described herein:
Gender: Male    Race/Skin: White    Hair: Brown    Age: 50    Height: 6'2"    Weight: 170

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

Executed on: 8/5/2013

Ted Metzger
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 13-094688                                                                  Client Reference: N/A

AO 440 (Rev. 12/09; DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| True the Vote | ) |
| *Plaintiff* | ) ) ) |
| v. | ) Civil Action No. 13-734 (RBW) |
| IRS, et al. | ) ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Michael C. Seto
1711 Massachusetts Avenue, N.W., #512
Washington, D.C. 20036

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  True the Vote, Inc.
c/o ActRight Legal Foundation
209 W. Main Street
Plainfield, IN 46168

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 07/24/2013                              /s/ T. Davis
                                              *Signature of Clerk or Deputy Clerk*

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| True the Vote, Inc. | ) |
| | ) |
| **Plaintiff** | ) Case No.: 1:13-cv-00734-RBW |
| v. | ) |
| Internal Revenue Service, et al. | ) |
| | ) |
| **Defendant(s)** | ) |

### AFFIDAVIT OF SERVICE

I, Ted Metzger, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and First Amended Verified Complaint for Declaratory Judgment, Injunctive Relief, and Compensatory, Statutory, and Punitive Damages with Exhibits A - H in the above entitled case.

That I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

That on August 08, 2013 at 8:07 PM, I served Michael C. Seto with the Summons and First Amended Verified Complaint for Declaratory Judgment, Injunctive Relief, and Compensatory, Statutory, and Punitive Damages with Exhibits A - H at 1711 Massachusetts Avenue, NW, #512, Washington, DC 20036 by serving Michael C. Seto, personally.

Michael C. Seto is described herein as:
Gender: Male    Race/Skin: White    Hair: Black    Age: 45    Height: 5'9"    Weight: 170

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

Executed on: 8/9/2013

Ted Metzger
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 13-095145                                                                                                                Client Reference: N/A

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 15, 2013, I caused the Affidavits of Service for (1) all individually-named defendants in their official capacities, (2) Defendant David Fish, in his individual capacity, (3) Defendant Steven Grodnitzky, in his individual capacity, (4) Defendant Holly Paz, in her individual capacity, and (5) Defendant Michael Seto, in his individual capacity to be filed with the United States District Court for the District of Columbia via the Court's CM/ECF system, which will notify the following CM/ECF participants:

      Joseph A. Sergi,      Joseph.A.Sergi@usdoj.gov
      Grover Hartt, III,      grover.hartt@usdoj.gov

*Counsel for the United States and federal defendants sued in their official capacity.*

      I further certify I will cause a true and correct copy of the foregoing to be served upon the following at their last known addresses via U.S. Certified Mail:

**STEVEN T. MILLER**, in his individual capacity,
5006 Elsmere Place,
Bethesda, MD 20814

**LOIS LERNER**,
6610 Fernwood Court,
Bethesda, MD 20817

**DOUGLAS H. SHULMAN**,[1]
2706 36th Street, N.W.,
Washington, DC 20007

---

[1] I certify that I caused a true and correct copy of the foregoing to be served on Mr. Shulman at his last known address and at the office of a known counsel that has not appeared in this case: Emmett T. Flood, Williams & Connolly LLP, 725 12th Street, NW, Washington, DC 20005.

1

2

**WILLIAM WILKINS**
5012 Warren Street, NW
Washington, DC 20016

**HOLLY PAZ**
5703 Northfield Road
Bethesda, MD 20817

**CINDY M. THOMAS**
11 Wesley Drive
Wilder, KY 41076-1472

**STEVEN GRODNITZKY**
916 6th Street, NE
Washington, DC 20002

**DAVID FISH**
3623 37th St. N.
Arlington, VA  22207

**MICHAEL C. SETO**
1711 Massachusetts Avenue, N.W., #512
 Washington, D.C. 20036

**SUSAN MALONEY**,
4753 Summerside Road,
Cincinnati, OH 45244

**RONALD BELL**
929 Main Street,
Covington, KY 41011

**JANINE L. ESTES**
8956 Richmond Road,
Union, KY 41091

**FAYE NG**
6568 Pepperell Lane,
Cincinnati, OH 45236

Dated: August 15, 2013                    /s/ Kaylan L. Phillips
                                                            Kaylan L. Phillips
                                                            kphillips@actrightlegal.org
                                                            *Counsel for Plaintiffs*