# Exhibit B

DAVE CAMP, MICHIGAN,
CHAIRMAN

SAM JOHNSON, TEXAS
KEVIN BRADY, TEXAS
PAUL RYAN, WISCONSIN
DEVIN NUNES, CALIFORNIA
PATRICK J. TIBERI, OHIO
DAVID G. REICHERT, WASHINGTON
CHARLES W. BOUSTANY, JR., LOUISIANA
PETER J. ROSKAM, ILLINOIS
JIM GERLACH, PENNSYLVANIA
TOM PRICE, GEORGIA
VERN BUCHANAN, FLORIDA
ADRIAN SMITH, NEBRASKA
AARON SCHOCK, ILLINOIS
LYNN JENKINS, KANSAS
ERIK PAULSEN, MINNESOTA
KENNY MARCHANT, TEXAS
DIANE BLACK, TENNESSEE
TOM REED, NEW YORK
TODD YOUNG, INDIANA
MIKE KELLY, PENNSYLVANIA
TIM GRIFFIN, ARKANSAS
JIM RENACCI, OHIO

JENNIFER SAFAVIAN,
STAFF DIRECTOR

# Congress of the United States
## U.S. House of Representatives
COMMITTEE ON WAYS AND MEANS
1102 LONGWORTH HOUSE OFFICE BUILDING
(202) 225–3625
Washington, DC 20515–6348
http://waysandmeans.house.gov

SANDER M. LEVIN, MICHIGAN, RANKING MEMBER
CHARLES B. RANGEL, NEW YORK
JIM MCDERMOTT, WASHINGTON
JOHN LEWIS, GEORGIA
RICHARD E. NEAL, MASSACHUSETTS
XAVIER BECERRA, CALIFORNIA
LLOYD DOGGETT, TEXAS
MIKE THOMPSON, CALIFORNIA
JOHN B. LARSON, CONNECTICUT
EARL BLUMENAUER, OREGON
RON KIND, WISCONSIN
BILL PASCRELL, JR., NEW JERSEY
JOSEPH CROWLEY, NEW YORK
ALLYSON SCHWARTZ, PENNSYLVANIA
DANNY K. DAVIS, ILLINOIS
LINDA SÁNCHEZ, CALIFORNIA

JANICE MAYS,
MINORITY CHIEF COUNSEL

July 24, 2013

Daniel Werfel
Principal Deputy Commissioner
Deputy Commissioner for Services and Enforcement
Internal Revenue Service
1111 Constitution Avenue NW
Washington, DC 20224

Dear Principal Deputy Werfel:

We are writing to express our concern about the pace of document production to the Committee on Ways and Means pursuant to our letter of May 14, 2013. That letter seeks documents in furtherance of our ongoing investigation into the processing of tax-exemption applications by the Internal Revenue Service ("IRS").

In your June 4 letter to us, you stated that, as of May 28, the IRS had collected 646 gigabytes of raw information, amounting to approximately 65 million pages to be searched for responsive material. You further explained the difficulties of processing and reviewing the material, but promised an accommodation in the form of a rolling production—i.e., as documents are ready for production they are to be sent. However, to date we have received about 13,000 pages, some of which are effectively duplicates. We are concerned that, at this rate, the full-production will take months.

Given this concern, please provide an explanation of the specific steps you have taken or plan to take to expedite this production of documents to minimize delays to our investigation.

If you have any questions, please contact Mark Epley at 202-225-5522 or Karen McAfee at 202-225-4021.

Sincerely,

DAVE CAMP
Chairman

SANDER LEVIN
Ranking Member