**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                                        )
TRUE THE VOTE, INC.                        )
                                                        )
                    Plaintiff,                       )
                                                        )
        v.                                               )        Civil Action No. 1:13-cv-00734-RBW
                                                        )
UNITED STATES OF AMERICA, *et al.*,  )
                                                        )
                    Defendants.                    )
_____  )

## SUGGESTION OF INCAPACITY OF DAVID FISH

Defendant, the United States, hereby notifies the Court of an issue

regarding the capacity of Defendant David Fish, one of the IRS employees sued by

Plaintiff in both his official and individual capacities.[1]

Undersigned counsel has been informed that Mr. Fish was involved in a

serious accident that resulted in very severe brain injuries. Because of the severity of his

injuries, Mr. Fish has been unable to request representation from the United States in

_____

[1] Plaintiff brought this action against the United States of America, the Internal Revenue
Service, an officer of the United States in his official capacity, and several officers and
employees of the United States in both their official and individual capacities (including
unnamed employees) for violations of federal law in connection with Plaintiff's application to the
Internal Revenue Service for 501(c)(3) status. Undersigned counsel represent the United States of
America, the Internal Revenue Service, and officers of the United States sued in their official
capacities. As of this date, The Civil Division of the Department of Justice has concluded that all
but one of the defendants sued in their individual capacity will be offered private counsel. The
remaining Defendant, David Fish, is the subject of this Notice.

this case. As a result, Mr. Fish continues to be unrepresented in this litigation in his individual capacity.

Plaintiff has been made aware of Mr. Fish's situation and has suggested that appointment of a guardian ad litem would be an appropriate means of ensuring that Mr. Fish's interests are adequately protected until such time as he hopefully has the capacity to do so himself.[2]

DATED:  August 27, 2013

                      Respectfully submitted,

                      KATHRYN KENEALLY
                      Assistant Attorney General, Tax Division

                      /s/ *Grover Hartt, III*
                      GROVER HARTT, III (TX 09174500)
                      Senior Litigation Counsel
                      CHRISTOPHER R. EGAN (TX 24036516)
                      Trial Attorney
                      U.S. Department of Justice, Tax Division
                      717 N. Harwood Street, Suite 400
                      Dallas, Texas  75201
                      (214) 880-9733
                      (214) 880-9741 (FAX)
                      Grover.Hartt@usdoj.gov

---

[2]Mr. Fish is also a Defendant in *Linchpins of Liberty, et al. v. United States of America*, et al. Civil No. 1:13-cv-00777-RBW (DC District of Columbia) also pending in this Court.  In that case, the Plaintiffs have agreed to dismiss Mr. Fish without prejudice given the problems arising from Mr. Fish's inability to defend himself in the litigation.

JOSEPH A. SERGI (DC 480837)
Senior Litigation Counsel
U.S. Department of Justice, Tax Division
555 4th Street, N.W., JCB 7207
Washington, D.C.  20001
(202) 305-0868
(202) 307-2504 (FAX)
Joseph.A.Sergi@usdoj.gov


JENNIFER D. AUCHTERLONIE (WA 29481)
LAURA C. BECKERMAN (CA 278490)
CHRISTOPHER D. BELEN (VA 78281)
LAURA M. CONNER (VA 40388)
JEREMY N. HENDON (OR 982490)
PHILIP M. SCHREIBER (DC 502714)
Trial Attorneys
 U.S. Department of Justice, Tax Division
555 4th Street, N.W.
Washington, D.C.  20001
(202) 514-2000

Of Counsel:
RONALD C. MACHEN, JR. (DC 447889)
United States Attorney

ATTORNEYS FOR THE UNITED STATES

3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____   )
                                 )
TRUE THE VOTE, INC.              )
                                 )
          Plaintiff,             )
                                 )
     v.                          )          Civil Action No. 1:13-cv-00734-RBW
                                 )
UNITED STATES OF AMERICA, *et al.*, )
                                 )
          Defendants.            )
_____   )

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2013, I caused the Suggestion of

Incapacity of David Fish in the above-captioned matter to be filed with the

United States District Court for the District of Columbia via the Court's CM/ECF

system.

/s/ *Grover Hartt, III*
GROVER HARTT, III