UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRUE THE VOTE, INC.,

    Plaintiff,

v.

INTERNAL REVENUE SERVICE, et al.,

    Defendants.

Civil Action No. 13-cv-00734-RBW

## MOTION FOR ADMISSION *PRO HAC VICE* OF MATHEW D. GUTIERREZ

Pursuant to LCvR 83.2(d) of the United States District Court for the District of Columbia, Cleta Mitchell ("Movant"), a member of the Bar of this Court, and an attorney of record for Plaintiff True the Vote ("TTV") in this action, hereby moves for the admission *pro hac vice* of Mathew D. Gutierrez, Esq. to participate in the action on behalf of TTV. In support of this motion, and as required by LCvR 83.2(d), Movant attaches hereto the declaration of Mr. Gutierrez which demonstrates the following:

    1.    Mr. Gutierrez is an attorney duly licensed to practice law.

    2.    Mr. Gutierrez is an associate in the law firm of Foley & Lardner LLP, with offices at One Biscayne Tower, 2 South Biscayne Boulevard, Suite 1900, Miami, FL 33131, telephone: (305) 482-8417, email: mgutierrez@foley.com.

    3.    Mr. Gutierrez was admitted to the Florida State Bar in 2011.

    4.    In 2013, Mr. Gutierrez joined the law firm of Foley & Lardner LLP.

    5.    Mr. Gutierrez has not been disciplined by any bar.

    6.    Mr. Gutierrez has not sought *pro hac vice* admission in this Court in the last two years. This is Mr. Gutierrez's first *pro hac vice* admission request in this Court.

7. Mr. Gutierrez is associated with Movant. Movant is a member in good standing of the District of Columbia Bar and is admitted to practice before the United States District Court for the District of Columbia. Movant's office is located at Washington Harbour, 3000 K Street, N.W., Suite 600, Washington, D.C. 20007-5109.

8. Movant is mindful of the meet and confer requirement in LCvR 7(m). Because counsel has not entered an appearance on behalf of the individual defendants, Movant has met and conferred with counsel for the Internal Revenue Service (the "IRS") only. Counsel for the IRS has no objection to this motion. As stated in the Certificate of Service, Movant is sending a copy of this motion and supporting affidavit via U.S. mail to the individuals named as defendants. Movant will promptly inform the Court of any known opposition to this motion.

WHEREFORE, the undersigned respectfully moves this Court to admit Mathew D. Gutierrez to practice before this Court *pro hac vice* and to appear as counsel for Plaintiff TTV.

\* \* \*

Dated: August 28, 2013

Michael J. Lockerby (D.C. Bar No. 502987 )\*
Foley & Lardner LLP
Washington Harbour
3000 K Street, N.W., Suite 600
Washington, D.C. 20007
(202) 945-6079 (direct)
(202) 672-5399 (fax)
mlockerby@foley.com
*Counsel for Plaintiff*

Respectfully submitted,

  /s/  Cleta Mitchell
Cleta Mitchell (D.C. Bar No. 433386)
Foley & Lardner LLP
Washington Harbour
3000 K Street, N.W., Suite 600
Washington, D.C. 20007
(202) 295-4081 (direct)
(202) 672-5399 (fax)
cmitchell@foley.com
*Lead Counsel for Plaintiff*

William E. Davis (D.C. Bar No. 280057)*
Foley & Lardner LLP
One Biscayne Tower
2 South Biscayne Boulevard
Suite 1900
Miami, FL 33131
(305) 482-8404 (telephone)
(305) 482-8600 (fax)
wdavis@foley.com
*Counsel for Plaintiff*

Mathew D. Gutierrez (Fla. 0094014)*
Foley & Lardner LLP
One Biscayne Tower
2 South Biscayne Boulevard
Suite 1900
Miami, FL 33131
(305) 482-8417 (telephone)
(305) 482-8600 (fax)
mgutierrez@foley.com
*Counsel for Plaintiff*

Kaylan L. Phillips (D.C. 1110583)
Noel H. Johnson (Wisc. 1068004)**
Zachary S. Kester (Ind. 28630-49)**
ACTRIGHT LEGAL FOUNDATION
209 West Main Street
Plainfield, IN 46168
(317) 203-5599 (telephone)
(888) 815-5641 (fax)
kphillips@actrightlegal.org
njohnson@actrightlegal.org
zkester@actrightlegal.org
*Counsel for Plaintiff*

John C. Eastman (Cal. 193726)**
Center for Constitutional Jurisprudence
c/o Chapman University School of Law
One University Drive
Orange, CA 92866
(877) 855-3330 (telephone and fax)
jeastman@chapman.edu
*Counsel for Plaintiff*

(*) *Pro hac vice* motions pending.
(**) *Pro hac vice* motions granted.

## STATEMENT OF POINTS AND AUTHORITIES

1. LCvR 83.2(d).

2. LCvR 7(m).

3. FRCP 12(a)(2).

      /s/ *Cleta Mitchell*
Cleta Mitchell
*Lead Counsel for Plaintiff*