UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRUE THE VOTE, INC.,

    Plaintiff,

v.

INTERNAL REVENUE SERVICE, et al.,

    Defendants.

Civil Action No. 13-cv-00734-RBW

## DECLARATION OF MATHEW D. GUTIERREZ
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Mathew D. Gutierrez, declare and state as follows:

1. I am over the age of eighteen years old. If called and sworn as a witness, I could competently testify to the matters stated in this declaration as being true and correct based upon my personal knowledge of such matters.

2. I am an attorney duly licensed to practice law.

3. I am an associate in the law firm of Foley & Lardner LLP, with offices at One Biscayne Tower, 2 South Biscayne Boulevard, Suite 1900, Miami, FL 33131, telephone: (305) 482-8417, email: mgutierrez@foley.com.

4. I was admitted to the Florida State Bar in 2011.

5. In 2013, I joined the law firm Foley & Lardner LLP's Miami Office.

6. I have not been disciplined by any bar.

7. I have not sought pro hac vice admission in this Court in the last two years. This is my first pro hac vice admission request in this Court.

4810-7340-0341.1

8. I am associated with Cleta Mitchell, who is a member in good standing of the District of Columbia Bar and is admitted to practice before the United States District Court for the District of Columbia. Ms. Mitchell's office is located at Washington Harbour, 3000 K Street, N.W., Suite 600, Washington, D.C. 20007-5109.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date: 8/26/2013

Mathew D. Gutierrez