**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2013, I caused the Motion for Admission *Pro Hac Vice* for Mathew D. Gutierrez and Declaration of Mathew D. Gutierrez to be filed with the United States District Court for the District of Columbia via the Court's CM/ECF system, which will notify the following CM/ECF participants:

    Joseph A. Sergi,    Joseph.A.Sergi@usdoj.gov
    Grover Hartt, III,    grover.hartt@usdoj.gov

*Counsel for the United States and federal defendants sued in their official capacity.*

I further certify I will cause a true and correct copy of the foregoing to be served upon the following at their last known addresses via U.S. Certified Mail:

**STEVEN T. MILLER**, in his individual capacity,
5006 Elsmere Place,
Bethesda, MD 20814

**LOIS LERNER**,
6610 Fernwood Court,
Bethesda, MD 20817

**DOUGLAS H. SHULMAN**,[1]
2706 36th Street, N.W.,
Washington, DC 20007

**WILLIAM WILKINS**
5012 Warren Street, NW
Washington, DC 20016

**HOLLY PAZ**
5703 Northfield Road
Bethesda, MD 20817

---

[1] I certify that I caused a true and correct copy of the foregoing to be served on Mr. Shulman at his last known address and at the office of a known counsel that has not appeared in this case: Emmett T. Flood, Williams & Connolly LLP, 725 12th Street, NW, Washington, DC 20005.

**CINDY M. THOMAS**
11 Wesley Drive
Wilder, KY 41076-1472

**STEVEN GRODNITZKY**
916 6th Street, NE
Washington, DC 20002

**DAVID FISH**
3623 37th St. N.
Arlington, VA  22207

**MICHAEL C. SETO**
1711 Massachusetts Avenue, N.W., #512
 Washington, D.C. 20036

**SUSAN MALONEY**,
4753 Summerside Road,
Cincinnati, OH 45244

**RONALD BELL**
929 Main Street,
Covington, KY 41011

**JANINE L. ESTES**
8956 Richmond Road,
Union, KY 41091

**FAYE NG**
6568 Pepperell Lane,
Cincinnati, OH 45236


Dated: August 28, 2013

                                                /s/ Cleta Mitchell
                                                Cleta Mitchell
                                                *Lead Counsel for Plaintiff*