UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRUE THE VOTE, INC.,

      Plaintiff,

v.

INTERNAL REVENUE SERVICE, et al.,

      Defendants.

Civil Action No. 13-cv-00734-RBW

## MOTION FOR ADMISSION *PRO HAC VICE* OF WILLIAM E. DAVIS

Pursuant to LCvR 83.2(d) of the United States District Court for the District of Columbia, Cleta Mitchell ("Movant"), a member of the Bar of this Court, and an attorney of record for Plaintiff True the Vote ("TTV") in this action, hereby moves for the admission *pro hac vice* of William E. Davis, Esq. to participate in the action on behalf of TTV. In support of this motion, and as required by LCvR 83.2(d), Movant attaches hereto the declaration of Mr. Davis which demonstrates the following:

    1.    Mr. Davis is an attorney duly licensed to practice law.

    2.    Mr. Davis is a partner in the law firm of Foley & Lardner LLP, with offices at One Biscayne Tower, 2 South Biscayne Boulevard, Suite 1900, Miami, FL 33131, telephone: (305) 482-8404, email: wdavis@foley.com.

    3.    Mr. Davis was admitted to the Florida State Bar in 1975 and admitted to the bar of the District of Columbia on August 24, 1979 and practiced with the law firms of Sally Barns and Pajon; Paul Landy, Beiley & Harper, P.A.; Murai Wald Biondo; Buchanan Ingersoll, P.A. and Foley and Lardner  LLP in Miami, Florida from 1975 until the date hereof.

    4.    In 2007, Mr. Davis became a partner in the law firm of Foley & Lardner LLP.

1

5. In 2007, Mr. Davis became the managing partner of Foley's Miami office.

6. Mr. Davis has not been disciplined by any bar.

7. Mr. Davis has not sought *pro hac vice* admission in this Court in the last two years. This is Mr. Davis's first *pro hac vice* admission request in this Court.

8. Mr. Davis is associated with Movant. Movant is a member in good standing of the District of Columbia Bar and is admitted to practice before the United States District Court for the District of Columbia. Movant's office is located at Washington Harbour, 3000 K Street, N.W., Suite 600, Washington, D.C. 20007-5109.

9. Movant is mindful of the meet and confer requirement in LCvR 7(m). Because counsel has not entered an appearance on behalf of the individual defendants, Movant has met and conferred with counsel for the Internal Revenue Service (the "IRS") only. Counsel for the IRS has no objection to this motion. As stated in the Certificate of Service, Movant is sending a copy of this motion and supporting affidavit via U.S. mail to the individuals named as defendants. Movant will promptly inform the Court of any known opposition to this motion.

WHEREFORE, the undersigned respectfully moves this Court to admit William E. Davis to practice before this Court *pro hac vice* and to appear as counsel for Plaintiff TTV.

* * *

Dated: August 28, 2013					Respectfully submitted,

							  /s/  Cleta Mitchell
Michael J. Lockerby (D.C. Bar No. 502987 )*		Cleta Mitchell (D.C. Bar No. 433386)
Foley & Lardner LLP					Foley & Lardner LLP
Washington Harbour					Washington Harbour
3000 K Street, N.W., Suite 600				3000 K Street, N.W., Suite 600
Washington, D.C. 20007					Washington, D.C. 20007
(202) 945-6079 (direct)					(202) 295-4081 (direct)
(202) 672-5399 (fax)					(202) 672-5399 (fax)
mlockerby@foley.com					cmitchell@foley.com
*Counsel for Plaintiff*					*Lead Counsel for Plaintiff*

| | |
|---|---|
| William E. Davis (D.C. Bar No. 280057)* | Mathew D. Gutierrez (Fla. 0094014)* |
| Foley & Lardner LLP | Foley & Lardner LLP |
| One Biscayne Tower | One Biscayne Tower |
| 2 South Biscayne Boulevard | 2 South Biscayne Boulevard |
| Suite 1900 | Suite 1900 |
| Miami, FL 33131 | Miami, FL 33131 |
| (305) 482-8404 (telephone) | (305) 482-8417 (telephone) |
| (305) 482-8600 (fax) | (305) 482-8600 (fax) |
| wdavis@foley.com | mgutierrez@foley.com |
| *Counsel for Plaintiff* | *Counsel for Plaintiff* |
| | |
| Kaylan L. Phillips (D.C. 1110583) | John C. Eastman (Cal. 193726)** |
| Noel H. Johnson (Wisc. 1068004)** | Center for Constitutional Jurisprudence |
| Zachary S. Kester (Ind. 28630-49)** | c/o Chapman University School of Law |
| ACTRIGHT LEGAL FOUNDATION | One University Drive |
| 209 West Main Street | Orange, CA 92866 |
| Plainfield, IN 46168 | (877) 855-3330 (telephone and fax) |
| (317) 203-5599 (telephone) | jeastman@chapman.edu |
| (888) 815-5641 (fax) | *Counsel for Plaintiff* |
| kphillips@actrightlegal.org | |
| njohnson@actrightlegal.org | (*) *Pro hac vice* motions pending. |
| zkester@actrightlegal.org | (**) *Pro hac vice* motions granted. |
| *Counsel for Plaintiff* | |

## STATEMENT OF POINTS AND AUTHORITIES

1. LCvR 83.2(d).

2. LCvR 7(m).

3. FRCP 12(a)(2).

　　　　　　　　　　　　　　　　　　　  /s/  *Cleta Mitchell*
　　　　　　　　　　　　　　　　　　Cleta Mitchell
　　　　　　　　　　　　　　　　　　*Lead Counsel for Plaintiff*