**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TRUE THE VOTE, INC., <br><br> Plaintiff, <br><br> v. <br><br><br> INTERNAL REVENUE SERVICE, et al., <br><br> Defendants. | Civil Action No. 13-cv-00734-RBW |

**DECLARATION OF WILLIAM E. DAVIS IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, William E. Davis, declare and state as follows:

1. I am over the age of eighteen years old. If called and sworn as a witness, I could competently testify to the matters states in this declaration as being true and correct based upon my personal knowledge of such matters.

2. I am an attorney duly licensed to practice law.

3. I am a partner in the law firm of Foley & Lardner LLP, with offices at One Biscayne Tower, 2 South Biscayne Boulevard, Suite 1900, Miami, FL 33131, telephone: (305) 482-8404, email: wdavis@foley.com.

4. I was admitted to the Florida State Bar in 1975 and admitted to the bar of the District of Columbia on August 24, 1979 and practiced with the law firms of Sally Barns and Pajon; Paul Landy, Beiley & Harper, P.A.; Murai Wald Biondo; Buchanan Ingersoll, P.A. and Foley and Lardner LLP in Miami, Florida from 1975 until the date hereof.

5. In 2007, I became the managing partner in the law firm of Foley & Lardner LLP's Miami Office.

6. I have not been disciplined by any bar.

7. I have not sought pro hac vice admission in this Court in the last two years. This is my first pro hac vice admission request in this Court.

8. I am associated with my law partner, Cleta Mitchell, who is a member in good standing of the District of Columbia Bar and is admitted to practice before the United States District Court for the District of Columbia. Ms. Mitchell's office is located at Washington Harbour, 3000 K Street, N.W., Suite 600, Washington, D.C. 20007-5109.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date: 8/21/13

William E. Davis

4810-7340-0341.1