AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| True the Vote, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 13-00734 |
| Internal Revenue Service, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Susan Maloney, Ronald Bell, Janine L. Estes, and Faye Ng.

Date: 09/10/2013

/s/ Jeffrey A. Lamken
*Attorney's signature*

Jeffrey A. Lamken - DC Bar # 440547
*Printed name and bar number*

MoloLamken LLP
600 New Hampshire Ave., NW, Suite 660
Washington, DC 20037
*Address*

jlamken@mololamken.com
*E-mail address*

(202) 556-2010
*Telephone number*

(202) 556-2001
*FAX number*