AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| True the Vote, Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 13-00734 |
| Internal Revenue Service, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Susan Maloney, Ronald Bell, Janine L. Estes, and Faye Ng .

Date: 09/10/2013

/s/ Justin V. Shur
*Attorney's signature*

Justin V. Shur - DC District Court Bar # 973855
*Printed name and bar number*

MoloLamken LLP
600 New Hampshire Ave., NW, Suite 660
Washington, DC 20037
*Address*

jshur@mololamken.com
*E-mail address*

(202) 556-2005
*Telephone number*

(202) 556-2001
*FAX number*