IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRUE THE VOTE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:13-cv-00734-RBW |
| ) | |
| INTERNAL REVENUE SERVICE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**MOTION AND MEMORANDUM OF LAW FOR
AN EXTENSION OF TIME FOR THE INDIVIDUAL DEFENDANTS TO RESPOND TO
PLAINTIFF'S FIRST AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Steven T. Miller, Douglas Shulman, William Wilkins, Lois Lerner, Holly Paz, Cindy M. Thomas, Steven Grodnitzky, Michael C. Seto, Susan Maloney, Ronald Bell, Janine L. Estes, and Faye Ng (collectively, the "Individual Defendants") respectfully submit this Motion for an Extension of Time to respond to Plaintiff's First Amended Complaint to and including October 18, 2013 (the same date agreed upon by the parties in *Linchpins of Liberty v. United States*, No. 1:13-cv-00777-RBW (D.D.C.), a related action pending before this Court). Plaintiff has consented to an extension to and including October 4, 2013, but will not agree to an extension to the October 18, 2013 date chosen in *Linchpins of Liberty* unless the Individual Defendants agree to file an answer simultaneously with any motion to dismiss.

## BACKGROUND

On July 22, 2013, Plaintiff filed its First Amended Complaint. The First Amended Complaint asserts: (1) a claim for a declaratory judgment that Plaintiff is a tax-exempt organization under 26 U.S.C. § 501(c)(3); (2) a claim for declaratory relief that the IRS and defendant Werfel, acting in his official capacity, violated Plaintiff's First Amendment rights of freedom of speech and association, as well as for an injunction to prevent further violations; (3) an individual capacity damages action under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), against the Individual Defendants for alleged violations of Plaintiff's First Amendment rights; (4) claims for violations of 26 U.S.C. § 6103, alleging the unauthorized inspection of tax returns and tax return information; and (5) a claim for judicial review under the Administrative Procedure Act. Dkt. No. 14 at 35-46.

On August 2, 2013, the United States moved for an extension of time to answer the First Amended Complaint to September 20, 2013. Dkt. No. 25. That motion was based, in large part, on the fact that the Civil Division of the Department of Justice had determined that the individual defendants named in the original complaint would be offered private counsel, but that such counsel had not yet been identified or retained. Dkt. No. 25 at 3; Dkt. No. 25-1 ¶ 3. The First Amended Complaint, moreover, had added six individual defendants—including William Wilkins, Holly Paz, Cindy M. Thomas, Steven Grodnitzky, and Michael C. Seto—who had only recently been given information regarding requests for legal representation. Dkt. No. 25-1 ¶ 4. The Civil Division therefore had yet to review any resulting requests for representation and determine whether representation by private counsel was warranted. *Id.* The Civil Division estimated that it would need approximately 60 days to make a determination as to whether the newly-named individual defendants were entitled to private counsel and for private counsel to be

secured.  *Id.*  Plaintiff opposed the United States' motion, arguing that the IRS had had adequate time to respond to the First Amended Complaint.  Dkt. No. 42 at 1-2.  Plaintiff, however, explicitly distinguished the individual defendants who were without counsel.  *Id.* at 2.  On August 29, 2013, this Court granted the United States' motion.

Undersigned counsel were only recently retained to represent the Individual Defendants.  As a result, the undersigned counsel have not had adequate time to review the matter, advise the Individual Defendants, and prepare a responsive pleading.  The Justice Department, moreover, has indicated that it needs time to complete the process of collecting materials from the IRS.  Dkt. No. 25 at 4-5.  That process appears ongoing.  Additional time is required for that reason as well.

### REASONS FOR GRANTING THE REQUESTED EXTENSION

This Court has discretion to grant a motion to extend the time in which to file a responsive pleading for good cause.  Fed. R. Civ. P. 6(b)(1); *Woodruff v. McPhie*, 593 F. Supp. 2d 272, 276 (D.D.C. 2009); *Beal v. District of Columbia*, 545 F. Supp. 2d 8, 14 (D.D.C. 2008).  The need to provide adequate time for a party to obtain counsel, and for counsel to become sufficiently familiar with a matter to give informed advice, provides good cause for such an extension of time.  *See Sherrod v. Breitbart*, 720 F.3d 932, 937 (D.C. Cir. 2013) (noting that court granted extension of time where defendant "had only recently obtained counsel"); *Williams v. Vilsack*, 620 F. Supp. 2d 40, 46 (D.D.C. 2009) (similar).

Accordingly, the Individual Defendants respectfully request an extension to answer, move, or otherwise respond to the Plaintiff's First Amended Complaint to October 18, 2013.  The Individual Defendants were only recently afforded counsel, and counsel need adequate time to review the matter, seek necessary materials from the responsible government agency, advise

their clients, and respond to the complaint.  The Individual Defendants have not requested any previous extension, and a granting of the extension will not impact any other existing Court deadlines.

