AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

| TRUE THE VOTE, INC. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:13-cv-00734-RBW |
| INTERNAL REVENUE SERVICE, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Steven Grodnitzky, Lois Lerner, Steven T. Miller, Holly Paz, Michael C. Seto, Douglas H. Shulman, Cindy M. Thomas, and William Wilkins.

Date: 09/11/2013

/s/ Brigida Benitez
*Attorney's signature*

Brigida Benitez (DC Bar No. 446144)
*Printed name and bar number*

Steptoe & Johnson LLP
1330 Connecticut Ave NW
Washington DC 20036
*Address*

bbenitez@steptoe.com
*E-mail address*

(202) 429-6261
*Telephone number*

(202) 429-3902
*FAX number*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of September 2013, a copy of the foregoing Notice of Appearance of Brigida Benitez was electronically filed via the Court's CM/ECF system and electronically served upon registered parties via the Court's electronic notification system.

/s/ Brigida Benitez
Brigida Benitez
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, DC  20036
Tel.:    (202) 429-6261
Fax:    (202) 429-3902
Email: bbenitez@steptoe.com