AO 440 (Rev. 12/09; DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| True the Vote | ) |
| --- | --- |
| *Plaintiff* | ) ) ) |
| v. | ) Civil Action No. 13-734 (RBW) |
| IRS, et al. | ) ) ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* William Wilkins
1111 Constitution Avenue, N.W.
Washington, DC 20224

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: True the Vote, Inc.
c/o ActRight Legal Foundation
209 W. Main Street
Plainfield, IN 46168

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 07/24/2013

/s/ T. Davis
*Signature of Clerk or Deputy Clerk*



UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| True the Vote, Inc. | ) |
| | ) |
| **Plaintiff** | ) Case No.: 1:13-cv-00734-RBW |
| v. | ) |
| Internal Revenue Service, et al. | ) |
| **Defendant(s)** | ) |

## AFFIDAVIT OF SERVICE

I, Ted Metzger, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and First Amended Verified Complaint for Declaratory Judgment, Injunctive Relief, and Compensatory, Statutory, and Punitive Damages with Exhibits A - H in the above entitled case.

That I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

That on August 10, 2013 at 7:49 AM, I served William Wilkins, in his official capacity as Chief Counsel, Internal Revenue Service with the Summons and First Amended Verified Complaint for Declaratory Judgment, Injunctive Relief, and Compensatory, Statutory, and Punitive Damages with Exhibits A - H at 5012 Warren Street, NW, Washington, DC 20016 by serving William Wilkins, personally.

William Wilkins is described herein as:
Gender: Male   Race/Skin: White   Hair: Grey   Age: 60   Height: 6'0"   Weight: 180

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

Executed on: 8/13/2013

Ted Metzger
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 13-094682                                                                 Client Reference: N/A

AO 440 (Rev. 12/09; DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | ) |
|---|---|
| True the Vote | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 13-734 (RBW) |
| IRS, et al. | ) |
| *Defendant* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Cindy M. Thomas
11 Wesley Drive,
Wilder, KY 41076-1472

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: True the Vote, Inc.
c/o ActRight Legal Foundation
209 W. Main Street
Plainfield, IN 46168

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 07/24/2013                                         /s/ T. Davis
                                                *Signature of Clerk or Deputy Clerk*

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| True the Vote, Inc. | ) |
| | ) |
| **Plaintiff** | ) Case No.: 1:13-cv-00734-RBW |
| v. | ) |
| Internal Revenue Service, et al. | ) |
| **Defendant(s)** | ) |

### AFFIDAVIT OF SERVICE

I, Antonio M. Green, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years, am not a party to or otherwise interested in this action.

That I having been duly authorized to make service of the Summons and First Amended Verified Complaint for Declaratory Judgment, Injunctive Relief, and Compensatory, Statutory, and Punitive Damages with Exhibits A - H in the above entitled case.

That on August 19, 2013 at 2:30 PM, I served Cindy M. Thomas with the Summons and First Amended Verified Complaint for Declaratory Judgment, Injunctive Relief, and Compensatory, Statutory, and Punitive Damages with Exhibits A - H at 11 Wesley Drive, Wilder, Kentucky 41075 by serving Mikio Thomas, husband of Cindy M. Thomas, a person of suitable age and discretion, who stated that he/she resides therein with the defendant.

Mikio Thomas is described herein as:
Gender: Male    Race/Skin: White    Hair: Brown    Age: 55    Height: 5'7"    Weight: 200

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

8-20-13
Executed on:

Antonio M. Green
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 13-094685                                                                 Client Reference: N/A

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2013, I caused the Affidavits of Service for (1) Defendant William Wilkins, in his individual capacity, and (2) Defendant Cindy M. Thomas, in her individual capacity to be filed with the United States District Court for the District of Columbia via the Court's CM/ECF system, which will notify the following CM/ECF participants:

    Joseph A. Sergi,    Joseph.A.Sergi@usdoj.gov
    Grover Hartt, III,    grover.hartt@usdoj.gov
*Counsel for the United States and federal defendants sued in their official capacity.*

    Brigida Benitez,    bbenitez@steptoe.com
*Counsel for Steven Grodnitzky, Lois Lerner, Steven T. Miller, Holly Paz, Michael Seto, Douglas H. Shulman, Cindy M. Thomas, and William Wilkins*

    Jeffrey A. Lamken,    jlamken@mololamken.com
    Justin V Shur,    jshur@mololamken.com
*Counsel for Ronald Bell, Janine L. Estes, Susan Maloney, and Faye Ng*

I further certify I will cause a true and correct copy of the foregoing to be served upon the following at his last known addresses via U.S. Certified Mail:

**DAVID FISH**
3623 37th St. N.
Arlington, VA  22207


Dated: September 18, 2013          /s/ Kaylan L. Phillips
                                          Kaylan L. Phillips
                                          kphillips@actrightlegal.org
                                          *Counsel for Plaintiffs*