UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRUE THE VOTE, INC.,**<br><br>*Plaintiff*,<br><br>v.<br><br>**INTERNAL REVENUE SERVICE**, **et al.**,<br><br>*Defendants*. | Civ. No. 1:13-cv-00734-RBW |

# AFFIDAVIT FOR SERVICE

STATE OF INDIANA          )
                          ) ss.
COUNTY OF HENDRICKS  )

   I, Kaylan L. Phillips, being first duly sworn on oath, swear that on the 23th day of August, 2013, served the following documents:

   1. First Amended Verified Complaint for Declaratory Judgment, Injunctive Relief, and Compensatory, Statutory, and Punitive Damages with Exhibits A-H, and Certificate of Service, (Dkt. 14 through 14-9);
   2. Summons for Defendants David Fish, Steven Grodnitzky, Holly Paz, Michael C. Seto, Cindy M. Thomas, and William Wilkins (Dkt. 24 through 24-5).

on the following, by mailing a true and correct copy thereof, by Priority mail and U.S. *Certified Mail* prepaid, and by depositing same at the United States Post Office in Plainfield, Indiana, and directed to:

Eric H. Holder
Attorney General for the United States
Department of Justice
Room B-103
950 Pennsylvania Ave. NW
Washington DC 20530-0001

1

Dated: August 23, 2013

*Kaylan L. Phillips*
Kaylan L. Phillips

Subscribed and affirmed to before me
this 23rd day of August, 2013,

*Shawna Lynne Powell*
Shawna Powell
Notary Public

SHAWNA LYNNE POWELL
Notary Public, State of Indiana
Hendricks County
Commission # 635189
My Commission Expires
May 07, 2020

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Kaylan L. Phillips
ActRight Legal Foundation
209 W. Main St.
Plainfield, IN 46168

---

| **SENDER: COMPLETE THIS SECTION** | **COMPLETE THIS SECTION ON DELIVERY** |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>AUG 27 2013<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Eric H. Holder, Attorney General<br>US Department of Justice<br>950 Pennsylvania Ave. NW, RM B-103<br>Washington, DC  20530-0001 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7010 2780 0002 2866 8494 |

PS Form 3811, February 2004          Domestic Return Receipt                    102595-02-M-1540

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2013, I caused the Affidavits of Service for copies sent, pursuant to Federal Rule of Civil Procedure 4(i)(3), to the United States Attorney General to be filed with the United States District Court for the District of Columbia via the Court's CM/ECF system, which will notify the following CM/ECF participants:

Joseph A. Sergi,   Joseph.A.Sergi@usdoj.gov
Grover Hartt, III,   grover.hartt@usdoj.gov
*Counsel for the United States and federal defendants sued in their official capacity*.

Brigida Benitez,   bbenitez@steptoe.com
*Counsel for Steven Grodnitzky, Lois Lerner, Steven T. Miller, Holly Paz, Michael Seto, Douglas H. Shulman, Cindy M. Thomas, and William Wilkins*

Jeffrey A. Lamken,   jlamken@mololamken.com
Justin V Shur,   jshur@mololamken.com
*Counsel for Ronald Bell, Janine L. Estes, Susan Maloney, and Faye Ng*

I further certify I will cause a true and correct copy of the foregoing to be served upon the following at his last known addresses via U.S. Certified Mail:

**DAVID FISH**
3623 37th St. N.
Arlington, VA  22207


Dated: September 18, 2013                    /s/ Kaylan L. Phillips
                                                                Kaylan L. Phillips
                                                                kphillips@actrightlegal.org
                                                                *Counsel for Plaintiffs*