## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRUE THE VOTE, INC.,** | |
| *Plaintiff*, | Civ. No. 1:13-cv-00734-RBW |
| *v.* | |
| **INTERNAL REVENUE SERVICE**, **et al.**, | |
| *Defendants*. | |

## AFFIDAVIT FOR SERVICE

STATE OF INDIANA          )
                               ) ss.
COUNTY OF HENDRICKS  )

    I, Kaylan L. Phillips, being first duly sworn on oath, swear that on the 6th day of September, 2013, served the following documents:

1. One copy of the following: First Amended Verified Complaint for Declaratory Judgment, Injunctive Relief, and Compensatory, Statutory, and Punitive Damages with Exhibits A-H, and Certificate of Service, (Dkt. 14 through 14-9); and
2. Summons for Defendants David Fish, Steven Grodnitzky, Holly Paz, Michael C. Seto, Cindy M. Thomas, and William Wilkins (Dkt. 24 through 24-5).

on the following, by mailing a true and correct copy thereof, by Priority mail and U.S. *Certified Mail* prepaid, and by depositing same at the United States Post Office in Plainfield, Indiana, and directed to:

Ronald C. Machen, Jr.
United States Attorney for the District of Columbia
United States Attorney's Office
Attn: Civil Process Clerk
555 4th Street, NW
Washington DC 20530-0001

Dated: September 10, 2013

Kaylan L. Phillips

Subscribed and affirmed to before me
this 10th day of September, 2013,

Shawna Powell
Notary Public

SHAWNA LYNNE POWELL
Notary Public, State of Indiana
Hendricks County
Commission # 635189
My Commission Expires
May 07, 2020

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No.

• Sender: Please print your name, address, and ZIP+4 in this box •

**ActRight Legal Foundation**
Kaylan Phillips
209 W. Main Street
Plainfield, IN 46168

SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ronald C. Machen, Jr.
U.S. Attorney for D.C.
U.S. Attorneys Office
Attn: Civil Process Clerk
555 4th Street, NW
Washington, DC 20530-001

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
SEP 12 2013

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7012 3050 0000 0265 4041

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2013, I caused the Affidavits of Service for copies sent, pursuant to Federal Rule of Civil Procedure 4(i)(3), to the United States Attorney for the District of Columbia to be filed with the United States District Court for the District of Columbia via the Court's CM/ECF system, which will notify the following CM/ECF participants:

Joseph A. Sergi,       Joseph.A.Sergi@usdoj.gov
Grover Hartt, III,       grover.hartt@usdoj.gov
*Counsel for the United States and federal defendants sued in their official capacity.*

Brigida Benitez,       bbenitez@steptoe.com
*Counsel for Steven Grodnitzky, Lois Lerner, Steven T. Miller, Holly Paz, Michael Seto, Douglas H. Shulman, Cindy M. Thomas, and William Wilkins*

Jeffrey A. Lamken,    jlamken@mololamken.com
Justin V Shur,        jshur@mololamken.com
*Counsel for Ronald Bell, Janine L. Estes, Susan Maloney, and Faye Ng*

I further certify I will cause a true and correct copy of the foregoing to be served upon the following at his last known addresses via U.S. Certified Mail:

**DAVID FISH**
3623 37th St. N.
Arlington, VA  22207

Dated: September 18, 2013                     /s/ Kaylan L. Phillips
                                              Kaylan L. Phillips
                                              kphillips@actrightlegal.org
                                              *Counsel for Plaintiffs*

1