IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRUE THE VOTE, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:13-cv-00734-RBW |
| ) | |
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This matter comes before the Court on the Motion to Dismiss Counts I, II, IV, and V Statement of Points and Authorities, filed by the United States of America on behalf of itself, Defendant Internal Revenue Service, and the individual defendants named in their official capacities. Upon consideration of the United States' motion, any response to the motion, the applicable law, the entire record herein, and for good cause shown, it is hereby:

ORDERED that the United States' Motion to Dismiss is GRANTED; it is further

ORDERED that Counts I, II, IV, and V of the Amended Complaint (Doc. 14) are DISMISSED with prejudice; and it is further

ORDERED that Defendant United States of America, Defendant Internal Revenue Service, and all individual defendants named in their official capacities are DISMISSED as parties to this case, and the Clerk shall mark the docket accordingly.

**SO ORDERED.**

_____
THE HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE