UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRUE THE VOTE, INC.,

        Plaintiff,

v.

INTERNAL REVENUE SERVICE, *et al.*,

        Defendants.

Civil Action No. 13-cv-00734-RBW

**TRUE THE VOTE'S RESPONSE TO
THE INDIVIDUAL IRS DEFENDANTS'
MOTION FOR AN EXTENSION OF TIME TO OCTOBER 18, 2013**

Plaintiff, True the Vote, Inc. ("True the Vote"), by counsel, respectfully states as follows in opposition to the Motion for an Extension of Time to October 18, 2013 (Dkt. #48) filed by Defendants Steven T. Miller, Douglas Shulman, William Wilkins, Lois Lerner, Holly Paz, Cindy M. Thomas, Steven Grodnitzky, Michael C. Seto, Susan Maloney, Ronald Bell, Janine L. Estes, and Faye Ng (collectively, the "Individual IRS Defendants").

True the Vote was approached by counsel for the Individual IRS Defendants on September 4, 2013 requesting until October 18, 2013 to respond to the First Amended Complaint — a six-week extension of time to respond.  True the Vote offered a compromise of *four weeks* or until October 4, 2013 to respond, with the additional incentive to the IRS Individual Defendants to move the case along by offering to agree to the requested October 18, 2013 date *if* the Individual IRS Defendants would agree to file an answer simultaneously with the filing of any other responsive pleadings on that date.

True the Vote is not trying to be difficult, which is why it agreed to an additional four weeks at a minimum to respond and six weeks if only the Individual IRS Defendants would also agree to file an answer on that date. That does not seem to be an unreasonable request.

It is certainly true that, under the Federal Rules of Civil Procedure, defendants ordinarily do not have to respond to the merits of a complaint until fourteen days after a decision on the merits of a motion to dismiss. Fed. R. Civ. P. 12(a)(4)(A). That fourteen-day provision applies "[u]nless the court sets a different time." Fed. R. Civ. P. 12(a)(4). Setting such a time here is particularly important so that the Court and the parties alike know what facts are legitimately in dispute and the extent to which discovery and/or a trial may be required.

The Individual IRS Defendants' cite as some apparent authority or persuasion in their Motion for an Extension that a plaintiff in another case against the IRS has agreed to the Individual IRS Defendants' requests. That actually has nothing to do with this litigation. There are at least four other pending cases arising out of the IRS targeting scheme of which True the Vote complains, some filed in this court; others filed elsewhere. *Linchpins of Liberty,* to which the Individual IRS Defendants refer in its Motion, is just one of several pending cases against the IRS for the unlawful targeting scheme in which True the Vote has been ensnared against its will. The fact that a plaintiff in one case agreed to the extension that the Individual IRS Defendants seek does not make it appropriate here. In fact, apparently the agreement to extend time in that other case also includes an agreement for additional time sought by the Plaintiff to amend its complaint, a fact not present here.

True the Vote respectfully renews its request that if the Individual IRS Defendants are granted until October 18, 2013 to respond to the First Amended Complaint, that such an

2

extension would include an Answer, and otherwise, that the Individual IRS Defendants respond to the First Amended Complaint no later than October 4, 2013.

Dated: September 24, 2013                              Respectfully submitted,

                                                                            /s/  *Cleta Mitchell*

Michael J. Lockerby (D.C. Bar No. 502987 )      Cleta Mitchell (D.C. Bar No. 433386)
Foley & Lardner LLP                                    Foley & Lardner LLP
Washington Harbour                                    Washington Harbour
3000 K Street, N.W., Suite 600                  3000 K Street, N.W., Suite 600
Washington, D.C. 20007                           Washington, D.C. 20007
(202) 945-6079 (direct)                              (202) 295-4081 (direct)
(202) 672-5399 (fax)                                   (202) 672-5399 (fax)
mlockerby@foley.com                               cmitchell@foley.com
*Counsel for Plaintiff*                                      *Lead Counsel for Plaintiff*


William E. Davis (D.C. Bar No. 280057)*     Mathew D. Gutierrez (Fla. 0094014)*
Foley & Lardner LLP                                    Foley & Lardner LLP
One Biscayne Tower                                      One Biscayne Tower
2 South Biscayne Boulevard                        2 South Biscayne Boulevard
Suite 1900                                                  Suite 1900
Miami, FL 33131                                         Miami, FL 33131
(305) 482-8404 (telephone)                         (305) 482-8417 (telephone)
(305) 482-8600 (fax)                                   (305) 482-8600 (fax)
wdavis@foley.com                                         mgutierrez@foley.com
*Counsel for Plaintiff*                                       *Counsel for Plaintiff*

<div style="display: flex;">

<div style="width: 50%;">

Kaylan L. Phillips (D.C. 1110583)
Noel H. Johnson (Wisc. 1068004)\*
Zachary S. Kester (Ind. 28630-49)\*
ACTRIGHT LEGAL FOUNDATION
209 West Main Street
Plainfield, IN 46168
(317) 203-5599 (telephone)
(888) 815-5641 (fax)
kphillips@actrightlegal.org
njohnson@actrightlegal.org
zkester@actrightlegal.org
*Counsel for Plaintiff*

</div>

<div style="width: 50%;">

John C. Eastman (Cal. 193726)\*
Center for Constitutional Jurisprudence
c/o Chapman University School of Law
One University Drive
Orange, CA 92866
(877) 855-3330 (telephone and fax)
jeastman@chapman.edu
*Counsel for Plaintiff*

(\*) *Pro hac vice* motions granted

</div>

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2013, I caused TRUE THE VOTE'S OPPOSITION TO THE INDIVIDUAL DEFENDANTS' MOTION FOR AN EXTENSION OF TIME to be filed with the United States District Court for the District of Columbia by using the Court's CM/ECF system, which will send a Notice of Electronic Filing (NEF) to all counsel of record.

> Joseph A. Sergi,        Joseph.A.Sergi@usdoj.gov
> Grover Hartt, III,       grover.hartt@usdoj.gov
> *Counsel for the United States and federal defendants sued in their official capacity.*
>
>
> Brigida Benitez,       bbenitez@steptoe.com
> *Counsel for Steven Grodnitzky, Lois Lerner, Steven T. Miller, Holly Paz, Michael Seto, Douglas H. Shulman, Cindy M. Thomas, and William Wilkins*
>
>
> Jeffrey A. Lamken,    jlamken@mololamken.com
> Justin V Shur,          jshur@mololamken.com
> *Counsel for Ronald Bell, Janine L. Estes, Susan Maloney, and Faye Ng*

I further certify I will cause a true and correct copy of the foregoing to be served upon the following at his last known addresses via U.S. Certified Mail:

> DAVID FISH
> 3623 37th St. N.
> Arlington, VA  22207

September 24, 2013                                           */s/ Cleta Mitchell*
                                                             Cleta Mitchell (D.C. Bar No. 433386)