IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TRUE THE VOTE, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, *et al.*,)<br>)<br>Defendants. )<br>) | Civil Action No. 1:13-cv-00734-RBW |

### NOTICE OF ENTRY OF APPEARANCE OF CHRISTOPHER D. BELEN

Please enter the appearance of Christopher D. Belen as additional counsel on behalf of defendants the United States of America and the Internal Revenue Service in connection with this civil action. Pursuant to Local Civ. R. 83.2(e) and (j), a copy of Mr. Belen's attorney certification form is submitted herewith.

DATED: September 25, 2013

                                                      Respectfully submitted,

                                                      KATHRYN KENEALLY
                                                     Assistant Attorney General, Tax Division

                                                       GROVER HARTT, III (TX 09174500)
                                                     Senior Litigation Counsel
                                                     U.S. Department of Justice, Tax Division
                                                     717 N. Harwood Street, Suite 400
                                                     Dallas, Texas  75201
                                                     (214) 880-9733
                                                     (214) 880-9741 (FAX)
                                                     Grover.Hartt@usdoj.gov

(cont'd)

/s/ Christopher D. Belen
JOSEPH A. SERGI (DC 480837)
Senior Litigation Counsel
CHRISTOPHER D. BELEN (VA 78281)
Trial Attorney
U.S. Department of Justice, Tax Division
555 4th Street, N.W., JCB 6822
Washington, D.C.  20001
(202) 307-2089
(202) 514-6866 (FAX)
Joseph.A.Sergi@usdoj.gov
Christopher.D.Belen@usdoj.gov

Of Counsel:
RONALD C. MACHEN, JR. (DC 447889)
United States Attorney

ATTORNEYS FOR THE UNITED STATES

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRUE THE VOTE, INC. | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:13-cv-00734-RBW |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2013, I caused the Notice of Entry of Appearance of Christopher D. Belen in the above-captioned matter to be served by filing the same with the United States District Court for the District of Columbia via the Court's CM/ECF system.

/s/ Christopher D. Belen
CHRISTOPHER D. BELEN

3