UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
TRUE THE VOTE, INC.,                )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )   Civil Action No. 13-734 (RBW)
                                    )
                                    )
INTERNAL REVENUE SERVICE, et al.,   )
                                    )
        Defendants.                 )
_____ )

## ORDER

On August 27, 2013, the United States notified the Court that defendant David Fish "has been unable to request representation from the United States in this case" due to injuries that he suffered in a car accident.  See ECF No. 43 at 1-2.  On September 26, 2013, the parties appeared before the Court for a status conference concerning the legal representation of Mr. Fish in this action.  In accordance with the rulings orally issued by the Court during the September 26, 2013 status conference, it is hereby

**ORDERED** that the matters of Mr. Fish's legal representation and the appointment of a guardian ad litem for Mr. Fish are **HELD IN ABEYANCE** until further order of the Court.

**SO ORDERED** this 26th day of September, 2013.

                                        REGGIE B. WALTON
                                        United States District Judge