**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TRUE THE VOTE, INC., | |
|         Plaintiff, | |
|    v. | Civil Action No. 13-cv-00734-RBW |
| INTERNAL REVENUE SERVICE, *et al.*, | |
|         Defendants. | |

**TRUE THE VOTE'S CLARIFICATION OF ITS RESPONSE TO
THE INDIVIDUAL IRS DEFENDANTS'
MOTION FOR AN EXTENSION OF TIME TO OCTOBER 18, 2013**

Plaintiff, True the Vote, Inc. ("True the Vote"), by counsel, respectfully clarifies, at the request of counsel to Defendants Steven T. Miller, Douglas Shulman, William Wilkins, Lois Lerner, Holly Paz, Cindy M. Thomas, Steven Grodnitzky, Michael C. Seto, Susan Maloney, Ronald Bell, Janine L. Estes, and Faye Ng (collectively, the "Individual IRS Defendants") the response of True the Vote filed on September 24, 2013 (Dkt. #56) with regard to the Individual IRS Defendants' Motion for Extension of Time to Answer the First Amended Complaint (Dkt. #48).

The Individual IRS Defendants' cited in their Motion  for an Extension that counsel to plaintiffs in another case against the IRS,  *Linchpins of Liberty*, had agreed to the Individual IRS Defendants' request for an extension to October 18, 2013 to file responsive pleadings.  In its Response, True the Vote pointed out that such an agreement in another case should have no bearing on this litigation and that the agreement to extend time in that other case also included an apparent agreement for additional time sought by the Plaintiff to amend its complaint, a fact not present in this litigation.  Counsel for the Individual IRS Defendants has advised True the Vote's

counsel that the request by *Linchpins of Liberty* for an extension of time to prepare and file an amended complaint did not occur until after the order extending Individual IRS Defendants' response date had already been entered.

Per the request of Defendants' counsel, True the Vote hereby advises the Court of the correct sequence of events in which counsel in the *Linchpins of Liberty* lawsuit discussed their respective requests for extension of time.

Dated: September 27, 2013

Respectfully submitted,

                                                    ___/s/  *Cleta Mitchell*_____

Michael J. Lockerby (D.C. Bar No. 502987 )          Cleta Mitchell (D.C. Bar No. 433386)
Foley & Lardner LLP                                 Foley & Lardner LLP
Washington Harbour                                  Washington Harbour
3000 K Street, N.W., Suite 600                      3000 K Street, N.W., Suite 600
Washington, D.C. 20007                              Washington, D.C. 20007
(202) 945-6079 (direct)                             (202) 295-4081 (direct)
(202) 672-5399 (fax)                                (202) 672-5399 (fax)
mlockerby@foley.com                                 cmitchell@foley.com
*Counsel for Plaintiff*                             *Lead Counsel for Plaintiff*

William E. Davis (D.C. Bar No. 280057)*             Mathew D. Gutierrez (Fla. 0094014)*
Foley & Lardner LLP                                 Foley & Lardner LLP
One Biscayne Tower                                  One Biscayne Tower
2 South Biscayne Boulevard                          2 South Biscayne Boulevard
Suite 1900                                          Suite 1900
Miami, FL 33131                                     Miami, FL 33131
(305) 482-8404 (telephone)                          (305) 482-8417 (telephone)
(305) 482-8600 (fax)                                (305) 482-8600 (fax)
wdavis@foley.com                                    mgutierrez@foley.com
*Counsel for Plaintiff*                             *Counsel for Plaintiff*

Noel H. Johnson (Wisc. 1068004)*
Kaylan L. Phillips (D.C. 1110583)
ACTRIGHT LEGAL FOUNDATION
209 West Main Street
Plainfield, IN 46168
(317) 203-5599 (telephone)
(888) 815-5641 (fax)
kphillips@actrightlegal.org
njohnson@actrightlegal.org
zkester@actrightlegal.org
*Counsel for Plaintiff*

John C. Eastman (Cal. 193726)*
Center for Constitutional Jurisprudence
c/o Chapman University School of Law
One University Drive
Orange, CA 92866
(877) 855-3330 (telephone and fax)
*jeastman@chapman.edu*
*Counsel for Plaintiff*

*(\*) Pro hac vice motions granted*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 27, 2013, I caused TRUE THE VOTE'S

OPPOSITION TO THE INDIVIDUAL DEFENDANTS' MOTION FOR AN EXTENSION OF

TIME to be filed with the United States District Court for the District of Columbia by using the

Court's CM/ECF system, which will send a Notice of Electronic Filing (NEF) to all counsel of

record.

> Joseph A. Sergi,      Joseph.A.Sergi@usdoj.gov
> Grover Hartt, III,      grover.hartt@usdoj.gov
> *Counsel for the United States and federal defendants sued in their official capacity.*

> Brigida Benitez,      bbenitez@steptoe.com
> *Counsel for Steven Grodnitzky, Lois Lerner, Steven T. Miller, Holly Paz, Michael Seto,*
> *Douglas H. Shulman, Cindy M. Thomas, and William Wilkins*

> Jeffrey A. Lamken,    jlamken@mololamken.com
> Justin V Shur,        jshur@mololamken.com
> *Counsel for Ronald Bell, Janine L. Estes, Susan Maloney, and Faye Ng*

I further certify I will cause a true and correct copy of the foregoing to be served upon the

following at his last known addresses via U.S. Certified Mail:

> DAVID FISH
> 3623 37th St. N.
> Arlington, VA  22207

September 27, 2013                     */s/ Cleta Mitchell*_____
                                         Cleta Mitchell (D.C. Bar No. 433386)