UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRUE THE VOTE, INC.,**<br><br>*Plaintiff*,<br><br>v.<br><br>**INTERNAL REVENUE SERVICE**, *et al.*,<br><br>*Defendants*. | Civ. No. 13-cv-00734-RBW |

## Joint Proposed Briefing Schedule on Motions to Dismiss

At the status conference held September 26, 2013, this Court directed counsel for the parties to meet and confer on an overall briefing schedule for the case. Counsel have conferred and jointly propose the following briefing schedule, to wit:

| | |
|---|---|
| November 15, 2013 | Plaintiff's Response(s) to Motion(s) to Dismiss filed by any/all Defendant(s) |
| December 17, 2013 | Defendants' Reply Briefs to Plaintiff's Response(s) to Motion(s) to Dismiss |
| February, 2014<br>(or at another time as determined by this Court) | Hearing on Defendants' Motion(s) to Dismiss |

1

Respectfully submitted this 30th day of September, 2013.

/s/Cleta Mitchell
Michael J. Lockerby (D.C. 502987)
Cleta Mitchell (D.C. 433386)
FOLEY & LARDNER, LLP
Washington Harbour
3000 K Street NW Suite #600
Washington, DC 20007
(202) 672-5300 (telephone)
(202) 672-5399 (fax)
mlockerby@foley.com
cmitchell@foley.com
*Counsel for Plaintiff*

William E. Davis (D.C. Bar No. 280057)
Mathew D. Guitierrez (Fla. 0094014)*
FOLEY & LARDNER, LLP
One Biscayne Tower
2 South Biscayne Boulevard
Suite 1900
Miami, FL 33131
(305) 482-8404 (telephone)
(305) 482-8600 (fax)
wdavis@foley.com
Counsel for Plaintiff

Kaylan L. Phillips (D.C. 1110583)
Noel H. Johnson (Wisc. 1068004)*
Zachary S. Kester (Ind. 28630-49)*
ActRight Legal Foundation
209 West Main Street
Plainfield, IN 46168
(317) 203-5599 (telephone)
(888) 815-5641 (fax)
kphillips@actrightlegal.org
njohnson@actrightlegal.org
zkester@actrightlegal.org
*Counsel for Plaintiff*

/s/ Grover Hartt, III
GROVER HARTT, III (TX 09174500)
Senior Litigation Counsel
CHRISTOPHER R. EGAN (TX 24036516)
Trial Attorney
U.S. Department of Justice, Tax Division
717 N. Harwood Street, Suite 400
Dallas, Texas 75201
(214) 880-9733
(214) 880-9741 (FAX)
Grover.Hartt@usdoj.gov

JOSEPH A. SERGI (DC 480837)
Senior Litigation Counsel
U.S. Department of Justice, Tax Division
555 4th Street, N.W., JCB 7207
Washington, D.C. 20001
(202) 305-0868
(202) 307-2504 (FAX)
Joseph.A.Sergi@usdoj.gov
*Counsel for Defendants United States of America, Internal Revenue Service, and IRS Commissioner Daniel Werfel*

/s/ Justin V. Shur
Jeffery A. Lamken (DC Bar No. 440547)
Justin V. Shur (DC Bar No. 973855)
MOLO LAMKEN LLP
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
Tel.: (202) 556-2000
Fax: (202) 556-2201
Email: Jlamkem@mololamken.com
Email: jshur@mololamken.com
*Counsel for Defendants Susan Maloney, Ronald Bell, Janine L. Estes, and Faye Ng*

| | |
|---|---|
| | /s/ Brigida Benitez |
| John C. Eastman (Cal. 193726)* | Brigida Benitez (DC Bar No. 446144) |
| Center for Constitutional Jurisprudence | STEPTOE & JOHNSON LLP |
| c/o Chapman University School of Law | 1330 Connecticut Avenue, N.W. |
| One University Drive | Washington DC, 20036 |
| Orange, CA 92866 | Tel.: (202) 429-6261 |
| (877) 855-3330 x2 (telephone) | Fax: (202) 429-3902 |
| (714) 844-4817 (fax) | Email: bbenitez@steptoe.com |
| jeastman@chapman.edu | *Counsel for Defendants Steven T. Miller,* |
| *Counsel for Plaintiff* | *Douglas H. Shulman, William Wilkins, Lois* |
| | *Lerner, Holly Paz, Cindy M. Thomas, Steven* |
| *Pro Hac Vice Motions granted | *Grodnitzky, and Michael C. Seto* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRUE THE VOTE, INC.,**<br><br>*Plaintiff*,<br><br>v.<br><br>**INTERNAL REVENUE SERVICE**, *et al.*,<br><br>*Defendants*. | Civ. No. 13-cv-00734-RBW |

## **ORDER**

Upon consideration of the Joint Proposed Briefing Schedule on Motions to Dismiss, it is hereby:

ORDERED that Plaintiff's Response(s) to Motion(s) to Dismiss filed by any/all Defendants(s) shall be filed no later than November 15, 2013.

ORDERED that Defendants' Reply Briefs to Plaintiff's Response(s) to Motion(s) to Dismiss shall be filed no later than December 17, 2013.

ORDERED that a hearing on Defendants' Motion(s) to Dismiss shall be set in February, 2014 or at another time as determined by order of this Court.

SO ORDERED.

DATED: _____

                                                                                                   The Honorable Reggie B. Walton
                                                                                                    United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2013, I caused the JOINT PROPOSED BRIEFING SCHEDULE ON MOTIONS TO DISMISS and ORDER to be filed with the United States District Court for the District of Columbia via the Court's CM/ECF system.

I further certify I will cause a true and correct copy of the foregoing to be served upon the following at his last known addresses via U.S. Certified Mail:

**DAVID FISH**
3623 37th St. N.
Arlington, VA  22207


Dated: September 30, 2013                    /s/ *Cleta Mitchell*
                                             Cleta Mitchell
                                             cmitchell@foley.com
                                             *Counsel for Plaintiffs*