UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRUE THE VOTE, INC.,** *Plaintiff*, v. **INTERNAL REVENUE SERVICE**, *et al.*, *Defendants*. | Civ. No. 13-cv-00734-RBW |

## Plaintiff's Motion for Extension of Time to File a Response to Defendant IRS's Motion to Dismiss

Pursuant to Federal Rule of Civil Procedure 6(b) and General Order and Guideline 4, Plaintiff hereby respectfully requests an extension of time to file a response to Defendant IRS's Motion to Dismiss Counts I, II, IV and V (Dkts. 54, 59, hereafter "Motion to Dismiss"). Counsel for all defendants have consented to the extension requested by this motion.

### BACKGROUND

On September 20, Defendants United States of America, Internal Revenue Service, and Internal Revenue Service Commissioner Daniel Werfel (together, "IRS") filed their Motion to Dismiss (Dkt. 54.) Per the Local Rules of this Court, Plaintiff's deadline to respond to the Motion to Dismiss is October 4, 2013. *See* LCvR 7(b) (providing 14 days to file memorandum of points and authorities in opposition to a motion). On September 26, 2013, the IRS filed a Supplemental Motion to Amend/Correct its Motion to Dismiss. It is unclear from the Local Rules whether Plaintiff's deadline to respond to the Motion to Dismiss was automatically extended by the filing of the Supplemental Motion. Plaintiff is therefore proceeding on the possibility that its October 4 deadline to file a response remains unchanged.

1

The Individual Defendants have been granted an extension of time to file a responsive pleading or motion to October 18, 2013.

The Parties met and conferred and agreed on a Joint Proposed Briefing Schedule on Motions to Dismiss, which was filed on September 30, 2013 (Dkt. 61), and which proposed that Plaintiff's Response(s) to Motion(s) to Dismiss filed by any/all Defendant(s) be scheduled for November 15, 2013, with Defendants' Replies due on December 17, 2013.

Since the filing of the parties' proposed briefing schedule, and prior to the entry of an Order by the Court regarding the proposed briefing schedule, the Federal Government has been "shutdown" related to the federal budget.

Under these unusual circumstances, Plaintiff hereby memorializes its request that the Court extend Plaintiff's response date in order that Plaintiff not inadvertently miss a deadline for filing its response to the IRS's Motion to Dismiss.

For the foregoing reasons, Plaintiff, with the consent of all defendants, respectfully requests an extension of time to file responses to the IRS's Motion to Dismiss until November 15, 2013.

Respectfully submitted this 2nd day of October, 2013.

/s/Cleta Mitchell
Michael J. Lockerby (D.C. 502987)
Cleta Mitchell (D.C. 433386)
FOLEY & LARDNER, LLP
Washington Harbour
3000 K Street NW Suite #600
Washington, DC 20007
(202) 672-5300 (telephone)
(202) 672-5399 (fax)
mlockerby@foley.com
cmitchell@foley.com
*Counsel for Plaintiff*

William E. Davis (D.C. Bar No. 280057)
Mathew D. Guitierrez (Fla. 0094014)*
FOLEY & LARDNER, LLP
One Biscayne Tower
2 South Biscayne Boulevard
Suite 1900
Miami, FL 33131
(305) 482-8404 (telephone)
(305) 482-8600 (fax)
wdavis@foley.com
Counsel for Plaintiff

Kaylan L. Phillips (D.C. 1110583)
Noel H. Johnson (Wisc. 1068004)*
Zachary S. Kester (Ind. 28630-49)*
ActRight Legal Foundation
209 West Main Street
Plainfield, IN 46168
(317) 203-5599 (telephone)
(888) 815-5641 (fax)
kphillips@actrightlegal.org
njohnson@actrightlegal.org
zkester@actrightlegal.org
*Counsel for Plaintiff*

John C. Eastman (Cal. 193726)*
Center for Constitutional Jurisprudence
c/o Chapman University School of Law
One University Drive
Orange, CA 92866
(877) 855-3330 x2 (telephone)
(714) 844-4817 (fax)
jeastman@chapman.edu
*Counsel for Plaintiff*

*\*Pro Hac Vice Motions granted*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRUE THE VOTE, INC.,**<br><br>*Plaintiff*,<br><br>v.<br><br>**INTERNAL REVENUE SERVICE**, *et al.*,<br><br>*Defendants*. | Civ. No. 13-cv-00734-RBW |

## Order

Upon consideration of Plaintiff's Motion for Extension of Time to File a Response to Defendant IRS's Motion to Dismiss, it is hereby:

ORDERED that Plaintiff's Motion for Extension of Time to File a Response to Defendant IRS's Motion to Dismiss is GRANTED; and it is further

ORDERED that Plaintiff has until November 15, 2013 to file a response to Defendant IRS's Motion to Dismiss.

SO ORDERED.

DATED: _____

_____
The Honorable Reggie B. Walton
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2013, I caused *Plaintiff's Motion for Extension of Time to File a Response to Defendant IRS's Motion to Dismiss* to be filed with the United States District Court for the District of Columbia via the Court's CM/ECF system.

I further certify I will cause a true and correct copy of the foregoing to be served upon the following at his last known addresses via U.S. Certified Mail:

**DAVID FISH**
3623 37th St. N.
Arlington, VA 22207


Dated: October 2, 2013                                     /s/ Cleta Mitchell
                                                                              Cleta Mitchell
                                                                              cmitchell@foley.com
                                                                              *Counsel for Plaintiff*