UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| TRUE THE VOTE, INC., <br><br> Plaintiff, <br><br> v. <br><br> INTERNAL REVENUE SERVICE, *et al*., <br><br> Defendants. | Case No. 1:13-cv-000734-RBW <br><br> <u>CIVIL ACTION</u> |

**ORDER**

This matter comes before the Court on the Individual Management Defendants' Motion to Dismiss and Memorandum in Support of Individual Management Defendants' Motion to Dismiss, filed by Steven Grodnitzky, Lois Lerner, Steven Miller, Douglas Shulman, Cindy Thomas, and William Wilkins in their individual capacities (collectively "Individual Management Defendants"). Upon consideration of the Individual Management Defendants' Motion, any response to the motion, the applicable law, the entire record herein, and for good cause shown, it is hereby:

ORDERED that the Individual Management Defendants' Motion to Dismiss is GRANTED; it is further

ORDERED that Count III of the First Verified Amended Complaint is DISMISSED with prejudice; and it is further

ORDERED that all Individual Management Defendants named in their individual capacities are DISMISSED as parties to this case, and the Clerk shall mark the docket accordingly.

**SO ORDERED.**

_____
THE HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE