IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRUE THE VOTE, INC., | ) |
| *Plaintiff,* | ) Civ. No. 13-cv-00734-RBW |
| v. | ) Judge Reggie B. Walton |
| INTERNAL REVENUE SERVICE, *et al.,* | ) |
| *Defendants.* | ) |

## ORDER

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Count 3 of Plaintiff's First Amended Complaint against Defendants Susan Maloney, Ronald Bell, Janine L. Estes, and Faye Ng in their individual capacities is DISMISSED with prejudice for failure to state a claim.

Alternatively, Plaintiff's First Amended Complaint against Defendants Susan Maloney, Ronald Bell, Janine L. Estes, and Faye Ng is DISMISSED under Rule 12(b)(2) of the Federal Rules of Civil Procedure for lack of personal jurisdiction.

Signed _____, ____ 2013

_____
Reggie B. Walton
United States District Judge