# Exhibit A:

# Determination Letter



U.S. Department of Justice

**Tax Division**

*Civil Trial Section*

KK:MJK:JASergi
DJ 5-16-4583
CMN 2013101880

P.O. Box 227
Washington, D.C. 20044

Telephone: 202-305-0868
Telecopier: 202-307-2504

September 26, 2013

By Hand
Cleta Mitchell
Foley & Lardner LLP
3000 K Street, N.W.
Suite 600
Washington, D.C. 20007-5109

    Re:    *True The Vote, Inc. v. Internal Revenue Service,*
            Case No. 13-734 (USDC DC)

Dear Ms. Mitchell:

    The Internal Revenue Service has determined that the application for exempt status under 26 U.S.C. § 501(c)(3) submitted by Plaintiff True The Vote should be granted. Letters from the Service providing this approval are enclosed. Please provide them to your client, and let me know if you have any questions.

    Thank you.

                             Sincerely yours,

                             JOSEPH A SERGI
                             Senior Litigation Counsel

Enclosures

cc:  Thomas J. Kane
      Senior Level Counsel, Office of Chief Counsel
      Internal Revenue Service

10555498.1

Exhibit A, Page 1

```
INTERNAL REVENUE SERVICE                        DEPARTMENT OF THE TREASURY
P. O. BOX 2508
CINCINNATI, OH  45201

                                                Employer Identification Number:
   Date:  SEP 26 2013                             27-2860095
                                                DLN:
                                                  17053267331000
   TRUE THE VOTE INC                             Contact Person:
   708 DAMASCUS                                    FAYE NG                    ID# 31290
   ROSENBERG, TX  77471                          Contact Telephone Number:
                                                  (877) 829-5500
                                                Accounting Period Ending:
                                                  December 31
                                                Public Charity Status:
                                                  170(b)(1)(A)(vi)
                                                Form 990 Required:
                                                  Yes
                                                Effective Date of Exemption:
                                                  June 7, 2010
                                                Contribution Deductibility:
                                                  Yes
                                                Addendum Applies:
                                                  No
```

Dear Applicant:

We are pleased to inform you that upon review of your application for tax exempt status we have determined that you are exempt from Federal income tax under section 501(c)(3) of the Internal Revenue Code. Contributions to you are deductible under section 170 of the Code. You are also qualified to receive tax deductible bequests, devises, transfers or gifts under section 2055, 2106 or 2522 of the Code. Because this letter could help resolve any questions regarding your exempt status, you should keep it in your permanent records.

Organizations exempt under section 501(c)(3) of the Code are further classified as either public charities or private foundations. We determined that you are a public charity under the Code section(s) listed in the heading of this letter.

Please see enclosed Publication 4221-PC, Compliance Guide for 501(c)(3) Public Charities, for some helpful information about your responsibilities as an exempt organization.

Letter  947 (DO/CG)

Exhibit A, Page 2

TRUE THE VOTE INC

We have sent a copy of this letter to your representative as indicated in your power of attorney.

Sincerely,

*Kenneth Cohen*

Director, Exempt Organizations

Enclosure: Publication 4221-PC

Letter 947 (DO/CG)

Exhibit A, Page 3

```
INTERNAL REVENUE SERVICE                         DEPARTMENT OF THE TREASURY
P. O. BOX 2508
CINCINNATI, OH  45201

Date:  SEP 26 2013                  Employer Identification Number:
                                      27-2860095
                                    DLN:
TRUE THE VOTE INC                     17053267331000
C/O DERON R HARRINGTON              Contact Person:
2225 COUNTY RD 90 STE 115             FAYE NG                    ID# 31290
PEARLAND, TX   77584                Contact Telephone Number:
                                      (877) 829-5500
                                    Accounting Period Ending:
                                      December 31
                                    Public Charity Status:
                                      170(b)(1)(A)(vi)
                                    Form 990 Required:
                                      Yes
                                    Effective Date of Exemption:
                                      June 7, 2010
                                    Contribution Deductibility:
                                      Yes
                                    Addendum Applies:
                                      No
```

Dear Applicant:

We are pleased to inform you that upon review of your application for tax exempt status we have determined that you are exempt from Federal income tax under section 501(c)(3) of the Internal Revenue Code. Contributions to you are deductible under section 170 of the Code. You are also qualified to receive tax deductible bequests, devises, transfers or gifts under section 2055, 2106 or 2522 of the Code. Because this letter could help resolve any questions regarding your exempt status, you should keep it in your permanent records.

Organizations exempt under section 501(c)(3) of the Code are further classified as either public charities or private foundations. We determined that you are a public charity under the Code section(s) listed in the heading of this letter.

Please see enclosed Publication 4221-PC, Compliance Guide for 501(c)(3) Public Charities, for some helpful information about your responsibilities as an exempt organization.

Letter  947 (DO/CG)

Exhibit A, Page 4

-2-

TRUE THE VOTE INC

We have sent a copy of this letter to your representative as indicated in your power of attorney.

                                                Sincerely,

                                                Kenneth Cahn

                                                Director, Exempt Organizations

Enclosure:   Publication 4221-PC

 

                                                                   Letter  947 (DO/CG)

INTERNAL REVENUE SERVICE
P. O. BOX 2508
CINCINNATI, OH 45201

DEPARTMENT OF THE TREASURY

Date: SEP 26 2013

TRUE THE VOTE INC
C/O TONY CARBONE
2225 COUNTY RD 90 STE 115
PEARLAND, TX 77584

Employer Identification Number:
27-2860095
DLN:
17053267331000
Contact Person:
FAYE NG                           ID# 31290
Contact Telephone Number:
(877) 829-5500
Accounting Period Ending:
December 31
Public Charity Status:
170(b)(1)(A)(vi)
Form 990 Required:
Yes
Effective Date of Exemption:
June 7, 2010
Contribution Deductibility:
Yes
Addendum Applies:
No

Dear Applicant:

We are pleased to inform you that upon review of your application for tax exempt status we have determined that you are exempt from Federal income tax under section 501(c)(3) of the Internal Revenue Code. Contributions to you are deductible under section 170 of the Code. You are also qualified to receive tax deductible bequests, devises, transfers or gifts under section 2055, 2106 or 2522 of the Code. Because this letter could help resolve any questions regarding your exempt status, you should keep it in your permanent records.

Organizations exempt under section 501(c)(3) of the Code are further classified as either public charities or private foundations. We determined that you are a public charity under the Code section(s) listed in the heading of this letter.

Please see enclosed Publication 4221-PC, Compliance Guide for 501(c)(3) Public Charities, for some helpful information about your responsibilities as an exempt organization.

Letter 947 (DO/CG)

Exhibit A, Page 6

TRUE THE VOTE INC

We have sent a copy of this letter to your representative as indicated in your power of attorney.

                                            Sincerely,

                                            *Kenneth Cahn* (signature)

                                            Director, Exempt Organizations

Enclosure:   Publication 4221-PC

Letter   947 (DO/CG)