UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRUE THE VOTE, INC.,**<br><br>                                          *Plaintiff*,<br><br>        *v.*<br><br>**INTERNAL REVENUE SERVICE**, *et al*.,<br><br>                                          *Defendants*. | Civ. No. 13-cv-00734-RBW |

## Order

This matter comes before the Court on the Motion to Dismiss Counts I, II, IV, and V and Statement of Points and Authorities filed by the United States of America on behalf of itself, Defendant Internal Revenue Service, and the individual defendants named in their official capacities. Upon consideration of the motion, and plaintiff's opposition, it is hereby:

ORDERED that the Motion to Dismiss Counts I, II, IV, and V and Statement of Points and Authorities is DENIED.

SO ORDERED.

DATED: _____

                                                                                       _____
                                                                                       The Honorable Reggie B. Walton
                                                                                       United States District Judge