UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRUE THE VOTE, INC.,** *Plaintiff*, v. **INTERNAL REVENUE SERVICE**, *et al.*, *Defendants*. | Civ. No. 13-cv-00734-RBW |

# Motion to File Oversized Memorandum
# in Consolidated Response to Individual Defendants'
# Motions to Dismiss

Plaintiff True the Vote, Inc. ("True the Vote"), by counsel, respectfully requests leave to file one, oversized, consolidated response to the Defendants' two separate motions to dismiss the First Amended Complaint (Dkt. #14).[1]

Under Local Rule 7(e), as a matter of right, True the Vote may file a memorandum of points and authorities in opposition to *each* motion in a length not exceeding 45 pages. Together, then, True the Vote's memoranda in response to both motions to dismiss may total up to 90 pages. Many of the legal issues, arguments, and authorities presented by both motions to dismiss are common, however. Accordingly, True the Vote requests leave to file one consolidated, but oversized, memorandum in response to both motions, not to exceed 70 pages. True the Vote believes that such a response will streamline review by the Court, will eliminate duplication and

---

[1] Motions to Dismiss were filed by Defendants Steven Grodnitzky, Lois Lerner, Steven Miller, Holly Paz, Michael Seto, Douglas Shulman, Cindy Thomas and William Wilkins (the "Individual Management Defendants") (Dkt. #63) and Defendants Susan Maloney, Ronald Bell, Janine L. Estes, and Faye Ng (the "Cincinnati Defendants") (Dkt. #64) (collectively referred to herein as the "Individual Defendants").

the need for restating identical arguments twice, will preserve judicial resources, and will ultimately aid this Court's consideration of the issues in this case.

Counsel to True the Vote has asked counsel for the Individual Defendants for their consent to this motion. The Management Defendants' counsel, however, will not consent to the filing of a consolidated response. No response has been received from the Cincinnati Defendants' counsel.

True the Vote submits that there is no good cause for requiring two separate responses with duplication of argument and authorities and the additional twenty pages that would be required to restate identical arguments more than once.

A proposed order granting True the Vote's request is attached.

Dated: November 15, 2013                                Respectfully submitted,


   /s/Cleta Mitchell
Michael J. Lockerby (D.C. 502987)                       William E. Davis (D.C. 280057)
Cleta Mitchell (D.C. 433386)                            Mathew D. Gutierrez (Fla. 0094014)*
FOLEY & LARDNER, LLP                                    FOLEY & LARDNER, LLP
Washington Harbour                                      One Biscayne Tower
3000 K Street, N.W., Suite 600                          2 South Biscayne Boulevard
Washington, DC 20007                                    Suite 1900
(202) 672-5300 (telephone)                              Miami, FL 33131
(202) 672-5399 (fax)                                    (305) 482-8404 (telephone)
mlockerby@foley.com                                     (305) 482-8600 (fax)
cmitchell@foley.com                                     wdavis@foley.com
*Lead Counsel for Plaintiff*                            mgutierrez@foley.com
                                                        *Counsel for Plaintiff*

Kaylan L. Phillips (D.C. 1110583)
Noel H. Johnson (Wisc. 1068004)*
ACTRIGHT LEGAL FOUNDATION
209 West Main Street
Plainfield, IN 46168
(317) 203-5599 (telephone)
(888) 815-5641 (fax)
kphillips@actrightlegal.org
njohnson@actrightlegal.org
*Counsel for Plaintiff*

John C. Eastman (Cal. 193726)*
Center for Constitutional Jurisprudence
c/o Chapman University School of Law
One University Drive
Orange, CA 92866
(877) 855-3330 x2 (telephone)
(714) 844-4817 (fax)
jeastman@chapman.edu
*Counsel for Plaintiff*

*Pro Hac Vice Motions granted*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2013, I caused the foregoing to be filed with the United States District Court for the District of Columbia via the Court's CM/ECF system.

I further certify I will cause a true and correct copy of the foregoing to be served upon the following at his last known addresses via U.S. Certified Mail:

**DAVID FISH**
3623 37th St. N.
Arlington, VA  22207


Dated: November 15, 2013                               /s/ *Cleta Mitchell*
                                                                         Cleta Mitchell
                                                                         cmitchell@foley.com
                                                                *Lead Counsel for Plaintiffs*