# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRUE THE VOTE, INC.,**<br><br>*Plaintiff*,<br><br>v.<br><br>**INTERNAL REVENUE SERVICE**, *et al.*,<br><br>*Defendants*. | Civ. No. 13-cv-00734-RBW |

## Order

Upon consideration of Plaintiff's Motion to File Oversized Memorandum in Consolidated Response to Individual Defendants' Motions to Dismiss, it is hereby:

ORDERED that Plaintiff's Motion to File Oversized Memorandum in Consolidated Response to Individual Defendants' Motions to Dismiss is GRANTED; and it is further

ORDERED that Plaintiff may file a consolidated memorandum of points and authorities in response to the Individual Defendants' motions to dismiss in a length not to exceed 70 pages.

SO ORDERED.

DATED: _____

_____
The Honorable Reggie B. Walton
United States District Judge