UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRUE THE VOTE, INC.,**<br><br>*Plaintiff*,<br><br>v.<br><br>**INTERNAL REVENUE SERVICE**, *et al.*,<br><br>*Defendants*. | Civ. No. 13-cv-00734-RBW |

## Order

This matter comes before the Court on the Motion to Dismiss filed by Defendants Steven Grodnitzky, Lois Lerner, Steven Miller, Holly Paz, Michael Seto, Douglas Shulman, Cindy Thomas and William Wilkins (the "Management Defendants' Motion to Dismiss") and the Motion to Dismiss filed by Defendants Susan Maloney, Ronald Bell, Janine L. Estes, and Faye Ng (the "Cincinnati Defendants' Motion to Dismiss"). Upon consideration of the motions and plaintiff's opposition, it is hereby:

ORDERED that the Management Defendants' Motion to Dismiss is DENIED; and

ORDERED that the Cincinnati Defendants' Motion to Dismiss is DENIED.

SO ORDERED.

DATED: _____

　　　　　　　　　　　　　　　　　　　　The Honorable Reggie B. Walton
　　　　　　　　　　　　　　　　　　　　United States District Judge