## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRUE THE VOTE, INC.,** | |
| *Plaintiff,* | |
| *v.* | Civ. No. 13-cv-00734-RBW |
| **INTERNAL REVENUE SERVICE**, *et al*., | |
| *Defendants.* | |

## [Proposed] Order

Upon consideration of Plaintiff's Motion to Stay Agency Action, it is hereby:

ORDERED that all documents and information provided by True the Vote in response to the IRS's second and third requests for information, dated February 8, 2012, and October 9, 2012, respectively, shall be excluded from True the Vote's application for recognition of tax-exempt status for purposes of the public disclosure provisions of 26 U.S.C. § 6104 during the pendency of this case and any appeal following.

ORDERED that the IRS shall not include any excluded documents or information as part of a response to a request for True the Vote's application according to 26 U.S.C. § 6104(a)(1)(A) or any related section or regulation during the pendency of this case and any appeal following.

ORDERED that True the Vote shall not be required to include any excluded documents or information as part of a response for its application according to 26 U.S.C. § 6104(d)(1)(A)(i) or any related section or regulation and that True the Vote shall not be subject to any penalty under 26 U.S.C. § 6652(c)(1) for producing their application without including the expunged documents or information.

SO ORDERED.


DATED: _____

_____
The Honorable Reggie B. Walton
United States District Judge