UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| TRUE THE VOTE, INC., <br><br> Plaintiff, <br><br> v. <br><br> INTERNAL REVENUE SERVICE, *et al.*, <br><br> Defendants. | Case No. 1:13-cv-000734-RBW <br><br> CIVIL ACTION |

**ORDER**

Upon consideration of Plaintiff's Motion to File Oversized Memorandum in Consolidated Response to Individual Defendants' Motions to Dismiss and the responses to the Motion, it is hereby:

ORDERED that Plaintiff's Motion to File Oversized Memorandum in Consolidated Response to Individual Defendants' Motions to Dismiss is DENIED.

ORDERED that Plaintiff will file a memorandum of points and authorities in that responds solely to the Individual Management Defendants' motion to dismiss (Dkt. #63) on or before December 5, 2013.

FURTHER ORDERED that the Individual Management Defendants will file a reply brief on or before January 6, 2014.

SO ORDERED.

DATED: _____  _____
                                                                The Honorable Reggie B. Walton
                                                                United States District Judge