IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TRUE THE VOTE, INC., )<br>)<br>    *Plaintiff*, )<br>)<br>    v. )<br>)<br>INTERNAL REVENUE SERVICE, *et al.*, )<br>)<br>    *Defendants.* )<br>) | Civ. No. 13-cv-00734-RBW<br><br>Judge Reggie B. Walton |

## THE CINCINNATI DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO FILE AN OVERSIZED BRIEF

Defendants Susan Maloney, Ronald Bell, Janine L. Estes, and Faye Ng (the "Cincinnati Defendants") respectfully submit this response to Plaintiff True the Vote's motion to file a consolidated, oversized brief in opposition to the pending motions to dismiss. Dkt.66 (November 15, 2013); *see also* Dkt.65 (proposed brief in opposition); Dkt.66 Ex. 2 (same). The Cincinnati Defendants take no position on Plaintiff's motion and defer to whatever relief the Court in its discretion deems just and appropriate.

November 26, 2013                              Respectfully submitted,

                                               /s/ Jeffrey A. Lamken
                                               Jeffrey A. Lamken (D.C. Bar No. 440547)
                                               Justin V. Shur (D.C. Bar No. 973855)
                                               MOLOLAMKEN LLP
                                               600 New Hampshire Avenue, N.W.
                                               Washington, D.C.  20037
                                               (202) 556-2000 (phone)
                                               (202) 556-2001 (fax)
                                               jlamken@mololamken.com
                                               jshur@mololamken.com

                                               *Counsel for Susan Maloney, Ronald Bell,
                                               Janine L. Estes, and Faye Ng*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of November, 2013, I electronically filed the Cincinnati Defendants' Response to Plaintiff's Motion to File an Oversized Brief using the CM/ECF system, which will send a notification of such filing to all counsel of record.

/s/ Jeffrey A. Lamken
Jeffrey A. Lamken (D.C. Bar No. 440547)
MOLOLAMKEN LLP
600 New Hampshire Avenue, N.W.
Washington, D.C.  20037
(202) 556-2000 (phone)
(202) 556-2001 (fax)
jlamken@mololamken.com

*Counsel for Susan Maloney, Ronald Bell, Janine L. Estes, and Faye Ng*