

**FOLEY & LARDNER LLP**

March 20, 2012

ATTORNEYS AT LAW

777 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202-5306
414.271.2400 TEL
414.297.4900 FAX
foley.com

WRITER'S DIRECT LINE
414.319.7053
jkohout@foley.com EMAIL

CLIENT/MATTER NUMBER
101232-0101

**VIA CERTIFIED MAIL**

Internal Revenue Service
Exempt Organizations
P.O. Box 2508
Cincinnati, OH 45201
ATTN: Janine L. Estes
       Room 4525
       Group 7829

TE/GE, Processing
Correspondence
RECEIVED
MAR 23 2012
Internal Revenue Service
Cincinnati, Ohio

Re: True the Vote 27-2860095 Response to IRS information requests

Dear Ms. Estes:

Attached please find True the Vote's response to your information requests. Please note that the response consists of two volumes. Please call me with any questions.

Sincerely,

Jason J. Kohout

JJK
Enclosure

cc: Cleta Mitchell
    Catherine Engelbrecht

EXHIBIT
No. 1:13-cv-
00734-RBW

BOSTON          JACKSONVILLE    MILWAUKEE    SAN DIEGO             SILICON VALLEY
BRUSSELS        LOS ANGELES     NEW YORK     SAN DIEGO/DEL MAR     TALLAHASSEE
CHICAGO         MADISON         ORLANDO      SAN FRANCISCO         TAMPA
DETROIT         MIAMI           SACRAMENTO   SHANGHAI              TOKYO
                                                                   WASHINGTON, D.C.

4815-1842-7663

Contents

Tab 1. Declaration Statement

Tab 2. IRS Information Request dated February 8, 2012

Tab 3. Responses to IRS Information Requests

Tab 4. Pew Foundation Research Paper

Tab 5. Print-out of Website

Tab 6. Facebook Account

Tab 7. Twitter Account

Tab 8. Conflict of Interest Policy

Tab 9. Board Minutes

Tab 10. Examples of E-mail Solicitation

Tab 11. Website Solicitation

Tab 12. Financial Information

Tab 13. Schedule of Election Training Events

Tab 14. Powerpoint Presentation for Poll Watcher Training

Tab 15. Poll Watcher Manual

Tab 16. Poll Watcher Quick Reference Guide

Tab 17. Poll Watcher Exam

Tab 18. Presentation made at Teambuilding Training

Tab 19. Handouts Used at Teambuilding Training

Tab 20. Presentation for Mobilization and Logistics Training.

Tab 21. Texas Summit Schedule

Tab 22. Texas Summit Presentation

Tab 23. National Summit Schedule

Tab 24. National Summit Presentation

Tab 25. Press Release for the South Carolina Rally

True the Vote
EIN: 27-2860095

Tab 26. <u>Invitation to National Summit 2012</u>

Tab 27. <u>Handout Distributed to Individuals for Recruiting</u>

Tab 28. <u>Election Observer Rules</u>

Tab 29. <u>Election Assistance Commission Report</u>

Tab 30. <u>News Report of Organization Preventing Fraudulent Voter Registrations</u>

Tab 31. <u>Letter from Stan Stanart, Harris County County Clerk</u>

Tab 32. <u>Press Releases related to Wisconsin Recall Petition Verification</u>

Tab 33. <u>Newspaper Articles Quoting the Organization's President</u>

Tab 34. <u>Shared Services Agreement</u>



**FOLEY & LARDNER LLP**

November 30, 2012

ATTORNEYS AT LAW

777 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202-5306
414.271.2400 TEL
414.297.4900 FAX
foley.com

WRITER'S DIRECT LINE
414.319.7053
jkohout@foley.com EMAIL

CLIENT/MATTER NUMBER
101232-0101

**VIA CERTIFIED MAIL**

Internal Revenue Service
Attn: Faye Ng
Room 4522, Group 7821
Exempt Organizations
P.O. Box 2508
Cincinnati, OH 45201

    Re:    True the Vote 27-2860095 Response to IRS information requests

Dear Ms. Ng:

    Attached please find True the Vote's response to your additional information requests. Please call me with any questions.

                                Sincerely,

                                Jason J. Kohout

Enclosure

cc:    Cleta Mitchell
         Catherine Engelbrecht

*TE/GE, Processing Correspondence*
**RECEIVED**
DEC 03 2012
Internal Revenue Service
Cincinnati, Ohio

BOSTON        JACKSONVILLE     MILWAUKEE     SAN DIEGO           SILICON VALLEY
BRUSSELS      LOS ANGELES      NEW YORK      SAN DIEGO/DEL MAR   TALLAHASSEE
CHICAGO       MADISON          ORLANDO       SAN FRANCISCO       TAMPA
DETROIT       MIAMI            SACRAMENTO    SHANGHAI            TOKYO
                                                                 WASHINGTON, D.C.

4815-1842-766

## Contents

Tab 1. **IRS Information Request dated October 9, 2012**

Tab 2. **Statement of True the Vote**

Tab 3. **Responses to IRS Information Requests**

Tab 4. **Amendment to Articles of Incorporation.**

Tab 5. **List of Groups and Places Where Ms. Engelbrecht has Spoken**

Tab 6. **Volunteer Registration Form**

Tab 7. **Volunteer Training Manual (Updated)**

Tab 8. **Sample State Overviews for Volunteers**

Tab 9. **Introduction Letters to State Parties**

Tab 10. **Amounts True the Vote Pays for Operational Costs and Sharing Officers.**

Tab 11. **Facilities Use Agreement.**