UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRUE THE VOTE, INC., *Plaintiff*, v. <br><br> INTERNAL REVENUE SERVICE, *et al.*, *Defendants*. | Civ. No. 13-cv-00734-RBW |

### NOTICE OF WITHDRAWAL OF ATTORNEY ZACHARY S. KESTER

Where no trial date has been set, Local Civil Rule 83.6(b) permits an attorney to withdraw his appearance by filing a notice of withdrawal signed by the withdrawing attorney and the party represented, if another attorney has previously appeared for that party. In this matter, no trial date has been set and other attorneys have appeared for and represent the plaintiff, True the Vote, Inc. The undersigned hereby withdraws his representation of True the Vote, Inc.

Respectfully submitted,

/s/ Zachary S. Kester
Zachary S. Kester (Ind. Bar No. 28630-49)*
ActRight Legal Foundation
209 W. Main St.
Plainfield, IN 46168
(317) 203-5599 (telephone)
(888) 815-5641 (fax)
zkester@actrightlegal.org

* *Admitted Pro Hac Vice*

### CLIENT CONSENT

I hereby consent to the withdrawal of Mr. Zachary S. Kester.

TRUE THE VOTE, INC.

By: _____
Catherine Engelbrecht, President

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2013, I caused the foregoing *Notice of Withdrawal of Attorney Zachary S. Kester* to be filed with the United States District Court for the District of Columbia by using the Court's CM/ECF system, which will send a Notice of Electronic Filing (NEF) to all counsel of record.

I further certify I will cause a true and correct copy of the foregoing to be served upon the following at his last known addresses via U.S. Certified Mail:

**DAVID FISH**
3623 37th St. N.
Arlington, VA 22207

December 17, 2013                          /s/ Zachary S. Kester
                                           Zachary S. Kester (Ind. Bar No. 28630-49)