AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| TRUE THE VOTE, INC. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:13-cv-00734-RBW |
| INTERNAL REVENUE SERVICE, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Steven Grodnitzky, Lois Lerner, Steven T. Miller, Holly Paz, Michael C. Seto, Douglas H. Shulman, Cindy M. Thomas, and William Wilkins.

Date: 01/23/2014

/s/ Erica Gerson
*Attorney's signature*

Erica Gerson (Bar No. 494670)
*Printed name and bar number*

Steptoe & Johnson LLP
1330 Connecticut Ave NW
Washington, DC 20036
*Address*

egerson@steptoe.com
*E-mail address*

(202) 429-6748
*Telephone number*

(202) 429-3902
*FAX number*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of January, 2014, a copy of the foregoing Appearance of Counsel of Erica Gerson was electronically filed via the Court's CM/ECF system and electronically served upon registered parties via the Court's electronic notification system.

/s/ Erica Gerson
Erica Gerson
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036
Tel: (202) 429-6748
Fax: (202) 429-3902
Email: egerson@steptoe.com