UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRUE THE VOTE, INC.,** *Plaintiff*, v. **INTERNAL REVENUE SERVICE**, *et al*., *Defendants*. | Civ. No. 13-cv-00734-RBW |

## Plaintiff's Notice of Supplemental Authority

Plaintiff True the Vote, Inc. hereby gives notice of persuasive legal authority relevant to this matter. *Z Street v. Koskinen*, 2014 U.S. Dist. LEXIS 71638 (D.D.C. May 27, 2014) (copy attached).

*Z Street* involved a non-profit corporation (Z Street) "that filed an application with the IRS, seeking to be recognized as an organization that qualified for tax-exempt status under Section 501(c)(3) of the Internal Revenue Code." *Id*. at 4. Z Street alleged that "the IRS maintains an 'Israel Special Policy' with respect to the Section 501(c)(3) applications of organizations whose stance on Israel differs from that of the Obama administration, and that such applications are subject to additional review procedures not otherwise applicable." *Id*. at 6. Z Street claimed that "the so-called Israel Special Policy constitutes viewpoint discrimination… [and] request[ed]…a declaration that this policy is unconstitutional." *Id*. at 6-7.

The IRS moved to dismiss, arguing, *inter alia*, that (1) the Anti-Injunction Act (AIA) and Declaratory Judgment Act (DJA) prevent the court from exercising jurisdiction over Z Street's viewpoint-discrimination claim, *id*. at 20; and (2) "Z Street has failed to state a claim upon which relief can be granted because it has an adequate remedy at law and thus injunctive relief is not available to it," *id*. at 45.

The United States District Court for the District of Columbia denied the IRS's motion. Specifically, the court held:

- The AIA and DJA "do not preclude the exercise of jurisdiction over [Z Street's] constitutional claim." *Id*. at 21. "When viewed in the light of the standards articulated in *Cohen* [*v. United States*, 650 F.3d 717 (D.C. Cir. 2011) (en banc)], Z Street's First Amendment claim is not 'a tax collection claim "couched…in constitutional terms,"' and therefore, cannot properly be characterized as a lawsuit implicating the 'assessment or collection' of taxes for AIA/DJA purposes." *Id*. at 26-27 (internal citations omitted).

- Title 26, U.S.C. § 7428 does not "provide an adequate remedy at law through which [Z Street] can obtain the relief it seeks." *Id*. at 50. Because section 7428 "authorizes the

1

reviewing court only to issue 'a declaration with respect to [an organization's] initial qualification or continuing qualification' for tax-exempt status…[the] Court would not have the authority to grant the relief that Plaintiff has requested—a declaration that the alleged 'Israel Special Policy' is unconstitutional." *Id*. at 49-50.

Dated: June 2, 2014

Respectfully submitted,

   /s/Noel H. Johnson
Michael J. Lockerby (D.C. 502987)
Cleta Mitchell (D.C. 433386)
FOLEY & LARDNER, LLP
Washington Harbour
3000 K Street, N.W., Suite 600
Washington, DC 20007
(202) 672-5300 (telephone)
(202) 672-5399 (fax)
mlockerby@foley.com
cmitchell@foley.com
*Lead Counsel for Plaintiff*

William E. Davis (D.C. 280057)
Mathew D. Gutierrez (Fla. 0094014)*
FOLEY & LARDNER, LLP
One Biscayne Tower
2 South Biscayne Boulevard
Suite 1900
Miami, FL 33131
(305) 482-8404 (telephone)
(305) 482-8600 (fax)
wdavis@foley.com
mgutierrez@foley.com
*Counsel for Plaintiff*

Kaylan L. Phillips (D.C. 1110583)
Noel H. Johnson (Wisc. 1068004)*
ACTRIGHT LEGAL FOUNDATION
209 West Main Street
Plainfield, IN 46168
(317) 203-5599 (telephone)
(888) 815-5641 (fax)
kphillips@actrightlegal.org
njohnson@actrightlegal.org
*Counsel for Plaintiff*

John C. Eastman (Cal. 193726)*
Center for Constitutional Jurisprudence
c/o Chapman University School of Law
One University Drive
Orange, CA 92866
(877) 855-3330 x2 (telephone)
(714) 844-4817 (fax)
jeastman@chapman.edu
*Counsel for Plaintiff*

*\*Pro Hac Vice Motions granted*

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2014, I caused the foregoing to be filed with the United States District Court for the District of Columbia via the Court's CM/ECF system.

I further certify I will cause a true and correct copy of the foregoing to be served upon the following at his last known addresses via U.S. Certified Mail:

**DAVID FISH**
3623 37th St. N.
Arlington, VA  22207

Dated: June 2, 2014                              /s/ Noel H. Johnson
                                                 Noel H. Johnson
                                                 njohnson@actrightlegal.org
                                                 *Counsel for Plaintiff*