AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| True the Vote, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:13-cv-00734 |
| Internal Revenue Service, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff True the Vote, Inc.

Date:   06/18/2014

*Attorney's signature*

Michael J. Lockerby (D.C. Bar No. 502987)
*Printed name and bar number*
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street, N.W., Sixth Floor
Washington, D.C. 20007
*Address*

mlockerby@foley.com
*E-mail address*

(202) 945-6079
*Telephone number*

(202) 672-5399
*FAX number*