**CERTIFICATE OF SERVICE**

I hereby certify that, on this 18th day of June 2014, I will file the foregoing NOTICE OF APPEARANCE via the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

        By: /s/ Michael J. Lockerby
            Michael J. Lockerby, DC Bar No. 502987
            FOLEY & LARDNER LLP
            Washington Harbour
            3000 K Street, N.W., Sixth Floor
            Washington, DC 20007
            Telephone: 202.672.5300
            Facsimile: 202.672.5399
            mlockerby@foley.com