# Exhibit B:

# Management Defendants' Response to Litigation Hold Letter



**Steptoe**
STEPTOE & JOHNSON LLP

Brigida Benitez
202 429 6261
bbenitez@steptoe.com

1330 Connecticut Avenue, NW
Washington, DC 20036-1795
202 429 3000 main
www.steptoe.com

September 25, 2013

<u>VIA EMAIL AND FIRST CLASS MAIL</u>

William E. Davis, Esquire
Foley & Lardner LLP
One Biscayne Tower
2 South Biscayne Boulevard
Suite 1900
Miami, FL  33131-2132

Dear Mr. Davis:

I am in receipt of your letter dated September 17, 2013, titled "Steptoe Litigation Hold Letter," which purports to advise my clients and me of our legal and ethical obligations and also appears designed to intimidate, threaten and harass.  This is the first communication I have received from you in this case.  While I was not expecting flowers, I had hoped for civil and cordial communications.

I will continue to advise my clients as appropriate and, as always, will abide by my legal and ethical obligations.  To be clear, I am not agreeing to or accepting any of your definitions, interpretations or requests.  At the appropriate time, if we reach discovery in this case, you can serve discovery requests and those will be responded to in due course.

If this is unclear to you, please feel free to contact me.

Sincerely,

Brigida Benitez

Brigida Benitez

Exhibit B - Page 1