# Exhibit D:

# Email Response to Request for Rule 26(f) Conference - IRS Counsel

| | |
|---|---|
| **From:** | Hartt, Grover (TAX) |
| **To:** | CMitchell@foley.com; Lamken, Jeffrey (jlamken@mololamken.com); "bbenitez@steptoe.com" |
| **Cc:** | WDavis@foley.com; MLockerby@foley.com; Kaylan Phillips; Noel Johnson (njohnson@actrightlegal.org) |
| **Subject:** | RE: True the Vote v. IRS, 1:13-cv-00734 (D.D.C.): Request for FRCP 26(f) Conference |
| **Date:** | Friday, March 28, 2014 2:42:45 PM |

Cleta,

Until the Court has ruled on the pending motions to dismiss, we believe it would be premature to schedule a Rule 26(f) conference.

Grover

Grover Hartt, III
Senior Litigation Counsel
Department of Justice Tax Division
717 N. Harwood, Suite 400
Dallas, Texas 75201
214.880.9733
214.880.9741 (Fax)

**From:** CMitchell@foley.com [mailto:CMitchell@foley.com]
**Sent:** Friday, March 28, 2014 10:39 AM
**To:** Hartt, Grover (TAX); Lamken, Jeffrey (jlamken@mololamken.com); 'bbenitez@steptoe.com'
**Cc:** WDavis@foley.com; MLockerby@foley.com; Kaylan Phillips; Noel Johnson (njohnson@actrightlegal.org)
**Subject:** True the Vote v. IRS, 1:13-cv-00734 (D.D.C.): Request for FRCP 26(f) Conference

Counsel,  I know we are all awaiting the judge's ruling(s) on your MTDs, but realized we should probably proceed to conduct the FRCP 26(f) conference.  What would be your availability to participate in such a conference?  Would next Friday, April 4 work?    We would suggest 10 am EDT, but if there is another time that would work better for others, let me know.   Once we agree on a date/time, I will circulate a dial-in number.

Thanks. Cleta


Cleta Mitchell, Esq.
Foley & Lardner, LLP
3000 K Street NW #600
Washington, DC 20007
(202) 295-4081 (direct)
(202) 431-1950 (cell)
(202) 672-5399 (fax)
cmitchell@foley.com

The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If

Exhibit D - Page 1 of 2

you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.