# Exhibit I:

# June 18, 2014 Response to Preservation Letter – Cincinnati Counsel



Jeffrey A. Lamken
Molo Lamken LLP
The Watergate, Suite 660
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
T: 202.556.2010
F: 202.536.2010
F: 202.556.2001
jlamken@mololamken.com
www.mololamken.com

June 18, 2014

BY EMAIL: CMitchell@foley.com

Cleta Mitchell
Foley & Lardner LLP
3000 K Street NW #600
Washington, DC 20007

   Re: *True the Vote v. IRS*, 1:13-cv-734 (D.D.C.)

Dear Ms. Mitchell,

  I write in response to your letter of June 16, 2014, regarding the alleged loss of Lois Lerner's hard drive. I assume I was provided a copy of that letter as a courtesy since I do not represent Ms. Lerner; neither I nor my clients had any involvement in the events described in your letter; and we have no control over the IRS or how it stores computer equipment, such as individual hard drives.

  In all events, my clients are aware of their obligations regarding document preservation. Please feel free to contact me if you have any further questions.

               Sincerely,

               Jeffrey A. Lamken

Cc:
Justin Shur
Eric Nitz
Brigida Benitz
Erica Gerson
Grover Hartt
Joseph Sergi
William Davis
Michael Lockerby
Matthew Gutierrez
Kaylan Phillips
Noel Johnson

Exhibit I - Page 1 of 1