# Exhibit J:

# June 18, 2014 Response to Preservation Letter – Management Counsel



Brigida Benitez
202 429 6261
bbenitez@steptoe.com

1330 Connecticut Avenue, NW
Washington, DC 20036-1795
202 429 3000 main
www.steptoe.com

June 18, 2014

**VIA EMAIL**

Cleta Mitchell
William Davis
Michael Lockerby
Mathew Gutierrez
Foley & Lardner LLP
3000 K Street NW #600
Washington, DC 20007

Kaylan Phillips
Noel Johnson
ActRight Legal Foundation
209 W. Main Street
Plainfield, IN 46168

Re: *True the Vote, Inc. v. Internal Revenue Service, et al.*, 1:13-cv-00734 (D.D.C.)

Dear Ms. Mitchell:

    I am in receipt of your letter of June 16, 2014. It is an unfortunate example of a lack of civility and professionalism. The personal and baseless accusations therein are simply irresponsible.

    Your letter concerns the production of documents, including Lois Lerner's emails, by the Internal Revenue Service in connection with an investigation by the House Ways and Means Committee. As you know, I do not represent, control or direct the IRS nor do I have any involvement in the Congressional investigation. In this case, filed by your client, True the Vote, I represent a number of the individual defendants, including Ms. Lerner, who is no longer employed by the IRS. Neither she nor I have any control over documents in the custody or control of the IRS.

Exhibit J - Page 1 of 2

June 18, 2014
Page 2



    Moreover, as you are aware, discovery has not begun in this case, as there are pending motions to dismiss that have been filed with the Court. Therefore, there are no documents that are required to be produced at this time.

    Finally, your letter mischaracterizes prior correspondence in this case. On September 17, 2013, your colleague sent a letter to me and other counsel in this case, which purported to advise us and our clients of our legal and ethical obligations. In response, I simply stated that "I will continue to advise my clients as appropriate and, as always, will abide by my legal and ethical obligations." That statement remains as true today as it was at that time.

                                              Sincerely,

                                              /s/ *Brigida Benitez*

                                              Brigida Benitez

cc:    Grover Hartt, III
        Joseph A. Sergi
        Jeffrey A. Lamken
        Justin V. Shur