UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRUE THE VOTE, INC.,** *Plaintiff*, v. **INTERNAL REVENUE SERVICE**, *et al.*, *Defendants*. | Civ. No. 13-cv-00734-RBW **Hearing Requested** |

**NOTICE OF FILING EXHIBIT K TO
PLAINTIFF'S MOTION FOR
PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY
TO PREVENT FURTHER SPOLIATION OF,
AND TO PRESERVE AND RESTORE,
EVIDENCE AND DISCOVERABLE INFORMATION**

Plaintiff True the Vote, Inc., by counsel, hereby files Exhibit K to Plaintiff's Motion for Preliminary Injunction and Expedited Discovery to Prevent Further Spoliation of, and to Preserve and Restore, Evidence and Discoverable Information (Dkt. # 83) (the "Pending Motion"). This filing is prompted by the fact that, when Plaintiff's counsel first attempted to file the Pending Motion, the Court's CM/ECF system rejected the entire filing because of an issue with the PDF of Exhibit K that seemed to reflect the presence of hyperlinks. Accordingly, Plaintiff's counsel filed the Pending Motion without Exhibit K. The attached PDF version of Exhibit K has the hyperlinks removed.

1

Here:
Dated: July 1, 2014

Respectfully submitted,

/s/ Michael J. Lockerby

| | |
|---|---|
| Cleta Mitchell (D.C. 433386) (lead) | William E. Davis (D.C. 280057) |
| Michael J. Lockerby (D.C. 502987) | Mathew D. Gutierrez (Fla. 0094014)* |
| FOLEY & LARDNER, LLP | FOLEY & LARDNER, LLP |
| Washington Harbour | One Biscayne Tower |
| 3000 K Street, N.W., Suite 600 | 2 South Biscayne Boulevard |
| Washington, DC 20007 | Suite 1900 |
| (202) 672-5300 (telephone) | Miami, FL 33131 |
| (202) 672-5399 (fax) | (305) 482-8404 (telephone) |
| cmitchell@foley.com | (305) 482-8600 (fax) |
| mlockerby@foley.com | wdavis@foley.com |
| | mgutierrez@foley.com |
| *Counsel for Plaintiff* | |
| | *Counsel for Plaintiff* |
| John C. Eastman (Cal. 193726)* | Kaylan L. Phillips (D.C. 1110583) |
| Center for Constitutional Jurisprudence | Noel H. Johnson (Wisc. 1068004)* |
| c/o Chapman University School of Law | ACTRIGHT LEGAL FOUNDATION |
| One University Drive | 209 West Main Street |
| Orange, California 92866 | Plainfield, IN 46168 |
| (877) 855-3330 x2 (telephone) | (317) 203-5599 (telephone) |
| (714) 844-4817 (fax) | (888) 815-5641 (fax) |
| jeastman@chapman.edu | kphillips@actrightlegal.org |
| | njohnson@actrightlegal.org |
| *Counsel for Plaintiff* | *Counsel for Plaintiff* |

*Pro Hac Vice Motions granted*

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2014, I caused the foregoing NOTICE OF FILING EXHIBIT K TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY TO PREVENT FURTHER SPOLIATION OF, AND TO PRESERVE AND RESTORE, EVIDENCE AND DISCOVERABLE INFORMATION to be filed with the United States District Court for the District of Columbia via the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

I further certify I will cause a true and correct copy of the foregoing to be served upon the following Defendant, for whom no counsel of record has yet entered an appearance, via U.S. Certified Mail at his last known address, as follows:

DAVID FISH
3623 37th St. N.
Arlington, Virginia  22207


Dated: July 1, 2014                           /s/ Michael J. Lockerby
                                              Michael J. Lockerby
                                              mlockerby@foley.com
                                              *Counsel for Plaintiff*

4835-6465-5644.1