AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| TRUE THE VOTE, INC. ) | |
| Plaintiff ) | |
| v. ) | Case No. 1:13-cv-00734-RBW |
| INTERNAL REVENUE SERVICE, et al. ) | |
| Defendant ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

David Fish

Date: 07/03/2014

/s/ Erica Gerson
*Attorney's signature*

Erica Gerson (Bar No. 494670)
*Printed name and bar number*

Steptoe & Johnson LLP
1330 Connecticut Ave NW
Washington, DC 20036
*Address*

egerson@steptoe.com
*E-mail address*

(202) 429-6748
*Telephone number*

(202) 429-3902
*FAX number*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of July, 2014, a copy of the foregoing Appearance of Counsel of Erica Gerson was electronically filed via the Court's CM/ECF system and electronically served upon registered parties via the Court's electronic notification system.

/s/ Erica Gerson
Erica Gerson
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, DC  20036
Tel:     (202) 429-6748
Fax:    (202) 429-3902
Email:  egerson@steptoe.com