

**FOLEY & LARDNER LLP**

November 30, 2012

ATTORNEYS AT LAW
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202-5306
414.271.2400 TEL
414.297.4900 FAX
foley.com

WRITER'S DIRECT LINE
414.319.7053
jkohout@foley.com EMAIL

CLIENT/MATTER NUMBER
101232-0101

**VIA CERTIFIED MAIL**

Internal Revenue Service
Attn: Faye Ng
Room 4522, Group 7821
Exempt Organizations
P.O. Box 2508
Cincinnati, OH 45201

Re: True the Vote 27-2860095 Response to IRS information requests

Dear Ms. Ng:

Attached please find True the Vote's response to your additional information requests. Please call me with any questions.

Sincerely,

Jason J. Kohout

Enclosure

cc: Cleta Mitchell
Catherine Engelbrecht

TE/GE, Processing
Correspondence
RECEIVED
DEC 03 2012
Internal Revenue Service
Cincinnati, Ohio

**Government Exhibit A**

BOSTON          JACKSONVILLE    MILWAUKEE       SAN DIEGO            SILICON VALLEY
BRUSSELS        LOS ANGELES     NEW YORK        SAN DIEGO/DEL MAR    TALLAHASSEE
CHICAGO         MADISON         ORLANDO         SAN FRANCISCO        TAMPA
DETROIT         MIAMI           SACRAMENTO      SHANGHAI             TOKYO
                                                                     WASHINGTON, D.C.

4815-1842-766: