# EP/EO Case Chronology Record

Page 2

| Employer's or Organization's Name | EIN | |
|---|---|---|
| True the Vote, Inc. | ████ | |
| | Screener's Name | Total Time |
| Plan name and Plan Number | Specialist's Name<br>Faye Ng | |
| | Reviewer's Name | |

| Date | Name/Contact | Code | | Description | |
|---|---|---|---|---|---|
| ██ | ██ | ██ | ██ | ██ | ██ |
| 5/20/13 | Cleta Mitchell<br>202-431-1950 | 3 | | Discussed case briefly with manager and area manager. POA inquired about the status of the application. Informed her that case was under review at a higher level. | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Action Codes
1. Review file, application, amendments/information
2. Correspondence
3. Telephone contacts
4. Examination or conference
   A. Employer/Administrator/Trustee Office
   B. Representative's Office
   C. District Office

Remarks

**Government Exhibit B**

Form **5464-A** (4-97)   Catalog Number 24265N   Department of the Treasury - Internal Revenue Service