IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRUE THE VOTE, INC., ) | |
| ) | |
| *Plaintiff*, ) | Civ. No. 13-cv-00734-RBW |
| ) | |
| v. ) | Judge Reggie B. Walton |
| ) | |
| INTERNAL REVENUE SERVICE, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

**[proposed] ORDER**

Upon consideration of Plaintiff's Motion for Preliminary Injunction and Expedited Discovery and Defendants' Oppositions thereto, it is hereby ORDERED as follows:

Pursuant to *Beattie v. Barnhart*, 663 F. Supp. 2d 5, 9 (D.D.C. 2009), and Rule 65 of the Federal Rules of Civil Procedure, Plaintiff's motion for a preliminary injunction is DENIED.

Pursuant to *Harlow v. Fitzgerald*, 457 U.S. 800, 818, 102 S. Ct. 2727, 2738 (1982), and Rule 26 of the Federal Rules of Civil Procedure, Plaintiff's motions for expedited discovery and for a discovery conference under Rule 26(f) are DENIED.

Signed _____, 2014         _____
                                            Reggie B. Walton
                                            United States District Judge