IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TRUE THE VOTE, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:13-cv-00734-RBW |
| ) | |
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **NOTICE OF ENTRY OF APPEARANCE OF CHRISTOPHER R. EGAN**

Please enter the appearance of Christopher R. Egan as additional counsel on behalf of the United States of America and the Internal Revenue Service. My certification under Local Civ. R. 83.2(j) is attached.

DATED: July 8, 2014

Respectfully submitted,

TAMARA W. ASHFORD
Acting Assistant Attorney General, Tax Division

/s/ *Christopher R. Egan*
GROVER HARTT, III (TX 09174500)
Senior Litigation Counsel
CHRISTOPHER R. EGAN (TX 24036516)
Trial Attorney
U.S. Department of Justice, Tax Division
717 N. Harwood Street, Suite 400
Dallas, Texas  75201
(214) 880-9732
(214) 880-9741 (FAX)
grover.hartt@usdoj.gov
christopher.r.egan@usdoj.gov

                                      JOSEPH A. SERGI (DC 480837)  
                                      Senior Litigation Counsel  
                                      U.S. Department of Justice, Tax Division  
                                      555 4th Street, N.W., JCB 6822  
                                      Washington, D.C.  20001  
                                      (202) 307-2089  
                                      (202) 514-6866 (FAX)  
                                      Joseph.A.Sergi@usdoj.gov

Of Counsel:  
RONALD C. MACHEN, JR. (DC 447889)  
United States Attorney

                                      ATTORNEYS FOR THE UNITED STATES

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TRUE THE VOTE, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:13-cv-00734-RBW |

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2014, I caused the attached Notice of Appearance in the above-captioned matter to be filed with the United States District Court for the District of Columbia via the Court's CM/ECF system.

/s/ *Christopher R. Egan*
CHRISTOPHER R. EGAN