UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
TRUE THE VOTE, INC.,                                )
                                                    )
                Plaintiff,                          )
                                                    )
        v.                                          )        Civil Action No. 13-734 (RBW)
                                                    )
                                                    )
INTERNAL REVENUE SERVICE, et al.,                   )
                                                    )
                Defendants.                         )
_____)

## ORDER

On July 11, 2014, the parties appeared before the Court to present oral argument on the

merits of the plaintiff's pending Motion for Preliminary Injunction and Expedited Discovery to

Prevent Further Spoliation of, and to Preserve and Restore, Evidence and Discoverable

Information.  During the July 11 hearing, counsel from the Department of Justice represented

that an there is an ongoing investigation being conducted by the Inspector General of the United

States Department of the Treasury concerning the emails and computer hard drive that are the

subject of the plaintiff's motion.  Counsel further represented that the Inspector General's

investigation comprises, among other things, the same type of forensic examination sought by

the plaintiff in its pending motion.  In accordance with the rulings orally issued by the Court

during the July 11 hearing, and to inform the Court's consideration of current and/or future

discovery matters pertaining to the emails and computer hard drive at issue, it is hereby

**ORDERED** that, on or before July 18, 2014, defendant the Internal Revenue Service

shall submit to the Court an affidavit or declaration signed under oath by an appropriate

individual with firsthand knowledge that:

1

2

1.       outlines the expertise and qualifications of the individual or individuals currently conducting the forensic examination as part of the Inspector General's investigation;

2.       outlines the expertise and qualifications of the individual or individuals who previously conducted forensic examinations or otherwise attempted to recover information from the computer hard drive at issue;

3.       provides a projected date of completion of the Inspector General's investigation;

4.       states whether the serial number, if any, assigned to the computer hard drive at issue is known; and

5.       if the serial number is known, why the computer hard drive cannot be identified and preserved.

     **SO ORDERED** this 11th day of July, 2014.

                                        REGGIE B. WALTON
                                        United States District Judge