IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| TRUE THE VOTE, INC. | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:13-cv-00734-RBW |
| UNITED STATES OF AMERICA, *et al.*, | ) | |
| Defendants. | ) | |

**FEDERAL DEFENDANTS' NOTICE OF FILING THE DECLARATIONS OF TIMOTHY P. CAMUS, STEPHEN L. MANNING, AND TODD O. EGAAS**

Pursuant to the Court's July 11, 2014, the United States of America, the Internal Revenue Service, the Department of the Treasury, and the agency employees sued in their official capacity (referred to collectively as "the United States"), hereby file this Notice of Filing the Declarations of Timothy P. Camus, Stephen L. Manning, and Todd O Egass.

On July 11, 2014, this Court Ordered the United States to submit declarations providing the following:

1. outlining the expertise and qualifications of the individual or individuals currently conducting the forensic examination as part of the Inspector General's investigation;

2. outlining the expertise and qualifications of the individual or individuals who previously conducted forensic examinations or otherwise attempted to recover information from the computer hard drive at issue;

3. providing a projected date of completion of the Inspector General's investigation;

4. stating whether the serial number, if any, assigned to the computer hard drive at issue is known; and

5. if the serial number is known, why the computer hard drive cannot be identified and preserved.

In response, the United States submits Declarations of the following individuals:

1. Timothy P. Camus is the Deputy Inspector General for Investigations (DIGI) for the Treasury Inspector General for Tax Administration (TIGTA).  His declaration addresses topics 1 and 3: (The Declaration of Timothy P. Camus is attached as Exhibit A)

2. Stephen L. Manning is the Deputy Chief Information Officer for Strategy/Modernization for the Internal Revenue Service.  His declaration addresses topics 2, 4, and 5. (The Declaration of Stephen L. Manning is attached as Exhibit B)

3. Todd O. Egass is the Director of Technology Operations and Investigative Services in the Criminal Investigation Division of the Internal Revenue Service.  His declaration addresses topic 2. (The Declaration of Todd O. Egass is attached as Exhibit C)

DATED: July 18, 2014

        Respectfully submitted,

        TAMARA W. ASHFORD
        Acting Assistant Attorney General, Tax Division

        */s/ Joseph A. Sergi*
        JOSEPH A. SERGI (DC 480837)
        Senior Litigation Counsel
        U.S. Department of Justice, Tax Division
        555 4th Street, N.W., JCB 7207
        Washington, D.C.  20001
        (202) 305-0868; (202) 307-2504 (FAX)
        Joseph.A.Sergi@usdoj.gov

        GROVER HARTT, III (TX 09174500)
        Senior Litigation Counsel
        CHRISTOPHER R. EGAN (TX 24036516)
        Trial Attorney
        U.S. Department of Justice, Tax Division
        717 N. Harwood Street, Suite 400
        Dallas, Texas  75201
        (214) 880-9733; (214) 880-9741 (FAX)
        Grover.Hartt@usdoj.gov

        JENNIFER D. AUCHTERLONIE (WA 29481)
        LAURA C. BECKERMAN (CA 278490)
        CHRISTOPHER D. BELEN (VA 78281)
        LAURA M. CONNER (VA 40388)
        JEREMY N. HENDON (OR 982490)
        PHILIP M. SCHREIBER (DC 502714)
        Trial Attorneys
        U.S. Department of Justice, Tax Division
        555 4th Street, N.W.
        Washington, D.C.  20001
        (202) 514-2000

Of Counsel:
RONALD C. MACHEN, JR. (DC 447889)
United States Attorney

        ATTORNEYS FOR THE UNITED STATES

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TRUE THE VOTE, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:13-cv-00734-RBW |
| ) | |
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2014, I caused the attached Notice in the above-captioned matter to be filed with the United States District Court for the District of Columbia via the Court's CM/ECF system.

/s/ *Joseph A. Sergi*
JOSEPH A. SERGI