**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

TRUE THE VOTE, INC.,            )
                                )
                Plaintiff,      )
                                )
        v.                      )        Civil Action No. 13-734(RBW)
                                )
INTERNAL REVENUE SERVICE, et al.,)
                                )
                Defendants.     )

**DECLARATION OF STEPHEN L. MANNING**

1.    I am currently employed by the Internal Revenue Service in
   the Information Technology business unit. I have been employed
   by the Internal Revenue Service in a variety of positions of
   increasing responsibility since 2009.

2.    My current position is Deputy Chief Information Officer for
   Strategy & Modernization, in which capacity I oversee, amongst
   other organizations, the User and Network Services
   organization in Information Technology.

3.    I have been in my current position since May of 2013.
   During the time period of June – September of 2011, my
   position at the Internal Revenue Service was Associate Chief
   Information Officer, Enterprise Networks.

4.    The Internal Revenue Service operates an IT Help Desk that
   receives complaints and inquiries from employees experiencing
   technology problems. The Help Desk creates tickets to record
   the issues reported and the resolution of those issues, and

GOVERNMENT
EXHIBIT
B
PENGAD-Bayonne, N. J.

those tickets are maintained in the regular course of business by the Internal Revenue Service.

5.   According to the Help Desk ticket assigned to a complaint received by the Help Desk on June 13, 2011 regarding the operation of the laptop computer assigned to Lois Lerner (hereinafter "June 13th Help Desk Ticket"), an Information Technology Specialist (Customer Support) (hereinafter "the Specialist") was assigned and inspected the laptop assigned to Lois Lerner and determined that the hard drive on the laptop was not operating properly.

6.   Because the Internal Revenue Service IT inventory control system does not place bar code property tags on computer component parts like the hard drive and because the Internal Revenue Service has no business purpose for recording the serial numbers of the numerous internal component parts of desktop and laptop computers, to the best of my knowledge no one at the Internal Revenue Service has first-hand knowledge of the serial number on the hard drive that was in the laptop computer assigned to Lois Lerner at the time of the Help Desk complaint on June 13, 2011.

7.   In response to recent inquiries made by the Internal Revenue Service to the 3rd party IT hardware support vendor who supplied the laptop computer at issue, the 3rd party vendor advised the Internal Revenue Service that the hard drive that

was in the computer assigned to Lois Lerner when the
Specialist responded to the June 13, 2011 Help Desk call
contained the serial number 2AGAH01E1XN0ON.

8.    According to the June 13th Help Desk Ticket, after
determining that there were problems with the operation of the
hard drive, the Specialist made the initial efforts at data
preservation and/or data recovery with respect to the hard
drive in Lois Lerner's laptop computer and all of the
Specialist's efforts to recover any data were unsuccessful.

9.    According to the June 13th Help Desk Ticket and
communications received from the IT personnel involved, the
Specialist removed the hard drive with the above-referenced
serial number from the laptop, replaced it with a new hard
drive, and returned the laptop to Ms. Lerner.

10.    According to communications between employees of the User
and Network Services branch and a Senior Investigative Analyst
with the Electronic Crimes unit of the Criminal Investigation
Division of the Internal Revenue Service, the original hard
drive with the above-referenced serial number was delivered to
the Internal Revenue Service Criminal Investigation Division
Electronic Crimes Forensic Laboratory for additional efforts
to recover data from the malfunctioning hard drive.

11.    According to Internal Revenue Service official personnel
records, the Specialist is currently a GS-11 employee within

the User and Network Services branch of the Information

Technology business unit of the Internal Revenue Service, and

has been employed by the Internal Revenue Service since

September of 2007, when hired as a GS-05 Information

Technology Specialist.

12.     According to Internal Revenue Service official personnel

records, the Specialist has been promoted three times, to a

GS-07 Information Technology Specialist in 2008, to a GS-09

Information Technology Specialist in 2009, and to the current

position as a GS-11 Information Technology Specialist

(Customer Support) in 2010.

