UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
TRUE THE VOTE, INC.,                    )
                                        )
            Plaintiff,                  )
                                        )
    v.                                  )   Civil Action No. 13-734 (RBW)
                                        )
                                        )
INTERNAL REVENUE SERVICE, et al.,       )
                                        )
            Defendants.                 )
_____)

## ORDER

For the reasons stated in the Memorandum Opinion issued this same date, it is hereby

**ORDERED** that the Plaintiff's Motion for Preliminary Injunction and Expedited Discovery to Prevent Further Spoliation of, and to Preserve and Restore, Evidence and Discoverable Information is **DENIED**.

**SO ORDERED** this 7th day of August, 2014.

                                            REGGIE B. WALTON
                                            United States District Judge