IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRUE THE VOTE, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:13-cv-00734-RBW |
| INTERNAL REVENUE SERVICE, *et al.*, | ) |
| Defendants. | ) |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Please notice this withdrawal of appearance by Christopher D. Belen as an attorney on behalf of defendants the United States of America and the Internal Revenue Service.

DATED: October 17, 2014

Respectfully submitted,

TAMARA W. ASHFORD
Assistant Attorney General, Tax Division

s/ *Christopher D. Belen*
GROVER HARTT, III (TX 09174500)
Senior Litigation Counsel
CHRISTOPHER R. EGAN (TX 24036516)
Trial Attorney
U.S. Department of Justice, Tax Division
717 N. Harwood Street, Suite 400
Dallas, Texas  75201
(214) 880-9733; (214) 880-9741 (FAX)
Grover.Hartt@usdoj.gov

JOSEPH A. SERGI (DC 480837)
Senior Litigation Counsel
U.S. Department of Justice, Tax Division
555 4th Street, N.W., JCB 7207
Washington, D.C.  20001
(202) 305-0868; (202) 307-2504 (FAX)
Joseph.A.Sergi@usdoj.gov

                JENNIFER D. AUCHTERLONIE (WA 29481)
                LAURA C. BECKERMAN (CA 278490)
                CHRISTOPHER D. BELEN (VA 78281)
                LAURA M. CONNER (VA 40388)
                JEREMY N. HENDON (OR 982490)
                PHILIP M. SCHREIBER (DC 502714)
                Trial Attorneys
                U.S. Department of Justice, Tax Division
                555 4th Street, N.W.
                Washington, D.C.  20001
                (202) 514-2000

Of Counsel:
RONALD C. MACHEN, JR. (DC 447889)
United States Attorney

                ATTORNEYS FOR THE UNITED STATES

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| TRUE THE VOTE, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:13-cv-00734-RBW |
| INTERNAL REVENUE SERVICE, *et al.*, | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2014, I caused the foregoing Notice of Withdrawal of Appearance in the above-captioned matter to be filed with the United States District Court for the District of Columbia via the Court's CM/ECF system.

/s/ *Christopher D. Belen*
CHRISTOPHER D. BELEN