UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TRUE THE VOTE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 13-734 (RBW) |
| ) | |
| INTERNAL REVENUE SERVICE, <u>et al.</u>, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons set forth in the Memorandum Opinion issued contemporaneously with this Order, it is hereby

**ORDERED** that the Defendants' Motion to Dismiss Counts I, II, IV[,] and V is **GRANTED**. It is further

**ORDERED** that the Individual Management Defendants' Motion to Dismiss is **GRANTED**. It is further

**ORDERED** that the Motion to Dismiss of Cincinnati Defendants Susan Maloney, Ronald Bell, Janine L. Estes, and Faye Ng is **GRANTED**. It is further

**ORDERED** that the Plaintiff's Motion to Stay Agency Action is **DENIED AS MOOT**. It is further

**ORDERED** that the plaintiff's request for an oral hearing is **DENIED AS MOOT.** It is further

**ORDERED** that this case is **CLOSED**.

**SO ORDERED** this 23rd day of October, 2014.

REGGIE B. WALTON<br>
United States District Judge