# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRUE THE VOTE, INC.,**<br><br>*Plaintiff*,<br><br>v.<br><br>**INTERNAL REVENUE SERVICE**, *et al*.,<br><br>*Defendants*. | Civ. No. 13-cv-00734-RBW |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given this 18th day of December 2014, that the Plaintiff, True the Vote, Inc., appeals to the United States Court of Appeals for the District of Columbia from the Order of this Court entered on October 23, 2014 (Docket No. 102), and the Memorandum Opinion entered on October 23, 2014 (Docket No. 103).

Dated: December 18, 2014

Respectfully submitted,

   /s/   Noel H. Johnson

| | |
|---|---|
| Kaylan L. Phillips (D.C. 1110583) | Michael J. Lockerby (D.C. 502987) |
| Noel H. Johnson (Wisc. 1068004)* | Cleta Mitchell (D.C. 433386) |
| ACTRIGHT LEGAL FOUNDATION | FOLEY & LARDNER, LLP |
| 209 West Main Street | Washington Harbour |
| Plainfield, IN 46168 | 3000 K Street, N.W., Suite 600 |
| (317) 203-5599 (telephone) | Washington, DC 20007 |
| (888) 815-5641 (fax) | (202) 672-5300 (telephone) |
| kphillips@actrightlegal.org | (202) 672-5399 (fax) |
| njohnson@actrightlegal.org | mlockerby@foley.com |
| *Counsel for Plaintiff* | cmitchell@foley.com |
| | *Lead Counsel for Plaintiff* |

William E. Davis (D.C. 280057)
Mathew D. Gutierrez (Fla. 0094014)*
FOLEY & LARDNER, LLP
One Biscayne Tower
2 South Biscayne Boulevard
Suite 1900
Miami, FL 33131
(305) 482-8404 (telephone)
(305) 482-8600 (fax)
wdavis@foley.com
mgutierrez@foley.com
*Counsel for Plaintiff*

John C. Eastman (Cal. 193726)*
Center for Constitutional Jurisprudence
c/o Chapman University School of Law
One University Drive
Orange, CA 92866
(877) 855-3330 x2 (telephone)
(714) 844-4817 (fax)
jeastman@chapman.edu
*Counsel for Plaintiff*

*\*Pro Hac Vice Motions granted*

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2014, I caused the foregoing to be filed with the United States District Court for the District of Columbia via the Court's CM/ECF system, which will serve all registered users.

Dated: December 18, 2014                    /s/ Noel H. Johnson
                                            Noel H. Johnson
                                            njohnson@actrightlegal.org
                                            *Counsel for Plaintiff*