IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TRUE THE VOTE, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:13-cv-00734-RBW |
| ) | |
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**FEDERAL DEFENDANTS' MOTION TO EXTEND RESPONSE TIME**

Pursuant to Federal Rule of Civil Procedure 6(b), the federal defendants ask the Court to extend the time to respond to the remaining claims in the First Amended Complaint (Doc. 14). The federal defendants ask that the precise response time be set at the status conference to take place next Wednesday, October 12.

On the plaintiff's appeal, the United States Circuit Court for the District of Columbia affirmed the District Court's dismissal of the plaintiff's *Bivens* actions and statutory claims, reversed the dismissal of the claims for declaratory and injunctive relief, and remanded for further proceedings consistent with the Circuit Court's opinion. The Circuit Court's mandate was issued on September 27, 2016. Accordingly, the federal defendants' response to the remaining claims currently is due to be served by October 11. *See* Fed. R. Civ. P. 12(a)(4)(A). A status conference is set for October 12, the day after the current response deadline. The federal defendants need a reasonable additional time to respond, and ask that their response time be reset at the October 12 conference, as the discussion at the conference may help determine a reasonable response time.

Counsel for the plaintiff have advised that they do not oppose this request, so long as the extension does not exceed 20 days. A proposed order accompanies this motion.

DATED: October 7, 2016

                                            Respectfully submitted,

                                            CAROLINE D. CIRAOLO
                                            Principal Deputy Assistant Attorney General
                                            Tax Division

                                            s/ Joseph A. Sergi
                                            JOSEPH A. SERGI (DC 480837)
                                            Senior Litigation Counsel
                                            U.S. Department of Justice, Tax Division
                                            555 4th Street, N.W., JCB 7207
                                            Washington, D.C. 20001
                                            (202) 305-0868; (202) 307-2504 (FAX)
                                            Joseph.A.Sergi@usdoj.gov

                                            LAURA C. BECKERMAN (CA 278490)
                                            LAURA M. CONNER (VA 40388)
                                            JOSEPH R. GANAHL (MD)
                                            JEREMY N. HENDON (OR 982490)
                                            GERALD A. ROLE (IL 6198922)
                                            Trial Attorneys
                                            U.S. Department of Justice, Tax Division
                                            555 4th Street, N.W.
                                            Washington, D.C. 20001
                                            (202) 514-2000

Of Counsel:
CHANNING D. PHILLIPS
United States Attorney

                                            ATTORNEYS FOR THE UNITED STATES

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| TRUE THE VOTE, INC. | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:13-cv-00734-RBW |
| UNITED STATES OF AMERICA, *et al.*, | ) ) | |
| Defendants. | ) ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2016, the Federal Defendants' Motion to Extend Response Time in the above-captioned matter was filed with the United States District Court for the District of Columbia via the Court's CM/ECF system.

s/ *Joseph A. Sergi*
JOSEPH A. SERGI