IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRUE THE VOTE, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:13-cv-00734-RBW |
| ) | |
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING FEDERAL DEFENDANTS'**
**MOTION TO EXTEND RESPONSE TIME**

In consideration of the Federal Defendants' Motion to Extend Response Time, and for good cause shown therein, it is ORDERED that the motion is GRANTED, and that the federal defendants' response time will be reset at the status conference to be held on October 12, 2016.

**SO ORDERED** this _____ day of October, 2016.

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE