AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| True the Vote, Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:13-cv-734-RBW |
| Internal Revenue Service, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ronald Bell, Janine L. Estes, Faye Ng, and Susan Maloney, in their individual capacities .

Date:   10/11/2016

/s/ Eric R. Nitz
*Attorney's signature*

Eric R. Nitz (DC Bar # 1011107)
*Printed name and bar number*

MoloLamken LLP
The Watergate, Suite 660
600 New Hampshire Ave., N.W.
Washington, D.C.  20037
*Address*

enitz@mololamken.com
*E-mail address*

(202) 556-2021
*Telephone number*

(202) 536-2021
*FAX number*