UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
TRUE THE VOTE, INC.,                )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )    Civil Action No. 13-734 (RBW)
                                    )
                                    )
INTERNAL REVENUE SERVICE, et al.,   )
                                    )
        Defendants.                 )
_____)

### ORDER

The parties in this civil action appeared before the Court on October 12, 2016, for a status conference. In accordance with the oral rulings made by the Court during the conference, it is hereby

**ORDERED** that on or before November 11, 2016, the defendants shall file their motion to dismiss, or in the alternative, motion for summary judgment, stating their position as to why the plaintiff's claims are now moot as alleged during the October 12, 2016 status conference, given the United States Court of Appeals for the District of Columbia Circuit's opinion in this case. In their motion in support of their mootness position, the defendants shall indicate why the plaintiff's claims are moot, including addressing why the plaintiff will not experience any negative consequences resulting from the alleged discriminatory targeting scheme employed by the defendants throughout its tenure as a tax-exempt entity. Although not addressed during the status conference, it is further

**ORDERED** that on or before November 11, 2016, the plaintiff shall advise the Court as to what, if any, declaratory relief it believes it is entitled to receive based on the current record.

2

It is further

**ORDERED** that the parties shall appear before the Court for a status conference on November 18, 2016, at 2:30 p.m.[1]

**SO ORDERED** this 14th day of October, 2016.

REGGIE B. WALTON
United States District Judge

---

[1] As indicated during the status conference, the Court will entertain any request for discovery, and if discovery is deemed necessary, what the scope of the discovery authorized should be.