AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| True The Vote, Inc. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:13-cv-734 RBW |
| Internal Revenue Sevice, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Internal Revenue Service, United States of America, and Federal defendants in their official capacities.

Date: 10/27/2016

/s/ Gerald A. Role
*Attorney's signature*

Gerald A. Role (DC Bar #415274)
*Printed name and bar number*

U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
*Address*

gerald.a.role@usdoj.gov
*E-mail address*

(202) 307-0461
*Telephone number*

(202) 307-0054
*FAX number*