IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRUE THE VOTE, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:13-cv-00734-RBW |
| ) | |
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING UNITED STATES' MOTION FOR SUMMARY JUDGMENT AS TO REMAINING CLAIMS**

In consideration of the United States' Motion for Summary Judgment as to Remaining Claims, it is ORDERED that the motion is GRANTED and that Plaintiff's claims in Counts I, II and V are DISMISSED.

**SO ORDERED** this _____ day of _____, _____.

_____
REGGIE B. WALTON
United States District Judge