UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRUE THE VOTE, INC.,**  *Plaintiff*,  v.  **INTERNAL REVENUE SERVICE**, *et al.*,  *Defendants*. | Civ. No. 13-cv-00734-RBW |

### UNOPPOSED MOTION FOR EXTENSION OF DEADLINES REGARDING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COME NOW Plaintiff True the Vote, and hereby submits this unopposed motion to extend the deadlines for Plaintiff's response and Defendants' reply to Defendants' Motion for Summary Judgment (Doc No. 112). Specifically, Plaintiff requests that the Court set extended deadlines for these filings at the upcoming November 18, 2016 Status Conference, not sooner than January 10, 2017, for Plaintiff's Response, and not sooner than January 24, 2017, for Defendants' Reply. In support, Plaintiff states as follows:

WHEREAS, under Local Civil Rule 7, the deadline to file a response is fourteen (14) days from the date of service of Defendants' Motion for Summary Judgment, filed with this Court on November 11, 2016, or at such other time as the Court may direct; and

WHEREAS, under Local Civil Rule 7, the deadline to file a reply is seven (7) days from the date of service of Plaintiff's Response to Defendants' Motion for Summary Judgment; and

WHEREAS, a status conference is scheduled in this case for November 18, 2016, pursuant to the Court's Order of October 14, 2016 (Doc. 109), to discuss the relief sought by the parties, including the relief requested in Defendants' Motion for Summary Judgment and any discovery sought by Plaintiff; and

WHEREAS, counsel for Defendants have confirmed with counsel for Plaintiff that they do not oppose the relief requested herein; and

WHEREAS, an adequate response to Defendants' Motion for Summary Judgment – particularly in light of the possibility of discovery being taken – will require more time than that allotted under Local Civil Rule 7;

THEREFORE, Plaintiff respectfully requests that the Court enter an order that the deadlines for Plaintiff's Response and Defendants' Reply regarding Defendants' Motion for Summary Judgment are extended and will be set at the November 18, 2016 Scheduling Conference for dates not sooner than January 10, 2017, and January 24, 2017, respectively.

Respectfully submitted this 17th day of November, 2016,

Michael J. Lockerby (D.C. 502987)
Cleta Mitchell (D.C. 433386)
FOLEY & LARDNER, LLP
Washington Harbour
3000 K Street NW Suite #600
Washington, DC 20007
(202) 672-5300 (telephone)
(202) 672-5399 (fax)
mlockerby@foley.com
cmitchell@foley.com
*Lead Counsel for Plaintiff*

/s/ Kaylan L. Phillips
Kaylan L. Phillips (D.C. 1110583)
Noel H. Johnson (Wisc. 1068004)*
Public Interest Legal Foundation
209 West Main Street
Plainfield, IN 46168
(317) 203-5599 (telephone)
(888) 815-5641 (fax)
kphillips@publicinterestlegal.org
njohnson@publicinterestlegal.org
*Counsel for Plaintiff*
*Pro Hac Vice Motions granted

William E. Davis (D.C. Bar No. 280057)
Mathew D. Gutierrez (Fla. 0094014)*
FOLEY & LARDNER, LLP
One Biscayne Tower
2 South Biscayne Boulevard
Suite 1900
Miami, FL 33131
(305) 482-8404 (telephone)
(305) 482-8600 (fax)
wdavis@foley.com
mgutierrez@foley.com
*Counsel for Plaintiff*

John C. Eastman (Cal. 193726)*
Center for Constitutional Jurisprudence
c/o Chapman University School of Law
One University Drive
Orange, CA 92866
(877) 855-3330 x2 (telephone)
(714) 844-4817 (fax)
jeastman@chapman.edu
*Counsel for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2016, I caused the foregoing Motion for Extension of Deadlines to be filed with the United States District Court for the District of Columbia via the Court's CM/ECF system.

Dated: November 17, 2016                    /s/ Kaylan L. Phillips
                                            Kaylan L. Phillips