UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRUE THE VOTE, INC.,**<br><br>*Plaintiff,*<br><br>v.<br><br>**INTERNAL REVENUE SERVICE**, *et al*.,<br><br>*Defendants*. | Civ. No. 13-cv-00734-RBW |

### ORDER

This matter comes before the Court on the Plaintiff's Unopposed Motion for Extension of Deadlines Regarding Defendants' Motion for Summary Judgment.

Upon consideration of the motion, and for good cause, it is hereby:

ORDERED that Plaintiff's Unopposed Motion for Extension of Deadlines Regarding Defendants' Motion for Summary Judgment is **GRANTED**; it is further

ORDERED that the deadlines for the Plaintiff's Response and the Defendants' Reply regarding the Defendants' Motion for Summary Judgment are **EXTENDED** and will be set at the status conference scheduled for November 18, 2016, for dates not sooner than January 10, 2017, and January 24, 2017, respectively.

**SO ORDERED** this _____ day of November, 2016.

_____
THE HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE