# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRUE THE VOTE, INC.,** *Plaintiff*, v. **INTERNAL REVENUE SERVICE**, *et al.*, *Defendants*. | Civ. No. 13-cv-00734-RBW |

### UNOPPOSED MOTION FOR ORDER REQUIRING DEFENDANTS TO FILE ANSWER TO FIRST AMENDED COMPLAINT

COMES NOW Plaintiff True the Vote, and hereby submits this unopposed motion for an order requiring the Government Defendants in the above-captioned matter to file an Answer to Plaintiff's First Amended Complaint (Doc. 14) prior to the time for the filing of Plaintiff's Response to Defendants' Motion for Summary Judgment (Doc 112). In support, Plaintiff states as follows:

WHEREAS, the Federal Rules for Civil Procedure ("FRCP") (including FRCP 8 and 12) direct that Defendants must file an Answer prior to proceeding with any motion for summary judgment; and

WHEREAS, counsel for Defendants have informed counsel for Plaintiff that they do not oppose a motion requiring them to file an Answer prior to Plaintiff responding to their Motion for Summary Judgment; and

WHEREAS, counsel for Defendants has proposed a deadline of Monday, December 19, 2016, as the deadline for filing an Answer to the First Amended Complaint;

THEREFORE, Plaintiff respectfully requests that the Court enter an order requiring Defendants to file an Answer to the First Amended Complaint no later than Monday, December 19, 2016.

Respectfully submitted this 17th day of November, 2016,

| | |
|---|---|
| Michael J. Lockerby (D.C. 502987)<br>Cleta Mitchell (D.C. 433386)<br>FOLEY & LARDNER, LLP<br>Washington Harbour<br>3000 K Street NW Suite #600<br>Washington, DC 20007<br>(202) 672-5300 (telephone)<br>(202) 672-5399 (fax)<br>mlockerby@foley.com<br>cmitchell@foley.com<br>*Lead Counsel for Plaintiff* | William E. Davis (D.C. Bar No. 280057)<br>Mathew D. Gutierrez (Fla. 0094014)*<br>FOLEY & LARDNER, LLP<br>One Biscayne Tower<br>2 South Biscayne Boulevard<br>Suite 1900<br>Miami, FL 33131<br>(305) 482-8404 (telephone)<br>(305) 482-8600 (fax)<br>wdavis@foley.com<br>mgutierrez@foley.com<br>*Counsel for Plaintiff* |
| /s/ Kaylan L. Phillips<br>Kaylan L. Phillips (D.C. 1110583)<br>Noel H. Johnson (Wisc. 1068004)*<br>Public Interest Legal Foundation<br>209 West Main Street<br>Plainfield, IN 46168<br>(317) 203-5599 (telephone)<br>(888) 815-5641 (fax)<br>kphillips@publicinterestlegal.org<br>njohnson@publicinterestlegal.org<br>*Counsel for Plaintiff*<br>*Pro Hac Vice Motions granted | John C. Eastman (Cal. 193726)*<br>Center for Constitutional Jurisprudence<br>c/o Chapman University School of Law<br>One University Drive<br>Orange, CA 92866<br>(877) 855-3330 x2 (telephone)<br>(714) 844-4817 (fax)<br>jeastman@chapman.edu<br>*Counsel for Plaintiff* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 17, 2016, I caused the foregoing Unopposed Motion for Order Requiring Defendants to File Answer to First Amended Complaint to be filed with the United States District Court for the District of Columbia via the Court's CM/ECF system.

Dated: November 17, 2016                    /s/ Kaylan L. Phillips
                                                          Kaylan L. Phillips