# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRUE THE VOTE, INC.,**<br><br>                                           *Plaintiff*,<br><br>     *v.*<br><br>**INTERNAL REVENUE SERVICE**, *et al*.,<br><br>                                           *Defendants*. | Civ. No. 13-cv-00734-RBW |

## ORDER

This matter comes before the Court on the Plaintiff's Unopposed Motion for Order Requiring Defendants to File Answer to First Amended Complaint.

Upon consideration of the motion, it is hereby:

ORDERED that Plaintiff's Unopposed Motion for Order Requiring Defendants to File Answer to First Amended Complaint is **GRANTED**; it is further

ORDERED that the Government Defendants shall file an Answer to the First Amended Complaint on or before December 19, 2016.

**SO ORDERED** this _____ day of November, 2016.

_____
THE HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE