# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
                                    )
TRUE THE VOTE, INC.,                )
                                    )
       Plaintiff,                   )
                                    )
v.                                  )     Civil Action No. 13-734 (RBW)
                                    )
                                    )
INTERNAL REVENUE SERVICE, et al.,   )
                                    )
       Defendants.                  )
_____)

## ORDER

The parties in this civil action appeared before the Court on November 18, 2016, for a status conference. In accordance with the oral rulings made by the Court during the conference, it is hereby

**ORDERED** that on or before January 19, 2017, the plaintiff shall file its opposition to the federal defendants' motion for summary judgment or, in the alternative, a motion pursuant to Federal Rule of Civil Procedure 56(d), "specif[ying the] reasons, it cannot present facts essential to justify its opposition." Fed. R. Civ. P. 56(d). It is further

**ORDERED** that on or before February 9, 2017, the federal defendants shall file their reply in support of their motion for summary judgment or, in the alternative, their opposition to the plaintiff's Rule 56(d) motion if such a motion has been filed. It is further

**ORDERED** that the parties shall appear before the Court for a status conference on March 2, 2017, at 2:30 p.m.

**SO ORDERED** this 22nd day of November, 2016.

                                                                           REGGIE B. WALTON
                                                                           United States District Judge