UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRUE THE VOTE, INC.,**<br><br>*Plaintiff*,<br><br>v.<br><br>**INTERNAL REVENUE SERVICE**, *et al.*,<br><br>*Defendants*. | Civ. No. 13-cv-00734-RBW |

### NOTICE OF CHANGE OF ADDRESS

Plaintiff True the Vote submits this Notice of Change of Address for its counsel Kaylan L. Phillips and Noel H. Johnson of the Public Interest Legal Foundation. All future correspondence, service of pleadings, and other documents submitted in hard copy should be directed to the following address:

Kaylan L. Phillips: 32 E. Washington, Suite 1675, Indianapolis, Indiana 46204

Noel H. Johnson: 32 E. Washington, Suite 1675, Indianapolis, Indiana 46204

Please note that the addresses for Plaintiff's other counsel remains unchanged.

Respectfully submitted this 11th day of January, 2017,

/s/ Kaylan L. Phillips
Kaylan L. Phillips (D.C. 1110583)
Noel H. Johnson (Wisc. 1068004)*
Public Interest Legal Foundation
32 E. Washington, Suite 1675
Indianapolis, Indiana 46204
(317) 203-5599 (telephone)
(888) 815-5641 (fax)
kphillips@publicinterestlegal.org
njohnson@publicinterestlegal.org
*Counsel for Plaintiff*
*\*Pro Hac Vice Motion granted*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2017, I caused the foregoing Notice of Change of Address to be filed with the United States District Court for the District of Columbia via the Court's CM/ECF system.

Dated: January 11, 2017                               /s/ Kaylan L. Phillips
                                                                    Kaylan L. Phillips