UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRUE THE VOTE, INC.,**<br><br>*Plaintiff*,<br><br>v.<br><br>**INTERNAL REVENUE SERVICE,** *et al.*,<br><br>*Defendants*. | Civ. No. 13-cv-00734-RBW<br><br>**Oral Argument Scheduled for March 2, 2017** |

# INDEX OF EXHIBITS IN SUPPORT OF PLAINTIFF TRUE THE VOTE'S OPPOSITION TO THE GOVERNMENT'S MOTION FOR SUMMARY JUDGMENT

| Exhibit | Title/Description |
|---|---|
| **Exhibit A** | House Ways and Means Committee, Brady and Roskam Letter to Commissioner Koskinen, Sep. 20, 2016 |
| **Exhibit B** | Government Accountability Office, Report to Congressional Requesters, "IRS Examination Selection: Internal Controls for Exempt Organization Selection Should Be Strengthened" (July 2015) |
| **Exhibit C** | Staff Report, House of Representatives Committee on Oversight and Government Reform, "How Politics Led the IRS to Target Conservative Tax-Exempt Applicants for their Political Beliefs," 113th Cong. (June 16, 2014) |
| **Exhibit D** | Staff Report, House of Representatives Committee on Oversight and Government Reform, "The Internal Revenue Service's Targeting of Conservative Tax- Exempt Applicants: Report of Findings for the 113th Congress," 113th Cong. (Dec. 23, 2014) |
| **Exhibit E** | Report, United States Senate, Committee on Finance, "The Internal Revenue Service's Processing of 501(c)(3) and 501(c)(4) Applications for Tax-Exempt Status Submitted by 'Political Advocacy' Organizations From 2010-2013," Part 1 of 4 (August 5, 2015) |