UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRUE THE VOTE, INC.,** <br><br> *Plaintiff*, <br><br> v. <br><br> **INTERNAL REVENUE SERVICE**, *et al.*, <br><br> *Defendants*. | Civ. No. 13-cv-00734-RBW <br><br> **Oral Argument Scheduled for March 2, 2017** |

# ORDER

Upon consideration of Defendants' Motion for Summary Judgment (Doc. 112) and Plaintiff's opposition thereto, it is here

**ORDERED** that Defendants' Motion for Summary Judgment is **DENIED.**

IT IS SO ORDERED this _____ day of _____, 2017.

_____
REGGIE B. WALTON
United States District Judge