UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRUE THE VOTE, INC.,** <br><br> *Plaintiff*, <br><br> v. <br><br> **INTERNAL REVENUE SERVICE,** *et al.*, <br><br> *Defendants*. | Civ. No. 13-cv-00734-RBW <br><br> **Oral Argument Scheduled for March 2, 2017** |

# MOTION FOR DISCOVERY UNDER
# FEDERAL RULE OF CIVIL PROCEDURE 56(D)

The Government has filed a Motion for Summary Judgment as to Counts I, II, and V of True the Vote's Amended Complaint. (Doc. 112.) For the reasons stated in True the Vote's Opposition to the Government's Motion for Summary Judgment, filed contemporaneously with this motion, the Government's Motion for Summary Judgment should be denied.

However, because True the Vote has not been permitted to conduct discovery, it is unable to fully present facts essential to its opposition to the Government's motion because those facts are in the exclusive custody and control of the Government. Accordingly, pursuant to Federal Rule of Civil Procedure 56(d), and for the reasons stated in the attached Declarations of Cleta Mitchell and Catherine Engelbrecht, True the Vote moves this Court to deny, or defer consideration of, the Government's motion for summary judgment to allow time to conduct discovery.

Respectfully submitted this 19th day of January, 2017,

| | |
|---|---|
| Michael J. Lockerby (D.C. 502987) | William E. Davis (D.C. Bar No. 280057) |
| Cleta Mitchell (D.C. 433386) | Mathew D. Gutierrez (Fla. 0094014)* |
| FOLEY & LARDNER, LLP | FOLEY & LARDNER, LLP |
| Washington Harbour | One Biscayne Tower |
| 3000 K Street NW Suite #600 | 2 South Biscayne Boulevard |
| Washington, DC 20007 | Suite 1900 |
| (202) 672-5300 (telephone) | Miami, FL 33131 |
| (202) 672-5399 (fax) | (305) 482-8404 (telephone) |
| mlockerby@foley.com | (305) 482-8600 (fax) |
| cmitchell@foley.com | wdavis@foley.com |
| *Lead Counsel for Plaintiff* | mgutierrez@foley.com |
| | *Counsel for Plaintiff* |

      /s/ Noel H. Johnson

| | |
|---|---|
| Kaylan L. Phillips (D.C. 1110583) | |
| Noel H. Johnson (Wisc. 1068004)* | John C. Eastman (Cal. 193726)* |
| Public Interest Legal Foundation | Center for Constitutional Jurisprudence |
| 32 E. Washington, Suite 1675 | c/o Chapman University School of Law |
| Indianapolis, IN 46204 | One University Drive |
| (317) 203-5599 (telephone) | Orange, CA 92866 |
| (888) 815-5641 (fax) | (877) 855-3330 x2 (telephone) |
| kphillips@publicinterestlegal.org | (714) 844-4817 (fax) |
| njohnson@publicinterestlegal.org | jeastman@chapman.edu |
| *Counsel for Plaintiff* | *Counsel for Plaintiff* |
| *Pro Hac Vice Motions granted* | |಍

**CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2017, I caused the foregoing MOTION FOR DISCOVERY UNDER FEDERAL RULE OF CIVIL PROCEDURE 56(D) to be filed with the United States District Court for the District of Columbia via the Court's CM/ECF system.

Dated: January 19, 2017

                                                          /s/ Noel H. Johnson
                                                    Noel H. Johnson
                                                    njohnson@publicinterestlegal.org