UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRUE THE VOTE, INC.,**  *Plaintiff*,  v.  **INTERNAL REVENUE SERVICE,** *et al.***,**  *Defendants*. | Civ. No. 13-cv-00734-RBW  **Oral Argument Scheduled for March 2, 2017** |

# ORDER

Upon consideration of Plaintiff's Motion for Discovery Under Federal Rule of Civil Procedure 56(d), and the Government's response thereto, it is hereby

**ORDERED** that Plaintiff's Rule 56(d) Motion is **GRANTED.**

IT IS SO ORDERED this _____ day of _____, 2017.

_____
REGGIE B. WALTON
United States District Judge