IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRUE THE VOTE, INC. )<br><br>Plaintiff, )<br><br>v. )<br><br>UNITED STATES OF AMERICA, *et al.*, )<br><br>Defendants. ) | Civil Action No. 1:13-cv-00734-RBW |

**INDEX OF EXHIBITS TO UNITED STATES' REPLY
IN SUPPORT OF SUMMARY JUDGMENT AS TO REMAINING CLAIMS**

Exhibit 1:   Excerpt from transcript of status conference in *True the Vote, Inc. v. IRS, et al.*, No. 1:13-cv-000734-RBW (D.D.C. Nov. 17, 2016).

Exhibit 2:   Excerpt from True the Vote's response of March 20, 2012, to IRS letter of February 8, 2012.

Exhibit 3:   Letters between Cleta Mitchell and Grover Hartt of May 9, 2014, and May 16, 2014.

Exhibit 4:   Excerpts from Protecting Americans from Tax Hikes Act of 2015 ("PATH Act"), 129 Stat. 2242.