True the Vote
EIN: ▓▓▓▓▓▓



Tab 3.    **Responses to IRS Information Requests**

**(IRS Information Requests in italics and bold)**

True the Vote (the "**Organization**") has plans to expand its operations nationally. However, because of the unanticipated delay in the IRS issuance of the Letter of Determination of Exempt Status, the Organization has been forced to minimize its expansion plans.

The integrity of our voting system is the critical issue that True the Vote was formed to address. For evidence of the need for the Organization and its activities, please see "**Inaccurate, Costly, and Inefficient: Evidence that America's Voter Registration System Needs an Upgrade**", a report issued in February 2012 by the Pew Foundation, a widely-respected non-partisan research institute. A summary of this report is attached under Tab 4 of this submission. The report estimates that 24 million registration records, or approximately thirteen percent of the national total of registration records, are no longer valid.

Voter integrity initiatives, which make up the core of True the Vote's activities, are vital to ensuring that America's voting procedures are lawful and accurate; that the voter registration rolls are correct and that fraudulent voting is prevented. The mission of the Organization is to protect America's democratic system of self-government. Absent fair, honest and open elections, our system of government cannot long survive.

*1. Provide a print-out of each of your website's pages or proposed website's pages, including any pages with restricted access.*

Please see attached under Tab 5. The Organization's entire website, including any multimedia, can be viewed at www.truethevote.org. Because of the nature of the website, all of the content may not be reducible to printed pages.

*2. Provide details regarding all of your activity on Facebook and Twitter. Also, provide hard copies of all advertising you have conducted using social media outlets.*

A print-out of the main page of the Organization's Facebook Account is attached under Tab 6. The Organization itself only posts sporadically on its Facebook Account.

A print-out of the Organization's posts to its Twitter Account is attached under Tab 7.

The Organization has not conducted advertising using social media.

True the Vote
EIN: _____

3. *Submit the following information relating to your past and present directors, officers and key employees.*

A. *Provide a resume for each.*

| Name | Qualifications |
|---|---|
| Bryan Engelbrecht, Director | • Co-owner of manufacturing company<br>• Founder of local church, formerly on church board<br>• Member of various civic and business groups<br>• Father to two children |
| Catherine Engelbrecht, President & Director | • Co-owner of manufacturing company<br>• Founder of local church, on church board<br>• Member of various civic and business groups<br>• Mother to two children |
| Dianne Josephs, Vice President & Director | • Owner of design company<br>• Member of various civic organizations |
| Mark Antill, Executive Director | • Previous owner of a technology company<br>• Developer of software for telecommunications businesses |

B. *Indicate the number of hours per month each individual has provided or is providing services to you.*

Bryan Engelbrecht contributes approximately 4 hours per month. Diane Josephs contributes approximately 80 hours per month. Catherine Engelbrecht contributes approximately 130 hours per month. Mark Antill contributes approximately 140 hours per month.

C. *Provide a description of all the services each individual provides or has provided to you.*

| Name | Services |
|---|---|
| Bryan Engelbrecht | • Assist with strategic planning and development |

4836-4610-1518.4

True the Vote
EIN: ███

| | | |
|---|---|---|
| Dianne Josephs | • | General organization of activities |
| | • | Management of volunteers |
| | • | Guidance on growing the Organization |
| Catherine Engelbrecht | • | Execution of strategic plans and policies of the Organization |
| | • | Provide leadership in the development of the Organization's mission and goals and the corresponding strategies, plans, and budget to achieve them |
| | • | Hire, discipline and terminate all employees |
| | • | Act as the principal spokesperson for the Organization; make presentations to outside groups |
| | • | Organize the annual True the Vote Summit |
| | • | Coordinate volunteers and make training presentations to election workers and election observers. |
| | • | Fundraise for the Organization |
| | • | Write materials and serve as liaison with other key leaders in the field of election integrity |
| | • | Perform such other duties as required |
| Mark Antill | • | Execution of strategic plans and policies of the Organization |
| | • | Develop and maintain the voter verification software |
| | • | Organize and conduct training sessions |
| | • | Make training presentations to volunteers to verify voter information |
| | • | Perform such other duties as required |

**D. Indicate the total compensation provided to each individual.**

**E. Describe how each compensation package was determined.**

(Answer to Question 3, subparts D & E): None of the board members receive compensation for their efforts. The Executive Director is paid $4,200 per month for his work. The compensation package was determined after the Organization reviewed the pay and benefits of employees with similar experience and programming skills. The Organization specifically weighed the Executive Director's ability to maintain and develop the Organization's voter verification software (which he developed as a volunteer) and his proven ability to organize and train volunteers to use the voter verification software.

True the Vote
EIN:

>   *F. Indicate if any of your current and former officers, directors, and key employees are related to each other (include family and business relationships) and describe the nature of the relationship.*

Bryan and Catherine Engelbrecht are married. They are also co-owners of a manufacturing company. They are founding members of their church. Catherine has served and Bryan is currently serving on the board of the church.

>   *4. List each past or present board member, officer, key employee and members of their families who:*

>   >   *A. Has served on the board of another organization.*

Current board members and the executive director also serve as the board members and executive director of the Organization's 501(c)(4) affiliate, King Street Patriots ("KSP"). Current board members also serve as board members/officers for for-profit business entities that they own, their respective churches, and various charitable organizations.

>   >   *B. Was, is or plans to be a candidate for public office. Indicate the nature of each candidacy.*

None of the above-listed individuals have been a candidate for public office. None of the above-listed individuals has plans to be a candidate for public office.

>   >   *C. Has previously conducted similar activities for another entity.*

The above-listed individuals have not previously conducted similar activities for another entity, except in relation to KSP, the Organization's section 501(c)(4) affiliate. Catherine and Bryan Engelbrecht were involved in the founding of their local church.

>   >   *D. Has previously submitted an application for tax exempt status.*

The above-listed individuals have submitted the Organization's application for tax-exempt status. Neither the Organization nor the individuals have previously submitted such an application.

4836-4610-1518.4