

U.S. Department of Justice

**Government Exhibit**
3

Tax Division

*717 N. Harwood*     Main Line: 214-880-9721
*Dallas, Texas 75201*  Attorney's Direct Line: 214-880-9733
*Suite 400*            Fax: 214-880-9741/9774

KMK:MJK:GHartt:dcl
DJ 5-16-4583
CMN 2013101880

May 16, 2014

**VIA ELECTRONIC MAIL**

Ms. Cleta Mitchell
Foley & Lardner LLP
3000 K Street, N.W., Suite 600
Washington, D.C. 20007-5109

    Re:   *True the Vote, Inc. v. Internal Revenue Service*
              Civil No. 13-734        (USDC DC)

Dear Ms. Mitchell:

    We are responding to your letter dated May 9, 2014. After consulting with the Internal Revenue Service, we have been advised that the Service is attempting to push through a manual listing of your client as a tax exempt Section 501(c)(3) organization on Select Check. This process may take a week or so, but it is being given priority.

    In the meantime, your client may, of course, include its exempt status in any materials it desires to disseminate publicly and provide a copy of the Service's letter granting its application for exempt status to any potential donors.

                                    Sincerely yours,

                                    GROVER HARTT, III
                                    Senior Litigation Counsel

cc:    Joseph A. Sergi
        Senior Litigation Counsel

        Thomas J. Kane
        Senior Level Counsel, Office of Chief Counsel
        Internal Revenue Service



**FOLEY & LARDNER LLP**

ATTORNEYS AT LAW
WASHINGTON HARBOUR
3000 K STREET, N.W.
SUITE 600
WASHINGTON, D.C. 20007-5109
202.672.5300 TEL
202.672.5399 FAX
WWW.FOLEY.COM

WRITER'S DIRECT LINE
202.295.4081
cmitchell@foley.com EMAIL

CLIENT/MATTER NUMBER
999100-0100

May 9, 2014

**VIA ELECTRONIC MAIL**

Mr. Grover Hartt, III
Senior Litigation Counsel
Department of Justice Tax Division
717 N. Harwood, Suite 400
Dallas, Texas 75201

Mr. Joseph A. Sergi
Senior Litigation Counsel
US Department of Justice — Tax Division
555 4th Street, N.W., JCB 7207
Washington, D.C. 20001

      Re:    RE: True the Vote v. IRS, 1:13-cv-00734 (D.D.C.)

Dear Mr. Hartt and Mr. Sergi:

      It has just been brought to my attention by our client, True the Vote, that the organization is not listed on the IRS published list of approved charitable organizations, despite the fact that the IRS issued a Letter of Determination of Exempt Status to True the Vote on September 26, 2013 in response to the filing of the above-referenced litigation.

      The failure of the IRS to properly list True the Vote as a charitable organization has cost the organization untold numbers of contributions when donors are unable to verify True the Vote's exempt status.

      The IRS website describes the public listing of charitable organizations as follows:

      "**EO Select Check**

          *Exempt Organizations Select Check* is an on-line search tool that allows users to search for and select an exempt organization and check certain information about its federal tax status and filings. It consolidates three former search sites into one, providing expanded search capability and a more efficient way to search for organizations that:


**FOLEY**
FOLEY & LARDNER LLP

May 9, 2014
Page 2

- Are eligible to receive tax-deductible charitable contributions (**Publication 78 data**). Users may rely on this list in determining deductibility of their contributions (just as they did when Publication 78 was a separate electronic publication rather than part of *Select Check*)…" (emphasis added)

See http://www.irs.gov/Charities-&-Non-Profits/Exempt-Organizations-Select-Check. Accessed May 8, 2014.

The IRS website indicates that the list of charitable organizations was updated on April 14, 2014. Yet True the Vote is not listed as an organization "eligible to receive tax-deductible charitable contributions".

Indeed, this matter was brought to our client's attention within the past few days by a prospective donor who checked the IRS website for the purpose of confirming the tax deductibility of a contribution he was considering making to True the Vote and notified our client that, despite the assurances by the organization, it was *not* publicly disclosed that True the Vote is a public charity. Other donors who were solicited and who then did not ultimately make contributions may well have noted the absence of True the Vote's name and determined *not* to contribute – but did not notify the organization of the reason.

The purpose of this letter is to request that your client *immediately* update its public website to include True the Vote as a charitable organization, eligible to receive tax-deductible contributions.

We will appreciate your prompt attention to this situation as the government's failure to confirm True the Vote's status as a public charity is a source of continuing harm and injury to the organization.

We will anticipate immediate remedial action to avoid the necessity of filing a notice of this matter with the Court, requesting the Court's order directing that True the Vote be added to the public charity list. We will, however, reserve our right to add this situation to the damages suffered by True the Vote as a result of the actions and inactions of the IRS.

Please contact me at (202) 295-4081 if you have any questions.

Thank you.



May 9, 2014
Page 3

        Sincerely,

        *[signature: Cleta Mitchell]*

        Cleta Mitchell
        Michael Lockerby
        William Davis
        FOLEY & LARDNER, LLP

        Kaylan Phillips
        Noel Johnson
        ActRight Legal Foundation, Inc.