CONSOLIDATED APPROPRIATIONS ACT, 2016, PL 114-113, December 18, 2015 ,...

Case 1:13-cv-00734-RBW   Document 121-6   Filed 02/09/17   Page 1 of 20

PL 114-113, December 18, 2015 , 129 Stat 2242

UNITED STATES PUBLIC LAWS

114th Congress - First Session

Convening January 06, 2015

Additions and Deletions are not identified in this database.
Vetoed provisions within tabular material are not displayed
Vetoes are indicated by ~~Text~~ ;
stricken material by Text .

PL 114–113 [HR 2029]

December 18, 2015

CONSOLIDATED APPROPRIATIONS ACT, 2016

Government Exhibit 4

An Act Making appropriations for military construction, the Department of Veterans Affairs, and related agencies for the fiscal year ending September 30, 2016, and for other purposes.

Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,

**SECTION 1 SHORT TITLE.**
This Act may be cited as the "Consolidated Appropriations Act, 2016".

**SEC. 2 TABLE OF CONTENTS.**
The table of contents of this Act is as follows:

Sec. 1. Short title.

Sec. 2. Table of contents.

Sec. 3. References.

Sec. 4. Explanatory statement.

Sec. 5. Statement of appropriations.

Sec. 6. Availability of funds.

Sec. 7. Technical allowance for estimating differences.

Sec. 8. Corrections.

Sec. 9. Adjustments to compensation.

DIVISION A—AGRICULTURE, RURAL DEVELOPMENT, FOOD AND DRUG ADMINISTRATION, AND RELATED AGENCIES APPROPRIATIONS ACT, 2016

Title I—AGRICULTURAL PROGRAMS

Title II—CONSERVATION PROGRAMS

Title III—RURAL DEVELOPMENT PROGRAMS

Title IV—DOMESTIC FOOD PROGRAMS

Title V—FOREIGN ASSISTANCE AND RELATED PROGRAMS

Title VI—RELATED AGENCIES AND FOOD AND DRUG ADMINISTRATION

Title VII—GENERAL PROVISIONS

DIVISION B—COMMERCE, JUSTICE, SCIENCE, AND RELATED AGENCIES APPROPRIATIONS ACT, 2016

Title I—DEPARTMENT OF COMMERCE

Title II—DEPARTMENT OF JUSTICE

Title III—SCIENCE

Title IV—RELATED AGENCIES

Title V—GENERAL PROVISIONS

DIVISION C—DEPARTMENT OF DEFENSE APPROPRIATIONS ACT, 2016

Title I—MILITARY PERSONNEL

Title II—OPERATION AND MAINTENANCE

Title III—PROCUREMENT

Title IV—RESEARCH, DEVELOPMENT, TEST AND EVALUATION

Title V—REVOLVING AND MANAGEMENT FUNDS

Title VI—OTHER DEPARTMENT OF DEFENSE PROGRAMS

Title VII—RELATED AGENCIES

Title VIII—GENERAL PROVISIONS

Title IX—OVERSEAS CONTINGENCY OPERATIONS/GLOBAL WAR ON TERRORISM

DIVISION D—ENERGY AND WATER DEVELOPMENT AND RELATED AGENCIES APPROPRIATIONS ACT, 2016

Case 1:13-cv-00734-RBW   Document 121-6   Filed 02/09/17   Page 3 of 20

CONSOLIDATED APPROPRIATIONS ACT, 2016, PL 114-113, December 18, 2015 ,...

