IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRUE THE VOTE, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:13-cv-00734-RBW |

**ORDER DENYING PLAINTIFF'S MOTION FOR DISCOVERY
UNDER FEDERAL RULE OF CIVIL PROCEDURE 56(d)**

In consideration of the Plaintiff's Motion for Discovery Under Federal Rule of Civil Procedure 56(d), it is ORDERED that the motion is DENIED.

**SO ORDERED** this _____ day of _____, _____.

_____
REGGIE B. WALTON
United States District Judge