AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| True the Vote, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:13-cv-00734-RBW |
| Internal Revenue Service, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

True the Vote, Inc.

Date: 02/22/2017

/s/ James Bopp, Jr.
*Attorney's signature*

James Bopp, Jr., Bar ID: CO0041
*Printed name and bar number*

The Bopp Law Firm, P.C.
The National Building
1 South 6th Street
Terre Haute, IN 47807
*Address*

jboppjr@aol.com
*E-mail address*

(812) 232-2434
*Telephone number*

(812) 235-3685
*FAX number*