**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **TRUE THE VOTE, INC.,** | |
| *Plaintiff*, | |
| *v.* | Civ. No. 13-cv-00734-RBW |
| **INTERNAL REVENUE SERVICE**, *et al*., | |
| *Defendants*. | |

## NOTICE OF WITHDRAWAL OF ATTORNEY MATHEW D. GUTIERREZ

Where no trial date has been set, Local Civil Rule 83.6(b) permits an attorney to withdraw his appearance by filing a notice of withdrawal signed by the withdrawing attorney and the party represented, if another attorney has previously appeared for that party. In this matter, no trial date has been set and another attorney has appeared for and represents the plaintiff, True the Vote, Inc. The undersigned hereby withdraws his representation of True the Vote, Inc.

Respectfully submitted,

 /s/ Mathew D. Gutierrez
Mathew D. Gutierrez (Fla. 0094014)*
FOLEY & LARDNER LLP
One Biscayne Tower
2 South Biscayne Boulevard
Suite 1900
Miami, FL 33131
(305) 482-8404 (telephone)
(305) 482-8600 (fax)
mgutierrez@foley.com
*Pro Hac Vice Motion granted*

## CLIENT CONSENT

I hereby consent to the withdrawal of Mr. Mathew D. Gutierrez.

TRUE THE VOTE, INC.

By: _____
Catherine Engelbrecht, President

1

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2017, I caused the foregoing *Notice of Withdrawal of Attorney Mathew D. Gutierrez* to be filed with the United States District Court for the District of Columbia via the Court's CM/ECF system.

Dated: February 23, 2017

   /s/ Mathew D. Gutierrez
Mathew D. Gutierrez
mgutierrez@foley.com