UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **True the Vote, Inc.**;<br>   *Plaintiff,*<br>v.<br>**Internal Revenue Service, et al.**;<br>   *Defendants.* | **Civil Case No.** 1:13-cv-000734-RBW |

## Plaintiff's Motion to Continue Hearing

Plaintiff respectfully requests that the hearing set for March 2, 2017 at 2:30 PM be continued for a reasonable time to allow Plaintiff's counsel to adequately prepare for the argument on pending motions.

On February 21, 2017, Plaintiff True the Vote, Inc. discharged their prior counsel. On February 22nd, Plaintiff True the Vote, Inc. retained The Bopp Law Firm PC to represent them in this matter and, on the same date, James Bopp, Jr., of The Bopp Law Firm PC filed his appearance in this case. All of Plaintiff's prior counsel have since withdrawn or are in the process of withdrawing. A hearing is currently scheduled for March 2, 2017, at 2:30 pm. Due to the fact that substantial preparation is necessary for the hearing, Plaintiff respectfully requests that this Court continue the hearing to allow new counsel the time necessary to become adequately prepared.

Plaintiff 's counsel has conferred with counsel for Plaintiffs in the Linchpins of Liberty case concerning this motion, and they consent.

First thing on February 24th, Plaintiff notified by email the Department of Justice counsel, Joe Sergi, of this motion and asked for their position by noon Eastern. Plaintiff's counsel has not

received a response.

Accordingly, Plaintiff asks the Court to reschedule the hearing set for March 2, 2017.

Dated: February 24, 2017                              Respectfully submitted,

/s/ James Bopp, Jr.
James Bopp, Jr. (Bar ID: CO0041)
THE BOPP LAW FIRM, P.C.
The National Building
1 South 6th Street
Terre Haute, Indiana 47807
(812) 232-2434
(812) 235-3685 (fax)
*Attorney for Plaintiff*

## Certificate of Service

I hereby certify that a true and complete copy of the foregoing has been served upon the following on this 24th day of February, 2017 via the Court's CM/ECF system.

Brigida Benitez- bbenitez@steptoe.com

Christopher Randy Egan- christopher.r.egan@usdoj.gov

Cleta Deatherage Mitchell- cmitchell@foley.com

Eric Richard Nitz- enitz@mololamken.com

Erica Lynne Gerson- egerson@steptoe.com

Gerald Alan Role- gerald.a.role@usdoj.gov

Grover Hartt , III-  grover.hartt@usdoj.gov

Jeffrey A. Lamken- jlamken@mololamken.com

John C. Eastman- jeastman@chapman.edu

Joseph A. Sergi- joseph.a.sergi@usdoj.gov

Justin V. Shur
jshur@mololamken.com

Kaylan L. Phillips- kphillips@publicinterestlegal.org

Mathew D. Gutierrez- mgutierrez@foley.com

Michael J. Lockerby- mlockerby@foley.com

Noel H. Johnson- njohnson@actrightlegal.org

   /s/ James Bopp, Jr.
   James Bopp, Jr.