UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **True the Vote, Inc.**;<br><br>   *Plaintiff,*<br><br> v.<br><br>**Internal Revenue Service, et al.**;<br><br>   *Defendant*s. | **Civil Case No.** <u>1:13-cv-000734-RBW</u> |

### Order Granting Plaintiff's Motion to Continue Hearing

 This cause having come before the Court on Plaintiff's Motion to Continue Hearing, and the Court being duly advised, now GRANTS Plaintiff's motion. It is accordingly ORDERED that the March 2, 2017 hearing is rescheduled to the \_\_\_\_ day of _____, 2017 at _____ AM/PM.

 **SO ORDERED** this \_\_\_\_ day of _____ 2017.

                _____
                REGGIE B. WALTON
                United States District Judge