IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRUE THE VOTE, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:13-cv-00734-RBW |
| ) | |
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**UNITED STATES' RESPONSE TO PLAINTIFF'S MOTION TO CONTINUE HEARING**

This afternoon, Plaintiff True the Vote's new counsel moved to continue the hearing currently set for March 2, 2017, at 2:30 p.m. to give him time to become adequately prepared.[1] Although Mr. Bopp advised that he e-mailed Joseph Sergi, counsel for the federal defendants, this morning to obtain his view on the requested relief, Mr. Sergi has no record of receiving any such e-mail or any other notice from Plaintiff of the upcoming motion. Although Mr. Sergi's e-mail address is listed correctly on the certificate of service attached to Plaintiff's motion, it appears that Mr. Bopp may have sent his e-mail to an incorrect address.

It is unclear whether the Court intends to hear oral argument on the pending motions for summary judgment and for discovery on March 2, or if the date is set as a status conference. The

---

[1] Although the motion is only filed in this case, the federal defendants believe that any continuance should apply equally to *Linchpins of Liberty v. United States*, No. 1:13-cv-00777, which is set to be heard at the same time as *True the Vote*, given the relationship between the two cases. It appears that is what Plaintiff intends as Mr. Bopp consulted counsel for the plaintiffs in *Linchpins of Liberty*.

federal defendants do not oppose a short continuance if the Court intends to hear argument. But the federal defendants do not see a need for continuance if the court date is merely a status conference.

DATED: February 24, 2017                    Respectfully submitted,

                                            DAVID A. HUBBERT
                                            Acting Assistant Attorney General
                                            Tax Division

                                            s/ Joseph A. Sergi
                                            JOSEPH A. SERGI (DC 480837)
                                            Senior Litigation Counsel
                                            U.S. Department of Justice, Tax Division
                                            555 4th Street, N.W., JCB 7207
                                            Washington, D.C. 20001
                                            (202) 305-0868; (202) 307-2504 (FAX)
                                            Joseph.A.Sergi@usdoj.gov

                                            LAURA C. BECKERMAN (CA 278490)
                                            LAURA M. CONNER (VA 40388)
                                            JOSEPH R. GANAHL (MD)
                                            JEREMY N. HENDON (OR 982490)
                                            GERALD A. ROLE (DC 415274)
                                            Trial Attorneys
                                            U.S. Department of Justice, Tax Division
                                            555 4th Street, N.W.
                                            Washington, D.C. 20001
                                            (202) 514-2000

Of Counsel:
CHANNING D. PHILLIPS
United States Attorney

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRUE THE VOTE, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:13-cv-00734-RBW |
| ) | |
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2017, the United States' Response to Plaintiff's Motion to Continue Hearing was filed with the United States District Court for the District of Columbia via the Court's CM/ECF system.

s/ *Joseph A. Sergi*
JOSEPH A. SERGI

3