UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRUE THE VOTE, INC.,**<br>*Plaintiff,*<br><br>v.<br><br>**INTERNAL REVENUE SERVICE**, *et al.*,<br>*Defendants.* | Civ. No. 13-cv-00734-RBW |

### NOTICE OF WITHDRAWAL OF ATTORNEY WILLIAM E. DAVIS

Where no trial date has been set, Local Civil Rule 83.6(b) permits an attorney to withdraw his appearance by filing a notice of withdrawal signed by the withdrawing attorney and the party represented, if another attorney has previously appeared for that party. In this matter, no trial date has been set and another attorney has appeared for and represents the plaintiff, True the Vote, Inc. The undersigned hereby withdraws his representation of True the Vote, Inc.

Respectfully submitted,

/s/ William E. Davis
William E. Davis (D.C. Bar No. 280057)
FOLEY & LARDNER LLP
One Biscayne Tower
2 South Biscayne Boulevard
Suite 1900
Miami, FL 33131
(305) 482-8404 (telephone)
(305) 482-8600 (fax)
wdavis@foley.com

### CLIENT CONSENT

I hereby consent to the withdrawal of Mr. William E. Davis.

TRUE THE VOTE, INC.

By: _____
Catherine Engelbrecht, President

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 24, 2017, I caused the foregoing *Notice of Withdrawal of Attorney William E. Davis* to be filed with the United States District Court for the District of Columbia via the Court's CM/ECF system.

Dated: February 24, 2017

       /s/ William E. Davis
    William E. Davis
    wdavis@foley.com