UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **True the Vote, Inc.**;<br>　　　　　　　　　　　　*Plaintiff*,<br>　v.<br>**Internal Revenue Service, et al.**;<br>　　　　　　　　　　　　*Defendant*s. | **Civil Case No.** 1:13-cv-000734-RBW |

## Plaintiff's Reply to Motion to Continue Hearing

On February 24, 2017 Plaintiff filed a Motion to Continue the hearing set for March 2, 2017 at 2:30 PM.

Plaintiff's counsel was informed by prior counsel that their understanding was that the March 2, 2017 hearing was an oral argument on all pending motions. If this understanding is correct, Plaintiff believes that substantial preparation is necessary for the hearing and that a continuance would allow Plaintiff's counsel time to become adequately prepared. However, if the hearing is simply a status conference and not an oral argument on all pending motions, Plaintiff does not see a reason to continue the hearing.

Plaintiff advised this Court that first thing on February 24, 2017 that Plaintiff had notified by email the Department of Justice counsel, Joe Sergi, of the Motion and asked for their position by noon Eastern. Plaintiff further advised this Court that at the time of filing, Plaintiff had not received a response.

Plaintiff first learned that Defendant's counsel had not received the email when reviewing Defendant's Response. Upon further review, Plaintiff found a typographical error in opposing counsel's email address. Plaintiff has since sought to rectify the issue by forwarding the original

**Motion to Continue Reply**　　　　　　　　　-1-

email to opposing counsel and explaining the error. Plaintiff's counsel apologizes to this Court and opposing counsel for any inconvenience.

Accordingly, Plaintiff asks the Court to reschedule the hearing set for March 2, 2017 if the hearing is an oral argument on all pending motions. If the hearing is a status conference, Plaintiff is not asking that the hearing be continued.

Dated: February 26, 2017                                         Respectfully submitted,

/s/ James Bopp, Jr.
James Bopp, Jr. (Bar ID: CO0041)
THE BOPP LAW FIRM, P.C.
The National Building
1 South 6th Street
Terre Haute, Indiana 47807
(812) 232-2434
(812) 235-3685 (fax)
*Attorney for Plaintiff*

**Motion to Continue Reply**                    -2-

## Certificate of Service

I hereby certify that a true and complete copy of the foregoing has been served upon the following on this 26th day of February, 2017 via the Court's CM/ECF system.

Brigida Benitez- bbenitez@steptoe.com

Christopher Randy Egan- christopher.r.egan@usdoj.gov

Eric Richard Nitz- enitz@mololamken.com

Erica Lynne Gerson- egerson@steptoe.com

Gerald Alan Role- gerald.a.role@usdoj.gov

Grover Hartt , III-  grover.hartt@usdoj.gov

Jeffrey A. Lamken- jlamken@mololamken.com

John C. Eastman- jeastman@chapman.edu

Joseph A. Sergi- joseph.a.sergi@usdoj.gov

Justin V. Shur
jshur@mololamken.com

Michael J. Lockerby- mlockerby@foley.com

/s/ James Bopp, Jr.
James Bopp, Jr.