UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRUE THE VOTE, INC.**, <br> *Plaintiff*, <br> v. <br> **INTERNAL REVENUE SERVICE**, *et al.*, <br> *Defendants*. | Civ. No. 13-cv-00734-RBW |

### NOTICE OF WITHDRAWAL OF ATTORNEY MICHAEL J. LOCKERBY

Where no trial date has been set, Local Civil Rule 83.6(b) permits an attorney to withdraw his appearance by filing a notice of withdrawal signed by the withdrawing attorney and the party represented, if another attorney has previously appeared for that party. In this matter, no trial date has been set and another attorney has appeared for and represents the plaintiff, True the Vote, Inc. The undersigned hereby withdraws his representation of True the Vote, Inc.

Respectfully submitted,

/s/ Michael J. Lockerby
Michael J. Lockerby (D.C. 502987)
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street NW Suite #600
Washington, DC 20007
(202) 672-5300 (telephone)
(202) 672-5399 (fax)
mlockerby@foley.com

### CLIENT CONSENT

I hereby consent to the withdrawal of Mr. Michael J. Lockerby.

TRUE THE VOTE, INC.

By: _____
Catherine Engelbrecht, President

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2017, I caused the foregoing *Notice of Withdrawal of Attorney Michael J. Lockerby* to be filed with the United States District Court for the District of Columbia via the Court's CM/ECF system.

Dated: February 23, 2017

                                                           /s/ Michael J. Lockerby
                                                           Michael J. Lockerby
                                                           mlockerby@foley.com