UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **True the Vote, Inc.**;<br><br>                                      *Plaintiff*,<br>    *v.*<br><br>**Internal Revenue Service, et al.**;<br>                                     *Defendant*s. | **Civil Case No.** 1:13-cv-000734-RBW |

## Motion For Courtney Turner Milbank to Appear *Pro Hac Vice*

    James Bopp, Jr., a member of the bar in good standing of the United States District Court for the District of Columbia, moves for the admission of Courtney Turner Milbank *pro hac vice* in this action. LCvR 83.2(d). A declaration and a proposed order are attached. Counsels for Defendants advised Plaintiff on February 25, 2017 and February 27, 2017, that Defendants do not oppose this motion. LCvR 7(m).

| | |
|---|---|
| February 27, 2017 | Respectfully submitted,<br><br>/s/ James Bopp, Jr.<br>James Bopp, Jr. (Bar ID: CO0041)<br>THE BOPP LAW FIRM, P.C.<br>The National Building<br>1 South 6th Street<br>Terre Haute, Indiana 47807<br>(812) 232-2434<br>(812) 235-3685 (fax)<br>*Attorney for Plaintiff* |

*Pro Hac Vice* **Motion**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **True the Vote, Inc.**;  *Plaintiff,*<br><br>v.<br><br>**Internal Revenue Service, et al.**;  *Defendant*s. | **Civil Case No.** 1:13-cv-000734-RBW |

**Local Rule 83.2(d) Declaration**

I, Courtney Turner Milbank, declare as follow:

1. My office is at 1 South Sixth Street; Terre Haute, Indiana 47807, and the office telephone number is (812) 232-2434.

2. I am a member of the bars of the:

   Indiana Supreme Court
   United States Court of Appeals for the 6th Circuit
   United States Court of Appeals for the 9th Circuit
   United States District Court for the Northern District of Indiana
   United States District Court for the Southern District of Indiana.

3. I certify that I have never been disciplined by any bar.

4. I have never been admitted *pro hac vice* to this Court.

5. I do not practice law from an office in the District of Columbia.

I declare under penalty of perjury that the foregoing is true.

**Declaration of Courtney Turner Milbank**

February 27, 2017                    Respectfully submitted,

*Courtney Turner Milbank* (signature)

Courtney Turner Milbank
THE BOPP LAW FIRM, P.C.
The National Building
1 South 6th Street
Terre Haute, Indiana 47807
(812) 232-2434
(812) 235-3685 (fax)

**Declaration of Courtney Turner Milbank**

## Certificate of Service

I hereby certify that a true and complete copy of the foregoing has been served upon the following on this 27th day of February, 2017 via the Court's CM/ECF system.

Brigida Benitez- bbenitez@steptoe.com

Christopher Randy Egan- christopher.r.egan@usdoj.gov

Eric Richard Nitz- enitz@mololamken.com

Erica Lynne Gerson- egerson@steptoe.com

Gerald Alan Role- gerald.a.role@usdoj.gov

Grover Hartt , III-  grover.hartt@usdoj.gov

Jeffrey A. Lamken- jlamken@mololamken.com

John C. Eastman- jeastman@chapman.edu

Joseph A. Sergi- joseph.a.sergi@usdoj.gov

Justin V. Shur
jshur@mololamken.com

Michael J. Lockerby- mlockerby@foley.com

/s/ James Bopp, Jr.
James Bopp, Jr.