UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **True the Vote, Inc.**;<br>           *Plaintiff*,<br>  *v.*<br>**Internal Revenue Service, et al.**;<br>           *Defendant*s. | **Civil Case No.** 1:13-cv-000734-RBW |

## Order

This action is before the Court on the motion of James Bopp, Jr., to admit Courtney Turner Milbank *pro hac vice*. Based on the motion and accompanying declaration, the Court **GRANTS** the motion.

**SO ORDERED** this _____ day of _____ 2017.

                     _____
                     Hon. Reggie B. Walton
                     United States District Judge