AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| TRUE THE VOTE, INC. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:13-cv-00734-RBW |
| INTERNAL REVENUE SERVICE, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Steven Grodnitzky, Lois Lerner, Steven T. Miller, Holly Paz, Michael C. Seto, Douglas H. Shulman, Cindy M. Thomas, William Wilkins, & David Fish.

Date: 02/28/2017

/s/ Catherine Cockerham
*Attorney's signature*

Catherine Cockerham (No. 978751)
*Printed name and bar number*

Steptoe & Johnson LLP
1330 Connecticut Ave NW
Washington DC 20036
*Address*

ccockerham@steptoe.com
*E-mail address*

(202) 429-6438
*Telephone number*

(202) 429-3902
*FAX number*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of February, 2017, a copy of the foregoing Appearance of Counsel of Catherine Cockerham was electronically filed via the Court's CM/ECF system and electronically served upon registered parties via the Court's electronic notification system.

/s/ Catherine Cockerham
Catherine Cockerham
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, DC  20036
Tel:     (202) 429-6438
Fax:     (202) 429-3902
Email:  ccockerham@steptoe.com