IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRUE THE VOTE, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:13-cv-00734-RBW |

**NOTICE OF ENTRY OF APPEARANCE OF LAURA M. CONNER**

Please enter the appearance of Laura M. Conner as additional counsel on behalf of the United States of America, which is a defendant in this civil action.

DATED: April 5, 2017

Respectfully submitted,

DAVID A. HUBBERT
Acting Assistant Attorney General
Tax Division

s/ Joseph A. Sergi
JOSEPH A. SERGI (DC 480837)
Senior Litigation Counsel
U.S. Department of Justice, Tax Division
555 4th Street, N.W., JCB 7207
Washington, D.C. 20001
(202) 305-0868; (202) 307-2504 (FAX)
Joseph.A.Sergi@usdoj.gov

LAURA C. BECKERMAN (CA 278490)
LAURA M. CONNER (VA 40388)
JOSEPH R. GANAHL (MD)
JEREMY N. HENDON (OR 982490)
GERALD A. ROLE (DC 415274)
Trial Attorneys
U.S. Department of Justice, Tax Division
555 4th Street, N.W.
Washington, D.C. 20001
(202) 514-2000

Of Counsel:
CHANNING D. PHILLIPS
United States Attorney

                                        ATTORNEYS FOR THE UNITED STATES

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRUE THE VOTE, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:13-cv-00734-RBW |

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2017, I caused the Notice of Entry of Appearance of Laura M. Conner in the above-captioned matter to be filed with the United States District Court for the District of Columbia via the Court's CM/ECF system.

/s/ Joseph A. Sergi
Joseph A. Sergi
