1              IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF COLUMBIA

3    TRUE THE VOTE INC.                 .
                      Plaintiff,        .
4    vs.                                .   Docket No. CA 13-734
                                        .
5    THE INTERNAL REVENUE SERVICE       .
                                        .
6                     Defendant.        .
     . . . . . . . . . . . . . . . .x
7    LINCHPINS OF LIBERTY               .
                      Plaintiff,        .
8    vs.                                .   Docket No. CA 13-777
                                        .
9    THE INTERNAL REVENUE SERVICE       .   Washington, D.C.
                                        .   April 6, 2017
10                    Defendant.        .
     . . . . . . . . . . . . . . . .x   1:35 p.m.
11

12                TRANSCRIPT OF MOTIONS HEARING

13       BEFORE THE HONORABLE SENIOR JUDGE REGGIE B. WALTON

14                  UNITED STATES DISTRICT JUDGE

15   APPEARANCES:

16   For the Plaintiffs:

17   True the Vote:       James Bopp, Jr., Esquire
                          THE BOPP LAW FIRM, PC
18                        1 South 6th Street
                          Terre Haute, IN  47807
19
     Linchpins of Liberty: Carly F. Gammill, Attorney-at-Law
20                         AMERICAN CENTER FOR LAW & JUSTICE
                           1595 Mallory Lane
21                         Brentwood, TN 37027

22                         Julian A. Fortuna, Esquire
                           TAYLOR, ENGLISH, DUMA, LLP
23                         1600 Parkwood Circle, Suite 400
                           Atlanta, GA 30339
24

25

```
 1   For the Defendant:    Joseph A. Sergi, Attorney
                           Laura C. Beckerman, Attorney
 2                         Laura Conner, Attorney
                           U.S. DEPARTMENT OF JUSTICE
 3                         Tax Division
                           P.O. Box 55
 4                         Ben Franklin Station
                           Washington, DC 20044
 5

 6

 7   Court Reporter:    Cathryn J. Jones, RPR
                        Official Court Reporter
 8                      Room 6521, U.S. District Court
                        333 Constitution Avenue, N.W.
 9                      Washington, D.C. 20001

10

11

12

13   Proceedings recorded by machine shorthand, transcript
     produced by computer-aided transcription.
14

15

16

17

18

19

20

21

22

23

24

25
```

**P R O C E E D I N G S**

1

THE DEPUTY CLERK:  Your Honor, this afternoon this

is In Re: True the Vote versus the Internal Revenue Service,

also Linchpins of Liberty versus the United States Internal

Revenue Service.  This is Civil Action Numbers 13-734 and

13-777.  Ask the parties to step forward and identify

yourselves for the record, please.

MS. GAMMILL:  Good afternoon, your Honor.  Carly

Gammill and Julian Fortuna on behalf of the Linchpins of

Liberty plaintiffs.

THE COURT:  Good afternoon.

MR. BOPP:  Afternoon, your Honor, Jim Bopp on

behalf of True the Vote.

THE COURT:  Good afternoon.

MR. SERGI:  Good afternoon, your Honor, Joe Sergi

from the Department of Justice.  I have with me Laura Conner

and Laura Beckerman on behalf of the United States.

THE COURT:  Good afternoon.  Thank you for

changing your schedules.  I have --

MR. SERGI:  I would also point out, your Honor,

that we have Bevins counsel as well.

THE COURT:  I was saying, I thank you for changing

your schedules.  I developed a toothache, so I need to go

see my dentist that's why I asked that you come in early.

I have reviewed your submissions and have at least

 1   tentatively reached the conclusion that on the question of

 2   discovery that some discovery should be provided.  I know

 3   the government opposes that, and I don't know conceivably

 4   what can be discovered as a result of discovery, but I am

 5   convinced by the position of both plaintiffs that they

 6   should not have to absolutely rely upon the representations

 7   of the government without having had the opportunity to

 8   conduct some discovery to assess to what extent there is

 9   conceivably harm that could occur to their clients in the

10   future.  But I'll hear from the government as to why some

11   limited amount of discovery would not be appropriate, and

12   then we'll address if I'm not convinced by that, what the

13   scope of that discovery should be.

14        MS. BECKERMAN:  Good afternoon, your Honor.  First

15   addressing your question as to whether discovery is

16   appropriate at all, the thing we start with is the decision

17   from the DC Circuit where one of its primary concerns was

18   the fact that at the time that the appeal on the dismissal

19   was pending before it a few of the Linchpins' plaintiffs'

20   applications for tax-exempt status remained pending at that

21   time, and that is no longer the case.  So --

22        THE COURT:  But that wasn't the sole focus of

23   their opinion, though?

24        MS. BECKERMAN:  No, your Honor, it was not the

25   sole focus, but it does qualify as an independent grounds

1    for a finding that there is no longer a present case or

2    controversy that is presently fit for this Court to decide.

3          The fact that all applications now have been acted

4    on is something that is different from what, from the

5    situation that the DC Circuit faced.  In fact, the term that

6    the DC Circuit used at that time was the fact that because a

7    few cases still were pending it said that nearly moot was

8    not absolutely moot.  And so now that, that is very

9    different.

10         Before I move on to any potential appropriate

11   scope of discovery if your Honor gets, can get past the

12   issue of whether there is appropriate jurisdiction based

13   solely on the fact that no applications currently remain

14   pending, I do have an update since the last time we appeared

15   before you, and since our briefing on the summary judgment

16   motions.  At that time there were two of the Linchpins

17   applicants who had applied for tax-exempt status under

18   Section 501(c)(4) of the Internal Revenue code that had

19   received proposed denials of their applications, were

20   seeking administrative review through the IRS of the

21   proposed denials.

22         The first one, Tri-Cities Tea Party which is the

23   last time Tri-Cities had received a propose denial, but its

24   application now has been approved.  It was approved on

25   March 31st.  Tri-cities had requested before going to IRS

1   appeals had requested the opportunity for an additional

2   conference with the Exempt Organizations divisions

3   particularly Rulings and Agreements of the IRS, which the

4   IRS granted to them.  And following the submission of some

5   additional information that Tri-Cities wish to present the

6   IRS granted its application.  Now the second of those

7   organizations is Albuquerque Tea Party which also has

8   received a proposed denial, and it currently is set for

9   administrative conferences with the IRS near the end of

10  April.

11          So your Honor as an initial matter the position of

12  the United States is that the fact of the applications being

13  resolved at this point, at this stage that is the subject of

14  both the Linchpins and True the Vote's complaints

15  particularly in the instance of True the Vote whose

16  application was granted now three and a half years ago, that

17  these groups, none of these groups is facing harm from the

18  allegations that they have raised in their complaint which

19  dealt with the application process for tax-exempt

20  organizations.

21          And as both your Honor has found and as the DC

22  Circuit confirmed in its ruling that your Honor had

23  appropriately identified the nature of the complaint which

24  was targeted to the application process and even the DC

25  Circuit had found the same described the claims that the

1    plaintiffs are presenting in the same manner.

2           THE COURT:  Maybe I'm not reading the Circuit

3    opinion accurately, but as I perceive what they were saying

4    is that the plaintiffs are entitled to a declaration

5    regarding what had taken place in reference to the denial,

6    but I thought they also were addressing the fact that I

7    needed to assess to what extent or at least the plaintiffs

8    should have the opportunity to show that conceivably there

9    would be some future ramifications of what had taken place.

10          MS. BECKERMAN:  Your Honor, at oral argument

11   before the DC Circuit and certainly allegations of potential

12   future harm is something now that both the Linchpins'

13   plaintiffs and True the Vote are raising to try to show that

14   they still have grounds to present a viable case before the

15   Court.  The problem there though is that the claims of harm

16   that they now are raising both are entirely speculative and

17   exceed the perimeters of their complaints.  And nothing that

18   the DC Circuit said in its opinion gives the plaintiffs the

19   right to try to move the goal post so to speak at this point

20   in terms of the harm that they are trying to remedy.

21          In particular at the oral argument the panel of

22   the DC Circuit questioned, queried the, both plaintiffs

23   about where in their complaint certain allegations lie.  And

24   the responses that they heard still did not prevent the DC

25   Circuit from describing the appropriate scope of the

1    complaint as being limited to the application process.  And

2    so because the applications now have been resolved -- the

3    items if you look at the complaints of both sets of

4    plaintiffs the harms and the request, the types of relief

5    they are requesting have been resolved too.

6              One of the things that they have alleged was that

7    they were experiencing delay.  So now that the applications

8    have been resolved there's no longer the delay that they are

9    facing.  Also the plaintiffs in their complaint had alleged

10   harms from inappropriate selection criteria as well as

11   improper request for information that they had alleged that

12   they had received from the IRS also which were geared toward

13   the application process.  And so now that the applications

14   are resolved the plaintiffs are no longer impacted by any

15   inappropriate selection criteria as the bulk of the

16   plaintiffs have been, actually have had their applications

17   approved.  And they're also not suffering any harms from the

18   request for additional information they had received.

19             But as your Honor said in the event that your

20   Honor concludes that that is not sufficient to find -- so in

21   the event that your Honor finds that that reason alone is

22   insufficient to warrant dismissal at this point, I'd like to

23   address the issues about the appropriate scope of discovery.

24   And so the discovery that the plaintiffs --

25             THE COURT:  Let me hear from the other side first

1    on the first question before we go to that.

2              MS. BECKERMAN:  Okay.

3              MS. GAMMILL:  Thank you, your Honor.

4              THE COURT:  Does your complaint or what you allege

5    and seek relief on in your complaint address the issue of

6    potential future harm?  Or was it only dealing with the

7    question of denial and the delay in assessing your

8    applications?

9              MS. GAMMILL:  Your Honor, the complaint absolutely

10   encompasses activity beyond the application process.  The

11   second amended complaint in this case was filed four years

12   ago, and it was based on the specific activities that were

13   known to plaintiffs at that time, but the complaint is based

14   upon a targeting scheme employed by the IRS.  And there are

15   allegations about such things as delay and intrusive

16   questioning and the like.  There are also allegations albeit

17   limited because the information that was known to plaintiffs

18   at the time was limited, but there is at least an allegation

19   in the complaint that talks about the ongoing monitoring of

20   these organizations based on the very reason they were

21   targeted in the first place which was the viewpoint based

22   discrimination.

23             And at this point of the summary judgment stage

24   the plaintiffs have actually --

25             THE COURT:  What's the language in your complaint

1     on that?  Can you read that to me?

2             MS. GAMMILL:  Yes.  "Unlawful IRS targeting

3     despite public apologies is ongoing.  Multiple conservative

4     organizations still have not received final determinations

5     on their applications," that included plaintiffs and that's

6     obviously throughout this complaint.  "Are still receiving

7     intrusive request for information and are suffering

8     financial harm.  Some of these organizations even after

9     receiving tax-exempt status have been subjected to continued

10    monitoring by the IRS based on the same unlawful purposes

11    for which their applications were originally targeted."

12            Now the reason that at that time it didn't

13    specifically say which of the plaintiffs were being

14    subjected to that monitoring is because most of them had not

15    been granted status yet.  But here we are at the summary

16    judgment stage.  The government has filed a summary judgment

17    motion prediscovery, and we obviously will talk about the

18    discovery being warranted here and we agree with your Honor

19    that at this point there is discovery that the plaintiffs

20    are absolutely entitled to because they had not had what

21    this Circuit says must take place which is a full and fair

22    opportunity for discovery before summary judgment can be

23    granted.  And we've identified the specific discoveries that

24    is necessary here.

25            So we've alleged in the complaint that there's

1    ongoing monitoring.  At the summary judgment stage we have

2    introduced what evidence we do have access which is limited

3    because the government has all of this evidence in its

4    hands, but we did introduce the email from Holly Paz, who

5    has been the director of Rulings and Agreements for the EO

6    division at the IRS that specifically said we think we're

7    going to have to grant most of these C4s, but we will then

8    automatically send them on for a review of operations in

9    later years."

10        That is ongoing monitoring and targeting of these

11   organizations based on nothing more than the fact they were

12   initially targeted in the first place.  So what the IRS was

13   recognizing at that time was we may not have grounds to deny

14   them status but we'll go ahead and put them over here in

15   this bucket, on this list, however they did it and that's

16   the problem, your Honor, we don't know what they did.

17        THE COURT:  It seems to me that language you've

18   read to me conceivably would cover what may be taking place

19   or at least was taking place at that time.  And I would

20   construe that to mean what's taking place now at the IRS

21   that in some ways is having an adverse impact on your

22   client.  But I don't know if it would encompass what

23   conceivably could take place theoretically in the future.

24        MS. GAMMILL:  Here's the only way that it

25   encompasses what could conceivably take place in the future.

1    At the time these organizations were initially we'll use the

2    word targeted, I'm just going to continue to use that word.

3    Identified based on you're a tea party group, right?  What

4    we know, we have a very limited picture that at a minimum

5    they were identified for a future reviewing monitoring of

6    their activities based on that same targeting criteria, What

7    we don't know what other lists they may have been put the

8    on.

9              THE COURT:  But that targeting now has been

10   alleviated by revised or amended policies then doesn't that

11   solve your problems?  And to what extent does the change in

12   administration have an impact?  Because I would assume

13   considering the constituency that supports the republican

14   party that you would not have individuals working for the

15   IRS that would have an incentive that you all had a problem

16   with and justifiably being now in control.

17             MS. GAMMILL:  I guess what I would say to that is,

18   your Honor just asked an if question.  If the targeting has

19   ceased.

20             THE COURT:  How likely is it that you've got

21   people working at the IRS, and even assuming they had the

22   prospective to discriminate against your clients that they

23   would be inclined to do that with the current administration

24   in office?

25             MS. GAMMILL:  Your Honor, the problem is this is a

1    summary judgment motion based on mootness, right?  They have

2    the burden and it's a formidable burden.  They have to

3    demonstrate that this cannot reasonably be expected to

4    recur.  The problem is the very policies and provisions that

5    allowed this to happen in the first place are still on the

6    books, so unless and until those things change it can happen

7    again.

8            And so we don't want these plaintiffs to be in a

9    position four or eight years from now having to come back

10   and say we still need a change, nor should those on the

11   other side of the aisle have to come in because it's still

12   on the books that this can happen.  There is no prohibition

13   against viewpoint based decisions in the application

14   process.  There is no prohibition that's now been put into

15   the Internal Revenue manual that says you can't base your

16   decisions.

17           You can't target these groups.  You can't put them

18   aside based on their viewpoint or their association.  You

19   can't make them, designate them as a sensitive case because

20   it might garnished media attention.  That's what happened

21   here.  There was media and congressional attention to the

22   Tea Party movement, so the same thing that happened here can

23   happen again.  And their burden is to demonstrate it cannot

24   reasonably be expected to occur.

25           So a couple of additional things, your Honor.

1    There is one plaintiff as the government said there are some

2    updates.  One of the updates is one of the plaintiffs that

3    received a denial has actually decided to go back through

4    the application process.  So we do have a plaintiff that is

5    actually in the application process right now.  That

6    application has been submitted.  So everything that happened

7    here could happen again unless and until -- like your Honor,

8    I would hope that with this administration there would be

9    assurances, but it's the IRS --

10        THE COURT:  Unfortunately, in such a polarized

11   society that maybe the liberal groups have a concern if

12   those things are still on the books.  Because unfortunately

13   our government sometimes doesn't treat both sides fairly and

14   depends on switches, depending upon whose in power.

15        MS. GAMMILL:  And that's what this case is about,

16   your Honor, is ensuring it cannot and will not happen again.

17        So the plaintiff that is going back through the

18   application process has every reason to be concerned that it

19   can happen again.  Those that have already been granted the

20   problem for them is and what the circuit court said and what

21   your Honor has said previously and rightly so, is that even

22   if everything had been fixed which again the assurances are

23   not there that everything is fixed.  Even if everything has

24   been fixed in the application process the voluntary

25   cessation analysis requires two things not just that this be

1   ceased in the application process but that the effects, the

2   irrevocably, completely and irrevocably eradicated.

3           That's what the Circuit keyed in on, is that there

4   was nothing that the government had presented at that time

5   and it is still the case that there's nothing that the

6   government has presented on summary judgment that gives

7   assurances that there are not ongoing effects.  That's where

8   we keep going back to when they were targeted in the first

9   place.  What happened?  What lists were they put on?  What

10  future discriminatory activities are in store for them?

11          And when I say future -- for example, were they

12  put on a list that says because you're a Tea Party group

13  even though we had to go ahead and grant your application in

14  three or five years we're going to automatically audit you

15  because you were first targeted based on your viewpoints.

16  So even though it hasn't happened yet that they have been

17  audited and they may not be currently audited that doesn't

18  mean they are necessarily sitting on a list that in three or

19  four or five years they are going to be audited.

20          Again, the government calls this speculative.  The

21  problem is it's not speculative, it's that we don't have the

22  evidence because we haven't had the opportunity to obtain

23  it.  If in fact, what happened includes that there was a

24  list of these groups that were granted and the IRS said put

25  them over here, put them aside and at X point in the future

1    we're going to do a review of their operations or we're

2    going to audit them, we're entitled to know that that's

3    coming and that happened because of the initial targeting.

4         THE COURT:  Okay, I understand.  Anything else

5    from the True the Vote?

6         MR. BOPP:  Yes, your Honor.  Thank you.  The

7    problem here is the government thinks this is all about the

8    application process, that is we should have gotten our

9    application approved in a timely basis and they say we fixed

10   that, but see that's wrong.  The unlawful, unconstitutional,

11   illegal conduct was the IRS targeting program where they

12   targeted certain groups, Tea Party groups for adverse

13   treatment.  That is the constitutional violation.  That is

14   the conduct that we are seeking to stop.

15        Now it first manifested itself in the application

16   well, of course.  First contact the groups had while this,

17   whenever this program was adopted of targeting them the

18   first contact was filing an application for approval as not

19   for profit organizations.  It was a new movement.  New

20   groups springing up.  So of course, it manifested itself

21   first in the application process.

22        So their position is hey, if you got your

23   application case over moot.  True the Vote already had its

24   application granted when we were before the DC Circuit.

25   Were we dismissed?  Did the DC Circuit say oh, these couple

1   of plaintiffs over here they're still in the application

2   process.  We're remand for them, but you True the Vote you

3   already have your application you're dismissed as the

4   District Court said.  No.

5          They reversed as to us also and said there's no

6   material difference between True the Vote and the Linchpins

7   plaintiffs, no material difference.  So the approval of the

8   application was not material to the decision because the

9   Court I think understood -- and frankly your order seems to

10  capture this as well on October 14th when you said, "In

11  their motion to support their mootness position that is the

12  government, the defendant shall indicate why the plaintiffs'

13  claims are moot including addressing why the plaintiffs will

14  not experience any negative consequences resulting from the

15  quote, 'alleged discriminatory targeting scheme,' end of

16  quote, employed by defendants throughout its tenure as a

17  tax-exempt entity."

