UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **True the Vote, Inc.**;<br>                                           *Plaintiff*,<br>   v.<br>**Internal Revenue Service, et al.**;<br>                                           *Defendant*s. | **Civil Case No.** 1:13-cv-000734-RBW |

## Motion and Memorandum of Law
## to Amend Discovery Order

PLAINTIFF, by and through undersigned counsel, and pursuant to LCvR 7, hereby moves the Court for an order amending the discovery order (Doc. 138) in this matter.

Good cause exists for this motion:

1. On April 6, 2017, this Court held a hearing concerning Defendants' Motion for Summary Judgment and Plaintiff's Motion for Discovery under Federal Rule of Civil Procedure 56(d).

2. Following that hearing, on April 12, 2017, this Court issued an Order denying Defendants' Motion for Summary Judgment without prejudice (Doc. 112) and granting Plaintiff's Motion for Discovery (Doc. 120).

3. In granting Plaintiff's Motion for Discovery, this Court expressly ordered that "the IRS shall produce to the plaintiff the agency's case file assembled in connection with the plaintiff's application for tax-exempt status that is the subject of this litigation." (Doc. 138).

4. On April 19, 2017, Plaintiff's counsel inquired of Defendants' counsel as to the anticipated timing of production of the case file. Plaintiff's counsel received no response.

**Motion and Memorandum of**
**Law to Amend Discovery Order**

5. On April 27, 2017, Plaintiff's counsel again inquired of Defendant's counsel as to the anticipated timing of production of the case file. At the time of this filing, Plaintiff's counsel has not received a response.

6. The information contained within the IRS's case files for Plaintiff is essential to Plaintiff's ability to craft the necessary discovery requests in this matter, particularly with regard to interrogatories and other relevant documents that may be referenced within the case files.

7. The current discovery deadline, established in the April 12th Order, is July 12, 2017, 90 days from the date of the Order (Doc. 138).

8. In light of the essential nature of the information in the case files to the rest of the discovery process, Plaintiff requests that the Court amend the April 12th Order to (a) instruct that the IRS produce the agency's completed case file no later than May 19, 2017, and (b) extend the discovery deadline to 90 days from that date, or August 19, 2017.

9. Plaintiff further requests this Court amend the April 12th Order with regard to which requests Plaintiff have withdrawn.

10. In the April 12th Order (Doc. 138), this Court "notes that during the motions hearing, the plaintiff withdrew its discovery requests for evidence concerning the retention and disclosure of its application materials as well as evidence concerning the dissemination and sharing of its application materials both within and outside the IRS, i.e., the plaintiff's fourth and fifth discovery requests." Order, Doc. 138, at 2 n. 1.

11. However, in the motions hearing, Plaintiff's counsel was referring to pages four and five of Plaintiff's Reply and withdrew numbers four and five in that document. *See* Motion's Hearing Transcript, at 44 ("We have summarized on page four and five of our reply the categories of

information that we're requesting. Now we will withdraw our numbers four and five and would rest on the remaining ones.")

12. Plaintiff's counsel withdrew requests for: (1) "Evidence concerning the use of viewpoint-based criteria in any aspect of tax administration[,]" and (2) "Evidence concerning the political interests and biases of IRS employees and officials." *See* True the Vote's Reply in Support of Motion for Discovery Under Federal Rule of Civil Procedure 56(d), Doc. 123, at 5.

13. Accordingly, Plaintiff requests that this Court correct footnote 1 of its April 12th Order to show that Plaintiff's have only withdrawn the above mentioned requests.

14. On April 27, 2017, pursuant to LCvR 7(m), Plaintiff's counsel notified by email the Defendants' counsel of this motion and asked for their position by noon Eastern on April 28, 2017. At the time of filing, Plaintiff's counsel has not received a response.

15. A proposed order is filed herewith.

WHEREFORE, for good cause shown, Plaintiff respectfully requests that the Court grant its Motion and enter an Order instructing that the IRS produce the completed case file, as identified in this Court's April 12, 2017 Order (Doc. 138), no later than May 19, 2017, and extending the discovery deadline to August 19, 2017. Plaintiff further respectfully requests that the Court amend the Order to reflect which requests for discovery Plaintiff's have withdrawn.

| | |
|---|---|
| April 28, 2017 | Respectfully submitted, |
| | /s/ James Bopp, Jr. |
| | James Bopp, Jr. (D.C. Bar No. CO0041)<br>Courtney Turner Milbank*<br>THE BOPP LAW FIRM, P.C.<br>The National Building<br>1 South 6th Street<br>Terre Haute, Indiana 47807<br>(812) 232-2434<br>(812) 235-3685 (fax)<br>*Attorneys for Plaintiff*<br>*Admitted *pro hac vice* |

**Motion and Memorandum of
Law to Amend Discovery Order**              -4-

## Certificate of Service

I hereby certify that a true and complete copy of the foregoing has been served upon the following on this 28th day of February, 2017 via the Court's CM/ECF system.

Brigida Benitez- bbenitez@steptoe.com

Catherine D. Cockerham- ccockerham@steptoe.com

Christopher Randy Egan- christopher.r.egan@usdoj.gov

Eric Richard Nitz- enitz@mololamken.com

Erica Lynne Gerson- egerson@steptoe.com

Gerald Alan Role- gerald.a.role@usdoj.gov

Grover Hartt , III-  grover.hartt@usdoj.gov

Jeffrey A. Lamken- jlamken@mololamken.com

Joseph A. Sergi- joseph.a.sergi@usdoj.gov

Justin V. Shur- jshur@mololamken.com

/s/ James Bopp, Jr.
James Bopp, Jr.