UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **True the Vote, Inc.**;<br>　　　　　　　　　　*Plaintiff,*<br>　v.<br>**Internal Revenue Service, et al.**;<br>　　　　　　　　　　*Defendants.* | **Civil Case No.** 1:13-cv-000734-RBW |

## Order Granting Plaintiff's Motion to Amend Discovery Order

This cause having come before the Court on Plaintiff's Motion to Amend Discovery Order, and the Court being duly advised, now GRANTS Plaintiff's motion. It is accordingly ORDERED that (1) the IRS shall produce to the plaintiff the agency's case file assembled in connection with the plaintiff's application for tax-exempt status that is the subject of this litigation no later than May 19, 2017, (2) that discovery shall close on August 19, 2017, and (3) that the Discovery Order (Doc. 138) will be amended to show that Plaintiffs have only withdrawn the following two requests: (a) Evidence concerning the use of viewpoint-based criteria in any aspect of tax administration, and (b) Evidence concerning the political interests and biases of IRS employees and officials.

**SO ORDERED** this _____ day of _____ 2017.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　REGGIE B. WALTON
　　　　　　　　　　　　　　　　　　　United States District Judge