IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TRUE THE VOTE, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:13-cv-00734-RBW |
| ) | |
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**UNITED STATES' RESPONSE TO PLAINTIFF'S
MOTION TO AMEND DISCOVERY ORDER**

In its reply to its Motion for Discovery Under Fed. R. Civ. P. 56(d), Plaintiff True the Vote argued that it was seeking discovery in seven categories of information. In part, plaintiff requested:

> 3. Evidence concerning the dissemination and sharing of True the Vote's application material both within and outside the IRS. (Doc. 120-1 at 4.)
>
> 4. Evidence concerning the use of viewpoint-based criteria in any aspect of tax administration. (Doc. 120-1 at 6.)
>
> 5. Evidence concerning the political interests and biases of IRS employees and officials. (Doc. 120-1 at 8.)

Dkt. 123 at 5.

At the hearing on the motion, counsel for plaintiff stated:

> We have summarized on page four and five of our reply the categories of information that we're requesting. Now we will withdraw our numbers four and five and would rest on the remaining ones.

4/6/17 Hearing Tr. at 44.

In ruling on the Motion, this Court stated, in a footnote:

> The Court notes that during the motions hearing, the plaintiff withdrew its discovery requests for evidence concerning the retention and disclosure of its application materials as well as evidence concerning the dissemination and sharing of its application materials both within and outside the IRS, i.e., the plaintiff's fourth and fifth discovery requests.

4/12/17 Order at 2, fn 4.

In response, plaintiff filed the current Motion stating,

> Plaintiff's counsel withdrew requests for: (1) "Evidence concerning the use of viewpoint-based criteria in any aspect of tax administration[,]" and (2) "Evidence concerning the political interests and biases of IRS employees and officials." See True the Vote's Reply in Support of Motion for Discovery Under Federal Rule of Civil Procedure 56(d), Doc. 123, at 5. . . . Accordingly, Plaintiff requests that this Court correct footnote 1 of its April 12th Order to show that Plaintiff's have only withdrawn the above mentioned requests.

Pl. Mot. to Amend Discovery Order, Dkt. 140 at 3, ¶¶ 12-13.

On May 17, 2016, this Court ordered, "the federal defendants shall respond to the plaintiff's proposed modifications of the Court's April 12, 2017 Order concerning the discovery requests that were withdrawn by the plaintiff during the motions hearing."  5/17/16 Minute Order.

The United States has no objection to plaintiff's request that "the Discovery Order (Doc. 138) will be amended to show that Plaintiffs have only withdrawn the following two requests: (a) Evidence concerning the use of viewpoint-based criteria in any aspect of tax administration, and (b) Evidence concerning the political interests and biases of IRS employees and officials." Plaintiff's Proposed Order Granting Plaintiff's Motion to Amend Discovery Order, Dkt. 140-1 at 1. However, it is the United States' position that making this change does not change the scope of discovery ordered by this Court in its April 12, 2017 Order.

DATED: May 5, 2017

                Respectfully submitted,

                DAVID A. HUBBERT
                Acting Assistant Attorney General
                Tax Division

                s/ Joseph A. Sergi
                JOSEPH A. SERGI (DC 480837)
                Senior Litigation Counsel
                U.S. Department of Justice, Tax Division
                555 4th Street, N.W., JCB 7207
                Washington, D.C. 20001
                (202) 305-0868; (202) 307-2504 (FAX)
                Joseph.A.Sergi@usdoj.gov

                LAURA C. BECKERMAN (CA 278490)
                LAURA M. CONNER (VA 40388)
                JOSEPH R. GANAHL (MD)
                JEREMY N. HENDON (OR 982490)
                Trial Attorneys
                U.S. Department of Justice, Tax Division
                555 4th Street, N.W.
                Washington, D.C. 20001
                (202) 514-2000

Of Counsel:
CHANNING D. PHILLIPS
United States Attorney

                ATTORNEYS FOR THE UNITED STATES

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TRUE THE VOTE, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:13-cv-00734-RBW |
| UNITED STATES OF AMERICA, *et al.*, | ) ) | |
| Defendants. | ) ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2017, the UNITED STATES' RESPONSE TO PLAINTIFF'S MOTION TO AMEND DISCOVERY ORDER in the above-captioned matter was filed with the United States District Court for the District of Columbia via the Court's CM/ECF system.

s/ *Joseph A. Sergi*
JOSEPH A. SERGI