# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRUE THE VOTE, INC. | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:13-cv-00734-RBW |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| Defendants. | ) |

## NOTICE OF ENTRY OF APPEARANCE OF STEVEN M. DEAN

Please enter the appearance of Steven M. Dean as additional counsel on behalf of the United States of America, which is a defendant in this civil action.

DATED: July 12, 2017

Respectfully submitted,

DAVID A. HUBBERT
Acting Assistant Attorney General
Tax Division, U.S. Department of Justice

*/s/ Steven M. Dean*
Steven M. Dean
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55, Ben Franklin Station
Washington, D.C. 20044
(202) 307-6499 / Fax: (202) 514-5238
Steven.M.Dean@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TRUE THE VOTE, INC. | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:13-cv-00734-RBW |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2017, I caused the Notice of Entry of Appearance of Steven M. Dean in the above-captioned matter to be filed with the United States District Court for the District of Columbia via the Court's CM/ECF system.

/s/ Steven M. Dean
STEVEN M. DEAN