UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| True the Vote, Inc.; *Plaintiff*, v. Internal Revenue Service, et al.; *Defendants*. | Civil Case No. 1:13-cv-000734-RBW |

## Motion For Brock Cordt Akers to Appear *Pro Hac Vice*

James Bopp, Jr., a member of the bar in good standing of the United States District Court for the District of Columbia, moves for the admission of Brock Cordt Akers *pro hac vice* in this action. LCvR 83.2(d). A declaration and a proposed order are attached. Counsels for Defendants advised Plaintiff on August 11, 2017, that Defendants do not oppose this motion. LCvR 7(m).

August 14, 2017

Respectfully submitted,

/s/ James Bopp, Jr.
James Bopp, Jr. (Bar ID: CO0041)
THE BOPP LAW FIRM, P.C.
The National Building
1 South 6th Street
Terre Haute, Indiana 47807
(812) 232-2434
(812) 235-3685 (fax)
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **True the Vote, Inc.;**  *Plaintiff,*<br><br>v.<br><br>**Internal Revenue Service, et al.;**  *Defendants.* | Civil Case No. 1:13-cv-000734-RBW |

**Local Rule 83.2(d) Declaration**

I, Brock Cordt Akers, declare as follow:

1. My office is at 3401 Allen Parkway, Suite 101, Houston, Texas 77019, and the office telephone number is (713) 877-2500.

2. I am a member of the bars of the:

> Texas State Courts
> U.S. Supreme Court
> U.S. Court of Appeals for the Fifth Circuit
> U.S. District Court for the Southern District of Texas
> U.S. District Court for the Eastern District of Texas
> U.S. District Court for the Western District of Texas
> U.S. District Court for the Northern District of Texas
> U.S. District Court for the District of Arizona

3. I certify that I have never been disciplined by any bar.

4. I have not been admitted *pro hac vice* to this Court within the past two years.

5. I do not practice law from an office in the District of Columbia, am not a member of the District of Columbia bar, and do not have an application for membership pending.

I declare under penalty of perjury that the foregoing is true.

**Declaration of Brock Cordt Akers**

August 14, 2017                    Respectfully submitted,

                                   /s/ Brock Cordt Akers
                                   _____
                                   Brock Cordt Akers
                                   The Akers Firm, PLLC
                                   3401 Allen Parkway, Suite 101
                                   Houston, Texas 77019
                                   (713) 877-2500
                                   (713) 583-8662 (fax)
                                   bca@akersfirm.com

**Declaration of Brock Cordt Akers**

## Certificate of Service

I hereby certify that a true and complete copy of the foregoing has been served upon the following on this 14th day of August, 2017 via the Court's CM/ECF system.

Brigida Benitez- bbenitez@steptoe.com

Christopher Randy Egan-
    christopher.r.egan@usdoj.gov

Eric Richard Nitz- enitz@mololamken.com

Erica Lynne Gerson- egerson@steptoe.com

Gerald Alan Role- gerald.a.role@usdoj.gov

Grover Hartt, III- grover.hartt@usdoj.gov

Jeffrey A. Lamken- jlamken@mololamken.com

Joseph A. Sergi- joseph.a.sergi@usdoj.gov

Justin V. Shur-
    jshur@mololamken.com

Catherine D. Cockerham-
    ccockerham@steptoe.com

/s/ James Bopp, Jr.
James Bopp, Jr.