UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **True the Vote, Inc.**;<br>  *Plaintiff*,<br>   v.<br>**Internal Revenue Service, et al.**;<br>  *Defendant*s. | **Civil Case No.** <u>1:13-cv-000734-RBW</u> |

## Order

This action is before the Court on the motion of James Bopp, Jr., to admit Brock Cordt Akers *pro hac vice*. Based on the motion and accompanying declaration, the Court **GRANTS** the motion.

**SO ORDERED** this _____ day of _____ 2017.

_____
Hon. Reggie B. Walton
United States District Judge