IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TRUE THE VOTE, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:13-cv-00734-RBW |

**JOINT MOTION FOR AN EXTENSION OF TIME TO COMPLETE DISCOVERY ALLOWED BY COURT'S APRIL 12, 2017 ORDER**

Defendant United States of America and Plaintiff True the Vote, Inc., through undersigned counsel, move to extend the time to complete the discovery allowed by the Court's April 12, 2017 Order to October 16, 2017. The Deadline to complete discovery is currently August 21, 2017. In support of this motion, the parties state the following:

1. On April 12, 2017, the Court entered an order authorizing limited discovery under Fed. R. Civ. P. 56(d) allowing the Plaintiff to submit document requests and interrogatories about certain topics, as well as depose two individuals at the IRS. The deadline for discovery was July 12, 2017. (Docket No. 138.)

2. On April 28, 2017, True the Vote moved to amend the discovery order, which included a motion to extend the time for discovery to August 19, 2017. (Docket No. 140.) The Court extended discovery until August 21, 2017.

3. The United States provided a copy of True the Vote's file regarding its application for tax exemption to True the Vote on May 19, 2017, as provided in the Court's Minute Order dated May 1, 2017.

4. True the Vote served a first set of request for production of documents on the United States on June 27, 2017, and a second set of requests for production of documents on June 30, 2017.

5. The United States began looking for responsive documents and timely served written responses and objections to both sets of document requests on True the Vote.

6. The parties are currently working on resolving disputes regarding the United States' objections. The parties are attempting to agree on a set of search terms that will allow the United States to search and produce Electronically Stored Information (ESI).

7. The parties need additional time so that the United States can produce documents to True the Vote, and so True the Vote can review the documents prior to taking depositions.

8. The requested extension will make the discovery deadline in this case the same as in *Linchpins of Liberty, et al. v. United States*, Civil Action No. 1:13-cv-00777-RBW.  The Court already has moved the post-discovery status conference in the present action to October 18, 2017, so that it may take place in conjunction with the post-discovery status conference in No. 1:13-cv-000777-RBW.

9. In accordance with the Chambers' *General Order for Civil Cases Before the Honorable Reggie B. Walton* 11, the parties state as follows:

    a. The United States has not previously moved for an extension of discovery, True the Vote has requested and received one prior extension.

    b. The grounds for the motion are stated in paragraphs 1-8, supra.

    c. This motion does not seek to extend the deadline for a dispositive motion.

    d. In accordance with Local Rule 7(m) the parties conferred regarding the relief sought in this motion and there is no opposition to the relief sought.

DATED: August 17, 2017            Respectfully submitted,

                                            s/ Courtney Turner Milbank
JAMES BOPP, JR.
COURTNEY TURNER MILBANK
The Bopp Law Firm, P.C.
The National Building
1 South 6th Street
Terre Haute, IN  47807
jboppjr@aol.com
cmilbank@bopplaw.com

ATTORNEYS FOR PLAINTIFF


DAVID A. HUBBERT
Acting Assistant Attorney General
Tax Division

s/ Joseph A. Sergi
JOSEPH A. SERGI (DC 480837)
Senior Litigation Counsel
U.S. Department of Justice, Tax Division
555 4th Street, N.W., JCB 7207
Washington, D.C. 20001
(202) 305-0868; (202) 307-2504 (FAX)
Joseph.A.Sergi@usdoj.gov

LAURA M. CONNER (VA 40388)
STEVEN M. DEAN (DC 1020497)
JOSEPH R. GANAHL (MD)
W. CARL HANKLA (DC 411665)
JEREMY N. HENDON (OR 982490)
Trial Attorneys
U.S. Department of Justice, Tax Division
555 4th Street, N.W.
Washington, D.C. 20001
(202) 514-2000

Of Counsel:
CHANNING D. PHILLIPS
United States Attorney

                                            ATTORNEYS FOR THE UNITED STATES

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TRUE THE VOTE, INC. ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:13-cv-00734-RBW |
| UNITED STATES OF AMERICA, *et al.*, ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2017, the *JOINT MOTION FOR AN EXTENSION OF TIME TO COMPLETE DISCOVERY ALLOWED BY COURT'S APRIL 12, 2017 ORDER* was filed with the United States District Court for the District of Columbia via the Court's CM/ECF system.

s/ *Joseph A. Sergi*
JOSEPH A. SERGI