**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TRUE THE VOTE, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:13-cv-00734-RBW |
| ) | |
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**PROPOSED ORDER**

Upon joint motion of the parties in this civil action for an extension of time to complete discovery, it is hereby

**ORDERED** that the discovery allowed by the Court's April 12, 2017 Order shall be completed by October 16, 2017.

**SO ORDERED** this ___ day of August, 2017.

_____
REGGIE B. WALTON
United States District Judge