IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TRUE THE VOTE, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:13-cv-00734-RBW |
| ) | |
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**CONSENT MOTION FOR AN EXTENSION OF TIME TO COMPLETE DISCOVERY
ALLOWED BY COURT'S APRIL 12, 2017 ORDER
AND TO CONTINUE STATUS CONFERENCE**

Defendant United States of America moves to extend to time to complete the discovery allowed by the Court's April 12, 2017 Order to December 15, 2017.  The Deadline to complete discovery is currently October 16, 2017. In addition, the United States asks the Court to reset the status conference, currently scheduled for October 18, 2017, to a date at the Court's convenience following December 15. In support of this motion, the United States submits the following:

1. On April 12, 2017, the Court entered an order authorizing limited discovery under Fed. R. Civ. P. 56(d) allowing the Plaintiff to submit document requests and interrogatories about certain topics, as well as depose two individuals at the IRS. The deadline for discovery was July 12, 2017. (Docket No. 138.)

2. On April 28, 2017, True the Vote moved to amend the discovery order, which included a motion to extend the time for discovery to August 19, 2017. (Docket No. 140.) The Court extended discovery until August 21, 2017.

3.  The United States provided a copy of True the Vote's file regarding its application for tax exemption to True the Vote on May 19, 2017, as provided in the Court's Minute Order dated May 1, 2017.

4.  True the Vote served a first set of request for production of documents on the United States on June 27, 2017, and a second set of requests for production of documents on June 30, 2017.

5.  The United States began looking for responsive documents and timely served written responses and objections to both sets of document requests on True the Vote.

6.  On August 17, the parties jointly moved to extend the discovery deadline to October 16 to allow the parties additional time for the United States to produce documents and to allow True the Vote to review the documents prior to taking depositions. The Court granted that extension, which made the discovery deadline coincide with the previously extended deadline in *Linchpins of Liberty, et al. v. United States*, Civil Action No. 1:13-cv-00777-RBW.

7.  On August 21, True the Vote served its first set of interrogatories and third request for the production of documents.  The United States timely served its written responses to those discovery requests on September 20.

8.  The United States continues to review a voluminous set of documents in response to True the Vote's documents requests. The parties need additional time so that the United States can produce documents to True the Vote, and so True the Vote can review the documents prior to taking depositions. The United States currently seeks a discovery extension to December 15, but given the time-consuming nature of the document review, it may be necessary to seek an additional extension.

9. In accordance with the Chambers' *General Order for Civil Cases Before the Honorable Reggie B. Walton* 11, the parties state as follows:

   a. True the Vote has requested and received one prior extension, and the parties jointly have requested and received one additional extension.

   b. The grounds for the motion are stated in paragraphs 1-8, supra.

   c. This motion does not seek to extend the deadline for a dispositive motion.

   d. In accordance with Local Rule 7(m) the parties conferred regarding the relief sought in this motion and there is no opposition to the relief sought.

DATED: October 10, 2017          Respectfully submitted,

DAVID A. HUBBERT
Acting Assistant Attorney General
Tax Division

s/ Joseph A. Sergi
JOSEPH A. SERGI (DC 480837)
Senior Litigation Counsel
U.S. Department of Justice, Tax Division
555 4th Street, N.W., JCB 7207
Washington, D.C. 20001
(202) 305-0868; (202) 307-2504 (FAX)
Joseph.A.Sergi@usdoj.gov

LAURA M. CONNER (VA 40388)
STEVEN M. DEAN (DC 1020497)
JOSEPH R. GANAHL (MD)
W. CARL HANKLA (DC 411665)
JEREMY N. HENDON (OR 982490)
Trial Attorneys
U.S. Department of Justice, Tax Division
555 4th Street, N.W.
Washington, D.C. 20001
(202) 514-2000

Of Counsel:
CHANNING D. PHILLIPS
United States Attorney

ATTORNEYS FOR THE UNITED STATES

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRUE THE VOTE, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:13-cv-00734-RBW |
| ) | |
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, the *CONSENT MOTION FOR AN EXTENSION OF TIME TO COMPLETE DISCOVERY ALLOWED BY COURT'S APRIL 12, 2017 ORDER AND TO RESET STATUS CONFERENCE* was filed with the United States District Court for the District of Columbia via the Court's CM/ECF system.

s/ *Joseph A. Sergi*
JOSEPH A. SERGI