IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRUE THE VOTE, INC. ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:13-cv-00734-RBW |
| UNITED STATES OF AMERICA, *et al.*, ) | |
| Defendants. ) | |

**PROPOSED ORDER**

Upon the unopposed motion of the United States for an extension of time to complete discovery and to reset the post-discovery status conference, it is hereby

**ORDERED** that the discovery allowed by the Court's April 12, 2017 Order shall be completed by December 15, 2017, and the post-discovery status conference is reset for December _____, 2017, at _____ a.m./p.m.

**SO ORDERED** this \_\_\_ day of October, 2017

                                                               _____
                                                               REGGIE B. WALTON
                                                               United States District Judge