IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRUE THE VOTE, INC.<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>　　　Defendants. | Civil Action No. 1:13-cv-00734-RBW |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please notice this withdrawal of appearance by Christopher R. Egan as an attorney on behalf of defendants the United States of America and the Internal Revenue Service.

DATED: October 23, 2017　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　DAVID A. HUBBERT
　　　　　　　　　　　　　　　　　　　　Acting Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　Tax Division

　　　　　　　　　　　　　　　　　　　　s/ *Christopher R. Egan*
　　　　　　　　　　　　　　　　　　　　JOSEPH A. SERGI (DC 480837)
　　　　　　　　　　　　　　　　　　　　Senior Litigation Counsel
　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice, Tax Division
　　　　　　　　　　　　　　　　　　　　555 4th Street, N.W., JCB 7207
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20001
　　　　　　　　　　　　　　　　　　　　(202) 305-0868; (202) 307-2504 (FAX)
　　　　　　　　　　　　　　　　　　　　Joseph.A.Sergi@usdoj.gov

　　　　　　　　　　　　　　　　　　　　LAURA M. CONNER (VA 40388)
　　　　　　　　　　　　　　　　　　　　STEVEN M. DEAN (DC 1020497)
　　　　　　　　　　　　　　　　　　　　JOSEPH R. GANAHL (MD)
　　　　　　　　　　　　　　　　　　　　JEREMY N. HENDON (OR 982490)
　　　　　　　　　　　　　　　　　　　　CHRISTOPHER R. EGAN (TX 24036516)
　　　　　　　　　　　　　　　　　　　　Trial Attorneys
　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice, Tax Division

555 4th Street, N.W.
Washington, D.C. 20001
(202) 514-2000

Of Counsel:
JESSIE K. LIU
United States Attorney

ATTORNEYS FOR THE UNITED STATES

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TRUE THE VOTE, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:13-cv-00734-RBW |
| ) | |
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I certify that on October 23, 2017, the attached *Notice of Withdrawal of Appearance* was filed with the United States District Court for the District of Columbia via the Court's CM/ECF system.

s/ *Christopher R. Egan*
CHRISTOPHER R. EGAN