## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TRUE THE VOTE, INC. | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | )   Civil Action No. 1:13-cv-00734-RBW |
|  | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
|  | ) |
| Defendants. | ) |

### JOINT MOTION TO STAY DEADLINES
### PENDING SETTLEMENT DISCUSSION

The deadline to complete the discovery allowed by the Court's April 12, 2017 Order currently is set to expire this Friday, December 15, 2017, and the Court has scheduled a status conference for next Wednesday, December 20. The parties jointly move the Court to stay those deadlines pending settlement discussions, with the parties to file a joint status report within 30 days, if the parties have not reached a settlement before that time. In support of this motion, the parties submit the following:

1. On April 12, 2017, the Court entered an order authorizing limited discovery under Fed. R. Civ. P. 56(d) allowing the Plaintiff to submit document requests and interrogatories about certain topics, as well as depose two individuals at the IRS. The deadline for discovery was July 12, 2017. (Docket No. 138.)

2. On April 28, 2017, True the Vote moved to amend the discovery order, which included a motion to extend the time for discovery to August 19, 2017. (Docket No. 140.) The Court extended discovery until August 21, 2017.

3. The United States provided a copy of True the Vote's file regarding its application for tax exemption to True the Vote on May 19, 2017, as provided in the Court's Minute Order dated May 1, 2017.

4. True the Vote served a first set of request for production of documents on the United States on June 27, 2017, and a second set of requests for production of documents on June 30, 2017.

5. The United States began looking for responsive documents and timely served written responses and objections to both sets of document requests on True the Vote.

6. On August 17, the parties jointly moved to extend the discovery deadline to October 16 to allow the parties additional time for the United States to produce documents and to allow True the Vote to review the documents prior to taking depositions. The Court granted that extension, which made the discovery deadline coincide with the previously extended deadline in *Linchpins of Liberty, et al. v. United States*, Civil Action No. 1:13-cv-00777-RBW.

7. On August 21, True the Vote served its first set of interrogatories and third request for the production of documents. The United States timely served its written responses to those discovery requests on September 20.

8. Given the voluminous set of documents that the United States has to review in response to True the Vote's documents requests, the United States, with True the Vote's consent, moved on October 10 to extend the discovery deadline to December 15. In that motion, the United States advised that it may be necessary to seek an additional extension given the time-consuming nature of the document review. The Court granted the extension to December 15.

9. The parties also have been discussing settlement. Given the state of those negotiations, the United States' resources are best concentrated on working toward settlement rather than concurrently continuing a document review that may prove to be unnecessary. Because of the volume of documents to be reviewed and the time-consuming nature of the review, the United States would need additional time to complete discovery, if the parties do not reach a settlement.

10. As a result, the parties ask the Court to stay the current deadlines in the case, including next week's status conference, with the parties to file a joint status report within 30 days, if they have not reached a settlement by then.

11. In accordance with the Chambers' *General Order for Civil Cases Before the Honorable Reggie B. Walton* 11, the parties state as follows:

    a. True the Vote has requested and received one prior extension, the parties jointly have requested and received one additional extension, and the United States has requested and received an additional extension, as described above.

    b. The grounds for the motion are stated in paragraphs 1-10, supra.

    c. This motion does not seek to extend the deadline for a dispositive motion.

    d. In accordance with Local Rule 7(m) the parties conferred regarding the relief sought in this motion and there is no opposition to the relief sought.

DATED: December 14, 2017

Respectfully submitted,

s/ James Bopp, Jr.
JAMES BOPP, JR.
COURTNEY TURNER MILBANK
The Bopp Law Firm, P.C.
The National Building
1 South 6th Street
Terre Haute, IN  47807
jboppjr@aol.com
cmilbank@bopplaw.com

ATTORNEYS FOR PLAINTIFF


DAVID A. HUBBERT
Deputy Assistant Attorney General
Tax Division

s/ Joseph A. Sergi
JOSEPH A. SERGI (DC 480837)
Senior Litigation Counsel
U.S. Department of Justice, Tax Division
555 4th Street, N.W., JCB 7207
Washington, D.C. 20001
(202) 305-0868; (202) 307-2504 (FAX)
Joseph.A.Sergi@usdoj.gov

LAURA M. CONNER (VA 40388)
STEVEN M. DEAN (DC 1020497)
JOSEPH R. GANAHL (MD)
W. CARL HANKLA (DC 411665)
JEREMY N. HENDON (OR 982490)
Trial Attorneys
U.S. Department of Justice, Tax Division
555 4th Street, N.W.
Washington, D.C. 20001
(202) 514-2000

Of Counsel:
JESSIE K. LIU
United States Attorney

ATTORNEYS FOR THE UNITED STATES

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TRUE THE VOTE, INC. | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:13-cv-00734-RBW |
| UNITED STATES OF AMERICA, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2017, the *JOINT MOTION TO STAY DEADLINES PENDING SETTLEMENT DISCUSSION* was filed with the United States District Court for the District of Columbia via the Court's CM/ECF system.

s/ *Joseph A. Sergi*
JOSEPH A. SERGI
