## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRUE THE VOTE, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:13-cv-00734-RBW |
| ) | |
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER

Upon the joint motion of the parties to stay the deadlines in this action pending settlement discussions, it is hereby

**ORDERED** that the parties' motion is **GRANTED**. The discovery allowed by the Court's April 12, 2017 Order is stayed, and the status conference set for December 20, 2017, is canceled. It is further **ORDERED** that the parties will file a joint status report no later than 30 days following entry of this Order, if they have not reached a settlement agreement before then. If necessary, a discovery deadline and status conference will be reset at a future time.

**SO ORDERED** this ___ day of December, 2017

_____
REGGIE B. WALTON
United States District Judge