IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRUE THE VOTE, INC., | ) |
|     Plaintiff, | ) |
|     v. | ) Civil Action No. 1:13-cv-00734-RBW |
| UNITED STATES OF AMERICA, *et al.*, | ) |
|     Defendants. | ) |

**JOINT MOTION FOR APPROVAL OF PROPOSED CONSENT ORDER**

The parties in the above-captioned action have reached an agreement to settle this case upon entry of the attached proposed Consent Order. This settlement will resolve all remaining claims in this action, except any request for attorney's fees and costs that Plaintiff might make under any applicable law. The parties therefore respectfully move the Court to enter the attached proposed Consent Order.

DATED: January 16, 2017　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　s/ James Bopp, Jr.
　　　　　　　　　　　　　　　　　　JAMES BOPP, JR.
　　　　　　　　　　　　　　　　　　COURTNEY TURNER MILBANK
　　　　　　　　　　　　　　　　　　The Bopp Law Firm, P.C.
　　　　　　　　　　　　　　　　　　The National Building
　　　　　　　　　　　　　　　　　　1 South 6th Street
　　　　　　　　　　　　　　　　　　Terre Haute, IN  47807
　　　　　　　　　　　　　　　　　　jboppjr@aol.com
　　　　　　　　　　　　　　　　　　cmilbank@bopplaw.com

　　　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFF

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General
Tax Division

s/ Joseph A. Sergi
JOSEPH A. SERGI (DC 480837)
Senior Litigation Counsel
U.S. Department of Justice, Tax Division
555 4th Street, N.W., JCB 7207
Washington, D.C. 20001
(202) 305-0868; (202) 307-2504 (FAX)
Joseph.A.Sergi@usdoj.gov

LAURA M. CONNER (VA 40388)
STEVEN M. DEAN (DC 1020497)
JOSEPH R. GANAHL (MD)
W. CARL HANKLA (DC 411665)
JEREMY N. HENDON (OR 982490)
Trial Attorneys
U.S. Department of Justice, Tax Division
555 4th Street, N.W.
Washington, D.C. 20001
(202) 514-2000

Of Counsel:
JESSIE K. LIU
United States Attorney

ATTORNEYS FOR THE UNITED STATES

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TRUE THE VOTE, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:13-cv-00734-RBW |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2017, the *JOINT MOTION FOR APPROVAL OF PROPOSED CONSENT ORDER* was filed with the United States District Court for the District of Columbia via the Court's CM/ECF system.

s/ *Joseph A. Sergi*
JOSEPH A. SERGI