UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **True the Vote, Inc.**;<br><br>   v.<br><br>**Internal Revenue Service, et al.**;<br><br>   *Defendants*. | *Plaintiff*, | **Civil Case No.** 1:13-cv-000734-RBW<br><br>**Plaintiff's Application and Motion for Attorneys' Fees, Costs, and Expenses Under the Equal Access to Justice Act** |

# Plaintiff's Application and Motion for Attorneys' Fees, Costs, and Expenses Under the Equal Access to Justice Act

Plaintiff, True The Vote ("TTV"), respectfully moves this Court for an order awarding it reasonable attorneys' fees of $1,933,888.06 under the Equal Access to Justice Act ("EAJA"). This amount can be awarded as an "bad faith" enhancement under 28 U.S.C. § 2412(b), based upon the IRS's actions or as a "special factor" enhancement under § 2412(d)(2)(A), based upon the IRS's unusually litigious position.[1] In the alternative, TTV respectfully moves this Court for an order awarding it reasonable attorneys' fees of $750,922.79, pursuant to the EAJA statutory rate, adjusted for inflation, in § 2412(d)(2)(A).

This motion is made on the grounds that: (1) the EAJA applies to this action; (2) plaintiff meets the net worth eligibility requirements of the EAJA; (3) the application is timely; (4) TTV

---

[1] TTV has included attorneys' fees through February 13, 2018, including fees incurred in making this application, in these totals. TTV will also seek attorneys' fees incurred after February 13, 2018 related to this application and will file a supplemental request for such fees once briefing is concluded.

**Pl. App. And
Motion for Att. Fees
and Costs Under EAJA**                              -1-

is the prevailing party in this litigation; (5) the IRS cannot carry its heavy burden of showing its position was substantially justified in either law or fact and will not be able to show special circumstances make an award of fees unjust; and (6) the requested fees are fair and reasonable.

This motion is based on: (1) TTV's memorandum of points and authorities supporting this motion; (2) the supporting Declarations of Attorneys; (3) all of the pleadings, records, and papers filed in this action, deemed to be filed in this action, or of which this Court may take judicial notice at or before the time of the hearing on this motion; and (4) any rulings by this Court or by the District of Columbia Court of Appeals that relate to this action.

### Rule 7(f) Request For Oral Hearing

Pursuant to LcvR 7(f), TTV requests an oral hearing on this motion.

### Rule 7(m) Certification

In compliance with LcvR (7)(m), counsel for TTV discussed this motion with counsel for the federal defendants in a good faith effort to determine whether the federal defendants ("IRS") oppose the relief sought. Counsel for TTV and counsel for the IRS were unable to reach an agreement as to the relief sought and the IRS will oppose this motion.

**WHEREFORE**, Plaintiff True the Vote, Inc. prays this Court grant Plaintiff's Application and Motion for Attorney's Fees, Costs, and Expenses Under the Equal Access to Justice Act and direct the Defendant to pay Plaintiff such an award within 30 days of the Court's Order.

February 20, 2018                                      Respectfully submitted,

                                                       /s/ James Bopp, Jr.
                                                       _____

                                                       James Bopp, Jr. (D.C. Bar No. CO0041)
                                                       Courtney Turner Milbank*
                                                       THE BOPP LAW FIRM, P.C.
                                                       The National Building
                                                       1 South 6th Street
                                                       Terre Haute, Indiana 47807
                                                       (812) 232-2434
                                                       (812) 235-3685 (fax)
                                                       *Attorneys for Plaintiff*
                                                       *Admitted *pro hac vice*

**Pl. App. And**
**Motion for Att. Fees**
**and Costs Under EAJA**              -3-

## Certificate of Service

I hereby certify that on February 20, 2018 , I caused the *Plaintiff's Application and Motion for Attorneys' Fees, Costs, and Expenses Under the Equal Access to Justice Act* and exhibits thereto in the above-captioned matter to be filed with the United States District Court for the District of Columbia via the Court's CM/ECF system.

/s/ James Bopp, Jr.
James Bopp, Jr.