JAMES BOPP, JR.
jboppjr@aol.com

# THE BOPP LAW FIRM, PC
ATTORNEYS AT LAW

THOMAS J. MARZEN
(1946-2007)

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510
Telephone 812/232-2434   Facsimile 812/235-3685
www.bopplaw.com

_____

# RESUME OF
# JAMES BOPP, JR., ESQ.

## PROFESSION

Engaged in the practice of law with the law firm of The Bopp Law Firm, P.C. with practice emphasis on not-for-profit corporate and tax law, on campaign finance and election law, on the biomedical issues of abortion, foregoing and withdrawing life-sustaining medical treatment and assisted suicide, on federal trial and appellate litigation, and on United States Supreme Court practice.

## PROFESSIONAL AFFILIATIONS

**Honors:**

Reuters, Top Practitioner before the U.S. Supreme Court (2014)
National Law Journal, The 100 Most Influential Lawyers in America (2013)
Journal of Law, The Top Supreme Court Advocates of the Twenty-First Century (2012)
Republican National Lawyers Association, Republican Lawyer of the Year (2009)
Legatus International, John Cardinal O'Connor Pro-Life Hall of Fame Award (2005)

**Positions:**

General Counsel, James Madison Center for Free Speech, 1997 - Present
General Counsel, National Right to Life Committee, Inc., 1978 - Present
Treasurer and General Counsel, Republicans Overseas, Inc., 2013 - Present
Special Counsel, Republican National Committee, 2012 - Present
President, National Legal Center for the Medically Dependent and Disabled, Inc.,  1984 - 2010

**Representative Clientele (present and past):**

National Right to Life Committee, Focus on the Family, Republicans Overseas, Susan B. Anthony List, American Federation for Children, Foundation for Educational Choice, Catholic Answers,

1

Exhibit 1 to Declaration of James Bopp, Jr.

Christian Broadcasting Network, Salem Radio, Gerard Health Foundation, Priests for Life, Traditional Values Coalition, Home School Legal Defense Association, Vision America, ActRight, National Organization for Marriage, ProtectMarriage.com, Stand Up for Marriage, Family PAC, Family Talk with Dr. James Dobson, Life Issues Institute, Physicians for Compassionate Care, the Christian Coalition, Christian Life Commission of the Southern Baptist Convention, Knights of Columbus of the United States, Concerned Women of America, Faith & Freedom Coalition, National Right to Work Legal Defense and Education Foundation, National Rifle Association, Club for Growth, Citizens United, Federation for American Immigration Reform, National Federation of Independent Businesses, King Street Patriots, Montana Shrugged, Alabama Attorney General Bill Pryor, Senator Mitch McConnell, Congressmen Mike Pence and Anh Cao, Republican National Conservative Caucus, Republican Governors Association, the Libertarian Party, RNC Chairman Mike Duncan and Michael Steele, Republican National Committee, College Republican National Committee, Republican National Lawyers Association, and the state Republican Parties of Alabama, California, Indiana, Louisiana, Michigan, Minnesota, New Mexico, Rhode Island, Texas and Vermont.

**Martindale-Hubbell Peer Review Attorney Rating:**
    **AV** – very high to preeminent legal ability; very high ethical standards

**Profiled in:**
*Bellwether's local history includes prominent figures from left and right*, Terre Haute Tribune Star 1 (October 20, 2016)
*The Christian Right Mastermind Behind Citizens United Says It's Good for Democracy,* The Daily Beast (August 5, 2016)
*Get Ready: The Next "Citizens United" Is Coming*, Politico (June 22, 2016)
*The GOP's Big Bopper*, NewsMax (June 2015)
*Campaign finance system is broken says GOP super-lawyer Jim Bopp*, Public Integrity (April 21, 2015)
*The Religious Right's Crusade for More Money in Politics*, Huff Post (March 9, 2015)
*The Echo Chamber: At America's court of last resort, a handful of lawyers now dominates the docket*, Reuters (December 8, 2014)
*Indiana's deep historical conservative roots*, Greensburg Daily News (November 25, 2014)
*The Religious Right's Crusade to Deregulate Political Spending* Common Cause (February 2015)
*Advancing the Cause*, Terre Haute Tribune Star 1 (June 29, 2014)
*Superlawyer Jim Bopp Takes on McCain-Backed Tax Act that Targets Americans Overseas*, Washington Times 1 (May 5, 2014)
*Hoosier's Campaign-finance Crusade Pays Off*, Indianapolis Star (April 2, 2014)
Bhatia, *Top Supreme Court Advocates of the Twenty-First Century*, 2 J. Law (2012)
*The New Price of American Politics*, The Atlantic 60 (October 2012)
*Mr. Precedent*, Indiana University Alumni Magazine 36 (Fall 2012)
*Hoosier's Campaign-finance Crusade Pays Off*, The Indianapolis Star (Aug 26, 2012)
*Election 2012: Terre Haute lawyer at forefront of how campaigns are funded*, The Indianapolis Star (Aug 25, 2012)

Exhibit 1 to Declaration of James Bopp, Jr.

*Citizen Bopp*, The American Prospect (January 2, 2012)

*The $6 Billion Man?*, The Indianapolis Star A1 (October 5, 2011)

*The 2012 Election Will Cost $6 Billion. This Guy Is Why*, Bloomberg Businessweek 32 (October 3, 2011)

*Election Spending to Exceed $6 Billion Thanks Partly to Jim Bopp*, Bloomberg.com (September 21, 2011)

*The 'Country Lawyer' Shaping Campaign Finance Law*, National Public Radio (June 22, 2011)

*The Lone Wolf*, National Journal Daily 6 (June 2, 2011)

*Mr. Precedent*, Mother Jones 54 (May/June 2011)

*Lawyer Unlocked Election Vaults*, McClatchy News Service, Journal Sentinel (October 27, 2010)

*The Man Behind our Secret Elections: James Bopp Jr.*, Common Cause and Public Citizen (October 25, 2010)

*Campaign Finance Reform Is on Its Last Legs*, Mother Jones (September 13, 2010)

*James Bopp: master of constitutional sorcery*, The Yale Herald (January 29, 2010)

*A Quest to End Spending Rules for Campaigns*, New York Times A1 (January 24, 2010)

*The Man Who Took Down Campaign Finance Reform*, Mother Jones (January 21, 2010)

*Citizens United v. The FEC: The Return of Corporate Influence Peddling?*, ABCNEWS (January 13, 2010)

*Fighting Campaign $$ Reform*, National Journal 52 (September 5, 2009)

*Jim Bopp's Fight to Liberate Political Money*, National Public Radio (October 4, 2008)

*Advocacy Matters Before and Within the Supreme Court: Transforming the Court by Transforming the Bar*, 96 Georgetown L. J. 1487 (2008)

*80% Success Rate at Supreme Court*, Indianapolis Star B-1 (July 2, 2007)

*Bopp turns cover boy for national legal issues mag*, Terre Haute Tribune Star (?December 19, 2006)

*The Big Bopper, Exploding the Canons of Judicial Ethics*, ABA Journal 30 (Nov. 2006)

*Law Firms Play the Political Games*, Indiana Lawyer 1 (May 18-31, 2005)

Heinz & Southworth, *Lawyers for Conservative Causes: Clients, Ideology, and Social Distance*, 37 Law & Society Review 5 (2003)

*Court Challenges Await Controls on Soft Money*, New York Times A20 (March 29, 2001)

*The Anti-Reformers*, National Journal 470 (February 17, 2001)

*If You Get in Trouble, Who Are You Going to Call?*, Roll Call B-31 (January 15, 2001)

*Lawyers Find Job a Cause, Not a Specialty*, The National Law Journal 1 (November 30, 1992)

*The Terre Haute Bopps Wage War on Abortion*, The Criterion 7 (April 10, 1992)

*Ceaseless Crusader for a Cause*, Indianapolis Star B-1 (January 22, 1992)

*The Feelings Developed Early: Bopp*, The Terre Haute Tribune-Star 1 (December 30, 1984)

**Expert Trial Witness:**

State of Wisconsin v. Chvala, No. 02-CF-2451 (Cir. Court Dane County, Wisc. 2005)

Clayton v. Cheverha, No. GN301481 (Dist. Court Travis County, TX 2004)

**Consultant:**

Task Force on Critical Life Issues, Pope John Center, St. Louis, Missouri, 1982

Pope John Center Fetal Tissue Transplantation Task Force, 1992

Exhibit 1 to Declaration of James Bopp, Jr.

**Admitted:**
Indiana Supreme Court
United States Supreme Court
United States Court of Appeals for the District of Columbia Circuit
United States Court of Appeals for the 1st Circuit
United States Court of Appeals for the 2nd Circuit
United States Court of Appeals for the 3rd Circuit
United States Court of Appeals for the 4th Circuit
United States Court of Appeals for the 5th Circuit
United States Court of Appeals for the 6th Circuit
United States Court of Appeals for the 7th Circuit
United States Court of Appeals for the 8th Circuit
United States Court of Appeals for the 9th Circuit
United States Court of Appeals for the 10th Circuit
United States Court of Appeals for the 11th Circuit
United States District Court for the District of Colorado
United States District Court for the District of Columbia
United States District Court for the Northern District of Florida
United States District Court for the Southern District of Indiana
United States District Court for the Northern District of Indiana
United States District Court for the Western District of Michigan
United States District Court for the Eastern District of Wisconsin
United States District Court for the Western District of Wisconsin

**Member:**
Commissioner, National Conference of Commissioners of Uniform State Laws, 2005 - 2012, 2014 -
    present
    Vice Chairman, Indiana Delegation, 2009 - 2012
    Drafting Committee on Anti-Slapp, 2017 - present
    Study Committee on Equal Rights, 2015 - 2016
    Committee to Review the Scope and Program Process, 2011 - 2012
    Joint Uniform Law Commission/Uniform Law Conference of Canada Drafting Committee on
        Interjurisdictional Recognition of Advanced Planning Documents, 2012
    Advisory Committee to the Committee on Federalism and State Law, 2009 - 2012
    Joint Uniform Law Commission/Uniform Law Conference of Canada Study Committee on
        Interjurisdictional Recognition of Life-Planning Documents, 2011 - 2012
    Drafting Committee on Presidential Electors Act, 2008 - 2010
    Drafting Committee on the Regulation of Charities, 2007 - 2011
    Committee on Parliamentary Practice, 2007 - 2010
American Bar Association Working Group on the First Amendment and Judicial Elections
    Special Advisor, 2002 - 2003
The National Center for State Courts

Exhibit 1 to Declaration of James Bopp, Jr.

Invited Participant, Symposium on Judicial Campaign Conduct and the First Amendment, 2001

American Bar Association, 1990-93
    Advisory Board, Legal Procedures for Handicapped Infants Project, 1985-86
Indiana State Bar Association
    Health Care Law Committee, 1986 - 1987
Board of Advisors, Indiana Policy Review Foundation, 1992 - 2006
Terre Haute Bar Association
The Federalist Society for Law & Public Policy Studies
    Co-Chairman, Election Law Subcommittee, Free Speech & Election Law Practice Group, 1996 - 2005

**Other Positions:**
Partner, law firm of Brames, Bopp, Abel & Oldham, Terre Haute, Indiana, 1979 - 1992
Partner, law firm of Bopp & Fife, Indianapolis, Indiana, 1975 - 1979
Executive Director, United Conservatives of Indiana, 1975 - 1977
Law Clerk, law firm of Dix, Patrick, Ratcliffe & Adamson, Terre Haute, Indiana, 1972
Director, Summer Journalism School, HUMAN EVENTS, Washington, D.C., 1971
Journalism Intern, HUMAN EVENTS, Washington, D.C., 1969
Assistant Camp Director, Camp Krietenstein, Boy Scouts of America, Poland, Indiana, 1968

# GOVERNMENT SERVICE

## UNITED STATES OF AMERICA

**Member:**
United States National Commission for UNESCO, 2004 - 2006
Legal Services Corporation, President's Forum for Legal Services, 1991
Congressional Biomedical Ethics Advisory Committee, 1987 - 1989
National Institutes of Health, Human Fetal Tissue Transplantation Research Panel, 1988
President's Committee on Mental Retardation, 1984 - 1987
    Chairman, Full Citizenship Committee, 1985 - 1987

**Delegate:**
White House Conference on Aging, Washington, D.C., November 30 - December 3, 1981, Appointed by President Ronald Reagan
White House Conference on Families, Minneapolis, Minnesota, June 19 - 21, 1980, Appointed by President Jimmy Carter

**Facilitator:**
U.S. Dept. of Education, Parents as Partners in Education Excellence Conference, Indianapolis, Indiana, December 1, 1984

Exhibit 1 to Declaration of James Bopp, Jr.

**Reviewer:**
U.S. Congress, Office of Technology Assessment, LIFE SUSTAINING TECHNOLOGIES AND THE
  ELDERLY (1987).

## STATE OF INDIANA

**State Positions:**
Deputy Attorney General for the State of Indiana, 1973 - 1975
Law Clerk for Consumer Protection Division of Office of the Indiana Attorney General, 1973

**County and Municipal Positions:**
Vigo County Election Board, 1991 - 1993
Felony Trial Deputy, Vigo County Prosecutor's Office, 1979 - 1986
Town Attorney, Town of West Terre Haute, Indiana, 1980 - 1983
Special Deputy Prosecutor, Marion County, Prosecutor's Office, 1977 - 1979
Counsel for Marion County (Indianapolis) Department of Public Welfare, 1976 -1979

**Awards:**
Kentucky Colonel, 2008
Honorary Attorney General and Advocate of the State of Indiana (Awarded by Attorney General
  Linley E. Pearson, 1987)

## INDIANA UNIVERSITY

**Academic Appointment:**

Indiana University School of Law, Practitioner-in-Residence, 2014
Instructor of Commercial Law, Indiana University School of Business, 1977 - 1978

**Academic Presentations:**

Indiana University School of Law, Indianapolis, Indiana, April 5, 2006
Campaign Finance Reform in Focus: Constitutional Issues and Political Realities, The Program on
  Law and State Government of the Indiana University School of Law-Indianapolis, Indianapo-
  lis, Indiana, July 23, 1997
Indiana University School of Law, Bloomington, Indiana, November 14, 1988
Indiana University School of Law, Indianapolis, Indiana, September 20, 1988

**Undergraduate:**
Bachelor of Arts, 1970, Indiana University, Bloomington, Indiana

Exhibit 1 to Declaration of James Bopp, Jr.

**Undergraduate Activities:**
Candidate for President of the Student Body
President Pro Tempore of the Student Senate
Chairman of Student Senate Committee
Chief Justice of J-IFC Judicial Board
President of I.U. Chapter of Young Americans for Freedom
President Pro Tempore of Great Issues Senate
Intercollegiate Debater

**Undergraduate Awards:**
Kappa Sigma Fraternity
       National Scholarship-Leadership Award
       Outstanding Graduating Senior

**Other Activities:**
IU Student Trustee Search and Screen Committee, 2005, 2007
Indiana University School of Law  - Indianapolis Moot Court Spring Barrister Tournament
       Judge Final Round, 2005
IU Men's Basketball Season Ticket Holder, 1976 - present

**OTHER GOVERNMENTS**

Special Assistant Attorney General, State of West Virginia, 1998-2001
Special Assistant Attorney General, State of Louisiana, 1991 - 1993

## ACADEMIC RECORD

**Conference Chairman:**
Chairman, National Summer Election Law Seminar, Republican National Lawyers Association, Simi
       Valley, California, August 14-15, 2009
Chairman, *Buckley v. Valeo* Revisited: Are Existing Campaign Contribution Limits Consistent With
       the First Amendment?, The Federalist Society, Washington, D.C., September 10, 1999
Chairman, Long-Term Services in the '90s: Life-Affirming or Life-Limiting?, Marquette University,
       April 20-22, 1995
Chairman, Life, Liberty & Access: Disability Rights & Health Care Ethics, Virginia Commonwealth
       University, April 14-16, 1994
Chairman, The New Right to Die: Self-Determination or Social Imperative?, Loyola Univer-
       sity at New Orleans, April 15-17, 1993
Chairman, Life and Death After *Cruzan*, Loyola University at New Orleans, April 8, 10, and 11, 1992
Chairman, Conference on Current Controversies in the Right to Live, the Right to Die III, The
       Catholic University of America, School of Law, April 11, 12 and 13, 1991
Chairman, Conference on Current Controversies in the Right to Live, the Right to Die II, The
       Catholic University of America, School of Law, April 26, 27 and 28, 1990

Exhibit 1 to Declaration of James Bopp, Jr.

Chairman, Conference on Current Controversies in the Right to Live, the Right to Die, The Catholic University of America, School of Law, April 13, 14, and 15, 1989

Chairman, Conference on Health Treatment Rights, HIV and AIDS, University of Chicago, May 19, 20, and 21, 1988

Chairman, Assisting Suicide Conference, Stanford University Medical School, April 2, 3, and 4, 1987

Chairman, Providing Nutrition and Hydration to Patients Conference, Loyola University at New Orleans School of Law, April 10, 11 and 12, 1986

Chairman, The Handicapped Newborn in American Society Conference, Fordham University, March 28, 29 and 30, 1985

Chairman, Human Life and Health Care Ethics Conference, Marquette University, April 7, 8, and 9, 1983

Chairman, Human Life Amendment Conference, St. Louis University Center for Health Care Ethics, September 11 and 12, 1981

**Law School:**

Juris Doctor, 1973, University of Florida College of Law, Gainesville, Florida

# AWARDS

**Practicing Attorney:**

WHO'S WHO IN AMERICAN LAW (19th ed. 2015-2016)

National Law Journal, The 100 Most Influential Lawyers in America (2013)

WHO'S WHO IN AMERICAN LAW (17th ed. 2011-2012)

WHO'S WHO IN AMERICA (64th ed. 2010)

WHO'S WHO IN AMERICAN LAW (16th ed. 2009-10)

Republican National Lawyers Association, Republican Lawyer of the Year (2009)

WHO'S WHO IN THE WORLD (26th ed. 2009)

WHO'S WHO IN AMERICA (63rd ed. 2009)

Kentucky Colonel (2008)

WHO'S WHO IN THE WORLD (25th ed. 2008)

WHO'S WHO IN AMERICA (62nd ed. 2008)

WHO'S WHO IN THE WORLD (24th ed. 2007)

Legatus International, John Cardinal O'Connor Pro-Life Hall of Fame Award 2005

WHO'S WHO IN AMERICA (61st ed. 2007)

WHO'S WHO IN AMERICA (60th ed. 2006)

WHO'S WHO IN THE WORLD (23rd ed. 2006)

WHO'S WHO IN AMERICAN LAW (14th ed. 2005)

WHO'S WHO IN THE MIDWEST (32th ed. 2005)

WHO'S WHO IN AMERICA (59th ed. 2005)

WHO'S WHO IN THE MIDWEST (31th ed. 2004)

WHO'S WHO IN AMERICA (58th ed. 2004)

WHO'S WHO IN AMERICAN LAW (13th ed. 2003-2004)

WHO'S WHO IN THE MIDWEST (30th ed. 2003)

Exhibit 1 to Declaration of James Bopp, Jr.

