**BOPP LAW FIRM**
National Building
1 South 6th Street
Terre Haute, Indiana 47807-3510
Telephone:  812/232-2434
812/235-3685 (fax)
E-mail: bcb@bopplaw.com

First Amendment Law, Campaign Finance Law, Constitutional Law, Election Law; Non-profit Corporations Law, Not-for-profit Tax Law, Health Care Law, Civil Litigation, Appellate Practice and United States Supreme Court Practice.

## MEMBERS OF THE FIRM

**JAMES BOPP, JR.,** born Terre Haute, Indiana, 1948; admitted to the bar, 1973, Indiana; 1977, U.S. Supreme Court. **Education**:  Indiana University (B.A., 1970); University of Florida (J.D., 1973).  **Editor**: Restoring the Right to Life: The Human Life Amendment, Brigham Young University Press, 1984.  Human Life and Health Care Ethics, University Publications of America, 1985.  **Editor-in-Chief**: *Issues in Law and Medicine*, 1985-present.  **Professional Affiliations**: General Counsel, James Madison Center for Free Speech, 1997-present. General Counsel, National Right to Life Committee, 1978-present.  Special Counsel, Focus on the Family, 2004-present. President, National Legal Center for the Medically Dependent and Disabled, 1984-present. Commissioner, National Conference of Commissioners of Uniform State Laws, 2005-present. Member, United States National Commission for UNESCO, 2004-2006. Member, Congressional Biomedical Ethics Advisory Committee, 1987-1989. Member, National Institutes of Health, Human Fetal Tissue Transplantation Research Panel, 1988. Member, President's Committee on Mental Retardation, 1984-1987. Special Advisor, American Bar Association Working Group on the First Amendment and Judicial Elections, 2002 - 2003. **Political Affiliations**: Vice Chairman, Republican National Committee, 2008-present. Indiana Republican Party, National Committeeman, 2006-present; State Party Treasurer, 2005-2006. **Member:** The Federalist Society for Law & Public Policy Studies, Co-Chairman, Election Law Subcommittee, Free Speech & Election Law Practice Group, 1996-2005. Board of Governors, Republican National Lawyers Association, 2002-present. Indiana State Bar Association. **Awards**: Legatus International, John Cardinal O'Connor Pro-Life Hall of Fame Award, 2005. Indiana Republican Party, State Chairman's Award, 2001, 2005. Non-resident Tuition Scholarship, 1971. **Profiled**: *The Big Bopper, Exploding the Canons of Judicial Ethics*, ABA Journal 30 (Nov. 2006). **PRACTICE AREAS**: First Amendment Law, Campaign Finance Law, Constitutional Law, Election Law, Non-profit Corporations Law, Not-for-profit Tax Law, Health Care Law, Civil Litigation, Appellate Practice and United States Supreme Court Practice.

## SENIOR ASSOCIATES

**RICHARD E. COLESON**, born 1951; admitted to the bar, 1987, Indiana; 1990, U.S. Supreme Court.  **Education**:  Institute of Holy Land Studies, Indiana Wesleyan University (B.A., *cum laude*, 1973); Asbury Theological Seminary (M.A.R., 1975); Indiana University (J.D.,

Exhibit 2 to Declaration of James Bopp, Jr.

1987).  **Awards**: Order of Barristers.  **Member:**  Terre Haute and Indiana State Bar Associations; Christian Legal Society.  **PRACTICE AREAS**: First Amendment Law, Campaign Finance Law, Constitutional Law, Election Law, Civil Litigation, Appellate Practice and United States Supreme Court Practice.

**JEFFREY P. GALLANT**, born Bennington, Vermont, 1960; admitted to the bar, 2001, Virginia. **Education**: Southern Vermont College (B.A., *summa cum laude*, Valedictorian, 1996); Regent University School of Law ( J.D. *cum laude*, 2001); Regent University, Robertson School of Government (M.A., *cum laude*, 2001). **Awards**: National Dean's List, 1993; Deans Scholar 1997 - 1998; Academic Merit Scholarship, 1998 - 2001. **Member**: James Kent Inns of Court, 2000 - 2001. **PRACTICE AREAS**: First Amendment Law, Campaign Finance Law, Constitutional Law, Non-profit Corporations Law, Not-for-profit Tax Law; Civil Litigation, and Appellate Practice.

**ANITA Y. MILANOVICH**, born Willmar, Minnesota, 1980; admitted to the bar, 2004, Indiana. **Education**: Calvin College (B.A., *with honors*, 2001); Valparaiso University School of Law (J.D., 2004). Editor, *Valparaiso U. Law Review*, 2003-2004. **Awards**: Blackstone Fellowship, 2002. **Member**: The Federalist Society. Terre Haute and Indiana State Bar Association.  **PRACTICE AREAS**: First Amendment Law, Campaign Finance Law, Election Law, Constitutional Law, Civil Litigation and Appellate Practice.

## ASSOCIATES

**COURTNEY E. (TURNER) MILBANK** Admitted to the bar, 2014, Indiana.  Education: Regent University School of Law (J.D. 2014); Taylor University (M.B.A. 2012); Taylor University (B.A. 2011).  Member: Indiana State Bar Association; Hamilton County Bar Association.  Honors:  Law Review Lead Symposium Editor; Eagle Award for Highest Grade in Constitutional Criminal Procedure; Law Review Staff Editor; Moot Court Competitor.  Practice Areas: First Amendment Law, Campaign Finance Law, Election Law, Constitutional Law, Civil Litigation, and Appellate Practice.

**CORRINE L. (PURVIS) YOUNGS** Admitted to the bar, 2015, Indiana. Education: Marian University (B.A., Summa Cum Laude, 2011); Indiana University (M.P. A., 2015); Indiana University Robert H. McKinney School of Law (J.D., 2015). Awards: Norman Lefstein Award of Excellence, Elite 50 of Graduate and Professional Careers at IUPUI. Member: St. Thomas More Society, The Federalist Society, Marian University Alumni Board (Board Member); Indianapolis Bar Association; Indiana Bar Association. Practice Areas: First Amendment Law, Campaign Finance Law, Election Law, Constitutional Law, Civil Litigation and Appellate Practice

**AMANDA NAROG** Admitted to the bar, 2015, Ohio. **Education**: The Pennsylvania State University, B.A. Law and Society, 2012; University of Cincinnati School of Law, Juris Doctorate, 2015. **Member**: The Federalist Society, Ohio Bar Association Honors; UC Trial Competition Team; UC Moot Court Honor Board; Brief Writer, The Sixth Circuit Clinic; President, The Federalist Society, UC Law Chapter, 2014-2015. **Practice Areas**: First Amendment Law, Campaign Finance Law, Election Law, Constitutional Law, Civil Litigation, and Appellate Practice

Exhibit 2 to Declaration of James Bopp, Jr.

**MELENA S. SIEBERT** Admitted to the bar, 2017, Ohio. **Education**: University of Cincinnati (B.B.A., summa cum laude, 1991); University of Cincinnati College of Law (J.D., magna cum laude, 2017) **Awards**: Order of Barristers: Henry A. Morrill Constitutional Law Prize; Ernest Karam Advocacy Award. **Member**: UC Trial Competition Team; UC Moot Court Honor Board; President, The Federalist Society, UC Law Chapter 2015-16; The Federalist Society, Ohio Bar Association. **Practice Areas**: First Amendment Law, Campaign Finance Law, Election Law, Constitutional Law, Civil Litigation and Appellate Practice

Exhibit 2 to Declaration of James Bopp, Jr.