JOHN C. EASTMAN
HENRY SALVATORI PROFESSOR OF LAW & COMMUNITY SERVICE AND FORMER DEAN
CHAPMAN UNIVERSITY SCHOOL OF LAW

**EDUCATION:**

| | | |
|---|---|---|
| | **University of Chicago Law School** | Chicago, IL |

J.D., June 1995 (High Honors)

Honors:  Order of the Coif; Law Review, 1993-95
Bradley Fellow in  Constitutional History, 1993-95
Olin Fellow in Law & Economics, 1994-95
Victor McQuistion Scholarship Recipient, 1994-95
Russell Baker Scholarship Recipient, 1993-94

**Claremont Graduate School**                                    Claremont, CA
Ph.D., Government, 1993; M.A., Government, 1989

Major Fields of Concentration:  Political Philosophy, American Government
Constitutional Law, International Relations

Dissertation:  On the Perpetuation of Our Institutions:
Thoughts on  Public Education at the American
Founding

Honors:  Bradley Fellow, 1991; Earhart Fellow, 1985
Chapter President, Pi Sigma Alpha, 1987

**University of Dallas**                                    Irving, TX
B.A., *cum laude*, Politics and Economics, 1982

Honors:  Omicron Epsilon (Economics Honor Society)
Recipient, Texas Scholars Scholarship

**PROFESSIONAL EXPERIENCE:**

1999-present  **Chapman University School of Law**                  Orange, CA
*Henry Salvatori Professor of Law & Community Service (2006-2007; 2011-present)*
*Dean (2007-10) and Donald P. Kennedy Chair in Law (2007-2011)*
*Interim Associate Dean of Administration (2006-07)*
*Director (1999-2007); Chairman (2007-present), Center for Const'l Jurisprudence*
*Associate Professor (1999-2002); Professor (2002--present)*

1997-99  **Kirkland & Ellis**                                    Los Angeles, CA
*Associate*

1996-97  **Honorable Clarence Thomas, Associate Justice**        Washington, D.C.
**Supreme Court of the United States**
*Law Clerk*

1995-96  **Honorable J. Michael Luttig, Judge**                  McLean, VA
**U. S. Court of Appeals for the Fourth Circuit**
*Law Clerk*

1993-94  **Kirkland & Ellis; O'Melveny & Myers**                 Washington, D.C.
*Summer Associate*                                               Los Angeles, CA

1989-1991  **Inland Group, Inc.**                                Newport Beach, CA
*Director of Real Estate Acquisitions*

1987-1989  **United States Commission on Civil Rights**          Washington, D.C.
*Director, Congressional & Public Affairs*

1985-1987  **John Eastman & Associates**                         Claremont, CA
Academic & Political Consultants

1984-1985  **Public Research, Syndicated**                       Claremont, CA
*Managing Editor*, National op-ed. newspaper syndication service

1983-85; 1999-present  **The Claremont Institute for the Study of**     Claremont, CA
**Statesmanship and Political Philosophy**
*Research Associate (1983-85); Senior Fellow (1999-present)*

Exhibit 1 to Declaration of John C. Eastman

## APPELLATE & TRIAL LITIGATION EXPERIENCE

### Supreme Court of the United States – Party Representations

*National Institute of Family and Life Advocates, et al. v. Becerra*, No. 16-1140 (S.Ct. 2017).  Represented NIFLA in First Amendment compelled speech challenge to California law mandating pro-life clinics to post information about obtaining abortions.

*True the Vote v. Lois Lerner, et al.*, No. 16-613 (S.Ct. 2017).  Represented True the Vote in *Bivens* action against individual IRS officials for unconstitutional processing of non-profit application.  Cert. denied.

*County of Maricopa v. Lopez-Valenzuala*, No. 14-825 (S.Ct. 2015).  Represented Maripoca County and officials in seeking Supreme Court review of 9th Circuit decision invalidating Arizona's state constitutional amendment denying bail to illegal immigrants charged with serious felonies. Cert. denied.

*Phil Berger, et al. v. Fisher-Borne*, No. 14-823 (S.Ct. 2015).  Represented North Carolina legislative leaders as intervenor defendants in North Carolina marriage litigation. Cert. denied.

*National Organization for Marriage, Inc. v. Geiger*, No. (S.Ct. 2015).  Represented National Organization for Marriage in petition for emergency stay of decision denying intervention in Oregon marriage case, then in petition for writ of certiorari.  Application for Stay denied.  Cert. denied.

*Horne v. Isaacson*, No. 13-402 (2013).  Represented Arizona in cert petition defending Arizona's 20-week abortion restriction law.  Cert. denied.

*National Organization for Marriage, Inc. v. McKee*, 133 S.Ct. 163 (2012).  Represented National Organization for Marriage in cert petition challenging Maine's campaign finance disclosure requirements for national organizations involved in Maine ballot campaign.  Cert. denied.

*Delacy v. California*, No. 11-290 (2011).  Representing private gun owner in cert petition challenging his deprivation of right to keep and bear arms because of a prior misdemeanor conviction, as violation of 2nd Amendment.  Cert. pending.

*Szajer v. City of Los Angeles*, No. 10-1343 (2011).  Represented private firearms business owners in cert petition challenging illegal search and seizure of their lawfully-owned firearms.  Cert. Denied.

*Reisch v. Sisney*, No. 09-953 (2010).  Represented State of South Dakota in its Spending Clause challenge to federal regulations and spending dealing with state prisons.  Cert. denied.

*Sisney v. Reisch*, No. 09-821 (2010).  Represented State of South Dakota in opposition to prisoner cert petition, raising state sovereign immunity in defense of claims under the federal Religious Land Use and Institutionalized Persons Act.  Cert. granted in parallel case out of Texas, and sovereign immunity position won 5-4.

*The Rector, Wardens and Vestrymen of Saint James Parish in Newport Beach, California v. The Protestant Episcopal Church in the Diocese of Los Angeles*, No. 08-1579 (2009).  Representing local Anglican (former Episcopal) Church in property dispute arising from its withdrawal from the American Episcopal Church, raising First Amendment Free Exercise and Establishment Clause claims.  Cert. denied at early procedural posture; case still pending in lower state courts on remand.

Exhibit 1 to Declaration of John C. Eastman

*Town of Castle Rock, Colo. v. Gonzales*, 125 S.Ct. 2796 (2005).  Represented City against challenge that police officers' failure to protect against private violence committed by private individual under a restraining order violated procedural Due Process Clause.  Filed petition for writ of certiorari, which was granted.  Briefed and argued the merits.  Oral argument on March 21, 2005, was first argument attended by Chief Justice Rehnquist since his illness and surgery in November 2004.  Case was decided on last day of the Term—the last day of decisions rendered with Chief Justice Rehnquist on the bench.  Won 7-2.

*Angle v. Legislature of Nevada*, 543 U.S. 1120 (2005).  Represented group of Nevada legislators petitioning for writ of certiorari to Ninth Circuit Court of Appeals in case challenging, on Due Process and Republican Guaranty Clause grounds, the constitutionality of Nevada Supreme Court mandamus ordering legislature to consider bill raising taxes by simple majority rather than two-thirds vote required by Nevada Constitution.  Cert. Denied.

*Angle v. Guinn*, 541 U.S. 957 (2004).  Represented group of Nevada legislators petitioning for writ of certiorari to Nevada Supreme Court in case challenging, on Due Process and Republican Guaranty Clause grounds, the constitutionality of Nevada Supreme Court mandamus ordering legislature to consider bill raising taxes by simple majority rather than two-thirds vote required by Nevada Constitution.  Cert. Denied.

*Rancho Viejo LLC v. Norton*, 540 U.S. 1218 (2004).  Represented landowner on writ of certiorari in challenge to the constitutionality of endangered species act as applied to wholly intrastate arroyo toad.  Cert. Denied.

