UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **True the Vote, Inc.;** | *Plaintiff,* | Civil Case No. 1:13-cv-000734-RBW **Declaration of Cleta Mitchell in Support of Plaintiff's Application and Motion for Attorneys' Fees, Costs, and Expenses Under the Equal Access to Justice Act** |
| v. | | |
| **Internal Revenue Service, et al.;** | *Defendants.* | |

### Declaration of Cleta Mitchell

I, Cleta Mitchell, make the following declaration pursuant to 28 U.S.C. Section 1746:

1. I am a partner and political law attorney in the Washington, D.C. office of Foley & Lardner LLP. I was the lead attorney for the Plaintiff in the above-styled litigation from its initiation in May 2013 until late February 2017. Current counsel for the Plaintiff, The Bopp Law Firm, P.C., has prepared and filed a motion for attorney's fees, costs, and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412 *et seq.* ("EAJA"). This declaration is submitted in support of that Motion and attests to the accuracy and necessity of the fees, costs, and expenses incurred by Foley & Lardner in the successful prosecution of the action.

2. I have been practicing law since 1975. I advise nonprofit and issue organizations, corporations, candidates, campaigns, and individuals on state and federal campaign finance law, election law, and compliance issues related to lobbying, ethics and financial disclosure. In addition to practice in I practice before the Federal Election Commission, the ethics committees of the US House and Senate and similar state and local enforcement bodies and agencies.

**Declaration of Cleta Mitchell**

1

3. I was a teaching fellow at the Institute of Politics, Kennedy School of Government at Harvard University in 1981 and was the Shapiro Fellow at the School of Media and Public Affairs at The George Washington University in 2001. I have taught dozens of seminars on the federal lobbying and ethics law, served on the advisory council to the American Bar Association's Standing Committee on Election Law and as an advisor on the American Law Institute's Election Law Project. In 2016 I was elected to membership in the American Law Institute.

4. Foley & Lardner is recognized as a premier provider of legal services. For example, Foley has been recognized in a survey of Fortune 1000 corporate counsel in the elite BTI Client Service 30, one of only seven law firms to hold this distinction for more than 12 years (2015 BTI Client Service A-Team survey, The BTI Consulting Group, Wellesley, MA). The Firm was recognized as one of the top 20 best-branded law firms in the BTI Brand Elite 2016 Survey. According to the *U.S. News–Best Lawyers®* "Best Law Firms," Foley & Lardner holds 41 national rankings and its various offices hold 191 regional rankings, thirteen of which are held by the Washington D.C. office, including "Tier 1" ranking for "Administrative/Regulatory Law." In 2017, Foley was ranked among the top 20 U.S. law firm "brands" by Acritas' U.S. Law Firm Brand. Access to the cumulative expertise and knowledge of Foley lawyers and support produce this consistent high quality of legal representation.

5. Other Foley lawyers then and/or still associated with Foley provided services on behalf of the plaintiff, True the Vote, Inc. ("TTV") in the above-captioned matter.

Jay W. Freedman, a retired partner at Foley has been practicing law since 1967. Mr. Freedman has been Peer Review Rated as AV® Preeminent ™, the highest performance rating in

**Declaration of Cleta Mitchell**

2

Martindale-Hubbell's peer review rating system. He is also profiled in *Who's Who in America and Who's Who in American Law*. He has been selected by his peers for inclusion in The Best Lawyers in America© since 2013.

William E. Davis is the managing partner of Foley's Miami office. Mr. Davis has been practicing law since 1975. He was named to BTI Consulting Group's coveted Client Service All Star Team in 2017. Mr. Davis has been Peer Review Rated as AV® Preeminent™, the highest performance rating in Martindale-Hubbell's peer review rating system. Mr. Davis was honored as a Top Lawyer in the 2006, 2015, 2016, and 2017 editions of the South Florida Legal Guide, as well as being selected by his peers for inclusion in *The Best Lawyers in America©*. He was also selected for inclusion in the *Florida Super Lawyers®* lists (2006-2009).

In practice since 1984, Michael Lockerby is a partner with Foley, a former co-chair of its Washington, D.C. Litigation Department, and a co-chair of its Distribution and Franchise Practice. Mr. Lockerby was named to the BTI Consulting Group's coveted Client Service All Star Team in 2016. He has been Peer Review Rated as AV® Preeminent™, was named a "Legal Eagle" by *Franchise Times* magazine, and is listed in *The International Who's Who of Franchise Lawyers* (2006–2009). He has also been voted among "The Legal Elite, Virginia Top Lawyers" by *Virginia Business Magazine* in the areas of civil litigation and information technology/intellectual property. Mr. Lockerby is also rated as one of the top Franchising attorneys in the nation by *Chambers USA* (2008–2017) and was selected by his peers for inclusion in *The Best Lawyers in America©* since 2013 for his work in franchise law. In addition, he was selected for inclusion in the 2013 - 2016 *Washington, D.C. Super Lawyers®* lists for his

**Declaration of Cleta Mitchell**

3

work in business litigation, franchise/dealership, and intellectual property litigation. Mr. Lockerby is a frequent author and presenter on franchising and distribution issues.

