*CCJ Billing Records*
**EXHIBIT 3**

**CCJ LSI Laffey Rates With Adjustments**

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffy Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 5/21/2013 | John Eastman | 0.5 | 0.5 | $ 626.00 | $ 313.00 | $ 313.00 | Prepare and file pro hac vice motion. |
| 9/24/2013 | John Eastman | 0.5 | 0.5 | $ 641.00 | $ 320.50 | $ 320.50 | Review news accounts of IRS targeting; review fees provisions; communication with co-counsel re mootness if IRS grants exemption letter |
| 9/25/2013 | John Eastman | 0.1 | 0.1 | $ 641.00 | $ 64.10 | $ 64.10 | Review IRS Exemption letter |
| 10/20/2013 | John Eastman | 1.2 | 1.2 | $ 641.00 | $ 769.20 | $ 769.20 | Review Cincinatti D's motion to dismiss |
| 10/21/2013 | John Eastman | 0.5 | 0.5 | $ 641.00 | $ 320.50 | $ 320.50 | Phone conference with co-counsel re motion to dismiss |
| 11/9/2013 | John Eastman | 1 | 0 | $ 641.00 | $ 641.00 | $ - | Review and Edit opposition to Management Defendants' motion to dismiss |
| 11/10/2013 | John Eastman | 1.4 | 0 | $ 641.00 | $ 897.40 | $ - | Review and edit opposition to Management Defendants' motion to dismiss (.5); Review and edit opp. To Cincinatti Defendants' motion to dismiss (.9) |
| 12/17/2013 | John Eastman | 1.5 | 1.5 | $ 641.00 | $ 961.50 | $ 961.50 | Review defendants reply briefs ISO mot to dismiss |
| 1/22/2014 | John Eastman | 0.2 | 0.2 | $ 641.00 | $ 128.20 | $ 128.20 | Review filings |
| 7/21/2014 | John Eastman | 0.4 | 0.4 | $ 790.00 | $ 316.00 | $ 316.00 | Conference call re supplemental authority and motion to dismiss issues |
| 9/2/2014 | John Eastman | 0.1 | 0.1 | $ 790.00 | $ 79.00 | $ 79.00 | Review draft declaration on COG/COOP backup programs |
| 9/22/2014 | John Eastman | 0.3 | 0.3 | $ 790.00 | $ 237.00 | $ 237.00 | Review correspondence from opposing counsel re discovery |

\* Hours adjusted for unsuccessful claims and travel time.
Expenses adjusted for reimbursable and non-reimbursable.

**CCJ LSI Laffey Rates With Adjustments**

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffy Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 10/25/2014 | John Eastman | 0.5 | 0.5 | $ 790.00 | $ 395.00 | $ 395.00 | Telephone conference with co-counsel re potential appeal |
| 10/27/2014 | John Eastman | 0.8 | 0.8 | $ 790.00 | $ 632.00 | $ 632.00 | Review issues for appeal; telephone conference with client re appeal |
| 10/29/2014 | John Eastman | 0.2 | 0.2 | $ 790.00 | $ 158.00 | $ 158.00 | Review Email communication with client re appeal |
| 10/30/2014 | John Eastman | 0.5 | 0.5 | $ 790.00 | $ 395.00 | $ 395.00 | Communication with co-counsel re Iqbal issue on appeal |
| 12/5/2014 | John Eastman | 1.5 | 1.5 | $ 790.00 | $ 1,185.00 | $ 1,185.00 | Review issues for possible appeal; communication with co-counsel re same |
| 12/8/2014 | John Eastman | 0.3 | 0.3 | $ 790.00 | $ 237.00 | $ 237.00 | Communication with co-counsel re client's views on appeal |
| 12/10/2014 | John Eastman | 0.3 | 0.3 | $ 790.00 | $ 237.00 | $ 237.00 | Draft letter to client re appea; Communication with co-counsel re representation issues on appeal |
| 12/11/2014 | John Eastman | 0.2 | 0.2 | $ 790.00 | $ 158.00 | $ 158.00 | Review and edit revised representation letter for appeal |
| 12/15/2014 | John Eastman | 0.3 | 0.3 | $ 790.00 | $ 237.00 | $ 237.00 | Review and edit revised representation letter to client |
| 12/18/2014 | John Eastman | 0.5 | 0.5 | $ 790.00 | $ 395.00 | $ 395.00 | Review and edit notice of appeal; file notice of appeal |
| 12/19/2014 | John Eastman | 0.3 | 0.3 | $ 790.00 | $ 237.00 | $ 237.00 | Review case docketing notice and schedule; communication with co-counsel re same |
| 1/6/2015 | John Eastman | 0.2 | 0.2 | $ 790.00 | $ 158.00 | $ 158.00 | Communication with co-counsel re entry of appearance |
| 1/9/2015 | John Eastman | 0.2 | 0.2 | $ 790.00 | $ 158.00 | $ 158.00 | Communication with co-counsel re items for appendix |
| 1/15/2015 | John Eastman | 1.1 | 1.1 | $ 790.00 | $ 869.00 | $ 869.00 | Review and edit statement of issues, docketing statement |

