*PILF/Foley Expenses*
**EXHIBIT 4**

PILF Foley Expenses                    1:13-CV-000734-RBW

| Date | Description | Gross Amount | Adjusted Amount* |
|---|---|---|---|
| 5/24/2013 | DC filing fee | $ 400.00 | $ 400.00 |
| 5/24/2013 | Capitol Process Svcs | $ 2,233.75 | $ 2,233.75 |
| 5/30/2013 | Postage to file complaint | $ 124.72 | $ - |
| 6/28/2013 | certified mail | $ 88.44 | $ - |
| 7/3/2013 | Lexis Nexis Research | $ 7.98 | $ 7.98 |
| 7/19/2013 | Capital Process Svcs | $ 800.00 | $ 800.00 |
| 7/24/2013 | Capitol Process Svcs | $ 1,485.00 | $ 1,485.00 |
| 7/30/2013 | Capital Process Svcs | $ 95.80 | $ 95.80 |
| 7/31/2013 | Capital Process Svcs | $ 80.00 | $ 80.00 |
| 7/31/2013 | Capital Process Svcs | $ 65.00 | $ 65.00 |
| 8/2/2013 | Capital Process Svcs | $ 80.00 | $ 80.00 |
| 8/5/2013 | Capital Process Svcs | $ 65.00 | $ 65.00 |
| 8/9/2013 | Capital Process Svcs | $ 65.00 | $ 65.00 |
| 8/14/2013 | Lexis Nexis Research | $ 54.72 | $ 54.72 |
| 8/14/2013 | Plainfield Post office | $ 14.40 | $ - |
| 8/21/2013 | Capital Process Svcs | $ 330.00 | $ 330.00 |
| 8/29/2013 | Capital Process Svcs | $ 327.00 | $ 327.00 |
| 8/30/2013 | Plainfield Post Office | $ 105.98 | $ - |
| 8/30/2013 | Plainfield Post Office | $ 37.05 | $ - |
| 9/12/2013 | US Airways_ plane tickets for KLP and NHJ to | $ 491.80 | $ - |
| 9/13/2013 | Lexis Nexis Research | $ 76.29 | $ 76.29 |
| 9/13/2013 | Capital Process Svcs | $ 90.00 | $ 90.00 |
| 9/13/2013 | Capital Process Svcs | $ 45.00 | $ 45.00 |
| 9/13/2013 | Capital Process Svcs | $ 45.00 | $ 45.00 |
| 9/13/2013 | Capital Process Svcs | $ 45.00 | $ 45.00 |
| 9/13/2013 | Capital Process Svcs | $ 45.00 | $ 45.00 |
| 9/13/2013 | Capital Process Svcs | $ 45.00 | $ 45.00 |
| 9/13/2013 | Plainfield Post Office | $ 97.83 | $ - |
| 9/13/2013 | Plainfield Post Office | $ 14.40 | $ - |
| 9/25/2013 | US Airways KLP and NHJ travel to DC | $ 25.00 | $ - |
| 9/30/2013 | NHJ and KLP travel to DC | $ 1,002.25 | $ - |
| 9/30/2013 | Plainfield Post Office | $ 6.77 | $ - |
| 10/15/2013 | Plainfield Post Office | $ 13.74 | $ - |
| 10/15/2013 | NHJ misc. travel expense to DC | $ 52.05 | $ - |
| 10/15/2013 | KLP misc. travel expenses to DC | $ 8.00 | $ - |
| 10/15/2013 | KLP travel to Indy Law library for research | $ 17.65 | $ - |
| 10/31/2013 | Plainfield Post Office | $ 6.77 | $ - |
| 10/31/2013 | KLP travel to Indy Law library | $ 17.35 | $ - |
| 11/4/2013 | Pacer electronic research | $ 299.70 | $ 299.70 |
| 11/18/2013 | Lexis Nexis Research | $ 242.21 | $ 242.21 |
| 11/27/2013 | TTV USPS | $ 6.77 | $ - |
| 11/27/2013 | TTV USPS | $ 12.50 | $ - |
| 12/11/2013 | Lexis Nexis Research | $ 140.84 | $ 140.84 |
| 1/2/2014 | Foley & Lardner Invoice #35120042 TTV-Litigation reimbursed expenses - See below for detail | $ - | $ - |
| 1/15/2014 | Lexis Nexis Research | $ 32.11 | $ 32.11 |
| 1/31/2014 | NHJ US Post office- TTV 12/19/2013 | $ 6.57 | $ - |
| 2/5/2014 | Pacer electronic research | $ 64.50 | $ 64.50 |
| 3/5/2014 | Foley & Lardner Invoice #36008835 TTV-Litigation reimbursed expenses - See below for detail | $ - | $ - |

