*LSI Laffey Rates*
**EXHIBIT 6**

**LSI Laffey Rates Based Upon Years of Experience (Experience Yr. Runs June 1 - May 30)**

| Name | Position | Grad. Yr. (if attny.) | First Half 2013 | Second Half 2013 | First Half 2014 | Second Half 2014 | First Half 2015 | Second Half 2015 | First Half 2016 | Second Half 2016 | First Half 2017 | Second Half 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aaron Romney | Paralegal | | $ 171.00 | $ 175.00 | $ 175.00 | $ 179.00 | $ 179.00 | $ 180.00 | $ 180.00 | $ 187.00 | $ 187.00 | $ 195.00 |
| Angela A. Henes | Paralegal | | $ 171.00 | $ 175.00 | $ 175.00 | $ 179.00 | $ 179.00 | $ 180.00 | $ 180.00 | $ 187.00 | $ 187.00 | $ 195.00 |
| Cleta Mitchell | Attorney | 1975 | $ 753.00 | $ 772.00 | $ 772.00 | $ 790.00 | $ 790.00 | $ 797.00 | $ 797.00 | $ 826.00 | $ 826.00 | $ 865.00 |
| Jason J. Kohout | Attorney | 2007 | $ 384.00 | $ 393.00 | $ 393.00 | $ 581.00 | $ 581.00 | $ 586.00 | $ 586.00 | $ 608.00 | $ 608.00 | $ 636.00 |
| Jay W. Freedman | Attorney | 1967 | $ 753.00 | $ 772.00 | $ 772.00 | $ 790.00 | $ 790.00 | $ 797.00 | $ 797.00 | $ 826.00 | $ 826.00 | $ 865.00 |
| Jesse M. Panuccio | Attorney | 2006 | $ 384.00 | $ 393.00 | $ 393.00 | $ 568.00 | $ 568.00 | $ 581.00 | $ 581.00 | $ 662.00 | $ 662.00 | $ 686.00 |
| Joseph L. Fried | Paralegal | | $ 171.00 | $ 175.00 | $ 175.00 | $ 179.00 | $ 179.00 | $ 180.00 | $ 180.00 | $ 187.00 | $ 187.00 | $ 195.00 |
| Kara J. Pierce | Paralegal | | $ 171.00 | $ 175.00 | $ 175.00 | $ 179.00 | $ 179.00 | $ 180.00 | $ 180.00 | $ 187.00 | $ 187.00 | $ 195.00 |
| Linda H. Aguirre | Paralegal | | $ 171.00 | $ 175.00 | $ 175.00 | $ 179.00 | $ 179.00 | $ 180.00 | $ 180.00 | $ 187.00 | $ 187.00 | $ 195.00 |
| Lisa M. Kieper | Paralegal | | $ 171.00 | $ 175.00 | $ 175.00 | $ 179.00 | $ 179.00 | $ 180.00 | $ 180.00 | $ 187.00 | $ 187.00 | $ 195.00 |
| Malcolm G. Reynolds | Paralegal | | $ 171.00 | $ 175.00 | $ 175.00 | $ 179.00 | $ 179.00 | $ 180.00 | $ 180.00 | $ 187.00 | $ 187.00 | $ 195.00 |
| Mary Ann Cochran | Paralegal | | $ 171.00 | $ 175.00 | $ 175.00 | $ 179.00 | $ 179.00 | $ 180.00 | $ 180.00 | $ 187.00 | $ 187.00 | $ 195.00 |
| Matthew D. Gutierrez | Attorney | 2011 | $ 312.00 | $ 319.00 | $ 319.00 | $ 327.00 | $ 327.00 | $ 330.00 | $ 406.00 | $ 421.00 | $ 421.00 | $ 440.00 |
| Michael J. Lockerby | Attorney | 1984 | $ 753.00 | $ 772.00 | $ 772.00 | $ 790.00 | $ 790.00 | $ 797.00 | $ 797.00 | $ 826.00 | $ 826.00 | $ 865.00 |
| Samantha Janus | Paralegal | | $ 171.00 | $ 175.00 | $ 175.00 | $ 179.00 | $ 179.00 | $ 180.00 | $ 180.00 | $ 187.00 | $ 187.00 | $ 195.00 |

