*EAJA Rates*
**EXHIBIT 7**

**EAJA Rates Adjusted for Cost of Living***

| Year | Rate |
|------|------|
| 2013 | $ 187.02 |
| 2014 | $ 190.06 |
| 2015 | $ 190.28 |
| 2016 | $ 192.68 |
| 2017 | $ 196.79 |

* Attorney rates standard throughout the calendar year, regardless of years of experience. Source: https://www.ca9.uscourts.gov/content/view.php?pk_id=0000000039