*Table of Percentage Deductions for Unsuccessful Claims*
**EXHIBIT 8**

**Table for Percentage Deductions for Unsuccessful Claims**

**District Court Level**

1. Complaint = 20% deduction
2. Amended Complaint = 10% deduction
3. Opposition to Government's Motion to Dismiss Counts I, II, IV, and V = 30% deduction
4. Opposition to Dismiss Individual Defendants = 100% deduction
5. Motion to Stay Agency Action/APA Claim = 100% deduction

**Appellate Court Level**

6. Motion for Partial Reversal and Remand = 0% deduction
7. Appellant Brief =37% deduction
8. Appellant Reply Brief = 47% deduction