*Consent Order Cover Letter*
**EXHIBIT 9**



**U.S. Department of Justice**

Tax Division

---

DJ 5-16-4585
CMN 2013101900

November 20, 2017

**BY E-MAIL**

James Bopp, Jr.
The Bopp Law Firm, P.C.
The National Building
1 South 6th Street
Terre Haute, IN 47807
jboppjr@aol.com

         Re:    *True the Vote, Inc. v. United States of America, et al.*
                Civil Action No. 1:13-cv-00734-RBW   (D.D.C.)

Dear Mr. Bopp:

      The purpose of this letter is to acknowledge the terms of your offer we discussed to settle your client's claims against the federal defendants in the above-captioned case. Our understanding of the terms of your offer is as follows:

      In full and final resolution of all claims, except any request for attorney's fees and costs that Plaintiff might make under any applicable law, the parties agree to enter into the attached consent order.

      If the foregoing corresponds with your understanding of the offer, please sign and date where indicated below and return the signed letter to this office as soon as possible.

      Your offer will be processed in accordance with our usual procedure. Final action will be taken by an authorized delegate of the Attorney General. We are sure that you understand that

16006742.1

- 2 -

unless you receive a notice of acceptance from this office, the Department of Justice is in no way committed to a settlement. You will be notified as soon as final action is taken on the offer.

Sincerely yours,

TRAVIS A. GREAVES
Deputy Assistant Attorney General
for Policy and Planning
Tax Division

Enclosure

_____
James Bopp, Jr.
Counsel for Plaintiff True the Vote, Inc.

Date: 1/16/18

16006742 1