UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **True the Vote, Inc.**;<br><br>*Plaintiff*,<br><br>v.<br><br>**Internal Revenue Service, et al.**;<br><br>*Defendant*s. | **Civil Case No.** 1:13-cv-000734-RBW |

# PROPOSED ORDER

This action is before the Court on Plaintiff's Application and Motion for Attorneys' Fees, Costs, and Expenses Under the Equal Access to Justice Act. The Court holds that: (1) the EAJA applies to this action; (2) Plaintiff meets the net worth eligibility requirements of the EAJA; (3) the application is timely; (4) Plaintiff is the prevailing party in this litigation; (5) the Defendant cannot carry its heavy burden of showing its position was substantially justified in either law or fact and will not be able to show special circumstances make an award of fees unjust; and (6) the requested fees are fair and reasonable.

It is ORDERED that the Defendant, the Internal Revenue Service, must pay Plaintiff, True the Vote, Inc., $_____ within 30 days from the date of the Order.

SO ORDERED this _____ day of _____, 2018

_____
United States District Judge