UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **True the Vote, Inc.**;  *Plaintiff*,<br><br>v.<br><br>**Internal Revenue Service, et al.**;  *Defendants*. | **Civil Case No.** 1:13-cv-000734-RBW<br><br>**Plaintiff's Motion for 30-Day Extension for Reply to Opposition to Plaintiff's Application and Motion for Attorneys' Fees, Costs, and Expenses** |

## Plaintiff's Motion for 30-Day Extension for Reply to Opposition to Plaintiff's Application and Motion for Attorneys' Fees, Costs, and Expenses

Pursuant to Fed. R. Civ. P. 6(b), Plaintiff respectfully moves this Court for a 30-day extension for a reply to the *Defendant's Opposition to Plaintiff's Application and Motion for Attorneys' Fees, Costs, and Expenses* (Doc. 152). Plaintiff's counsel has scheduling conflicts that make complying with the initial seven-day reply deadline difficult, including briefing and memoranda that preclude working on the reply. Absent the requested extension of time, Plaintiff's counsel will have insufficient time to give the needed attention to the reply.

Pursuant to LCvR 7(m), Plaintiff's counsel conferred with Defendant's to discuss this request; Defendant's counsel consents to a seven-day extension.

**WHEREFORE**, Plaintiff prays this Court grant *Plaintiff's Motion for 30-Day Extension for Reply to Opposition to Plaintiff's Application and Motion for Attorneys' Fees, Costs, and Expenses*.

March 8, 2018

Respectfully submitted,
/s/ James Bopp, Jr.
James Bopp, Jr. (D.C. Bar No. CO0041)
Courtney Turner Milbank*
THE BOPP LAW FIRM, P.C.
The National Building
1 South 6th Street
Terre Haute, Indiana 47807
(812) 232-2434
(812) 235-3685 (fax)
*Attorneys for Plaintiff*
*Admitted *pro hac vice*

## Certificate of Service

I hereby certify that on March 8, 2018 , I caused the *Plaintiff's Motion for 30-Day Extension for Reply to Opposition to Plaintiff's Application and Motion for Attorneys' Fees, Costs, and Expenses* in the above-captioned matter to be filed with the United States District Court for the District of Columbia via the Court's CM/ECF system.

/s/ James Bopp, Jr.
James Bopp, Jr.