## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **True the Vote, Inc.**; | |
| *Plaintiff*, | **Civil Case No.** <u>1:13-cv-000734-RBW</u> |
| *v.* | |
| **Internal Revenue Service, et al.**; | |
| *Defendant*s. | |

### PROPOSED ORDER

This action is before the Court on Plaintiff's Motion for a 30-day extension to reply to the

*Defendant's Opposition to Plaintiff's Application and Motion for Attorneys' Fees, Costs, and*

*Expenses*, the Court being duly advised now **GRANTS** Plaintiff's Motion and finds and orders

the following:

Plaintiffs have until and including Thursday, April 12, 2018 to reply to *Defendant's
Opposition to Plaintiff's Application and Motion for Attorneys' Fees, Costs, and Expenses*.


**SO ORDERED** this _____ day of _____, 2018


_____
United States District Judge