UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **True the Vote, Inc.**;<br>            *Plaintiff*,<br>v.<br>**Internal Revenue Service, et al.**;<br>            *Defendant*s. | **Civil Case No.** 1:13-cv-000734-RBW<br><br>**Plaintiff's Amended Motion for 30-Day Extension for Reply to Opposition to Plaintiff's Application and Motion for Attorneys' Fees, Costs, and Expenses** |

## Plaintiff's Amended Motion for 30-Day Extension for Reply to Opposition to Plaintiff's Application and Motion for Attorneys' Fees, Costs, and Expenses

 Pursuant to Fed. R. Civ. P. 6(b), Plaintiff respectfully moves this Court for a 30-day extension for a reply to the *Defendant's Opposition to Plaintiff's Application and Motion for Attorneys' Fees, Costs, and Expenses* (Doc. 152).  Plaintiff's counsel has scheduling conflicts that make complying with the initial seven-day reply deadline difficult. Plaintiff's counsel is a member of the Uniform Law Commission Anti-SLAPP Committee and will attend its meeting March 8-11, 2018. Plaintiff's counsel is also the General Counsel for National Right to Life Committee and will attend its annual board meeting on March 16-17, 2018. Plaintiff's associate counsel on this case went on maternity leave on March 1, 2018. Plaintiff's counsel also has a petition for attorneys' fees and the corresponding memoranda due in the Oregon Court of Appeals on March 23, 2018. Absent the requested extension of time, Plaintiff's counsel will have insufficient time to give the needed attention to the reply.

 Pursuant to LCvR 7(m), Plaintiff's counsel conferred with Defendant's to discuss this

request; Defendant's counsel consents to a seven-day extension.

**WHEREFORE**, Plaintiff prays this Court grant *Plaintiff's Amended Motion for 30-Day Extension for Reply to Opposition to Plaintiff's Application and Motion for Attorneys' Fees, Costs, and Expenses*.

March 8, 2018                                                  Respectfully submitted,
                                                               /s/ James Bopp, Jr.
                                                               James Bopp, Jr. (D.C. Bar No. CO0041)
                                                               Courtney Turner Milbank*
                                                               THE BOPP LAW FIRM, P.C.
                                                               The National Building
                                                               1 South 6th Street
                                                               Terre Haute, Indiana 47807
                                                               (812) 232-2434
                                                               (812) 235-3685 (fax)
                                                               *Attorneys for Plaintiff*
                                                               *Admitted *pro hac vice*

## Certificate of Service

I hereby certify that on March 8, 2018 , I caused the *Plaintiff's Amended Motion for 30-Day Extension for Reply to Opposition to Plaintiff's Application and Motion for Attorneys' Fees, Costs, and Expenses* in the above-captioned matter to be filed with the United States District Court for the District of Columbia via the Court's CM/ECF system.

/s/ James Bopp, Jr.
James Bopp, Jr.