UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **True the Vote, Inc.**;<br>　　　　　　　　　　　　　　　*Plaintiff*,<br><br>　v.<br><br>**Internal Revenue Service, et al.**;<br>　　　　　　　　　　　　　　　*Defendant*s. | **Civil Case No.** 1:13-cv-000734-RBW |

**PROPOSED ORDER**

　　This action is before the Court on Plaintiff's Amended Motion for a 30-day extension to reply to the *Defendant's Opposition to Plaintiff's Application and Motion for Attorneys' Fees, Costs, and Expenses*, the Court being duly advised now **GRANTS** Plaintiff's Motion and finds and orders the following:

　　Plaintiffs have until and including Thursday, April 12, 2018 to reply to *Defendant's Opposition to Plaintiff's Application and Motion for Attorneys' Fees, Costs, and Expenses*.

　　**SO ORDERED** this _____ day of _____, 2018

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

-1-