**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **True the Vote, Inc.;** | |
| *Plaintiff,* | **Civil Case No.** <u>1:13-cv-000734-RBW</u> |
| *v.* | |
| **Internal Revenue Service, et al.;** | **Plaintiff's Supplemental Application and Motion for Attorneys' Fees, Costs, and Expenses Under the Equal Access to Justice Act** |
| *Defendants.* | |

## Plaintiff's Supplemental Application and Motion for Attorneys' Fees, Costs, and Expenses Under the Equal Access to Justice Act

Plaintiff, True The Vote ("TTV"), submitted *Plaintiff's Application and Motion for Attorneys' Fees, Costs, and Expenses Under the Equal Access to Justice Act* on February 20, 2018. (Doc. 151). In that application, TTV stated it would submit a supplemental request for fees incurred after February 13, 2018, once briefing in the matter had concluded. (*Pl.'s Application*, Doc. 151, n. 1).

Since February 13, 2018, TTV has incurred $103,049.20 in additional attorneys' fees and costs, valued at the enhanced LSI Laffey rates. As argued in Plaintiff's prior motion regarding fees, LSI Laffey rates can be awarded as a "bad faith" enhancement under 28 U.S.C. § 2412(b), based upon the IRS's actions, or as a "special factor" enhancement under § 2412(d)(2)(A), based upon the IRS's unusually litigious position.[1] Alternatively, TTV has incurred $41,278.31 in

---

[1] TTV incorporates by reference all of the arguments it made regarding fees and fee enhancements under the EAJA in its prior briefings.

**Pl. Supp. App. And**
**Motion for Att. Fees**
**and Costs Under EAJA** -1-

additional attorneys' fees and costs, pursuant to the EAJA statutory rate, adjusted for inflation, under § 2412(d)(2)(A). The billing records for these additional fees, including proper adjustments and detailed narratives, are attached to this motion as Exhibit 1. The Supplemental Declaration of James Bopp, Jr. supporting these records is attached to this Supplemental Motion. After the adjustments described in Plaintiff's Reply (Doc. 156, 25), TTV has requested fees valued at LSI Laffey rates totaling $1,879,157.86 and valued at EAJA statutory rates totaling $720,272.46.

Therefore, TTV respectfully moves this court for an order awarding it reasonable attorneys' fees of $1,982,207.06, pursuant to a "bad faith" enhancement under 28 U.S.C. § 2412(b), based upon the IRS's actions, or as a "special factor" enhancement under § 2412(d)(2)(A), based upon the IRS's unusually litigious position. In the alternative, TTV respectfully moves this Court for an order awarding it reasonable attorneys' fees of $761,550.77, pursuant to the EAJA statutory rate, adjusted for inflation, under § 2412(d)(2)(A).

### Rule 7(f) Request For Oral Hearing

Pursuant to LcvR 7(f), TTV requests an oral hearing on this motion.

**WHEREFORE**, Plaintiff True the Vote, Inc. prays this Court grant *Plaintiff's Supplemental Application and Motion for Attorney's Fees, Costs, and Expenses Under the Equal Access to Justice Act* and direct the Defendant to pay Plaintiff such an award within 30 days of the Court's Order.

April 18, 2018                                Respectfully submitted,

                                              /s/ James Bopp, Jr.
                                              _____

                                              James Bopp, Jr. (D.C. Bar No. CO0041)
                                              Courtney Turner Milbank*
                                              THE BOPP LAW FIRM, P.C.
                                              The National Building
                                              1 South 6th Street
                                              Terre Haute, Indiana 47807
                                              (812) 232-2434
                                              (812) 235-3685 (fax)
                                              *Attorneys for Plaintiff*
                                              *Admitted *pro hac vice*

**Pl. Supp. App. And**
**Motion for Att. Fees**
**and Costs Under EAJA**                      -3-

# Certificate of Service

I hereby certify that on April 18, 2018 , I caused the *Plaintiff's Supplemental Application and Motion for Attorneys' Fees, Costs, and Expenses Under the Equal Access to Justice Act* and exhibits thereto in the above-captioned matter to be filed with the United States District Court for the District of Columbia via the Court's CM/ECF system.

/s/ James Bopp, Jr.
James Bopp, Jr.