UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **True the Vote, Inc.**;<br><br>                                      *Plaintiff*,<br>   v.<br><br>**Internal Revenue Service, et al.**;<br>                                      *Defendant*s. | **Civil Case No.** <u>1:13-cv-000734-RBW</u> |

## Proposed Order on Plaintiff's Motion for Oral Argument

Plaintiff having filed a Motion for Oral Argument, and the Court being duly advised now **GRANTS** said motion.

It is therefore ordered, adjudged, and decreed by the Court that oral argument shall be set for _____ day of _____, 2019 at _____ A.M./P.M.

SO ORDERED this _____ day of _____, 2019.

_____
JUDGE

**Proposed Order on Plaintiff's
Motion for Oral Argument**

Distribution to:

    James Bopp, Jr.- jboppjr@aol.com

    Courtney Turner Milbank- cmilbank@bopplaw.com

    Brigida Benitez- bbenitez@steptoe.com

    Catherine D. Cockerham- ccockerham@steptoe.com

    Christopher Randy Egan-christopher.r.egan@usdoj.gov

    Eric Richard Nitz- enitz@mololamken.com

    Erica Lynne Gerson- egerson@steptoe.com

    Gerald Alan Role- gerald.a.role@usdoj.gov

    Grover Hartt , III-  grover.hartt@usdoj.gov

    Jeffrey A. Lamken- jlamken@mololamken.com

    Joseph A. Sergi- joseph.a.sergi@usdoj.gov

    Justin V. Shur- jshur@mololamken.com