IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRUE THE VOTE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:13-cv-00734-RBW |
| ) | |
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**UNITED STATES' OPPOSITION TO
PLAINTIFF'S MOTION FOR ORAL ARGUMENT**

Plaintiff True the Vote has requested oral argument on its Application and Motion for Attorneys' Fees, Costs and Expenses. The United States opposes this request and believes that oral argument is not necessary. The issues in Plaintiff's Motion are neither significant nor complex and can be resolved on the pleadings. As explained more fully in the papers, Plaintiff is not entitled to attorneys' fees, costs, or expenses because it is not a "prevailing party" within the meaning of the Equal Access to Justice Act ("EAJA"). Even if Plaintiff were a prevailing party, it still would not qualify to receive any of its requested amounts because the United States' position in this action – that Plaintiff's claims are moot – was substantially justified. Indeed, this Court granted the United States' motion to dismiss this case based on mootness. And even if Plaintiff were a prevailing party and if the United States' position were not substantially justified, the circumstances of this case make the award of attorneys' fees "unjust" and not allowable under the EAJA. We do not believe these issues require argument beyond the pleadings.

DATED: February 6, 2019

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General
Tax Division

s/ Joseph A. Sergi
JOSEPH A. SERGI (DC 480837)
Senior Litigation Counsel
U.S. Department of Justice, Tax Division
555 4th Street, N.W., JCB 7207
Washington, D.C. 20001
(202) 305-0868; (202) 307-2504 (FAX)
Joseph.A.Sergi@usdoj.gov

LAURA M. CONNER (VA 40388)
STEVEN M. DEAN (DC 1020497)
W. CARL HANKLA (DC 411665)
JEREMY N. HENDON (OR 982490)
Trial Attorneys
U.S. Department of Justice, Tax Division
555 4th Street, N.W.
Washington, D.C. 20001
(202) 514-2000

Of Counsel:
JESSIE K. LIU
United States Attorney

ATTORNEYS FOR THE UNITED STATES

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| TRUE THE VOTE, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:13-cv-00734-RBW |
| UNITED STATES OF AMERICA, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2019, the *UNITED STATES' OPPOSITION TO PLAINTIFF'S MOTION FOR ORAL ARGUMENT* was filed with the United States District Court for the District of Columbia via the Court's CM/ECF system.

s/ *Joseph A. Sergi*
JOSEPH A. SERGI