UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TRUE THE VOTE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 13-734 (RBW) |
| ) | |
| INTERNAL REVENUE SERVICE, et al., ) | |
| ) | |
| Defendants. ) | |

In accordance with the Memorandum Opinion issued on this same date, it is hereby

**ORDERED** that the Plaintiff's Application and Motion for Attorneys' Fees, Costs, and Expenses Under the Equal Access to Justice Act, ECF No. 151, is **GRANTED IN PART AND HELD IN ABEYANCE IN PART**. The motion is **GRANTED** to the extent that it seeks a finding that the plaintiff is entitled to attorneys' fees and costs under the Equal Access to Justice Act. The motion is **HELD IN ABEYANCE** in all other respects pending further submission by the plaintiff supporting the reasonableness of the requested attorney and non-attorney billing rates. It is further

**ORDERED** that the Plaintiff's Supplemental Application and Motion for Attorneys' Fees, Costs, and Expenses Under the Equal Access to Justice Act, ECF No. 157, is **HELD IN ABEYANCE** pending further submission by the plaintiff supporting the reasonableness of the requested attorney and non-attorney billing rates. It is further

**ORDERED** that the Plaintiff's Motion for Oral Argument, ECF No. 158, is **HELD IN ABEYANCE** pending further submission by the plaintiff supporting the reasonableness of the requested attorney and non-attorney billing rates. It is further

**ORDERED** that, on or before June 13, 2019, the plaintiff shall submit (1) additional evidence supporting the reasonableness of its requested attorney and non-attorney billing rates and (2) revised billing records separating all time entries by timekeeper.  It is further

**ORDERED** that, on or before June 20, 2019, the defendants shall file an opposition, if any, to the plaintiff's response to this Order.

**SO ORDERED** this 30th day of May, 2019.

REGGIE B. WALTON<br>
United States District Judge