United States District Court
District of Columbia

| | |
|---|---|
| **True the Vote, Inc.**;<br><br>   v.<br><br>**Internal Revenue Service, et al.**;<br><br>*Plaintiff*,<br><br>*Defendant*s. | **Civil Case No. 1:13-cv-000734-RBW** |

## Motion For Jeffrey P. Gallant to Appear *Pro Hac Vice*

   James Bopp, Jr., a member of the bar in good standing of the United States District Court for the District of Columbia, moves the admission of Jeffrey P. Gallant *pro hac vice* in this action. *Cf.* LCvR 83.2(d). A declaration and a proposed order are attached. Per LCvR 7(m), Plaintiff's counsel emailed Defendants' counsel on May 31, 2019, at 11:28 am, to inquire as to whether they objected to this Motion. As of this Motion's filing, Plaintiff's counsel received no response from Defendants' counsel.

May 31, 2019                                    Respectfully submitted,

                                                                          /s/ James Bopp, Jr.
                                                        James Bopp, Jr., Bar #CO 0041
                                                        jboppjr@aol.com
                                                        THE BOPP LAW FIRM, PC
                                                        1 South Sixth Street
                                                        Terre Haute, IN  47807-3510
                                                       812/232-2434 telephone
                                                       812/235-3685 facsimile

*Pro Hac Vice* **Motion**

United States District Court
District of Columbia

| | |
|---|---|
| **True the Vote, Inc.**;<br>                               *Plaintiff*,<br>  v.<br>**Internal Revenue Service, et al.**;<br>                             *Defendant*s. | Civil Case No. 1:13-cv-000734-RBW |

**Local Rule 83.2(d) Declaration**

I, Jeffrey P. Gallant, declare as follows:

**1.** My office is at 1 South Sixth Street; Terre Haute, Indiana 47807, and the office telephone number is (812) 232-2434.

**2.** I am a member of the bars of the:

    Virginia Supreme Court
    United States Supreme Court
    United States Court of Appeals for the District of Columbia
    United States Court of Appeals for the First Circuit
    United States Court of Appeals for the Second Circuit
    United States Court of Appeals for the Fourth Circuit
    United States Court of Appeals for the Seventh Circuit
    United States Court of Appeals for the Eighth Circuit
    United States Court of Appeals for the Ninth Circuit
    United States Court of Appeals for the Tenth Circuit
    United States District Court for the Southern District of Indiana
    United States District Court for the District of Colorado
    United States District Court for the Eastern District of Wisconsin

**3.** I certify that I have never been disciplined by any bar.

**4.** I have been admitted *pro hac vice* in this Court prior to this motion for one case within the

last two years (12 Percent Logistics, Inc. et al. v. Unified Carrier Registration Plan Board, d/b/a Unified Carrier Registration Board et al., Civil Case No. 1:17-cv-2000-APM).

**5.** I do not practice law from an office in the District of Columbia, am not a member of the District of Columbia Bar, and do not have an application for membership pending.

I declare under penalty of perjury that the foregoing is true.

May 31, 2019
/s/ Jeffrey P. Gallant
Jeffrey P. Gallant
THE BOPP LAW FIRM, PC
1 South Sixth Street
Terre Haute, IN  47807
jgallant@bopplaw.com
812/232-2434 telephone
812/235-3685 facsimile

**Declaration of Jeffrey P. Gallant**            -3-

## Certificate of Service

I hereby certify that on May 31, 2019, the foregoing was filed with the United States District Court for the District of Columbia via the Court's CM/ECF system.

    /s/James Bopp, Jr.

    James Bopp, Jr., Bar #CO 0041

**Declaration of Jeffrey P. Gallant**     -4-