**United States District Court**
**District of Columbia**

| | |
|---|---|
| **True the Vote, Inc.**; | |
| *Plaintiff*, | |
| *v.* | **Civil Case No. 1:13-cv-000734-RBW** |
| **Internal Revenue Service, et al.**; | |
| *Defendant*s. | |

## Motion For Melena S. Siebert to Appear *Pro Hac Vice*

James Bopp, Jr., a member of the bar in good standing of the United States District Court for the District of Columbia, moves the admission of Melena S. Siebert *pro hac vice* in this action. *Cf.* LCvR 83.2(d). A declaration and a proposed order are attached.  Per LCvR 7(m), Plaintiff's counsel emailed Defendants' counsel on May 31, 2019, at 11:28 am, to inquire as to whether they objected to this Motion. As of this Motion's filing, Plaintiff's counsel received no response from Defendants' counsel.

May 31, 2019                                    Respectfully submitted,

 /s/ James Bopp, Jr.
James Bopp, Jr., Bar #CO 0041
jboppjr@aol.com
THE BOPP LAW FIRM, PC
1 South Sixth Street
Terre Haute, IN  47807-3510
812/232-2434 telephone
812/235-3685 facsimile

*Pro Hac Vice* **Motion**

**United States District Court**
**District of Columbia**

| | |
|---|---|
| **True the Vote, Inc.;** <br><br> *Plaintiff,* <br><br> v. <br><br> **Internal Revenue Service, et al.;** <br><br> *Defendant*s. | **Civil Case No. 1:13-cv-000734-RBW** |

**Local Rule 83.2(d) Declaration**

I, Melena S. Siebert, declare as follows:

**1.** My office is at 1 South Sixth Street; Terre Haute, Indiana 47807, and the office telephone number is (812) 232-2434.

**2.** I am a member of the bars of the:

Ohio Supreme Court
Indiana Supreme Court
United States District Court for the Northern District of Indiana
United States District Court for the Southern District of Indiana

**3.** I certify that I have never been disciplined by any bar.

**4.** I have been admitted *pro hac vice* in this Court prior to this motion for one case (12 Percent Logistics, Inc. et al. v. Unified Carrier Registration Plan Board, d/b/a Unified Carrier Registration Board et al.,  Civil Case No. 1:17-cv-2000-APM).

**5.** I do not practice law from an office in the District of Columbia, am not a member of the District of Columbia Bar, and do not have an application for membership pending.

**Declaration of Melena S. Siebert**                    -2-

I declare under penalty of perjury that the foregoing is true.

May 31, 2019                          /s/ Melena S. Siebert
                                      Melena S. Siebert
                                      THE BOPP LAW FIRM, PC
                                      1 South Sixth Street
                                      Terre Haute, IN  47807
                                      msiebert@bopplaw.com
                                      812/232-2434 telephone
                                      812/235-3685 facsimile

**Declaration of Melena S. Siebert**          -3-

## Certificate of Service

I hereby certify that on May 31, 2019, the foregoing was filed with the United States District Court for the District of Columbia via the Court's CM/ECF system.

/s/James Bopp, Jr.

James Bopp, Jr., Bar #CO 0041

**Declaration of Melena S. Siebert**                -4-