United States District Court
District of Columbia

| | |
|---|---|
| **True the Vote, Inc.**;  *Plaintiff*,  v.  **Internal Revenue Service, et al.**;  *Defendants*. | **Civil Case No. 1:13-cv-000734-RBW** |

# Order

This action is before the Court on the motion of James Bopp, Jr., to admit Melena S. Siebert *pro hac vice*. Based on the motion and accompanying declaration, the Court **GRANTS** the motion.

**SO ORDERED** this _____ day of _____ 2019.

_____
Reggie B. Walton
United States District Judge

**Distribution:**

James Bopp, Jr., DC Bar #CO 0041,
   jboppjr@aol.com

Courtney Turner Milbank
  cmilbank@bopplaw.com

THE BOPP LAW FIRM, PC
1 South Sixth Street
Terre Haute, IN 47807-3510

Brock Cordt Akers   bca@akersfirm.com

*Counsel for Plaintiffs*

Brigida Benitez   bbenitez@steptoe.com,
ccockerham@steptoe.com,
dfrench@steptoe.com, jnewton@steptoe.com,
mrios@steptoe.com

Gerald Alan Role   grole@rolelaw.com,
rolelawdc@gmail.com

Jeffrey A. Lamken
  jlamken@mololamken.com,
ahavriliak@mololamken.com,
aswanson@mololamken.com,
edeininger@mololamken.com,
enitz@mololamken.com,
lwalker@mololamken.com,
mtotaro@mololamken.com

Joseph A. Sergi   joseph.a.sergi@usdoj.gov,
Southern.Taxcivil@usdoj.gov

Justin V. Shur   jshur@mololamken.com

Catherine D. Cockerham
  ccockerham@steptoe.com,
mrios@steptoe.com

Grover Hartt, III   grover.hartt@usdoj.gov,
Dolores.C.Lopez@usdoj.gov,
southern.taxcivil@usdoj.gov

Erica Lynne Gerson   egerson@steptoe.com

Eric Richard Nitz   enitz@mololamken.com

Steven Marcus Dean
  steven.m.dean@usdoj.gov