United States District Court
For the District of Columbia

| | |
|---|---|
| **True the Vote, Inc.**;<br><br>　　　　　　　　　　　　　　*Plaintiff*,<br><br>v.<br><br>**Internal Revenue Service, et al.**;<br><br>　　　　　　　　　　　　　　*Defendant*s. | **Civil Case No.** 1:13-cv-000734-RBW<br><br>**Plaintiff's Notice of Compliance with Court Order** |

**Plaintiff's Notice of Compliance with Court Order**

　　　Plaintiff, True the Vote, Inc. ("**TTV**"), respectfully files this Notice complying with the Court's May 30th Order requiring: (1) additional evidence supporting the reasonableness of its requested attorney and non-attorney billing rates, and (2) revised billing records separating all time entries by timekeeper. Order, ECF. No. 161, 2.

　　　TTV provides the following evidence, pursuant to this Court's Order:

1.　　Declarations from all law firms and public interest legal organizations who served as TTV's counsel (collectively, "**TTV's Counsel**") providing evidence of the experience and education for all non-attorneys at issue in TTV's Application and Supplemental Application, attached to *Plaintiff's Memorandum of Points and Authorities in Support of Plaintiff's Notice of Compliance with Court Order* ("**Pl.'s Memo.**") as Exhibits 9, 10, 14,15;

2.　　Declarations from TTV's Counsel providing evidence of their regular billing rates and fee collection practices for attorneys and non-attorneys, attached to Pl.'s Memo. as Exhibits 9, 10, 14, 15;

3.　　Declarations from other attorneys practicing in the D.C. area, providing evidence of the

    rates they have charged, and have been paid, for work in substantially similar litigation to the case at bar, attached to Pl's Memo. as Exhibits 6,7, 23, 24;

4.     Case law and evidence cited in Pl.'s Memo. that directly supports, or provides persuasive arguments, as to why the LSI Matrix rates should apply to an EAJA award of attorneys' fees with a "bad faith enhancement,"' at 10-14; and

5.     Billing records for TTV's Counsel, sorted and subtotaled by attorney or non-attorney, attached to Pl.'s Memo. as Exhibits 16 - 21.

    The evidence listed *supra* supports the requested attorneys' fees and adjustments to those fees detailed in: *Plaintiff's Application and Motion for Attorneys' Fees, Costs, and Expenses Under the Equal Access to Justice Act*, ECF No. 151 ("**Application**"); *Plaintiff's Reply to United States' Opposition to Plaintiff's Application and Motion for Attorneys' Fees, Costs, and Expenses Under the Equal Access to Justice Act*, ECF No. 156 ("**Reply**"); and *Plaintiff's Supplemental Application for Fees, Costs, and Expenses Under the Equal Access to Justice Act*, ECF No. 157 ("**Supplemental Application**").

    TTV shows through its *Memorandum of Points and Authorities in Support of Plaintiff's Notice of Compliance with Court Order* and its exhibits thereto that TTV's requested attorneys' fees, based upon the LSI Matrix, are reasonable and reflect the prevailing market rate for substantially similar litigation in the D.C. area. TTV has provided evidence that: (1) it is entitled to use a rate matrix as proof of prevailing market rates for this complex federal litigation; (2) supports the Court's use of the LSI Matrix instead of the USAO II Matrix in this case; and (3) the "bad faith enhancement" justifies the use of the LSI Matrix. Additionally, even if the LSI Matrix is not considered dispositive, TTV has justified the rates requested as accurately representative of prevailing market rates. Further, TTV has presented evidence and argument that

this Court should adopt matrices as dispositive proof of prevailing market rates in all attorneys' fees petitions.

## Rule 7(f) Request For Oral Hearing

Pursuant to LcvR 7(f), TTV requests an oral hearing on this Notice.

## Rule 7(m) Certification

In compliance with LcvR (7)(m), counsel for TTV discussed this Notice with counsel before submitting it to the Court. As the Notice is filed in order to comply with this Court's Order, opposing counsel had no objection.

June 13, 2019                                   Respectfully submitted,

/s/ James Bopp, Jr.
James Bopp, Jr. (D.C. Bar No. CO0041)
Courtney Turner Milbank*
Jeffrey P. Gallant*
Melena S. Siebert*
THE BOPP LAW FIRM, P.C.
The National Building
1 South 6th Street
Terre Haute, Indiana 47807
(812) 232-2434
(812) 235-3685 (fax)
*Attorneys for Plaintiff*
*Admitted *pro hac vice*

## Certificate of Service

I hereby certify that on June 13, 2019 , I caused the *Plaintiff's Notice of Compliance with Court Order* in the above-captioned matter to be filed with the United States District Court for the District of Columbia via the Court's CM/ECF system.

/s/ James Bopp, Jr.
James Bopp, Jr.
