*Declaration of Bruce MacEwen*
**DL v. The District of Columbia**

**EXHIBIT 3**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DL[1], *et al.*, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>THE DISTRICT OF COLUMBIA, *et al.*,<br><br>  Defendants. | **Plaintiffs' Exhibit 29**<br>Civ. No. 05-1437 (RCL)<br><br>Civil Action No. 05-1437 (RCL) |

### AFFIDAVIT OF BRUCE MacEWEN

I, Bruce MacEwen, declare, pursuant to 28 U.S.C. 1746 and under the penalty of perjury, that the following is true and correct.

1. I am a lawyer and consultant to law firms on strategic and economic issues. I founded and am the President of Adam Smith, Esq., LLC. Since 2002, we have provided high-end consulting services to the legal profession and those who work with or for it. Our services include: strategic assessments; client relationship programs; compensation structures; marketing, branding, and communications; leadership development; mergers and acquisitions. Adam Smith, Esq. provides services nationwide in the United States and internationally; we have worked with law firm clients in the UK, the EU, Canada, Brazil, and China. We provide services to law firms of all sizes, but primarily to sophisticated firms offering specialized legal services.

2. As part of our services, we publish AdamSmithEsq.com, a website which provides insights on the business of large, sophisticated law firms. Since the site's launch in late 2003, over

---

[1] Pursuant to Local Rule 5.4(f)(2), minors are identified by their initials.

1

1,500 articles have appeared on "Adam Smith, Esq." covering such topics as strategy, leadership, globalization, merger and acquisition, finance, compensation, cultural considerations, and partnership structures.

3. I earned my Bachelor of Arts degree in Economics, *magna cum laude*, from Princeton University in 1976 and my Juris Doctorate from Stanford Law School in 1980.

4. Prior to beginning my consulting practices, I practiced litigation and corporate law with Shea & Gould and with Breed, Abbott & Morgan in New York, New York for seven years. I then practiced securities law in-house for nearly ten years at Dean Witter/Morgan Stanley.

5. My consulting practice consists of advising commercial law firms, of all sizes, on strategic and economic issues. Some of my recent engagements have included developing strategic plans for offices, practice groups, and firms as a whole; advising on pre-merger due diligence and post-merger integration; assisting firms to develop strategies for re-conceiving associate career paths; assisting firms in addressing alternative and strategic billing; and advising firms on the consequences of the economic "Great Reset" in 2008-2009 as well as the trend towards increasing segmentation among Global 100 law firms.

6. I have written for or been quoted in *Fortune, The Wall Street Journal, The New York Times, The Washington Post,* Bloomberg News/Radio/TV, *Business 2.0, The International Herald Tribune, The National Law Journal, The ABA Journal, The Lawyer,* and other publications. I frequently speak at law firm retreats and legal industry conferences in the United States and overseas.

7. I am familiar with the Washington, D.C. legal market, including the market for complex federal litigation, through working with firms in the market as part of my consulting practice. In addition, I work with many other firms that want to expand into the Washington, D.C. market. I know a number of prominent Washington, D.C. practitioners. I am also familiar with the other major legal

2

markets throughout the country and around the world, primarily including Canada and the large legal services market serving the UK from London, Ireland, and Scotland, as part of my consulting practice.

8. The National Law Journal annually surveys the top law firms in the United States. Of the cities in which those firms have offices, Washington, D.C. is the most common city. Law firms from all over the United States have an office there. Strategically, having a Washington, D.C. presence is more important than having a presence elsewhere.

9. In my opinion, the Washington, D.C. market for complex federal litigation is not a local market, but a national market. Firms from around the country come into the Washington, D.C., market to handle cases in the federal courts and District firms handle cases in other markets. There are local legal markets in some legal areas, but the market for complex federal litigation is not one of them.

10. To some degree, the national character of the Washington market for complex federal litigation is related to the fact that many cases litigated in Washington, D.C. have a national impact or outcome. The *DL* case is a class action concerning civil rights enforcement. It is a case seeking to enforce a federal statute which could reasonably be expected to have national repercussions. There is one national legal market in the United States for attorneys handling such cases.

