*2015-2016 Average of Firm Billing Rates:*
*Comparison of LSI, USAO II, and Washington, D.C. Market*
*Rates Data*

**EXHIBIT 4**

**Plaintiffs' Exhibit 48**
Civ. No. 05-1437 (RCL)

## 2015-2016 Average of Firm Billing Rates Table

**Comparison of LSI *Laffey* Matrix, USAO Matrix 2015-2017, USAO *Laffey* Matrix, and Washington, D.C. Market Rates Data for 2015–2016**

| Laffey Experience Level | LSI Laffey Matrix | USAO Matrix 2015-2017 | USAO Laffey Matrix (CPI) | Akin Gump | Arent Fox | Bracewell | Coburn & Greenbaum | Davis Wright Tremaine | Dickstein Shapiro | Gibson Dunn | Jeffrey Light | Jenner & Block | Jones Day | Kirkland & Ellis |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20th+ | $826 | $581 | $530 | $778 | $819 | $744 | $700 | $690 | $1,050 | $1,043 | | $747 | $933 | $1,066 | |
| 11th-19th | $686 | $516 | $470 | $715 | $545 | $710 | | | $610 | $805 | $661 | $613 | | | $885 |
| 8th-10th | $608 | $395 | $375 | $715 | | | | | | | | | | | $873 |
| 4th-7th | $421 | $339 | $305 | $863 | $360 | | | | $495 | $585 | | $502 | | | $749 |
| 1st-3rd | $342 | $322 | $260 | | $343 | | | | | | | | | | $609 |
| Paralegal | $187 | $157 | $150 | | | | | | | | | $230 | | | |

| Years since graduation | Kohn, Kohn & Colapinto | Lewin & Lewin | Mehri & Skalet | Miller Masciola | Morrison Foerster | Ogletree Deakins | Pachulski Stang | Paul Hastings | Relman, Dane & Colfax | Robbins Russell | Sidley Austin | Weil, Gotshal | Winston Strawn | Average of the Averages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20th+ | $919 | $750 | $795 | $796 | | $525 | $675 | $1,050 | $825 | $800 | $935 | $885 | $1,000 | $842 |
| 11th-19th | | $660 | | | | | | $400 | | | $925 | | | $684 |
| 8th-10th | | $585 | | | | | | $375 | | | | | | $637 |
| 4th-7th | | $405 | | | | | $745 | | | | $570 | | $575 | $585 |
| 1st-3rd | $328 | $330 | | $495 | | | | | | | | $495 | | $433 |
| Paralegal | $179 | $180 | $179 | | | | | $175 | | | | | | $189 |

Legend:
- ■ Aligned with LSI *Laffey* Matrix
- ■ Aligned with USAO Matrix 2015-2017