*Percentage Difference Between
Market Rates Data and Rate Matrices*

# EXHIBIT 5

**Plaintiffs' Exhibit 49**
Civ. No. 05-1437 (RCL)

**Percentage Difference between 2015-2016 Market Rates Data
and 2016-2017 Rate Matrices**

| LSI *Laffey* Matrix vs. Law Firm Average | | | | |
|---|---|---|---|---|
| *Laffey* Experience Levels | Average of Law Firm Averages (Pl. Ex. 48) | LSI *Laffey* Matrix (2016-2017 Rates) | LSI *Laffey* Matrix Greater (Less) | Average Difference |
| 20th+ | $842 | $826 | -1.91% | |
| 11th-19th | $684 | $686 | 0.23% | |
| 8th-10th | $637 | $608 | -4.56% | -9.36% |
| 4th-7th | $585 | $421 | -28.02% | |
| 1st-3rd | $433 | $342 | -21.07% | |
| Paralegal | $189 | $187 | -0.85% | |

| USAO Matrix 2015-2017 vs. Law Firm Average | | | | |
|---|---|---|---|---|
| *Laffey* Experience Levels | Average of Law Firm Averages (Pl. Ex. 48) | USAO Matrix 2015-2017 (2016-2017 Rates) | USAO Matrix 2015-2017 Greater (Less) | Average Difference |
| 20th+ | $842 | $581 | -31.00% | |
| 11th-19th | $684 | $516 | -24.61% | |
| 8th-10th | $637 | $395 | -38.00% | -29.68% |
| 4th-7th | $585 | $339 | -42.04% | |
| 1st-3rd | $433 | $322 | -25.69% | |
| Paralegal | $189 | $157 | -16.76% | |

| USAO *Laffey* Matrix vs. Law Firm Average | | | | |
|---|---|---|---|---|
| *Laffey* Experience Levels | Average of Law Firm Averages (Pl. Ex. 48) | USAO *Laffey* Matrix (2016-2017 Rates) | USAO *Laffey* Matrix Greater (Less) | Average Difference |
| 20th+ | $842 | $530 | -37.06% | |
| 11th-19th | $684 | $470 | -31.33% | |
| 8th-10th | $637 | $375 | -41.14% | -36.31% |
| 4th-7th | $585 | $305 | -47.85% | |
| 1st-3rd | $433 | $260 | -40.00% | |
| Paralegal | $189 | $150 | -20.47% | |