*Declaration of Robert J. Cynkar*

# EXHIBIT 6

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **True the Vote, Inc.**; <br>           *Plaintiff,* <br> v. <br> **Internal Revenue Service, et al.**; <br>           *Defendants.* | **Civil Case No.** 1:13-cv-000734-RBW <br><br> **Declaration of Robert J. Cynkar in Support of Plaintiff's Notice of Compliance with Court Order** |

**Declaration of Robert J. Cynkar**

I, Robert J. Cynkar, make the following declaration pursuant to 28 U.S.C. Section 1746:

1. I am an attorney practicing in the Washington, D.C. area since 1977. My Bar admissions include: Virginia, Illinois, the District of Columbia. A more complete list of my education, experience, memberships, and qualifications is contained in my resume, a copy of which is attached to this Declaration as Exhibit A.

2. I am a Partner in the firm McSweeney, Cynkar & Kachouroff, PLLC, established in 2014. As set out in more detail in Exhibit A, I have had extensive experience in major Washington, D.C. law firms and in the Department of Justice litigating in the Federal Courts in the District of Columbia. My primary focus throughout my career has been and remains representing clients at the trial and appellate levels on a wide variety of issues, including the defense of First Amendment rights. I have been lead or co-lead counsel in many such cases.

3. I have reviewed the Amended Complaint and the Motion and Supporting Memorandum for Attorneys' fees (which contained a detailed background of the case, both at the district and appellate levels), as well as this Court's Order and Memorandum on Attorneys' Fees.

1

4. I am familiar with the hourly rates of attorneys and non-attorneys, such as legal assistants, paralegals, law clerks, etc. (collectively, "paraprofessionals"), for comparable services as provided by Plaintiff's counsel here in the geographic area encompassing the federal District Court for the District of Columbia.

5. I have practiced in the same, or similar, type of litigation as the case at bar. I have charged, and have been paid, rates comparable to those requested by Plaintiff's attorneys for this case for work on the same sort of case or substantially similar types of cases.

6. The rates requested by Plaintiff in the Application accurately represent reasonable rates within the ranges that attorneys in the metropolitan Washington, D.C. area routinely charge and are paid for litigation similar to the case at bar, commensurate with the attorney's or the paraprofessional's education, skill, and experience, for the years 2013 through 2019.

7. The following hourly rates for attorneys, arranged by level of experience, are, in my opinion, reasonable for the geographic area encompassing the District Court for the District of Columbia for work comparable to that performed by Plaintiff's counsel in this matter, which requires very sophisticated and specialized legal knowledge and experience. These rates are in keeping with the rates that I have charged and been paid for work that is substantially similar to that required in the prosecution of this matter.

| **Years Exp.** | **Hourly Rate** |
|---|---|
| 20+ | $850 - $1100 |
| 11 - 19 | $700 - $900 |
| 8 - 10 | $575 - $750 |
| 4 - 7 | $425 - $600 |
| 1 - 3 | $300 - $450 |

8. Paraprofessional work is customarily compensated at an hourly rate for work comparable to that performed by paraprofessionals used in this case. The hourly paraprofessional compensation rates for the geographic area encompassing the District Court for the District of Columbia would range from $185 to $250 per hour.

9. In my experience, it is the prevailing practice for attorneys to separately bill clients for reasonable litigation expenses such as service of process, depositions, travel expenses, photocopies and scanning, computerized legal research, legislative history research, postage, courier services, and mediation fees.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 5th day of June, 2019.

Respectfully submitted,

*Robert J. Cynkar*
Robert J. Cynkar
McSweeney, Cynkar & Kachouroff, PLLC
10506 Milkweed Dr.
Great Falls, VA 22066
Phone: 703-621-3300
Email: RCynkar@mck-lawyers.com

3

Declaration of Robert J. Cynkar

# ROBERT J. CYNKAR

McSweeney, Cynkar & Kachouroff, PLLC
10506 Milkweed Drive, Great Falls, VA 22066
(703) 621-3300  rcynkar@mck-lawyers.com

## SUMMARY

Experienced trial and appellate lawyer, and active member of the Washington, DC and Virginia legal communities for over 35 years, both in private practice and in government service, and as a member of the U.S. Senate Judiciary Committee staff. Participated and tried numerous cases in federal and state courts and briefed appeals in the majority of Federal Circuits, in State Supreme Courts, and in the U.S. Supreme Court, personally arguing most of them.

Specific focus handling complex and innovative regulatory, administrative law, and constitutional matters to bear on behalf of individual and institutional clients, including insurance companies, financial institutions, utilities, healthcare providers, state governments, and public interest groups. Matters involve a diverse range of issues, from property rights and takings issues, ratemaking and energy regulation, healthcare regulation, taxation, and the regulation of financial institutions, through environmental, toxic tort, and serious personal injury issues, to the defense of First Amendment rights.

