*Declaration of Jason Torchinsky*

# EXHIBIT 7

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **True the Vote, Inc.**;<br><br>  v.<br><br>**Internal Revenue Service, et al.**; | *Plaintiff*,<br><br><br><br>*Defendants*. | **Civil Case No.** 1:13-cv-000734-RBW<br><br>**Declaration of Jason Torchinsky in Support of Plaintiff's Notice of Compliance with Court Order** |

### Declaration of Jason Torchinsky

I, Jason Torchinsky, make the following declaration pursuant to 28 U.S.C. Section 1746:

1. I am an attorney practicing in the Washington, D.C. area since 2001. I am a member of the Bars of the District of Columbia and Virginia. A more complete list of my education, experience, memberships, and qualifications is contained in my resume, a copy of which is attached to this Declaration as Exhibit A.

2. I am a Partner in the firm HoltzmanVogelJesefiakTorchinsky PLLC, established in 2001. My primary focus has been and remains representing plaintiffs in campaign finance, ethics laws, lobbying disclosure, and election laws. In addition, I have been lead counsel in a number of litigation matters dealing with First Amendment freedoms and election law and redistricting issues.

3. I have reviewed the Amended Complaint and the Motion and Supporting Memorandum for Attorneys' fees (which contained a detailed background of the case, both at the district and appellate levels), as well as this Court's Order and Memorandum on Attorneys' Fees.

1

Declaration of Jason Torchinsky

4. I am familiar with the hourly rates of attorneys and non-attorneys, such as legal assistants, paralegals, law clerks, etc. (collectively, "**paraprofessionals**"), for comparable services as provided by Plaintiff's counsel here in the geographic area encompassing the federal District Court for the District of Columbia.

5. I have practiced in the same, or similar, type of litigation as the case at bar. I have charged, and have been paid, rates comparable to those requested by Plaintiff's attorneys for this case for work on the same sort of case or substantially similar types of cases.

6. The rates requested by Plaintiff in the Application accurately represent reasonable rates attorneys in the metropolitan Washington, D.C. area routinely charge and are paid for litigation similar to the case at bar, commensurate with the attorney's or the paraprofessional's education, skill, and experience, for the years 2013 through 2019.

7. Hourly rates for attorneys ranging from $400 to $1,200, based upon the attorney's experience, are, in my opinion, reasonable for the geographic area encompassing the District Court for the District of Columbia for work comparable to that performed by Plaintiff's counsel in this matter, which requires very sophisticated and specialized legal knowledge and experience. These rates are in keeping with the rates that I have charged and been paid for work that is substantially similar to that required in the prosecution of this matter.

8. My current billable hourly rate for work comparable to Plaintiff's work in this case is $930. I have charged and been paid at this rate based on my level of specialized knowledge and experience. Attorneys in my firm have charged and been paid within this range of rates as commensurate with their level of specialized knowledge and experience.

2

Declaration of Jason Torchinsky

9. Paraprofessional work is customarily compensated at an hourly rate for work comparable to that performed by paraprofessionals used in this case. The hourly paraprofessional compensation rates for the geographic area encompassing the District Court for the District of Columbia would range from $175 to $300.

10. In my experience, it is the prevailing practice for attorneys to separately bill clients for reasonable litigation expenses such as service of process, depositions, travel expenses, photocopies and scanning, computerized legal research, legislative history research, postage, courier services, and mediation fees.

I affirm under penalty of perjury that the foregoing is true and correct. Executed on this 7th day of June, 2019.

Respectfully submitted,

_____
Mr. Jason Torchinsky
HoltzmanVogelJosefiakTorchinsky PLLC
1010 Wisconsin Ave, NW, Ste. 530
Washington, D.C. 20007
Phone: (540) 341-8808
Email: jtorchinsky@hvjt.law

**Jason Brett Torchinsky**
Holtzman Vogel Josefiak Torchinsky PLLC
45 North Hill Drive #100
Warrenton, VA 20186
(540) 341-8808

## LEGAL EXPERIENCE

**Holtzman Vogel Josefiak Torchinsky PLLC**
*Partner*                                                                                          October 2008-Present
*Associate*                                                                                        October 2005-October 2008

**United States Department of Justice**
*Counsel to the Assistant Attorney General (Civil Rights)*        February 2005-October 2005

**2005 Presidential Inaugural Committee**
*Deputy General Counsel*                                                                 November 2004-February 2005

**Bush-Cheney '04, Inc.**
*Deputy General Counsel*                                                                 January 2004-November 2004

**United States Department of Justice**
*Special Assistant to the Assistant Attorney General (Civil Rights)*   January 2002-January 2004
*Special Assistant United States Attorney (E.D. Wisc.)*               November 2002-April 2003

**The White House Counsel's Office**
*Executive Assistant to Counsel and Paralegal*                          January 2001-January 2002