The proposed October 18, 2013 date would put this case on the same schedule agreed upon by the parties in the related matter pending before this Court, *Linchpins of Liberty*, *supra*. In that case, the plaintiffs have already consented to an extension of time to respond to the amended complaint in that action to October 18, 2013.  The Individual Defendants need no less time to respond in this matter than the individual defendants in *Linchpins of Liberty*, particularly given that the two related cases involve closely overlapping issues of law and fact.  Given the overlap, moreover, it would make sense to have the two cases proceed on parallel schedules.

Pursuant to Local Rule 7(m), undersigned counsel discussed the requested extension with Plaintiff's counsel.  Plaintiff was willing to agree to an extension until October 4, 2013, but would not agree to October 18, 2013 unless the Individual Defendants agreed to file an answer at the same time as any motions to dismiss.  That request is in direct tension with the Federal Rules, which clearly provide that, where a defendant files a motion to dismiss pursuant to Rule 12(b), no responsive pleading is required until 14 days after the court denies the motion; if the motion is granted, no further responsive pleading is necessary.  Fed. R. Civ. P. 12(a) & (b).  Rule 12 is structured in this manner for a reason—the answer, and with it any asserted defenses, must reflect the ***surviving*** claims, if any.  Taking the unusual step of filing an answer simultaneously with the motion to dismiss, moreover, could add unanticipated procedural complexity both for this Court and in connection with any appellate review.  *See Mitchell v. Forsyth*, 472 U.S. 511, 530 (1985).  While the Individual Defendants would like to cooperate and accommodate Plaintiff's needs in this matter, they do not believe it appropriate to agree to Plaintiff's request.

4

Plaintiff was willing to consent only to an extension of time to respond to October 4, 2013, absent that agreement. But that would leave the undersigned counsel, who were just retained, with insufficient time to review the matter, consult with their clients, and prepare a responsive pleading or motion. It would also place this matter on a different schedule than another related case before the Court.

WHEREFORE, the Individual Defendants respectively request that the Court grant their motion and grant an extension of time up to and including October 18, 2013, to file a responsive pleading to the First Amended Complaint. A proposed Order providing for this extension is submitted with this Motion.

Respectfully submitted,

Dated: September 10, 2013

| | |
|---|---|
| /s/ Justin V. Shur | /s/ Brigida Benitez |
| Jeffrey A. Lamken (DC Bar No. 440547) | Brigida Benitez (DC Bar No. 446144) |
| Justin V. Shur (DC Bar No. 973855) | STEPTOE & JOHNSON LLP |
| MOLO LAMKEN LLP | 1330 Connecticut Avenue, N.W. |
| 600 New Hampshire Avenue, N.W. | Washington, DC 20036 |
| Washington, DC 20037 | Tel.: (202) 429-6261 |
| Tel.: (202) 556-2000 | Fax: (202) 429-3902 |
| Fax: (202) 556-2001 | Email: bbenitez@steptoe.com |
| Email: jlamken@mololamken.com | |
| Email: jshur@mololamken.com | Counsel for Defendants Steven T. Miller, Douglas H. Shulman, William Wilkins, Lois Lerner, Holly Paz, Cindy M. Thomas, Steven Grodnitzky, and Michael C. Seto |
| Counsel for Defendants Susan Maloney, Ronald Bell, Janine L. Estes, and Faye Ng | |

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| TRUE THE VOTE, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 1:13-cv-00734-RBW |
| INTERNAL REVENUE SERVICE, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

## **ORDER**

Upon consideration of the Motion and Memorandum of Law for an Extension of Time for the Individual Defendants to Respond to Plaintiff's First Amended Complaint, it is hereby:

ORDERED that the Individual Defendants' Motion for an Extension of Time be, and hereby is, GRANTED; and it is further

ORDERED that the Individual Defendants have until October 18, 2013, to file a responsive pleading to Plaintiff's First Amended Complaint.

SO ORDERED.

DATED: _____                    _____
                                                                  THE HONORABLE REGGIE B. WALTON
                                                                  United States District Judge

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of September 2013, a copy of the foregoing Motion and Memorandum of Law for an Extension of Time for the Individual Defendants to Respond to Plaintiff's First Amended Complaint, and Proposed Order, was electronically filed via the Court's CM/ECF system.

/s/ Justin V. Shur
Justin V. Shur
MOLO LAMKEN LLP
600 New Hampshire Avenue, N.W.
Washington, DC 20037
Tel.:   (202) 556-2000
Fax:   (202) 556-2001
Email: jshur@mololamken.com