13.     According to the IRS Enterprise Learning Management

System, the Specialist has received regular IT technical

training going back to 2008. This training includes Data

Security in Outlook 2003 (2009), Information Security and the

Internet (2010), ITAMS P1/P2 Ticket Quality Improvement

Initiative Briefing (2009), Securing and Troubleshooting

Networks (2010), Removable Media Usage Security Guidelines

(2011), Planning for Exchange Server 2010 (2011), Minimum

Requirements for Windows Server Health (2011), Troubleshooting

Windows 7 Client Configuration (2011), Configuring Hardware

and Applications in Windows 7 (2011), Designing Windows 7

Client Configuration (2011), Customizing Windows 7 (2011),

Installing, Upgrading, and Migrating to Windows 7 (2011),

Case 1:13-cv-00734-RBW   Document 92-2   Filed 07/18/14   Page 5 of 7
- 5 -

TestPrep 70-685 PRO: Windows 7, Enterprise Desktop Support
Technician (2011), Setting Up and Securing Windows 7 (2011),
KISAM Service Manager (SM) – Incident Management (2012),
Identifying and Resolving Windows 7 Application Issues (2013),
Determining Application Compatibility for Windows 7 (2013),
and Supporting Users – Windows 7 (2013).

14.   According to the Specialist, prior to joining the
Internal Revenue Service, from 2004 to 2005, formal Microsoft
training was completed through Lions World Services for the
Blind, a certified Microsoft training and testing center,
which included the following curriculum: CompTia A+ Hardware
2000, CompTia A+ Software 2000, Microsoft MCP 2000, Microsoft
MCSE 2000, Microsoft MCSA 2000, and Microsoft MCSA 2003
Messaging.

15.   According to the assigned Senior Investigative Analyst in
the Criminal Investigation Division, and to the best of my
knowledge according to communications with IT personnel
involved, because the Criminal Investigation Division
exhausted their abilities at attempting to recover data from
the hard drive without any success, the malfunctioning hard
drive was returned to the User and Network Services branch of
the Internal Revenue Service Information Technology business
unit.

16.    The Internal Revenue Service IT inventory control system uses bar code property tags that are placed only on "whole" equipment and not on component parts.  For instance, inventory bar code tags are placed on laptop computers, desktop computers, printers, monitors, FAX machines, amongst other items, but not on keyboards, computer mouse devices, speakers, or component parts such as internal hard drives, "mother boards," and external DVD reader drives.

17.    To the best of my knowledge according to discussions between the IT personnel involved, when the User and Network Services branch received the hard drive back after determination that it was no longer operational and that no data was able to be recovered, in accordance with standard Internal Revenue Procedure disposal procedures for any equipment with data storage capability and to protect against any possible disclosure of 6103 taxpayer information the hard drive was degaussed and then batched with other miscellaneous equipment (equipment whose inventory is not tracked by bar code tags) and transferred to an external recycling contractor for destruction and recycling.

18.    Degaussing is a process which involves using a device employing magnetism and is designed to permanently erase data contained on magnetic data storage devices like a hard disk.

19.   To the best of my knowledge, Internal Revenue Service
agreements with external vendors for recycling data storage
devices typically specify that the storage devices be shredded
before recycling of any of the usable shredded materials.

20.   To the best of my knowledge and according to discussions
between the IT personnel involved, and as a result of the lack
of tracking capability of component parts in the Internal
Revenue Service IT inventory control system, when the hard
drive was returned to the User and Network Services branch of
the Internal Revenue Service Information Technology business
unit and batched with other damaged or obsolete miscellaneous
equipment, it became impossible to specifically identify the
hard drive through any Internal Revenue Service equipment
inventory system.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of
perjury that the foregoing is true and correct.

Executed this ⟨8TH⟩ day of July, 2014.

STEPHEN MANNING
Deputy Chief Information Officer
    Strategy and Modernization
Internal Revenue Service
Washington, D.C.