Title I—CORPS OF ENGINEERS—CIVIL

Title II—DEPARTMENT OF THE INTERIOR

Title III—DEPARTMENT OF ENERGY

Title IV—INDEPENDENT AGENCIES

Title V—GENERAL PROVISIONS

DIVISION E—FINANCIAL SERVICES AND GENERAL GOVERNMENT APPROPRIATIONS ACT, 2016

Title I—DEPARTMENT OF THE TREASURY

Title II—EXECUTIVE OFFICE OF THE PRESIDENT AND FUNDS APPROPRIATED TO THE PRESIDENT

Title III—THE JUDICIARY

Title IV—DISTRICT OF COLUMBIA

Title V—INDEPENDENT AGENCIES

Title VI—GENERAL PROVISIONS—THIS ACT

Title VII—GENERAL PROVISIONS—GOVERNMENT-WIDE

Title VIII—GENERAL PROVISIONS—DISTRICT OF COLUMBIA

DIVISION F—DEPARTMENT OF HOMELAND SECURITY APPROPRIATIONS ACT, 2016

Title I—DEPARTMENTAL MANAGEMENT AND OPERATIONS

Title II—SECURITY, ENFORCEMENT, AND INVESTIGATIONS

Title III—PROTECTION, PREPAREDNESS, RESPONSE, AND RECOVERY

Title IV—RESEARCH, DEVELOPMENT, TRAINING, AND SERVICES

Title V—GENERAL PROVISIONS

DIVISION G—DEPARTMENT OF THE INTERIOR, ENVIRONMENT, AND RELATED AGENCIES APPROPRIATIONS ACT, 2016

Title I—DEPARTMENT OF THE INTERIOR

Title II—ENVIRONMENTAL PROTECTION AGENCY

Title III—RELATED AGENCIES

Title IV—GENERAL PROVISIONS

DIVISION H—DEPARTMENTS OF LABOR, HEALTH AND HUMAN SERVICES, AND EDUCATION, AND RELATED AGENCIES APPROPRIATIONS ACT, 2016

Title I—DEPARTMENT OF LABOR

Title II—DEPARTMENT OF HEALTH AND HUMAN SERVICES

Title III—DEPARTMENT OF EDUCATION

Title IV—RELATED AGENCIES

Title V—GENERAL PROVISIONS

DIVISION I—LEGISLATIVE BRANCH APPROPRIATIONS ACT, 2016

Title I—LEGISLATIVE BRANCH

Title II—GENERAL PROVISIONS

DIVISION J—MILITARY CONSTRUCTION AND VETERANS AFFAIRS, AND RELATED AGENCIES APPROPRIATIONS ACT, 2016

Title I—DEPARTMENT OF DEFENSE

Title II—DEPARTMENT OF VETERANS AFFAIRS

Title III—RELATED AGENCIES

Title IV—GENERAL PROVISIONS

DIVISION K—DEPARTMENT OF STATE, FOREIGN OPERATIONS, AND RELATED PROGRAMS APPROPRIATIONS ACT, 2016

Title I—DEPARTMENT OF STATE AND RELATED AGENCY

Title II—UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT

Title III—BILATERAL ECONOMIC ASSISTANCE

Title IV—INTERNATIONAL SECURITY ASSISTANCE

Title V—MULTILATERAL ASSISTANCE

Title VI—EXPORT AND INVESTMENT ASSISTANCE

Title VII—GENERAL PROVISIONS

Case 1:13-cv-00734-RBW   Document 121-6   Filed 02/09/17   Page 5 of 20

CONSOLIDATED APPROPRIATIONS ACT, 2016, PL 114-113, December 18, 2015 ,...

Title VIII—OVERSEAS CONTINGENCY OPERATIONS/GLOBAL WAR ON TERRORISM

Title IX—OTHER MATTERS

DIVISION L—TRANSPORTATION, HOUSING AND URBAN DEVELOPMENT, AND RELATED AGENCIES APPROPRIATIONS ACT, 2016

Title I—DEPARTMENT OF TRANSPORTATION

Title II—DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

Title III—RELATED AGENCIES

Title IV—GENERAL PROVISIONS—THIS ACT

DIVISION M—INTELLIGENCE AUTHORIZATION ACT FOR FISCAL YEAR 2016

DIVISION N—CYBERSECURITY ACT OF 2015

DIVISION O—OTHER MATTERS

DIVISION P—TAX-RELATED PROVISIONS

DIVISION Q—PROTECTINGAMERICANSFROMTAXHIKESACT OF 2015

**SEC. 3 REFERENCES.**
Except as expressly provided otherwise, any reference to "this Act" contained in any division of this Act shall be treated as referring only to the provisions of that division.

**SEC. 4 EXPLANATORY STATEMENT.**
The explanatory statement regarding this Act, printed in the House of Representatives section of the Congressional Record on or about December 17, 2015 by the Chairman of the Committee on Appropriations of the House, shall have the same effect with respect to the allocation of funds and implementation of divisions A through L of this Act as if it were a joint explanatory statement of a committee of conference.

**SEC. 5 STATEMENT OF APPROPRIATIONS.**
The following sums in this Act are appropriated, out of any money in the Treasury not otherwise appropriated, for the fiscal year ending September 30, 2016.

**SEC. 6 AVAILABILITY OF FUNDS.**
Each amount designated in this Act by the Congress for Overseas Contingency Operations/Global War on Terrorism pursuant to section 251(b)(2)(A)(ii) of the Balanced Budget and Emergency Deficit Control Act of 1985 shall be available (or rescinded, if applicable) only if the President subsequently so designates all such amounts and transmits such designations to the Congress.

**SEC. 7 TECHNICAL ALLOWANCE FOR ESTIMATING DIFFERENCES.**

If, for fiscal year 2016, new budget authority provided in appropriations Acts exceeds the discretionary spending limit for any category set forth in section 251(c) of the Balanced Budget and Emergency Deficit Control Act of 1985 due to estimating differences with the Congressional Budget Office, an adjustment to the discretionary spending limit in such category for fiscal year 2016 shall be made by the Director of the Office of Management and Budget in the amount of the excess but the total of all such adjustments shall not exceed 0.2 percent of the sum of the adjusted discretionary spending limits for all categories for that fiscal year.

**SEC. 8 CORRECTIONS.**
The Continuing Appropriations Act, 2016 (Public Law 114–53) is amended—

(1) by changing the long title so as to read: "Making continuing appropriations for the fiscal year ending September 30, 2016, and for other purposes.";

(2) by inserting after the enacting clause (before section 1) the following: "DIVISION A—TSA OFFICE OF INSPECTION ACCOUNTABILITY ACT OF 2015";

(3) by inserting after section 8 (before the statement of appropriations) the following: "DIVISION B—CONTINUING APPROPRIATIONS RESOLUTION, 2016"; and

(4) by inserting after section 150 (before the short title) the following new section: "Sec. 151. Except as expressly provided otherwise, any reference in this division to "this Act" shall be treated as referring only to the provisions of this division.".