18         Because the constitutional violation, the conduct

19  that needs to be demonstrated is now irrevocably

20  exterminated is the discriminatory policy manifesting itself

21  in different ways.  We've seem it already manifest itself

22  against True the Vote.  One, its confidential tax

23  information was illegal given to House staffers by the IRS.

24  That looks like it's part of their discriminatory policy of

25  giving adverse treatment against people they are targeting

1   based upon their viewpoint.

2          Second, after they were finally approved with

3   their C3 status it took eight months and a letter from True

4   the Vote to get on the list, the list that donors go to to

5   verify that they are tax exempt.  Again, adverse treatment

6   directed at them.  And is, you know, a reasonable concern

7   that that adverse treatment as arisen each of these because

8   they were targeting us for adverse treatment based upon a

9   selection criteria that was viewpoint discriminatory.  So --

10          THE COURT:  I ask previously is your concern still

11   the same in light of the election results and who now is in

12   control of the executive branch of government?  Is it

13   realistic to believe that the current administration would

14   target Tea Party group?

15          MR. BOPP:  You know, I do a lot of this type of

16   litigation, and I tend to represent not always conservative

17   groups, but I have never come into court and said I want an

18   injunction just to protect me.

19          THE COURT:  I understand.  I'm just saying does

20   the reality of the election have an impact on the concerns

21   that you expressed in reference to the potential things that

22   could happen to your client?

23          MR. BOPP:  As far as we know nobody in the White

24   House ordered this to occur, as far as we know.

25          THE COURT:  Yes, but I would think from a

1  realistic prospective I would suspect that there was

2  inappropriate targeting of Tea Party groups by the IRS at

3  this time that there'd be ramifications flowing from the

4  White House as a result of that.

5        MR. BOPP:  What do we do when we find out that an

6  agency is discriminating based on race?  The first thing we

7  would insist upon is a policy of nondiscrimination.  We

8  shall, we adopt a policy that we will not discriminate based

9  upon race.  Where is that policy?  Where is it?  They have

10 not adopted a policy that they will not discriminate based

11 upon viewpoint, based upon the political position of an

12 applicant.  They have adopted no such policy.

13       So they're free to do it.  They are free to do it

14 against us because there's people in the bureaucracy that

15 are hostile to conservatives.  They're free to do it against

16 liberal groups because they think they might curry the favor

17 of the Trump administration.  They are free to discriminate

18 based upon viewpoint because they have a, even though caught

19 employing viewpoint discrimination they have no policy that

20 says they will not use viewpoint discrimination.

21       Now what they do say are things like we'll use

22 appropriate criteria and trust us.  We have an affidavit

23 based upon personal knowledge of somebody that wasn't there

24 at the time and is gone now.  And never once in their

25 affidavit acknowledges that the offensive conduct was

1  discrimination that the IRS employed based upon viewpoint.

2  Never acknowledged it.  And just talked about well, we'll

3  just adopt appropriate procedures, appropriate standards.

4  We won't use the name.  Well, that's progress, but that was

5  simply a manifestation of their discriminatory policy.

6         And in their pleadings they don't even acknowledge

7  that the discriminatory policy that they employed.  So

8  having not acknowledged it, but then telling us to trust

9  them, here we'll give you a report you know from the

10  inspector general which you ruled in previous cases is not

11  even admissible.  Or we'll give a declaration on personal

12  knowledge.  By the way, that was shocking to me.  That

13  affidavit wasn't on behalf of the IRS as an agency

14  representing their official position.

15         It wasn't even the commissioner, the defendant.

16  It was one bureaucrat.  They're temporarily gone now you

17  know half a year gone and on personal knowledge.  Not a

18  representation from the agency.

19         So, and their position is we just trust.  Trust

20  what?  We've already seen them do discriminatory action.  It

21  shouldn't happen against conservatives.  It shouldn't happen

22  against liberals.  Whatever reason that caused this to

23  happen directions from the White House, personal feelings of

24  the IRS agents involved and their personal political

25  viewpoints.  Whatever those reasons were they could happen

1    again and they have no policy to stop it.  You can stop it

2    by an injunction.

3              THE COURT:  Okay.  Any reply from the government?

4    Is it correct that the agency could still discriminate if it

5    so wished based upon what currently exists by way of

6    direction of the agency?  And if that's not true, I mean,

7    why shouldn't there be something that says that you can't

8    discriminate based upon viewpoint?

9              MS. BECKERMAN:  Your Honor, it is not true for a

10   couple of reasons.  First, the statutory reason and the

11   second is for the reasons that have been amply laid out in

12   the declarations the United States has submitted.

13             Going first to the statutory reason, in the Path

14   Act, the Protecting Americas against Tax Hikes Act, that was

15   enacted at the end of 2015 as part of the consolidated

16   budget bill.  There was a specific provision added that

17   makes it explicitly as a matter of federal law now that it

18   is a firing offense if an IRS employee engages in conduct

19   that is discriminatory or for personal reasons, so there is

20   that assurance.  Congress has had a say in readdressing the

21   harms that --

22             THE COURT:  What about the rules and regulations

23   within the agency itself?

24             MS. BECKERMAN:  But within the agency as the

25   declaration of Tamera Ripperda, who was the head of the

1   exempt organizations unit of the IRS during the critical

2   time that the IRS was implementing the changes to correct

3   the conduct that gave rise to these suits.  So she was the

4   perfectly appropriate person, in fact the appropriate person

5   to talk about the changes that were taking place and that

6   her division was overseeing.  The plaintiffs have said that

7   there is no assurance there, but in fact, her detailed

8   declaration discussing that and covers it.

9           Going from the complete turning away of

10  discriminatory, you know, looking at policy positions,

11  looking at just names, looking at the political orientation

12  of groups in terms of selecting them or --

13          THE COURT:  Is all of that in writing as a mandate

14  within the agency itself that these things can or cannot be

15  done?  And if not, why not?

16          MS. BECKERMAN:  Your Honor, I'm not certain that

17  they are written as a policy, but I believe that

18  Ms. Ripperda's declaration gives us that policy.  And

19  certainly it is, the IRS has shown its commitment to

20  changing --

21          THE COURT:  Why should they have to rely upon her

22  representations since she was the person in charge of this

23  entity, sub-entity within the IRS at the time this conduct

24  occurred?

25          MS. BECKERMAN:  Actually, your Honor, she was not

1    the head of the Exempt Organizations Division after the

2    complaint of conduct.  She came in after that point in time.

3    She was there during the time that the IRS was changing its

4    conduct.  So that is why she is qualified to give

5    information and talk about what the IRS actually did to

6    change from the conduct that had previously taken place.

7            And secondarily, this also gets us back to the

8    idea of the harms that the plaintiffs now are pointing to

9    that go beyond the application process and beyond the areas

10   that they have talked about in their complaints.  If I can

11   also go back and address those threshold matters as well.

12           THE COURT:  What about counsel's representations

13   that there was some indication that there would be in the

14   future a reassessment of the exempt status?

15           MS. BECKERMAN:  To the extent that the plaintiffs

16   are seeking an assurance that the IRS is never going to look

17   at any of their clients' returns and have them potentially

18   be subject to and audit in the future the IRS cannot give

19   that assurance because it would be an abdication of its tax

20   enforcement obligations.  And so what we have to look at --

21           THE COURT:  First off, obviously, they can always

22   do an audit, but obviously they can't do an audit based upon

23   inappropriate considerations?

24           MS. BECKERMAN:  That's right, your Honor.  And we

25   believe the changes that have been implemented as well as

1    the new provision from the Path Act give more than adequate

2    assurance that the IRS is not reasonably likely to engage in

3    these types of other activities in other fields.  And also

4    because this is a case in litigation the subject matter, the

5    appropriate subject matter is what the plaintiffs

6    specifically have pled, and what they have pled has harmed

7    them in particular.  Not an overarching search or

8    investigation into activities at a government agency that

9    encompasses areas that our plaintiffs haven't even

10   complained about.

11           THE COURT:  I'd agree with that.  I agree any

12   discovery that I would order if I can conclude discovery is

13   appropriate would have to be confined within the scope of

14   what was alleged in the complaint.

15           MS. BECKERMAN:  Certainly.  And on that point, I'd

16   like to point out Linchpins pointed to the monitoring

17   allegation.  That's actually found in paragraph four of

18   their complaint.  When you look at what that paragraph

19   specifically says it talks about in general that multiple

20   conservative organizations have been subject to monitoring.

21   At no place does it link up or make any allegation that any

22   of the Linchpins' plaintiffs themselves have been subject to

23   monitoring.  And that's an insufficient connection to

24   establish any harm by the plaintiffs that are currently

25   before the Court.

1          And the same thing goes with the plaintiffs

2     pointing to what is, what has been referred to as the review

3     of operations function.  As Ms. Ripperda explains in her

4     declaration the rule was and I say was because this function

5     has been eliminated in the way that it previously existed at

6     the time of the allegations were going on that are the

7     subject of the complaints.

8          But as Ms. Ripperda explains the rule was a unit

9     within the exempt organizations that if an application came

10    in where it appeared that an applicant probably qualified to

11    receive tax-exempt status, but if there was some indication

12    on it you know that indicated that there may be a problem in

13    the future or coming down the line it gave an opportunity

14    for the IRS to note that.  And so that it wouldn't fall off

15    the radar screen so to speak and to make sure that the

16    applicant was --

17          THE COURT:  Has any type of training been

18    implemented within the IRS to apprize IRS employees of the

19    appropriate factors that can be considered in assessing

20    whether an entity is given tax-exempt status?

21          MS. BECKERMAN:  Yes, your Honor, there has.  And

22    both have been discussed in Ms. Ripperda's declaration, but

23    also by the TIGDA inspector general for tax administration

24    which is an independent oversight body that issued an up --

25    when I say an updated report.  It's the TIGDA's initial

1    report from May 2013, that the plaintiffs have for the bulk

2    of their allegations relied on to try to support their

3    complaints.

4             And so now an organization, an entity that

5    complete source plaintiffs endorsed has found that the

6    training that the IRS has implemented in terms of you know

7    appropriate training for both looking at applications when

8    they come in.  Not using inappropriate criteria to select

9    them for evaluation.  Also looking at training something

10   else that the plaintiffs have expressed concern about, is

11   the type of questions some of them may have received.

12            The training has addressed all of those points and

13   the TIGDA found that the training had appropriately

14   addressed all of those points.  Nonetheless, the point still

15   remains even assuming that there were any holes in the

16   training process these plaintiffs are not in a position to

17   be harmed by that any longer now that the bulk of their

18   applications --

19            THE COURT:  They have one application that's still

20   pending as you acknowledged.  And according to Linchpins

21   there's another of their clients who was denied tax exempt

22   status who is now renewing that request.

23            MS. BECKERMAN:  Yes.  As for the organization

24   whose application, whose denial is obtaining administrative

25   review that is in front of a different part of the IRS the

 1   appeals unit.  That, and there's been no allegation even by

 2   the plaintiffs that there has been any untoward conduct by

 3   the appeals section.  So even though that application still

 4   -- we do not see it pending at least in terms of the view

 5   that was in front of the DC Circuit because the situation

 6   has changed and we have gotten past the initial application

 7   process.  Because at that time that applicant hadn't

 8   received either an initial up or down on its application and

 9   it has now.  And where it is in the process there have been

10   no allegations of misconduct.

11          So there's not a reasonable expectation that that

12   plaintiff would be the subject of the harm that it's still

13   trying to allege now.  As for the entity that has said today

14   that Linchpins says actually has submitted an application.

15   And in the Linchpins' briefing they specified that this was

16   the plaintiff's PECAN.

17          The IRS records do not show that the, or at

18   least they had -- if PECAN has submitted a new application

19   the IRS has not received it yet.  The, PECAN stated in the

20   briefing from January of this year there was, the plaintiff

21   said that the new application would be imminent, so far the

22   IRS has not seen it.  Nonetheless, there's still, it is

23   still highly speculative that PECAN would face any future

24   harm from the areas or the subject matters that are the

25   subject of the complaint.

1          For one thing the president of PECAN's declaration

2     the plaintiffs submitted from him stated that PECAN had

3     substantially altered its operational activities.  So right

4     now any fears that PECAN might be subjected to the same harm

5     in the future on a brand new application based on

6     significantly altered activities that the IRS has not

7     received yet is entirely too speculative to raise the

8     present controversy.

9          Also, even if we assume, and the government takes

10    no position on the underlying merits of the case certainly

11    at this point since our motion is addressed to

12    jurisdictional issues.  Even if we assume for purposes of

13    the present motion that the IRS did commit constitutional

14    violations in its prior treatment of PECAN's old

15    application.

16         As a matter of law, past constitutional violations

17    do not qualify as an imminent harm for showing standing of

18    future violations.  And just giving, just the change in

19    situation, the change of PECAN's operations it's entirely

20    too speculative to think that either organization or the

21    organization whose application or whose denial is with the

22    appeals unit that they are suffering or likely to suffer the

23    same harms that are the subject of the complaint.

24         THE COURT:  You're not suggesting that there was

25    not inappropriate targeting of conservative groups are?

1              MS. BECKERMAN:  Your Honor, no one, no one

2      disputes that what the IRS did was wrong.  But at the same

3      time, that still does not answer whether that arose to a

4      level of a constitutional violation.  And the United States,

5      that goes to the merits and the United States at this

6      juncture does not take a position one way or the other as to

7      the merits.

8              THE COURT:  I would agree that the ultimate

9      question of whether there was a constitutional violation

10     goes to the merits.  But it seems to me it is at least a

11     factor to assess in determining whether on the issue of

12     whether the Court has jurisdiction some level of discovery

13     should be permitted.

14             Well I am convinced as I indicated at the start of

15     this hearing that some level of discovery is appropriate.

16     I'm fully appreciative considering the number of APA cases

17     we deal with in this district, that generally in APA review

18     cases the existing administrative record is what the Court

19     has to consider in deciding whether there's been a violation

20     under the statute.  However, I think this is a somewhat

21     unique situation in that the administrative circumstances

22     have been evolving and continue to evolve after the

23     complaint and the subsequent amended complaints were filed

24     in this case.

25             And while I have no reason to question the

1    integrity of government counsel and the representations made

2    as officers of the court, I nonetheless have to conclude

3    that the plaintiffs should not have to under the

4    circumstances totally rely upon what has been represented in

5    the government's admissions even though conceivably they

6    fully explain the circumstances.  And maybe nothing more can

7    be discovered that will elucidate what the current situation

8    is.

9         But I do think I have to afford an opportunity to

10   some degree on the part of the plaintiffs to do some

11   discovery to assess what the current situation is, and

12   whether because of that current situation there's not the

13   potential that they will and maybe are at the current time

14   sustaining any type of injury as a result of inappropriate

15   targeting on the part of the IRS.

16        As I indicated I think one has to be realistic in

17   its assessment of a case.  And I think that from that

18   prospective considering the change in administration if its

19   suggested, and I assume it was, that because of the current

20   prior administration there would have been an incentive to

21   conceivably target conservative groups, I would think that's

22   probably not a realistic potential in the current political

23   environment as far as who is in control of the executive

24   branch of the government.  But I don't think that ultimately

25   resolves the issue as to whether or not there are in fact in

1   place the circumstances that permitted the inappropriate

2   targeting to take place which is the subject of this

3   litigation.

4          So I am going to permit some limited discovery to

5   occur in this case so that the plaintiffs are in a position

6   to know based upon that discovery, whether the claims that

7   they raise are in fact now moot and therefore the Court

8   lacks jurisdiction.

9          So the question I have to address now is what the

10  scope of that discovery should be.  And I would tend to

11  agree that we can't look back and seek to have discovery

12  regarding what took place in the future.  I think it's what

13  the current status is and whether under the current

14  situation there is in fact a reasonable potential that

15  injury could occur to the plaintiffs as a result of

16  inappropriate targeting on the part of the IRS, so I will

17  permit some discovery.  It's just a question of how much and

18  what the scope should be.

19          I'll hear from you on that.

20          MS. BECKERMAN:  Right.  Your Honor, the United

21  States agrees that if discovery is to be permitted that the

22  appropriate scope as you just described is limited to the

23  current circumstances and also because the plaintiffs have

24  requested the relief of discovery under Rule 56(d), that the

25  discovery that they seek has to be targeted to being able to

1    answer the issues that have been raised on summary judgment.

2    And so in particular that would be the jurisdictional issues

3    here.

4              So if we look at the actual requests that both

5    sets of plaintiffs have made in their 56(d) motions, many of

6    the areas that they say that they would like to go into in

7    discovery far exceed that limited scope that is appropriate

8    here.

9              For example, both Linchpins and True the Vote have

10   stated they want information to find out in particular which

11   of the alleged, of the conduct in the complaint actually

12   happened or which particular plaintiffs.  And that, that

13   ignores the, that ignores the current status of the motion

14   which is addressed to jurisdictional issues and which we

15   assume for that motion that all of the well pled allegations

16   in the complaint happened as the plaintiffs have described

17   in their complaints.  And so that type of backward looking

18   discovery is not suited to answering the present question of

19   whether there currently is a case or controversy that the

20   plaintiffs may bring before the Court at this point.

21             The plaintiffs also requests a number of elements

22   of discovery that go beyond what they have actually pled as

23   harm in their complaints.  For example, Linchpins says that

24   it wants evidence concerning the retention and disclosure of

25   its application material.  But here what the plaintiffs are

1    attempting to discover as in with other subject matter areas

2    that they say they want to pursue, is to find through

3    discovery evidence to support new claims which is not what

4    Rule 56(d) is geared to permit.  So that applies both to

5    that allegation, I'm sorry, this is True the Vote.

6            True the Vote says that it wants evidence

7    concerning the dissemination and sharing of its application

8    material within and outside the IRS yet their complaint is

9    devoid of any allegation that has actually happened to them.

10   So again that would be something that is inappropriate for

11   discovery in the current posture of the case.  True the Vote

12   says it also wants evidence concerning the use of viewpoint

13   base criteria in any aspect of tax administration.  So in

14   any aspect, the only aspect of tax administration that

15   either True the Vote or Linchpins plaintiffs have challenged

16   in this case --

17           THE COURT:  Would be the application process?

18           MS. BECKERMAN:  Exactly, your Honor.  So we

19   believe the discovery would be appropriate limited to that

20   function alone.  True the Vote says that it wants evidence

21   concerning the political interests and alleged biases of IRS

22   employees and officials.  If anything this would go to the

23   underlying merits of the case not to the threshold

24   jurisdictional issues that are the subject of the summary

25   judgment motions.

1              THE COURT:  That's, I don't know how you'd ever

2     make that assessment unless even if you did it individual

3     assessment of each employee.  How are you going to get into

4     somebody psyche and assess what their prospective is from a

5     political standpoint?  I don't know how you'd ever do that.