WHO'S WHO IN THE MIDWEST (29th ed. 2002)
WHO'S WHO IN AMERICAN LAW (12th ed. 2002)
WHO'S WHO IN THE MIDWEST (28th ed. 2001)
WHO'S WHO IN AMERICAN LAW (Millennium ed. 2000)
WHO'S WHO IN AMERICA (54th ed. 2000)
WHO'S WHO IN AMERICAN LAW (11th ed. 1999)
WHO'S WHO IN AMERICA (53rd ed. 1999)
WHO'S WHO IN AMERICAN LAW (10th ed. 1998)
WHO'S WHO IN AMERICA (52nd ed. 1998)
WHO'S WHO IN AMERICA (51st ed. 1997)
WHO'S WHO IN AMERICA (50th ed. 1996)
WHO'S WHO IN EXECUTIVES AND PROFESSIONALS (1996)
WHO'S WHO IN THE MIDWEST (25th ed. 1996)
WHO'S WHO IN AMERICAN LAW (9th ed. 1996)
WHO'S WHO IN THE MIDWEST (24th ed. 1993)
WHO'S WHO IN AMERICAN LAW (8th ed. 1993)
Life Issues Institute Award (1992)
WHO'S WHO IN THE MIDWEST (23rd ed. 1991)
WHO'S WHO OF EMERGING LEADERS IN AMERICA (3rd ed. 1989)
WHO'S WHO OF EMERGING LEADERS IN AMERICA (2nd ed. 1988)
WHO'S WHO OF EMERGING LEADERS IN AMERICA (1st ed. 1987)
WHO'S WHO IN AMERICAN LAW (5th ed. 1987)
WHO'S WHO IN AMERICAN LAW (4th ed. 1985)
Outstanding Young Man in America (1980)
WHO'S WHO IN AMERICAN LAW (3rd ed. 1979)

**Law School:**
Non-resident Tuition Scholarship, 1971

**High School:**
National Honor Society
National Forensic League's Award of Excellence
Outstanding Senior in Speech and Debate

# CIVIC ACTIVITIES

**Indiana Coordinator:**
Citizen Review Committee, International Women's Year
        Indiana Conference, Indianapolis, Indiana, July 16, 1977
        National Conference, Houston, Texas, November 18, 1977
National Pro-family Coalition on the White House Conference on Families, 1980

**Member:**

Exhibit 1 to Declaration of James Bopp, Jr.

All Children Matter - Indiana
       Treasurer, 2004 - 2008
       Chairman, 2008
Crossroads of America Council, Boy Scouts of America
       Board of Directors, 2011 - 2013
National Institute of Family & Life Advocates
       National Advisory Board, 1993 - Present
Council for National Policy
Indiana Policy Review
       Board of Advisors
Opportunity Project of Indiana, Inc.,
       Board of Advisors
Alliance for Growth and Progress
       Board of Directors, 1993 - 1997
Hospice of the Wabash Valley, Inc.,
       Founder 1982
       Board of Directors, 1982 - 1990
       Chairman of the Board, 1982 - 1988
Leadership Terre Haute, Inc.
       Class of 1980 - 81
       Program Chairman, 1981 - 82
       Executive Committee, 1981 - 82
       Board of Directors, 1982 - 85, 1986 - 89
Terre Haute Rotary Club, 1981 - 86
       Board of Directors, 1984 - 86
Advisor, Law Explorer Post, Boy Scouts of America, 1980 - 81
Terre Haute Area Chamber of Commerce

**Other Activities:**
Judge, National Forensic League, 1975 National Tournament, Indianapolis, Indiana
Commentator, WNTS Radio, Indianapolis, Indiana 1977-1978

# POLITICAL ACTIVITIES

**Party and Campaign Positions:**
Republican National Committee
       Special Counsel, 2012 - 2017
       Member, 2006 - 2012
       Vice Chairman, 2008 - 2012
       Chairman, RNC Conservative Steering Committee, 2008- 2011
       Chairman, Committee on Presidential Debates, 2011 - 2012
       Vice Chairman, Redistricting Committee, 2011 - 2012
       Executive Committee, 2008 - 2012

Exhibit 1 to Declaration of James Bopp, Jr.

Standing Committee on Rules, 2011 - 2012
Co-Chairman, RNC Mission to Taiwan's Centennial National Day, 2011
Republican National Conservative Caucus
Executive Director and General Counsel, 2012 - present
Founding Member, 2009
Board of Directors, 2009 - 2012
Chairman, 2009 - 2012
Indiana Republican Party
National Committeeman, 2006 - 2012
State Treasurer, 2005 - 2006
General Counsel, 2005 - 2010
Legal Counsel, 2004 - 2005, 2015 - present
Hoosier Leadership Council, 2004, 2005
Dinner Host Committee, Indiana Republican Annual State Dinner, Indianapolis, Indiana,
September, 25, 1993
Romney for President 2012
Catholics for Romney Coalition
National Advisory Committee
Romney for President 2008
Special Advisor for Life Issues, 2007 - 2008
National Faith and Values Steering Committee
Co-Chair, 2007 - 2008
Lawyers for Romney National Steering Committee, 2007 - 2008
Advisory Committee on the Constitution and the Courts, 2007 - 2008
Indiana Co-chairman, 2007 - 2008
Bush-Cheney '04, Indiana Campaign Leadership Team
Chairman, Vigo County Republican Central Committee, 1993 - 1997
Aiming Higher, Inc., formerly MyGovMitch, Inc. – Mitch Daniels Transition Team
General Counsel, 2004 - 2010
Secretary - Treasurer, 2005 - 2010
Mitch for Governor Campaign Committee, successful candidate for Indiana Governor
General Counsel, 2003 - 2008
Steering Committee, 2007 - 2008
State Vice Chairman, Early for Governor, 1995-1996
Vigo County Chairman, Dan Coats for Indiana, re-election campaign of Republican U. S. Senator,
1992
Vigo County Co-Chairman, Dan Coats for Indiana, successful re-election campaign of Republican U.
S. Senator, 1990
Vigo County Coordinator, Hoosiers for Bob Orr, successful re-election campaign of Republican
Governor, 1984
Treasurer and Campaign Manager for People for Abel, Again, successful Republican candidate for
Vigo County Prosecutor, 1982

Exhibit 1 to Declaration of James Bopp, Jr.

**Awards:**
Republican National Lawyers Association
       Republican Lawyer of the Year 2009
Indiana Republican State Party
       State Chairman's Award 2005
Indiana Republican State Party
       State Chairman's Award 2001
Vigo County Republican Central Committee
       William Henry Harrison Award 2001

**Howey Politics Indiana, HPI Indiana Power 50**
       2014 Number 26
       2013 Honorable Mention
       2012 Number 10

**Delegate:**
2016 Republican National Convention, Cleveland, Ohio, July 18-21, 2016 (delegate)
       Convention Committee on the Platform
2012 Republican National Convention, Tampa, Florida, August 27 - 30, 2012 (delegate)
       Assistant Parliamentarian
       Convention Committee on the Platform
           Chairman, Subcommittee on Restoring Constitutional Government
2008 Republican National Convention, Minneapolis, Minn., September 1 - 4, 2008 (delegate)
       Convention Committee on Resolutions
2004 Republican National Convention, New York City, NY, August 29 - Sept. 2, 2004 (delegate)
       Convention Committee on Resolutions
2000 Republican National Convention, Philadelphia, PA., July 30 - August 3, 2000 (delegate)
       Convention Committee on Resolutions
1996 Republican National Convention, San Diego, Calif., August 12 - 15, 1996 (alternate delegate)
1992 Republican National Convention, Houston, Texas, August 17 -20, 1992 (alternate delegate)
2016 Republican State Convention, Indianapolis, June 10-11, 2016
       State Platform Committee
2014 Republican State Convention, Ft. Wayne, Indiana, June 6 - 7, 2014
       State Platform Committee
2012 Republican State Convention, Indianapolis, Indiana, June 8 - 9, 2012
       Assistant Parliamentarian
       Executive Committee, State Platform Committee
2010 Republican State Convention, Indianapolis, Indiana, June 18 - 19, 2010
       State Platform Committee
2008 Republican State Convention, Indianapolis, Indiana, June 2, 2008
       Chairman, Committee on Permanent Organization, Rules, and Order of Business
       Parliamentarian
       State Platform Committee

Exhibit 1 to Declaration of James Bopp, Jr.

2006 Republican State Convention, Indianapolis, Indiana, June 20, 2006
      Executive Committee, State Platform Committee
2004 Republican State Convention, Indianapolis, Indiana, June 8, 2004
      State Platform Committee
2002 Republican State Convention, Indianapolis, Indiana, June 14, 2002
      State Platform Committee
2000 Republican State Convention, Indianapolis, Indiana, June 6, 2000
      State Platform Committee
1998 Republican State Convention, Indianapolis, Indiana, June 5, 1998
1996 Republican State Convention, Indianapolis, Indiana, June 18, 1996
      State Platform Committee
1994 Republican State Convention, Indianapolis, Indiana, June 16, 1994
      Seconding Speech for Morris Wooden for State Auditor
      State Platform Committee
1992 Republican State Convention, Indianapolis, Indiana, June 17, 1992
1990 Republican State Convention, Indianapolis, Indiana, June 8, 1990
1986 Republican State Convention, Indianapolis, Indiana, June 12, 1986
1984 Republican State Convention, Indianapolis, Indiana, June 19, 1984
1982 Republican State Convention, Indianapolis, Indiana, June 18, 1982
1980 Republican State Convention, Indianapolis, Indiana, June 13, 1980

**Other Positions:**
Republican National Lawyers Association
      Vice President, Election Education, 2008 - 2010
      Board of Governors, 2002 - 2015
      Advisory Council, 2004 - present
Republican Victory Committee, Chairman, 2000
National Republican Pro-life Committee, Inc.
      Board of Directors, 1983 - 1991
      Vice Chairman, 1984 - 1991
      1984 National Republican Convention Committee
      1980 National Republican Convention Committee

**Presenter:**
Republican National Lawyers Association, National Policy Conference, Washington, D.C., May 6, 2016
Southern Republican Leadership Conference, Oklahoma City, May 21-23, 2015
Republican National Lawyers Association, National Election Law Seminar, Law Vegas, NV, August, 10, 2014
Midwest Leadership Conference, Bloomington, MN, October 8, 2011
Republican Leadership Conference, New Orleans, LA, June 16, 2011
Republican National Lawyers Association, National Policy Conference, Washington, D.C., April 16, 2010

Exhibit 1 to Declaration of James Bopp, Jr.

Republican National Lawyers Association, National Summer Election Law Seminar, Simi Valley, California, August 14-15, 2009

Midwest Republican Leadership Conference, Indianapolis, Indiana, August 26, 2007

Republican National Lawyers Association, 2007 National Summer election Law Seminar & School, New Orleans, Louisiana, June 22-23, 2007

Republican National Lawyers Association, 2006 Annual National Policy Conference, Washington, D.C., April 7, 2006

Republican National Lawyers Association, 2004 National Summer Election Law Seminar & School, Milwaukee, Wisc., July 16-17, 2004

Indiana Republican State Committee, Congress of Counties, Indianapolis, IN, February 27, 2004

Indiana Chapter, Republican National Lawyers Association, Indianapolis, IN, February 19, 2004

Republican National Lawyers Association, National Summer Election School, Irvine, California, August 8-9, 2003

Republican National Lawyers Association, 2003 National Conference, Washington, D.C., March 21, 2003

Republican National Lawyers Association, 2002 National Election Law School, San Antonio, Texas, August 16-17, 2002

Republican National Committee, Midwest Leadership Conference, Springfield, Mo., September 11, 1993

Indiana Republican State Committee, Congress of Counties, Indianapolis, Indiana, February 10, 1994

# PERSONAL

**Marital Status:**

Married, Christine Marie Bopp, three children, Kathleen Grace Flanagan, Lydia Grace Bopp, and Marguerite Grace Baidinger

**Reside:**

6470 Mayfield Lane, Zionsville, IN 46077

**Born:**

February 8, 1948, Terre Haute, Indiana

**High School:**

Wiley High School, Terre Haute, Indiana

# MEDIA APPEARANCES

**Appeared On:**

CBS Nightly News

CBS "60 Minutes"

CBS News "Night Watch"

CBS "This Morning"

Exhibit 1 to Declaration of James Bopp, Jr.

CBS "Saturday Night with Connie Chung"
CBS "America Tonight"
ABC Nightly News
ABC "Nightline"
ABC Good Morning America
NBC Nightly News
NBC Today Show
NBC Headlines on Trial
NBC News "The Abortion Dilemma"
PBS MacNeil-Lehrer News Hour
PBS "That Delicate Balance II: Our Bill of Rights"
CNN "Inside Politics"
CNN "Early Prime"
CNN "Crossfire"
CNN "Daywatch"
CNN Sonya Live From L.A.
CBN 700 Club
CBN "Straight Talk"
Fox Morning News
CNBC "Real Personal"
CourtTV "Supreme Court Watch"
Lifetime Medical Television "Internal Medicine Update"
The Discovery Channel "Medical Records"
Fox News Channel
MS-NBC
C-SPAN
NPR "Talk of the Nation"
Mutual Broadcasting Network "The Larry King Show"

**Quoted In:**
USA Today
Wall Street Journal
New York Times
Washington Post
Washington Times
Chicago Tribune
Los Angeles Times
U.S. News and World Report
Newsweek
Insight Magazine
National Journal
ABA Journal
AMA News

Exhibit 1 to Declaration of James Bopp, Jr.

National Law Journal
Roll Call
The Hill
Physician Management
Medical Ethics Advisor
Numerous AP and UPI Reports

# FILM PRODUCTION

**Legal Advisor:**
"Baby John Doe," Gerretsen Productions Ltd.

**Appeared In:**
"The Slippery Slope," Gerretsen Productions Ltd.

# PUBLICATIONS

**Books:**
Section Editor, ENCYCLOPEDIA OF U.S. BIOMEDICAL POLICY, Greenwood Press ®. Blank &amp; J.
    Merrick 1996)
HUMAN LIFE AND HEALTH CARE ETHICS, University Publications of America (J. Bopp ed. 1985)
RESTORING THE RIGHT TO LIFE: THE HUMAN LIFE AMENDMENT, Brigham Young University Press (J.
    Bopp ed. 1984)

**Journals:**
Editor in Chief of ISSUES IN LAW &amp; MEDICINE, 1985 - 2010
       Editor in Chief Emeritus, 2011
Editorial Board of ELECTION LAW JOURNAL, 2001 - present

**Manuals:**
THE MEDICAL TREATMENT RIGHTS OF CHILDREN WITH DISABILITIES (J. Bopp ed. 1987)

**Articles in Textbooks:**
Bopp, *Is Equal Protection a Shelter for the Right to Abortion*?, in ABORTION, MEDICINE AND THE
    LAW 160 (4th ed. 1991)
Bopp &amp; Coleson, *Abortion on Demand Has No Constitutional or Moral Justification*, in POINTS OF
    VIEW 326 (5th ed. 1991)

**Articles in Books:**
Bopp &amp; Coleson, *Roe v. Wade and the Euthanasia Debate*, in SUICIDE AND THE CHRISTIAN COMMU-
    NITY: AN ETHICAL DILEMMA (G. P. Stewart &amp; T. J. Demy eds. 1997) (in press)
Bopp &amp; Coleson, *The Case Against Permitting Physician-Assisted Suicide for 'Competent' Adults
    With 'Terminal Conditions,'"* in DUTCH EUTHANASIA WORLDWIDE THREAT 54 (1996)

Exhibit 1 to Declaration of James Bopp, Jr.

Bopp, *Federal Regulations*, ENDANGERED SPECIES: FIRST AMENDMENT RIGHTS & NONPROFIT
ORGANIZATIONS 127 (1995)

Bopp, *Fetal Tissue Transplantation and Complicity with Induced Abortion*, in THE FETAL
TISSUE ISSUE: MEDICAL AND ETHICAL ASPECTS 61 (P. Cataldo & A. Moraczewski eds.
1994)

Bopp, *Ethical Limitations on Use of the Human Fetus in Research*, in ETHICAL ISSUES IN RESEARCH
199 (D. Cheney ed. 1993)

Bopp & Nimz, *A Legal Analysis of the Child Abuse Amendments of 1984*, in COMPELLED COMPAS-
SION: GOVERNMENT INTERVENTION IN THE TREATMENT OF CRITICALLY ILL NEWBORNS 73 (A.
Caplan, R. Blank & J. Merrick eds. 1992)

Bopp, *Nutrition Should Not Be Withheld from Nancy Cruzan*, in DEATH/DYING 41 (1990)

Bopp, *Surrogate Motherhood Agreements: The Risks to Innocent Human Life*, in BEYOND BABY M:
ETHICAL ISSUES IN NEW REPRODUCTIVE TECHNIQUES 201 (A. Caplan ed. 1990)

Bopp, *The Winds of Change: 1988 Legal Developments*, in THE TRIUMPH OF HOPE 83 (D. Andrusko
ed. 1989)

Bopp & Burtchaell, *Statement of Dissent*, in 1 REPORT OF THE HUMAN FETAL TISSUE TRANSPLANTA-
TION RESEARCH PANEL 47(1988)

Bopp, *1987 Legal Developments: The Eye of the Storm?*, in A PASSION FOR JUSTICE 59 (D. Andrusko
ed. 1988)

Bopp, Roe v. Wade: *A Decision Ripe for Reversal*, in A PASSION FOR JUSTICE 73 (D. Andrusko ed.
1988)

Bopp, *1986 Legal Developments*, in WINDOW ON THE FUTURE 47 (D. Andrusko ed. 1987)

Bopp, *Legal Developments*, in CALL TO CONSCIENCE 37 (D. Andrusko ed. 1986)

Bopp, *The Legal Implications of Medical Procedures Affecting the Born*, in HUMAN LIFE AND
HEALTH CARE ETHICS (J. Bopp ed. 1985)

Bopp, *Examination of Proposals for a Human Life Amendment*, in RESTORING THE RIGHT TO LIFE,
THE HUMAN LIFE AMENDMENT (J. Bopp ed. 1984)

Bopp, *A Human Life Amendment*, in THE ZERO PEOPLE 233 (J. L. Hensley ed. 1983)


**Law Review Articles:**

Bopp, Elf & Milanovich, *Contribution after* McCutcheon v. FEC, 49 Val. L. Rev. 361 (2015)

Bopp, *The Perils of Merit Selection*, 46 INDIANA L. REV. 87 (2013)

Bopp, La Rue & Kosel, *The Game Changer:* Citizens United's *Impact on Campaign Finance Law in
General and Corporate Political Speech in Particular*, 9 FIRST AMENDMENT L. REV. 251
(Winter 2011)

Bopp & Phillips, *The Limits of* Citizens United v. Federal Election Commission: *Analytical and
Practical Reasons Why the Sky Is Not Falling*, 46 U. San Francisco L. Rev. 281 (Fall 2011)

Bopp, *The View from the Litigants*, 23 ST. THOMAS L. REV. 334 (2011)

Bopp & Coleson, *Vote-Dilution Analysis in* Bush v. Gore, 23 ST. THOMAS L. REV. 461 (2011)

Bopp & Haynie, *The Tyranny of "Reform and Transparency": A Plea to the Supreme Court to Revisit
and Overturn* Citizens United's *"Disclaimer and Disclosure" Holding*, 16 NEXUS 3 (2010-
2011)

Exhibit 1 to Declaration of James Bopp, Jr.