*Kasler v. Lockyer*, 531 U.S. 1149 (2001).  Represented private citizen and Colt Manufacturing Co. in filing petition for writ of certiorari seeking review in challenge to constitutionality of California ban on possession of certain firearms, as violating 2nd Amendment.  Cert. Denied.

*U.S. Term Limits, Inc. v. Thornton*, 514 U.S. 779 (1995).  Part of 3-member team that represented Arkansas Republican Party as a respondent supporting petitioners, defending constitutionality of Arkansas constitutional amendment limiting terms of Arkansas' representatives to Congress.  Lost 5-4.


**Supreme Court of the United States – *Amicus Curiae* Representations**

*Murr v. Wisconsin*, No. 15-214 (2016).  Representing CCJ as amicus curiae on the merits in property owner's regulatory taking challenge to state law that regulates adjoining parcels as though they were a "parcel of the whole."  Oral argument set for Fall 2016.

*Whole Woman's Health v. Hellerstedt*, No. 15-274 (2016).  Represented CCJ, Missouri Baptist Convention, Christian Life Commission, and Christian Legal Society as amici curiae on the merits in support of Texas's regulations of abortion clinics.  Reversed (regulations struck down) 5-3.

*Stormans v. Weismann*, No. 15-862 (2016).  Represented CCJ as amicus in support of cert petition in case raising religious liberty challenge to state requirement that pharmacists provide abortifacient drugs in violation of their religious beliefs.  Cert denied, June 28, 2016.

*Evenwell v. Abbott*, No. 14-940 (2016).  Represented CCJ as amicus in support of voter challenge to Texas's apportionment plan based on total population (including illegal immigrants) rather than citizen population.  8-0 for Texas.

Exhibit 1 to Declaration of John C. Eastman

*United States v. Texas*, No. 15-674 (2016).   Represented CCJ as amicus curiae in support of Texas's challenge to constitutionality of President Obama's executive orders suspending deportation and providing work authorization to millions of illegal immigrants.   4-4, lower court decision enjoining orders affirmed.

*U.S. Army Corps of Engineers v. Hawkes*, No. 15-290 (2016).   Represented CCJ as amicus curiae in support of property owner's challenge to Corps determination that its property included wetlands that required a federal permit to use.   8-0, holding that Corps jurisdictional determination was final agency action that could be challenged.

*Friedrichs v. California Teachers Association*, No. 14-915 (2016).   Represented CCJ as co-amici (along with Constitutional Law Professors and the Judicial Education Project) in support of public school teacher's challenge to compulsory payment of agency fee to public employee union.   9th Circuit decision in favor of union affirmed by equally divided 4-4 court.

*Arrigoni Enterprises v. Town of Durham*, No. 15-631 (2016). Represented CCJ as amicus in support of cert petition seeking to overrule *Williamson County* case, which effectively bars property owners from bringing their takings claims in federal court.   Cert denied, April 25, 2016.

*Zubik v. Burwell*, No. 14-1418 (2016).   Represented CCJ and Congressman Bart Stupak in 7 consolidated "Little Sisters of the Poor" cases challenging the contraceptive mandate in HHS regulations ostensibly implementing the Affordable Care Act's "preventive care" requirement.   Lower court decision upholding the regulations reversed and remanded, 8-0 per curiam.

*Sissel v. U.S. Health & Human Services*, No. 15-543 (2016).   Represented CCJ as amicus in support of cert petition in case arguing that the Affordable Care Act was unconstitutional as a bill raising revenue that did not originate in the House of Representatives, as the Constitution requires.   Cert denied.

*California Building Industry Ass'n v. San Jose*, No. 15-330 (2016).   Represented CCJ as amicus in support of cert petition in case challenging San Jose ordinance requiring developers to sell 15% of their new homes at less than fair market value.   Cert denied, Feb. 29, 2016.

*Fisher v. University of Texas at Austin,* No. 14-981 (2016).   Represented California Association of Scholars in amicus curiae brief on the merits in support of challenge to Texas's race-based admissions policy.   4-3 decision in favor of Texas.

*Fisher v. University of Texas at Austin,* No. 14-981 (2016).   Represented the Asian American Legal Foundation and the Asian American Coalition for Education (on behalf of 117 affiliated Asian American organizations) in amicus curiae brief on the merits in support of challenge to Texas's race-based admissions policy.   4-3 decision in favor of Texas.

*Center for Competitive Politics v. Harris*, No. 15-152 (2015).   Represented CCJ as amicus in support of cert petition in case challenging legality of California Attorney General Kamala Harris's demand that all nonprofit organizations that solicit tax-deductible contributions within the state submit an un-redacted copy of their IRS Form 990 Schedule B donor lists to continue legally soliciting donations. Cert. denied, Nov. 9, 2015.

*Fisher v. University of Texas at Austin,* No. 14-981 (2015).   Represented CCJ as amicus in support of petition for writ of certiorari in case challenging Texas's race-based admissions policy.   Cert. granted.

Exhibit 1 to Declaration of John C. Eastman

*U.S. Dep't of Trans. v. Ass'n of American Railroads.*  Challenge to delegation of rulemaking power to Amtrak.

*Kent Recycling Services, LLC v. United States Army Corps of Engineers,* No. 14-493.  Amicus brief in support of cert in challenge to administrative rule expanding wetlands jurisdiction.

*Arizona v. The Inter Tribal Council of Arizona, Inc.*, No. 12-71 (2015).  Amicus brief in support of State, defending proof of citizenship requirement for voting against claim that federal motor voter law and federal uniform voter registration form preempted state law, despite Constitution's election clause assigning such rules to states.  7-2, Court held that Arizona had to request modification to federal form before it could impose the requirement.

*Kobach v. U.S. Election Assistance Commission*, No. 14-1164 (2015).  Amicus brief in support of Election Clause challenge to refusal of U.S. to include proof of citizenship on federal voter registration form, as required by state law.  Cert denied.

*Dariano v. Morgan Hill Unified Sch. Dist.*, No. 14-720.  In collaboration with CCJ cooperating attorney Seth Cooper, represented Center for Constitutional Jurisprudence in support of certiorari in case challenging school district's ban on wearing American flag T-shirts.  Cert. denied.

*Hickenlooper v. Kerr*, No. 14-460.  In collaboration with CCJ cooperating attorneys Anthony Bruno and Grant Cohen (Latham), represented Center for Constitutional Jurisprudence in support of certiorari, defending the right of the people of Colorado to impose limits on the power given to the state legislature to impose taxes.  Cert. granted, vacated, and remanded.

*Kentner v. City of Sanibel, Florida*, No. 14-404.  Represented Center for Constitutional Jurisprudence in support of certiorari in case challenging a decision of the Eleventh Circuit that property rights are not fundamental.

*Herbert v. Kitchen*, No. 14-124, and *Smith v. Bishop*, No. 14-136.  Represented Center for Constitutional Jurisprudence in support of petitions for certiorari filed by Utah and Kansas in defense of their state marriage laws.  Petitions were denied.

*Perez v. Mortgage Bankers Ass'n*, Nos. 13-1041 and 13-1052.  Represented Center for Constitutional Jurisprudence in challenge to the constitutionality of unelected executive agencies changing the meaning of binding regulations by mere reinterpretation, as a violation of core separation of powers principles.

*Zivotofsky v. Kerry*, No. 13-628.  Join a constitutional law professors brief as amicus curiae in support of petitioner trying to vindicate his right under a federal statute to have Israel listed as his place of birth on his passport (he was born in Jerusalem, and Obama administration is not recognizing that as "Israel").

*Burwell v. Hobby Lobby Stores*, No. 13-354; *Conestoga Wood Specialties Corp. v. Burwell*, No. 13-356 (2014).  Represented Center for Constitutional Jurisprudence and St. Thomas More Society of Orange County in support of companies challenging Obamacare regulation mandating provision of contraceptive and abortifacient insurance coverage as violation of Free Exercise and Religious Freedom Restoration Act.  Won 5-4.