Jason J. Kohout has been in practice since 2007 and is a partner in Foley's Milwaukee Office. He was named to Wisconsin Super Lawyer Rising Stars® in both 2013 and 2014 and named an "Up and Coming Attorney" in 2015 by the Wisconsin Law Journal. Among Mr. Kohout's practice specialties are tax law and campaign finance law for nonprofits and tax controversies and litigation.

Mathew D. Gutierrez entered the practice of law in 2011 and was an associate at Foley's Miami office from April 2013 to June 2017. While at Foley, he practiced complex litigation in federal and state courts and represented clients in administrative proceedings and litigated political speech and administrative law cases. Prior to joining Foley, he was a judicial law clerk in the Florida Third District Court of Appeal.

Jesse M. Panuccio performed some services on behalf of TTV (three billed entries). Mr. Panuccio has been practicing law since 2006 and joined Foley as a partner in June 2016. Mr. Panuccio is the former executive director of the Florida Department of Economic Opportunity and previously served as general counsel to Florida Governor Rick Scott. Prior to government service, Mr. Panuccio was in private practice in Washington D.C., where he focused on complex commercial litigation, high-profile constitutional cases and appeals in the United States Supreme Court.

6. The services performed in the above-styled case by the aforementioned attorneys and myself are truly and accurately listed in the Foley & Lardner billing statement, submitted as Exhibit 1 to *Plaintiff's Memorandum of Points and Authorities in Support of Plaintiff's*

**Declaration of Cleta Mitchell**

*Application and Motion for Attorneys' Fees and Costs Under the Equal Access to Justice Act*. Those services were reasonably and necessarily performed in Plaintiff's cause before this Court on the merits of the Plaintiff's claims.

7.  The actual time that was contemporaneously recorded by the attorneys performing those services is accurately reported in the column recording "gross" time in the Foley & Lardner billing statement.

8.  It is my understanding that the "gross" time spent by Foley attorneys has been adjusted by attorneys at Plaintiff's current counsel, The Bopp Law Firm, to account for the relative success achieved in the suit and/or in billing judgment or otherwise as required by law. It is also my understanding that the hourly rates sought for the Foley attorneys' time are determined by law and are not necessarily the rates normally charged by Foley for these attorneys.

9.  In order to effectively and efficiently serve our clients' needs, Foley & Lardner employs legal assistants, including paralegals, librarians, litigation support personnel, and law clerks (collectively "paraprofessionals") to perform tasks that would otherwise be performed by lawyers at lower costs to the client. It is Foley's practice to bill these paraprofessionals' time separately.

10. In this case, the following paraprofessionals provided services: Aaron L. Romney, Litigation Support Project Manager; Angela A. Henes, Senior Research Librarian; Joseph L. Fried- Case Manager/Para Professional; Kara J. Pierce, Litigation Support Analyst; Linda H. Aguirre, Paralegal; Lisa M. Kieper, Senior Library Assistant; Malcolm G. Reynolds, Paralegal; Mary Ann Cochran, Paralegal; Samantha Janus, Assistant Project Manager.

**Declaration of Cleta Mitchell**

11. The services performed in the above-styled case by the paraprofessionals are truly and accurately listed in the Foley & Lardner billing statement. Those services were reasonably and necessarily performed in Plaintiff's cause before this Court on the merits of the Plaintiff's claims.

12. The actual time that was contemporaneously recorded by the paraprofessionals performing those services is accurately reported in the column recording "gross" time in the Foley & Lardner billing statement.

13. It is my understanding that as required by the law of this Circuit the "gross" time spent by Foley paraprofessionals has been adjusted by attorneys at Plaintiff's current counsel, The Bopp Law Firm, to account for the relative success achieved in the suit and/or in billing judgment. It is also my understanding that the hourly rates sought for the paraprofessionals' time are determined by law and are not necessarily the rates normally charged by Foley for these paraprofessionals.

14. Foley & Lardner also incurred expenses in the prosecution of this case. Those expenses are truly and accurately listed in Exhibit 4 to *Plaintiffs Memorandum*. It is Foley's practice to bill for each of these expenses separately. However, it is my understanding that under the law of this Circuit, the EAJA allows compensation for costs and expenses only for copying costs, filing fees, hearing transcript costs, and computer research expenses. Plaintiff's current counsel, The Bopp Law Firm, has accordingly made adjustments to the expenses actually incurred by Foley to account for this and, if and where appropriate, to account for limited success.

**Declaration of Cleta Mitchell**

I affirm under penalty of perjury that the foregoing is true and correct. Executed on this 20th day of February, 2018.

Respectfully submitted,

_____
Cleta Mitchell (D.C. 433386)
FOLEY & LARDNER, LLP
Washington Harbour
3000 K Street NW Suite #600
Washington, DC 20007
(202) 672-5300 (telephone)
(202) 672-5399 (fax)
cmitchell@foley.com