\* Hours adjusted for unsuccessful claims and travel time.

Expenses adjusted for reimbursable and non-reimbursable.          Page 2 of 7

**CCJ LSI Laffey Rates With Adjustments**

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffy Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 1/20/2015 | John Eastman | 3.5 | 3.5 | $ 790.00 | $ 2,765.00 | $ 2,765.00 | File Notice of Appearance; prepare and file transcript report, statement of issues, docketing statement, certificate of parties; |
| 3/30/2015 | John Eastman | 0.2 | 0.2 | $ 790.00 | $ 158.00 | $ 158.00 | Communication with co-counsel re consolidation order |
| 5/7/2015 | John Eastman | 0.2 | 0.2 | $ 790.00 | $ 158.00 | $ 158.00 | Communication with co-counsel re: briefing proposal |
| 5/8/2015 | John Eastman | 0.5 | 0.5 | $ 790.00 | $ 395.00 | $ 395.00 | Review Court order re: abeyance pending Z Street case; review Z-Street complaint; communication with co-counsel re same |
| 7/30/2015 | John Eastman | 0.2 | 0.2 | $ 797.00 | $ 159.40 | $ 159.40 | Review response on motion to remand |
| 7/30/2015 | John Eastman | 0.6 | 0.6 | $ 797.00 | $ 478.20 | $ 478.20 | Telephone conference with co-counsel re Motion to Remand. |
| 12/4/2015 | John Eastman | 1.7 | 1.4 | $ 797.00 | $ 1,354.90 | $ 1,115.80 | Review and edit opening brief |
| 12/5/2015 | John Eastman | 0.4 | 0.3 | $ 797.00 | $ 318.80 | $ 239.10 | Review and edit revised draft of opening brief |
| 2/15/2016 | John Eastman | 0.2 | 0.1 | $ 797.00 | $ 159.40 | $ 79.70 | Review appellate briefs |
| 2/17/2016 | John Eastman | 6.5 | 5.2 | $ 797.00 | $ 5,180.50 | $ 4,144.40 | Review opposition briefs; research for reply brief |
| 2/18/2016 | John Eastman | 2 | 1.6 | $ 797.00 | $ 1,594.00 | $ 1,275.20 | Research for reply brief |
| 2/19/2016 | John Eastman | 3.8 | 3 | $ 797.00 | $ 3,028.60 | $ 2,391.00 | Research for reply brief; prepare memo of issues; telephone conference with co-counsel re reply brief |

\* Hours adjusted for unsuccessful claims and travel time.

Expenses adjusted for reimbursable and non-reimbursable.                Page 3 of 7