* Reimbursable Expenses: computer aided legal research, filing fees, process service, and copying/printing.                    Page 1 of 5

PILF Foley Expenses                                              1:13-CV-000734-RBW

| Date | Description | Gross Amount | Adjusted Amount* |
|---|---|---|---|
| 3/31/2014 | Foley & Lardner Invoice #36016951 TTV- Litigation reimbursed expenses- See below for detail | $ - | $ - |
| 4/11/2014 | Pacer electronic research | $ 51.80 | $ 51.80 |
| 5/12/2014 | Lexis Nexis Research | $ 3.55 | $ 3.55 |
| 6/6/2014 | Lexis Nexis Research | $ 16.91 | $ 16.91 |
| 6/18/2014 | Foley & Lardner Invoice #36046896 TTV- Litigation reimbursed expenses- See below for detail | $ - | $ - |
| 7/1/2014 | Accuconference_TTV 6/17,6/24 conference calls | $ 18.53 | $ - |
| 7/2/2014 | USPS_TTV David Fish | $ 12.85 | $ 12.85 |
| 7/7/2014 | Lexis Nexis Research | $ 208.93 | $ 208.93 |
| 7/9/2014 | TTV_US Airway_NHJ TTV Washington DC hearing | $ 657.00 | $ - |
| 7/28/2014 | Accuconference_TTV 7/21 conference call | $ 11.86 | $ - |
| 7/28/2014 | NHJ travlel to DC for hearing | $ 417.92 | $ - |
| 8/4/2014 | Pacer electronic research | $ 53.60 | $ 53.60 |
| 8/12/2014 | Lexis Nexis Research | $ 347.49 | $ 347.49 |
| 9/1/2014 | Foley & Lardner Invoice #36072020 TTV- Litigation reimbursed expenses- See below for detail | $ - | $ - |
| 9/14/2014 | Lexis Nexis Research | $ 166.17 | $ 166.17 |
| 10/10/2014 | Lexis Nexis Research | $ 60.97 | $ 60.97 |
| 10/16/2014 | Foley & Lardner Invoice #36083693 TTV- Litigation reimbursed expenses- See below for detail | $ - | $ - |
| 10/22/2014 | Foley & Lardner Invoice #36092593 TTV- Litigation reimbursed expenses- See below for detail | $ - | $ - |
| 11/7/2014 | Pacer electronic research | $ 47.90 | $ 47.90 |
| 11/10/2014 | Lexis Nexis Research | $ 87.66 | $ 87.66 |
| 12/8/2014 | Lexis Nexis Research | $ 198.30 | $ 198.30 |
| 12/19/2014 | TTV_appeal filing | $ 505.00 | $ 505.00 |
| 1/6/2015 | NHJ Letter of Good Standing needed for TTV appeal (no charge client $3.00) | $ 3.00 | $ - |
| 1/6/2015 | Indiana Clerk_KLP Cert of Good Standing_TTV (no charge client $3.49) | $ 3.49 | $ - |
| 1/8/2015 | Lexis Nexis Research | $ 33.85 | $ 33.85 |
| 1/8/2015 | USPS_TTV postage | $ 5.05 | $ - |
| 1/12/2015 | TTV_Clerk US Court of Appeals | $ 226.00 | $ 226.00 |
| 1/15/2015 | Pacer electronic Research | $ 38.00 | $ 38.00 |
| 1/19/2015 | TTV_Clerk US Court of Appeals | $ 226.00 | $ 226.00 |
| 1/29/2015 | Foley & Lardner Invoice #36126608 TTV- Litigation reimbursed expenses- See below for detail | $ - | $ - |
| 2/9/2015 | FedEx_TTV | $ 20.95 | $ - |
| 2/9/2015 | FedEx_TTV | $ 15.95 | $ - |
| 2/10/2015 | Lexis Nexis Research | $ 254.84 | $ 254.84 |