**LSI Laffey Rates Based Upon Years of Experience (Experience Yr. Runs June 1 - May 30)**

| Name | Position | Grad. Yr. (if attny.) | First Half 2013 | Second Half 2013 | First Half 2014 | Second Half 2014 | First Half 2015 | Second Half 2015 | First Half 2016 | Second Half 2016 | First Half 2017 | Second Half 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| William E. Davis | Attorney | 1975 | $ 753.00 | $ 772.00 | $ 772.00 | $ 790.00 | $ 790.00 | $ 797.00 | $ 797.00 | $ 826.00 | $ 826.00 | $ 865.00 |
| Zack Kester | Attorney | 2009 | $ 384.00 | $ 393.00 | $ 393.00 | $ 403.00 | $ 403.00 | $ 406.00 | $ 406.00 | $ 586.00 | $ 586.00 | $ 608.00 |
| Noel Johnson | Attorney | 2010 | $ 312.00 | $ 319.00 | $ 319.00 | $ 403.00 | $ 403.00 | $ 406.00 | $ 406.00 | $ 421.00 | $ 421.00 | $ 440.00 |
| Joseph Vanderhulst | Attorney | 2008 | $ 384.00 | $ 393.00 | $ 393.00 | $ 403.00 | $ 403.00 | $ 406.00 | $ 586.00 | $ 608.00 | $ 608.00 | $ 636.00 |
| Kaylan Phiips | Attorney | 2008 | $ 384.00 | $ 393.00 | $ 393.00 | $ 403.00 | $ 403.00 | $ 406.00 | $ 586.00 | $ 608.00 | $ 608.00 | $ 636.00 |
| Barry Bostrom | Attorney | 1987 | $ 753.00 | $ 772.00 | $ 772.00 | $ 790.00 | $ 790.00 | $ 797.00 | $ 797.00 | $ 826.00 | $ 826.00 | $ 865.00 |
| Eric Bohnet | Attorney | 1994 | $ 626.00 | $ 772.00 | $ 772.00 | $ 790.00 | $ 790.00 | $ 797.00 | $ 797.00 | $ 826.00 | $ 826.00 | $ 865.00 |
| Jackie Flint | Paralegal | | $ 171.00 | $ 175.00 | $ 175.00 | $ 179.00 | $ 179.00 | $ 180.00 | $ 180.00 | $ 187.00 | $ 187.00 | $ 195.00 |
| Kevin LeRoy | Paralegal | | $ 171.00 | $ 175.00 | $ 175.00 | $ 179.00 | $ 179.00 | $ 180.00 | $ 180.00 | $ 187.00 | $ 187.00 | $ 195.00 |
| Raina Wallace | Paralegal | | $ 171.00 | $ 175.00 | $ 175.00 | $ 179.00 | $ 179.00 | $ 180.00 | $ 180.00 | $ 187.00 | $ 187.00 | $ 195.00 |
| John Eastman | Attorney | 1995 | $ 626.00 | $ 641.00 | $ 641.00 | $ 790.00 | $ 790.00 | $ 797.00 | $ 797.00 | $ 826.00 | $ 826.00 | $ 865.00 |
| Mallory Smith | Paralegal | | $ 171.00 | $ 175.00 | $ 175.00 | $ 179.00 | $ 179.00 | $ 180.00 | $ 180.00 | $ 187.00 | $ 187.00 | $ 195.00 |
| James Bopp, Jr. | Attorney | 1973 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | $ 826.00 | $ 865.00 |
| Courtney Milbank | Attorney | 2014 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | $ 342.00 | $ 358.00 |
| Jeffrey Gallant | Attorney | 2001 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | $ 686.00 | $ 718.00 |
| Melena Siebert | Attorney | 2017 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | $ 358.00 |
| Matthew Michaloski | Paralegal | | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | $ 187.00 | $ 195.00 |