11. The market for complex federal litigation, in Washington, D.C. and elsewhere, is a single market comprised of law firms of different sizes, all of which compete against each other. Each of the firms in the market competes against each other to represent those who require the services of litigators experienced in complex federal litigation.

12. Both firm size and firm overhead are irrelevant to the setting of hourly rates for complex federal litigation. Instead, rates are a function of the value of the services in the market.

13. In some instances, firms charge a preparation rate and a trial rate, but it is customary practice to bill a client one rate for a particular attorney irrespective of the type of legal activity

3

performed by the attorney in the matter. The complexity of tasks is accounted for in two ways other than switching rates based on the complexity of the particular work: the reasonableness of the number of hours necessary to accomplish the task and the appropriateness of the experience level or seniority of the individual assigned to undertake the task. Thus, if it is appropriate to have senior counsel performing the task, the task is billed at the senior counsel's hourly rate regardless of the complexity of the task.

14. A copy of my curriculum vitae is attached to this declaration as Attachment 1 and I incorporate it herein by reference. My publications are available at AdamSmithEsq.com.

15. I am being paid $650 for the preparation of this affidavit.

Executed on this _____ day of September, 2016.

_____
BRUCE MacEWEN

4

# BRUCE MACEWEN

| | | |
|---|---|---|
| 305 West 98th Street/#4C-S<br>New York, New York  10025 | *bruce@adamsmithesq.com* | office: 212.866.4800<br>cell: 212.866.2630 |

## PROFESSIONAL

**CURRENT (2002— )**  **President, Adam Smith, Esq., LLC:  New York (AdamSmithEsq.com)**

- Management consultancy to law firms and the legal industry, operating globally.  Recent engagements have included developing strategic plans for offices, practice groups, and firms as a whole; pre-merger due diligence and post-merger integration; partner compensation systems design.
- Adam Smith, Esq. is also an online publication providing insights on the business of large, sophisticated law firms.  The site generates over 4-million page-views annually and since the site's launch in late 2003, over 1,500 articles have appeared, covering such topics as strategy, leadership, globalization, M&A, finance, compensation, cultural considerations, and partnership structures.
- Author *Growth Is Dead: Now What?* (2012) and of *A New Taxonomy: The seven law firm business models* (2014)

**PREVIOUSLY (1995 – 2001)**  **CEO and Founder, Pro/Se Systems, Inc.:  New York**

"Dot-com" focused on applying knowledge management to create a content-driven on-line platform for targeted, zero-marginal-cost marketing and business-development efforts by leading law firms.

**(1986 – 1995)**  **Dean Witter/Morgan Stanley  (Securities Attorney):  New York**

**First Vice President, (1988—1995);  Vice President (1986—1988)**

- Designed departmental case tracking system, later adopted by Discover Card subsidiary, saving over $1-million/year in license fees and freeing five full-time IT support personnel.

- Cut total outside law firm expense by $3-million (15%) in two years (with level caseload) by initiating "best practices" methodology.

- Conceived and led creation of first departmental intranet (1993) including document management system.

**1980—1986**  **Shea & Gould (1983—1986)** and **Breed, Abbott & Morgan (1980—1983): New York**

**Associate Attorney:**  Litigation, corporate, and securities

## EDUCATION

**Princeton University**
**B.A.,** *magna cum laude,* **1976**
Economics major

Bruce MacEwen

**Stanford Law School**
J.D., 1980

**New York University:  Stern School of Business**
Completed M.B.A. coursework (evening program), 1988 — 1991
Finance major

| **OTHER** | |
|---|---|
| | - Admitted to practice law, New York (1981) and Pennsylvania (2003) (now on inactive status) |
| | - Chair of the Finance Committee and Assistant Treasurer on the Vestry of St. Michael's Episcopal Church (New York) |
| | - Married, life-long distance runner (NYC Marathon top 10%) |

**Bruce MacEwen**