## NOTEWORTHY CASES

*Mississippi, et al. v. United States* (pending in Court of Federal Claims) (representing State of Mississippi and landowners seeking compensation for a taking effected by flooding caused by Federal project diverting the Mississippi River)

*McCaffrey v. Chapman, et al.,* (pending in 4th Circuit) (representing former deputy sheriff who was fired in violation of his First Amendment rights)

*Kerpen, et al. v. Metropolitan Washington Airports Authority, et al.* (U.S. Sup. Ct. cert. petition pending) (representing a class of users of the Dulles Toll Road challenging the constitutionality of the Authority and its imposition of tolls at levels to fund new Metrorail to Dulles Airport)

*Kenneth Cuccinelli for Governor, Inc., et al., v. Conservative StrikeForce PAC, et al.* (E.D.Va. 2015) (successfully represented gubernatorial campaign against fundraising scammers)

*Settle v. RGR* (Prince William Cir. Ct. 2012) (secured an over $3 million jury award for the widow of a truck driver killed in a collision with a train)

*Livingston v. Virginia Dept. of Transportation* (Va. Sup. Ct. 2012) (represented home owners whose homes were flooded as a result of construction of the Washington, D.C. Beltway, established that a damaging for public use does not need to rise to the level of a taking to qualify for just compensation under the Virginia Constitution)

Exhibit A to Declaration of Robert J. Cynkar

*U.S. ex rel. Ubl v. IIF Data Solutions* (E.D.Va. 2009) (successful defense of a government contractor accused of violating the False Claims Act in a bet-the-company case)

*Cohen, et al. v. U.S.* (D.C.Cir. 2009, *en banc* 2011)(represented class of small businesses, non-profits, and low-income individuals, successfully challenged ineffective IRS regime purportedly designed to return billions in illegally exacted telephone excise taxes)

*Nuclear Energy Inst. v. EPA* (D.C. Cir. 2004) (represented the State of Nevada, successfully challenged EPA standard for evaluating safety of Yucca Mountain Nuclear Water Repository)

*U.S. v. Winstar* (U.S. Sup. Ct. 1996) (represented investors in a failed thrift, successfully challenged attempt by federal government to avoid liability for breach of contract due to congressional change of policy)

*HIAA v. Shalala* (D.C. Cir. 1994) (represented Blue Cross and Blue Shield Ass'n, successfully challenged HHS regulation overriding private insurers' claims-filing requirements to recover Medicare payments)

*Cruzan v. Director, Missouri Dept. of Health* (U.S. Sup. Ct. 1990) (wrote *amicus curiae* brief for the Knights of Columbus arguing that "privacy" or "autonomy" provides no legal justification for ending the life of a disabled person)

*Buffalo Bd. Of Educ. v. Burr* (N.Y. 1990) (successfully represented a high school student who wished to start a Bible study in her school)

*Webster v. Reproductive Health Services* (U.S. Sup. Ct. 1989) (wrote *amicus curiae* brief for the Knights of Columbus arguing that a fetus is a "person" within the meaning of the 14th Amendment and that *Roe v. Wade* should be overturned)

*Rust v. Bowen* (S.D.N.Y. 1988, *aff'd* as *Rust v. Sullivan*, U.S.Sup.Ct. 1991) (represented HHS, successfully defended regulations prohibiting abortion counseling in HHS program)

*U.S. v. Fleming* (E.D.Va. 1984) (successfully prosecuted drunk driver who killed a mother of 11 for second-degree murder)

## EXPERIENCE

| | |
|---|---|
| Partner<br>McSweeney, Cynkar & Kachouroff PLLC | 01/2014 to present<br>Great Falls, VA |
| Member<br>Cuneo, Gilbert & La Duca LLP | 01/2007 to 12/31/2013<br>Alexandria, VA |
| Partner<br>Egan, Fitzpatrick, Malsch & Cynkar | 01/2004 to 12/2006<br>Tysons Corner, VA |
| Partner<br>Cooper & Kirk | 10/1996 to 12/2003<br>Washington, D.C. |

| | |
|---|---|
| Associate, Partner from 1991<br>Shaw, Pittman, Potts & Trowbridge | 11/1988 to 10/1996<br>Washington, D.C. |
| Dep'y Asst. Att'y General, Fed'l Programs Branch & Office of Consumer Litig.<br>U.S. Dept of Justice, Civil Division | 11/1985 to 10/1988<br>Washington, D.C. |
| Special Assistant to Attorney General Edwin Meese<br>U. S. Dept. of Justice | 05/1985 to 11/1985<br>Washington, D.C. |
| Assistant U.S. Attorney, Criminal Division<br>Office of the U.S. Attorney | 03/1983 to 05/1985<br>Eastern District of Virginia,<br>Alexandria, VA |
| General Counsel<br>U.S. Senate Judiciary Subcomm. on Regulatory Reform | 01/1981 to 03/1983<br>Washington, D.C. |
| Minority Counsel<br>U.S. Senate Judiciary Subcomm. on Improvements in Judicial Machinery | 07/1979 to 01/1981<br>Washington, D.C. |
| Associate<br>Fried, Frank, Harris, Shriver & Kampelman | 10/1977 to 07/1979<br>Washington, D.C. |

## EDUCATION

| | |
|---|---|
| J.D.<br>New York University School of Law<br>Member, NYU Law Review | 1977<br>New York City |
| A.B.: History<br>Princeton University<br> Magna cum laude | 1974<br>Princeton, NJ |