**Republican National Committee Counsel's Office**
*Law Clerk*                                                                                        May 1999 –January 2001

## EDUCATION

The College of William and Mary in Virginia J.D., May 2001

The College of William and Mary in Virginia A.B., *cum laude*, May 1998

## PROFESSIONAL MEMBERSHIPS AND RECOGNITIONS

Virginia Bar, District of Columbia Bar, American Bar Association, United States Supreme Court, United States Court of Appeals for the Ninth Circuit, United States District Court for the Eastern District of Virginia, United States District Court for the Eastern District of Wisconsin, United States District Court for the District of Colorado, United States District Court for the District of Columbia, United States District Court for the Eastern District of Arkansas, United States Court of Appeals for the D.C. Circuit, United States Court of Appeals for the Fourth Circuit, United States Court of Appeals for the Sixth Circuit, Federalist Society, Republican National Lawyers Association, American Association of Political Consultants (Board Member), Chambers and Partners recognized Top Political Law" attorney, Washingtonian "Best Lawyers in Washington," Adjunct Professor at College of William and Mary School of Law

Exhibit A to Declaration of Jason Torchinsky

**SELECTED REPRESENTATIONS WITH REPORTED OPINIONS**
**League of Women Voters v. Benson,** 2019 U.S. Dist. Lexis 70167 (2019) (Stayed by Order of the United States Supreme Court, May 24, 2019) (Lead Counsel for Speaker of the State House and Republican Congressional Delegation).
**McCutcheon v. Federal Election Commission,** 572 U.S. (2014) (Counsel for *Amicus* National Republican Senatorial Committee and National Republican Congressional Committee, brief cited in opinion).
**Agre v. Wolf,** 284 F.Supp. 3d 591 (E.D. Pa. 2018) (Lead Counsel for Senate President successfully upholding Congressional Districting enactment)
**League of Women Voters v. Commonwealth,** 178 A.3d 737 (2018) (Lead Counsel for Senate President in case challenging Congressional Districting enactment)
**Van Hollen v. Federal Election Commission,** 811 F.3d 486 (D.C. Cir. 2016) (Counsel for Appellant Hispanic Leadership Fund successfully defending FEC regulations)
**Pursuing America's Greatness v. Federal Election Commission,** 831 F.3d 500 (D.C. Cir 2016) (Counsel for plaintiff challenging an FEC regulation)
**New York Republican State Committee et. al. v. Securities and Exchange Commission,** 799 F.3d 1126 (D.C. Cir. 2015) (Counsel for Plaintiff challenging SEC pay to play regulations)
**New York Progress and Protection PAC v. Walsh**, 733 F.3d 483 (2nd Cir. 2013) (Counsel for Plaintiff PAC challenging SuperPAC limitations)
**Center for Individual Freedom v. Van Hollen,** 694 F.3d 108 (D.C. Cir. 2012) (Counsel for Appellant Hispanic Leadership Fund successfully defending FEC regulations)
**Freedom Path v. Lerner,** 2016 U.S. Dist. Lexis 68760 (N.D. Texas, May 25, 2016) (Counsel for Plaintiff challenging IRS regulation of non-profit organizations)
**Hispanic Leadership Fund v. Federal Election Commission,** 897 F.Supp 2d 407 (E.D.Va. 2012) (Counsel for Plaintiff challenging FEC actions)
**Van Hollen v. Federal Election Commission**, 851 F.Supp. 2d 69 (D.D.C. 2012) (Counsel for Intervenor Defendant defending Federal Election Commission regulations)
**Matter of 2012 Legislative Districting**, 80 A. 3d 1073, 436 Md. 121 (Md. Ct. App.) (Counsel for petitioners in state redistricting ligation)
**Fletcher v. Lamone**, 831 F. Supp. 2d 887 (D. Md. 2011) (aff'd 567 U.S. _____ (2012) (Counsel for Plaintiffs in congressional redistricting litigation)

**OTHER LITIGATION AND ADMINISTRATIVE ENFORCEMENT MATTERS**
**- Recount and post-election litigation for U.S. House of Representatives in various states, Virginia House of Delegates and Virginia State Senate.**
**- Voting Rights Act Section 5 Preclearance Cases and Bailout cases before U.S. Department of Justice and the United States District Court for the District of Columbia including Louisiana's State House preclearance in 2011.**
**- Administrative enforcement, litigation matters and settlements before ethics and campaign finance enforcement agencies including but not limited to the Federal Election Commission, U.S. Department of Justice, Washington Public Disclosure Commission, California Fair Political Practices Commission, Nebraska Accountability and Disclosure Commission, Nevada Secretary of State, Arizona Secretary of State, Maryland Ethics Commission, and the Virginia State Board of Elections.**

Exhibit A to Declaration of Jason Torchinsky