**SEC. 9 ADJUSTMENTS TO COMPENSATION.**
Notwithstanding any other provision of law, no adjustment shall be made under section 601(a) of the Legislative Reorganization Act of 1946 (2 U.S.C. 4501) (relating to cost of living adjustments for Members of Congress) during fiscal year 2016.

### DIVISIONA—AGRICULTURE, RURAL DEVELOPMENT, FOOD AND DRUG ADMINISTRATION, AND RELATED AGENCIES APPROPRIATIONS ACT, 2016

TITLE I—AGRICULTURAL PROGRAMS

PRODUCTION, PROCESSING, AND MARKETING

OFFICE OF THE SECRETARY

(INCLUDING TRANSFERS OF FUNDS)

For necessary expenses of the Office of the Secretary, $45,555,000, of which not to exceed $5,051,000 shall be available for the immediate Office of the Secretary, of which not to exceed $250,000 shall be available for the Military Veterans Agricultural Liaison; not to exceed $502,000 shall be available for the Office of Tribal Relations; not to exceed $1,496,000 shall be available for the Office of Homeland Security and Emergency Coordination; not to exceed $1,209,000 shall be available for the Office of Advocacy and Outreach; not to exceed $25,928,000 shall be available for the Office of the Assistant Secretary for Administration, of which $25,124,000 shall be available for Departmental Administration to provide for necessary expenses for management support services to offices of the Department and for general administration, security, repairs and alterations, and other miscellaneous supplies and expenses not otherwise provided for and necessary for the practical and efficient work of the Department; not to exceed $3,869,000 shall be available for the Office of Assistant Secretary for Congressional Relations to carry out the programs funded by this Act, including programs involving intergovernmental affairs and liaison within the executive branch; and not to exceed $7,500,000 shall be available for the Office of Communications: *Provided*, That the Secretary of Agriculture is authorized to transfer funds appropriated for any office of the Office of the Secretary to any other

(1) in paragraphs (1) and (2) of subsection (a), by striking "30 percent" each place it appears and inserting "the applicable percentage",

(2) in subsection (g), by inserting "(December 31, 2021, in the case of any qualified solar electric property expenditures and qualified solar water heating property expenditures)" before the period at the end,

(3) by redesignating subsection (g), as amended by paragraph (2), as subsection (h), and

(4) by inserting after subsection (f) the following new subsection:

"(g) APPLICABLE PERCENTAGE.—For purposes of paragraphs (1) and (2) of subsection (a), the applicable percentage shall be—

"(1) in the case of property placed in service after December 31, 2016, and before January 1, 2020, 30 percent,

"(2) in the case of property placed in service after December 31, 2019, and before January 1, 2021, 26 percent, and

"(3) in the case of property placed in service after December 31, 2020, and before January 1, 2022, 22 percent.".

(b) EFFECTIVE DATE.—The amendments made by this section shall take effect on January 1, 2017.

**SEC. 305 TREATMENT OF TRANSPORTATION COSTS OF INDEPENDENT REFINERS.**

(a) IN GENERAL.—Paragraph (3) of section 199(c) of the Internal Revenue Code of 1986 is amended by adding at the end the following new subparagraph:

"(C) TRANSPORTATION COSTS OF INDEPENDENT REFINERS.—

"(i) IN GENERAL.—In the case of any taxpayer who is in the trade or business of refining crude oil and who is not a major integrated oil company (as defined in section 167(h)(5)(B), determined without regard to clause (iii) thereof) for the taxable year, in computing oil related qualified production activities income under subsection (d)(9)(B), the amount allocated to domestic production gross receipts under paragraph (1)(B) for costs related to the transportation of oil shall be 25 percent of the amount properly allocable under such paragraph (determined without regard to this subparagraph).

"(ii) TERMINATION.—Clause (i) shall not apply to any taxable year beginning after December 31, 2021.".

(b) EFFECTIVE DATE.—The amendment made by this section shall apply to taxable years beginning after December 31, 2015.

DIVISION Q—PROTECTING AMERICANS FROM TAX HIKES ACT OF 2015

**SECTION 1 SHORT TITLE, ETC.**

(a) SHORT TITLE.—This division may be cited as the "Protecting Americans from Tax Hikes Act of 2015".

CONSOLIDATED APPROPRIATIONS ACT, 2016, PL 114-113, December 18, 2015 ,...

Case 1:13-cv-00734-RBW   Document 121-6   Filed 02/09/17   Page 8 of 20

(b) AMENDMENT OF 1986 CODE.—Except as otherwise expressly provided, whenever in this division an amendment or repeal is expressed in terms of an amendment to, or repeal of, a section or other provision, the reference shall be considered to be made to a section or other provision of the Internal Revenue Code of 1986.

(c) TABLE OF CONTENTS.—The table of contents for this division is as follows:

DIVISION Q—**PROTECTING AMERICANS FROM TAX HIKES ACT** OF 2015

Sec. 1. Short title, etc.

TITLE I—EXTENDERS

Subtitle A—Permanent extensions

Part 1—Tax Relief for Families and Individuals

Sec. 101. Enhanced child tax credit made permanent.

Sec. 102. Enhanced American opportunity tax credit made permanent.

Sec. 103. Enhanced earned income tax credit made permanent.

Sec. 104. Extension and modification of deduction for certain expenses of elementary and secondary school teachers.

Sec. 105. Extension of parity for exclusion from income for employer-provided mass transit and parking benefits.