6              MS. BECKERMAN:  The government agrees, your Honor,

7     just as a practical matter that does not seem to be an area

8     of discovery that would be fruitful or manageable.  Aside

9     from the reason that it's really beyond the scope of what is

10    necessary to allow the plaintiffs to be able to respond to

11    the allegations raised in the government's summary judgment.

12             THE COURT:  Let me do this, let me hear from the

13    plaintiff's counsel as to what based upon what I've

14    indicated they believe appropriate discovery would entail

15    and I'll let you respond to that.

16             MS. BECKERMAN:  Thank you.

17             MS. GAMMILL:  Thank you, your Honor.  So a moment

18    ago your Honor mentioned that you didn't think that looking

19    back as to what happened to these organizations in the

20    application process previously would be appropriate but

21    rather it would be the current situation.

22             THE COURT:  Right.

23             MS. GAMMILL:  And for the most part we think that

24    the current situation is the focus of the discovery.  Here's

25    the extent to which looking back is warranted.  Again, what

1   happened to them in the past in terms of the application

2   process, the targeting that happened, if at that time they

3   were put on a list for future discriminatory treatment we're

4   entitled to know that.

5           THE COURT:  I agree -- sure, I would agree with

6   that.

7           MS. GAMMILL:  Okay.  What I'm trying to fend off

8   is later on when there's a discovery dispute looking back at

9   the transcript from today and you having said well, we're

10  not going to look back and us having asked for what

11  happened.

12          THE COURT:  I don't disagree that if something

13  happened in the past that we're saying what happened in the

14  future that would be appropriate, I totally agree with that.

15          MS. GAMMILL:  Okay.  So there is that extent to

16  which looking back is necessary in order for the plaintiffs

17  here to understand whether the effects of the targeting are

18  ongoing and to what extent as they've alleged.

19          I just want to quickly look at the categories of

20  discovery that we have requested.  And I do believe that

21  each of them is appropriate here.  First we believe that

22  evidence that any alleged targeting delay and inquiries

23  experienced by plaintiff in the application process have

24  permanently ceased and will not occur.  Particularly with

25  regard to the plaintiffs that is going back through the

1   process.  It's important to know that any of those things

2   that were happening in the past are not happening currently,

3   so that still goes to the current situation.

4        But again, we need to make sure like I said that

5   nothing that happened previously is still happening.  And so

6   there's a little bit of a looking back in that category.

7   And we specifically identified several categories within

8   that larger category which would be all documents and

9   electronically stored information related to defendant's

10  processing of the plaintiffs' applications for tax-exempt

11  status and their handling of additional information

12  submitted by the plaintiffs as part of that process.

13       And here's why that's important and it shouldn't

14  be very difficult.  They have case files.  These same

15  government attorneys are actually involved in a class action

16  lawsuit and they're dealing with all of these case files.  I

17  don't know this for sure, but I would suspect that they may

18  have had to actually pull our client files and set them

19  aside so they're not part of the case, so it may not be

20  terribly difficult.

21       But even so the case files for each of the

22  plaintiffs at a minimum should be included in what

23  plaintiffs are entitled to know.  What happened because

24  again, if they were subjected to a review of operation and

25  there was some adverse consequence that will be felt in the

1    future.  They said okay, well, as a result of this we'll do

2    this X process in three to five years.  That should

3    presumptively be reflected in their case file, so we do

4    think that is necessary.

5            And government counsel has said several times here

6    this afternoon that there's no harm to any of these

7    plaintiffs from the additional information requests.  But

8    the reality is the government has admitted in its summary

9    judgment filings that at least one plaintiff, they haven't

10   said beyond that, but that at least one plaintiff did submit

11   information responsive to the TIGTA unnecessary request.

12   It's important to understand those are not the only requests

13   that these plaintiffs have alleged were improper, right.

14           If we were to --

15           THE COURT:  I can't -- I don't mean to cut you

16   off, but I would totally agree they can't make requests for

17   information that's designed to give them a predicate to

18   discriminate.  But I don't agree if you're suggesting that

19   they can't make any request because that would be I think as

20   counsel appropriately indicated cause them to abdicate their

21   responsibility.  And they have an obligation on an ongoing

22   basis to establish whether the status that's awarded should

23   be continued.

24           MS. GAMMILL:  That's correct, your Honor.  This is

25   all based on are you doing these things because of the same

 1   viewpoint discriminatory basis that you initially flagged

 2   them and said they need heightened scrutiny?  Are you taking

 3   these additional looks based on the fact they were targeted

 4   in the first place?  And so because they're a Tea Party

 5   group they go on a list and this is what happened later.

 6          What I'm actually talking about right now there

 7   were categories of additional information requests submitted

 8   by the IRS to these plaintiffs within the application

 9   process, and some of these plaintiffs responded.  Most of

10   them before they had counsel.  They responded and gave some

11   of this information that was irrelevant.  It was intrusive.

12   Should not have been asked for by the government and they

13   should not have had to respond.  And so in so doing --

14          THE COURT:  And I would agree that if happened

15   that that information should be purged obviously.

16          MS. GAMMILL:  Exactly.  And they've admitted this.

17   They have some and haven't purged it.  We don't know what

18   additional information they have.  And frankly, your Honor,

19   part of that we're dealing with some unsophisticated

20   organizations.  These are not large groups.  They don't

21   necessarily all have copies of what they submitted.  The

22   government does.  The government has everything that the

23   plaintiffs submitted and it should be part of their files.

24          And we should have the opportunity to look and see

25   okay, what does the government have and identify for them

1    this is information that you're not entitled to and it needs

2    to be purged from your files.  That's part of that category

3    which is paragraph four in the Rule 56 declaration.

4    Paragraph five, then we asked for evidence that use of the

5    BOLO list and other methods employed by the IRS within this

6    entire targeting scheme has in fact permanently ceased and

7    will not recur.  That should be current situation.

8    Demonstrate to us that all of this is over and done with.

9    You're not using these methods.  Again, I think that's

10   appropriate.

11           Discovery regarding the objective criteria used by

12   IRS specialists that triggers additional review of

13   applications for tax-exempt status and the procedures for

14   applications involving potential political campaign

15   activity.  That comes straight from the Senate bipartisan

16   committees.  That was one of their recommendations that the

17   IRS should have published that information.  And there's

18   discussion back and forth in the briefing about whether it's

19   really there and if so, how many layers deep in the links,

20   the, online do you have to go to get to it.

21           It's not readily apparent that there --

22           THE COURT:  But they can make those types of

23   request, can't they?  I mean, they have a right when you're

24   talking about tax-exempt status to acquire information about

25   the political activity of the entity seeking the exemption?

1            MS. GAMMILL:  Sure, they do.  We want to know what

2      is the objective criteria that you use to determine whether

3      you need to ask for that information.  Because here's the

4      problem, your Honor, their documents, the Internal Revenue

5      Service manual says in the revenue procedures specifically

6      say even if an application is complete, that means you've

7      provided all the information that's necessary, we may still

8      ask for additional information.  On what basis?  Because we

9      don't like the fact that you're a Tea Party group.  Because

10     we don't like the fact that you're associated.

11            This is why we need to know what are the objective

12     criteria that once I submit an application and I believe

13     it's complete what criteria are you using to determine oh

14     know, I need more information from me?  Again, that comes

15     straight from Congress.  Congress said they need to make

16     that criteria known.  It needs to be objective criteria.

17     Not that they can't ask for information, but that they need

18     to have objective criteria that lets the public know this is

19     why your particular application may be subject to additional

20     request for information, so we're just asking to know what

21     are those criteria.

22            Discovery demonstrating that modifications made to

23     the IRS's internal processes and procedures have in fact

24     ensured cases are processed expeditiously.  PECAN, the

25     plaintiff going back to the application process is entitled

1    to know, I'm not going to experience the delay of two,

2    three, five years again.  That's front and center in the

3    allegations of the second amended complaint.

4              Documents and or deposition testimony regarding

5    the training that the EO employees have received in handling

6    applications and evidence demonstrating that that training

7    is effective.  The reason this is particularly important,

8    your Honor, is because contrary to what government counsel

9    said TIGTA found that there were still deficiencies in the

10   training, and specifically that they weren't making the

11   employees go through the entirety of the training.  They

12   were missing some of the training.  And more importantly,

13   that the IRS wasn't even evaluating the training to see if

14   it was appropriate and effective.

15             Now what the IRS did say there's a statement in

16   the follow-up TIGTA report that the IRS agreed to evaluate

17   that training.  Well an agreement to do it doesn't mean it's

18   been done.  So again, we're just asking for evidence that

19   demonstrates training has been done, it's been done

20   appropriately and it's effective.  And another reason I

21   think this is important, your Honor, TIGTA had the benefit

22   apparently of looking at some of these training documents.

23   Plaintiffs have no idea what is the training that they're

24   undergoing?  How do we know they are actually being trained?

25             THE COURT:  How do you determine effectiveness?

1              MS. GAMMILL:  Have they evaluated it and

2     determined that it's effective?  That is one area where I

3     suppose we do have to trust, but we don't even know that

4     they've evaluated it.  Because as of the most recent TIGTA

5     report they hadn't properly evaluated it.  So we're just

6     asking again all of this, your Honor, is to go to

7     demonstrate there are sufficient assurances that you've made

8     changes and that those changes actually are effective to

9     ensure that this is not going to happen again.

10             And again, the reason I think that those training

11    documents are appropriately part of discovery particularly

12    is because TIGTA had the benefit of seeing those documents.

13    And the government has alluded -- they've referenced some of

14    them in the Ripperda declaration, but they've not been

15    introduced into evidence.  And so it's a little bit --

16             THE COURT:  Those aren't a part of some type of

17    public record?

18             MS. GAMMILL:  Not the training documents, no.  And

19    so again, we're supposed to just take their word for it.

20    And if they're going to reference them and rely upon a

21    reference and a characterization of them in their

22    self-serving affidavit I think that we're entitled to take a

23    look at those to determine for ourselves do they actually

24    have the impact and effect that Ms. Ripperda said they have.

25    It's essentially cross-examining her declaration.

1           And then finally -- well, not finally second to

2    last, I believe, documents and or deposition testimony

3    concerning any action the IRS intends to take with regard to

4    these plaintiff organizations as a result of their having

5    initially been targeted for heightened scrutiny and delay

6    based on their viewpoints and or associations.  It's very,

7    very narrowly focused on what do you intend to do, not that

8    you can't audit them for appropriate reasons, not that you

9    can't review their operations for appropriate reasons, but

10   what if anything do you intend to do to these organizations

11   solely because of their viewpoint and or association?

12           Whether you made that decision five years ago or

13   whether you made that decision five months ago, five days

14   ago.  What do you intend to do?  So whatever evidence there

15   is that would demonstrate that they're on a list to have X

16   treatment applied to them.

17           And then finally, evidence concerning application

18   of the challenged regulatory provisions in denying and

19   proposing denial of the applications of the plaintiffs.

20   There are a couple of plaintiffs as you'll recall, we do

21   have some regulatory provisions that we've challenged.  And

22   there are some plaintiffs that have been denied including

23   like I said we've got the one in the appeals process --

24   well, actually going to be having a conference with Rulings

25   and Agreements and then potentially with appeals.

1          And so that regulation has been detrimentally

2    applied to that plaintiff.  And because that is part of the

3    allegations in this particular proceeding we think that it's

4    appropriate.  And again, that may be that information is

5    contained within the case file that we would be able to see

6    how that regulation was applied to that particular

7    plaintiff.

8          But those are the categories that we've asked for

9    in discovery, and I think those are all appropriate.  I

10   think they predominately do focus on what is the current

11   situation but they do involve a little bit of looking back

12   to determine what is the current situation.

13         THE COURT:  Okay.  I understand.  Thank you.

14   Anything else from True the Vote that goes beyond what

15   Linchpins requesting?

16         MR. BOPP:  Yes, your Honor.  We have summarized on

17   page four and five of our reply the categories of

18   information that we're requesting.  Now we will withdraw our

19   numbers four and five and would rest on the remaining ones.

20   And I would just say this generally, the posture of our case

21   is they are saying we should be dismissed because the

22   problem has been fixed.  That's where we are.  It's moot now

23   because the problem has been fixed.

24         That -- well determining that which is their

25   burden and our right to investigate through discovery is the

1    problem was that, that I see now number one is what is the

2    problem?  As I already described the problem in our view was

3    the targeting scheme that simply manifested itself in

4    different ways like in the application process or in giving

5    documents to House staffers or whatever.  They think the

6    problem is the, that we didn't get our application timely.

7            Now in order to say whether the problem is fixed

8    we need to find out what happened to us and why, how did it

9    happen and why did it happen?  Because for them to say that

10   it's fixed depends on what happened to us and whether or not

11   that has been fixed.

12           So that's why we want and believe we are entitled

13   to in order to address their effort to dismiss the same we

14   fixed everything that was a problem we need to know what

15   happened to us.  And that's, and I don't consider that

16   backward looking.  That is a necessary precondition because

17   until you know what happened how can you say it was fixed?

18   It's impossible.  So that is why we want discovery regarding

19   what happened to us, that is the application process, any

20   disclosures that occurred.  We all believe this is -- the

21   problem was the targeting.  They --

22           THE COURT:  I guess where I am amiss is that, for

23   example, theoretically there was nothing on the books that

24   prohibited inappropriate targeting and therefore, there was

25   inappropriate targeting.  And then subsequent to that

1    targeting the agency comes out and issues an emphatic edict

2    that you cannot target based upon inappropriate

3    considerations, and if you do you will be fired.  I guess I

4    don't see if they came out theoretically with that type of

5    edict why you would need to know what happened in order to

6    assessing whether that problem had been resolved?

7              MR. BOPP:  You know, so much of what we're taking

8    about here depends upon how that would be worded, okay.  Of

9    course, our view is it was viewpoint discrimination.  That

10   is the policy and anti-viewpoint discriminatory policy needs

11   to be adopted which they have not done.  So we're not in the

12   position of where they've adopted a policy that targets the

13   problem that we believe is that needs to be addressed here.

14             What they are talking about is well, number, you

15   know, I mean three things.  We're not going to have so much

16   delay.  We're going to have more oversight by the

17   administration, and we're not going to use Tea Party to

18   select people.  I mean, that's all we know that they've

19   really tried to address in their changes.  And of course,

20   none of that says anything about viewpoint discrimination.

21   It does say something inferentially about one technique used

22   to select based on viewpoint which was look in the name for

23   tea party, but it doesn't have anything to do with

24   prohibiting the underlying policy of targeting just one

25   manifestation of it.

1            We don't know if there are other manifestations.

2   Were there other criteria they were using internally that we

3   don't know about?  Or was there a policy about certain

4   administrative officials can designate people to be

5   targeted?  Or do they have a policy that says well Senators

6   complain we're going to target those people?  How do we

7   know?

8            I think we're entitled to find out how we were

9   adversely affected in order to assess, for the Court to

10  assess whether or not what they have done fixes that

11  problem.  So I don't consider that backward lurking.  I

12  think it's essential to, if they say the problem's fixed

13  let's find out what the problem is.  The problem is we only

14  see certain manifestations.  You know, we get a letter

15  asking for inappropriate information which we didn't answer,

16  you know.  We see delays, but we don't see the inner goings

17  on among all these people on, you know, memos and emails and

18  decisions being made all about us.

19           What was the decision-making process be very

20  interesting that had allowed the illegal release of our tax

21  information to House staffers?  That sounds like part of the

22  targeting program, but maybe it wasn't but let's find out.

23  Let's find out how we were affected to see if that problem

24  has been fixed.

25           THE COURT:  Any brief response from the

1    government?

2            MS. BECKERMAN:  Yes, your Honor.  Your Honor, as

3    an initial matter understanding your ruling discovery,

4    limited discovery will take place I still would like to

5    correct a statement that I made.  My colleagues were kind

6    enough to remind me in response to your question about

7    whether the IRS has written policies that it actually does

8    both in terms of interim guidance particularly the Internal

9    Revenue Service manual.

10           THE COURT:  Were these adopted after these claims

11   were raised or before?

12           MS. BECKERMAN:  I'm not sure about the timing, but

13   they are mentioned in Ms. Ripperda's declaration.  I'm

14   informed by my colleague they were adopted after.

15           THE COURT:  Okay.

16           MS. BECKERMAN:  So going back to the issue of the

17   appropriate scope of discovery here, let me first start with

18   True the Vote's statement about the need for, alleged need

19   for discovery.

20           True the Vote says that it needs to know what

21   happened to it.  The appropriate basis to start with what

22   happened to True the Vote or to any of the plaintiffs is

23   what they alleged in their complaint.  And at this point

24   especially True the Vote application was granted three and a

25   half years ago it's difficult to understand how they need

1    any discovery at this point to respond to the jurisdictional

2    allegations that are raised in the United States motion for

3    summary judgment.

4          The --

5          THE COURT:  I think to circumvent your argument I

6    understand the scope of what they want, but it seems to me

7    as I indicated before that if looking back has some impact

8    on conceivably what would happen in the future, I agree,

9    they may have discovery rights in reference to that.  But if

10   just looking back for the sake of looking back I don't see

11   how that really aids in the assessment as to whether these

12   claims are now moot.

13         Because while I appreciate counsel's desire to

14   want to know if something happened after that that clearly

15   prohibits what took place before it seems to me that's what

16   I need to know.

17         MS. BECKERMAN:  Thank you, your Honor.  I believe

18   that clarification answers the United States' concern on

19   that point.  Briefly before moving on to Linchpins, both the

20   allegations about illegal release of True the Vote's tax

21   information and all of the other items that True the Vote

22   have speculated happen to it --

23         THE COURT:  Did they plead that?

24         MS. BECKERMAN:  They did not plead that, so

25   because it exceeds the scope of their complaint, we also

1    would argue that is beyond any scope of appropriate

2    discovery.  Also TIGTA and Congress have thoroughly examined

3    these issues and they found none of these specific things

4    that True the Vote mentioned today.  And again, not only is

5    it beyond the scope of the complaint, but they are all

6    purely speculative at this point.

7           Moving on to Linchpins' requested scope for

8    discovery.  We actually agree that producing, given your

9    Honor's ruling that it is appropriate for us to produce the

10   case files of the plaintiffs.  And given the ruling that a,

11   for Linchpins we agree that is appropriate.

12          THE COURT:  Do you take the same position

13   regarding the case files as it relates to True the Vote?

14          MS. BECKERMAN:  We believe --

15          THE COURT:  And if you don't, why would there be a

16   difference?