Bopp, La Rue & Kosel, *The Game Changer:* Citizens United's *Impact on Campaign Finance Law in General and Corporate Political Speech in Particular*, 9 FIRST AMEND. L. REV. 251 (2011)

Bopp & Coleson, Citizens United v. Federal Election Commission: *"Precisely What* WRTL *Sought to Avoid,"* CATO SUPREME COURT REVIEW 29 (2010)

Bopp & Kester, *Holding the Service's Feet to the Fire:* Citizens United *and the First Amendment to the IRC Section 501(c)(3) Political Prohibition*, 11 ENGAGE 75 (2010)

Bopp & Woudenberg, *Extreme Facts, Extraordinary Case: The* Sui Generis *Recusal Test of* Caperton v. Massey, 60 Syracuse L. Rev. 307 (2010)

Bopp. & Neeley, *How Not to Reform Judicial Elections:* Davis, White, *and the Future of Judicial Campaign Financing*, 86 Denver U. L. Rev. 195 (2008)

Bopp, *Preserving Judicial Independence: Judicial Elections As the Antidote to Judicial Activism*, 6 FIRST AMEND. L. REV. 180 (2007)

Bopp & Woudenberg, *To Speak or Not To Speak: Unconstitutional Regulation in The Wake of* White, 28 JUST. SYS. J. 329 (2007)

Bopp & Woudenberg, *An Announce Clause By Any Other Name: The Unconstitutionality of Disciplining Judges Who Fail to Disqualify for Exercising Their Freedom to Speak,* 55 DRAKE L. REV. 723 (2007)

Bopp & Lee, *So There Are Campaign Contribution Limits That Are Too Low*, 18 Stanford Law & Policy Rev. 266 (2007)

Bopp & Coleson, *Distinguishing "Genuine" From "Sham" in Grassroots Lobbying: Protecting the Right to Petition During Elections*, 29 CAMPBELL L. REV.353 (2007)

Bopp, *Judicial Activism: Gravest Threat to Judicial Independence*, CALIFORNIA COURTS REV. 7 (Winter 2007).

Bopp & Coleson, *The First Amendment Is Still Not a Loophole: Examining* McConnell's *Exception to* Buckley's *General Rule Protecting Issue Advocacy*, 31 NORTHERN KENTUCKY LAW REV. 289 (2004)

Bopp & Coleson, *Electioneering Communication versus Abortion*, 3 ELECTION LAW JOURNAL 205 (2004)

Bopp & Moore, *Introduction, Symposium: The First Amendment and The Bipartisan Campaign Reform Act*, 2 ELECTION LAW JOURNAL 45 (2003)

Bopp & Coleson, *The First Amendment Needs No Reform: Protecting Liberty From Campaign Finance "Reformers,"* 51 CATHOLIC U. LAW REV. 785 (2002)

Bopp, *"McCain-Feingold": Analysis of S. 27 as Passed by the Senate*, 3 ENGAGE 75 (2002)

Bopp & Abegg, *The Developing Constitutional Standards for "Coordinated Expenditures:" Has the Federal Election Commission Finally Found a Way to Regulate Issue Advocacy?*, 1 ELECTION LAW JOURNAL 209 (2002)

Bopp, *All Contribution Limits Are Not Created Equal: New Hope In The Political Speech Wars*, 49 CATHOLIC U. LAW REV. 11 (1999)

Bopp & Coleson, *Three Strikes: Is An Assisted Suicide Right Out?*, 15 ISSUES IN LAW & MED. 3 (1999)

Bopp, *The Constitutional Limits on Campaign Contribution Limits*, 11 REGENT U. LAW REV. 235 (1998-99)

Exhibit 1 to Declaration of James Bopp, Jr.

Bopp & Cook, *Partial-Birth Abortion: The Final Frontier of Abortion Jurisprudence*, 14 ISSUES IN LAW & MED. 3 (1998)

Franz & Bopp, *The Nine Myths of Campaign Finance Reform*, 9 STANFORD LAW & POL. REV. 63 (1998)

Bopp, *Just The Medical Facts: An Argument in Support of the Continued Ban on Physician Assisted Suicide*, 12 ST. JOHN'S J. LEGAL COMMENT. 610 (1997)

Bopp & Coleson, *The First Amendment is Not a Loophole: Protecting Free Expression in the Election Campaign Context*, 28 UWLA LAW REV. 1 (1997)

Bopp & Coleson, Roe v. Wade *and the Euthanasia Debate*, 12 ISSUES IN LAW & MEDICINE 343 (1997)

Bopp & Coleson, *A Critique of Family Members as Proxy Decisionmakers Without Legal Limits*, 12 ISSUES IN LAW & MEDICINE 133 (1996)

Bopp & Coleson, *The Constitutional Case Against Permitting Physician-Assisted Suicide for Competent Adults with "Terminal Conditions*," 11 ISSUES IN LAW & MEDICINE 239 (1995)

Bopp & Avila, *When Worlds Collide: Disability Rights and Medical Prerogatives in Matters of Life and Death*, 7 HEC FORUM 132 (1995)

Bopp & Coleson, *Child Abuse by Whom? Parental Rights and Judicial Competency Determinations: The Baby K and Baby Terry Cases*, 4 OHIO N. L. REV. 821 (1994)

Bopp & Coleson, *Baby K: Protected at Law*, 9 TRENDS HEALTH CARE, L. & ETHICS 7 (1994)

Bopp, Letter to the Editor, 329 N. E. J. MED. 1579 (1993)

Bopp & Avila, Cruzan II: *A Clear and Convincing Travesty*, 1 NAT. U. L. REV. 1 (1992)

Bopp & Avila, *The Due Process "Right to Life" in* Cruzan v. Director *and its Impact on "Right to Die" Law*, 53 U. PITT. L. REV. 163 (1991)

Bopp & Marzen, Cruzan: *Facing the Inevitable*, 19 LAW, MEDICINE & HEALTH CARE 37 (1991)

Bopp & Gardner, *Aids Babies, Crack Babies: Challenges to the Law*, 7 ISSUES IN LAW & MEDICINE 3 (1991)

Bopp & Avila, *The Sirens' Lure of Invented Consent: A Critique of Autonomy - Based Surrogate Decisionmaking for Legally - Incapacitated Older Persons*, 42 HASTINGS L. J. 779 (1991)

Bopp & Avila, *Trends in the Law: From Death to Life*, 27 IDAHO L. REV. 1 (1991)

Bopp, Coleson & Bostrom, *Does the United States Supreme Court Have a Constitutional Duty to Expressly Reconsider and Overrule* Roe v. Wade?, 1 SETON HALL CONST. L. J. 55 (1990)

Bopp, *Reconciling Autonomy and the Value of Life*, 38 JOURNAL OF THE AMERICAN GERIATRICS SOCIETY 600 (1990)

Bopp & Coleson, Webster *And the Future of Substantive Due Process*, 28 DUQUESNE LAW REVIEW 271 (1990)

Bopp & Coleson, *What Does* Webster *Mean?*, 138 U. PENN. LAW REVIEW 501 (1989)

Bopp & Coleson, *Judicial Standard of Review and* Webster, 15 AMERICAN JOURNAL OF LAW AND MEDICINE 211 (1989)

Bopp & Coleson, Webster*, Vagueness, and the First Amendment*, 15 AMERICAN JOURNAL OF LAW AND MEDICINE 217 (1989)

Bopp & Coleson, *The State of Abortion Law After* Webster, 2 BIOLAW U:1515 (1989)

Bopp, *Will There Be A Constitutional Right to Abortion After the Reconsideration of* Roe v. Wade?, 15 JOURNAL OF CONTEMPORARY LAW 131 (1989)

Exhibit 1 to Declaration of James Bopp, Jr.

Bopp & Coleson, *The Right to Abortion: Anomalous, Absolute and Ripe for Reversal*, 3 B.Y.U. JOURNAL OF PUBLIC LAW 181 (1989)

Bopp & Burtchael, *Fetal Tissue Transplantation: The Fetus as Medical Commodity*, 26 THIS WORLD 54 (Summer 1989)

Bopp, Bostrom & McKinney, *The "Rights" and "Wrongs" of Wrongful Birth and Wrongful Life: A Jurisprudential Analysis of Birth Related Torts*, 27 DUQUESNE L. REV. 461 (1989)

Bopp, *Nutrition and Hydration for Patients: The Constitutional Aspects*, 4 ISSUES IN LAW & MEDICINE  3 (1988)

Bopp, *Is Assisted Suicide Constitutionally Protected?*, 3 ISSUES IN LAW & MEDICINE 113 (1987)

Bopp, *An Examination of Proposals for a Human Life Amendment*, 15 CAPITAL LAW REVIEW 417 (1986)

Bopp, *Protection of Disabled Newborns: Are There Constitutional Limitations*, 1 ISSUES IN LAW & MEDICINE 173 (1985)

Bopp & Balch, *The Child Abuse Amendments of 1984 and their Implementing Regulations: A Summary*, 1 ISSUES IN LAW & MEDICINE 91 (1985)

Bopp, *Prosecution of Welfare Recipient Fraud*, THE PROSECUTOR 119 (Journal of the National District Attorneys Association, November - December, 1977)

**Other Articles:**

Bopp & Coleson, *The Court after Scalia: We need a new Justice like Scalia to help end the abortion-distortion effect*, Scotusblog.com, September 15, 2016.

Bopp, Opinion Debate: Election Laws Should Protect First Amendment, Aol News, 2010.

Bopp: *Setting the bar for political wannabes*, Washington Times, December 16, 2009.

Bopp, *The Eve of Destruction? Is Mike Huckabee the stake in the heart of the Reagan Coalition*, National Review Online, January 2, 2007, available at http://article.nationalreview.com/?q=ZDIzMTM5MDExNDJjYzY2NDY5YzhmNDY2MTJk N2Q2OGU=

Bopp. *Freedom to Choose the Union Label: Protecting Workers and Unions*, National Review Online, June 19, 2007, available at http://article.nationalreview.com/print/?q=ZTEyMjdiMjQwODk1NTdjNTgzNDczMTVjNmN jOTdjNjQ=

Bopp, *There is Nothing "Wrongheaded" About Romney's Call for Repeal of McCain-Feingold*, Townhall.com, June 7, 2007, available at http://www.townhall.com/columnists/JamesBoppJr/2007/06/07/there_is_nothing_wrongheade d_about_romneys_call_for_repeal_of_mccain-feingold

Bopp, *Silencing Criticism: The History of Sham Arguments for McCain-Feingold*, National Review Online, April 24, 2007, available at http://article.nationalreview.com/?q=YWMyODgyOTU2NjFlZmJlZDQ0MmVmZWFjMzZh NmMxZDY=&w=MA==

Bopp, *The Best Choice is Also a Good Choice*, National Review Online, February 21, 2007, available at http://article.nationalreview.com/?q=OWYwMzg3MzZkNDBmYzJhMGY5OTY5MjI3YTYx YzzFkNDE=

Exhibit 1 to Declaration of James Bopp, Jr.

Bopp, *Reformzilla*, Wall Street Journal, January 12, 2006, p. A12

Bopp, Letter to the Editor, *527 Rules: Tempting: But Not Needed*, Roll Call, February 2, 2004

Bopp & Coleson, *Fatal Flaws in the Bipartisan Campaign Act of 2002*, BNA's Daily Report for Executives S-21 (April 22, 2002)

Bopp, *Campaign Reform is DOA*, The National Law Journal, May 14, 2001, p. A22.

Bopp, *Abortion Rights is Not Issue*, USA Today, April 25, 2000, p. 18A.

Bopp & Meyer, *Free Speech and the Christian Coalition Case*, Free Speech and Election Law News, Summer 1999, p. 1.

Bopp, *Campaign Finance "Reform": The Good, The Bad, and the Unconstitutional*, The Heritage Foundation Backgrounder, No. 1308, July 19, 1999.

Bopp, *All in the Name of Campaign Reform*, Washington Post, August 29, 1997, p. A23

Bopp, *Needed: More, Not Less, Political Free Speech*, Washington Times, December 10, 1996, p. A19.

Bopp, *The FEC's Assault on the First Amendment*, Free Speech and Election Law News, Fall 1996, p. 7.

Bopp & Avila, *Too Disabled To Be Disabled?*, The Disability Rag 16 (Jan./Feb. 1995).

Bopp & Coleson, *How To Restore Religious Freedom: A Debate*, FIRST THINGS, April 1992, p. 40

Bopp, *A Disabled Person's Right to Life*, Indianapolis Star, June 28, 1991, p. A-17, Col. 4.

Bopp, *Shall We Let the Kids Run the Family?*, Human Events, February 17, 1990, p. 12

Bopp, *Choosing Death for Nancy Cruzan*, HASTINGS CENTER REPORT, January/February, 1990, at 42.

Bopp & Coleson, *Should a Man Have the Right Prevent a Woman From Aborting a Fetus He Has Conceived?*, EDITORIAL RESEARCH REPORTS, July 28, 1989, p. 425

Bopp, *The Elusive Abortion Right*, National Law Journal, June 12, 1989, p. 13

Bopp & Coleson, Roe v. Wade, *Right or Wrong?  There's No Abortion Right in the Constitution We Read*, The Los Angeles Daily Journal, April 26, 1989, p. 60

Bopp, Goldwater v. Ginzburg*: The "Fact" Magazine Case*, Human Events, August 30, 1969, p. 9

## FEDERAL TESTIMONY

Subcommittee on Government Operations, United States House Committee on Oversight and Government Reform, Public Hearing on the Foreign Account Tax Compliance Act, Washington, D.C., April 26, 2017

United States House Committee on the Judiciary, Hearing on Planned Parenthood, Washington, D.C., September 9, 2015

Federal Election Commission, Public Hearing on the *McCutcheon v. FEC*, Washington, D.C., February 11, 2015

Federal Election Commission, Public Hearing on Independent Expenditures and Electioneering Communications by Corporations and Labor Unions, Washington, D.C., March 7, 2012

Federal Election Commission, Public Hearing on Agency Procedures, Washington, D.C., January 14, 2009

United States Senate Committee on Rules and Administration, Hearing on Robocalls and Vote Caging Practices, Washington, D.C., February, 27, 2008

United States Committee on House Administration, Hearing on the "Use of Robo-calls in Federal Campaigns," Washington, D.C., December 6, 2007 (written testimony only)

Exhibit 1 to Declaration of James Bopp, Jr.

Federal Election Commission, Public Hearing on Electioneering Communication Proposed
Rulemaking, Washington, D.C., October 17, 2007

Federal Election Commission, Public Hearing on Political Committee Status Notice of Proposed
Rulemaking, Washington, D.C., April 15, 2004

United States Committee on House Administration, Federal Election Commission Enforcement
Procedures, Washington, D.C., October 16, 2003.

Federal Election Commission, Public Hearing on the Enforcement Processes of the FECA, Washing-
ton, D.C., June 11, 2003

United States Committee on Ways and Means, Subcommittee on Oversight, Review of Internal
Revenue Code Section 501(c)(3) Requirements for Religious Organizations, Washington,
D.C., May 14, 2002

United States Committee on House Administration, Campaign Finance Reform Hearing, Washington,
D.C., June 14, 2001

United State House Committee on the Judiciary, Subcommittee on the Constitution, Oversight
Hearing on "Constitutional Issues Raised by Recent Campaign Finance Legislation Restricting
Freedom of Speech," Washington, D.C., June 12, 2001

United States Senate Committee on Rules and Administration, Hearing on Campaign Finance
Reform: Citizens' Participation, Washington, D.C., April 26, 2000

United States Committee on House Administration, Hearing on Campaign Finance Reform, Washing-
ton, D.C., July 22, 1999.

United State House Committee on the Judiciary, Subcommittee on the Constitution, Hearing on The
First Amendment and Restrictions on Political Speech, Washington, D.C., May 5, 1999

Federal Election Commission, Public Hearing on Proposed Regulations Regarding Public Funding of
Presidential Primaries and General Election, Washington, D.C., March 24, 1999

Federal Election Commission, Public Hearing on Proposed Regulations Defining Member, Washing-
ton, D.C., March 17, 1999

Federal Election Commission, Public Hearing on Proposed Regulations Regarding "Soft Money,"
Washington, D.C., November 18, 1998

Federal Election Commission, Public Hearing on Proposed Regulations Defining Member, Washing-
ton, D.C., April 29, 1998

United State House Committee on the Judiciary, Subcommittee on the Constitution, Hearing on The
First Amendment and Restrictions on Issue Advocacy, Washington, D.C., September 18, 1997

Federal Election Commission, Public Hearing on Proposed Regulations, Washington, D.C., June 18,
1997

United State House Committee on the Judiciary, Subcommittee on the Constitution, Hearing on Free
Speech and Campaign Finance Reform, Washington, D.C., February 27, 1997, published in
Serial No. 15, 105th Cong., 1st Sess 56 (1997)

United States Senate Committee on Rules and Administration, Hearing on Federal Election
Commission Reauthorization and Campaign Finance Reform, Washington, D.C.,
January 30, 1997

United State Senate Committee on Rules and Administration, Hearing on Campaign Finance
Reform, Washington, D.C., March 13, 1996

Exhibit 1 to Declaration of James Bopp, Jr.