*Harris v. Quinn*, 134 S.Ct. 2618 (2014).  Represented Center for Constitutional Jurisprudence and Pacific Legal Foundation (in support of cert.), plus Atlantic Legal Foundation (on merits), in support of petitioners,

Exhibit 1 to Declaration of John C. Eastman

in-home care workers, in constitutional challenge to Illinois' imposition of mandatory union dues.  Won 5-4.

*McCullen v. Coakley*, No. 12-1168 (2014).  Represented Center for Constitutional Jurisprudence in support of petitioner's First Amendment Freedom of Speech challenge to Massachusetts ban on speech by anti-abortion counselors outside abortion clinics.  Won 9-0.

*National Labor Relations Board v. Noel Canning*, No. 12-1281 (2014).  Participated as *amicus curiae* legal scholar in support of Respondent challenging unconstitutionality of President's appointments to NLRB as violation of recess appointments clause.  Won 9-0.

*Schuette v. Coalition to Defend Affirmative Action*, No. 12-682 (2014).  Represented Center for Constitutional Jurisprudence, California Association of Scholars, Reason Foundation, and Individual Rights Foundation in support of Petitioner, defending against challenge to Michigan's constitutional initiative banning race- and gender-based affirmative action.  Won 6-2.

*United Here Local 355 v. Mulhall*, 134 S. Ct. 594 (2014).  Represented Center for Constitutional Jurisprudence in support of respondents employees in action addressing legality of financial support union gave to gaming initiative supported by casino in exchange for casino's support in union's unionizing efforts.  Dismissed as Improvidently Granted.

*Chamber of Commerce v. Environmental Protection Agency*, No. 12-1272 (2014).  Represented Center for Constitutional Jurisprudence in support of Petitioner's challenge to EPA regulations that went beyond statutory authority and imposed massive new costs on emitters of carbon dioxide.  Won 9-0.

*Town of Greece, New York v. Galloway*, 134 S. Ct. 1811 (2014).  Represented Center for Constitutional Jurisprudence in support of town seeking to defend against claim that its practice of invocations before city council meetings violated the First Amendment's Establishment Clause.  Won 5-4.

*Susan B. Anthony List v. Driehaus*, No. 13–193 (2014).  Represented Center for Constitutional Jurisprudence in support of petitioner's claim that Ohio's "false campaign speech" law violated First Amendment, and that the group had standing to bring a pre-enforcement challenge to the law.  Won 9-0 on standing issue.

*Bond v. United States*, 134 S. Ct. 2077 (2014).  Represented Center for Constitutional Jurisprudence, Cato Institute, and Atlantic Legal Foundation at both cert stage and on the merits in support of Petitioner's structural constitutional challenge that the federal statute implementing the treaty against chemical weapons exceeded Congress's enumerated powers by reaching ordinary state crime assaults.  Cert. GRANTED.  Won 9-0 on statutory grounds; 3 Justices wrote separately to contend (without objection form the other Justices) that the Treaty Power could not be used to expand the enumerated powers of Congress.

*Elmbrook Sch. District v. Doe*, No. 12-755 (2014). Represented Center for Constitutional Jurisprudence in support of School District's cert petition seeking review of ruling that holding school graduation ceremony in a church facility—the only air conditioned facility in the city large enough—was a violation of the Establishment Clause.  Cert. denied (dissent from denial by Justices Scalia and Thomas).

*Drake v. Jerejian*, No. 13-827 (2014).  Represented Center for Constitutional Jurisprudence in support of cert petition in case challenging New Jersey law prohibiting carrying of firearms outside the home except for those given a permit based on extraordinary need.  Cert. denied.

Exhibit 1 to Declaration of John C. Eastman

*Harmon v. Kimmel*, No. 11-496 (2014).   Represented Atlantic Legal Foundation and Center for Constitutional Jurisprudence in support of cert petition challenging New York's law capping rents and prohibiting termination of rental property as an unconstitutional taking in violation of the Fifth Amendment. Cert denied.

*Montana Shooting Sports Association v. Holder*, No. 13-634 (2014).  Represented Center for Constitutional Jurisprudence in support of petition for certiorari in challenge to federal regulations of firearms constructed and used solely in Montana and not articles of interstate commerce.  Cert Denied.

*Autocam Corp. v. Sebelius*, No. 13-482 (2014).  Represented Center for Constitutional Jurisprudence in support of petitioners's petition for certiorari in challenge to Obamacare regulation mandating provision of contraceptive and abortifacient insurance coverage as violation of Free Exercise and Religious Freedom Restoration Act.  Won, Cert. granted, decision vacated and remanded for further consideration in light of *Hobby Lobby*.

*Peri & Sons Farms v. Rivera*, No. 13-950 (2014).  Represented Center for Constitutional Jurisprudence, Cato Institute, and National Federation of Independent Business Small Business Legal Center in support of Petitioner's administrative law challenge to interpretation of Fair Labor Standards Act that requires employers to reimburse employee's pre-employment travel and immigration expenses, and urging the Court to revisit its doctrine of deference to administrative agencies.  Cert denied.

*Wollard v. Gallagher*, No. 13-42 (2013).  Represented Center for Constitutional Jurisprudence in support of cert petition in case challenging Maryland law prohibiting carrying of firearms outside the home except for those given a permit based on extraordinary need.  Cert. denied.

*United States v. Windsor*, 570 U.S. 12 (2013).  Represented Center for Constitutional Jurisprudence in support of Respondent Bipartisan Legal Advisory Group's defense of the constitutionality of Section 3 of the federal Defense of Marriage Act.  Won on the jurisdictional question; lost 5-4 on the merits.

*Hollingsworth v. Perry*, 133 S. Ct. 2652 (2013).  Represented Center for Constitutional Jurisprudence in support of Petitioners defending constitutionality of California's Proposition 8 definition of marriage as between one man and one woman.  Lost 5-4 on standing grounds.

*Fisher v. University of Texas at Austin*, 133 S. Ct. 2411 (2013).  Represented California Association of Scholars, Connecticut Association of Scholars, Center for Constitutional Jurisprudence, Reason Foundation, Individual Rights Foundation, and American Civil Rights Foundation in Support of Petitioner's challenge to UT's race-based affirmative action program.  Won 7-1; remanded for reconsideration under strict scrutiny.

*Arizona v. Intertribal Council of Arizona, Inc.*, 133 S.Ct. 2247 (2013).   Represented Center for Constitutional Jurisprudence in support of Arizona's voter registration requirement of proof of citizenship. Lost 7-2 in holding that federal law requiring use of federal registration form without state additions preempted the state law, but won on holding that Arizona can require federal government to add proof of citizenship requirement to forms used in Arizona.

*American Trucking Associations, Inc. v. City of Los Angeles*, 133 S.Ct. 2096 (2013).  Represented Center for Constitutional Jurisprudence and Harbor Trucking Association in support of petitioner's challenge to Port of L.A. regulations of independent trucking companies transporting cargo from the port.  The Court held that the L.A. Port regulations were preempted by federal law.  Won 9-0.

Exhibit 1 to Declaration of John C. Eastman

*Horne v. Department of Agriculture*, 133 S. Ct. 2053 (2013).   Represented Cato Institute, National Federation of Independent Business, Center for Constitutional Jurisprudence, and Reason Foundation in Support of Petitioners' claim that forced payments to government could give rise to a takings claim.  Won 9-0.

*Koontz v. St. Johns River Water Management District*, 133 S. Ct. 2586 (2013).   Represented Atlantic Legal Foundation, Center for Constitutional Jurisprudence and Reason Foundation in Support of Petitioner's claim that conditions on a permit that would constitute a regulatory taking under *Nollan* and *Dolan* can also give rise to a Takings claim, even when the permit was denied.  Won 5-4.

*Shelby County, Alabama v. Holder*, 133 S. Ct. 2612 (2013).   Represented Center for Constitutional Jurisprudence in support of Petitioner's claim that Section 5 of the 1965 Voting Rights Act, which required preclearance of voting changes by covered jurisdictions, was unconstitutional, at least to the extent it relied on decades-old voting data for determining applicability to particular jurisdictions.  Won 5-4.