**CCJ LSI Laffey Rates With Adjustments**

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffy Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 2/19/2016 | Mallory Smith | 6.7 | 5.4 | $ 180.00 | $ 1,206.00 | $ 972.00 | Reading TTV District Court opinion; Reading TTV Appellant's Opening brief; Reading Govt Appellee Brief; Reading Individual Appellee Brief; Forming questions and strategy on how to possibly respond in the reply brief |
| 2/22/2016 | Mallory Smith | 1.3 | 0.7 | $ 180.00 | $ 234.00 | $ 126.00 | Researching pertinent questions presented based on appellee briefs |
| 2/23/2016 | Mallory Smith | 1.7 | 0.9 | $ 180.00 | $ 306.00 | $ 162.00 | Researching case law based on cases mentioned in Appellee's brief |
| 2/25/2016 | Mallory Smith | 2.1 | 1.1 | $ 180.00 | $ 378.00 | $ 198.00 | Researching regulations and case law |
| 2/26/2016 | Mallory Smith | 1.8 | 1 | $ 180.00 | $ 324.00 | $ 180.00 | Researching regulations, case law, and legislative history Writing up research report with pertinent findings from the research |
| 3/2/2016 | John Eastman | 4.3 | 3.4 | $ 797.00 | $ 3,427.10 | $ 2,709.80 | Review pleadings and briefs; additional research for reply brief |
| 3/4/2016 | John Eastman | 1.6 | 1.3 | $ 797.00 | $ 1,275.20 | $ 1,036.10 | Review and edit draft reply brief |
| 3/4/2016 | Mallory Smith | 0.8 | 0.6 | $ 180.00 | $ 144.00 | $ 108.00 | Continued legislative history and case law research |
| 3/5/2016 | John Eastman | 1.2 | 0 | $ 797.00 | $ 956.40 | $ - | Began drafting section regarding the Court not explicitly holding that Bivens claims do not extend to First Amendment claims, but rather the Court actually assumes this remedy does extend to these claims |
| 3/6/2016 | John Eastman | 1.1 | 0.9 | $ 797.00 | $ 876.70 | $ 717.30 | Review and edit final draft of reply brief |

* Hours adjusted for unsuccessful claims and travel time.
Expenses adjusted for reimbursable and non-reimbursable.          Page 4 of 7

**CCJ LSI Laffey Rates With Adjustments**

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffy Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 3/25/2016 | John Eastman | 2.7 | 2.7 | $ 797.00 | $ 2,151.90 | $ 2,151.90 | Prepare for oral argument |
| 3/26/2016 | John Eastman | 5.2 | 5.2 | $ 797.00 | $ 4,144.40 | $ 4,144.40 | Review pleadings in prep for oral argument |
| 3/27/2016 | John Eastman | 3.1 | 3.1 | $ 797.00 | $ 2,470.70 | $ 2,470.70 | Prep for oral argument |
| 3/28/2016 | John Eastman | 2.7 | 2.7 | $ 797.00 | $ 2,151.90 | $ 2,151.90 | Review case law in preparation for oral argument |
| 3/29/2016 | John Eastman | 10.5 | 10.5 | $ 797.00 | $ 8,368.50 | $ 8,368.50 | Prepare for moot court |
| 3/30/2016 | John Eastman | 8.2 | 8.2 | $ 797.00 | $ 6,535.40 | $ 6,535.40 | Prepare for moot court |
| 3/31/2016 | John Eastman | 8.5 | 8.5 | $ 797.00 | $ 6,774.50 | $ 6,774.50 | Moot Court (3.0); post-moot court prep for oral argument (5.5) |
| 4/4/2016 | John Eastman | 5.5 | 5.5 | $ 797.00 | $ 4,383.50 | $ 4,383.50 | Prepare for Moot Court (4.5); Moot Court (1.0) |
| 4/8/2016 | John Eastman | 2.5 | 2.5 | $ 797.00 | $ 1,992.50 | $ 1,992.50 | Review case file in prep for oral argument |
| 4/10/2016 | John Eastman | 5.5 | 5.5 | $ 797.00 | $ 4,383.50 | $ 4,383.50 | Prepare for oral argument |
| 4/11/2016 | John Eastman | 4.2 | 4.2 | $ 797.00 | $ 3,347.40 | $ 3,347.40 | Prepare for oral argument |
| 4/12/2016 | John Eastman | 12.5 | 12.5 | $ 797.00 | $ 9,962.50 | $ 9,962.50 | Prepare for oral argument |
| 4/13/2016 | John Eastman | 12 | 12 | $ 797.00 | $ 9,564.00 | $ 9,564.00 | Moot court with co-counsel (4.0); prepare for oral argument |
| 4/14/2016 | John Eastman | 2 | 2 | $ 797.00 | $ 1,594.00 | $ 1,594.00 | Attend oral argument in Lynchpins case; oral argument in TTV case; follow-up meeting with co-counsel and client. |
| 10/14/2016 | John Eastman | 0.8 | 0 | $ 826.00 | $ 660.80 | $ - | Research Cert Petition deadline for Bivens defendants |

\* Hours adjusted for unsuccessful claims and travel time.