* Reimbursable Expenses: computer aided legal research, filing fees, process service, and copying/printing.                Page 2 of 5

PILF Foley Expenses                                     1:13-CV-000734-RBW

| Date | Description | Gross Amount | Adjusted Amount* |
|---|---|---|---|
| 3/13/2015 | Lexis Nexis Research | $ 116.22 | $ 116.22 |
| 3/17/2015 | Foley & Lardner Invoice #37013154- See below for detail | $ - | $ - |
| 4/21/2015 | Lexis Nexis Research | $ 117.95 | $ 117.95 |
| 6/2/2015 | FedEx_TTV | $ 22.07 | $ - |
| 6/12/2015 | Lexis Nexis Research | $ 42.39 | $ 42.39 |
| 7/9/2015 | Accuconference_TTV 6/35/15 | $ 30.66 | $ - |
| 8/8/2015 | Lexis Nexis Research | $ 178.81 | $ 178.81 |
| 9/8/2015 | Lexis Nexis Research | $ 44.81 | $ 44.81 |
| 11/6/2015 | Lexis Nexis Research | $ 435.05 | $ 435.05 |
| 12/11/2015 | Lexis Nexis Research | $ 98.03 | $ 98.03 |
| 1/6/2016 | Lexis Nexis Research | $ 283.36 | $ 283.36 |
| 1/14/2016 | Counsel Press_Joint Appendix and Appellant's Brief | $ 1,223.17 | $ - |
| 3/15/2016 | Southwest Airline_KLP travel Moot Court DC (no charge client $61.98) | $ 61.98 | $ - |
| 3/15/2016 | American Airlines_KLP Travel moot court DC (no charge client $223.10) | $ 223.10 | $ - |
| 3/15/2016 | KLP hotel moot court DC (no charge client $227.85) | $ 227.85 | $ - |
| 3/15/2016 | NHJ hotel moot court DC (no charge client $218.01) | $ 218.01 | $ - |
| 3/16/2016 | American Airlines_NHJ travel moot court DC (no charge client $359.20) | $ 359.20 | $ - |
| 3/29/2016 | Southwest Airline_KLP travel Moot Court DC | $ 61.98 | $ - |
| 3/29/2016 | Southwest Airline_KLP travel Moot Court DC | $ 15.00 | $ - |
| 3/29/2016 | American Airlines_KLP travel moot court DC | $ 258.10 | $ - |
| 3/29/2016 | American Airlines_NHJ travel moot court DC | $ 349.10 | $ - |
| 3/29/2016 | American Airlines_NHJ travel moot court DC | $ 66.10 | $ - |
| 3/31/2016 | NHJ travel Moot Court DC | $ 70.00 | $ - |
| 4/1/2016 | KLP travel April 14 Moot | $ 200.00 | $ - |
| 4/5/2016 | Counsel Press_TTV File No 262679 printing | $ 604.70 | $ 604.70 |
| 4/5/2016 | Hotel moot court DC | $ 598.68 | $ - |
| 4/15/2016 | NHJ travel Moot Court DC | $ 110.61 | $ - |
| 4/15/2016 | KLP travel to DC for moot court | $ 199.13 | $ - |
| 4/15/2016 | JAV travel DC for moot court (no charge client $52.84) | $ - | $ - |
| 4/27/2016 | John Eastman travel reimbursement for moot court | $ 1,130.76 | $ - |
| 4/29/2016 | KLP travel to DC for moot court | $ 289.35 | $ - |
| 7/15/2016 | Pacer electronic research | $ 4.50 | $ 4.50 |
| 10/3/2016 | Flight KLP | $ 422.20 | $ - |
| 10/3/2016 | KLP travel reimbursement | $ 154.19 | $ - |
| 10/31/2016 | KLP travel to DC, attend status conference | $ 124.51 | $ - |

* Reimbursable Expenses: computer aided legal research, filing fees, process service, and copying/printing.