Sec. 106. Extension of deduction of State and local general sales taxes.

Part 2—Incentives for charitable giving

Sec. 111. Extension and modification of special rule for contributions of capital gain real property made for conservation purposes.

Sec. 112. Extension of tax-free distributions from individual retirement plans for charitable purposes.

Sec. 113. Extension and modification of charitable deduction for contributions of food inventory.

Sec. 114. Extension of modification of tax treatment of certain payments to controlling exempt organizations.

Sec. 115. Extension of basis adjustment to stock of S corporations making charitable contributions of property.

Part 3—Incentives for growth, jobs, investment, and innovation

Sec. 121. Extension and modification of research credit.

Sec. 122. Extension and modification of employer wage credit for employees who are active duty members of the uniformed services.

Sec. 123. Extension of 15-year straight-line cost recovery for qualified leasehold improvements, qualified restaurant buildings and improvements, and qualified retail improvements.

Sec. 124. Extension and modification of increased expensing limitations and treatment of certain real property as section 179 property.

Sec. 125. Extension of treatment of certain dividends of regulated investment companies.

Sec. 126. Extension of exclusion of 100 percent of gain on certain small business stock.

Sec. 127. Extension of reduction in S-corporation recognition period for built-in gains tax.

Sec. 128. Extension of subpart F exception for active financing income.

Part 4—Incentives for real estate investment

Sec. 131. Extension of minimum low-income housing tax credit rate for non-Federally subsidized buildings.

Sec. 132. Extension of military housing allowance exclusion for determining whether a tenant in certain counties is low-income.

Sec. 133. Extension of RIC qualified investment entity treatment under FIRPTA.

Subtitle B—Extensions through 2019

Sec. 141. Extension of new markets tax credit.

Sec. 142. Extension and modification of work opportunity tax credit.

Sec. 143. Extension and modification of bonus depreciation.

Sec. 144. Extension of look-thru treatment of payments between related controlled foreign corporations under foreign personal holding company rules.

Subtitle C—Extensions through 2016

Part 1—Tax relief for families and individuals

Sec. 151. Extension and modification of exclusion from gross income of discharge of qualified principal residence indebtedness.

Sec. 152. Extension of mortgage insurance premiums treated as qualified residence interest.

Sec. 153. Extension of above-the-line deduction for qualified tuition and related expenses.

Part 2—Incentives for growth, jobs, investment, and innovation

Sec. 161. Extension of Indian employment tax credit.

Sec. 162. Extension and modification of railroad track maintenance credit.

Case 1:13-cv-00734-RBW   Document 121-6   Filed 02/09/17   Page 10 of 20

CONSOLIDATED APPROPRIATIONS ACT, 2016, PL 114-113, December 18, 2015 ,...

Sec. 163. Extension of mine rescue team training credit.

Sec. 164. Extension of qualified zone academy bonds.

Sec. 165. Extension of classification of certain race horses as 3-year property.

Sec. 166. Extension of 7-year recovery period for motorsports entertainment complexes.

Sec. 167. Extension and modification of accelerated depreciation for business property on an Indian reservation.

Sec. 168. Extension of election to expense mine safety equipment.

Sec. 169. Extension of special expensing rules for certain film and television productions; special expensing for live theatrical productions.

Sec. 170. Extension of deduction allowable with respect to income attributable to domestic production activities in Puerto Rico.

Sec. 171. Extension and modification of empowerment zone tax incentives.

Sec. 172. Extension of temporary increase in limit on cover over of rum excise taxes to Puerto Rico and the Virgin Islands.

Sec. 173. Extension of American Samoa economic development credit.

Sec. 174. Moratorium on medical device excise tax.

Part 3—Incentives for energy production and conservation

Sec. 181. Extension and modification of credit for nonbusiness energy property.

Sec. 182. Extension of credit for alternative fuel vehicle refueling property.

Sec. 183. Extension of credit for 2-wheeled plug-in electric vehicles.

Sec. 184. Extension of second generation biofuel producer credit.

Sec. 185. Extension of biodiesel and renewable diesel incentives.

Sec. 186. Extension and modification of production credit for Indian coal facilities.

Sec. 187. Extension of credits with respect to facilities producing energy from certain renewable resources.

Sec. 188. Extension of credit for energy-efficient new homes.

Sec. 189. Extension of special allowance for second generation biofuel plant property.

Sec. 190. Extension of energy efficient commercial buildings deduction.

Sec. 191. Extension of special rule for sales or dispositions to implement FERC or State electric restructuring policy for qualified electric utilities.

Case 1:13-cv-00734-RBW   Document 121-6   Filed 02/09/17   Page 11 of 20

CONSOLIDATED APPROPRIATIONS ACT, 2016, PL 114-113, December 18, 2015 ,...

Sec. 192. Extension of excise tax credits relating to alternative fuels.

Sec. 193. Extension of credit for new qualified fuel cell motor vehicles.

TITLE II—PROGRAM INTEGRITY

Sec. 201. Modification of filing dates of returns and statements relating to employee wage information and nonemployee compensation to improve compliance.

Sec. 202. Safe harbor for de minimis errors on information returns and payee statements.

Sec. 203. Requirements for the issuance of ITINs.

Sec. 204. Prevention of retroactive claims of earned income credit after issuance of social security number.