17          MS. BECKERMAN:  Right.  We would agree to produce

18   True the Vote's case file, application file as well.

19          THE COURT:  Okay.

20          MS. BECKERMAN:  As for Linchpins' request for

21   discovery regarding the criteria that triggers additional

22   review when an application comes into the IRS, here this is

23   a, with the possible exception of PECAN that is a past event

24   for all of the plaintiffs here.  They are past that stage of

25   the process.  And as we previously discussed we don't, the

1    IRS hasn't seen the application for PECAN yet.  And any fear

2    that PECAN has at this point that it will be subject to the

3    same treatment again is entirely speculative.  And even if

4    we assume the past unconstitutional treatment occurred to

5    PECAN that would not justify any fear that they have as to

6    future harm from the same events.

7              And --

8              THE COURT:  Okay.  I will issue an order setting

9    forth the scope of the discovery.  I conclude it is

10   appropriate, and I'll try and get that to you by Monday,

11   Tuesday at the latest so that the discovery can proceed.

12   Obviously depending upon what I rule would have some impact

13   I guess on how long it should take to complete the

14   discovery, but I'd like to get this done as expeditiously as

15   possible.

16             How long do you think it's going to take to

17   complete the discovery?  Because I would think most of the

18   discovery could be accomplished through answers to

19   interrogatories.  As far as the deposition is concerned I

20   know there's one request for the prior head of this

21   particular division to be deposed.  I don't see now that

22   that person has gone why that person's deposition would be

23   necessary.  It seems to me -- has that person been replaced

24   by someone?  Or is there someone acting in that person's

25   position?

```
 1              MS. BECKERMAN:  In my reading of the plaintiff's
 2   materials the only deposition that I saw that either of them
 3   explicitly requested was for Tamera Ripperda.
 4              THE COURT:  Right.
 5              MS. BECKERMAN:  Right -- who is -- right.  She is
 6   still with the IRS and is available.
 7              THE COURT:  She is still there in that same
 8   position?
 9              MS. BECKERMAN:  Not in the same position, but she
10   is still the person who was overseeing the changes that the
11   plaintiffs say that they want to know about.
12              THE COURT:  And is there someone in her prior
13   position?
14              MS. BECKERMAN:  Yes, your Honor, there is.
15              THE COURT:  Then I would authorize consistent with
16   the limits I would impose as to what the discovery can be as
17   far as whether it be depositions or answers to
18   interrogatories that it would seem to me appropriate for her
19   to be queried within that scope.  And if there's someone
20   currently in that position and making current decisions
21   about what takes place regarding review of applications,
22   whatever I think it would be appropriate for that person to
23   be deposed also within the limited scope of what I've
24   indicated, and that would be what is taking place now.  And
25   looking back only to the extent, looking back would have
```

1   some impact on what could happen in the future.

2         I'll issue an order indicating the scope of what I

3   would authorize.  Like I said I'll try to get that out some

4   time early next week.

5         MS. GAMMILL:  Your Honor --

6         THE COURT:  Yes.

7         MS. GAMMILL:  If I may.

8         THE COURT:  If it's brief.  I've got to go take

9   care of this tooth.

10         MS. GAMMILL:  I just wanted to clarity that we

11   actually did request to the extent that documents and

12   answers to interrogatories that would come in, that

13   definition may be necessary.

14         THE COURT:  I'm sorry.  I meant to say I'll

15   authorize limited document requests consistent with the

16   scope of what I said they would have to provide by way of

17   discovery, so I didn't mean to leave that out.

18         MS. GAMMILL:  No, no.  But my point if I wasn't

19   clear is that based on what they produce it may be that

20   there's something in there that demonstrates there's

21   absolutely a deposition that would be warranted to get at

22   the full scope, so we're okay --

23         THE COURT:  I mean, those are the only depositions

24   I'm authorizing now.  If something arises as a result of

25   what's produced obviously you can ask that the scope be

1    expanded based upon that.  Thank you.

2              MS. GAMMILL:  Thank you, your Honor.

3              [Thereupon, the proceedings adjourned at 2:57

4              p.m.]

5                        CERTIFICATE

6              I, Cathryn J. Jones, an Official Court Reporter

7    for the United States District Court of the District of

8    Columbia, do hereby certify that I reported, by machine

9    shorthand, the proceedings had and testimony adduced in the

10   above case.

11             I further certify that the foregoing 53 pages

12   constitute the official transcript of said proceedings as

13   transcribed from my machine shorthand notes.

14             In witness whereof, I have hereto subscribed my

15   name, this the 19th day of April, 2017.

16

17

                              /s/_Cathryn J. Jones
18                            Cathryn J. Jones, RPR
                              Official Court Reporter
19

20

21

22

23

24

25

**A**

MR. BOPP: [7]   3/11 16/5 18/14 18/22
19/4 44/15 46/6
MR. SERGI: [2]   3/14 3/19
MS. BECKERMAN: [30]   4/13 4/23 7/9
9/1 21/8 21/23 22/15 22/24 23/14
23/23 24/14 25/20 26/22 28/25 31/19
33/17 34/5 34/15 48/1 48/11 48/15
49/16 49/23 50/13 50/16 50/19 51/25
52/4 52/8 52/13
MS. GAMMILL: [22]   3/7 9/2 9/8 10/1
11/23 12/16 12/24 14/14 34/16 34/22
35/6 35/14 37/23 38/15 39/25 41/25
42/17 53/4 53/6 53/9 53/17 54/1
THE COURT: [58]
THE DEPUTY CLERK: [1]   3/1

**'**

'alleged [1]   17/15

**.**

.x [2]   1/6 1/10

**/**

/s [1]   54/17

**1**

13-734 [2]   1/4 3/5
13-777 [2]   1/8 3/6
14th [1]   17/10
1595 [1]   1/20
1600 [1]   1/23
19th [1]   54/15
1:35 [1]   1/10

**2**

20001 [1]   2/9
20044 [1]   2/4
2013 [1]   26/1
2015 [1]   21/15
2017 [2]   1/9 54/15
2:57 [1]   54/3

**3**

30339 [1]   1/23
31st [1]   5/25
333 [1]   2/8
37027 [1]   1/21

**4**

400 [1]   1/23
47807 [1]   1/18

**5**

501 [1]   5/18
53 [1]   54/11
55 [1]   2/3
56 [4]   31/24 32/5 33/4 39/3

**6**

6521 [1]   2/8
6th [1]   1/18

**7**

734 [2]   1/4 3/5
777 [2]   1/8 3/6

abdicate [1]   37/20
abdication [1]   23/19
able [3]   31/25 34/10 44/5
about [33]   7/23 8/23 9/15 9/19 10/17
14/15 16/7 20/2 21/22 22/5 23/5 23/10
23/12 24/10 24/19 26/10 38/6 39/18
39/24 39/24 46/8 46/14 46/20 46/21
47/3 47/3 47/18 48/6 48/12 48/18
49/20 52/11 52/21
above [1]   54/10
absolutely [5]   4/6 5/8 9/9 10/20 53/21
access [1]   11/2
accomplished [1]   51/18
according [1]   26/20
accurately [1]   7/3
acknowledge [1]   20/6
acknowledged [3]   20/2 20/8 26/20
acknowledges [1]   19/25
acquire [1]   39/24
Act [3]   21/14 21/14 24/1
acted [1]   5/3
acting [1]   51/24
action [4]   3/5 20/20 36/15 43/3
activities [7]   9/12 12/6 15/10 24/3 24/8
28/3 28/6
activity [3]   9/10 39/15 39/25
actual [1]   32/4
actually [21]   8/16 9/24 14/3 14/5 22/25
23/5 24/17 27/14 32/11 32/22 33/9
36/15 36/18 38/6 41/24 42/8 42/23
43/24 48/7 50/8 53/11
added [1]   21/16
additional [13]   6/1 6/5 8/18 13/25
36/11 37/7 38/3 38/7 38/18 39/12 40/8
40/19 50/21
address [7]   4/12 8/23 9/5 23/11 31/9
45/13 46/19
addressed [5]   26/12 26/14 28/11
32/14 46/13
addressing [3]   4/15 7/6 17/13
adduced [1]   54/9
adequate [1]   24/1
adjourned [1]   54/3
administration [11]   12/12 12/23 14/8
18/13 19/17 25/23 30/18 30/20 33/13
33/14 46/17
administrative [6]   5/20 6/9 26/24
29/18 29/21 47/4
admissible [1]   20/11
admissions [1]   30/5
admitted [2]   37/8 38/16
adopt [2]   19/8 20/3
adopted [7]   16/17 19/10 19/12 46/11
46/12 48/10 48/14
adverse [7]   11/21 16/12 17/25 18/5
18/7 18/8 36/25
adversely [1]   47/9
affected [2]   47/9 47/23
affidavit [4]   19/22 19/25 20/13 42/22
afford [1]   30/9
after [8]   10/8 18/2 23/1 23/2 29/22
48/10 48/14 49/14
afternoon [7]   3/2 3/8 3/11 3/12 3/14
3/15 3/18 4/14 37/6
again [24]   13/7 13/23 14/7 14/16
14/19 14/22 15/20 18/5 21/1 33/10

against [9]   12/22 13/13 17/22 17/25
19/14 19/15 20/21 20/22 21/14
agency [10]   19/6 20/13 20/18 21/4
21/6 21/23 21/24 22/14 24/8 46/1
agents [1]   20/24
ago [7]   6/16 9/12 34/18 43/12 43/13
43/14 48/25
agree [15]   10/18 24/11 24/11 29/8
31/11 35/5 35/5 35/14 37/16 37/18
38/14 49/8 50/8 50/11 50/17
agreed [1]   41/16
agreement [1]   41/17
Agreements [3]   6/3 11/5 43/25
agrees [2]   31/21 34/6
ahead [2]   11/14 15/13
aided [1]   2/13
aids [1]   49/11
aisle [1]   13/11
albeit [1]   9/16
Albuquerque [1]   6/7
all [24]   4/16 5/3 11/3 12/15 16/7 22/13
26/12 26/14 32/15 36/8 36/16 37/25
38/21 39/8 40/7 42/6 44/9 45/20 46/18
47/17 47/18 49/21 50/5 50/24
allegation [6]   9/18 24/14 24/21 27/1
33/5 33/9
allegations [14]   6/18 7/11 7/23 9/15
9/16 25/6 26/2 27/10 32/15 34/11 41/3
44/3 49/2 49/20
allege [2]   9/4 27/13
alleged [12]   8/6 8/9 8/11 10/25 24/14
32/11 33/21 35/18 35/22 37/13 48/18
48/23
alleviated [1]   12/10
allow [1]   34/10
allowed [2]   13/5 47/20
alluded [1]   42/13
alone [2]   8/21 33/20
already [6]   14/19 16/23 17/3 17/21
20/20 45/2
also [21]   3/4 3/20 6/7 7/6 8/9 8/12 8/17
9/16 17/5 23/7 23/11 24/3 25/23 26/9
28/9 31/23 32/21 33/12 49/25 50/2
52/23
altered [2]   28/3 28/6
always [2]   18/16 23/21
am [4]   4/4 29/14 31/4 45/22
amended [4]   9/11 12/10 29/23 41/3
AMERICAN [1]   1/20
Americas [1]   21/14
amiss [1]   45/22
among [1]   47/17
amount [1]   4/11
amply [1]   21/11
analysis [1]   14/25
another [2]   26/21 41/20
answer [3]   29/3 32/1 47/15
answering [1]   32/18
answers [4]   49/18 51/18 52/17 53/12
anti [1]   46/10
anti-viewpoint [1]   46/10
any [32]   5/10 8/14 8/17 17/14 21/3
23/17 24/11 24/21 24/21 24/24 25/17
26/15 26/17 27/2 27/23 28/4 30/14

## A

**any...** [15]  33/9 33/13 33/14 35/22 36/1 37/6 37/19 43/3 45/19 47/25 48/22 49/1 50/1 51/1 51/5
**anything** [6]  16/4 33/22 43/10 44/14 46/20 46/23
**APA** [2]  29/16 29/17
**apologies** [1]  10/3
**apparent** [1]  39/21
**apparently** [1]  41/22
**appeal** [1]  4/18
**appeals** [6]  6/1 27/1 27/3 28/22 43/23 43/25
**APPEARANCES** [1]  1/15
**appeared** [2]  5/14 25/10
**applicant** [4]  19/12 25/10 25/16 27/7
**applicants** [1]  5/17
**application** [58]
**applications** [20]  4/20 5/3 5/13 5/19 6/12 8/2 8/7 8/13 8/16 9/8 10/5 10/11 26/7 26/18 30/10 39/13 39/14 41/6 43/19 52/21
**applied** [4]  5/17 43/16 44/2 44/6
**applies** [1]  33/4
**appreciate** [1]  49/13
**appreciative** [1]  29/16
**apprize** [1]  25/18
**appropriate** [37]  4/11 4/16 5/10 5/12 7/25 8/23 19/22 20/3 20/3 22/4 22/4 24/5 24/13 25/19 26/7 29/15 31/22 32/7 33/19 34/14 34/20 35/14 35/21 39/10 41/14 43/8 43/9 44/4 44/9 48/17 48/21 50/1 50/9 50/11 51/10 52/18 52/22
**appropriately** [5]  6/23 26/13 37/20 41/20 42/11
**approval** [2]  16/18 17/7
**approved** [5]  5/24 5/24 8/17 16/9 18/2
**April** [1]  1/9 6/10 54/15
**are** [80]
**area** [2]  34/7 42/2
**areas** [5]  23/9 24/9 27/24 32/6 33/1
**aren't** [1]  42/16
**argue** [1]  50/1
**argument** [7]  7/10 7/21 49/5
**arisen** [1]  18/7
**arises** [1]  53/24
**arose** [1]  29/3
**as** [86]
**aside** [4]  13/18 15/25 34/8 36/19
**ask** [3]  3/6 18/10 40/3 40/8 40/17 53/25
**asked** [6]  3/24 12/18 35/10 38/12 39/4 44/8
**asking** [4]  40/20 41/18 42/6 47/15
**aspect** [3]  33/13 33/14 33/14
**assess** [7]  4/8 7/7 29/11 30/11 34/4 47/9 47/10
**assessing** [3]  9/7 25/19 46/6
**assessment** [4]  30/17 34/2 34/3 49/11
**associated** [1]  40/10
**association** [2]  13/18 43/11
**associations** [1]  43/6
**assume** [6]  12/12 28/9 28/12 30/19 32/15 51/4
**assuming** [2]  12/21 26/15
**assurance** [5]  21/20 22/7 23/16 23/19

## 

24/2
**assurances** [4]  14/9 14/22 15/7 42/7
**Atlanta** [1]  1/23
**attempting** [1]  33/1
**attention** [2]  13/20 13/21
**Attorney** [4]  1/19 2/1 2/1 2/2
**Attorney-at-Law** [1]  1/19
**attorneys** [1]  36/15
**audit** [6]  15/14 16/2 23/18 23/22 23/22 43/8
**audited** [3]  15/17 15/17 15/19
**authorize** [3]  52/15 53/3 53/15
**authorizing** [1]  53/24
**automatically** [2]  11/8 15/14
**available** [1]  52/6
**Avenue** [1]  2/8
**awarded** [1]  37/22
**away** [1]  22/9

## B

**back** [23]  13/9 14/3 14/17 15/8 23/7 23/11 31/11 34/19 34/25 35/8 35/10 35/16 35/25 36/6 39/18 40/25 44/11 48/16 49/7 49/10 49/10 52/25 52/25
**backward** [3]  32/17 45/16 47/11
**base** [2]  13/15 33/13
**based** [35]  5/12 9/12 9/13 9/20 9/21 10/10 11/11 12/3 12/6 13/1 13/13 13/18 15/15 18/1 18/8 19/6 19/8 19/10 19/11 19/18 19/23 20/1 21/5 21/8 23/22 28/5 31/6 34/13 37/25 38/3 43/6 46/2 46/22 53/19 54/1
**basis** [5]  16/9 37/22 38/1 40/8 48/21
**be** [86]
**because** [47]  5/6 8/2 9/17 10/14 10/20 11/3 12/12 13/11 13/19 14/12 15/12 15/15 15/22 16/3 17/8 17/18 18/7 19/14 19/16 19/18 23/19 24/4 25/4 27/5 27/7 30/12 30/19 31/23 36/23 37/19 37/25 38/4 40/3 40/8 40/9 41/8 42/4 42/12 43/11 44/2 44/21 44/23 45/9 45/16 49/13 49/25 51/17
**Beckerman** [2]  2/1 3/17
**been** [47]  5/3 5/24 8/2 8/5 8/8 8/16 10/9 10/15 11/5 12/7 12/9 13/14 14/6 14/19 14/22 14/24 15/16 21/11 23/25 24/20 24/22 25/2 25/5 25/17 25/22 27/1 27/2 27/9 29/19 29/22 30/4 30/20 32/1 38/12 41/18 41/19 41/19 42/14 43/5 43/22 44/1 44/22 44/23 45/11 46/6 47/24 51/23
**before** [17]  1/13 4/19 5/10 5/15 5/25 7/11 7/14 9/11 10/22 16/24 24/25 32/20 38/10 48/11 49/7 49/15 49/19
**behalf** [4]  3/9 3/13 3/17 20/13
**being** [8]  6/12 8/1 10/13 10/18 12/16 31/25 41/24 47/18
**believe** [14]  18/13 22/17 23/25 33/19 34/14 35/20 35/21 40/12 43/2 45/12 45/20 46/13 49/17 50/14
**Ben** [1]  2/4
**benefit** [2]  41/21 42/12
**between** [1]  17/6
**Bevins** [1]  3/21
**beyond** [9]  9/10 23/9 23/9 32/22 34/9 37/10 44/14 50/1 50/5
**biases** [1]  33/21

## 

**bill** [1]  21/16
**bipartisan** [1]  39/18
**bit** [3]  36/6 42/15 44/11
**body** [1]  25/24
**BOLO** [1]  39/5
**books** [4]  13/6 13/12 14/12 45/23
**Bopp** [3]  1/17 1/17 3/12
**both** [15]  4/5 6/14 6/21 7/12 7/16 7/22 8/3 14/13 25/22 26/7 32/4 32/9 33/4 48/8 49/19
**Box** [1]  2/3
**branch** [2]  18/12 30/24
**brand** [1]  28/5
**Brentwood** [1]  1/21
**brief** [2]  47/25 53/8
**briefing** [4]  5/15 27/15 27/20 39/18
**Briefly** [1]  49/19
**bring** [1]  32/20
**bucket** [1]  11/15
**budget** [1]  21/16
**bulk** [3]  8/15 26/1 26/17
**burden** [4]  13/2 13/2 13/23 44/25
**bureaucracy** [1]  19/14
**bureaucrat** [1]  20/16