Federal Election Commission, Public Hearing on Proposed Regulations, Washington, D.C., December, 9, 1992

Federal Election Commission, Public Hearing on Proposed Regulations, Washington, D.C., October 15, 1992

United States Senate Committee on the Judiciary, Hearings on S. 2969, The Religious Freedom Restoration Act, Washington, D.C., September 18, 1992, published in S.Hrg. 102-1076, 102nd Cong., 2nd Sess 203 (1993)

United States House Committee on the Judiciary, Subcommittee on Civil and Constitutional Rights, Hearings on H.R. 2797, the Religious Freedom Restoration Act of 1991, Washington D.C., May 14, 1992

United States Senate Committee on Labor and Human Resources, Hearings on the Research Freedom Act of 1991, Washington, D.C., November 21, 1991, published in II BIOLAW S:732 (1992)

United States House Committee on the Judiciary, Subcommittee on Civil and Constitutional Rights, Hearings on the Freedom of Choice Act, Washington, D.C., October 3, 1990, published in HEARINGS BEFORE THE SUBCOMMITTEE ON CIVIL AND CONSTITUTIONAL RIGHTS ON H.R. 3700 FREEDOM OF CHOICE ACT OF 1989 at 66 (1990)

United States House Committee on Education and Labor, Subcommittee on Select Education, Hearings on Reauthorization of the Child Abuse Prevention and Treatment Act, Washington, D.C., April 29, 1987

United States Commission on Civil Rights, Hearings on the Protection of Handicapped Newborns, Washington, D.C., June 27, 1986, published in HEARING BEFORE THE UNITED STATES COMMISSION ON CIVIL RIGHTS, PROTECTION OF HANDICAPPED NEWBORNS, II, at 152 (1986)

United States Senate Judiciary Committee, Subcommittee on the Constitution: Hearings Regarding the Abortion Funding Restriction Act, Washington, D.C., July 22, 1985, published in S. Hrg. No. 99-437, 99th Cong., 1st Sess. 128 (1985)

United States Commission on Civil Rights, Hearing on Protection of Newborn Infants under Section 504, Washington, D.C., June 14, 1985 (written testimony)

United States House Committee on the Judiciary, Subcommittee on Courts, Civil Liberties and the Administration of Justice, Washington, D.C., April 18, 1985, published in H. Rep. No. 99-74, 99th Cong., 1st Sess. 216 (1985)

U. S. Office of Personnel Management, Public Hearing on Eligibility of Planned Parenthood Federation of America, Inc. for the Combined Federal Campaign, Washington, D.C., September 7, 1983, published in H. Rep. No. 98-8, 98th Cong., 1st Sess. 166 (1983)

U.S. Office of Personnel Management, National Eligibility Committee for the Combined Federal Campaign, Washington, D.C., August 31, 1983

Federal Election Commission, Public Hearing on Proposed Regulations, Washington, D.C., August 10, 1983

U. S. Office of Personnel Management, National Eligibility Committee for the Combined Federal Campaign, Washington, D.C., July 23, 1982

Hearings on S. J. Res. 17, Res. 18, S.J. Res. 19, and S.J. Res. 110 Before the Subcomm. on Const. of the Senate Comm. on the Judiciary, 97th Cong., 1st Sess., CONSTITUTIONAL AMENDMENTS RELATING TO ABORTION, v. 1, at 1074 (1981)

Exhibit 1 to Declaration of James Bopp, Jr.

Hearings on S.J. Res. 17, Res. 18, S.J. Res. 19, and S. J. Res. 110 Before the Subcomm. on Const. of the Senate Comm. on the Judiciary, 97th Cong., 1st Sess., CONSTITUTIONAL AMENDMENTS RELATING TO ABORTION, v. 1, at 1089 (1981)

## STATE AND LOCAL TESTIMONY

Indiana Senate Committee on Corrections and Criminal Law, January 23, 2018
Indiana Senate Committee on Elections, March 27, 2017
Indiana House Committee on Elections and Apportionment, February 8, 2017
Indiana Special Interim Study Committee on Redistricting, May 5, 2016
Ohio Senate Health, Human Services and Aging Committee, December 13, 2011
Indiana Senate Judiciary Committee, March 16, 2011
Indiana House Judiciary Committee, February 7, 2011
Indiana Senate Judiciary Committee, January 20, 2010
Vermont House Committee on Government Operations, January 30, 2008
Vermont Senate Committee on Government Operations, January 11, 2008
New York State Senate Elections Committee, June 27, 2007
Vermont House Judiciary Committee, May 7, 2007
Vermont House Governmental Operations Committee, May, 2, 2007
Joint Hearing of the Minnesota House Health and Human Services Policy Committee and Civil Law Committee, November 13, 2001
Joint Committee Hearing of the Wisconsin State Senate Health, Human Services, and Aging Committee and the Wisconsin State Assembly Children and Families Committee, July 27, 1995
Georgia Senate Special Judiciary Committee, February 1, 1994
Connecticut Government Administration and Elections Committee, March 1, 1991
Utah Senate and House Health Committees, Joint Hearing, January 21, 1991
Utah Legislative Task Force on Abortion, August 1, 1990
Minnesota House Health and Human Services Committee, February 23, 1990
Indiana Senate Judiciary Committee, February 8, 1990
Indiana Senate Public Policy Committee, February 6, 1990
Indiana House Public Policy and Veterans Committee, January 10, 1990
Kentucky House Standing Committee on Judiciary - Criminal, March 2, 1988
Minnesota General Assembly, House Judiciary Committee, December 11, 1987
Cincinnati City Council, Law Committee, January 7, 1986
Ohio General Assembly, House Committee on Health and Retirement, July 19, 1983
Indiana General Assembly, House Public Policy Committee, March 18, 1983
Indiana General Assembly, Civil Law Subcommittee, Senate Judiciary Committee, February 9, 1983
Indiana General Assembly, Senate Committee on Health, Welfare and Aging, January 25, 1983
Indiana General Assembly, Senate Committee on Judiciary, February 2, 1982
Indiana General Assembly, House Public Health Committee, January 15, 19, 1982
Missouri State Legislature, Senate Committee on Judiciary, March 21, 1979
Indiana General Assembly, Senate Committee on Elective Insurance, March 19, 1979
Missouri State Legislature, House Committee on Judiciary, February 6, 1979

Exhibit 1 to Declaration of James Bopp, Jr.

Akron City Council, January 14, 1978
Indiana General Assembly, House Committee on Human Affairs, February 22, 1977
Indiana General Assembly, House Committee on Human Affairs, February 6, 1978
Indiana General Assembly, Joint Study Committee on Regional Government, July 2, 1976

# COUNSEL IN MAJOR LITIGATION

**I.      Counsel in major litigation involving constitutional law and civil rights issues.**

      **A.      Regarding First Amendment rights to participation in the political process**

           **1. Representing Parties in United States and State Supreme Courts**

Minnesota Voters Alliance v. Mansky, No. 16-1435 (U.S. Supreme Court 2018) (amicus brief)
Janus v. AFSCME, No. 16-1466 (U.S. Supreme Court 2018) (amicus brief)
King Street Patriots v. Texas Democratic Party, No. 15-0320 (Texas Supreme Court 2017) (argued)
Republican Party of Louisiana v. Federal Election Commission, No. 16-8656 (U.S. Supreme Court 2017) (summary affirmance)
McDonnell v. U.S., 136 S. Ct. 2355 (U.S. Supreme Court 2016) (amicus brief)
Wisconsin v. Peterson, 363 Wis.2d 1 (Wisconsin Supreme Court 2015) (amicus brief)
Williams-Yulee v. Florida State Bar, 135 S. Ct. 1656  (U.S. Supreme Court 2015) (amicus brief)
McCutcheon v. Federal Election Commission, 572 U.S. ___ (U.S. Supreme Court  2014)
Brewington v. State of Indiana, 7 N.E.3d 946 (Indiana Supreme Court 2014) (amicus brief)
Dool v. Burke, No. 12-738 (U.S. Supreme Court 2012) (petition for cert. denied)
The Real Truth About Abortion v. Federal Election Commission, No. 12-311 (U.S. Supreme Court 2013) (petition for cert. denied)
Carlson v. Wiggins, No. 12-51 (U.S. Supreme Court 2012) (petition for cert. denied)
Wersal v. Sexton, No. 11-1492 (U.S. Supreme Court 2012) (petition for cert. denied)
American Tradition Partnership v. Bullock, No. 11-1179 (U.S. Supreme Court 2012) (petition for cert. granted, summary reversal)
Ognibene v. Parkes, No. 11-1152 (U.S. Supreme Court 2012) (petition for cert. denied)
King v. Kansas Judicial Watch, No. 11-829 (U.S. Supreme Court 2012) (petition for cert. denied)
National Organization for Marriage v. McKee, No. 11-599 (U.S. Supreme Court 2011) (petition for cert. denied)
Catholic Answers v. United States of America, No. 11-511 (U.S. Supreme Court 2011) (petition for cert. denied)
Iowa Right to Life v. Tooker, No. 11-1068 (Iowa Supreme Court 2011) (argued)
West v. Doe, No 11-241 (U.S. Supreme Court 2011) (petition for cert. denied)
Arizona Free Enterprise Club v. Bennett, 564 U.S. 721 (U.S. Supreme Court 2011) (amicus brief)
Nevada Commission on Ethics v. Carrigan, 564 U.S. 117 (U.S. Supreme Court 2011) (amicus brief)
Fox v. Vice, 563 U.S. 826 (U.S. Supreme Court 2011) (amicus brief)

Exhibit 1 to Declaration of James Bopp, Jr.

Cao v. Federal Election Commission, No. 10-776 (U.S. Supreme Court 2010) (petition for cert. denied)

Human Life of Washington v. Brumsickle, No. 10-686 (U.S. Supreme Court 2010) (petition for cert. denied)

Bauer v. Shepard, 10-425 (U.S. Supreme Court 2010) (petition for cert. denied)

Siefert v. Alexander, No. 10-405 (U.S. Supreme Court 2010) (petition for cert. denied)

Fox v. Billy Ray Vice, 131 S. Ct. 2205 (U.S. Supreme Court 2010) (amicus brief)

Doe v. Reed, 130 S. Ct. 2811 (U.S. Supreme Court 2010) (argued)

The Real Truth About Obama v. Federal Election Commission, 130 S. Ct. 2371 (U.S. Supreme Court 2009) (petition for cert. granted, reversed and remanded )

Christian Legal Society v. Martinez, 561 U.S. 661 (U.S. Supreme Court 2010) (amicus brief)

Sonny Perdue v. Kenny A., 559 U.S. 542 (U.S. Supreme Court 2010) (amicus brief)

Citizens United v. Federal Election Commission, 558 U.S. 310 (U.S. Supreme Court 2010) (2 amicus briefs)

Caperton v. Massey Coal Company, 556 U.S. 868 (U. S. Supreme Court 2009) (amicus brief)

Strauss v. Horton, 207 p.3d 48 (California Supreme Court 2009) (amicus brief)

Duke v. Leake, 129 S. Ct. 490 (U.S. Supreme Court 2008) (petition for cert. denied)

Pleasant Grove City v. Summum, 555 U.S. 460 (U. S. Supreme Court 2009) (amicus brief)

State v. American Family Voices, 898 N.E.2d 293 (Indiana Supreme Court 2008) (amicus brief)

The Rhode Island Republican Party v. Daluz, 961 A. 2d 287 (Rhode Island Supreme Court 2008) (argued)

Kansas Judicial Review v. Stout, 196 P. 3d 1162 (Kansas Supreme Court 2008)

Citizens United v. Federal Election Commission, 128 U.S. 1732 (U.S. Supreme Court 2008) (appeal denied)

Davis v. Federal Election Commission, 554 U.S. 724 (U.S. Supreme Court 2008) (amicus brief)

Flint v. Dennison, 128 S. Ct. 882 (2008) (U.S. Supreme Court 2007) (petition for cert. denied)

The Christian Civic League of Maine v. Federal Election Commission, 127 S. Ct. 3052 (U. S. Supreme Court 2006) (jurisdiction noted, summarily vacated and remanded)

Federal Election Commission v. Wisconsin Right to Life, 127 S. Ct. 2652 (U.S. Supreme Court 2007) (argued)

Davenport v. Washington Education Association, 551 U.S. 177 (U.S. Supreme Court 2007) (amicus brief)

Alaska Right to Life Committee v. Miles, 127 S. Ct. 336 (U.S. Supreme Court 2006) (petition for cert. denied)

The Christian Civic League of Maine v. Federal Election Commission, 549 U.S. 801 (U.S. Supreme Court 2006) (appeal denied)

Randall v. Sorrell, 126 S. Ct. 2479 (U.S. Supreme Court 2005) (argued)

Wisconsin Right to Life v. Federal Election Commission, 126 S. Ct. 1016 (U.S. Supreme Court 2006) (argued)

Dimick v. Republican Party of Minnesota, 126 S. Ct. 1165 (U.S. Supreme Court 2006) (petition for cert. denied)

In re: Judicial Ethics Opinion JE-106 (Ky. Supreme Court 2005)

Exhibit 1 to Declaration of James Bopp, Jr.

Minnesota Citizens Concerned for Life v. Kelley, 698 N.W.2d 424 (Minn. Supreme Court 2005) (argued)

City of Albuquerque v. Homans, 543 U.S. 1002 (U.S. Supreme Court 2004) (petition for cert. denied)

Stumbo v. Anderson, 543 U.S. 956 (U.S. Supreme Court 2004) (petition for cert. denied)

Montana Right to Life Association v. Eddleman, 543 U.S. 812 (U.S. Supreme Court 2004) (petition for cert. denied)

Leake v. North Carolina Right to Life, 541 U.S. 1007 (U.S. Supreme Court 2004) (petition for cert. granted, summarily vacated and remanded)

McConnell v. Federal Election Commission, 540 U.S. 93 (U.S. Supreme Court 2003)

Federal Election Commission v. Beaumont, 539 U.S. 146 (U.S. Supreme Court 2003) (argued)

Republican Party of Minnesota v. White, 536 U.S. 765 (U.S. Supreme Court 2002) (argued)

Bartlett v. Perry, 532 U.S. 905 (U.S. Supreme Court 2001) (petition for cert. denied)

Touchston v. McDermott, 531 U.S. 1061 (U.S. Supreme Court 2001) (petition for cert. denied)

Griset v. Fair Political Practices Commission, 23 P.3d 43  (Cal. Supreme Court 2000) (argued)

Cook v. Gralike, 531 U.S. 510  (U.S. Supreme Court 2000) (amicus brief)

Nixon v. Shrink Missouri Government PAC, 528 U.S. 377  (U.S. Supreme Court 2000) (2 amicus briefs)

Arkansas Right to Life State Political Action Committee v. Butler, 525 U.S. 1145 (U.S. Supreme Court 1999) (petition for cert. denied)

Brownsburg Area Patrons Affecting Change v. Baldwin, 714 N.E.2d 135 (Ind. Supreme Court 1999)

Virginia Society for Human Life v. Caldwell, 500 S.E.2d 814 (Va. Supreme Court 1998) (argued)

Wisconsin Right to Life v. Paradise, 525 U.S. 873 (U.S. Supreme Court 1998) (petition for cert. denied)

Federal Election Commission v. Akins, 524 U.S. 11 (U.S. Supreme Court 1998) (amicus brief)

Clifton v. Federal Election Commission, 522 U.S. 1108 (U.S. Supreme Court 1998) (petition for cert. denied)

Kentucky Right to Life v. Stengel, 522 U.S. 860 (U.S. Supreme Court 1997) (petition for cert. denied)

Federal Election Commission v. Maine Right to Life Committee, 522 U.S. 810 (U.S. Supreme Court 1997) (petition for cert. denied)

Colorado Republican Federal Campaign Committee v. Federal Election Commission, 518 U.S. 604 (U.S. Supreme Court 1996) (amicus brief)

Holahan v. Day, 513 U.S. 1127 (U.S. Supreme Court 1995) (petition for cert. denied)

Federal Election Commission v. Keefer, 502 U.S. 820 (U.S. Supreme Court 1991) (petition for cert. denied)

## 2.  Representing Parties in Courts of Appeal

Pursuing America's Greatness v. FEC, 831 F.3d 500 (D.C. Cir. 2016) (amicus brief)

Delaware Strong Families v. Attorney General of Delaware, 793 F.3d 304 (3d Cir. 2015) (amicus brief)

Yamada v. Snipes, 786 F.3d 1182 (9th Cir. 2015)

Justice v. Hosemann, 771 F.3d 285 (5th Cir. 2014) (amicus brief)

Vermont Right to Life Committee v. Sorrell, 758 F.3d 118 (2d Cir. 2014)

Exhibit 1 to Declaration of James Bopp, Jr.