*Kachalsky v. Cacase*, No. 12-845 (2013).   Represented Center for Constitutional Jurisprudence in support of cert petition in case challenging New York law prohibiting carrying of firearms outside the home.  Cert. denied.

*Arkansas Game and Fish Commission v. United States*, 133 S. Ct. 511 (2012).   Represented National Federation of Independent Business Small Business Legal Center, the National Association of Home Builders, American Farm Bureau Federation, American Forest Resource Council, and the Center for Constitutional Jurisprudence in Support of Petitioner's Takings Clause challenge to an annual temporary flooding of Petitioner's property by the U.S.  Won 8-0.

*U.S. Department of Health and Human Services v. Florida*; *National Federation of Independent Business v. Sebelius*, 132 S. Ct. 2566  (2012); *National Federation of Independent Business v. Sebelius*, (2012). Represented Center for Constitutional Jurisprudence, Judicial Education Project, Reason Foundation, the Individual Rights Foundation, the Heritage Foundation, Ending Spending, inc., and Former Senators George Lemieux and Hank Brown in Support of Respondents' claim that the Minimum Coverage Provision of Obamacare exceeded Congress's powers under the Commerce Clause and was therefore unconstitutional.  Won 5-4 on Commerce Clause issue; Lost 5-4 when Chief Justice Roberts interpreted Obamacare's individual mandate as a tax and held it was a permissible exercise of Congress's taxing power.

*Florida v. U.S. Department of Health and Human Services*, 132 S.Ct. 2566 (2012).  Represented Center for Constitutional Jurisprudence, Pacific Legal Foundation, Cato Institute, Congressman Denny Rehberg and Dr. Jeff Colyer in Support of Petitioners' challenging that the Medicaid expansion requirements of Obamacare were unduly coercive and therefore an unconstitutional exercise of the Spending power.  Won 7-2.

*River Center LLC v. Dormitory Authority of State of New York*, 132 S.Ct. 2102 (2012).  Represented Center for Constitutional Jurisprudence as *amicus curiae* in support of cert. petition in Takings Clause challenge to New York's refusal to award in eminent domain proceeding just compensation based on value of development rights that state had refused to grant in order to minimize the cost of the taking.  Motion for leave to file granted; cert. denied.

*Sackett v. Environmental Protection Agency*, 132 S.Ct. 1367 (2012).   Represented the Center for Constitutional Jurisprudence and National Federation of Independent Business Small Business Legal Center as *amici curiae* in support of petitioners' challenge to EPA's claim that its environmental orders affecting private property rights are not subject to judicial review.  Won 9-0.

Exhibit 1 to Declaration of John C. Eastman

*Christopher v. Smithkline Beecham Corp.*, 132 S. Ct. 2156 (2012).   Represented the Center for Constitutional Jurisprudence in support of Respondent's claim that extension of overtime pay regulations to independent pharmaceutical agents exceeded the agency's regulatory/interpretative authority, and urging that the Court overrule prior administrative law precedent that requires deference to an agencies changed interpretation of its own regulations.  Won 5-4.

*First American Financial Corp. v. Edwards*, 132 S. Ct. 2536 (2012).  Represented Pacific Legal Foundation and the Center for Constitutional Jurisprudence in Support of Petitioner's claim that provisions of federal lending law violated the Constitution's Take Care clause by purporting to confer standing on private citizens who themselves suffered no injury to pursue claims against private lenders for alleged violations of the lending law.  Dismissed as improvidently granted.

*Kitsap Alliance of Property Owners v. Central Puget Sound Growth Management Hearings Board*, No. 11-457 (2012).  Represented Center for Constitutional Jurisprudence in support of cert petition in case challenging Washington law that required unrelated exactions as a condition for obtaining a building permit, as a violation of the Takings Clause and urging the Court to reconsider its erroneous decision in *Penn Central.*  Cert denied.

*Arizona v. United States* (2011).  Representing the Center for Constitutional Jurisprudence, the Reason Foundation, and several members of Congress as *amici curiae* in support of Arizona's cert petition in the U.S. Government's challenge to Arizona's immigration law, SB1070.  Cert petition pending.

*Sackett v. Environmental Protection Agency*, No. 10-1062 (2011).  Representing the Center for Constitutional Jurisprudence and National Federation of Independent Business Small Business Legal Center as *amici curiae* in support of petitioners' challenge to EPA's claim that its environmental orders affecting private property rights are not subject to judicial review.  Pending.

*Stewart & Jasper Orchards v. Salazar*, 10-1551 (2011).  Representing the Center for Constitutional Jurisprudence and the Cato Institute as *amici curiae* in support of petitioners' commerce clause challenge to endangered species act regulations dealing with the Delta smelt, a non-commercial species existing only in California.  Cert. pending.

*Knox v. Service Employees Internat'l Union, Local 1000* (2011).  Jointly representing the Center for Constitutional Jurisprudence, Pacific Legal Foundation, and Mountain States Legal Foundation as *amici curiae* in support of petitioners' challenge to mandatory collection of union dues for partisan political purposes.  Pending.

*American Electric Power v. Connecticut*, 131 S.Ct. 2527 (2011).  Represented the Center for Constitutional Jurisprudence as *amicus curiae* in support of petitioner's contention that there was not a federal common law cause of action to support state's "global warming" suit against electric producers.  Won 8-0.

*Scheffer v. Civil Service Employees Ass'n, Local 828*, No. 10-719, 131 S.Ct. 1480 (2011).  Represented the Center for Constitutional Jurisprudence, Atlantic Legal Foundation and Mackinac Center for Public Policy as *amici curiae* in support of petition challenging lower court order depriving individual union members of their right to counsel in case challenging constitutionality of compulsory union dues, when the counsel chosen was a public interest law firm devoted to right-to-work positions frequently at odds with unions.  Cert. denied.

Exhibit 1 to Declaration of John C. Eastman

*Siefert v. Alexander*, No. 10-405, 131 S.Ct. 2872 (2011).  Represented the Center for Constitutional Jurisprudence as *amicus curiae* in support of petition challenging state judicial campaign finance restrictions.  Motion for leave to file  GRANTED.  Cert. petition denied.

*Arizona Christian School Tuition Organization v. Winn*, 131 S.Ct. 1436 (2011).  Represented the Center for Constitutional Jurisprudence as *amicus curiae* in support of petitioner's defense of Arizona's tuition tax credit for donations to religiously-affiliated private schools.  Won 5-4 (on grounds that the plaintiffs challenging the statute had no legal standing).

*Guggenheim v. City of Goleta, CA*, No. 10-1125 (2011).  Represented the Center for Constitutional Jurisprudence and the Reason Foundation as *amici curiae* in support of petition for certiorari challenging constitutionality of mobile home park rent control ordinance.  Cert. denied.

*Bond v. United States*, 131 S.Ct. 2355 (2011).  Represented the Center for Constitutional Jurisprudence and the Cato Institute as *amici curiae* in support of petitioner's claim that she had legal standing to challenge to the constitutionality of the federal statute implementing the international chemical weapons ban treaty, under which she was convicted for simple assault involving only U.S. citizens in the U.S.  Won 9-0.

*F.C.C. v. Fox Television Network, Inc., et. al*, 129 S.Ct. 1800 (2009).  Represented the Center for Constitutional Jurisprudence as *amicus curiae* in support of the F.C.C.'s regulations enforcing a statutory ban on the broadcast of "fleeting expletives" over the public airwaves.  Won 5-4.

*Baylor v. United States*, 128 S.Ct. 2982 (2008).  Represented the Center for Constitutional Jurisprudence, the Cato Institute, and the Goldwater Institute as *amici curiae* in support of petition for writ of certiorari challenging the constitutionality of using the Hobbs Act as the basis for federal prosecution of local crime with a *de mimimus* impact on interstate commerce.  Cert. denied.