Expenses adjusted for reimbursable and non-reimbursable.      Page 5 of 7

**CCJ LSI Laffey Rates With Adjustments**

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffy Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 10/17/2016 | Mallory Smith | 0.8 | 0 | $ 187.00 | $ 149.60 | $ - | Research re whether the 90 day requirement for filing a cert petition is triggered when a final judgment is rendered on behalf of all of the individual defendants, but a portion of the case as against other defendants has been remanded? |
| 10/19/2016 | Mallory Smith | 1.9 | 0 | $ 187.00 | $ 355.30 | $ - | Continued research re whether the 90 day requirement for filing a cert petition is triggered when a final judgment is rendered on behalf of all of the individual defendants, but a portion of the case as against other defendants has been remanded? |
| 10/24/2016 | Mallory Smith | 1.3 | 0 | $ 187.00 | $ 243.10 | $ - | Phone conference with PILF attorneys re next steps regarding cert petition;research re Bivens landscape since 2014 |
| 10/25/2016 | Mallory Smith | 2.3 | 0 | $ 187.00 | $ 430.10 | $ - | Continued research re landscape of Bivens since 2014 |
| 10/26/2016 | Mallory Smith | 1.6 | 0 | $ 187.00 | $ 299.20 | $ - | Continued research re landscape of Bivens since 2014 |
| 10/27/2016 | Mallory Smith | 2.3 | 0 | $ 187.00 | $ 430.10 | $ - | Continued research re Bivens claims since 2014; cite check re Bivens section in appellate level briefs |
| 10/28/2016 | Mallory Smith | 3.7 | 0 | $ 187.00 | $ 691.90 | $ - | Continued research re Bivens claims since 2014; continued cite check re Bivens section in appellate level briefs |
| 10/30/2016 | John Eastman | 6.4 | 0 | $ 826.00 | $ 5,286.40 | $ - | Review and edit cert petition |

\* Hours adjusted for unsuccessful claims and travel time.
Expenses adjusted for reimbursable and non-reimbursable.

**CCJ LSI Laffey Rates With Adjustments**

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffy Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 10/30/2016 | John Eastman | 7.5 | 0 | $ 826.00 | $ 6,195.00 | $ - | Review and edit cert petition |
| 10/31/2016 | John Eastman | 3.3 | 0 | $ 826.00 | $ 2,725.80 | $ - | Review and edit cert petition |
| 10/31/2016 | Mallory Smith | 2.2 | 0 | $ 187.00 | $ 411.40 | $ - | Research re SCOTUS decisions citing Bivens and the Courts hesitation for creating new Bivens remedies |
| 11/1/2016 | John Eastman | 9.2 | 0 | $ 826.00 | $ 7,599.20 | $ - | Review and edit cert petition |
| 11/2/2016 | John Eastman | 5.5 | 0 | $ 826.00 | $ 4,543.00 | $ - | Review and edit cert petition |
| 11/3/2016 | John Eastman | 1 | 0 | $ 826.00 | $ 826.00 | $ - | Finalize cert petition; amicus coordination |
| 11/5/2016 | John Eastman | 0.5 | 0 | $ 826.00 | $ 413.00 | $ - | Media |
| 11/8/2016 | John Eastman | 0.9 | 0 | $ 826.00 | $ 743.40 | $ - | Conference call re trial court order |
| 1/17/2017 | John Eastman | 1.8 | 0 | $ 826.00 | $ 1,486.80 | $ - | Research and Draft Reply Brief |
| 1/19/2017 | John Eastman | 2.6 | 2.6 | $ 826.00 | $ 2,147.60 | $ 2,147.60 | Review and edit Opp to MSJ |
| 1/20/2017 | John Eastman | 7.9 | 0 | $ 826.00 | $ 6,525.40 | $ - | Research and Draft Reply Brief |
| 1/21/2017 | John Eastman | 8.8 | 0 | $ 826.00 | $ 7,268.80 | $ - | Reply Brief |
| 1/22/2017 | John Eastman | 4.1 | 0 | $ 826.00 | $ 3,386.60 | $ - | Revise and edit Reply Brief |
| **Totals** | | **218.5** | **132** | | **$ 155,705.80** | **$ 98,187.30** | |

\* Hours adjusted for unsuccessful claims and travel time.
Expenses adjusted for reimbursable and non-reimbursable.