## PILF Foley Expenses
1:13-CV-000734-RBW

| Date | Description | Gross Amount | Adjusted Amount* |
|---|---|---:|---:|
| 11/2/2016 | TTV Supreme Court filing | $ 1,055.00 | $ 1,055.00 |
| 11/10/2016 | TTV Supreme Court filing | $ 685.43 | $ 685.43 |
| 12/13/2016 | FedEx_TTV 11/7, 11/18, 11/23 | $ 287.91 | $ - |
| 1/27/2017 | Cockle Printing 43296 | $ 310.47 | $ 310.47 |
| 2/8/2017 | Pacer electronic research | $ 32.40 | $ 32.40 |
| 2/15/2017 | KLP reimbursement TTV World Connect Fee | $ 7.69 | $ - |
| 2/28/2017 | Foley & Lardner Invoice #39008922 TTV-Litigation reimbursed expenses- See below for detail | $ - | $ - |
|  | Transportation/Travel Expenses $384.60 | $ 384.60 | $ - |
|  | Recording/Filing Fees $420 | $ 420.00 | $ 420.00 |
|  | Shipping/courier/messenger services $183.78 | $ 183.78 | $ - |
|  | Meals $212.02 | $ 212.02 | $ - |
|  | Electronic Legal Research $1063.55 | $ 1,063.55 | $ 1,063.55 |
|  | Mailing Expense $88.93 | $ 88.93 | $ - |
|  | Telephone Conferencing Charges $45.96 | $ 45.96 | $ - |
|  | Photocopying $25.05 | $ 25.05 | $ 25.05 |
|  | Electronic Legal Research $528.85 | $ 528.85 | $ 528.85 |
|  | Telephone Conferencing Charges $8.86 | $ 8.86 | $ - |
|  | Photocopying $440.10 | $ 440.10 | $ 440.10 |
|  | shipping/courier/messenger services $54.86 | $ 54.86 | $ - |
|  | Electronic Legal Research $144.25 | $ 144.25 | $ 144.25 |
|  | Photocopying $90.45 | $ 90.45 | $ 90.45 |
|  | Color Photocopying $108 | $ 108.00 | $ 108.00 |
|  | Transportation/Travel Expenses $1200.61 | $ 1,200.61 | $ - |
|  | Shipping/courier/messenger services $256.02 | $ 256.02 | $ - |
|  | Meals $464.41 | $ 464.41 | $ - |
|  | Electronic Legal Research $1788.90 | $ 1,788.90 | $ 1,788.90 |
|  | Telephone Conferencing Charges $8.98 | $ 8.98 |  |
|  | Shipping/courier/messenger services $27.43 | $ 27.43 | $ - |
|  | Electronic Legal Research $1608.20 | $ 1,608.20 | $ 1,608.20 |
|  | Transcripts $79.20 | $ 79.20 | $ 79.20 |
|  | Electronic Legal Research $771.30 | $ 771.30 | $ 771.30 |
|  | Telephone Conferencing Charges $3.08 | $ 3.08 | $ - |
|  | Shipping/courier/messenger services $13.41 | $ 13.41 | $ - |
|  | Electronic Legal Research $2490.74 | $ 2,490.74 | $ 2,490.74 |
|  | Electronic Legal Research $1170.75 | $ 1,170.75 | $ 1,170.75 |
|  | Depositions/ Transcripts, Exams $398.75 | $ 398.75 | $ 398.75 |
|  | Electronic Legal Research Services $8266.01 | $ 8,266.01 | $ 8,266.01 |
|  | Facsimile Charges $4.00 | $ 4.00 | $ - |
|  | Mailing Expenses $.48 | $ 0.48 | $ - |
|  | Photocopying charges $24.75 | $ 24.75 | $ 24.75 |
|  | Service Fees $112.68 | $ 112.68 | $ - |

* Reimbursable Expenses: computer aided legal research, filing fees, process service, and copying/printing.

**PILF Foley Expenses**                                   1:13-CV-000734-RBW

| Date | Description | Gross Amount | Adjusted Amount* |
|---|---|---|---|
|  | Shipping/courier/messenger services $155.34 | $ 155.34 | $ - |
|  | Telephone Conferenceing Charges $6.80 | $ 6.80 | $ - |
|  | Transcripts $296.65 | $ 296.65 | $ 296.65 |
|  |  |  |  |
| **TOTALS** |  | **$ 46,771.73** | **$ 33,524.34** |

\* Reimbursable Expenses: computer aided legal research, filing fees, process service, and copying/printing.