Sec. 205. Prevention of retroactive claims of child tax credit.

Sec. 206. Prevention of retroactive claims of American opportunity tax credit.

Sec. 207. Procedures to reduce improper claims.

Sec. 208. Restrictions on taxpayers who improperly claimed credits in prior year.

Sec. 209. Treatment of credits for purposes of certain penalties.

Sec. 210. Increase the penalty applicable to paid tax preparers who engage in willful or reckless conduct.

Sec. 211. Employer identification number required for American opportunity tax credit.

Sec. 212. Higher education information reporting only to include qualified tuition and related expenses actually paid.

TITLE III—MISCELLANEOUS PROVISIONS

Subtitle A—Family tax relief

Sec. 301. Exclusion for amounts received under the Work Colleges Program.

Sec. 302. Improvements to section 529 accounts.

Sec. 303. Elimination of residency requirement for qualified ABLE programs.

Sec. 304. Exclusion for wrongfully incarcerated individuals.

Sec. 305. Clarification of special rule for certain governmental plans.

Sec. 306. Rollovers permitted from other retirement plans into simple retirement accounts.

Sec. 307. Technical amendment relating to rollover of certain airline payment amounts.

Case 1:13-cv-00734-RBW Document 121-6 Filed 02/09/17 Page 12 of 20

CONSOLIDATED APPROPRIATIONS ACT, 2016, PL 114-113, December 18, 2015 ,...

Sec. 308. Treatment of early retirement distributions for nuclear materials couriers, United States Capitol Police, Supreme Court Police, and diplomatic security special agents.

Sec. 309. Prevention of extension of tax collection period for members of the Armed Forces who are hospitalized as a result of combat zone injuries.

Subtitle B—Real estate investment trusts

Sec. 311. Restriction on tax-free spinoffs involving REITs.

Sec. 312. Reduction in percentage limitation on assets of REIT which may be taxable REIT subsidiaries.

Sec. 313. Prohibited transaction safe harbors.

Sec. 314. Repeal of preferential dividend rule for publicly offered REITs.

Sec. 315. Authority for alternative remedies to address certain REIT distribution failures.

Sec. 316. Limitations on designation of dividends by REITs.

Sec. 317. Debt instruments of publicly offered REITs and mortgages treated as real estate assets.

Sec. 318. Asset and income test clarification regarding ancillary personal property.

Sec. 319. Hedging provisions.

Sec. 320. Modification of REIT earnings and profits calculation to avoid duplicate taxation.

Sec. 321. Treatment of certain services provided by taxable REIT subsidiaries.

Sec. 322. Exception from FIRPTA for certain stock of REITs.

Sec. 323. Exception for interests held by foreign retirement or pension funds.

Sec. 324. Increase in rate of withholding of tax on dispositions of United States real property interests.

Sec. 325. Interests in RICs and REITs not excluded from definition of United States real property interests.

Sec. 326. Dividends derived from RICs and REITs ineligible for deduction for United States source portion of dividends from certain foreign corporations.

Subtitle C—Additional provisions

Sec. 331. Deductibility of charitable contributions to agricultural research organizations.

Sec. 332. Removal of bond requirements and extending filing periods for certain taxpayers with limited excise tax liability.

Sec. 333. Modifications to alternative tax for certain small insurance companies.

Sec. 334. Treatment of timber gains.

Sec. 335. Modification of definition of hard cider.

Sec. 336. Church plan clarification.

Subtitle D—Revenue Provisions

Sec. 341. Updated ASHRAE standards for energy efficient commercial buildings deduction.

Sec. 342. Excise tax credit equivalency for liquified petroleum gas and liquified natural gas.

Sec. 343. Exclusion from gross income of certain clean coal power grants to non-corporate taxpayers.

Sec. 344. Clarification of valuation rule for early termination of certain charitable remainder unitrusts.

Sec. 345. Prevention of transfer of certain losses from tax indifferent parties.

Sec. 346. Treatment of certain persons as employers with respect to motion picture projects.

TITLE IV—TAX ADMINISTRATION

Subtitle A—Internal Revenue Service reforms

Sec. 401. Duty to ensure that Internal Revenue Service employees are familiar with and act in accord with certain taxpayer rights.

Sec. 402. IRS employees prohibited from using personal email accounts for official business.

Sec. 403. Release of information regarding the status of certain investigations.

Sec. 404. Administrative appeal relating to adverse determinations of tax-exempt status of certain organizations.

Sec. 405. Organizations required to notify Secretary of intent to operate under 501(c)(4).

Sec. 406. Declaratory judgments for 501(c)(4) and other exempt organizations.

Sec. 407. Termination of employment of Internal Revenue Service employees for taking official actions for political purposes.

Sec. 408. Gift tax not to apply to contributions to certain exempt organizations.

Sec. 409. Extend Internal Revenue Service authority to require truncated Social Security numbers on Form W–2.

Sec. 410. Clarification of enrolled agent credentials.

Sec. 411. Partnership audit rules.

Subtitle B—United States Tax Court

Part 1—Taxpayer access to United States Tax Court

Sec. 421. Filing period for interest abatement cases.

Sec. 422. Small tax case election for interest abatement cases.

Sec. 423. Venue for appeal of spousal relief and collection cases.

Sec. 424. Suspension of running of period for filing petition of spousal relief and collection cases.