## C

**C3** [1]  18/3
**C4s** [1]  11/7
**CA** [2]  1/4 1/8
**calls** [1]  15/20
**came** [3]  23/2 25/9 46/4
**campaign** [1]  39/14
**can** [21]  4/4 5/11 10/1 10/22 13/6 13/12 13/22 14/19 21/1 22/14 23/10 23/21 24/12 25/19 30/6 39/22 45/17 47/4 51/11 52/16 53/25
**can't** [14]  13/15 13/17 13/17 13/19 21/7 23/22 31/11 37/15 37/16 37/19 39/23 40/17 43/8 43/9
**cannot** [6]  13/3 13/23 14/16 22/14 23/18 46/2
**capture** [1]  17/10
**care** [1]  53/9
**Carly** [2]  1/19 3/8
**case** [28]  4/21 5/1 7/14 9/11 13/19 14/15 15/5 16/23 24/4 28/10 29/24 30/17 31/5 32/19 33/11 33/16 33/23 36/14 36/16 36/19 36/21 37/3 44/5 44/20 50/10 50/13 50/18 54/10
**cases** [5]  5/7 20/10 29/16 29/18 40/24
**categories** [3]  35/19 36/7 38/7 44/8 44/17
**category** [3]  36/6 36/8 39/2
**Cathryn** [4]  2/7 54/6 54/17 54/18
**caught** [1]  19/18
**cause** [1]  37/20
**caused** [1]  20/22
**ceased** [4]  12/19 15/1 35/24 39/6
**center** [2]  1/20 41/2
**certain** [5]  7/23 16/12 22/16 47/3 47/14
**certainly** [4]  7/11 22/19 24/15 28/10
**CERTIFICATE** [1]  54/5
**certify** [2]  54/8 54/11
**cessation** [1]  14/25
**challenged** [3]  33/15 43/18 43/21
**change** [7]  12/11 13/6 13/10 23/6

**C**

**change... [3]** 28/18 28/19 30/18
**changed [1]** 27/6
**changes [7]** 22/2 22/5 23/25 42/8 42/8 46/19 52/10
**changing [4]** 3/19 3/22 22/20 23/3
**characterization [1]** 42/21
**charge [1]** 22/22
**Circle [1]** 1/23
**circuit [16]** 4/17 5/5 5/6 6/22 6/25 7/2 7/11 7/18 7/22 7/25 10/21 14/20 15/3 16/24 16/25 27/5
**circumstances [5]** 29/21 30/4 30/6 31/1 31/23
**circumvent [1]** 49/5
**cities [4]** 5/22 5/23 5/25 6/5
**Civil [1]** 3/5
**claims [7]** 6/25 7/15 17/13 31/6 33/3 48/10 49/12
**clarification [1]** 49/18
**clarity [1]** 53/10
**class [1]** 36/15
**clear [1]** 53/19
**clearly [1]** 49/14
**client [3]** 11/22 18/22 36/18
**clients [3]** 4/9 12/22 26/21
**clients' [1]** 23/17
**code [1]** 5/18
**colleague [1]** 48/14
**colleagues [1]** 48/5
**COLUMBIA [2]** 1/2 54/8
**come [6]** 3/24 13/9 13/11 18/17 26/8 53/12
**comes [4]** 39/15 40/14 46/1 50/22
**coming [2]** 16/3 25/13
**commissioner [1]** 20/15
**commit [1]** 28/13
**commitment [1]** 22/19
**committees [1]** 39/16
**complain [1]** 47/6
**complained [1]** 24/10
**complaint [27]** 6/18 6/23 7/23 8/1 8/9 9/4 9/5 9/9 9/11 9/13 9/19 9/25 10/6 10/25 23/2 24/14 24/18 27/25 28/23 29/23 32/11 32/16 33/8 41/3 48/23 49/25 50/5
**complaints [9]** 6/14 7/17 8/3 23/10 25/7 26/3 29/23 32/17 32/23
**complete [6]** 22/9 26/5 40/6 40/13 51/13 51/17
**completely [1]** 15/2
**computer [1]** 2/13
**computer-aided [1]** 2/13
**conceivably [9]** 4/3 4/9 7/8 11/18 11/23 11/25 30/5 30/21 49/8
**concern [5]** 14/11 18/6 18/10 26/10 49/18
**concerned [2]** 14/18 51/19
**concerning [6]** 32/24 33/7 33/12 33/21 43/3 43/17
**concerns [2]** 4/17 18/20
**conclude [3]** 24/12 30/2 51/9
**concludes [1]** 8/20
**conclusion [1]** 4/1
**conduct [13]** 4/8 16/11 16/14 17/18 19/25 21/18 22/3 22/23 23/2 23/4 23/6 27/2 32/11

**conference [2]** 6/2 43/24
**conferences [1]** 6/9
**confidential [1]** 17/22
**confined [1]** 24/13
**confirmed [1]** 6/22
**Congress [4]** 21/20 40/15 40/15 50/2
**congressional [1]** 13/21
**connection [1]** 24/23
**Conner [2]** 2/2 3/16
**consequence [1]** 36/25
**consequences [1]** 17/14
**conservative [5]** 10/3 18/16 24/20 28/25 30/21
**conservatives [2]** 19/15 20/21
**consider [3]** 29/19 45/15 47/11
**considerations [2]** 23/23 46/3
**considered [1]** 25/19
**considering [3]** 12/13 29/16 30/18
**consistent [2]** 52/15 53/15
**consolidated [1]** 21/15
**constituency [1]** 12/13
**constitute [1]** 54/12
**Constitution [1]** 2/8
**constitutional [6]** 16/13 17/18 28/13 28/16 29/4 29/9
**construe [1]** 11/20
**contact [2]** 16/16 16/18
**contained [1]** 44/5
**continue [1]** 12/2 29/22
**continued [2]** 10/9 37/23
**contrary [1]** 41/8
**control [3]** 12/16 18/12 30/23
**controversy [3]** 5/2 28/8 32/19
**convinced [3]** 4/5 4/12 29/14
**copies [1]** 38/21
**correct [4]** 21/4 22/2 37/24 48/5
**could [10]** 4/9 11/23 11/25 14/7 18/22 20/25 21/4 31/15 51/18 53/1
**counsel [7]** 3/21 30/1 34/13 37/5 37/20 38/10 41/8
**counsel's [2]** 23/12 49/13
**couple [4]** 13/25 16/25 21/10 43/20
**course [4]** 16/23 16/20 46/9 46/19
**court [20]** 1/1 2/7 2/7 2/8 5/2 7/15 14/20 17/4 17/9 18/17 24/25 29/12 29/18 30/2 31/7 32/20 47/9 54/6 54/7 54/18
**cover [1]** 11/18
**covers [1]** 22/8
**criteria [17]** 8/10 8/15 12/6 18/9 19/22 26/8 33/13 39/11 40/2 40/12 40/13 40/16 40/16 40/18 40/21 47/2 50/21
**critical [1]** 22/1
**cross [1]** 42/25
**cross-examining [1]** 42/25
**current [20]** 12/23 18/13 30/7 30/11 30/12 30/13 30/19 30/22 31/13 31/13 31/23 32/13 33/11 34/21 34/24 36/3 39/7 44/10 44/12 52/20
**currently [8]** 5/13 6/8 15/17 21/5 24/24 32/19 36/2 52/20
**curry [1]** 19/16
**cut [1]** 37/15

**D**

**D.C [2]** 1/9 2/9
**day [1]** 54/15

**days [1]** 43/13
**DC [13]** 1/4 4/17 5/3 5/6 6/21 6/24 7/11 7/18 7/22 7/24 16/24 16/25 27/5
**deal [1]** 29/17
**dealing [3]** 9/6 36/16 38/19
**dealt [1]** 6/19
**decide [1]** 5/2
**decided [1]** 14/3
**deciding [1]** 29/19
**decision [5]** 4/16 17/8 43/12 43/13 47/19
**decision-making [1]** 47/19
**decisions [4]** 13/13 13/16 47/18 52/20
**declaration [12]** 7/4 20/11 21/25 22/8 22/18 25/4 25/22 28/1 39/3 42/14 42/25 48/13
**declarations [1]** 21/12
**deep [1]** 39/19
**defendant [5]** 1/6 1/10 2/1 17/12 20/15
**defendant's [1]** 36/9
**defendants [1]** 17/16
**deficiencies [1]** 41/9
**definition [1]** 53/13
**degree [1]** 30/10
**delay [8]** 8/7 8/8 9/7 9/15 35/22 41/1 43/5 46/16
**delays [1]** 47/16
**demonstrate [5]** 13/3 13/23 39/8 42/7 43/15
**demonstrated [1]** 17/19
**demonstrates [2]** 41/19 53/20
**demonstrating [2]** 40/22 41/6
**denial [8]** 5/23 6/8 7/5 9/7 14/3 26/24 28/21 43/19
**denials [2]** 5/19 5/21
**denied [2]** 26/21 43/22
**dentist [1]** 3/24
**deny [1]** 11/13
**denying [1]** 43/18
**DEPARTMENT [2]** 2/2 3/16
**depending [1]** 14/14 51/12
**depends [3]** 14/14 45/10 46/8
**deposed [2]** 51/21 52/23
**deposition [6]** 41/4 43/2 51/19 51/22 52/2 53/21
**depositions [2]** 52/17 53/23
**described [4]** 6/25 31/22 32/16 45/2
**describing [1]** 7/25
**designate [2]** 13/19 47/4
**designed [1]** 37/17
**desire [1]** 49/13
**despite [1]** 10/3
**detailed [1]** 22/7
**determinations [1]** 10/4
**determine [5]** 40/2 40/13 41/25 42/23 44/12
**determined [1]** 42/2
**determining [2]** 29/11 44/24
**detrimentally [1]** 44/1
**developed [1]** 3/23
**devoid [1]** 33/9
**did [16]** 7/24 11/4 11/15 11/16 16/25 23/5 28/13 29/2 34/2 37/10 41/15 45/8 45/9 49/23 49/24 53/11
**didn't [5]** 10/12 34/18 45/6 47/15 53/17
**difference [3]** 17/6 17/7 50/16

**D**

**different [5]** 5/4 5/9 17/21 26/25 45/4
**difficult [3]** 36/14 36/20 48/25
**directed [1]** 18/6
**direction [1]** 21/6
**directions [1]** 20/23
**director [1]** 11/5
**disagree [1]** 35/12
**disclosure [1]** 32/24
**disclosures [1]** 45/20
**discover [1]** 33/1
**discovered [2]** 4/4 30/7
**discoveries [1]** 10/23
**discovery [59]**
**discriminate [7]** 12/22 19/8 19/10
19/17 21/4 21/8 37/18
**discriminating [1]** 19/6
**discrimination [6]** 9/22 19/19 19/20
20/1 46/9 46/20
**discriminatory [13]** 15/10 17/15 17/20
17/24 18/9 20/5 20/7 20/20 21/19
22/10 35/3 38/1 46/10
**discussed [2]** 25/22 50/25
**discussing [1]** 22/8
**discussion [1]** 39/18
**dismiss [1]** 45/13
**dismissal [2]** 4/18 8/22
**dismissed [3]** 16/25 17/3 44/21
**dispute [1]** 35/8
**disputes [1]** 29/2
**dissemination [1]** 33/7
**district [8]** 1/1 1/2 1/14 2/8 17/4 29/17
54/7 54/7
**division [5]** 2/3 11/6 22/6 23/1 51/21
**divisions [1]** 6/2
**do [48]** 5/14 11/2 12/23 14/4 16/1
18/15 19/5 19/5 19/13 19/13 19/15
19/21 20/23 22/23 23/22 27/4 27/17
28/17 30/9 30/10 34/5 34/12 35/20
37/1 37/3 39/20 40/1 41/17 41/24
41/25 42/3 42/23 43/7 43/7 43/10
43/10 43/14 43/14 43/20 44/10 44/11
46/3 46/23 47/5 47/6 50/12 51/16 54/8
**Docket [2]** 1/4 1/8
**document [1]** 53/15
**documents [10]** 36/8 40/4 41/4 41/22
42/11 42/12 42/18 43/2 45/5 53/11
**does [12]** 4/25 9/4 12/11 18/19 24/21
29/3 29/6 34/7 38/22 38/25 46/21 48/7
**doesn't [5]** 12/10 14/13 15/17 41/17
46/23
**doing [2]** 37/25 38/13
**don't [29]** 4/3 11/16 11/22 12/7 13/8
15/21 20/6 30/24 34/1 34/5 35/12
36/17 37/15 37/18 38/17 38/20 40/9
40/10 42/3 45/15 46/4 47/1 47/3 47/11
47/16 49/10 50/15 50/25 51/21
**done [8]** 22/15 39/8 41/18 41/19 41/19
46/11 47/10 51/14
**donors [1]** 18/4
**down [2]** 25/13 27/8
**DUMA [1]** 1/22
**during [2]** 22/1 23/3

**E**

**each [4]** 18/7 34/3 35/21 36/21
**early [2]** 3/24 53/4

**edict [2]** 46/1 46/5
**effect [1]** 42/24
**effective [5]** 41/7 41/14 41/20 42/2
42/8
**effectiveness [1]** 41/25
**effects [3]** 15/1 15/7 35/17
**effort [1]** 45/13
**eight [2]** 13/9 18/3
**either [4]** 27/8 28/20 33/15 52/2
**election [2]** 18/11 18/20
**electronically [1]** 36/9
**elements [1]** 32/21
**eliminated [1]** 25/5
**else [3]** 16/4 26/10 44/14
**elucidate [1]** 30/7
**email [1]** 11/4
**emails [1]** 47/17
**emphatic [1]** 46/1
**employed [5]** 9/14 17/16 20/1 20/7
39/5
**employee [2]** 21/18 34/3
**employees [4]** 25/18 33/22 41/5 41/11
**employing [1]** 19/19
**enacted [1]** 21/15
**encompass [1]** 11/22
**encompasses [3]** 9/10 11/25 24/9
**end [3]** 6/9 17/15 21/15
**endorsed [1]** 26/5
**enforcement [1]** 23/20
**engage [1]** 24/2
**engages [1]** 21/18
**ENGLISH [1]** 1/22
**enough [1]** 48/6
**ensure [1]** 42/9
**ensured [1]** 40/24
**ensuring [1]** 14/16
**entail [1]** 34/14
**entire [1]** 39/6
**entirely [4]** 7/16 28/7 28/19 51/3
**entirety [1]** 41/11
**entitled [10]** 7/4 10/20 16/2 35/4 36/23
39/1 40/25 42/22 45/12 47/8
**entity [7]** 17/17 22/23 22/23 25/20
26/4 27/13 39/25
**environment [1]** 30/23
**EO [2]** 11/5 41/5
**eradicated [1]** 15/2
**especially [1]** 48/24
**Esquire [2]** 1/17 1/22
**essential [1]** 47/12
**essentially [1]** 42/25
**establish [2]** 24/24 37/22
**evaluate [1]** 41/16
**evaluated [3]** 42/1 42/4 42/5
**evaluating [1]** 41/13
**evaluation [1]** 26/9
**even [24]** 6/24 10/8 12/21 14/21 14/23
15/13 15/16 19/18 20/6 20/11 20/15
24/9 26/15 27/1 27/3 28/9 28/12 30/5
34/2 36/21 40/6 41/13 42/3 51/3
**event [3]** 8/19 8/21 50/23
**events [1]** 51/6
**ever [2]** 34/1 34/5
**every [1]** 14/18
**everything [6]** 14/6 14/22 14/23 14/23
38/22 45/14
**evidence [15]** 11/2 11/3 15/22 32/24

33/3 33/6 33/12 33/20 35/22 39/4 41/6
41/18 42/15 43/14 43/17
**evolve [1]** 29/22
**evolving [1]** 29/22
**Exactly [2]** 33/18 38/16
**examined [1]** 50/2
**examining [1]** 42/25
**example [4]** 15/11 32/9 32/23 45/23
**exceed [2]** 7/17 32/7
**exceeds [1]** 49/25
**exception [1]** 50/23
**executive [1]** 18/12 30/23
**exempt [17]** 4/20 5/17 6/2 6/19 10/9
17/17 18/5 22/1 23/1 23/14 25/9 25/11
25/20 26/21 36/10 39/13 39/24
**exemption [1]** 39/25
**existed [1]** 25/5
**existing [1]** 29/18
**exists [1]** 21/5
**expanded [1]** 54/1
**expectation [1]** 27/11
**expected [2]** 13/3 13/24
**expeditiously [2]** 40/24 51/14
**experience [2]** 17/14 41/1
**experienced [1]** 35/23
**experiencing [1]** 8/7
**explain [1]** 30/6
**explains [2]** 25/3 25/8
**explicitly [2]** 21/17 52/3
**expressed [2]** 18/21 26/10
**extent [9]** 4/8 7/7 12/11 23/15 34/25
35/15 35/18 52/25 53/11
**exterminated [1]** 17/20

**F**

**face [1]** 27/23
**faced [1]** 5/5
**facing [2]** 6/17 8/9
**fact [19]** 4/18 5/3 5/5 5/6 5/13 6/12 7/6
11/11 15/23 22/4 22/7 30/25 31/7
31/14 38/3 39/6 40/9 40/10 40/23
**factor [1]** 29/11
**factors [1]** 25/19
**fair [1]** 10/21
**fairly [1]** 14/13
**fall [1]** 25/14
**far [7]** 18/23 18/24 27/21 30/23 32/7
51/19 52/17
**favor [1]** 19/16
**fear [2]** 51/1 51/5
**fears [1]** 28/4
**federal [1]** 21/17
**feelings [1]** 20/23
**felt [1]** 36/25
**fend [1]** 35/7
**few [2]** 4/19 5/7
**fields [1]** 24/3
**file [1]** 37/3 44/5 50/18 50/18
**filed [3]** 9/11 10/16 29/23
**files [8]** 36/14 36/16 36/18 36/21 38/23
39/2 50/10 50/13
**filing [1]** 16/18
**filings [1]** 37/9
**final [1]** 10/4
**finally [4]** 18/2 43/1 43/1 43/17
**financial [1]** 10/8
**find [9]** 8/20 19/5 32/10 33/2 45/8 47/8