Wisconsin Right to Life v. Barland, 751 F.3d 804 (7th Cir. 2014)

Wisconsin Right to Life v. Myse, No. 12-3046 (7th Cir. 2013)

Chula Vista Citizens for Jobs and Fair Competition v. Norris, No. 12-55726 (9th Cir. 2013)

ProtectMarriage.com – Yes on 8 v. Bowen, No. 11-17884 (9th Cir. 2013)

Wolfson v. Concannon, No. 11-17634 (9th Cir 2013) (en banc)

Yamada v. Kuramoto, No. 12-15913 (9th Cir. 2013)

Republican Party of New Mexico v. King, 741 F.3d 1089 (10th Cir. 2013)

National Organization for Marriage v. Walsh, 714 F.3d 682 (2d Cir. 2013)

Iowa Right to Life Committee v. Tooker, No. 12-1605 (8th Cir. 2013) (en banc)

Center for Individual Freedom v. Tennant, 706 F.3d 270 (4th Cir. 2013)

National Organization for Marriage v. McKee, 669 F.3d 34 (1st Cir. 2012)

National Organization for Marriage v. Daluz, 654 F.3d 115 (1st Cir. 2011)

Kurita v. The State Primary Board, No. 08-6245 (6th Cir. 2012)

Doe v. Reed, No. 11-35854 (9th Cir. 2012)

National Organization for Marriage v. Secretary, 477 Fed.Appx. 584 (11th Cir. 2012)

F.F.A.I. v. Florida Elections Commission, 81 So.3d 434 (5th Cir. Florida 2012) (amicus brief)

Susan B. Anthony List v. Driehaus, No. 11-312 (6th Cir. 2011)

Hatchett v. Barland, No. 11-3333 (7th Cir. 2011)

National Organization for Marriage v. McKee, 649 F.3d 34 (11th Cir. 2011)

Family PAC v. McKenna, 685F.3d 800 (9th Cir. 2011)

Ognibene v. Parks, 117 Fed.Appx. 798 (2nd Cir. 2011)

Carlson v. Wiggins, Docket No.11-1374 (8th Cir. 2011)

Wisconsin Right to Life State Political Action Committee v. Barland, 664 F. 3d 139 (7th Cir. 2011)

National Organization for Marriage v. Daluz, 654 F. 3d 115 (1st Cir. 2011)

National Organization for Marriage v. McKee, 649 F. 3d 34 (1st Cir. 2011)

Kansas Judicial Watch v. Stout, No. 09-3356 (10th Cir. 2011)

Christian Society v. Martinez, 626 F.3d 483 (9th Cir. 2010) (amicus brief)

Thalheimer v. City of San Diego, 645 F. 3d 1109 (9th Cir. 2011)

Yamada v. Kuramoto, No. 10-17280 (9th Cir. 2010)

Respect Maine PAC v. McKee, 624 F. 3d 23 (1st Cir. 2010)

Susan B. Anthony List v. Driehaus, No. 10-4320 (6th Cir. 2010)

Christian Coalition of Florida v. United States of America, No. 10-14630 (11th Cir 2010)

Cao v. Federal Election Commission, 619 F. 3d 410 (5th Cir. 2010) (en banc)

New Mexico Youth Organized v. Herrera, 611 F. 3d 669 (10th Cir. 2010) (amicus brief)

Kirk v. Chief Justice, No. 09-35860 (9th Cir. 2010)

Catholic Answers v. United States of America, 438 Fed.Appx. 640 (9th Cir. 2009)

Miller v. Carpeneti, 623 F. 3d 889 (9th Cir. 2009)

Doe v. Reed, No. 09-35818 (9th Cir. 2009)

Yost v. Stout, 607 F. 3d 1239 (10th Cir. 2009)

Bauer v. Shepard, 620 F. 3d 704 (7th Cir 2010)

Siefert v. Alexander, 608 F. 3d 974 (7th Cir. 2009)

Wersal v. Sexton, 613 F. 3d 821 (8th Cir. 2009)

Wolfson v. Brammer, 616 F. 3d 1045 (9th Cir. 2010)

Exhibit 1 to Declaration of James Bopp, Jr.

Human Life of Washington v. Brumsickle, 624 F. 3d 990 (9th Cir. 2010)
Kansas Judicial Watch v. Stout, 562 F.3d 1240 (10th Cir. 2009)
Carey v. Wolnitzek, 614 F. 3d 189 (6th Cir. 2010)
California Prolife Council v. Lockyer, No. 08-17359 (9th Cir. 2008)
The Real Truth About Obama v. Federal Election Commission, 575 F. 3d 342 (4th Cir. 2008)
Florida Family Policy Council v. Freeman, 561 F. 3d 1246 (11th Cir. 2009)
Kansas Judicial Review v. Stout, 196 P. 3d 1162 (Kan. 2008)
South Carolina Citizens for Life v. Krawcheck, 301 Fed.Appx. 218 (4th Cir. 2008)
North Carolina Right to Life Fund for Indep. Political Expenditures v. Leake, 534 F.3d 427 (4th Cir. 2008)
North Carolina Right to Life v. Leake, 524 F.3d 427 (4th Cir. 2008)
Kansas Judicial Watch v. Stout, 519 F.3d 1107 (10th Cir. 2008)
California Pro-life Council v. Randolph, 507 F.3d 1172 (9th Cir. 2007)
Indiana Right to Life v. Shepard, 507 F.3d 545 (7th Cir. 2007)
Feldman v. Alaska Right to Life PAC, 504 F.3d 840 (9th Cir. 2007)
Colorado Right to Life Committee v. Coffman, 498 F.3d 1137 (10th Cir. 2007)
Pennsylvania Family Institute v. Black, 489 F.3rd 156 (3rd Cir. 2007)
Flint v. Dennison, 488 F.3d 816 (9th Cir. 2007)
Texas Democratic Party v. Benkiser, 459 F.3d 582 (5th Cir. 2006)
Alaska Right to Life Committee v. Miles, 441 F.3d 773  (9th Cir. 2006)
Minnesota Citizens Concerned for Life v. Kelley, 427 F. 3d 1106 (8th Cir. 2005)
Republican Party of Minnesota v. White, 361 F. 3d 1035 (vacated), 416 F.3d 738 (8th Cir. 2005) (en banc)
Landell v. Sorrell, 382 F.3d 91 (2d Cir. 2004)
Family Trust Foundation v. Kentucky Judicial Conduct Commission, 388 F.3d 224 (6th Cir. 2004)
Wisconsin Right to Life v. FEC, 2004 U.S. App. LEXIS 18795 (D.C. Cir. 2004)
Lux v. White, 99 Fed.Appx. 490 (4th Cir. 2004) (unpublished opinion)
Students for a Conservative America v. Greenwood, 378 F.3d 1129, as amended 391 F.3d 978  (9th Cir. 2004)
Rue v. City of Albuquerque, 366 F.3d 900 (10th Cir. 2004)
Wisconsin Right to Life v. Schober, 366 F.3d 485 (7th Cir. 2004)
Anderson v. Spear, 356 F.3d 651 (6th Cir. 2003)
Christian Coalition of Alabama v. Cole, 355 F.3d 1288 (11th Cir. 2004)
North Carolina Right to Life v. Leake, 344 F.3d 418 (4th 2003)
Montana Right to Life Association v. Eddleman, 343 F.3d 1085 (9th Cir. 2004)
AFL-CIO v. Federal Election Commission, 333 F.3d 168 (D.C. Cir. 2003) (amicus brief)
California Pro-Life Council v. Getman, 328 F.3d 1088 (9th Cir. 2003)
National Right to Life Political Action Committee v. Connor, 323 F.3d 684 (8th Cir. 2003)
Arizona Right to Life PAC v. Bayless, 320 F.3d 1002 (9th Cir. 2003)
Governor Gray Davis Committee v. American Taxpayers Alliance, 125 Cal. Rptr. 2d 534 (Calif. Court of Appeals 2002)
Beaumont v. Federal Election Commission, 278 F.3d 261 (4th Cir. 2002)
Pittman v. Cole, 267 F.3d 1269 (11th Cir. 2002)

Exhibit 1 to Declaration of James Bopp, Jr.

Virginia Society for Human Life v. Federal Election Commission, 263 F.3d 379 (4th Cir. 2001)

Faxon v. Michigan Republican State Central Committee, 624 N.W.2d 509 (Mich. Ct. App. 2001)

Florida Right to Life v. Lamar, 238 F.3d 1288 (11th Cir. 2001)

Citizens for Responsible Gov't State Political Action Committee v. Davidson, 236 F.3d 1174 (10th Cir. 2000)

Touchston v. McDermott, 234 F.3d 1130 (11th Cir. 2000) (en banc)

Perry v. Bartlett, 231 F.3d 155 (4th Cir. 2000)

Vermont Right to Life Committee v. Sorrell, 216 F.3d 264 (2d Cir. 2000)

Christian Coalition v. Black, 2000 U.S. App. LEXIS 8685 (9th Cir. 2000)

Daggett v. Commission on Governmental Ethics and Election Practices, 205 F.3d 445 (1st Cir. 2000)

Christian Coalition v. Democratic National Committee, 1999 U.S. App. LEXIS 22221 (D.C. Cir. 1999)

Iowa Right of Life Committee v. Williams, 187 F.3d 963 (8th Cir. 1999)

Daggett v. Commission on Governmental Ethics and Election Practices, 172 F.3d 104 (1st Cir. 1999)

North Carolina Right to Life v. Bartlett, 168 F.3d 705 (4th Cir. 1999)

California Pro-Life Council Political Action Committee v. Scully, 164 F.3d 1189 (9th Cir. 1999)

Klepper v. Christian Coalition, 259 A.D.2d 926 (N.Y. App. Div. 1999)

Republican National Committee v. Federal Election Commission, 1999 US. App. LEXIS (D.C. Cir. 1998)

Virginia Society for Human Life v. Caldwell, 152 F.3d 268 (4th Cir. 1998)

Russell v. Burris, 146 F.2d 563 (8th Cir. 1998) (amicus brief)

Arkansas Right to Life State Political Action Committee v. Butler, 146 F.3d 558 (8th Cir. 1998)

Wisconsin Right to Life v. Paradise, 138 F.3d 1183 (7th Cir. 1998)

Brownsburg Area Patrons Affecting Change v. Baldwin, 137 F.3d 503 (7th Cir. 1998)

Clifton v. Federal Election Commission, 114 F.3d 1309 (1st Cir. 1997)

Minnesota Citizens Concerned for Life v. Federal Election Commission, 113 F.3d 129 (8th Cir. 1997)

Kentucky Right to Life v. Murphy, 108 F.3d 637 (6th Cir. 1997)

New Hampshire Right to Life Political Action Committee v. Gardner, 99 F.3d 8 (1st Cir. 1996)

Maine Right to Life Committee v. Federal Election Commission, 98 F.3d 1 (1st Cir. 1996)

La Porte County Republican Central Committee v. Board of Commissioners, 43 F.3d 1126 (7th Cir. 1994)

Georgia Right to Life Political Action Committee v. Reid, No. 94-9182 (11th Cir. 1994)

Day v. Holahan, 34 F.3d 1356 (8th Cir. 1994)

Family Foundation v. Brown, 9 F.3d 1075 (4th Cir. 1993)

Faucher v. Federal Election Commission, 928 F.2d 468 (1st Cir. 1991)

### 3. Counsel for Parties in trial courts

Wisconsin Right to Life v. Barland, 2015 WL 658465 (E.D. Wis. 2015)

Vermont Right to Life Committee v. Sorrell, 875 F. Supp. 2d 376 (D. VT 2012)

Yamada v. Weaver, 872 F.Supp.2d 1023 (D. HA 2012)

New Mexico Turn Around v. King, 850 F.Supp.2d 1206 (D. NM 2012)

Exhibit 1 to Declaration of James Bopp, Jr.

Family PAC v. McKenna, 2012 WL 2602971 (W.D. Wash. 2012)

Lair v. Dogiakos, No. 1:11-cv-00102-RFC (D. Mont. 2011)

Wolfson v. Brammer, No. CV-06-2357 (D. Ariz. 2011)

Wisconsin Right to Life Committee v. Myse, 2011 WL 2731249 (E.D. Wis. 2011)

Center for Individual Freedom v. Tennant, 849 F. Supp. 2d 659 (S.D. W.V. 2011)

National Organization for Marriage v. McKee, 765 F.Supp.2d 38 (D. Maine 2011)

National Organization for Marriage v. Roberts, 753 F.Supp.2d 1217 (N.D. Fla. 2010)

National Organization for Marriage v. Walsh, 2010 WL 4174664 (W.D.N.Y. 2010)

National Organization for Marriage v. McKee, 2010 WL 3516579 (D. Maine 2010)

Susan B. Anthony List v. Driehaus, No, 1:10-cv-00720-TSB (S.D. Ohio 2010)

Doll v. Burke, No. 6:10-cv-01286 (D. Kansas 2010)

Yamada v. Kuramoto, 744 F.Supp.2d 1075 (D. HA 2010)

Cushing v McKee, 738 F.Supp.2d 146 (D. Me 2010)

Lux v. Rodrigues, 736 F. Supp. 2d 1042 (E.D. VA 2010)

Hatchett v. Eich, No. 2:10-cv-00265-PJG (E.D. Wisc. 2010)

Thaleimer v. City of San Diego, No. 09-cv-2862-ieg (S.D. Calif. 2010)

Wisconsin Right to Life Political Action Committee v. Brennan, No. 3:09-cv-764 (W.D. Wisc. 2010)

Vermont Right to Life Committee v. Sorrell, @ (D. VT 2010)

Miller v. Carpeneti, No. 3:09-cv-136 (D.C. Alaska 2009)

Doe v. Reed, No. 3:09-cv-5456 (W.D. WA 2009)

Center for Individual Freedom v. Ireland, 613 F. Supp. 2d 777 (S.D. W.V. 2009)

Swaffert v. Deininger, 610 F. Supp. 2d 962 (E.D. Wisc. 2009)

ProtectMarriage.com v. Bowen, 599 F. Supp. 2d 1197 ( E.D. Calif. 2009)

In re Honorable Michael J. Gableman, 325 Wis. 2d 579 (Wisc. Sup. Ct. 2008)

Republican National Committee v. Federal Election Commission, No. 1:08-cv-1953 (D. D.C. 2008)

Cao v. Federal Election Commission, 688 F. Supp. 2d 498 (E.D. LA 2008)

All Children Matter v. Brunner, No. 2:08-CV-1036 (S.D. Ohio 2008)

Koerber v. Federal Election Commission, 583 F. Supp. 2d 740 (E.D. NC 2008)

Kurita v. State Primary Board of the Tennessee Democratic Party, 574 S. W. 2d 716 (M.D. Tenn. 2008)

The Real Truth About Obama v. Federal Election Commission, 796 F. Supp. 2d 736 (E.D. Va. 2008)

Bauer v. Shepard, No. 3:08cv196RM (N.D. Indiana 2008), 634 F. Supp. 2d 912 (May 6, 2008) (unpublished opinion)

Human Life of Washington v. Brumsickle, No. 08-0590 (W.D. Wash. 2008)

Wolfson v. Brammer, No. CV-06-2357 (D. Ariz. 2009)

Wersal v. Sexton, 607 F. Supp. 2d 1012 (D. Minn. 2008)

Siefert v. Alexander, 597 F. Supp. 2d 860 (W.D.Wisc. 2008)

Ognibene v. Schwartz, 599 F. Supp. 2d 434 (S.D.N.Y 2008)

Citizens United v. Federal Election Commission, No. 07-2240-RCL (D. D.C. 2007)

National Right to Work Legal Defense and Education Foundation v. Herbert, 581 F. Supp. 2d 1132 (D. Utah 2007)

Pennsylvania Family Institute v. Celluci, 521 F. Supp. 2d 351 (E.D. Pa. 2007)

Wolfson v. Brammer, 2007 WL 2288024 (D. Ariz. August 8, 2007) (unpublished opinion)

Exhibit 1 to Declaration of James Bopp, Jr.

Yost v. Stout, 2007 WL 1652063 (D. Kan. June 6, 2007) (unpublished opinion)

Duwe v. Alexander, 490 F. Supp. 2d 968 (W.D. Wis. 2007)

Jackson v. Leake, 476 F. Supp. 2d 515 (E.D. N.C. 2006)

Florida Family Policy Council v. Freeman, No. 4:06-CV-00395-RH-WCS (N.D. Fla. 2006) (unpublished opinion)

South Carolina Citizens for Life v. Krawcheck, No. 4:06-CV-02773-TLW (D. S.C. 2006) (unpublished opinion)

Wisconsin Right to Life v. Federal Election Commission, 466 F. Supp. 2d 195 ( D.D.C. 2006)

Carey v. Wolnizek, 2006 WL 2916814 (E.D. Ky. 2006) (unpublished opinion)

Indiana Right to Life v. Shepard, 463 F. Supp. 2d 879 (N.D. Ind. 2006)

Texas Democratic Party v. Benkiser, 2006 WL 1851295 (W.D. Texas 2006) (unpublished opinion)

Kansas Judicial Watch v. Stout, 440 F. Supp. 2d 1209 (D. Kan. 2006)

Christian Civic League of Maine v. Federal Election Commission, 433 F. Supp. 2d 81 (D. D.C. 2006)

In re The Rhode Island Republican Party and the Donald L. Carcieri Campaign for Governor, C. A. No.: PC06-1378 (R.I. Sup. Ct. 2006) (unpublished opinion)

Alaska Right to Life v. Feldman, 380 F. Supp. 2d 1080 (D. Alaska 2004)

North Dakota Family Alliance v. Bader, 361 F. Supp.2d 1021 (D.N.D. 2005)

Family Trust Foundation v. Wolnitzek, 345 F. Supp.2d 672 (E.D. Ky. 2004)

Wisconsin Right to Life v. Federal Election Commission, Civil Action No. 04-1260 (LFO) (D. D.C. 2004) (unpublished opinion)

Flint v. Dennison, No. CV04-85-M-DWM (D. Mont. 2004) (unpublished opinion)

Hawaii Right to Life v. Black, No. CV 02-00696 (D. Hawaii 2003) (unpublished opinion)

Alaska Right to Life Committee v. Miles, No. A02-274-CV (D. Alaska 2003) (unpublished opinion)

Minnesota Citizens Concerned for Life v. Kelley, 291 F. Supp. 2d 1052 (D. Minn. 2003)

Lux v. Snelling, No. 03-640-A (E.D. Va. 2003) (unpublished opinion)

Wisconsin Right to Life v. Schober, No. 03-C-0367-C (W.D. Wis. 2003) (unpublished opinion)

Students for a Conservative America v. Greenwood, No. C-02-04940 (N.D. Calif. 2003) (unpublished opinion)

McConnell v. Federal Election Commission, 251 F. Supp 2d 176 (D. D.C. 2003)

Ogden v. Marendt, 264 F. Supp. 2d 785 (S.D. Ind. 2003)

Arizona Right to Life v. Bayless, No. 02-2200 (D. Arizona 2002) (unpublished opinion)

Rue v. City of Albuquerque, Civ. No. CIV-01-1036 JP (D. N.M. 2002) (unpublished opinion)

California Pro-Life Council v. Getman, No. S-00-168 (E.D. Cal. 2002) (unpublished opinion)

AFL-CIO v. Federal Election Commission, 177 F. Supp. 2d 48 (D. D.C. 2001) (amicus brief)

Welder v. Cicerone, 174 F. Supp. 2d 1055 (C.D. Cal. 2001)

McGreevey for Governor v. Republican National Committee, Docket No. HUD-L-5297-01 (N.J. Sup. Ct. 2001) (unpublished opinion)

The Governor Gray Davis Committee v. American Taxpayers Alliance, Case No. 323057 (Cal. Sup. Ct. 2001) (unpublished opinion)

Democratic Congressional Campaign Committee v. Delay, Case No. - 1:00CV00957 (TPJ) (D. D.C. 2000)

National Right to Life Political Action Committee v. Lamb, 202 F. Supp. 2d 995 (W.D. Mo. 2000)

Stenson v. McLaughlin, Civil No. 00-514-JD (D. N.H. 2000) (unpublished opinion)

Exhibit 1 to Declaration of James Bopp, Jr.