*Gonzales v. Carhart* (2007).  Represented Professor Hadley Arkes and the Center for Constitutional Jurisprudence as *amici curiae* in defense of the federal Partial Birth Abortion Ban Act of 2003, of which Professor Arkes was a contributing author.  Won 5-4.

*Rapanos v. United States*; *Carabell v. U.S. Army Corps of Engineers* (2006).  Represented The Claremont Institute Center for Constitutional Jurisprudence as *amicus curiae* in challenge to constitutionality of federal regulation of wetlands more than 20 miles from any navigable waterways, as exceeding scope of Congress's Commerce Clause power.  Won 5-4..

*Rumsfeld v. Forum for Academic and Institutional Rights*, 126 S.Ct. 1297 (2006).  Represented The Claremont Institute Center for Constitutional Jurisprudence as *amicus curiae* in support of the constitutionality of the Solomon Amendment.  Won 8-0.

*GDF Realty Investments, Ltd. v. Norton*, 125 S.Ct. 2898 (2005).  Represented The Claremont Institute Center for Constitutional Jurisprudence as *amicus curiae* in support of petition for writ of certiorari in case challenging constitutionality of federal endangered species act as applied to wholly intrastate, non-commercial Texas cave bugs.  Cert. Denied.

*Van Orden v. Perry*, 125 S.Ct. 2854 (2005).  Represented The Claremont Institute Center for Constitutional Jurisprudence as *amicus curiae* defending the constitutionality of Ten Commandments display on public grounds between state capital and state supreme court.  Won 5-4.

Exhibit 1 to Declaration of John C. Eastman

*Kelo v. City of New London, Conn.*, 125 S.Ct. 2655 (2005)  Represented The Claremont Institute Center for Constitutional Jurisprudence as *amicus curiae* challenging constitutionality of New London's use of eminent domain to take private property for private economic development.  Lost 5-4.

*Cutter v. Wilkinson*, 544 U.S. 709 (2005).  Represented The Claremont Institute Center for Constitutional Jurisprudence as *amicus curiae* in defending constitutionality of RLUIPA under Establishment Clause (though questioning its validity under the Spending Clause).  Won 9-0.

*Hamdi v. Rumsfeld*, 542 U.S. 507 (2004).  Represented The Claremont Institute Center for Constitutional Jurisprudence as *amicus curiae* defending constitutionality of President's detention of enemy combatants who are U.S. citizens. Largely won, fractured decision.

*Rasul v. Bush*, 542 U.S. 466 (2004).  Participated as *amicus curiae*, with group of law professors, in support of President's authority to detain enemy combatants in Guatanamo Bay, Cuba.  Lost 6-3.

*Elk Grove Unified School Dist. v. Newdow*, 542 U.S. 1 (2004).  Represented The Claremont Institute Center for Constitutional Jurisprudence as *amicus curiae* in support of constitutionality of the Pledge of Allegiance, against an Establishment Clause challenge.  Case dismissed for lack of standing.

*Grutter v. Bollinger*, 539 U.S. 982 (2003); *Gratz v. Bollinger*, 539 U.S. 244 (2003).  Represented The Claremont Institute Center for Constitutional Jurisprudence as *amicus curiae* in challenge to constitutionality of Michigan affirmative action in admissions programs.  Won 5-4 in *Gratz*, invalidating undergraduate system; lost 5-4 in *Grutter*, upholding law school's system.

*Zelman v. Simmons-Harris*, 536 U.S. 639 (2002).  Represented The Claremont Institute Center for Constitutional Jurisprudence as *amicus curiae* in support of constitutionality of Ohio's program including private religious schools in its school voucher program against an Establishment Clause challenge.  Won 5-4, with an important concurring opinion by Justice Thomas urging the Court to revisit the incorporation of the Establishment Clause, as argued in our brief.

*Schaffer v. O'Neill*, 534 U.S. 992 (2001).  Represented The Claremont Institute Center for Constitutional Jurisprudence as *amicus curiae* in support of petition for writ of certiorari, challenging the constitutionality of congressional pay raise in violation of 27th Amendment.  Cert. Denied.

*Adarand Constructors v. Mineta*, 534 U.S. 103 (2001)  Represented The Claremont Institute Center for Constitutional Jurisprudence as *amicus curiae* in challenge to constitutionality of federal racial preferences in contracting.  Cert. Dismissed as improvidently granted.

*Solid Waste Agency of Northern Cook County, Ill. v. U.S. Army Corps of Engineers*, 531 U.S. 159 (2001).  Represented The Claremont Institute Center for Constitutional Jurisprudence as *amicus curiae* in challenge to constitutionality of federal "migratory bird rule" basis for regulating wholly intrastate, isolated waters as exceeding Congress's power under the Commerce Clause.  Won 5-4.

*California Democratic Party, et al. v. Jones*, 530 U.S. 567 (2000).  Represented The Claremont Institute Center for Constitutional Jurisprudence as *amicus curiae* in challenge to constitutionality of California open primary law..  Won 7-2.

*Boy Scouts of America v. Dale*, 530 U.S. 640 (2000).  Represented The Claremont Institute Center for Constitutional Jurisprudence as *amicus curiae* in support of Boy Scouts' First Amendment right of freedom

Exhibit 1 to Declaration of John C. Eastman

of expressive association, against contention that Boy Scouts' membership policies violated New Jersey public accommodations law prohibition on sexual orientation discrimination.  Won 5-4.

*United States v. Morrison*, 529 U.S. 598 (2000).   Represented The Claremont Institute Center for Constitutional Jurisprudence as *amicus curiae* in challenge to constitutionality of federal Violence Against Women Act as exceeding Congress's power under the Commerce Clause.  Won 5-4.

## United States Courts of Appeals

*Washington Alliance of Tech Workers v. U.S. Dept. of Homeland Security*, No. 15-5239 (D.C. Cir. pending). Representing CCJ as amicus supporting employees challenging administration's unilateral expansion of STEM Visa program beyond what was authorized by statute.

*Hickenlooper v. Kerr* (10th Cir. 2015, pending).  In collaboration with CCJ cooperating attorneys Anthony Bruno and Grant Cohen (Latham), represented Center for Constitutional Jurisprudence on remand in support of taxpayers seeking to defend tax limitation initiative against legislators Republican Guaranty challenge.

*Susan B. Anthony List v. Driehaus* (6th Cir. 2015, pending).  Amicus brief in support of First Amendment challenge to Ohio law prohibiting allegedly false campaign speech.

*National Organization for Marriage v. Geiger, et al.* (9th Cir., 2014).  Represented National Organization for Marriage in appeal of district court decision denying intervention.  Lower court ruling affirmed.  Cert. denied.

*Sevcik v. Sandoval* (9th Cir. 2014).  Represented Center for Constitutional Jurisprudence and 27 Scholars of Federalism and Judicial Restraint as *amici curiae* in support of Defendants-Appellees' defense of constitutionality of Nevada's marriage laws.  Lost.

*Latta v. Otter* (9th Cir. 2014).  Represented Center for Constitutional Jurisprudence and 27 Scholars of Federalism and Judicial Restraint as *amici curiae* in support of Defendant-Appellant's defense of constitutionality of Idaho's marriage laws.  Lost.

*Bostic v. Schaefer* (4th Cir. 2014).  Represented Virginia Catholic Conference and Center for Constitutional Jurisprudence as *amici curiae* in support of Virginia's marriage laws.  Lost.

*Kitchen v. Herbert* (10th Cir. 2014).  Represented Center for Constitutional Jurisprudence and 27 Scholars of Federalism and Judicial Restraint as *amici curiae* in support of Defendants-Appellants' defense of constitutionality of Utah's marriage laws.  Lost 2-1.  Cert. denied.

*Peruta v. County of San Diego* (9th Cir. 2014).   Represented Center for Constitutional Jurisprudence, Doctors for Responsible Gun Ownership, Law Enforcement Alliance of America, and Independence Institute as *amici curiae* in support of 2nd Amendment challenge to San Diego policy of issuing concealed carry permits only upon demonstration of good cause.  Won 2-1.  State motion to intervene post-judgment pending.