**CCJ EAJA Statutory Rates With Adjustments**

| Date | Name | Gross Hours | Adjusted Hours* | EAJA Statutory Rate | EAJA Gross Statutory Amount | EAJA Statutory Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 5/21/2013 | John Eastman | 0.5 | 0.5 | $ 187.02 | $ 93.51 | $ 93.51 | Prepare and file pro hac vice motion. |
| 9/24/2013 | John Eastman | 0.5 | 0.5 | $ 187.02 | $ 93.51 | $ 93.51 | Review news accounts of IRS targeting; review fees provisions; communication with co-counsel re mootness if IRS grants exemption letter |
| 9/25/2013 | John Eastman | 0.1 | 0.1 | $ 187.02 | $ 18.70 | $ 18.70 | Review IRS Exemption letter |
| 10/20/2013 | John Eastman | 1.2 | 1.2 | $ 187.02 | $ 224.42 | $ 224.42 | Review Cincinatti D's motion to dismiss |
| 10/21/2013 | John Eastman | 0.5 | 0.5 | $ 187.02 | $ 93.51 | $ 93.51 | Phone conference with co-counsel re motion to dismiss |
| 11/9/2013 | John Eastman | 1 | 0 | $ 187.02 | $ 187.02 | $ - | Review and Edit opposition to Management Defendants' motion to dismiss |
| 11/10/2013 | John Eastman | 1.4 | 0 | $ 187.02 | $ 261.83 | $ - | Review and edit opposition to Management Defendants' motion to dismiss (.5); Review and edit opp. To Cincinatti Defendants' motion to dismiss (.9) |
| 12/17/2013 | John Eastman | 1.5 | 1.5 | $ 187.02 | $ 280.53 | $ 280.53 | Review defendants reply briefs ISO mot to dismiss |
| 1/22/2014 | John Eastman | 0.2 | 0.2 | $ 190.06 | $ 38.01 | $ 38.01 | Review filings |
| 7/21/2014 | John Eastman | 0.4 | 0.4 | $ 190.06 | $ 76.02 | $ 76.02 | Conference call re supplemental authority and motion to dismiss issues |
| 9/2/2014 | John Eastman | 0.1 | 0.1 | $ 190.06 | $ 19.01 | $ 19.01 | Review draft declaration on COG/COOP backup programs |
| 9/22/2014 | John Eastman | 0.3 | 0.3 | $ 190.06 | $ 57.02 | $ 57.02 | Review correspondence from opposing counsel re discovery |
| 10/25/2014 | John Eastman | 0.5 | 0.5 | $ 190.06 | $ 95.03 | $ 95.03 | Telephone conference with co-counsel re potential appeal |
| 10/27/2014 | John Eastman | 0.8 | 0.8 | $ 190.06 | $ 152.05 | $ 152.05 | Review issues for appeal; telephone conference with client re appeal |

* Hours adjusted for unsuccessful claims and travel time.

Expenses adjusted for reimbursable and non-reimbursable.         Page 1 of 7

**CCJ EAJA Statutory Rates With Adjustments**     1:13-cv-000734-RBW

| Date | Name | Gross Hours | Adjusted Hours* | EAJA Statutory Rate | EAJA Gross Statutory Amount | EAJA Statutory Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 10/29/2014 | John Eastman | 0.2 | 0.2 | $ 190.06 | $ 38.01 | $ 38.01 | Review Email communication with client re appeal |
| 10/30/2014 | John Eastman | 0.5 | 0.5 | $ 190.06 | $ 95.03 | $ 95.03 | Communication with co-counsel re Iqbal issue on appeal |
| 12/5/2014 | John Eastman | 1.5 | 1.5 | $ 190.06 | $ 285.09 | $ 285.09 | Review issues for possible appeal; communication with co-counsel re same |
| 12/8/2014 | John Eastman | 0.3 | 0.3 | $ 190.06 | $ 57.02 | $ 57.02 | Communication with co-counsel re client's views on appeal |
| 12/10/2014 | John Eastman | 0.3 | 0.3 | $ 190.06 | $ 57.02 | $ 57.02 | Draft letter to client re appea; Communication with co-counsel re representation issues on appeal |
| 12/11/2014 | John Eastman | 0.2 | 0.2 | $ 190.06 | $ 38.01 | $ 38.01 | Review and edit revised representation letter for appeal |
| 12/15/2014 | John Eastman | 0.3 | 0.3 | $ 190.06 | $ 57.02 | $ 57.02 | Review and edit revised representation letter to client |
| 12/18/2014 | John Eastman | 0.5 | 0.5 | $ 190.06 | $ 95.03 | $ 95.03 | Review and edit notice of appeal; file notice of appeal |
| 12/19/2014 | John Eastman | 0.3 | 0.3 | $ 190.06 | $ 57.02 | $ 57.02 | Review case docketing notice and schedule; communication with co-counsel re same |
| 1/6/2015 | John Eastman | 0.2 | 0.2 | $ 190.28 | $ 38.06 | $ 38.06 | Communication with co-counsel re entry of appearance |
| 1/9/2015 | John Eastman | 0.2 | 0.2 | $ 190.28 | $ 38.06 | $ 38.06 | Communication with co-counsel re items for appendix |
| 1/15/2015 | John Eastman | 1.1 | 1.1 | $ 190.28 | $ 209.31 | $ 209.31 | Review and edit statement of issues, docketing statement |
| 1/20/2015 | John Eastman | 3.5 | 3.5 | $ 190.28 | $ 665.98 | $ 665.98 | File Notice of Appearance; prepare and file transcript report, statement of issues, docketing statement, certificate of parties; |