Sec. 425. Application of Federal rules of evidence.

Part 2—United States Tax Court administration

Sec. 431. Judicial conduct and disability procedures.

Sec. 432. Administration, judicial conference, and fees.

Part 3—Clarification relating to United States Tax Court

Sec. 441. Clarification relating to United States Tax Court.

TITLE V—TRADE-RELATED PROVISIONS

Sec. 501. Modification of effective date of provisions relating to tariff classification of recreational performance outerwear.

Sec. 502. Agreement by Asia-Pacific Economic Cooperation members to reduce rates of duty on certain environmental goods.

TITLE VI—BUDGETARY EFFECTS

Sec. 601. Budgetary effects.

TITLE I—EXTENDERS

Subtitle A—Permanent extensions

PART 1—TAX RELIEF FOR FAMILIES AND INDIVIDUALS

**SEC. 101 ENHANCED CHILD TAX CREDIT MADE PERMANENT.**

(a) IN GENERAL.—Section 24(d)(1)(B)(i) is amended by striking "$10,000" and inserting "$3,000".

(b) CONFORMING AMENDMENT.—Section 24(d) is amended by striking paragraphs (3) and (4).

(c) EFFECTIVE DATE.—The amendments made by this section shall apply to taxable years beginning after the date of the enactment of this Act.

**SEC. 102 ENHANCED AMERICAN OPPORTUNITY TAX CREDIT MADE PERMANENT.**

CONSOLIDATED APPROPRIATIONS ACT, 2016, PL 114-113, December 18, 2015 ,...

Case 1:13-cv-00734-RBW   Document 121-6   Filed 02/09/17   Page 15 of 20

"(1) MOTION PICTURE PROJECT EMPLOYER.—The term 'motion picture project employer' means any person if—

"(A) such person (directly or through affiliates)—

"(i) is a party to a written contract covering the services of motion picture project workers with respect to motion picture projects in the course of a client's trade or business,

"(ii) is contractually obligated to pay remuneration to the motion picture project workers without regard to payment or reimbursement by any other person,

"(iii) controls the payment (within the meaning of section 3401(d)(1)) of remuneration to the motion picture project workers and pays such remuneration from its own account or accounts,

"(iv) is a signatory to one or more collective bargaining agreements with a labor organization (as defined in 29 U.S.C. 152(5)) that represents motion picture project workers, and

"(v) has treated substantially all motion picture project workers that such person pays as employees and not as independent contractors during such calendar year for purposes of determining employment taxes under this subtitle, and

"(B) at least 80 percent of all remuneration (to which section 3121 applies) paid by such person in such calendar year is paid to motion picture project workers.

"(2) MOTION PICTURE PROJECT WORKER.—The term 'motion picture project worker' means any individual who provides services on motion picture projects for clients who are not affiliated with the motion picture project employer.

"(3) MOTION PICTURE PROJECT.—The term 'motion picture project' means the production of any property described in section 168(f)(3). Such term does not include property with respect to which records are required to be maintained under section 2257 of title 18, United States Code.

"(4) AFFILIATE; AFFILIATED.—A person shall be treated as an affiliate of, or affiliated with, another person if such persons are treated as a single employer under subsection (b) or (c) of section 414.".

(b) CLERICAL AMENDMENT.—The table of sections for such chapter 25 is amended by adding at the end the following new item:

"Sec. 3512. Treatment of certain persons as employers with respect to motion picture projects.".

(c) EFFECTIVE DATE.—The amendments made by this section shall apply to remuneration paid after December 31, 2015.

(d) NO INFERENCE.—Nothing in the amendments made by this section shall be construed to create any inference on the law before the date of the enactment of this Act.

TITLE IV—TAX ADMINISTRATION

Subtitle A—Internal Revenue Service reforms

**SEC. 401 DUTY TO ENSURE THAT INTERNAL REVENUE SERVICE EMPLOYEES ARE FAMILIAR WITH AND ACT IN ACCORD WITH CERTAIN TAXPAYER RIGHTS.**

(a) IN GENERAL.—Section 7803(a) is amended by redesignating paragraph (3) as paragraph (4) and by inserting after paragraph (2) the following new paragraph:

"(3) EXECUTION OF DUTIES IN ACCORD WITH TAXPAYER RIGHTS.—In discharging his duties, the Commissioner shall ensure that employees of the Internal Revenue Service are familiar with and act in accord with taxpayer rights as afforded by other provisions of this title, including—

"(A) the right to be informed,

"(B) the right to quality service,

"(C) the right to pay no more than the correct amount of tax,

"(D) the right to challenge the position of the Internal Revenue Service and be heard,

"(E) the right to appeal a decision of the Internal Revenue Service in an independent forum,

"(F) the right to finality,

"(G) the right to privacy,

"(H) the right to confidentiality,

"(I) the right to retain representation, and

"(J) the right to a fair and just tax system.".

(b) EFFECTIVE DATE.—The amendments made by this section shall take effect on the date of the enactment of this Act.

## SEC. 402 IRS EMPLOYEES PROHIBITED FROM USING PERSONAL EMAIL ACCOUNTS FOR OFFICIAL BUSINESS.

No officer or employee of the Internal Revenue Service may use a personal email account to conduct any official business of the Government.