**F**

**find... [3]** 47/13 47/22 47/23
**finding [1]** 5/1
**finds [1]** 8/21
**fired [1]** 46/3
**firing [1]** 21/18
**FIRM [1]** 1/17
**first [20]** 4/14 5/22 8/25 9/1 9/21 11/12 13/5 15/8 15/15 16/15 16/16 16/18 16/21 19/6 21/10 21/13 23/21 35/21 38/4 48/17
**fit [1]** 5/2
**five [10]** 15/14 15/19 37/2 39/4 41/2 43/12 43/13 43/13 44/17 44/19
**fixed [13]** 14/22 14/23 14/24 16/9 44/22 44/23 45/7 45/10 45/11 45/14 45/17 47/12 47/24
**fixes [1]** 47/10
**flagged [1]** 38/1
**flowing [1]** 19/3
**focus [4]** 4/22 4/25 34/24 44/10
**focused [1]** 43/7
**follow [1]** 41/16
**follow-up [1]** 41/16
**following [1]** 6/4
**foregoing [1]** 54/11
**formidable [1]** 13/2
**forth [2]** 39/18 51/9
**Fortuna [2]** 1/22 3/9
**forward [1]** 3/6
**found [7]** 6/21 6/25 24/17 26/5 26/13 41/9 50/3
**four [7]** 9/11 13/9 15/19 24/17 39/3 44/17 44/19
**Franklin [1]** 2/4
**frankly [2]** 17/9 38/18
**free [4]** 19/13 19/13 19/15 19/17
**front [3]** 26/25 27/5 41/2
**fruitful [1]** 34/8
**full [2]** 10/21 53/22
**fully [2]** 29/16 30/6
**function [3]** 25/3 25/4 33/20
**further [1]** 54/11
**future [23]** 4/10 7/9 7/12 9/6 11/23 11/25 12/5 15/10 15/11 15/25 23/14 23/18 25/13 27/23 28/5 28/18 31/12 35/3 35/14 37/1 49/8 51/6 53/1

**G**

**GA [1]** 1/23
**Gammill [2]** 1/19 3/9
**garnished [1]** 13/20
**gave [3]** 22/3 25/13 38/10
**geared [2]** 8/12 33/4
**general [3]** 20/10 24/19 25/23
**generally [2]** 29/17 44/20
**get [10]** 5/11 18/4 34/3 39/20 45/6 47/14 51/10 51/14 53/3 53/21
**gets [2]** 5/11 23/7
**give [6]** 20/9 20/11 23/4 23/18 24/1 37/17
**given [4]** 17/23 25/20 50/8 50/10
**gives [3]** 7/18 15/6 22/18
**giving [3]** 17/25 28/18 45/4
**go [16]** 3/23 9/1 11/14 14/3 15/13 18/4 23/9 23/11 32/6 32/22 33/22 38/5 39/20 41/11 42/6 53/8

**goal [1]** 7/19
**goes [5]** 25/7 29/5 29/10 36/3 44/14
**going [28]** 5/25 11/7 12/2 14/17 15/8 15/14 15/19 16/1 16/2 21/13 22/9 23/16 25/6 31/4 34/3 35/10 35/25 40/25 41/1 42/9 42/20 43/24 46/15 46/16 46/17 47/6 48/16 51/16
**goings [1]** 47/16
**gone [4]** 19/24 20/16 20/17 51/22
**Good [5]** 3/8 3/11 3/14 3/15 3/18 4/14
**got [4]** 12/20 16/22 43/23 53/8
**gotten [2]** 16/8 27/6
**government [29]** 4/3 4/7 4/10 10/16 11/3 14/1 14/13 15/4 15/6 15/20 16/7 17/12 18/12 21/3 24/8 28/9 30/1 30/24 34/6 36/15 37/5 37/8 38/12 38/22 38/22 38/25 41/8 42/13 48/1
**government's [2]** 30/5 34/11
**grant [2]** 11/7 15/13
**granted [9]** 6/4 6/6 6/16 10/15 10/23 14/19 15/24 16/24 48/24
**grounds [3]** 4/25 7/14 11/13
**group [5]** 12/3 15/12 18/14 38/5 40/9
**groups [16]** 6/17 6/17 13/17 14/11 15/24 16/12 16/16 16/20 18/17 19/2 19/16 22/12 28/25 30/21 38/20
**guess [4]** 12/17 45/22 46/3 51/13
**guidance [1]** 48/8

**H**

**had [39]** 4/7 5/17 5/18 5/23 5/25 6/1 6/22 6/25 7/5 7/9 8/9 8/11 8/12 8/16 8/18 10/14 10/20 10/20 12/15 12/21 14/22 15/4 15/13 15/22 16/16 16/23 21/20 23/6 26/13 27/18 28/2 36/18 38/10 38/13 41/21 42/12 46/6 47/20 54/9
**hadn't [2]** 27/7 42/5
**half [3]** 6/16 20/17 48/25
**handling [2]** 36/11 41/5
**hands [1]** 11/4
**happen [18]** 13/5 13/6 13/12 13/23 14/7 14/16 14/19 18/22 20/21 20/21 20/23 20/25 42/9 45/9 45/9 49/8 49/22 53/1
**happened [29]** 13/20 13/22 14/6 15/9 15/16 15/23 16/3 32/12 32/16 33/9 34/19 35/1 35/2 35/11 35/13 35/13 36/5 36/23 38/5 38/14 45/8 45/10 45/15 45/17 45/19 46/5 48/21 48/22 49/14
**happening [3]** 36/2 36/2 36/5
**harm [14]** 4/9 6/17 7/12 7/15 7/20 9/6 10/8 24/24 27/12 27/24 28/4 28/17 32/23 37/6 51/6
**harmed [2]** 24/6 26/17
**harms [6]** 8/4 8/10 8/17 21/21 23/8 28/23
**has [56]**
**hasn't [2]** 15/16 51/1
**Haute [1]** 1/18
**have [123]**
**haven't [4]** 15/22 24/9 37/9 38/17
**having [8]** 4/7 11/21 13/9 20/8 35/9 35/10 43/4 43/24
**head [3]** 21/25 23/1 51/20
**hear [14]** 4/10 8/25 31/19 34/12

**heard [1]** 7/24
**hearing [2]** 1/12 29/15
**heightened [2]** 38/2 43/5
**her [7]** 22/6 22/7 22/21 25/3 42/25 52/12 52/18
**here [22]** 10/15 10/18 10/24 11/14 13/21 13/22 14/7 15/25 16/7 17/1 20/9 32/3 32/8 32/25 35/17 35/21 37/5 46/8 46/13 48/17 50/22 50/24
**here's [4]** 11/24 34/24 36/13 40/3
**hereby [1]** 54/8
**hereto [1]** 54/14
**hey [1]** 16/22
**highly [1]** 27/23
**Hikes [1]** 21/14
**him [1]** 28/2
**holes [1]** 26/15
**Holly [1]** 11/4
**Honor [50]** 3/2 3/8 3/12 3/15 3/20 4/14 4/24 5/11 6/11 6/21 6/22 7/10 8/19 8/20 8/21 9/3 9/9 10/18 11/16 12/18 12/25 13/25 14/7 14/16 14/21 16/6 21/9 22/16 22/25 23/24 25/21 29/1 31/20 33/18 34/6 34/17 34/18 37/24 38/18 40/4 41/8 41/21 42/6 44/16 48/2 48/2 49/17 52/14 53/5 54/2
**Honor's [1]** 50/9
**HONORABLE [1]** 1/13
**hope [1]** 14/8
**hostile [1]** 19/15
**House [6]** 17/23 18/24 19/4 20/23 45/5 47/21
**how [19]** 12/20 31/17 34/1 34/3 34/5 39/19 41/24 41/25 44/6 45/8 45/17 46/8 47/6 47/8 47/23 48/25 49/11 51/13 51/16
**however [2]** 11/15 29/20

**I**

**I'd [4]** 8/22 24/11 24/15 51/14
**I'll [7]** 4/10 31/19 34/15 51/10 53/2 53/3 53/14
**I'm [14]** 4/12 7/2 12/2 18/19 22/16 29/16 32/5 35/7 38/6 41/1 48/12 48/13 53/14 53/24
**I've [3]** 34/13 52/23 53/8
**idea [2]** 23/8 41/23
**identified [5]** 6/23 10/23 12/3 12/5 36/7
**identify [2]** 3/6 38/25
**ignores [2]** 32/13 32/13
**illegal [4]** 16/11 17/23 47/20 49/20
**imminent [2]** 27/21 28/17
**impact [7]** 11/21 12/12 18/20 42/24 49/7 51/12 53/1
**impacted [1]** 8/14
**implemented [3]** 23/25 25/18 26/6
**implementing [1]** 22/2
**important [5]** 36/1 36/13 37/12 41/7 41/21
**importantly [1]** 41/12
**impose [1]** 52/16
**impossible [1]** 45/18
**improper [2]** 8/11 37/13
**inappropriate [14]** 8/10 8/15 19/2 23/23 26/8 28/25 30/14 31/1 31/16 33/10 43/24 45/25 46/2 47/15

**I**

**INC** [1] 1/3
**incentive** [2] 12/15 30/20
**inclined** [1] 12/23
**included** [2] 10/5 36/22
**includes** [1] 15/23
**including** [2] 17/13 43/22
**independent** [2] 4/25 25/24
**indicate** [1] 17/12
**indicated** [7] 25/12 29/14 30/16 34/14 37/20 49/7 52/24
**indicating** [1] 53/2
**indication** [2] 23/13 25/11
**individual** [1] 34/2
**individuals** [1] 12/14
**inferentially** [1] 46/21
**information** [31] 6/5 8/11 8/18 9/17 10/7 17/23 23/5 32/10 36/9 36/11 37/7 37/11 37/17 38/7 38/11 38/15 38/18 39/1 39/17 39/24 40/3 40/7 40/8 40/14 40/17 40/20 44/4 44/18 47/15 47/21 49/21
**informed** [1] 48/14
**initial** [6] 6/11 16/3 25/25 27/6 27/8 48/3
**initially** [4] 11/12 12/1 38/1 43/5
**injunction** [2] 18/18 21/2
**injury** [2] 30/14 31/15
**inner** [1] 47/16
**inquiries** [1] 35/22
**insist** [1] 19/7
**inspector** [2] 20/10 25/23
**instance** [1] 6/15
**insufficient** [2] 8/22 24/23
**integrity** [1] 30/1
**intend** [3] 43/7 43/10 43/14
**intends** [1] 43/3
**interesting** [1] 47/20
**interests** [1] 33/21
**interim** [1] 48/8
**internal** [9] 1/5 1/9 3/3 3/4 5/18 13/15 40/4 40/23 48/8
**internally** [1] 47/2
**interrogatories** [3] 51/19 52/18 53/12
**introduce** [1] 11/4
**introduced** [2] 11/2 42/15
**intrusive** [3] 9/15 10/7 38/11
**investigate** [1] 44/25
**investigation** [1] 24/8
**involve** [1] 44/11
**involved** [2] 20/24 36/15
**involving** [1] 39/14
**irrelevant** [1] 38/11
**irrevocably** [3] 15/2 15/2 17/19
**IRS** [60]
**IRS's** [1] 40/23
**is** [198]
**is it's** [1] 15/21
**issue** [7] 5/12 9/5 29/11 30/25 48/16 51/8 53/2
**issued** [1] 25/24
**issues** [8] 8/23 28/12 32/1 32/2 32/14 33/24 46/1 50/3
**it** [110]
**it's** [32] 13/2 13/11 14/9 15/21 15/21 17/24 25/25 27/12 28/19 31/12 31/17 34/9 36/1 37/12 39/18 39/21 40/13

**J**

**James** [1] 1/17
**January** [1] 27/20
**Jim** [1] 3/12
**Joe** [1] 3/15
**Jones** [4] 2/7 54/6 54/17 54/18
**Joseph** [1] 2/1
**Jr** [1] 1/17
**JUDGE** [2] 1/13 1/14
**judgment** [13] 5/15 9/23 10/16 10/16 10/22 11/1 13/1 13/1 15/6 32/1 33/25 34/11 37/9 49/3
**Julian** [2] 1/22 3/9
**juncture** [1] 29/6
**jurisdiction** [3] 5/12 29/12 31/8
**jurisdictional** [5] 28/12 32/2 32/14 33/24 49/1
**just** [23] 12/2 12/18 14/25 18/18 18/19 20/2 20/3 20/19 22/1 28/18 28/18 31/17 31/22 34/7 35/19 40/20 41/18 42/5 42/19 44/20 46/24 49/10 53/10
**JUSTICE** [1] 1/20 2/2 3/16
**justifiably** [1] 12/16
**justify** [1] 51/5

**K**

**keep** [1] 15/8
**keyed** [1] 15/3
**kind** [1] 48/5
**know** [49] 4/2 4/3 11/16 11/22 12/4 12/7 16/2 18/6 18/15 18/23 18/24 20/9 20/17 22/10 25/12 26/6 31/6 34/1 34/5 35/4 36/1 36/17 36/23 38/17 40/1 40/11 40/14 40/18 40/20 41/1 41/24 42/3 45/14 45/17 46/5 46/7 46/15 46/18 47/1 47/3 47/7 47/14 47/16 47/17 48/20 49/14 49/16 51/20 52/11
**knowledge** [3] 19/23 20/12 20/17
**known** [3] 9/13 9/17 40/16

**L**

**lacks** [1] 31/8
**laid** [1] 21/11
**Lane** [1] 1/20
**language** [2] 9/25 11/17
**large** [1] 38/20
**larger** [1] 36/8
**last** [3] 5/14 5/23 43/2
**later** [3] 11/9 35/8 38/5
**latest** [1] 51/11
**Laura** [4] 2/1 2/2 3/16 3/17
**law** [5] 1/17 1/19 1/20 21/17 28/16
**lawsuit** [1] 36/16
**layers** [1] 39/19
**least** [9] 3/25 7/7 9/18 11/19 27/4 27/18 29/10 37/9 37/10

**least they** [1] 27/18
**leave** [1] 53/17
**let** [5] 8/25 34/12 34/12 34/15 48/17
**let's** [3] 47/13 47/22 47/23
**lets** [1] 40/18
**letter** [2] 18/3 47/14
**level** [3] 29/4 29/12 29/15
**liberal** [2] 14/11 19/16
**liberals** [1] 20/22
**LIBERTY** [4] 1/7 1/19 3/4 3/10
**lie** [1] 7/23
**light** [1] 18/11
**like** [16] 8/22 9/16 14/7 17/24 19/21 24/16 32/6 36/4 40/9 40/10 43/23 45/4 47/21 48/4 51/14 53/3
**likely** [3] 12/20 24/2 28/22
**limited** [13] 4/11 8/1 9/17 9/18 11/2 12/4 31/4 31/22 32/7 33/19 48/4 52/23 53/15
**limits** [1] 52/16
**LINCHPINS** [16] 1/7 1/19 3/4 3/9 5/16 6/14 17/6 24/16 26/20 27/14 32/9 32/23 33/15 44/15 49/19 50/11
**Linchpins'** [4] 4/19 7/12 24/22 27/15 50/7 50/20
**line** [1] 25/13
**link** [1] 24/21
**links** [1] 39/19
**list** [10] 11/15 15/12 15/18 15/24 18/4 18/4 35/3 38/5 39/5 43/15
**lists** [2] 12/7 15/9
**litigation** [3] 18/16 24/4 31/3
**little** [3] 36/6 42/15 44/11
**LLP** [1] 1/22
**long** [2] 51/13 51/16
**longer** [5] 4/21 5/1 8/8 8/14 26/17
**look** [11] 8/3 23/16 23/20 24/18 31/11 32/4 35/10 35/19 38/24 42/23 46/22
**looking** [19] 22/10 22/11 22/11 26/7 26/9 32/17 34/18 34/25 35/8 35/16 36/6 41/22 44/11 45/16 49/7 49/10 49/10 52/25 52/25
**looks** [2] 17/24 38/3
**lot** [1] 18/15
**lurking** [1] 47/11

**M**

**machine** [3] 2/13 54/8 54/13
**made** [8] 30/1 32/5 40/22 42/7 43/12 43/13 47/18 48/5
**make** [9] 13/19 24/21 25/15 34/2 36/4 37/16 37/19 39/22 40/15
**makes** [1] 21/17
**making** [3] 41/10 47/19 52/20
**Mallory** [1] 1/20
**manageable** [1] 34/8
**mandate** [1] 22/13
**manifest** [1] 17/21
**manifestation** [2] 20/5 46/25
**manifestations** [2] 47/1 47/14
**manifested** [3] 16/15 16/20 45/3
**manifesting** [1] 17/20
**manner** [1] 7/1
**manual** [3] 13/15 40/5 48/9
**many** [2] 32/5 39/19
**March** [1] 5/25
**March 31st** [1] 5/25

**M**

material [5]  17/6 17/7 17/8 32/25 33/8
materials [1]  52/2
matter [8]  6/11 21/17 24/4 24/5 28/16 33/1 34/7 48/3
matters [2]  23/11 27/24
may [17]  11/13 11/18 12/7 15/17 25/12 26/1 26/11 32/20 36/17 36/19 40/7 40/19 44/4 49/9 53/7 53/13 53/19
May 2013 [1]  26/1
maybe [5]  7/2 14/11 30/6 30/13 47/22
me [17]  3/16 8/25 10/1 11/17 11/18 18/18 20/12 29/10 34/12 34/12 40/14 48/6 48/17 49/6 49/15 51/23 52/18
mean [10]  11/20 15/18 21/6 37/15 39/23 41/17 46/15 46/18 53/17 53/23
means [1]  40/6
meant [1]  53/14
media [2]  13/20 13/21
memos [1]  47/17
mentioned [3]  34/18 48/13 50/4
merits [5]  28/10 29/5 29/7 29/10 33/23
methods [2]  39/5 39/9
might [3]  13/20 19/16 28/4
minimum [2]  12/4 36/22
misconduct [1]  27/10
missing [1]  41/12
modifications [1]  40/22
moment [1]  34/17
Monday [1]  51/10
monitoring [9]  9/19 10/10 10/14 11/1 11/10 12/5 24/16 24/20 24/23
months [2]  18/3 43/13
moot [7]  5/7 5/8 16/23 17/13 31/7 44/22 49/12
mootness [2]  13/1 17/11
more [6]  11/11 24/1 30/6 40/14 41/12 46/16
most [6]  10/14 11/7 34/23 38/9 42/4 51/17
motion [8]  10/17 13/1 17/11 28/11 28/13 32/13 32/15 49/2
motions [4]  1/12 5/16 32/5 33/25
move [2]  5/10 7/19
movement [2]  13/22 16/19
moving [2]  49/19 50/7
Ms [2]  42/24 48/13
Ms. [4]  22/18 25/3 25/8 25/22
Ms. Ripperda [2]  25/3 25/8
Ms. Ripperda's [2]  22/18 25/22
much [3]  31/17 46/7 46/15
multiple [2]  10/3 24/19
must [1]  10/21
my [7]  3/24 48/5 48/14 52/1 53/18 54/13 54/14