Oklahomans For Life v. Luton, CIV-00-1163-C (W.D. Okla. 2000) (unpublished opinion)

Anderson v. Spear, 189 F. Supp. 2d 644 (E.D. Ky 2002)

Touchston v. McDermott, Case No. 6:00-CV-1510-Orl-28C (M.D. Fla. 2000) (unpublished opinion)

Arizona Right to Life PAC v. Bayless, No. 00-CIV-0129 (D. Ariz. 2000) (unpublished opinion)

South Carolina Citizens for Life v. Davis, Civil Action No. 3:00-0124-19 (D.S.C. 2000) (unpublished opinion)

Beaumont v. Federal Election Commission, 137 F. Supp. 2d 648  (E.D. N.C. 2000)

Richey v. Tyson, 120 F. Supp.2d 1298 (S.D. Al. 2000)

Landell v. Sorrell, 118 F. Supp.2d 459 (D.  VT. 2000)

Pittman v. Cole, 117 F. Supp.2d 1285 (S.D. Ala. 2000)

North Carolina Right to Life v. Leake, 108 F. Supp.2d 498 (E.D. N.C. 2000)

Virginia Society for Human Life v. Federal Election Commission, 83 F. Supp.2d 668 (E.D. Va. 2000)

Yes for Life Political Action Committee v. Webster, 74 F. Supp.2d 37 (D. Me. 1999); 84 F. Supp. 2d 150 (D. Me. 2000)

Legacy Alliance v. Condon, 76 F. Supp.2d 674 (D.S.C. 1999)

Daggett v. Webster, 74 F. Supp.2d 53 (D. Me. 1999)

Volle v. Webster, 69 F. Supp.2d 171 (D. Me. 1999)

Citizens for Responsible Government v. Buckley, 60 F. Supp.2d 1066 (D. Co. 1999)

Kansans for Life v. Gaede, 38 F. Supp. 2d 928 (D. Kan. 1999)

Federal Election Commission v. The Christian Coalition, 965 F. Supp. 66 (D. D.C. 1997), 52 F. Supp. 2d 45 (1999)

Christian Coalition v. Black, No. CV98-00836 SOM (D. Ha. 1998) (unpublished opinion)

Conrad v. City of Hastings, No. 4:98CV3316 (D. Neb. 1998) (unpublished opinion)

Right to Life of Michigan v. Miller, 23 F. Supp. 2d 766 (W.D. Mich. 1998)

Iowa Right of Life Committee v. Williams, Civil No. 4:98-CV-10399 (S.D. Iowa 1998) (unpublished opinion)

Florida Right to Life v. Butterworth, No. 98-770 Civ-Orl-19A (M.D. Fla. 1998) (unpublished opinion)

Vermont Right to Life Committee v. Sorrell, 19 F. Supp. 2d 204 (D. VT. 1998)

Perry v. Bartlett, 1999 U.S. Dist. LEXIS (E.D. N.C. 1998)

Right to Life of Dutchess Co. v. Federal Election Commission, 6 F. Supp 2d 248 (S.D. N.Y. 1998)

North Carolina Right to Life v. Bartlett, 3 F. Supp.2d 675  (E.D. N.C. 1998)

Montana Right to Life Association v. Eddleman, 999 F. Supp. 1380 (D. Mont. 1998)

Republican National Committee v. Federal Election Commission, Civ. No. 98-1207 (D. D.C. 1998) (unpublished opinion)

California Pro-Life Council Political Action Committee v. Scully, 989 F. Supp. 1282 (E.D. Calif. 1998)

Arkansas Right to Life State Political Action Committee v. Butler, 972 F. Supp. 1187, 983 F.Supp. 1209, 29 F.Supp.2d 540 (W.D. Ark. 1998)

Wisconsin Right to Life v. Pardise, Case No. 97-C-323-C (W.D. Wis. 1997) (unpublished opinion)

National Right to Life Political Action Committee v. McGrath, 982 F. Supp 694 (D. Mont. 1997)

Maryland Right to Life State Political Action Committee v. Weathersbee, 975 F. Supp. 791 (D. Md. 1997)

Exhibit 1 to Declaration of James Bopp, Jr.

Klepper v. Christian Coalition of New York, Index No. 6352-96 (Sup. Ct. Albany, N.Y., filed
        October 16, 1996) (unpublished opinion)
National Right to Life Political Action Committee v. Devine, Civil No. 96-359-P-H (D. Me. 1996)
        (unpublished opinion)
National Right to Life Political Action Committee State Fund v. Gardner, Civil No. 96-509-M (D.
        N.H. 1996) (unpublished opinion)
Brownsburg Area Patrons Affecting Change v. Baldwin, 943 F. Supp. 975 (S.D. Ind. 1996)
New Hampshire Right to Life Political Action Committee v. Gardner, Civil No. 96-212-JD (D. N.H.
        1996) (unpublished opinion)
Clifton v. Federal Election Commission, 927 F. Supp. 493 (D. Me. 1996)
West Virginians for Life v. Smith, 919 F. Supp. 954, 952 F. Supp. 342 (S.D. W.V. 1996)
Minnesota Citizens Concerned for Life v. Federal Election Commission, 936 F. Supp. 633 (D. Minn.
        1995)
Maine Right to Life Committee v. Federal Election Commission, 914 F. Supp. 8 (D. Me 1995)
Kentucky Right to Life v. King, No. 3:95-CV-582-H (W.D. Ky. 1995) (unpublished opinion)
Virginia Society for Human Life v. Caldwell, 906 F. Supp. 1421 (W.D. Va. 1995)
Georgia Right to Life Political Action Committee v. Reid, No. 1:94-CV-2744-RLV (N.D. Ga. 1994)
        (unpublished opinion)
Minnesota Citizens Concerned for Life v. Hayes, 863 F. Supp. 940 (D. Minn. 1994)
La Porte County Republican Central Committee v. Board of Commissioners, 851 F. Supp. 340 (N.D.
        Ind. 1994)
Vigo County Republican Central Committee v. City of Terre Haute, No. TH 93-53-C (S.D. Ind. 1994)
        (unpublished opinion)
Dagley v. Vermillion County Commissioners, No. TH 93-173-C (S.D. Ind. 1994)
Hiatt v. Watts, TH 92-20-C (S.D. 1994) (unpublished opinion)
Vigo County Republican Central Committee v. Vigo County Commissioners, 834 F. Supp. 1080
        (S.D. Ind. 1993)
Democrat Party of Virginia v. The Family Foundation, No. 132062 (Circuit Court of Fairfax Virginia
        1993) (unpublished opinion)
Faucher v. Federal Election Commission, 708 F. Supp. 9 (D. Me. 1989), 743 F. Supp. 64 (D. Me.
        1990)

   **B.    Counsel in Major Tax Cases Regarding First Amendment Rights of Non-Profit
          Corporations.**

Catholic Answers v. United States, No. 09-CV-0670-IEG-AJB (S.D. Calif. 2009)
Christian Coalition of Florida v. United States, No. 5:09-CV-144-OC-10GRJ (M.D. Fla. 2009)
American Civil Liberties Union of Tennessee v. Bredesen, No. 05-1389, 05-1483 (U.S. Supreme
        Court) (petition for certiorari denied)
American Civil Liberties Union of Tennessee v. Bredesen, 441 F. 3d 370 (6th Cir. 2006)
American Civil Liberties Union of Tennessee v. Bredesen, 354 F. Supp. 2d 770 (M.D. Tenn. 2004)
The Christian Coalition International v. United States of America, Civil Action No. 2:01cv377 (E.D.
        Va. 2001)

Exhibit 1 to Declaration of James Bopp, Jr.

C.      **Regarding abortion, prenatal care and invitro fertilization.**

1.   **Amicus Curiae Briefs**

Whole Woman's Health v. Hellerstedt, No. 15-274 (U.S. Supreme Court 2016)
Gonzales v. Carhart, 550 U.S. 124 (U.S. Supreme Court 2007)
Ayotte v. Planned Parenthood, 546 U.S. 320 (U.S. Supreme Court 2006)
National Abortion Federation v. Ashcroft, 237 F.3d 278 (2nd Cir. 2006)
Richmond Medical Center for Women v. Herring, 409 F.3d 619 (4th Cir. 2005)
Humphreys v. Clinic for Women, Inc., 796 N.E.2d 247 (Ind. Sup. Ct. 2003)
Stenberg v. Carhart, 530 U.S. 914 (U.S. Supreme Court 1999) (2 amicus curiae briefs)
Hope Clinic v. Ryan, 195 F.3d 857 (7th Cir. 1999)
Planned Parenthood v. Doyle, 44 F. Supp. 2d 975 (W.D. Wis. 1999)
Born v. Ann Arbor Reproductive Medicine Associates, 1999 WL 33327194 (Mich. Ct. App. 1999)
National Right to Choose/NARAL v. Danfelser, 975 P.2d 841 (New Mexico Sup. Ct. 1999)
Evans v. Kelly, 977 F.Supp. 1283 (E.D. Mich. 1997)
Women's Medical Professional Corporation v. Voinovich, 130 F.3d 187 (6th Cir. 1997)
Karlin v. Foust, 975 F. Supp. (W.D. Wisc. 1996)
Armstrong v. Mazurek, 94 F.3d 566 (9th Cir. 1996)
Janklow v. Planned Parenthood, 517 U.S. 1174 (U.S. Supreme Court 1996)
New Mexico Right to Choose/NARAL v. Danfelser, No. 23,239 (N.M. Sup. Ct. 1995)
Madsen v. Women's Health Center, 510 U.S. 1084 (U.S. Supreme Court 1994)
Bray v. Alexandria Women's Clinic, 506 U.S. 263 (U.S. Supreme Court 1993) (2 amicus curiae
        briefs)
Casey v. Planned Parenthood of Southeastern Pennsylvania, 505 U.S. 833 (U.S. Supreme Court 1992)
        (2 amicus curiae briefs)
Guam Society of Obstetricians and Gynecologists v. Ada, 962 F.2d 1366 (9th Cir. 1991) (2 amicus
        briefs)
Rust v. Sullivan, 500 U.S. 173 (U.S. Supreme Court 1991) (2 amicus curiae briefs)
Hodgson v. Minnesota, 497 U.S. 417 (U.S. Supreme Court 1990)
Turnock v. Ragsdale, 492 U.S. 916 (U.S. Supreme Court 1989)
Webster v. Reproductive Health Services, 492 U.S. 490 (U.S. Supreme Court 1989), published in
        LANDMARK BRIEFS AND ARGUMENTS OF THE SUPREME COURT OF THE UNITED STATES:
        CONSTITUTIONAL LAW 847 (P. Kurland & G. Casper eds. 1990) (2 amicus briefs)
New York v. Sullivan, 889 F.2d 401 (2d Cir. 1989)
Planned Parenthood v. Bowen, No. 88-2251 (10th Cir. 1988)
Massachusetts v. Secretary of Health and Human Services, 873 F.2d 1528 (1st Cir. 1989)
New York v. Bowen, Rust v. Bowen, 690 F. Supp. 1216 (S.D. N.Y. 1988)
Planned Parenthood Federation of America v. Bowen, 680 F. Supp. 1465 (D. Colo. 1988)
Massachusetts v. Bowen, 679 F. Supp. 137 (D. Mass. 1988)
Bowen v. Kendrick, 487 U.S. 589 (U.S. Supreme Court 1988)
Hodgson v. Minnesota, 853 F.2d 1452 (8th Cir. 1988)
Hartigan v. Zbaraz, 484 U.S. 171 (U.S. Supreme Court 1987)

Exhibit 1 to Declaration of James Bopp, Jr.

Thornburgh v. American College of Obstetricians and Gynecologists, 476 U.S. 747 (U.S. Supreme
    Court 1986)
Planned Parenthood v. Ashcroft, 462 U.S. 476 (U.S. Supreme Court 1983)
Committee to Defend Reproductive Rights v. Myers, 156 Calif. Rptr. 73 (Cal. App. Ct. 1979)
Committee to Defend Reproductive Rights v. Myers, 172 Calif. Rptr. 866, 625 P.2d 779 (Cal. 1981)
Harris v. McRae, 448 U.S. 297 (U.S. Supreme Court 1980)
Margaret S. v. Edwards, 488 F. Supp. 181 (E.D. La. 1980)
Frieman v. Walsh, 481 F. Supp. 137 (W.D. Mo. 1979)

### 2.      Counsel on Appeal

Planned Parenthood v. Doyle, 162 F.3d 463 (7th Cir. 1998)
Valley Hospital v. Mat-su Coalition for Choice, 948 P.2d 963 (Ala. 1996)
Edwards v. Sojourner T., 507 U.S. 972 (U.S. Supreme Court 1992)
Sojourner T. v. Roemer, 974 F.2d 27 (5th Cir. 1992)
Anderson v. Anderson, Order (W.V. Sup. Ct. Aug. 18, 1989)
In re T.W., A Minor, 551 So.2d 1186 (Fla. 1989)
Boylston v. T.W., 490 U.S. 1077 (U.S. Supreme Court 1989)
Myers v. Lewis, No. 11140, slip op. (Mich. Ct. App., Sept. 15, 1988), cert. denied, 488 U.S. 967 (U.S.
    Supreme Court 1988)
Conn v. Conn, 525 N.E.2d 958 (Ind. 1988)
Doe v. Smith, 527 N.E.2d 177 (Ind. 1988)
Indiana Planned Parenthood Affiliates Assoc. v. Pierson, 716 F.2d 1127 (7th Cir. 1983)
Aware Woman Clinic v. City of Cocoa Beach, 629 F.2d 1146 (5th Cir.1978)
Bates v. Ince, 434 U.S. 806 (U.S. Supreme Court 1977)

### 3.      Trial Counsel for Defendants

Womancare of Southfield v. Granholm, 143 F. Supp. 827 (E.D. Mich. 2001)
Brancazio v. Underwood, 1998 LEXIS 22420 (S.D. W. Va. 1998)
Mat-su Coalition for Choice v. Valley Hospital, No. 3PA-92-01207 Civil (Super. Ct. Alaska 1992)
Sojourner T. v. Roemer, 772 F.Supp. 930 (E.D. La. 1991)
Indiana Planned Parenthood Affiliates Assoc. v. Pierson, No. IP 82 1766C (S.D. Ind., Memo. Opin.
    October 11, 1982)
Aware Woman Clinic v. City of Cocoa Beach, No. 77-361-ORL-CIV-Y (M.D. Fla., Memo. Opin.
    April 21, 1978)
Planned Parenthood v. Town of Merrillville, No. H78-70 (N.D. Ind., Memo. Opin. April 20, 1978)
Barr v. National Right to Life Committee, 1981 LEXIS 17423 (M.D. Fla. 1981)

### 4.      Trial Counsel for Intervenors

Planned Parenthood of Wisconsin v. Doyle, 9 F. Supp. 2d 1033 (W.D. Wisc. 1998)
Planned Parenthood v. Alexander, No. 78-2310 (W.D. Tenn., Memo. Opin. March 23, 1981)

Exhibit 1 to Declaration of James Bopp, Jr.

Women's Community Health Center v. Cohen, 477 F. Supp. 542 (D. Maine 1979)

Akron Center for Reproductive Health v. City of Akron, 479 F. Supp. 1172 (N.D. Ohio 1979)

Planned Parenthood v. Alexander, No. 779-843-II (Chancellery Court of Nashville, Tennessee, filed May 17, 1979)

Knoxville Center for Reproductive Health v. Alexander, No. 6815 (Chancellery Court of Knox County, Tenn., filed November 29, 1979)

Committee to Defend Reproductive Rights v. Beverlee A. Myers, No. 741710 (Superior Court, San Francisco, California, filed August 7, 1978)

### 5. Principal Counsel for Plaintiffs

Doe v. Smith, No. 84A01-8804-DV-00112, slip op. (Vigo Cir. Ct. Apr. 12, 1988)

Stevens v. Indiana Women's Clinic, No. C81-175 (Boone Cir. Ct., filed February 4, 1981)

Cummins v. Ramaprakash, No. F79-164 (N.D. Ind., Memo. Opin. April 30, 1980)

Johnson v. Planned Parenthood, No. PSC 1668 (Porter Superior Court, filed March 21, 1980)

Breitenbech v. Methodist Hospital, No. IP78-266-C (S.D. Ind., April 27, 1978)

### D. Regarding infant end-of-life issues

#### 1. Amicus Curiae Briefs

In re T.A.C.P., 609 So.2d 588 (Fla. 1992)

Bowen v. American Hospital Association, 476 U.S. 610 (1986) (U.S. Supreme Court) (2 amicus curiae briefs)

#### 2. Principal Counsel on Appeal

Preston v. Meriter Hospital, No. 03-1376 (Wisc. 2005)

Preston v. Meriter Hospital, No. 03-1376 (Wisc. App. 2003)

In re Achtabowski, No. 170251 (Mich. App. Mar. 9, 1995)

Johnson v. Thompson, 971 F.2d 1487 (10th Cir. 1992)

#### 3. Principal Trial Counsel for Plaintiffs

Johnson v. Gross, 125 F.R.D. 169 (W.D. Okla. 1985)

#### 4. Principal Trial Counsel for Intervenors

American Academy of Pediatrics v. Heckler, 594 F. Supp. 69 (D.D.C. 198)

In the Matter of the Treatment and Care of Infant Doe, No. GU8204-004A (Cir. Ct., Monroe County, Ind., Memo. Opin. April 12, 1982)

### E. Regarding foregoing of treatment issues

Exhibit 1 to Declaration of James Bopp, Jr.