*Shoemaker v. Taylor*, 730 F.3d 778 (2013).  Represented City of Redondo Beach in defense of child pornography conviction against First Amendment free speech challenge on federal habeas corpus review. Won 3-0.

Exhibit 1 to Declaration of John C. Eastman

*Wheaton College v. Sebelius* (D.C. Cir. 2012).  Religious objection to Obamacare contraceptive mandates by religious university.  Lost 3-0 on ripeness grounds.

*Coalition to Defend Affirmative Action v. Brown* (9th Cir. 2012, pending).  Represented Center for Constitutional Jurisprudence and California Association of Scholars in appeal defending constitutionality of California's Proposition banning race-based admissions.

*Jackson v. San Francisco*, No. 12-17803 (9th Cir., pending).  Represented Center for Constitutional Jurisprudence as *amicus curiae* in support of gun owner's 2nd Amendment challenge to San Francisco ban on certain kinds of ammunition and carrying guns outside the home for self-defense purposes.  Lost 3-0, pending rehearing and rehearing en banc.

*Sissel v. Health and Human Services* (D.C. Cir. 2015).  Represented Center for Constitutional Jurisprudence as *amicus curiae* in Origination Clause challenge to Obamacare.  Lost.  Cert. pending.

*Wollschlaeger v. Governor of Florida*, No. 12-14009 (11th Cir. 2012, pending).  Represented Doctors for Responsible Gun Ownership and Center for Constitutional Jurisprudence in support of Florida law prohibiting doctors from asking patients about their gun ownership unless they have a medical reason for doing so.

*Montana Shooting Sports Association v. Holder*, No. 10-36094 (CA9 2011).  Represented Center for Constitutional Jurisprudence in support of challenge to federal regulations of firearms constructed and used solely in Montana and not articles of interstate commerce.  Lost 2-1.

*In re Rachel L.* (Cal. App., 2008).  Represented, together with Erwin Chemerinsky and David Llewellyn, the Center for Constitutional Jurisprudence as *amicus curiae* in appeal of California decision prohibiting home schooling.  Won.

*Boy Scouts of San Diego v. Barnes-Wallace* (9th Cir., pending).  Representing The Claremont Institute Center for Constitutional Jurisprudence as *amicus curiae* in defending San Diego's lease of parkland to Boy Scouts for operation of a summer camp, against challenge that the lease violated the Establishment Clause because of Boy Scouts' requirement that members acknowledge their duty to God.  Pending.

*United States v. Duke Energy Corp.* (4th Cir. 2005).  Participated as *amicus curiae* supporting Duke Energy's challenge to constitutionality and administrative legality of federal government efforts to effectively change definition of Clean Air Act's New Source provisions through enforcement actions aimed at utility's maintenance of existing equipment.  Won 3-0.

*Amodei v. Nevada State Senate* (9th Cir. 2004) Represented group of Nevada legislators challenging, on Due Process and Republican Guaranty Clause grounds, the constitutionality of Nevada Supreme Court mandamus ordering legislature to consider bill raising taxes by simple majority rather than two-thirds vote required by Nevada Constitution.  Decision of the District Court dismissing for lack of jurisdiction was reversed, but case was dismissed as moot after legislature achieved a 2/3 vote for tax increase.

*Powers v. Harris* (10th Cir. 2004).  Represented The Claremont Institute Center for Constitutional Jurisprudence as *amicus curiae* in challenge to constitutionality of Oklahoma's casket licensing statutes, as violating substantive due process rights and Privileges or Immunities Clause.  Lost 3-0.

Exhibit 1 to Declaration of John C. Eastman

*Rancho Viejo LLC v. Norton* (D.C. Cir. 2003).  Represented landowner in challenge to the constitutionality of federal endangered species act.  Lost 3-0.  Petition for rehearing en banc denied over dissents from then-Judge John Roberts and Judge David Sentelle.  Cert. Denied.

*Glassroth v. Moore* (11th Cir. 2003).  Represented The Claremont Institute Center for Constitutional Jurisprudence as *amicus curiae* defending constitutionality of display of Ten Commandments monument in state courthouse.  Lost 3-0.

*Craigmiles v. Giles* (6th Cir. 2002).  Represented The Claremont Institute Center for Constitutional Jurisprudence as *amicus curiae* in challenge to constitutionality of Tennessee's casket licensing statutes, as violating substantive due process rights and Privileges or Immunities Clause.  Won 3-0.

*The Lincoln Club of Orange County, et al. v. City of Irvine, California*, 292 F.3d 934 (9th Cir. 2002). Represented The Lincoln Clubs in challenge to constitutionality of municipal ordinance restricting campaign contributions to independent expenditure committees, on First Amendment speech and association grounds.  Ninth Circuit held that the ordinance was subject to strict scrutiny, reversing lower court decision and remanding.  Won 3-0

*Warren v. Commissioner of Internal Revenue*.  (9th Cir. 2002).  Represented Pastor Rick Warren in challenge to IRS interpretation of parsonage exemption from federal income tax, after Ninth Circuit directed parties to address whether the parsonage exemption was an unconstitutional establishment of religion.  Won dismissal of case after Congress amended statute to resolve initial interpretation dispute.

*Southwest Center for Biological Diversity et al. v. Ken Berg et al.*, 268 F.3d 810 (9th Cir. 2001). Represented Pardee Construction Company, Building Industry Legal Defense Foundation, National Association of Home Builders, California Building Industry Association, and Building Industry Association of San Diego, in effort by property owner to intervene in environmental litigation challenging permits for development on their property.  Won 3-0.

*Butler v. Alabama Judicial Inquiry Commission*.  (11th Cir. 2001).  Participated as *amicus curiae* challenging constitutionality of Alabama's restrictions on campaign speech by persons seeking election as state judges, in support of Alabama Supreme Court Justice Harold See.  Vacated on abstention grounds.

*United States v. Emerson* (5th Cir. 1999).  Participated as *amicus curiae* in challenge to constitutionality of federal statute routinely depriving individuals subject to restraining orders in divorce cases of 2nd Amendment rights.  Won ruling that 2nd Amendment conveys a personal, judicially-enforceable right to keep and bear arms.

*Broussard v. Meineke Discount Muffler Shops, Inc., et al.* (4th Cir. 1998). Part of team that successfully represented Appellants' challenge to a $390 million jury verdict on a breach of franchise contract class action claim.  The entire judgment was vacated and remanded for a new trial.

*Southern Ute Indian Tribe v. Amoco Production Co.* (10th Cir. 1998).  Part of team that successfully petitioned the U.S. Court of Appeals for the Tenth Circuit to review *en banc* the decision by a 3-judge panel reversing the district court's grant of summary judgment in favor of defendant.  Although the *en banc* Court also reversed the district court's decision, the Supreme Court of the United States reinstated the grant of summary judgment in favor of defendant.

## United States District Courts

Exhibit 1 to Declaration of John C. Eastman

*Levin v. San Francisco* (N.D. Cal.).  Amicus brief in support of property owners challenging San Francisco ordinance assessing massive fees against property owners who sell their rental property.  Won in district court.  Pending appeal.

*True the Vote v. Internal Revenue Service* (D.D.C.).  Representing True the Vote in challenge to IRS targeting of conservative non-profit applicants.

*Geiger et al. v. Kitzhaber*, No. 6:13-cv-01834-MC (D. Ore. 2014).  Represented National Organization for Marriage, which sought to intervene in litigation challenging constitutionality of Oregon's marriage law after state officials named as defendants refused to defend.  Motion to intervene denied; Oregon law invalidated on merits.  Appeal pending.

*National Organization for Marriage v. United States, Internal Revenue Service* (E.D. Va. 2014).  Represented National Organization for Marriage in suit against IRS for illegal disclosure of confidential tax return information.  Won admission of illegal disclosure, discovered identity of IRS employee who disclosed and recipient, and won $50,000 in damages.