\* Hours adjusted for unsuccessful claims and travel time.

Expenses adjusted for reimbursable and non-reimbursable.          Page 2 of 7

**CCJ EAJA Statutory Rates With Adjustments**

| Date | Name | Gross Hours | Adjusted Hours* | EAJA Statutory Rate | EAJA Gross Statutory Amount | EAJA Statutory Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 3/30/2015 | John Eastman | 0.2 | 0.2 | $ 190.28 | $ 38.06 | $ 38.06 | Communication with co-counsel re consolidation order |
| 5/7/2015 | John Eastman | 0.2 | 0.2 | $ 190.28 | $ 38.06 | $ 38.06 | Communication with co-counsel re: briefing proposal |
| 5/8/2015 | John Eastman | 0.5 | 0.5 | $ 190.28 | $ 95.14 | $ 95.14 | Review Court order re: abeyance pending Z Street case; review Z-Street complaint; communication with co-counsel re same |
| 7/30/2015 | John Eastman | 0.2 | 0.2 | $ 190.28 | $ 38.06 | $ 38.06 | Review response on motion to remand |
| 7/30/2015 | John Eastman | 0.6 | 0.6 | $ 190.28 | $ 114.17 | $ 114.17 | Telephone conference with co-counsel re Motion to Remand. |
| 12/4/2015 | John Eastman | 1.7 | 1.4 | $ 190.28 | $ 323.48 | $ 266.39 | Review and edit opening brief |
| 12/5/2015 | John Eastman | 0.4 | 0.3 | $ 190.28 | $ 76.11 | $ 57.08 | Review and edit revised draft of opening brief |
| 2/15/2016 | John Eastman | 0.2 | 0.1 | $ 192.68 | $ 38.54 | $ 19.27 | Review appellate briefs |
| 2/17/2016 | John Eastman | 6.5 | 5.2 | $ 192.68 | $ 1,252.42 | $ 1,001.94 | Review opposition briefs; research for reply brief |
| 2/18/2016 | John Eastman | 2 | 1.6 | $ 192.68 | $ 385.36 | $ 308.29 | Research for reply brief |
| 2/19/2016 | John Eastman | 3.8 | 3 | $ 192.68 | $ 732.18 | $ 578.04 | Research for reply brief; prepare memo of issues; telephone conference with co-counsel re reply brief |
| 2/19/2016 | Mallory Smith | 6.7 | 5.4 | $ 180.00 | $ 1,206.00 | $ 972.00 | Reading TTV District Court opinion; Reading TTV Appellant's Opening brief; Reading Govt Appellee Brief; Reading Individual Appellee Brief; Forming questions and strategy on how to possibly respond in the reply brief |
| 2/22/2016 | Mallory Smith | 1.3 | 0.7 | $ 180.00 | $ 234.00 | $ 126.00 | Researching pertinent questions presented based on appellee briefs |

\* Hours adjusted for unsuccessful claims and travel time.
Expenses adjusted for reimbursable and non-reimbursable.    Page 3 of 7