## SEC. 403 RELEASE OF INFORMATION REGARDING THE STATUS OF CERTAIN INVESTIGATIONS.

(a) IN GENERAL.—Section 6103(e) is amended by adding at the end the following new paragraph:

"(11) DISCLOSURE OF INFORMATION REGARDING STATUS OF INVESTIGATION OF VIOLATION OF THIS SECTION.—In the case of a person who provides to the Secretary information indicating a violation of section 7213, 7213A, or 7214 with respect to any return or return information of such person, the Secretary may disclose to such person (or such person's designee)—

"(A) whether an investigation based on the person's provision of such information has been initiated and whether it is open or closed,

"(B) whether any such investigation substantiated such a violation by any individual, and

"(C) whether any action has been taken with respect to such individual (including whether a referral has been made for prosecution of such individual).".

(b) EFFECTIVE DATE.—The amendment made by this section shall apply to disclosures made on or after the date of the enactment of this Act.

**SEC. 404 ADMINISTRATIVE APPEAL RELATING TO ADVERSE DETERMINATIONS OF TAX-EXEMPT STATUS OF CERTAIN ORGANIZATIONS.**

(a) IN GENERAL.—Section 7123 is amended by adding at the end of the following:

"(c) ADMINISTRATIVE APPEAL RELATING TO ADVERSE DETERMINATION OF TAX-EXEMPT STATUS OF CERTAIN ORGANIZATIONS.—

"(1) IN GENERAL.—The Secretary shall prescribe procedures under which an organization which claims to be described in section 501(c) may request an administrative appeal (including a conference relating to such appeal if requested by the organization) to the Internal Revenue Service Office of Appeals of an adverse determination described in paragraph (2).

"(2) ADVERSE DETERMINATIONS.—For purposes of paragraph (1), an adverse determination is described in this paragraph if such determination is adverse to an organization with respect to—

"(A) the initial qualification or continuing qualification of the organization as exempt from tax under section 501(a) or as an organization described in section 170(c)(2),

"(B) the initial classification or continuing classification of the organization as a private foundation under section 509(a), or

"(C) the initial classification or continuing classification of the organization as a private operating foundation under section 4942(j)(3).".

(b) EFFECTIVE DATE.—The amendment made by subsection (a) shall apply to determinations made on or after May 19, 2014.

**SEC. 405 ORGANIZATIONS REQUIRED TO NOTIFY SECRETARY OF INTENT TO OPERATE UNDER 501(C)(4).**

(a) IN GENERAL.—Part I of subchapter F of chapter 1 is amended by adding at the end the following new section:

**"SEC. 506 ORGANIZATIONS REQUIRED TO NOTIFY SECRETARY OF INTENT TO OPERATE UNDER 501(C)(4).**
"(a) IN GENERAL.—An organization described in section 501(c)(4) shall, not later than 60 days after the organization is established, notify the Secretary (in such manner as the Secretary shall by regulation prescribe) that it is operating as such.

"(b) CONTENTS OF NOTICE.—The notice required under subsection (a) shall include the following information:

"(1) The name, address, and taxpayer identification number of the organization.

"(2) The date on which, and the State under the laws of which, the organization was organized.

"(3) A statement of the purpose of the organization.

"(c) ACKNOWLEDGMENT OF RECEIPT.—Not later than 60 days after receipt of such a notice, the Secretary shall send to the organization an acknowledgment of such receipt.

"(d) EXTENSION FOR REASONABLE CAUSE.—The Secretary may, for reasonable cause, extend the 60-day period described in subsection (a).

"(e) USER FEE.—The Secretary shall impose a reasonable user fee for submission of the notice under subsection (a).

"(f) REQUEST FOR DETERMINATION.—Upon request by an organization to be treated as an organization described in section 501(c)(4), the Secretary may issue a determination with respect to such treatment. Such request shall be treated for purposes of section 6104 as an application for exemption from taxation under section 501(a).

(b) SUPPORTING INFORMATION WITH FIRST RETURN.—Section 6033(f) is amended—

(1) by striking the period at the end and inserting ", and",

(2) by striking "include on the return required under subsection (a) the information" and inserting the following: include on the return required under subsection (a)—

"(1) the information", and

(3) by adding at the end the following new paragraph:

"(2) in the case of the first such return filed by such an organization after submitting a notice to the Secretary under section 506(a), such information as the Secretary shall by regulation require in support of the organization's treatment as an organization described in section 501(c)(4).".

(c) FAILURE TO FILE INITIAL NOTIFICATION.—Section 6652(c) is amended by redesignating paragraphs (4), (5), and (6) as paragraphs (5), (6), and (7), respectively, and by inserting after paragraph (3) the following new paragraph:

"(4) NOTICES UNDER SECTION 506.—

"(A) PENALTY ON ORGANIZATION.—In the case of a failure to submit a notice required under section 506(a) (relating to organizations required to notify Secretary of intent to operate as 501(c)(4)) on the date and in the manner prescribed therefor, there shall be paid by the organization failing to so submit $20 for each day during which such failure continues, but the total amount imposed under this subparagraph on any organization for failure to submit any one notice shall not exceed $5,000.