**N**

N.W [1]  2/8
name [3]  20/4 46/22 54/15
names [1]  22/11
narrowly [1]  43/7
nature [1]  6/23
near [1]  6/9
nearly [1]  5/7
necessarily [2]  15/18 38/21
necessary [8]  10/24 34/10 35/16 37/4 40/7 45/16 51/23 53/13

need [16]  3/23 13/10 36/4 38/2 40/3 40/17 40/14 40/15 40/17 45/8 49/14 46/5 48/18 48/18 48/25 49/16
needed [1]  7/7
needs [6]  17/19 39/1 40/16 46/10 46/13 48/20
negative [1]  17/14
never [4]  18/17 19/24 20/2 23/16
new [7]  16/19 16/19 24/1 27/18 27/21 28/5 33/3
next [1]  53/4
no [29]  1/4 1/8 4/21 4/24 5/1 5/13 8/8 8/14 13/12 13/14 17/4 17/5 17/7 19/12 19/19 21/1 22/7 24/21 27/1 27/10 28/10 29/1 29/1 29/25 37/6 41/23 42/18 53/18 53/18
nobody [1]  18/23
nondiscrimination [1]  19/7
none [3]  6/17 46/20 50/3
nonetheless [3]  26/14 27/22 30/2
not [92]
note [1]  25/14
notes [1]  54/13
nothing [7]  7/17 11/11 15/4 15/5 30/6 36/5 45/23
now [43]  5/3 5/8 5/24 6/6 6/16 7/12 7/16 8/2 8/7 8/13 10/12 11/20 12/9 12/16 13/9 13/14 14/5 16/15 17/19 18/11 19/21 19/24 20/16 21/17 23/8 26/4 26/17 26/22 27/9 27/13 28/4 31/7 31/9 38/6 41/15 44/18 44/22 45/1 45/7 49/12 51/21 52/24 53/24
number [4]  29/16 32/21 45/1 46/14
numbers [2]  3/5 44/19

**O**

objective [5]  39/11 40/2 40/11 40/16 40/18
obligation [1]  37/21
obligations [1]  23/20
obtain [1]  15/22
obtaining [1]  26/24
obviously [7]  10/6 10/17 23/21 23/22 38/15 51/12 53/25
occur [6]  4/9 13/24 18/24 31/5 31/15 35/24
occurred [2]  22/24 45/20 51/4
October [1]  17/10
October 14th [1]  17/10
off [4]  23/21 25/14 35/7 37/16
offense [1]  21/18
offensive [1]  19/25
office [1]  12/24
officers [1]  30/2
official [5]  2/7 20/14 54/6 54/12 54/18
officials [3]  33/22 47/4
oh [2]  16/25 40/13
okay [13]  9/2 16/4 21/3 35/7 35/15 37/1 38/25 44/13 46/8 48/15 50/19 51/8 53/22
old [1]  28/14
once [2]  19/24 40/12
one [23]  4/17 5/22 8/6 14/1 14/2 14/2 17/22 20/16 26/19 28/1 29/1 29/1 29/6 30/16 37/9 37/10 39/16 42/2 43/23 45/1 46/21 46/24 51/20
ones [1]  44/19

ongoing [7]  9/19 10/3 11/1 11/10 15/7 35/18 37/21
online [1]  39/20
only [9]  9/6 11/24 33/14 37/12 47/13 50/4 52/2 52/25 53/23
operation [1]  36/24
operational [1]  28/3
operations [5]  11/8 16/1 25/3 28/19 43/9
opinion [3]  4/23 7/3 7/18
opportunity [8]  4/7 6/1 7/8 10/22 15/22 25/13 30/9 38/24
opposes [1]  4/3
oral [2]  7/10 7/21
order [9]  17/9 24/12 35/16 45/7 45/13 46/5 47/9 51/8 53/2
ordered [1]  18/24
organization [4]  26/4 26/23 28/20 28/21
organizations [17]  6/2 6/7 6/20 9/20 10/4 10/8 11/11 12/1 16/19 22/1 23/1 24/20 25/9 34/19 38/20 43/4 43/10
orientation [1]  22/11
originally [1]  10/11
other [11]  8/25 12/7 13/11 24/3 24/3 29/6 33/1 39/5 47/1 47/2 49/21
our [14]  5/15 14/13 16/8 24/9 28/11 36/18 44/17 44/18 44/20 44/25 45/2 45/6 46/9 47/20
ourselves [1]  42/23
out [14]  3/20 19/5 21/11 24/16 32/10 45/8 46/1 46/4 47/8 47/13 47/22 47/23 53/3 53/17
outside [1]  33/8
over [5]  11/14 15/25 16/23 17/1 39/8
overarching [1]  24/7
overseeing [2]  22/6 52/10
oversight [2]  25/24 46/16

**P**

p.m [2]  1/10 54/4
P.O [1]  2/3
page [1]  44/17
pages [1]  54/11
panel [1]  7/21
paragraph [4]  24/17 24/18 39/3 39/4
Parkwood [1]  1/23
part [16]  17/24 21/15 26/25 30/10 30/15 31/16 34/23 36/12 36/19 38/19 38/23 39/2 42/11 42/16 44/2 47/21
particular [9]  7/21 24/7 32/2 32/10 32/12 40/19 44/3 44/6 51/21
particularly [6]  6/3 6/15 35/24 41/7 42/11 48/8
parties [1]  3/6
party [13]  5/22 6/7 12/3 12/14 13/2 15/12 16/12 18/14 19/2 38/4 40/9 46/17 46/23
past [9]  5/11 27/6 28/16 35/1 35/13 36/2 50/23 50/24 51/4
Path [2]  21/13 24/1
Paz [1]  11/4
PC [1]  1/17
PECAN [11]  27/16 27/18 27/19 27/23 28/2 28/4 40/24 50/23 51/1 51/2 51/5
PECAN's [3]  28/1 28/14 28/19
pending [6]  4/19 4/20 5/7 5/14 26/20

**P**

**pending...** [1] 27/4
**people** [7] 12/21 17/25 19/14 46/18 47/4 47/6 47/17
**perceive** [1] 7/3
**perfectly** [1] 22/4
**perimeters** [1] 7/17
**permanently** [2] 35/24 39/6
**permit** [3] 31/4 31/17 33/4
**permitted** [2] 29/13 31/1 31/21
**person** [7] 22/4 22/4 22/22 51/22 51/23 52/10 52/22
**person's** [2] 51/22 51/24
**personal** [6] 19/23 20/11 20/17 20/23 20/24 21/19
**picture** [1] 12/4
**place** [23] 7/5 7/9 9/21 10/21 11/12 11/18 11/19 11/20 11/23 11/25 13/5 15/9 22/5 23/6 24/21 31/1 31/2 31/12 38/4 48/4 49/15 52/21 52/24
**plaintiff** [14] 1/3 1/7 14/1 14/4 14/17 27/12 27/20 35/23 37/9 37/10 40/25 43/4 44/2 44/7
**plaintiff's** [3] 27/16 34/13 52/1
**plaintiffs** [70]
**plaintiffs'** [3] 4/19 17/12 36/10
**plead** [2] 49/23 49/24
**pleadings** [1] 20/6
**please** [1] 3/7
**pled** [4] 24/6 24/6 32/15 32/22
**point** [19] 3/20 6/13 7/19 8/22 9/23 10/19 15/25 23/2 24/15 24/16 26/14 28/11 32/20 48/23 49/1 49/19 50/6 51/2 53/18
**pointed** [1] 24/16
**pointing** [2] 23/8 25/2
**points** [2] 26/12 26/14
**polarized** [1] 14/10
**policies** [3] 12/10 13/4 48/7
**policy** [20] 17/20 17/24 19/7 19/8 19/9 19/10 19/12 19/19 20/5 20/7 21/1 22/10 22/17 22/18 46/10 46/10 46/12 46/24 47/3 47/5
**political** [8] 19/11 20/24 22/11 30/22 33/21 34/5 39/14 39/25
**position** [19] 4/5 6/11 13/9 16/22 17/11 19/11 20/14 20/19 26/16 28/10 29/6 31/5 46/12 50/12 51/25 52/8 52/9 52/13 52/20
**positions** [1] 22/10
**possible** [2] 50/23 51/15
**post** [1] 7/19
**posture** [2] 33/11 44/20
**potential** [8] 5/10 7/11 9/6 18/21 30/13 30/22 31/14 39/14
**potentially** [2] 23/17 43/25
**power** [1] 14/14
**practical** [1] 34/7
**precondition** [1] 45/16
**predicate** [1] 37/17
**prediscovery** [1] 10/17
**predominately** [1] 44/10
**present** [6] 5/1 6/5 7/14 28/8 28/13 32/18
**presented** [2] 15/4 15/6
**presenting** [1] 7/1
**presently** [1] 5/2

**president** [1] 28/1
**presumptively** [1] 37/3
**prevent** [1] 7/24
**previous** [1] 20/10
**previously** [7] 14/21 18/10 23/6 25/5 34/20 36/5 50/25
**primary** [1] 4/17
**prior** [4] 28/14 30/20 51/20 52/12
**probably** [2] 25/10 30/22
**problem** [25] 7/15 11/16 12/15 12/25 13/4 14/20 15/21 16/7 25/12 40/4 44/22 44/23 45/1 45/2 45/2 45/6 45/7 45/14 45/21 46/6 46/13 47/11 47/13 47/13 47/23
**problem's** [1] 47/12
**problems** [1] 12/11
**procedures** [4] 20/3 39/13 40/5 40/23
**proceed** [1] 51/11
**proceeding** [1] 44/3
**proceedings** [2] 2/13 54/3 54/9 54/12
**process** [32] 6/19 6/24 8/1 8/13 9/10 13/14 14/4 14/5 14/18 14/24 15/1 16/8 16/21 17/2 23/9 26/16 27/7 27/9 34/7 34/20 35/2 35/23 36/1 36/12 37/2 38/9 40/25 43/23 45/4 45/19 47/19 50/25
**processed** [1] 40/24
**processes** [1] 40/23
**processing** [1] 36/10
**produce** [3] 50/9 50/17 53/19
**produced** [2] 2/13 53/25
**producing** [1] 50/8
**profit** [1] 16/19
**program** [3] 16/11 16/17 47/22
**progress** [1] 20/4
**prohibited** [1] 45/24
**prohibiting** [1] 46/24
**prohibition** [2] 13/12 13/14
**prohibits** [1] 49/15
**properly** [1] 42/5
**propose** [1] 5/23
**proposed** [2] 5/19 5/21 6/8
**proposing** [1] 43/19
**prospective** [4] 12/22 19/1 30/18 34/4
**protect** [1] 18/18
**Protecting** [1] 21/14
**provide** [1] 53/16
**provided** [2] 4/2 40/7
**provision** [2] 21/16 24/1
**provisions** [3] 13/4 43/18 43/21
**psyche** [1] 34/4
**public** [3] 10/3 40/18 42/17
**published** [1] 39/17
**pull** [1] 36/18
**purged** [3] 38/15 38/17 39/2
**purely** [1] 50/6
**purposes** [2] 10/10 28/12
**pursue** [1] 33/2
**put** [9] 11/14 12/7 13/14 13/17 15/9 15/12 15/24 15/25 35/3

**Q**

**qualified** [2] 23/4 25/10
**qualify** [2] 4/25 28/17
**queried** [2] 7/22 52/19
**question** [11] 4/1 4/15 9/1 9/7 12/18 29/9 29/25 31/9 31/17 32/18 48/6
**questioned** [1] 7/22

**questioning** [1] 9/16
**questions** [1] 26/11
**quickly** [1] 35/19
**quote** [2] 17/15 17/16

**R**

**race** [2] 19/6 19/9
**radar** [1] 25/15
**raise** [2] 28/7 31/7
**raised** [5] 6/18 32/1 34/11 48/11 49/2
**raising** [2] 7/13 7/16
**ramifications** [2] 7/9 19/3
**rather** [1] 34/21
**Re** [1] 3/3
**reached** [1] 4/1
**read** [2] 10/1 11/18
**readdressing** [1] 21/20
**readily** [1] 39/21
**reading** [2] 7/2 52/1
**realistic** [4] 18/13 19/1 30/16 30/22
**reality** [2] 18/20 37/8
**really** [4] 34/9 39/19 46/19 49/11
**reason** [12] 8/21 9/20 10/12 14/18 20/22 21/10 21/13 29/25 34/9 41/7 41/20 42/10
**reasonable** [3] 18/6 27/11 31/14
**reasonably** [3] 13/3 13/24 24/2
**reasons** [6] 20/25 21/10 21/11 21/19 43/8 43/9
**reassessment** [1] 23/14
**recall** [1] 43/20
**receive** [1] 25/11
**received** [12] 5/19 5/23 6/8 8/12 8/18 10/4 14/3 26/11 27/8 27/19 28/7 41/5
**receiving** [2] 10/6 10/9
**recent** [1] 42/4
**recognizing** [1] 11/13
**recommendations** [1] 39/16
**record** [3] 3/7 29/18 42/17
**recorded** [1] 2/13
**records** [1] 27/17
**recur** [2] 13/4 39/7
**reference** [5] 7/5 18/21 42/20 42/21 49/9
**referenced** [1] 42/13
**referred** [1] 25/2
**reflected** [1] 37/3
**regard** [2] 35/25 43/3
**regarding** [8] 7/5 31/12 39/11 41/4 45/18 50/13 50/21 52/21
**REGGIE** [1] 1/13
**regulation** [2] 44/1 44/6
**regulations** [1] 21/22
**regulatory** [2] 43/18 43/21
**related** [1] 36/9
**relates** [1] 50/13
**release** [2] 47/20 49/20
**relied** [1] 26/2
**relief** [3] 8/4 9/5 31/24
**rely** [4] 4/6 22/21 30/4 42/20
**remain** [1] 5/13
**remained** [1] 4/20
**remaining** [1] 44/19
**remains** [1] 26/15
**remand** [1] 17/2
**remedy** [1] 7/20
**remind** [1] 48/6

## R

renewing [1] 26/22
replaced [1] 51/23
reply [2] 21/3 44/17
report [5] 20/9 25/25 26/1 41/16 42/5
reported [1] 54/8
Reporter [4] 2/7 2/7 54/6 54/18
represent [1] 18/16
representation [1] 20/18
representations [4] 4/6 22/22 23/12 30/1
represented [1] 30/4
representing [1] 20/14
republican [1] 12/13
request [12] 8/4 8/11 8/18 10/7 26/22 37/11 37/19 39/23 40/20 50/20 51/20 53/11
requested [6] 5/25 6/1 31/24 35/20 50/7 52/3
requesting [3] 8/5 44/15 44/18
requests [7] 32/4 32/21 37/7 37/12 37/16 38/7 53/15
requires [1] 14/25
resolved [6] 6/13 8/2 8/5 8/8 8/14 46/6
resolves [1] 30/25
respond [4] 34/10 34/15 38/13 49/1
responded [2] 38/9 38/10
response [2] 47/25 48/6
responses [1] 7/24
responsibility [1] 37/21
responsive [1] 37/11
rest [1] 44/19
result [7] 4/4 19/4 30/14 31/15 37/1 43/4 53/24
resulting [1] 17/14
results [1] 18/11
retention [1] 32/24
returns [1] 23/17
revenue [9] 1/5 1/9 3/3 3/5 5/18 13/15 40/4 40/5 48/9
reversed [1] 17/5
review [11] 5/20 11/8 16/1 25/2 26/25 29/17 36/24 39/12 43/9 50/22 52/21
reviewed [1] 3/25
reviewing [1] 12/5
revised [1] 12/10
right [16] 7/19 12/3 13/1 14/5 23/24 28/3 31/20 34/22 37/13 38/6 39/23 44/25 50/17 52/4 52/5 52/5
rightly [1] 14/21
rights [1] 49/9
Ripperda [6] 21/25 25/3 25/8 42/14 42/24 52/3
Ripperda's [3] 22/18 25/22 48/13
rise [1] 22/3
Room [1] 2/8
RPR [2] 2/7 54/18
rule [6] 25/4 25/8 31/24 33/4 39/3 51/12
ruled [1] 20/10
rules [1] 21/22
ruling [4] 6/22 48/3 50/9 50/10
Rulings [3] 6/3 11/5 43/24

## S

said [28] 5/7 7/18 8/19 11/6 14/1 14/20 14/21 15/24 17/4 17/5 17/10 18/17

22/6 27/13 27/21 29/9 36/4 37/1 37/5 37/10 38/2 40/15 41/9 42/24 43/23 53/3 53/16 54/12
sake [1] 49/10
same [18] 6/25 7/1 10/10 12/6 13/22 18/11 25/1 28/4 28/23 29/2 36/14 37/25 45/13 50/12 51/3 51/6 52/7 52/9
saw [1] 52/2
say [22] 10/13 12/17 13/10 15/11 16/9 16/25 19/21 21/20 25/4 25/25 32/6 33/2 40/6 41/15 44/20 45/7 45/9 45/17 46/21 47/12 52/11 53/14
saying [5] 3/22 7/3 18/19 35/13 44/21
says [15] 10/21 13/15 15/12 19/20 21/7 24/19 27/14 32/23 33/6 33/12 33/20 40/5 46/20 47/5 48/20
schedules [2] 3/19 3/23
scheme [3] 9/14 39/6 45/3
scheme,' [1] 17/15
scope [23] 4/13 5/11 7/25 8/23 24/13 31/10 31/18 31/22 32/7 34/9 48/17 49/6 49/25 50/1 50/5 50/7 51/9 52/19 52/23 53/2 53/16 53/22 53/25
screen [1] 25/15
scrutiny [2] 38/2 43/5
search [1] 24/7
second [6] 6/6 9/11 18/2 21/11 41/3 43/1
secondarily [1] 23/7
section [2] 5/18 27/3
see [14] 3/24 16/10 27/4 38/24 41/13 44/5 45/1 46/4 47/14 47/16 47/16 47/23 49/10 51/21
seeing [1] 42/12
seek [3] 9/5 31/11 31/25
seeking [4] 5/20 16/14 23/16 39/25
seem [3] 17/21 34/7 52/18
seems [6] 11/17 17/9 29/10 49/6 49/15 51/23
seen [3] 20/20 27/22 51/1
select [3] 26/8 46/18 46/22
selecting [1] 22/12
selection [3] 8/10 8/15 18/9
self [1] 42/22
self-serving [1] 42/22
Senate [1] 39/15
Senators [1] 47/5
send [1] 11/8
SENIOR [1] 1/13
sensitive [1] 13/19
Sergi [2] 2/1 3/15
SERVICE [6] 1/5 1/9 3/3 3/5 40/5 48/9
serving [1] 42/22
set [2] 6/8 36/18
sets [2] 8/3 32/5
setting [1] 7/13
several [2] 36/7 37/5
shall [2] 17/12 19/8
sharing [1] 33/7
she [9] 22/3 22/22 22/25 23/2 23/3 23/4 52/5 52/7 52/9
shocking [1] 20/12
shorthand [2] 2/13 54/9 54/13
should [23] 4/2 4/6 4/13 7/8 13/10 16/8 22/21 29/13 30/3 31/10 31/18 36/22 37/2 37/22 38/12 38/13 38/15 38/23 38/24 44/19 44/21 51/13

shouldn't [4] 20/21 20/21 21/7 36/13
show [3] 7/8 7/13 27/17
showing [1] 28/17
shown [1] 22/19
side [2] 8/25 13/11
sides [1] 14/13
significantly [1] 28/6
simply [2] 20/5 45/3
since [4] 5/14 5/15 22/22 28/11
sitting [1] 15/18
situation [14] 5/5 27/5 28/19 29/21 30/7 30/11 30/12 31/14 34/21 34/4 36/3 39/7 44/11 44/12
so [81]
society [1] 14/11
sole [2] 4/22 4/25
solely [1] 5/13 43/11
solve [1] 12/11
some [32] 4/2 4/8 4/10 6/4 7/9 10/8 11/21 14/1 23/13 25/11 26/11 29/12 29/15 30/10 30/10 31/4 31/17 36/25 38/9 38/10 38/17 38/19 41/12 41/22 42/13 42/16 43/21 43/22 49/7 51/12 53/1 53/23
somebody [2] 19/23 34/4
someone [4] 51/24 51/24 52/12 52/19
something [10] 5/4 7/12 21/7 26/9 33/10 35/12 46/21 49/14 53/20 53/24
sometimes [1] 14/13
somewhat [1] 29/20
sorry [2] 33/5 53/14
sounds [1] 47/21
source [1] 26/5
South [1] 1/18
speak [2] 7/19 25/15
specialists [1] 39/12
specific [4] 9/12 10/23 21/16 50/3
specifically [7] 10/13 11/6 24/6 24/19 36/7 40/5 41/10
specified [1] 27/15
speculated [1] 49/22
speculative [8] 7/16 15/20 15/21 27/23 28/7 28/20 50/6 51/3
springing [1] 16/20
staffers [3] 17/23 45/5 47/21
stage [5] 6/13 9/23 10/16 11/1 50/24
standards [1] 20/3
standing [1] 28/17
standpoint [1] 34/5
start [4] 4/16 29/14 48/17 48/21
stated [3] 27/19 28/2 32/10
stated in [1] 27/19
statement [3] 41/15 48/5 48/18
STATES [11] 1/1 1/14 3/4 3/17 6/12 21/12 29/4 29/5 31/21 49/2 54/7
States' [1] 49/18
Station [1] 2/4
status [16] 4/20 5/17 10/9 10/15 11/14 18/3 23/14 25/11 25/20 26/22 31/13 32/13 36/11 37/22 39/13 39/24
statute [1] 29/20
statutory [2] 21/10 21/13
step [1] 3/6
still [28] 5/7 7/14 7/24 10/4 10/6 13/5 13/10 13/11 14/12 15/5 17/1 18/10 21/4 26/14 26/19 27/3 27/12 27/22 27/23 29/3 36/3 36/5 40/7 41/9 48/4