1.      **Amicus Curiae Briefs**

Wendland v. Wendland, 2 P.3d 1065 (Cal. 2001)
In re Tabatha R., 564 N.W.2d 598, 566 N.W.2d 782 (Neb. 1997)
In re Fiori, 673 A.2d 905. (Pa. 1996)
In re Martin, 538 N.W.2d 399 (Mich. 1995)
In re Fiori, 652 A.2d 1350 (Pa. App. 1995)
In re Martin, 517 N.W.2d 749 (Mich. App. 1994)
DeGrella v. Elston, 858 S.W.2d 698 (Ky. 1993)
In re Martin, 504 N.W.2d 917 (Mich. App. 1993)
Grace Plaza of Great Neck v. Elbaum, 623 N.E.2d 513 (N.Y. 1993)
In re Busalacchi, No. 73677 (Mo. Sup. Ct. 1993)
Grace Plaza of Great Neck v. Elbaum, 588 N.Y.S.2d 853 (N.Y. App. 1992).
DeGrella v. Elston, No. 92-CI-01099 (Ky. Cir. Ct. Jefferson County July 7, 1992)
In re Peterson, No. 91CA1157 (Colo. App. Jan. 13, 1992)
In re Busalacchi, No. 59582 (Mo. App. 1991)
Cruzan v. Director, 497 U.S. 261 (U.S. Supreme Court 1990) (3 amicus curiae briefs)
State v. McAfee, 385 S.E.2d 651 (Ga. 1989)
In re Greenspan, 558 N.E.2d 1194 (Ill. 1990)
In re Guardianship of Browning, 543 So.2d. 258  (Fla. App. 1989)
McConnell v. Beverly Enterprises, 553 A.2d 596 (Conn. 1989)
In re Westchester County Medical Center ex rel. O'Connor, 72 N.Y.2d 517, 531 N.E.2d 607 (N.Y.
      1988)
In re Westchester County Medical Center ex rel. O'Connor, 139 A.D.2d 344, 532 N.Y.S.2d 133 (N.Y.
      App. 1988)
Cruzan v. Harmon, 760 S.W.2d 408 (Mo. 1988)
Gray v. Romeo, 697 F. Supp. 580 (D. R.I. 1988)
In re Gardner, 534 A.2d 947 (Me. 1987)
In re Prange, 520 N.E.2d 946 (Ill. App. 1988), *vacated* 522 N.E.2d 621 (Ill. 1988)
Cruzan v. Harmon, No. CV384-9P (Mo. Cir. Ct. Jasper County 1988)
Gary v. Superior Court, No. D006166 (Cal. App. Ct. Sept. 25, 1987)
Rasmussen v. Fleming, 741 P.2d 674 (Ariz. 1987)

2.      **Counsel for Guardian or Guardian ad litem**

In re L.W., 482 N.W.2d (Wis. 1992)
In re Lawrance, 589 N.E.2d 32 (Ind. 1991)

3.      **Counsel for Intervenors**

Butcher v. Fashingbauer, No. C7-94-1717 (Minn. Cir. Ct. Oct. 3, 1994)

F.      **Regarding assisted suicide issues**

Exhibit 1 to Declaration of James Bopp, Jr.

### 1.      Amicus Curiae Briefs

Gonzales v. Oregon, 545 U.S. 1161 (U.S. Supreme Court 2005)
Oregon v. Ashcroft, 368 F.3d 1118 (9th Cir. 2004)
Oregon v. Ashcroft, 192 F. Supp. 2d 1077 (D.Or. 2002)
Sampson v. State of Alaska, 33 P.3d 88 (Alaska. Sup. Ct. 2001)
Krischer v. McIver, 697 So.2d 97 (Fla. 1997) (3 amicus curiae briefs)
Washington v. Glucksberg, 521 U.S. 702 (U.S. Supreme Court 1996) (2 amicus curiae briefs)
Vacco v. Quill, 421 U.S. 793 (U.S. Supreme Court 1996) (2 amicus curiae briefs)
Quill v. Vacco, 80 F.3d 716 (2nd Cir. 1996)
Compassion in Dying v. State of Washington, 49 F.3d 586, 79 F.3d 790 (9th Cir. 1996)
Kevorkian v. Arnett, 939 F. Supp. 725 (C.D. Cal. 1995)
People v. Kevorkian, 527 N.W.2d 714 (Mich. 1994)

### 2.      Principal Counsel on Appeal

Lee v. Harcleroad, 522 U.S. 927 (U.S. Supreme Court 1997)
Lee v. State of Oregon, 107 F.3d 1382 (9th Cir. 1997)

### 3.      Principal Trial Counsel for Plaintiffs

Lee v. State of Oregon, 869 F. Supp. 1491 (D. Or. 1994), 891 F. Supp. 1421, 891 F. Supp. 1429, 891
       F. Supp. 1439 (D. Or. 1995)

### G.      Regarding Protection of Marriage

### 1.      Amicus Curiae Briefs

Obergefell v. Hodges, 576 Sup. Ct. ___  (U.S. Supreme Court 2015)
Strauss v. Horton, 207 P.3d 48 (California  Sup. Ct. 2009)
Chambers v. Orrmiston, 935 A.2d 956 (Rhode Island Sup. Ct. 2007)

### H.      Regarding other biomedical, disability rights and civil rights issues

### 1.      Amicus Curiae Briefs

Hinrichs v. Bosma, 440 F.3d 393 (7th Cir. 2006)
Sullivan v. Zebley, 493 U.S. 521 (U.S. Supreme Court 1990)
Hickman v. Group Health Plan, 396 N.W.2d 10 (Minn. 1986)

Exhibit 1 to Declaration of James Bopp, Jr.

### 2. Principal Counsel on Appeal

Wilson v. Health and Hospital Corporation, 620 F.2d 1201 (7th Cir. 1980)

### 3. Principal Trial Counsel for Defendants

Laborer's International Union v. Town of West Terre Haute, No. TH80-65-C (S.D. Ind., Memo Opin., March 6, 1981)
Bailey v. DeBard, No. IP74-458-C (S.D. Ind., filed July 31, 1975)

### 4. Principal Trial Counsel for Plaintiffs

Wilson v. Health and Hospital Corporation, IP76-400-C (S.D. Ind., filed July 14, 1976)

## ACADEMIC AND PROFESSIONAL PRESENTATIONS

IUPUI, Center for the Study of Religion and American Culture, Religious Freedom, Indianapolis, IN, February, 15, 2018.
The Oxford Union Society, Thursday Formal Debate: The House Believes that Democracy is for Sale, Oxford, United Kingdom, May 25, 2017.
Indiana Continuing Legal Education Forum, Election and Lobbying Law 2016, Indianapolis, IN, August 24, 2016.
ABA National Conference on Professional Responsibility, Denver, CO, May 29, 2015
The New Hampshire Institute of Politics & Political Library at Saint Anselm College, "Money, Democracy and the Constitution II: Campaign Finance and Election Law, Manchester, NH, March 12, 2015
ABA Midyear Meeting, the Judicial Division, "Selling Justice or Funding Democracy: When Judges Have to Raise Election Money," Houston, TX, February 6, 2015
Indiana Lawyer, Practicing Law in Indiana, "Same-Sex Marriage," Indianapolis, IN, September 30, 2014
Indiana University School of Law, "Citizens Divided," Bloomington, IN, Septembe 8, 2014
St. Thomas University Law School, Center for Ethics, "Campaign Cash and the *Citizens United* Debate," Miami, Florida, May 16, 2014
The Federalist Society of Memphis, Current Proposals to Change the Electoral College System, Memphis, TN, April 18, 2013
Valparaiso University School of Law, 2013-2014 Law Review Symposium, "Money in Politics," Valparaiso, Indiana, April 4, 2014
Pound Civil Justice Institute, 21st Annual Forum for State Appellate Court Judges, "The War on the Judiciary: Can Independent Judging Survive?," San Francisco, California, July 20, 2013
American University Washington College of Law, "Campaign Finance and the *Citizens United* Decision," Washington, DC, November 14, 2012
Council for National Policy, Tampa, FL, August 23, 2012
Indiana Law Review Symposium, "Reflecting on Forty Years of Merit Selection," Indianapolis, IN, April 5, 2012

Exhibit 1 to Declaration of James Bopp, Jr.

University of St. Thomas School of Law, Journal of Law and Public Policy Spring Symposium, *Citizens United v. FEC*, Minneapolis, MN, March 30, 2012

William & Mary Election Law Symposium, Williamsburg, VA, March 29, 2012

Charleston Law Review, 4th Annual Law & Society Symposium, *The Role of Government*, Charleston, SC, February 10, 2012

Louisiana State Bar Association, 2012 Midyear Meeting, *Citizens United: The End of Democracy As We Know It?*, New Orleans, LA, January 19, 2012

Indiana Continuing Legal Education Forum, Election & Lobbying Law, Indianapolis, IN, December 22, 2011

2011 Independent Sector Annual Conference, Chicago, IL, October 31, 2011

University of Minnesota Law School, *Citizens United*: Democracy Realized—or Defeated?, Minneapolis, MN, October 21, 2011

Florida Conference on District Court of Appeal Judges, Appellate Education Conference, Amelia Island, Florida, September 12, 2011

Texas Bar Association, Bill of Rights Course, Austin, TX, May 27, 2011

University of San Francisco Law Review, Symposium on Democracy, Inc?, Keynote Speaker, San Francisco, CA, February 25, 2011

The Federalist Society, National Lawyers Convention, The Bloody Crossroads, Washington, D.C., November 18, 2010

St. Thomas Law Review, Symposium on *Bush v. Gore*: A Decade Later, Miami Gardens, Florida, November 12, 2010

University of North Carolina First Amendment Law Review, Symposium on *Citizens United v. FEC*, Raleigh, N.C., October 8, 2010

Council for National Policy Action, The Personhood Amendment, Dana Point, CA, October 1, 2010

Long Island Lawyers Chapter, The Federalist Society, *Citizens United v. FEC* and the Future of Campaign Finance Reform, Mineola, N.Y., September 20, 2010

Cato Institute, The Supreme Court: Past and Prologue, Washington, D.C. September 16, 2010

Faith & Freedom Conference and Strategy Briefing, Washington, D.C., September 10, 2010

The Capitol Hill Federalist Society, Free Expression and Campaign Contributions, Washington, D.C., May 11, 2010

Stanford Law School, United We Stand, *United* We Fall, New York City, May 4, 2010

American Constitution Society, Press Briefing on *Christian Legal Society v. Martinez*, Washington, D.C., April 7, 2010

Federalist Society, University of California at Berkeley School of Law, Berkeley, CA, March 10, 2010

Council for National Policy, Naples, Florida, March 5, 2010

The American Academy of Appellate Lawyers, 2009 AAAL Fall Meeting, Philadelphia, PA, October 9, 2009

The Cato Institute, The Supreme Court: Pat and Prologue, Washington, D.C., September 17, 2009

American Constitution Society, Press Briefing on *Citizens United v. FEC*, September 2, 2009, Washington D.C.

Federalist Society Indianapolis Lawyers Chapter, Indianapolis, IN, May 21, 2009

Memphis Bar Association, Destin, FL, April 30, 2009

Exhibit 1 to Declaration of James Bopp, Jr.

USA Roundtable Conference, San Diego, CA, January 9, 2009

Federalist Society, 2008 Election Law Conference, Washington, D.C., October 7, 2008

Federalist Society Raleigh Lawyers Chapter, Raleigh, NC, March 19, 2008

Indianapolis Bar Association, Bar Leader Series, Indianapolis, IN, March 18, 2008

Indiana Continuing Legal Education Forum, Election Law 2008, Indianapolis, IN, March 18, 2008

Federalist Society Milwaukee Lawyers Chapter, Milwaukee, WI, March 11, 2008

Harvard Journal on Legislation, Voices on Voting, Harvard Law School, Cambridge, MA, March 6, 2008

Federalist Society, Ave Maria School of Law, Ann Arbor, Michigan, March 3, 2008

Bingham McHale Legislative Conference, Indianapolis, Indiana, November 28, 2007

Heritage Foundation, Roundtable Discussion on FEC Rulemaking, Washington, D.C., October 4, 2007

Council for National Policy, Salt Lake City, Utah, September 29, 2007

California Political Attorneys Association, Annual Meeting, San Francisco, California, September 8, 2007

Federalist Society, Indianapolis Lawyers' Chapter, Indianapolis, Indiana, June 20, 2007

Americans United for Life, The Aftermath of *Gonzales v. Carhart* Conference, Washington, D.C., June 5, 2007

Cato Institute, *FEC v. Wisconsin Right to Life*, Does the First Amendment Protect Political Speech?, Washington, D.C., April 25, 2007

Stanford Law & Policy Review Symposium, Palo Alto, California, March 20, 2007

Congressman Dan Burton's 21st Annual Youth Leadership Conference, Kokomo, Indiana, March 12, 2007

Federalist Society, Nevada Lawyers Chapter, Las Vegas, Nevada, March 9, 2007

Michigan Election Law Project, University of Michigan Law School, Ann Arbor, Michigan, March 8, 2007

University of North Carolina School of Law, First Amendment Law Review, The First Amendment and Tax-Exempt Organizations, Chapel Hill, N.C., February 16, 2007

Council for National Policy, Amelia Island, Florida, February 2, 2007

Council of Chief Judges of the State Courts of Appeal, Annual Conference, Washington, D.C., November 15, 2006

Federalist Society, Golden Gate University School of Law, San Francisco, California, November 3, 2006

Federalist Society, Hastings College of Law, San Francisco, California, November 3, 2006

2006 Summit of Judicial Leaders, Judicial Council of California, San Francisco, California, November 2, 2006

K-12 Education Reform Summit, Milwaukee, Wisconsin, October 5, 2006

Federalist Society, Seton Hall School of Law, Newark, NJ, September 27, 2006

Federalist Society, Cardozo School of Law, New York, NY, September 27, 2006

Federalist Society, New York University School of Law, New York, NY, September 26, 2006

Federalist Society, Rutgers School of Law-Newark, Newark, NJ, September, 26, 2006

Federalist Society, University of Kentucky School of Law, Lexington, KY, September 13, 2006

Association of Judicial Disciplinary Counsel, Annual Meeting, Washington, D.C., July 27, 2006

Exhibit 1 to Declaration of James Bopp, Jr.

North Carolina Bar Association Foundation, Politics, Elections & the Constitution, Cary, N.C., June 23, 2006

Kentucky Bar Association 2006 Annual Convention, Covington, KY, June 15, 2006

American Bar Association, Joint Commission to Evaluate the Model Code of Judicial Conduct, Chicago, IL, February 11, 2005.

American University Center for Democracy and Election Management and AU Washington College of Law's Program on Law and Government, *Political Equality and Campaign Cash*, Washington, D.C., October 25, 2005

Louisville Bar Association, Presidential Series – Judicial Free Speech, Louisville, KY, September, 28, 2005

Louisville Forum, Louisville, KY, June 8, 2005

Harvard Law School, The Society for Law, Life & Religion, Cambridge, MA, April, 6, 2005

The Federalist Society, 2004 National Lawyers Convention, Washington, D.C. November 12, 2004

2004 Conservative Leadership Retreat, Richmond, VA, November 9, 2004

University of North Carolina School of Law, 2nd Annual Symposium, Judicial Speech in the Wake of *Minnesota v. White*, Chapel Hill, N.C., March 26, 2004

Northern Kentucky Law Review, 2004 Symposium on Campaign Finance Reform, Covington, KY, February 14, 2004

The Federalist Society, Electioneering after McCain-Feingold, Washington, D.C., Jaunuary 27, 2004

Harvard Law School Republicans and The Society for Law, Life and Religion, The Harvard Law School, Cambridge, Mass., November 6, 2003

Federalist Society, Brigham Young University Law School, Provo, Utah, November 4, 2003

American Constitution Society, Annual Convention, Washington, D.C., August 2, 2003

Ave Maria School of Law, Symposium of The Church and Politics, Ann Arbor, Michigan, June 17, 2003

Kentucky Bar Association Annual Convention, Louisville, KY, June 12, 2003

National Education Association, Bipartisan Campaign Reform Act of 2002 Conference, Washington, D.C., April 14, 2003

Pennsylvania Conference of State Trial Judges, Pittsburgh, PA, February 22, 2003

The Pittsburgh Federalist Society, Pittsburgh, PA, February 21, 2003

The Legislative Conference, Indianapolis, IN, December 12, 2002

State Bar of Michigan, 2002 Annual Meeting, Michigan Judicial Institute, Grand Rapids, Michigan, September 27, 2002

California Political Attorneys Association, Marina del Rey, California, September 22, 2002

Cato Institute, Cato Supreme Court Review, Washington, D.C., September, 17, 2002

American Bar Association, Commission on the 21st Century Judiciary, Detroit, Michigan, August 21, 2002

Standing Committee on Judicial Independence, American Bar Association Annual Convention, "The Supreme Court Speaks – Can Judicial Candidates: Life After *Republican Party of Minnesota v. White*," Washington, D.C., August 9, 2002

Roll Call Newspaper and Perkins Cole Political Law Group, "Reacting to Reform: Law and Politics After McCain-Feingold-Shays-Meehan," Washington, D.C., July 29, 2002

Minnesota State Bar Association Convention, Duluth, Minnesota, June 27, 2002

Exhibit 1 to Declaration of James Bopp, Jr.

The Campaign Finance Institute, Washington, D.C., July 18, 2002

Washington Non-Profit Legal & Tax Conference, Washington, D.C., March 14, 2002

The Cato Institute's Center for Constitutional Studies, "Resolved: If Judges Must Be Elected, They Must Be Free to Campaign for Election," March13, 2002, Washington, D.C.

The Catholic University Law Review, Third Annual Election Law Symposium, Washington, D.C., November 1, 2001

Washington Non-Profit Legal & Tax Conference, Washington, D.C., March, 2001

Alliance Defense Fund National Litigation Academy VIII, July 19 - 20, 2000

American Bar Association Section of Taxation,  Exempt Organizations Committee,  "Issue Advocacy, Social Movements and Y2K Election Issues," Washington, D.C., May 12, 2000

Federalist Society, *Buckley v. Valeo* Revisited, Washington, D.C., September 10, 1999

Congressional Research Service, New Congressional Member Issues Seminar, Williamsburg, Virginia, January 13, 1999

New York University School of Law, National Center on Philanthropy and the Law, "Political Activities: Nonprofit Speech,"New York, N.Y., October 30, 1998

The Heritage Foundation, 1998 Legal Strategy Forum, Chicago, Illinois., October 23, 1998.