*Sissel v. Health and Human Services* (D.DC. Cir. 2012).   Represented Center for Constitutional Jurisprudence as *amicus curiae* in original clause challenge to Obamacare.  Lost.  Appeal pending.

*Grace Church of North County v. City of San Diego, et al.* (S.D. Cal. 2007).  Representing small church trying to obtain a conditional use permit to conduct services in a building it leases in a portion of the city zoned for industrial use.

*Long Beach Area Chamber of Commerce v. City of Long Beach* (C.D. Cal. 2006) (9th Circuit, 2010).  Represented private organization in First Amendment challenge to city campaign finance restrictions.  Obtained TRO permitting client to participate in upcoming municipal elections, and then prevailed on motion for summary judgment, with the Court holding that the campaign finance ordinance was unconstitutionally both facially and as applied.  Affirmed on appeal.

*Angle, et. al v. Nevada Legislature* (D. Nev. 2003) (9th Circuit 2004) (Supreme Court 2004).  Represented a group of state legislatures in challenging action taken by the legislature, under a writ of mandamus from the Nevada Supreme Court, passing tax increases by less than the 2/3 vote required by the Nevada Constitution.  Obtained emergency TRO.  Case was later dismissed as jurisdictionally-barred by *Rooker-Feldman* doctrine.  That holding was rejected by Ninth Circuit, but case was then dismissed as moot.

*United States v. South Florida Water Management Dist.* (S.D. Fla. 2003).  Represented The Claremont Institute Center for Constitutional Jurisprudence as *amicus curiae* in support of motion to disqualify a judge who had taken extraordinary extra-judicial actions related to a settlement decree that he had issued.

*United States v. John Walker Lindh* (E.D. Va. 2002).  Participated as *amicus curiae* in support of detention and prosecution of Lindh as an unlawful enemy combatant, against a claim of "combatant immunity."  Won.

*The Lincoln Club of Orange County, et al. v. City of Anaheim, California, et al.* (C.D. Cal. 2002).  Represented The Lincoln Clubs in challenge to constitutionality of municipal ordinances restricting campaign contributions to independent expenditure committees, on First Amendment speech and association grounds.  Won stipulated judgments against Anaheim, Huntington Beach, Orange, and Orange County ordinances.  Won.

Exhibit 1 to Declaration of John C. Eastman

*The Lincoln Club of Orange County, et al. v. City of Irvine, California* (C.D. Cal. 2002).  Represented The Lincoln Clubs in challenge to constitutionality of municipal ordinance restricting campaign contributions to independent expenditure committees, on First Amendment speech and association grounds.  Initially lost summary judgment, but won stipulated judgment after Ninth Circuit held that the ordinance was subject to strict scrutiny, reversing lower court decision and remanding.  Won.

*Welker v. Cicerone (University of California, Irvine)*, 174 F.Supp.2d 1055 (C.D. Cal. 2001).  Represented public university student in Free Speech challenge to restrictions on campaign speech in student government election.  Obtained preliminary injunction against enforcement of restrictions and ordering reinstatement of student to seat on student government council.  Won.

*Rancho Viejo LLC v. Norton* (D.D.C.. 2001).  Represented landowner in challenge to the constitutionality of federal endangered species act.  Lost summary judgment, aff'd by D.C. Circuit.  Cert. Denied.

*General Electric Capital Corporation v. DIRECTV, Inc. and Hughes Electronics Corp.*, 94 F.Supp.2d 190 (D. Conn. 1999).  Together with Kirkland & Ellis, represented DIRECTV and Hughes in a contract dispute with GE Capital Corporation regarding a consumer lending program.  Lost Jury Trial.

*Luaces et al. v. DIRECTV, Inc.* (S.D. Fla. 1998).  Represented DIRECTV in nationwide consumer class action regarding DIRECTV's programming decisions.  Participated in negotiation and drafting of settlement and of negotiation and drafting of Assurance of Voluntary Compliance to settle parallel investigation by multi-state group of States Attorneys General.  Also represented DIRECTV in defense of several parallel class actions in New Jersey and in Texas, obtaining dismissals with prejudice.

## State Courts

*Gleason v. Bowen* (Cal. Super. Ct. 2014).  Representing referendum proponent in ballot access litigation.

*Briscoe v. Huntington* Beach (Cal. Super. Ct. 2014). In collaboration with a major national law firm, CCJ represented a homeowner in Huntington Beach who was fined for putting up political signs in his own yard more than 50 days before the election.  The Huntington Beach ordinance did not apply to other kinds of signs, and the U.S. Supreme Court has previously held that such content-based restrictions on speech are unconstitutional.  The City amended its ordinance to remove the unconstitutional provision.

*City of Montebello v. Vasquez* (Cal. S. Ct., 2014 pending).  Joined amicus curiae brief arguing that use of Anti-SLAPP statute by government violates First Amendment and turns the statute's purpose on its head.

*Gleason v. Bowen* (Cal. Super. Ct. 2014 pending).  Representing Referendum proponent in mandamus proceeding challenging determinations of invalid petition signatures and seeking to have placed on the ballot a referendum to repeal AB 1266, California's transgender bathroom bill.

*Gerawan Farming, Inc. v. Agricultural Labor Relations Board*, No. F068526 (Cal. App., 5th Dist. 2014 pending).  Represented Western Growers Association, California Farm Bureau Federation, Agricultural Council of California, California Citrus Mutual, California Grape and Tree Fruit League, Growershipper Association of Central California, Grower-Shipper Association of Santa Barbara and San Luis Obispo Counties, Nisei Farmers League, and Ventura County Agricultural Association as *amici curiae* in Support of Petitioner's constitutional challenge to California labor board rule requiring mandatory and binding arbitration with a union that had not been active for twenty years and had been decertified by a vote of the employer's employees.

Exhibit 1 to Declaration of John C. Eastman

*Power v. Humboldt County*, No. A137238 (Cal. App. 1st Dist. 2013, pending).  Represented Center for Constitutional Jurisprudence as *amicus curiae* in support of plaintiff's challenge to demand by County that they give an over-flight easement as a condition on an after-the-fact permit for a porch cover. The demand amounts to an unconstitutional exaction, and hence a taking, under *Nollan* and *Dolan* Supreme Court decisions.

*Meridian Moulding, Inc. v. Labor Commissioner*, No. CIVDS1301539 (L.A. Superior Ct., 2014).  Representing Meridian Moulding in constitutional challenge to double bond requirement to appeal Labor Commissioner's imposition of penalties after Labor Commissioner found that Meridian failed to pay required worker's compensation fees (despite fact that Meridian had previously converted to a employee-owned business, statutorily exempt from worker's comp).  Won.  Court ruled that double bond requirement was unconstitutional, and Labor Commissioner agreed to settle rather than appeal, paying $5,000 in attorneys fees to client as well.

*Sander v. State Bar of California*, 196 Cal. App. 4th 614 (Cal. App. 2011), 58 Cal.4th 300 (Cal. S.Ct. 2013).  Represented Todd Gaziano, Gail Heriot, and Peter Kirsanow, Members of the United States Commission on Civil Rights in Their Individual Capacities, as *amici curiae* in Support of Plaintiffs and Respondents seeking access to state bar database for statistical research purposes.  Won 7-0; such data is public provided individual privacy can be protected; case remanded for consideration of State claims that breach of privacy would result.

*California Redevelopment Association v. Matosantos*, No. S194861, 53 Cal.4th 231 (Cal. S.Ct. 2011).  Represented Center for Constitutional Jurisprudence, California Alliance To Protect Private Property Rights, and Institute for Justice as *amici curiae* in support of statute terminating local redevelopment agencies but in opposition to statute allowing for continuation of local redevelopment agencies only upon transfer of a portion of the agency's revenues to the State (which violates a voter-approved initiative).  Won 7-0 on first issue, 6-1 on second.