**CCJ EAJA Statutory Rates With Adjustments**

| Date | Name | Gross Hours | Adjusted Hours* | EAJA Statutory Rate | EAJA Gross Statutory Amount | EAJA Statutory Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 2/23/2016 | Mallory Smith | 1.7 | 0.9 | $ 180.00 | $ 306.00 | $ 162.00 | Researching case law based on cases mentioned in Appellee's brief |
| 2/25/2016 | Mallory Smith | 2.1 | 1.1 | $ 180.00 | $ 378.00 | $ 198.00 | Researching regulations and case law |
| 2/26/2016 | Mallory Smith | 1.8 | 1 | $ 180.00 | $ 324.00 | $ 180.00 | Researching regulations, case law, and legislative history Writing up research report with pertinent findings from the research |
| 3/2/2016 | John Eastman | 4.3 | 3.4 | $ 192.68 | $ 828.52 | $ 655.11 | Review pleadings and briefs; additional research for reply brief |
| 3/4/2016 | John Eastman | 1.6 | 1.3 | $ 192.68 | $ 308.29 | $ 250.48 | Review and edit draft reply brief |
| 3/4/2016 | Mallory Smith | 0.8 | 0.6 | $ 180.00 | $ 144.00 | $ 108.00 | Continued legislative history and case law research |
| 3/5/2016 | John Eastman | 1.2 | 0 | $ 192.68 | $ 231.22 | $ - | Began drafting section regarding the Court not explicitly holding that Bivens claims do not extend to First Amendment claims, but rather the Court actually assumes this remedy does extend to these claims |
| 3/6/2016 | John Eastman | 1.1 | 0.9 | $ 192.68 | $ 211.95 | $ 173.41 | Review and edit final draft of reply brief |
| 3/25/2016 | John Eastman | 2.7 | 2.7 | $ 192.68 | $ 520.24 | $ 520.24 | Prepare for oral argument |
| 3/26/2016 | John Eastman | 5.2 | 5.2 | $ 192.68 | $ 1,001.94 | $ 1,001.94 | Review pleadings in prep for oral argument |
| 3/27/2016 | John Eastman | 3.1 | 3.1 | $ 192.68 | $ 597.31 | $ 597.31 | Prep for oral argument |
| 3/28/2016 | John Eastman | 2.7 | 2.7 | $ 192.68 | $ 520.24 | $ 520.24 | Review case law in preparation for oral argument |
| 3/29/2016 | John Eastman | 10.5 | 10.5 | $ 192.68 | $ 2,023.14 | $ 2,023.14 | Prepare for moot court |
| 3/30/2016 | John Eastman | 8.2 | 8.2 | $ 192.68 | $ 1,579.98 | $ 1,579.98 | Prepare for moot court |
| 3/31/2016 | John Eastman | 8.5 | 8.5 | $ 192.68 | $ 1,637.78 | $ 1,637.78 | Moot Court (3.0); post-moot court prep for oral argument (5.5) |

* Hours adjusted for unsuccessful claims and travel time.

Expenses adjusted for reimbursable and non-reimbursable.                Page 4 of 7

**CCJ EAJA Statutory Rates With Adjustments**                                   1:13-cv-000734-RBW

| Date | Name | Gross Hours | Adjusted Hours* | EAJA Statutory Rate | EAJA Gross Statutory Amount | EAJA Statutory Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 4/4/2016 | John Eastman | 5.5 | 5.5 | $ 192.68 | $ 1,059.74 | $ 1,059.74 | Prepare for Moot Court (4.5); Moot Court (1.0) |
| 4/8/2016 | John Eastman | 2.5 | 2.5 | $ 192.68 | $ 481.70 | $ 481.70 | Review case file in prep for oral argument |
| 4/10/2016 | John Eastman | 5.5 | 5.5 | $ 192.68 | $ 1,059.74 | $ 1,059.74 | Prepare for oral argument |
| 4/11/2016 | John Eastman | 4.2 | 4.2 | $ 192.68 | $ 809.26 | $ 809.26 | Prepare for oral argument |
| 4/12/2016 | John Eastman | 12.5 | 12.5 | $ 192.68 | $ 2,408.50 | $ 2,408.50 | Prepare for oral argument |
| 4/13/2016 | John Eastman | 12 | 12 | $ 192.68 | $ 2,312.16 | $ 2,312.16 | Moot court with co-counsel (4.0); prepare for oral argument |
| 4/14/2016 | John Eastman | 2 | 2 | $ 192.68 | $ 385.36 | $ 385.36 | Attend oral argument in Lynchpins case; oral argument in TTV case; follow-up meeting with co-counsel and client. |
| 10/14/2016 | John Eastman | 0.8 | 0 | $ 192.68 | $ 154.14 | $ - | Research Cert Petition deadline for Bivens defendants |
| 10/17/2016 | Mallory Smith | 0.8 | 0 | $ 187.00 | $ 149.60 | $ - | Research re whether the 90 day requirement for filing a cert petition is triggered when a final judgment is rendered on behalf of all of the individual defendants, but a portion of the case as against other defendants has been remanded? |
| 10/19/2016 | Mallory Smith | 1.9 | 0 | $ 187.00 | $ 355.30 | $ - | Continued research re whether the 90 day requirement for filing a cert petition is triggered when a final judgment is rendered on behalf of all of the individual defendants, but a portion of the case as against other defendants has been remanded? |