"(B) MANAGERS.—The Secretary may make written demand on an organization subject to penalty under subparagraph (A) specifying in such demand a reasonable future date by which the notice shall be submitted for purposes of this subparagraph. If such notice is not submitted on or before such date, there shall be paid by the person failing to so submit $20 for each day after the expiration of the time specified in the written demand during which such failure continues, but the total amount imposed under this subparagraph on all persons for failure to submit any one notice shall not exceed $5,000.".

(d) CLERICAL AMENDMENT.—The table of sections for part I of subchapter F of chapter 1 is amended by adding at the end the following new item:

Sec. 506. Organizations required to notify Secretary of intent to operate under 501(c)(4).".

(e) LIMITATION.—Notwithstanding any other provision of law, any fees collected pursuant to section 506(e) of the Internal Revenue Code of 1986, as added by subsection (a), shall not be expended by the Secretary of the Treasury or the Secretary's delegate unless provided by an appropriations Act.

(f) EFFECTIVE DATE.—

(1) IN GENERAL.—The amendments made by this section shall apply to organizations which are described in section 501(c)(4) of the Internal Revenue Code of 1986 and organized after the date of the enactment of this Act.

(2) CERTAIN EXISTING ORGANIZATIONS.—In the case of any other organization described in section 501(c)(4) of such Code, the amendments made by this section shall apply to such organization only if, on or before the date of the enactment of this Act—

(A) such organization has not applied for a written determination of recognition as an organization described in section 501(c)(4) of such Code, and

(B) such organization has not filed at least one annual return or notice required under subsection (a)(1) or (i) (as the case may be) of section 6033 of such Code.

In the case of any organization to which the amendments made by this section apply by reason of the preceding sentence, such organization shall submit the notice required by section 506(a) of such Code, as added by this Act, not later than 180 days after the date of the enactment of this Act.

**SEC. 406 DECLARATORY JUDGMENTS FOR 501(C)(4) AND OTHER EXEMPT ORGANIZATIONS.**

(a) IN GENERAL.—Section 7428(a)(1) is amended by striking "or" at the end of subparagraph (C) and by inserting after subparagraph (D) the following new subparagraph:

"(E) with respect to the initial qualification or continuing qualification of an organization as an organization described in section 501(c) (other than paragraph (3)) or 501(d) and exempt from tax under section 501(a), or".

(b) EFFECTIVE DATE.—The amendments made by this section shall apply to pleadings filed after the date of the enactment of this Act.

**SEC. 407 TERMINATION OF EMPLOYMENT OF INTERNAL REVENUE SERVICE EMPLOYEES FOR TAKING OFFICIAL ACTIONS FOR POLITICAL PURPOSES.**

(a) IN GENERAL.—Paragraph (10) of section 1203(b) of the Internal Revenue Service Restructuring and Reform Act of 1998 is amended to read as follows:

Case 1:13-cv-00734-RBW   Document 121-6   Filed 02/09/17   Page 20 of 20

CONSOLIDATED APPROPRIATIONS ACT, 2016, PL 114-113, December 18, 2015 ,...

"(10) performing, delaying, or failing to perform (or threatening to perform, delay, or fail to perform) any official action (including any audit) with respect to a taxpayer for purpose of extracting personal gain or benefit or for a political purpose.".

(b) EFFECTIVE DATE.—The amendment made by this section shall take effect on the date of the enactment of this Act.

**SEC. 408 GIFT TAX NOT TO APPLY TO CONTRIBUTIONS TO CERTAIN EXEMPT ORGANIZATIONS.**

(a) IN GENERAL.—Section 2501(a) is amended by adding at the end the following new paragraph:

"(6) TRANSFERS TO CERTAIN EXEMPT ORGANIZATIONS.—Paragraph (1) shall not apply to the transfer of money or other property to an organization described in paragraph (4), (5), or (6) of section 501(c) and exempt from tax under section 501(a), for the use of such organization.".

(b) EFFECTIVE DATE.—The amendment made by subsection (a) shall apply to gifts made after the date of the enactment of this Act.

(c) NO INFERENCE.—Nothing in the amendment made by subsection (a) shall be construed to create any inference with respect to whether any transfer of property (whether made before, on, or after the date of the enactment of this Act) to an organization described in paragraph (4), (5), or (6) of section 501(c) of the Internal Revenue Code of 1986 is a transfer of property by gift for purposes of chapter 12 of such Code.

**SEC. 409 EXTEND INTERNAL REVENUE SERVICE AUTHORITY TO REQUIRE TRUNCATED SOCIAL SECURITY NUMBERS ON FORM W–2.**

(a) WAGES.—Section 6051(a)(2) is amended by striking "his social security account number" and inserting "an identifying number for the employee".

(b) EFFECTIVE DATE.—The amendment made by this section shall take effect on the date of the enactment of this Act.

**SEC. 410 CLARIFICATION OF ENROLLED AGENT CREDENTIALS.**
Section 330 of title 31, United States Code, is amended—

(1) by redesignating subsections (b), (c), and (d) as subsections (c), (d), and (e), respectively, and

(2) by inserting after subsection (a) the following new subsection:

"(b) Any enrolled agents properly licensed to practice as required under rules promulgated under subsection (a) shall be allowed to use the credentials or designation of 'enrolled agent', 'EA', or 'E.A.'.".

**SEC. 411 PARTNERSHIP AUDIT RULES.**

(a) CORRECTION AND CLARIFICATION TO MODIFICATIONS TO IMPUTED UNDERPAYMENTS.—