**S**

still... [3] 52/6 52/7 52/10
stop [3] 16/14 21/1 21/1
store [1] 15/10
stored [1] 36/9
straight [2] 39/15 40/15
Street [1] 1/18
sub [1] 22/23
sub-entity [1] 22/23
subject [16] 6/13 23/18 24/4 24/5
24/20 24/22 25/7 27/12 27/24 27/25
28/23 31/2 33/1 33/24 40/19 51/2
subjected [4] 10/9 10/14 28/4 36/24
submission [1] 6/4
submissions [1] 3/25
submit [2] 37/10 40/12
submitted [9] 14/6 21/12 27/14 27/18
28/2 36/12 38/7 38/21 38/23
subscribed [1] 54/14
subsequent [2] 29/23 45/25
substantially [1] 28/3
such [3] 9/15 14/10 19/12
suffer [1] 28/22
suffering [3] 8/17 10/7 28/22
sufficient [2] 8/20 42/7
suggested [1] 30/19
suggesting [2] 28/24 37/18
Suite [1] 1/23
suited [1] 32/18
suits [1] 22/3
summarized [1] 44/16
summary [13] 5/15 9/23 10/15 10/16
10/22 11/1 13/1 15/6 32/1 33/24 34/11
37/8 49/3
support [3] 17/11 26/2 33/3
supports [1] 12/13
suppose [1] 42/3
supposed [1] 42/19
sure [6] 25/15 35/5 36/4 36/17 40/1
48/12
suspect [2] 19/1 36/17
sustaining [1] 30/14
switches [1] 14/14

**T**

take [13] 10/21 11/23 11/25 29/6 31/2
42/19 42/22 43/3 48/4 50/12 51/13
51/16 53/8
taken [3] 7/5 7/9 23/6
takes [2] 28/9 52/21
taking [7] 11/18 11/19 11/20 22/5 38/2
46/7 52/24
talk [3] 10/17 22/5 23/5
talked [2] 20/2 23/10
talking [3] 38/6 39/24 46/14
talks [2] 9/19 24/19
Tamera [2] 21/25 52/3
Tamera Ripperda [1] 21/25
target [5] 13/17 18/14 30/21 46/2 47/6
targeted [12] 6/24 9/21 10/11 11/12
12/2 15/8 15/15 16/12 31/25 38/3 43/5
47/5
targeting [28] 9/14 10/2 11/10 12/6
12/9 12/18 16/3 16/11 16/17 17/15
17/25 18/8 19/2 28/25 30/15 31/2
31/16 35/2 35/17 35/22 39/6 45/3
45/21 45/24 45/25 46/1 46/24 47/22

targets [1] 46/12
tax [21] 2/25 4/20 5/17 6/19 10/9 17/17
17/22 18/5 21/14 23/19 25/11 25/20
25/23 26/21 33/13 33/14 36/10 39/13
39/24 47/20 49/20
tax-exempt [10] 4/20 5/17 6/19 10/9
17/17 25/11 25/20 36/10 39/13 39/24
TAYLOR [1] 1/22
tea [12] 5/22 6/7 12/3 13/22 15/12
16/12 18/14 19/2 38/4 40/9 46/17
46/23
technique [1] 46/21
telling [1] 20/8
temporarily [1] 20/16
tend [2] 18/16 31/10
tentatively [1] 4/1
tenure [1] 17/16
term [1] 5/5
terms [6] 7/20 22/12 26/6 27/4 35/1
48/8
Terre [1] 1/18
terribly [1] 36/20
testimony [3] 41/4 43/2 54/9
than [2] 11/11 24/1
thank [10] 3/18 3/22 9/3 16/6 34/16
34/17 44/13 49/17 54/1 54/2
that [511]
that's [31] 3/24 10/5 11/15 13/14
13/20 14/15 15/3 15/7 16/2 16/10 20/4
21/6 23/24 24/17 24/23 26/19 30/21
34/1 36/13 37/17 37/22 37/24 39/2
39/9 40/7 41/2 44/22 45/12 45/15
46/18 49/15
their [56]
them [39] 6/4 10/14 11/8 11/14 11/14
13/17 13/19 13/19 14/20 15/10 15/25
15/25 16/2 16/17 17/2 18/6 20/9 20/20
22/12 23/17 24/7 26/9 26/11 33/9 35/1
35/21 36/18 37/17 37/20 38/2 38/10
38/25 42/14 42/20 42/21 43/8 43/16
45/9 52/2
themselves [1] 24/22
then [10] 4/12 11/7 12/10 20/8 39/4
43/1 43/17 43/25 45/25 52/15
theoretically [3] 11/23 45/23 46/4
there [64]
there'd [1] 19/3
there's [20] 8/8 10/25 15/5 17/5 19/14
26/21 27/1 27/11 27/22 29/19 30/12
35/8 36/6 37/6 39/17 41/15 51/20
52/19 53/20 53/20
therefore [2] 31/7 45/24
Thereupon [1] 54/3
these [36] 6/17 6/17 9/20 10/8 11/7
11/10 12/1 13/8 13/17 15/24 16/25
18/7 22/3 22/14 24/3 26/16 34/19
36/14 36/16 37/6 37/13 37/25 38/3
38/8 38/9 38/20 39/9 41/22 43/4 43/10
47/17 48/10 48/10 49/11 50/3 50/3
they [137]
they're [11] 8/17 17/1 19/13 19/15
20/16 36/16 36/19 38/4 41/23 42/20
43/15
they've [7] 35/18 38/16 42/4 42/13
42/14 46/12 46/18
thing [4] 4/16 13/22 19/6 25/1 28/1
things [13] 8/19 9/15 13/6 13/25 14/12

14/25 18/21 19/21 22/14 36/1 37/25
46/15 50/5
think [30] 11/6 17/9 18/25 19/16 28/20
29/20 30/9 30/16 30/17 30/21 30/24
31/12 34/18 34/23 37/4 37/19 39/9
41/21 42/10 42/22 44/3 44/9 44/10
45/5 47/8 47/12 49/5 51/16 51/17
52/22
thinks [1] 16/7
this [81]
thoroughly [1] 50/2
those [22] 6/6 13/6 13/10 14/12 14/19
20/25 23/11 26/12 26/14 36/1 37/12
39/22 40/21 42/8 42/10 42/12 42/16
42/23 44/8 44/9 47/6 53/23
though [7] 4/23 7/15 15/13 15/16
19/18 27/3 30/5
thought [1] 7/6
three [7] 6/16 15/14 15/18 37/2 41/2
46/15 48/24
threshold [2] 23/11 33/23
through [8] 5/20 14/3 14/17 33/2
35/25 41/11 44/25 51/18
throughout [2] 10/6 17/16
TIGDA [2] 25/23 26/13
TIGDA's [1] 25/25
TIGTA [7] 37/11 41/9 41/16 41/21 42/4
42/12 50/2
time [25] 4/18 4/21 5/6 5/14 5/16 5/23
9/13 9/18 10/12 11/13 11/19 12/1 15/4
19/3 19/24 22/2 22/23 23/2 23/3 25/6
27/7 29/3 30/13 35/2 53/4
timely [2] 16/9 45/6
times [1] 37/5
timing [1] 48/12
TN [1] 1/21
today [3] 27/13 35/9 50/4
too [3] 8/5 28/7 28/20
took [3] 18/3 31/12 49/15
tooth [1] 53/9
toothache [1] 3/23
totally [3] 30/4 35/14 37/16
toward [1] 8/12
trained [1] 41/24
training [19] 25/17 26/6 26/7 26/9
26/12 26/13 26/16 41/5 41/6 41/10
41/11 41/12 41/13 41/17 41/19 41/22
41/23 42/10 42/18
transcribed [1] 54/13
transcript [4] 1/12 2/13 35/9 54/12
transcription [1] 2/13
treat [1] 14/13
treatment [10] 16/13 17/25 18/5 18/7
18/8 28/14 35/3 43/16 51/3 51/4
Tri [4] 5/22 5/23 5/25 6/5
Tri-Cities [4] 5/22 5/23 5/25 6/5
tried [1] 46/19
triggers [2] 39/12 50/21
true [31] 1/3 1/17 3/3 3/13 6/14 6/15
7/13 16/5 16/23 17/2 17/6 17/22 18/3
21/6 21/9 32/9 33/5 33/6 33/11 33/15
33/20 44/14 48/18 48/20 48/22 48/24
49/20 49/21 50/4 50/13 50/18
Trump [1] 19/17
trust [5] 19/22 20/8 20/19 20/19 42/3
try [5] 7/13 7/19 26/2 51/10 53/3
trying [7] 7/20 27/13 35/7

**T**

**Tuesday [1]** 51/11
**turning [1]** 22/9
**two [3]** 5/16 14/25 41/1
**type [7]** 18/15 25/17 26/11 30/14 32/17 42/16 46/4
**types [3]** 8/4 24/3 39/22

**U**

**U.S [2]** 2/2 2/8
**ultimate [1]** 29/8
**ultimately [1]** 30/24
**unconstitutional [2]** 16/10 51/4
**under [5]** 5/17 29/20 30/3 31/13 31/24
**undergoing [1]** 41/24
**underlying [3]** 28/10 33/23 46/24
**understand [7]** 16/4 18/19 35/17 37/12 44/13 48/25 49/6
**understanding [1]** 48/3
**understood [1]** 17/9
**unfortunately [2]** 14/10 14/12
**unique [1]** 29/21
**unit [4]** 22/1 25/8 27/1 28/22
**UNITED [12]** 1/1 1/14 3/4 3/17 6/12 21/12 29/4 29/5 31/20 49/2 49/18 54/7
**unlawful [3]** 10/2 10/10 16/10
**unless [1]** 13/6 14/7 34/2
**unnecessary [1]** 37/11
**unsophisticated [1]** 38/19
**until [3]** 13/6 14/7 45/17
**untoward [1]** 27/2
**up [5]** 16/20 24/21 25/24 27/8 41/16
**update [1]** 5/14
**updated [1]** 25/25
**updates [2]** 14/2 14/2
**upon [24]** 4/6 9/14 14/14 18/1 18/8 19/7 19/9 19/11 19/11 19/18 19/23 20/1 21/5 21/8 22/21 23/22 30/4 31/6 34/13 42/20 46/2 46/8 51/12 54/1
**us [15]** 17/5 18/8 19/14 19/22 20/8 22/18 23/7 35/10 39/8 45/8 45/10 45/15 45/19 47/18 50/9
**use [9]** 12/1 12/2 19/20 19/21 20/4 33/12 39/4 40/2 46/17
**used [3]** 5/6 39/11 46/21
**using [4]** 26/8 39/9 40/13 47/2

**V**

**verify [1]** 18/5
**versus [2]** 3/3 3/4
**very [8]** 5/8 9/20 12/4 13/4 36/14 43/6 43/7 47/19
**viable [1]** 7/14
**view [3]** 27/4 45/2 46/9
**viewpoint [18]** 9/21 13/13 13/18 18/1 18/9 19/11 19/18 19/19 19/20 20/1 21/8 33/12 38/1 43/11 46/9 46/10 46/20 46/22
**viewpoints [3]** 15/15 20/25 43/6
**violation [5]** 16/13 17/18 29/4 29/9 29/19
**violations [3]** 28/14 28/16 28/18
**voluntary [1]** 14/24
**VOTE [25]** 1/3 1/17 3/3 3/13 6/15 7/13 16/5 16/23 17/2 17/6 17/22 18/4 32/9 33/5 33/6 33/11 33/15 33/20 44/14 48/20 48/22 48/24 49/21 50/4 50/13

**Vote's [4]** 6/14 48/18 49/20 50/18

**W**

**WALTON [1]** 1/13
**want [11]** 13/8 18/17 32/10 33/2 35/19 40/1 45/12 45/18 49/6 49/14 52/11
**wanted [1]** 53/10
**wants [4]** 32/24 33/6 33/12 33/20
**warrant [1]** 8/22
**warranted [3]** 10/18 34/25 53/21
**was [79]**
**Washington [3]** 1/9 2/4 2/9
**wasn't [7]** 4/22 19/23 20/13 20/15 41/13 47/22 53/18
**way [6]** 11/24 20/12 21/5 25/5 29/6 53/16
**ways [3]** 11/21 17/21 45/4
**we [105]**
**we'll [8]** 4/12 11/14 12/1 19/21 20/2 20/9 20/11 37/1
**we're [24]** 11/6 15/14 16/1 16/1 16/2 17/2 35/3 35/9 35/13 38/19 40/20 41/18 42/5 42/19 42/22 44/18 46/7 46/11 46/15 46/16 46/17 47/6 47/8 53/22
**we've [7]** 10/23 10/25 17/21 20/20 43/21 43/23 44/8
**week [1]** 53/4
**well [19]** 3/21 8/10 16/16 17/10 20/2 20/4 23/11 23/25 29/14 32/15 35/9 37/1 41/17 43/1 43/24 44/24 46/14 47/5 50/18
**were [45]** 5/7 5/16 5/19 7/3 7/6 8/7 8/12 9/12 9/20 10/11 10/13 11/11 12/1 12/5 15/8 15/9 15/11 15/15 15/24 16/24 16/25 18/2 18/8 20/25 22/5 25/6 26/15 29/23 35/3 36/2 36/24 37/13 37/14 38/3 38/7 41/9 41/12 47/2 47/2 47/8 47/23 48/5 48/10 48/11 48/14
**weren't [1]** 41/10
**what [115]**
**what's [3]** 9/25 11/20 53/25
**whatever [5]** 20/22 20/25 43/14 45/5 52/22
**when [11]** 15/8 15/11 16/24 17/10 19/5 24/18 25/25 26/7 35/8 39/23 50/22
**whenever [1]** 16/17
**where [12]** 4/17 7/23 15/7 16/11 19/9 19/9 25/10 27/9 42/2 44/22 45/22 46/12
**whereof [1]** 54/14
**whether [26]** 4/15 5/12 25/20 29/3 29/9 29/11 29/12 29/19 30/12 30/25 31/6 31/13 32/19 35/17 37/22 39/18 40/2 43/12 43/13 45/7 45/10 46/6 47/10 48/7 49/11 52/17
**which [28]** 5/22 6/3 6/7 6/18 6/23 8/12 9/21 10/11 10/13 10/21 11/2 14/22 20/10 25/24 31/2 32/10 32/12 32/14 32/14 33/3 34/25 35/16 36/8 39/3 44/24 46/11 46/22 47/15
**while [3]** 16/16 29/25 49/13
**White [3]** 18/23 19/4 20/23
**who [9]** 5/17 11/4 18/11 21/25 26/1 26/22 30/23 52/5 52/10
**whose [6]** 6/15 14/14 26/24 26/24 28/21 28/21

**why [38]** 3/24 4/10 17/12 17/13 21/7 22/15 22/21 23/4 36/13 40/11 40/19 45/8 45/9 45/12 45/18 46/5 50/15 51/22
**will [18]** 10/17 11/7 14/16 17/13 19/8 19/10 19/20 30/7 30/13 31/16 35/24 36/25 39/7 44/18 46/3 48/4 51/2 51/8
**wish [1]** 6/5
**wished [1]** 21/5
**withdraw [1]** 44/18
**within [14]** 21/23 21/24 22/14 22/23 24/13 25/9 25/18 33/8 36/7 38/8 39/5 44/5 52/19 52/23
**without [1]** 4/7
**witness [1]** 54/14
**won't [1]** 20/4
**word [3]** 12/2 12/22 42/19
**worded [1]** 46/8
**working [2]** 12/14 12/21
**would [70]**
**wouldn't [1]** 25/14
**writing [1]** 22/13
**written [2]** 22/17 48/7
**wrong [2]** 16/10 29/2

**Y**

**year [2]** 20/17 27/20
**years [10]** 6/16 9/11 11/9 13/9 15/14 15/19 37/2 41/2 43/12 48/25
**Yes [9]** 10/2 16/6 18/25 25/21 26/23 44/16 48/2 52/14 53/6
**yet [6]** 10/15 15/16 27/19 28/7 33/8 51/1
**you [80]**
**you'd [2]** 34/1 34/5
**you'll [1]** 43/20
**you're [10]** 12/3 15/12 17/3 28/24 37/18 39/1 39/23 40/9 40/10
**you've [4]** 11/17 12/20 40/6 42/7
**your [75]**
**yourselves [1]** 3/7