Alliance Defense Fund, National Litigation Academy, Session III, Scottsdale, Arizona, October 16, 1998

Cato Institute, Campaign Finance Reform: Does the Constitution Matter?, Washington, D.C., September 10, 1997

American Bar Association Convention, The Tort and Insurance Practice Section, Life, Liberty and Right to Die, San Francisco, California, August 4, 1997

St. John's University School of Law, Physician-Assisted Suicide: Legal Rights in Life and Death, Jamaica, New York, April 4, 1997

The International Conference on the Life Threatening Euthanasia Developments in Holland and Abroad, Amsterdam, Holland, October 7, 1995

Marquette University, Long-Term Services in the '90s: Life-Affirming or Life-Limiting?, Milwaukee, Wisc., April 21, 1995

The Free Speech Coalition, "Endangered Species: The First Amendment Rights and Nonprofit Organizations," Rosslyn, Virginia, October 6, 1994

Saint Michael's College, The Struggle Over Life & Death, Colchester, Vermont, June 4, 1994

National Federation of Catholic Physicians' Guilds, 62nd Annual Meeting, St. Louis, Mo., October 27, 1993

Free Speech Coalition Conference, "Preserving the Right of Free Speech and Political Advocacy," Rosslyn, Virginia, October 6, 1993

University of Minnesota, Center for Biomedical Ethics, Managing Mortality Conference, Minneapolis, Minnesota, December, 4, 1992

Indiana Consultant Dieticians, Annual Meeting, Lafayette, Indiana, November 11, 1992

Mecklenburg Bar Foundation, 1992 Public Law Forum, Charlotte, N.C., March 24, 1992

Harvard Law School, Forum on Fetal Rights, Cambridge, Massachusetts, February 27, 1992

Harvard School of Public Health, Public Health Rounds, Boston, Massachusetts, February 13, 1992

Panel on "Life and Choice after *Roe*," That Delicate Balance II, Our Bill of Rights, Columbia University Seminar on Media and Society, Williamsburg, Virginia, December 16, 1991

Exhibit 1 to Declaration of James Bopp, Jr.

Indianapolis State Bar Association, Termination of Care, Indianapolis, Indiana, August 27, 1991
Georgetown University, Ethical Issues in Research, Washington, D.C., April 30, 1991
University of Cincinnati, School of Law, Cincinnati, Ohio, April 4, 1991
Catholic University of America, Current Controversies in the Right to Live, Right to Die III, Washington, D.C., April 10, 1991
University of California, Hastings College of Law, San Francisco, Calif., March 23, 1991
Case-Western Reserve University School of Law, Cleveland, Ohio, February 26, 1991
National Association of State Mental Health Attorneys, Annual Conference, Kansas City, Mo., October 7, 1990
American Society of Law & Medicine, Medical Decision-Making and the "Right to Die" after *Cruzan*, Washington, D.C., September 14, 1990
Chicago Area Science and Media Roundtable, Chicago, Illinois, May 3, 1990
Catholic University of America, Conference on Current Controversies in the Right to Live, Right to Die II, Washington, D.C., April 26, 1990
Hennipin County Medical Center Biomedical Ethics Committee, Minneapolis, Minnesota, March 14, 1990
Section of Individual Rights and Responsibilities, American Bar Association Convention, Panelist, Honolulu, Hawaii, August 5, 1989
Joseph P. Storey Society, Lecture, Washington, D.C., July 27, 1989
Catholic University of America, Washington Conference on Current Controversies in the Right to Live, Right to Die,, D.C., April 13, 1989
West Virginia University, Morgantown, West Virginia, April 7, 1989
University of Michigan School of Law, Ann Arbor, Michigan, February 22, 1989
National Legal Aid and Public Defenders Association, Annual Conference, San Diego, Calif., November 18, 1988
Clark University, Euthanasia and the Future of Medicine Conference, Worcester, Mass., October 25, 1988
National Conference of State Legislators Annual Meeting, Reno, Nevada, July 28, 1988
University of Chicago, Health Treatment Rights, HIV and AIDS Conference, Chicago, Illinois, May 21, 1988
West Georgia College, Controversial Constitutional Issues, Carrollton, Georgia, April 26, 1988
University of Missouri School of Law, Kansas City, Missouri, February 17, 1988
Society for Health and Human Values, Annual Meeting, Washington, D.C., November 8, 1987
Stanford University, Assisting Suicide Conference, Palo Alto, California, April 4, 1987
Third Inter-American Congress on Mental Retardation, Buenos Aires, Argentina, August 17 - 21, 1986
Rose Hulman Institute of Technology, Student Forum, Terre Haute, Indiana, May 8, 1986
Children's Memorial Hospital, Myelomeningocele Seminar, Keynote Speaker, Chicago, Illinois, May 2, 1986
Providing Nutrition and Hydration to Patients Conference, Loyola University at New Orleans, April 12, 1986
Fordham University, The Handicapped Newborn in American Society Conference, March 30, 1985
Indiana State University, Student Council For Exceptional Children, February 7, 1985

Exhibit 1 to Declaration of James Bopp, Jr.

University of Virginia Law School, Student Forum, Charlottesville, Virginia, November 3, 1983
Notre Dame University School of Law, Convocation Speaker, South Bend, Indiana, October 10, 1983
Marquette University, Human Life and Health Care Ethics Conference, Milwaukee, Wisconsin, April 9, 1983
Southwestern University at Memphis, Memphis, Tennessee, March 11, 1982
St. Louis University, Human Life Amendment Conference, St. Louis, Missouri, September 12, 1981

## OTHER PRESENTATIONS

Indiana Conservative Conference 2017, Indianapolis, IN, August 26, 2017
Indiana Family Institute, Hoosier Leadership Series, Avon, IN, November 14, 2016
CIVIC HALL, *Impact Elections*, New York City, NY, September 14, 2016
National Right to Life Convention, Herndon, VA, July 7-9, 2016
Indiana Family Institute, Hoosier Leadership Series, Indianapolis, IN, November 19, 2015
Young America's Foundation, Midwest Freedom Conference, Columbus, Ohio, October 3, 2015
National Right to Life Convention, New Orleans, LA, July 9-11, 2015
The Heritage Foundation, Judicial Elections and the First Amendment, Washington DC, January 20, 2015
National Right to Life Convention, Louisville, Ky, June 26-28, 2014
National Right to Life Convention, Dallas, Texas, June 27-29, 2013
National Right to Life Convention, Washington, D.C., June 28-29, 2012
Freedomworks, Grassroots Activist Boot Camp, June 11, 2012
American Federation for Children, Campaign Training School, Indianapolis, IN, March 27, 2012
National Right to Life Convention, Charlotte, N.C., June 18, 2009
American Constitution Society, ACS Press Briefing on *Pleasant Grove City v. Summum*, Washington, D.C., November 6, 2008.
National Right to Life Convention, Washington, D.C., July 3-5, 2008
Judicial Watch, "Election 2008: What the Media Isn't Telling You," Washington, D.C., May 15, 2008
115 Forum, Washington, D.C., October 17, 2007
Kentucky Right to Life Convention, Louisville, KY, October 13, 2007
National Right to Life Convention, Kansas City, Kansas, June 14-16, 2007
Legislative Conference, Wisconsin Right to Life, Madison, Wisc., February 6, 2007
American Constitution Society, Press Briefing on *Davenport v. Washington Education Association*, Washington, D.C., January 4, 2007
National Right to Life Convention, Nashville, TN, June 22-24, 2006
Alliance for Justice, Nonprofit & Foundation Advocacy Speaker Series, Human Rights Campaign, Washington, D.C., January 18, 2006
National Voting Rights Institute, "Campaign Spending Limits: The next generation of campaign reform?, Georgetown University Law Center, Washington, D.C., August 2, 2005
National Right to Life Convention, Minneapolis, MN, June 16-18, 2005
Council for National Policy, McLean, Virginia, April 22, 2005
All Children Matter, Political Training School for School Choice Activists, Orlando, Florida, April 20-21, 2005
Veritas Society, Kenosha, Wisconsin, September 30, 2004

Exhibit 1 to Declaration of James Bopp, Jr.

National Right to Life Convention, Washington, D.C., July 2-4, 2004
Houston Area Pastor Council, Houston, TX, February 6, 2004
National Right to Life Convention, St. Louis, Mo., July 3-5, 2003
James Madison Center for Free Speech, Defender of Freedom Awards Banquet, Washington, D.C.,
    July 10, 2002
National Right to Life Convention, Pittsburgh, Pennsylvania, June 27-29, 2002
Council for National Policy, McLean, Virginia, May 4, 2002
National Right to Life Convention, Charlotte, North Carolina, June 28-30, 2001
Christian Coalition Road to Victory, Washington, D.C., September 29, 2000
Christian Coalition Faith and Freedom Rally, Republican National Convention, Philadelphia, PA.,
    August 1, 2000
National Right to Life Convention, Washington, D.C., June 29 - July 1, 2000
Proudly Pro-Life Dinner, New York City, New York, April 25, 2000
National Right to Life Convention, Orlando, Florida, June 24-26, 1999
Indiana Citizens for Life Convention, Indianapolis, Indiana, October 24, 1998
National Right to Life Convention, Orlando, Florida, June 18-20, 1998
Council for National Policy, Phoenix, Arizona, February 7, 1998
State Legislators' Conference on Assisting Suicide, Washington, D.C., July, 25-26, 1997
National Right to Life Convention, Chicago, Ill., June 26-28, 1997
Free Speech Coalition, Spring Legislative Breakfast, Washington, D.C., April 10, 1997
Conservative Political Action Conference, Washington, D.C., March 8, 1997
National Right to Life Convention, Alexandria, Virginia, June 20 - 22, 1996
1996 Legislative Day, Right to Life of Michigan, Lansing, MI, April, 24, 1996
Sarasota Institute of Lifetime Learning, Sarasota, Florida,   January 9, 1996
National Right to Life Convention, Nashville, Tenn., June 29 - July 1, 1995
National Right to Life Convention, Houston, Texas, June 30 - July 2, 1994
Hoosier Girl's State, Terre Haute, Indiana, June 21, 1994
1994 Oregon Right to Life Conference, Beaverton, Oregon, May 7, 1994
National Right to Life Convention, Milwaukee, Wisconsin, June 24-26, 1993
Ivy League Coalition for Life Convention, Cornell University, Ithaca, N.Y., October 17, 1992
Castillo Institute, Bioethics Conference '92, Washington, D.C., September 18, 1992
National Right to Life Convention, Atlanta, Georgia, June 11-13, 1992
Christian Life Center, Life 92, Dayton, Ohio, March 21, 1992
Dayton Physicians For Life, Banquet, Dayton, Ohio, March 20, 1992
Indianapolis Press Club, Indianapolis, Indiana, March 10, 1992
Respect for Life Banquet, Right to Life of Central Kentucky, Lexington, Kentucky, November 15,
    1991
National Right To Life Lobbyists Seminar, Washington, D.C., February 22, 1991
Illinois Federation for Right to Life Convention, Lisle, IL., September 29, 1990
National Right to Life Convention, Sacramento,  California, June 14-16, 1990
Rally for Life 90, Washington, D.C., April 28, 1990
Virginia Society for Human Life Annual Convention, Richmond, Virginia, March 31, 1990
Iowa Right to Life Committee Annual Convention Des Moines, Iowa, October 28, 1989

Exhibit 1 to Declaration of James Bopp, Jr.

WELS Lutherans For Life Annual Convention, Ann Arbor, Michigan, October 14, 1989

North Dakota Right to Life Convention, Fargo, N.D., October 7, 1989

National Right to Life Legislative Strategy Conference, Washington, D.C., October 2, 3, 1989

National Right to Life Convention 1989, Minneapolis, Minnesota, June 29-July 1, 1989

Pro-Life Council of Connecticut, Annual Conference, Meridian, Connecticut, April 29, 1989

Illinois Federation for Right to Life, Legislative Day, Springfield, Illinois, April 19, 1989

West Virginians for Life, Convention 89, Morgantown, West Virginia, April 8, 1989

Maine Right to Life Convention, Augusta, Maine, October 29, 1988

National Right to Life Convention 1988, Arlington, Virginia, July 21-23, 1988

New Mexico Right to Life Convention, Albuquerque, New Mexico, April 16, 1988

National Right to Life Committee Legislative Seminar, Washington, D.C., January 22, 1988

Minnesota Citizens Concerned for Life Convention, Minneapolis, Minnesota, November 15, 1987

Iowa Right to Life Committee '87 Convention, Des Moines, Iowa, November 7, 1987

AUL Legal Strategy Workshop, Chicago, Illinois, October 30, 1987

California Pro-Life Convention, San Mateo, California, September 18 - 20, 1987

National Right to Life Convention 1987, New Orleans, Louisiana, June 18 - 20, 1987

Alaska Right to Life, Anchorage and Keni, Alaska, May 29, 30, 1987

National Right to Life Committee, Legislative Seminar, Washington, D.C., January 22, 1987

Minnesota Citizens Concerned for Life Convention, Minneapolis, Minnesota, November 15, 1986

Nevada Right to Life Convention, Las Vegas, Nevada, September 20, 1986

Catholic Health Association of Kansas, Fall Conference, Overland Park, Kansas, September 19, 1986

Pennsylvania Pro-Life Convention, Harrisburg, Pennsylvania, September 6, 1986

National Right to Life Convention '86, Denver, Colorado, June 12 - 14, 1986

Ohio Right to Life Society Board Meeting, Columbus, Ohio, June 7, 1986

Disability Rights Conference, Washington, D.C.,May 3, 1986

Virginia Society for Human Life Convention, Keynote Speaker, Richmond, Virginia, April 26, 1986

National Right to Life Committee, Legislative Seminar, Washington, D.C. January 21, 1986

National Down Syndrome Congress, Annual Convention, Anaheim, California, November 23 - 24, 1985

Kentucky Right to Life Association, Annual Convention, Louisville, Kentucky, October 19, 1985

Governor's Conference on the Handicapped, Indianapolis, Indiana, October 11, 1985

Right to Life of Wyoming Convention, Luncheon Speaker, Laramie, Wyoming, September 7, 1985

National Right to Life Convention '85, Washington, D.C., June 20 - 23, 1985

Annual Conference, National Association of Protection and Advocacy Systems, San Francisco, California, May 20, 1985

Birthright of Chicago, Banquet Speaker, Chicago, Illinois, April 13, 1985

National Right to Life Convention '84, Kansas City, Missouri, June 7 - 9, 1984

Right to Life of Idaho Annual Convention, Banquet Speaker, Boise, Idaho, May 26, 1985

Focus on Life II, Pennsylvanians for Human Life, Valley Forge, Pennsylvania, April 7, 1984

New Jersey Right to Life Convention, New Brunswick, New Jersey, March 24 - 25, 1984

Montana Right to Life Convention, Banquet Speaker, Missoula, Montana, November 5, 1983

Minnesota Citizens Concerned for Life Convention, Banquet Speaker, St. Cloud, Minnesota, October 22, 1983

Exhibit 1 to Declaration of James Bopp, Jr.

New York State Right to Life Committee Convention, Rochester, New York, October 22, 1983
North Dakota Right to Life Convention, Banquet Speaker, Bismarck, North Dakota, October 8, 1983
National Right to Life Convention '83, Orlando, Florida, July 7 - 9, 1983
Marshall County Right to Life, Annual Dinner, Plymouth, Indiana, April 15, 1983
Indiana Right to Life, Legislative Day, Indianapolis, Indiana, February 4, 1983
Muskegon Right to Life, Public Rally, Muskegon, Michigan, January 23, 1983
National Right to Life Committee, Legislative Seminar, Washington, D.C., January 22, 1983
Foundation for Life, Annual Dinner, Toledo, Ohio, January 15, 1983
Eastern Kansas Right to Life, Fourth Annual Dinner, Overland Park, Kansas, October 30, 1982
Illinois Federation for Right to Life, Life Issue Conference, Deerfield, Illinois, October 23, 1982
Kentucky Right to Life, Leadership Conference, Elizabethtown, Kentucky, October 9, 1982
West Virginia Right to Life, State Forum, Wheeling, West Virginia, September 25, 1982
Indiana Right to Life Convention, Indianapolis, Indiana, September 17, 1982
Ohio Right to Life Society State Convention, Columbus, Ohio, September 11, 1982
Critical Life Issues Workshop, The Pope John XXIII, Medical - Moral Research and Education
      Center, St. Louis, Missouri, August 26, 1982
National Right to Life Convention '82, Cherry Hill, New Jersey, July 15 - 17, 1982
Life, Inc. Memorial Services, Wichita, Kansas, June 12, 1982
Illinois Federation for Right to Life State Convention, Springfield, Illinois, October 24, 1981
Ohio Right to Life Society State Convention, Dayton, Ohio, September 25 - 27, 1981
National Right to Life Convention '81, Omaha, Nebraska, June 18 - 21, 1981
Missouri Citizens for Life State Convention, Columbia, Missouri, May 2, 1981
Illinois Federation for Right to Life, Chicago Regional Conference, Chicago, Illinois, April 25, 1981
Indiana Right to Life Legislative Day, Indianapolis, Indiana, February 18, 1981
Citizen's Lobby Seminar, National Right to Life Committee, Washington, D.C., January 22, 1981
Vermont Right to Life Committee, State Convention, Montpelier, Vermont, September 27, 1980
Pro-America State Convention, Indianapolis, Indiana, September 24, 1980
National Right to Life Convention '80, Anaheim, California, June 26 - 29, 1980
National Right to Life Convention '79, Cincinnati, Ohio, June 21 - 24, 1979
National Youth Pro-Life Convention, Indianapolis, Indiana, November 25, 1978
National Welfare Fraud Association, National Conference Indianapolis, Indiana, October 4, 1978
National Right to Life Convention '78, St. Louis, Missouri, June 29 - July 2, 1978
Ohio Right to Life Society State Convention, Columbus, Ohio, April 8, 1978
Indiana Right to Life State Convention, Indianapolis, Indiana, February 25, 1978
National Right to Life Convention '77, Chicago, Illinois, June 16 - 19, 1977
Indiana Prosecuting Attorneys Conference, Indianapolis, Indiana, December 2, 1976
Indiana Attorney General's Prosecuting Attorneys Conference, Merrillville, Indiana, April 17, 1975

**Revised: July 31, 2014**

Exhibit 1 to Declaration of James Bopp, Jr.