*Vargas v. City of Salinas*, No. H035207 (Cal. App., 6th Dist. 2011).  Represented Center for Constitutional Jurisprudence, Libertarian Law Council, and Reason Foundation as *amici curiae* in support of Plaintiff's challenge to use of the Anti-Slapp statute, designed to protect public participation in governmental affairs, by government itself to thwart public participation and also in support of petition for review.  Lost; petition for review denied.

*County of Orange v. Association of Orange County Deputy Sheriffs*, 192 Cal. App. 4th 21 (2011).  Represented Center for Constitutional Jurisprudence as *amicus curiae* in support of Orange County's challenge to the retroactive increase in pension benefits awarded by a prior county board, on the grounds that it violated state constitutional prohibition on gifts and retroactive increase in pay for work already performed.  Lost; petition for review summarily denied.

*Codgill v. Legislature*, No. C060795 (Cal. App. 3rd Dist. 2009).  Represented Howard Jarvis Taxpayers Association, Americans for Prosperity, National Federation of Independent Business, numerous state legislators, and citizen/voters Steve Poizner, Jon Fleischman, John Kobylt, and Ken Chiampou in writ of mandate proceeding challenging California legislature's enactment of a tax increase without the 2/3 vote required by the California Constitution.  As a result of the action, the Governor vetoed the tax bill he had proposed, and the Appellate Court held that the veto mooted the case; petition for review was denied.

*In re: Marriage Cases* (Cal. S.Ct. 2008).  Represented, on behalf of The Claremont Institute Center for Constitutional Jurisprudence and the Institute for Marriage and Public Policy, group of legal scholars and

Exhibit 1 to Declaration of John C. Eastman

political scientists as *amici curiae* defending constitutionality of California law defining marriage as between one man and one woman.

*City of Norwood v. Joseph Horney* (Ohio S.Ct., pending).  Participated as *amicus curiae* on behalf of The Claremont Institute Center for Constitutional Jurisprudence in case challenging government's contention that economic development qualifies as "public use" subject to eminent domain under state constitution's takings clause.  Pending.

*Horowitz, et al., v. County of Los Angeles* (L.A. Super. Ct.,2008).  Representing a diverse group of taxpayers and citizens in Los Angeles County challenging the constitutionality of the County's decision to remove a cross, which symbolized the historically accurate influence of religious missionaries on the development of the Los Angeles region, from the County seal in response to demand letters from a group hostile to religious symbols in the public square.

*Costa v. Superior Court* (Cal.App., 3rd Dist. 2005).  Represented former California Attorney General, and Congressman, Dan Lungren in opposition to decision by California Attorney General Bill Lockyer removing Proposition 77, which would have removed redistricting authority from the legislature, from the ballot because of minor inconsistencies in the language of the initiative submitted to the Attorney General for titling and summary, and the language actually circulated to voters for signature and for the ballot.

*John Doe, et al. v. Capistrano Unified School District* (Orange Cty. Super. Ct. 2005).  Successfully represented high school students in challenge to suspension as violating First Amendment and privacy rights.

*Guinn v. Legislature* (Nev. S.Ct. 2003).   Represented group of Nevada legislators challenging constitutionality of Nevada Supreme Court writ of mandamus directing Legislature to adopt tax increases by simple majority vote rather than the two-third vote required by the Nevada Constitution.  Petition for Rehearing Denied due to mootness after Legislature achieved 2/3 vote for tax increase.

*Cottonwood Church v. City of Cypress* (C.D. Cal. 2002)  Assisted with representation of church challenging use of eminent domain for economic development as violating RLUIPA, Free Exercise Clause, and Takings Clause.  Won Preliminary Injunction in District Court; case then settled.

*Fair Political Practices Commission  v. American Civil Rights Coalition* (Sacto. Super. Ct. 2002). Represented anonymous donors in FPPC's suit attempting to force Ward Connerly to divulge the identity of donors to his foundation devoted to challenging racial preferences in government hiring and admissions. Case settled.

*Bouldin et al. v. Mississippi Major Economic Impact Authority* (Miss. S.Ct. 2000).  Represented The Center for Constitutional Jurisprudence as *amicus curiae* challenging constitutionality of Mississippi Redevelopment Agency's use of eminent domain to take private property for a Nissan auto plant.  Won favorable settlement.

*Boy Scouts of America v. Dale* (N.J. S.Ct. 1999). Represented The Claremont Institute Center for Constitutional Jurisprudence as *amicus curiae* in support of Boy Scouts' First Amendment right of freedom of expressive association, against contention that Boy Scouts' membership policies violated New Jersey public accommodations law prohibition on sexual orientation discrimination.  Lost in N.J. Supreme Court, won in U.S. Supreme Court.

Exhibit 1 to Declaration of John C. Eastman

*State Board of Equalization v. Hughes* (Sacto. Super. Ct. 2000).  Represented Globalstar, L.P. as *amicus curiae* challenging Los Angeles County attempt to impose property taxes on satellites in global orbit under theory that they were "situated" in Los Angeles County because the owners of the satellites had offices in Los Angeles County.  Won.

*State of California v. Alpharma USPD* (S.F. Super. Ct. 1999).  Obtained summary judgment for Alpharma in litigation addressing whether Proposition 65, a voter-approved initiative, requires prescription drug manufacturers to add warnings to its prescription drug labels that are not approved by the Federal Food & Drug Administration.

*State of California v. SaBrina Reese*.  (L.A. Super. Ct. 1998).  Represented African-American hairbraider who had been criminally cited for operating her hairbraiding salon without a cosmetology license.  Obtained dismissal of all charges.

*State of California v. Modkins* (L.A. Super. Ct., App. Div., 1998).  Successfully represented Redondo Beach on appeal by criminal defendant challenging his conviction for impersonating a police officer.

*State of California v. Gould* (L.A. Super. 1998).  Successfully represented the City of Hermosa Beach in opposing a challenge to the constitutionality of the city's animal noise ordinance.

## Other Representations

*Matter of Filipino Baptist Fellowship Church*.  Successfully represented small church opposing use of eminent domain condemnation that had been initiated by the City of Long Beach, California, to make way for private condominium development.

*Matter of Aliso Viejo Community Center*.  Representing Gabrielson Family Foundation in effort to construct and donate to the city a community center for joint public-private use, including religious use, while complying with the requirements of the Establishment Clause.

*Matter of Stephanie Douvas*.  Represented public school teacher whose contract was terminated after she was reprimanded for using a stick-figure religious fish symbol in our private signature block on outgoing e-mail.  Negotiated a favorable settlement in which the reprimand was rescinded and teacher was re-hired.

*Matter of Ron Plechaty*.  Represented private citizen in Free Speech challenge to city sign ordinance, selectively enforced against him due to his criticism of government officials.   City rescinded its unconstitutional action.

*Matter of Parental Notice Initiative*.  Represented initiative sponsors in assessing constitutionality of proposed voter initiative requiring parental notice (with adequate judicial bypass) prior to performing abortion on a minor.

*Matter of Huntington Beach Mayor.*  Represented incoming Mayor in decision to re-instate invocation at the outset of city council meetings.

*Matter of Stanford Professor.*  Represented Stanford University Professor in Free Speech matter.

*Matter of Eric Weigand Veterinary Clinic.*  Represented veterinarian challenging constitutionality of City's use of eminent domain for economic development purposes in non-blighted area.  Case settled.

Exhibit 1 to Declaration of John C. Eastman

*Matter of Claremont McKenna College Minority Fellowship Program*.  Successfully represented group of college professors challenging a faculty fellowship program that was limited to minority racial groups.

*Matter of South Orange County Community College District* (2002).  Represented community college in drafting a campus speech policy that would be constitutional.

*Florida Select Committee on Presidential Election of 2000*.  Retained by the Florida Legislature to help draft legislation designating electors to the Electoral College in the 2000 contested presidential election.

LAST COMPREHENSIVE UPDATE 7/1/08

Exhibit 1 to Declaration of John C. Eastman