\* Hours adjusted for unsuccessful claims and travel time.
Expenses adjusted for reimbursable and non-reimbursable.         Page 5 of 7

**CCJ EAJA Statutory Rates With Adjustments**

| Date | Name | Gross Hours | Adjusted Hours* | EAJA Statutory Rate | EAJA Gross Statutory Amount | EAJA Statutory Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 10/24/2016 | Mallory Smith | 1.3 | 0 | $ 187.00 | $ 243.10 | $ - | Phone conference with PILF attorneys re next steps regarding cert petition;research re Bivens landscape since 2014 |
| 10/25/2016 | Mallory Smith | 2.3 | 0 | $ 187.00 | $ 430.10 | $ - | Continued research re landscape of Bivens since 2014 |
| 10/26/2016 | Mallory Smith | 1.6 | 0 | $ 187.00 | $ 299.20 | $ - | Continued research re landscape of Bivens since 2014 |
| 10/27/2016 | Mallory Smith | 2.3 | 0 | $ 187.00 | $ 430.10 | $ - | Continued research re Bivens claims since 2014; cite check re Bivens section in appellate level briefs |
| 10/28/2016 | Mallory Smith | 3.7 | 0 | $ 187.00 | $ 691.90 | $ - | Continued research re Bivens claims since 2014; continued cite check re Bivens section in appellate level briefs |
| 10/30/2016 | John Eastman | 7.5 | 0 | $ 192.68 | $ 1,445.10 | $ - | Review and edit cert petition |
| 10/30/2016 | John Eastman | 6.4 | 0 | $ 192.68 | $ 1,233.15 | $ - | Review and edit cert petition |
| 10/31/2016 | John Eastman | 3.3 | 0 | $ 192.68 | $ 635.84 | $ - | Review and edit cert petition |
| 10/31/2016 | Mallory Smith | 2.2 | 0 | $ 187.00 | $ 411.40 | $ - | Research re SCOTUS decisions citing Bivens and the Courts hesitation for creating new Bivens remedies |
| 11/1/2016 | John Eastman | 9.2 | 0 | $ 192.68 | $ 1,772.66 | $ - | Review and edit cert petition |
| 11/2/2016 | John Eastman | 5.5 | 0 | $ 192.68 | $ 1,059.74 | $ - | Review and edit cert petition |
| 11/3/2016 | John Eastman | 1 | 0 | $ 192.68 | $ 192.68 | $ - | Finalize cert petition; amicus coordination |
| 11/5/2016 | John Eastman | 0.5 | 0 | $ 192.68 | $ 96.34 | $ - | Media |
| 11/8/2016 | John Eastman | 0.9 | 0 | $ 192.68 | $ 173.41 | $ - | Conference call re trial court order |
| 1/17/2017 | John Eastman | 1.8 | 0 | $ 196.79 | $ 354.22 | $ - | Research and Draft Reply Brief |
| 1/19/2017 | John Eastman | 2.6 | 2.6 | $ 196.79 | $ 511.65 | $ 511.65 | Review and edit Opp to MSJ |
| 1/20/2017 | John Eastman | 7.9 | 0 | $ 196.79 | $ 1,554.64 | $ - | Research and Draft Reply Brief |
| 1/21/2017 | John Eastman | 8.8 | 0 | $ 196.79 | $ 1,731.75 | $ - | Reply Brief |

\* Hours adjusted for unsuccessful claims and travel time.
Expenses adjusted for reimbursable and non-reimbursable.

**CCJ EAJA Statutory Rates With Adjustments**

| Date | Name | Gross Hours | Adjusted Hours* | EAJA Statutory Rate | EAJA Gross Statutory Amount | EAJA Statutory Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 1/22/2017 | John Eastman | 4.1 | 0 | $ 196.79 | $ 806.84 | $ - | Revise and edit Reply Brief |
|  |  |  |  |  |  |  |  |
| TOTALS |  | 218.5 | 132 |  | $ 41,854.30 | $ 25,260.18 |  |

\* Hours adjusted for unsuccessful claims and travel time.
Expenses adjusted for reimbursable and non-reimbursable.