*Declaration of Cleta Mitchell*

# EXHIBIT 9

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **True the Vote, Inc.**;<br><br>                                  *Plaintiff*,<br>   v.<br><br>**Internal Revenue Service, et al.**;<br>                                *Defendants*. | **Civil Case No.** 1:13-cv-000734-RBW<br><br>**Declaration of Cleta Mitchell in Support of Plaintiff's Notice of Compliance with Court Order** |

### Declaration of Cleta Mitchell

I, Cleta Mitchell, make the following declaration pursuant to 28 U.S.C. Section 1746:

1. I submitted a previous declaration in support of *Plaintiff's Application and Motion for Attorneys' Fees, Costs, and Expenses Under the Equal Access to Justice Act* (Doc. 151) ("**Application**"); (Declaration of Cleta Mitchell, Doc. 151-7) ("**Mitchell Declaration**").

2. The Mitchell Declaration detailed, *inter alia*, the Foley & Lardner ("**Foley**") attorney's education, experience, and billing practices for the case at bar. I incorporate by reference all of the declarations in the Mitchell Declaration.

3. Foley served as Plaintiff's attorneys from 2013 through February, 2017, and as such, I am familiar with all of the pleadings, motions, and filings for the case at bar.

4. I am familiar with the hourly rates generally charged by attorneys and paraprofessionals such as legal assistants, paralegals, law clerks, etc. (collectively, "**paraprofessionals**") for comparable services as provided by Plaintiff's counsel here in the geographic area encompassing the metropolitan Washington, D.C. area.

1

**Declaration of Cleta Mitchell**

5. The LSI Laffey Matrix used by Plaintiff in the Application[1] accurately represents reasonable rates attorneys in the D.C. metropolitan area routinely charge, and receive, for litigation similar to the case at bar, commensurate with the attorney's or the paraprofessional's education, skill, and experience, for the years 2013 through 2017.

6. The following chart represents the hourly rates for Foley attorneys, arranged by level of experience, that we have billed and for which we have been paid, for work comparable to that performed by Plaintiff's counsel in this matter, which requires very sophisticated and specialized legal knowledge and experience:

| Years Exp. | (2013-2017) High to Low Hourly Rate |
|---|---|
| 31+ | $620.00 to $1,040.00 |
| 21-30 | $615.00 to $945.00 |
| 16-20 | $675.00 to $830.00 |
| 11-15 | $690.00 to $650.00 |
| 8-10 | $495.00 to $600.00 |
| 5-7 | $370.00 to $575.00 |
| 0-4 | $265.00 to $460.00 |

---

[1] LSI Laffey Rates were asserted for the following law firms and organizations: Foley, The Bopp Law Firm, PC, the Public Interest Legal Foundation, and the Center for Constitutional Jurisprudence

**Declaration of Cleta Mitchell**

7. In the Application, the rates charged for myself, an attorney who regularly practices in the D.C. metropolitan area, using the LSI Laffey Matrix, ranged from $753.00 to $772.00, adjusted for experience and for inflation. During that same time period, the rates Foley would regularly charge, and receive, for my services in similar litigation would range from $610.00 to $740.00 (2013-2017).

8. In the Application, the rates charged for attorney Jason J. Kohout, using the LSI Laffey Matrix, was $393.00, adjusted for experience and for inflation. During that same time period, the rates Foley would regularly charge, and receive, for Mr. Kohout's services in similar litigation would range from $360.00 to $495.00 (2013-2017).

9. In the Application, the rates charged for attorney Jay W. Freedman, using the LSI Laffey Matrix, was $790.00, adjusted for experience and for inflation. During that same time period, the rates Foley would regularly charge, and receive, for Mr. Freedman's services in similar litigation would range from $745.00 to $705.00 (2013-2016).

10. In the Application, the rates charged for attorney Jesse M. Panuccio, using the LSI Laffey Matrix, was $662.00, adjusted for experience and for inflation. During that same time period, the rates Foley would regularly charge, and receive, for Mr. Panuccio's services in similar litigation would range from $525.00 to $545.00 (2016-2017).

11. In the Application, the rates charged for attorney Mathew D. Gutierrez, using the LSI Laffey Matrix, ranged from $319.00 to $421.00, adjusted for experience and for inflation. During that same time period, the rates Foley would regularly charge, and receive, for Mr. Gutierrez's services in similar litigation would range from $305.00 to $435.00 (2013-2017).

**Declaration of Cleta Mitchell**

12. In the Application, the rates charged for attorney Michael J. Lockerby, using the LSI Laffey Matrix, ranged from $753.00 to $826.00, adjusted for experience and for inflation. During that same time period, the rates Foley would regularly charge, and receive, for Mr. Lockerby's services in similar litigation would range from $670.00 to $845.00 (2013-2017).

13. In the Application, the rates charged for attorney William E. Davis, using the LSI Laffey Matrix, ranged from $772.00 to $826.00, adjusted for experience and for inflation. During that same time period, the rates Foley would regularly charge, and receive, for Mr. Davis' services in similar litigation would range from $595.00 to $695.00 (2013-2017).

14. As noted in the Mitchell Declaration, in order to effectively and efficiently serve our clients' needs, Foley & Lardner employs paraprofessionals to perform tasks that would otherwise be performed by lawyers at lower costs to the client. It is Foley's practice to bill these paraprofessionals' time separately.

15. As also noted in the Mitchell Declaration, in this case, the following paraprofessionals provided services in the instant case: Aaron L. Romney, Litigation Support Project Manager; Angela A. Henes, Senior Research Librarian; Joseph L. Fried- Case Manager/Para Professional; Kara J. Pierce, Litigation Support Analyst; Linda H. Aguirre, Paralegal; Lisa M. Kieper, Senior Library Assistant; Malcolm G. Reynolds, Paralegal; Mary Ann Cochran, Paralegal; Samantha Janus, Assistant Project Manager.

16. Aaron L. Romney was educated as a paraprofessional at James Madison University (B.B.A.). Mr. Romney has 10 years of experience as a paraprofessional with Foley & Lardner LLP (experience prior to Foley & Lardner LLP is unknown).

17. In the Application, the rates charged for paraprofessional Aaron L. Romney, using the LSI Laffey Matrix, ranged from $175.00 to $179.00, adjusted for experience and for inflation. During that same time period the rates Foley would regularly charge, and receive, for Mr. Romney's services in similar litigation would range from $265.00 to $310.00 (2013-2017).

18. Angela A. Henes' education is unknown.  Ms. Henes was employed at Foley & Lardner LLP for 14 years as a Research Librarian, and is no longer employed at Foley & Lardner LLP.

19. In the Application, the rates charged for paraprofessional Angela A. Henes, using the LSI Laffey Matrix, was $175.00, adjusted for experience and for inflation. During that same time period the rates Foley would regularly charge, and receive, for Ms. Henes' services in similar litigation was $150.00 (2013-2017).

20. Joseph L. Fried was educated as a paraprofessional at NOVA University Law School (J.D.); 30 years of experience including Law Clerk, Paralegal, and Case Manager.  Mr. Fried has 30 years of experience as a paraprofessional (he is in his third year with Foley & Lardner LLP).

21. In the Application, the rates charged for paraprofessional Joseph L. Fried, using the LSI Laffey Matrix, was $187.00, adjusted for experience and for inflation. During that same time period the rates Foley would regularly charge, and receive, for Mr. Fried's services in similar litigation would range from $240.00 to $250.00 (2016-2017).

22. Kara J. Pierce's education as a paraprofessional is unknown.  Ms. Pierce is no longer employed at Foley & Lardner LLP; her position while she was with Foley & Lardner LLP was as a Litigation Support Assistant.  Ms. Pierce had 2 years of experience as a paraprofessional with Foley & Lardner LLP.

**Declaration of Cleta Mitchell**

23. In the Application, the rates charged for paraprofessional Kara J. Pierce, using the LSI Laffey Matrix, was $175.00, adjusted for experience and for inflation. During that same time period the rates Foley would regularly charge, and receive, for Ms. Pierce' services in similar litigation would range from $175.00 to $180.00 (2013-2014).

24. Linda H. Aguirre was educated as a paraprofessional at Mt. Ida College where she studied Liberal Arts (No Degree); and at Regis College, where she studied French for 1 year. Ms. Aguirre has 23 years of experience as a paraprofessional (10 years with Foley & Lardner LLP, and 13 years prior to her employ at Foley & Lardner LLP). Linda Aquirre is no longer employed at Foley & Lardner LLP.

25. In the Application, the rates charged for paraprofessional Linda H. Aguirre, using the LSI Laffey Matrix, ranged from $175.00 to $179.00, adjusted for experience and for inflation. During that same time period the rates Foley would regularly charge, and receive, for Ms. Aguirre's services in similar litigation would range from $245.00 to $260.00 (2013-2015).

26. Lisa M. Kieper was educated as a paraprofessional at Washington High School (Wisconsin) and Milwaukee Area Technical College (obtained GED). Ms. Kieper's program of study was General Education (no Certificate). Ms. Kieper has 29 years of experience as a paraprofessional with Foley & Lardner LLP.

27. In the Application, the rates charged for paraprofessional Lisa M. Kieper, using the LSI Laffey Matrix, was $187.00, adjusted for experience and for inflation. During that same time period the rates Foley would regularly charge, and receive, for Ms. Kieper's services in similar litigation an hourly rate of $80.00 (2013-2017).

28. Malcolm G. Reynolds was educated as a paraprofessional at Georgetown University (B.A.) and Santa Clara University (J.D.). Mr. Reynolds' practiced as a Contract Attorney for approximately 5 years prior to joining Foley & Lardner LLP. Mr. Reynolds' years of experience as a paraprofessional is unknown. Mr. Reynolds is no longer employed at Foley & Lardner LLP.

29. In the Application, the rates charged for paraprofessional Malcolm G. Reynolds, using the LSI Laffey Matrix, was $187.00, adjusted for experience and for inflation. During that same time period the rates Foley would regularly charge, and receive, for Mr. Reynolds' services in similar litigation would range from $225.00 to $270.00 (2013-2017).

30. Mary Ann Cochran was educated as a paraprofessional at Guilford College where she studied Political Science (B.A., 1981), and at George Washington University where she obtained her Legal Assistant/Paralegal Certificate (1983). Ms. Cochran has 36 years of experience as a paraprofessional (18 of those years with Foley & Lardner LLP).

31. In the Application, the rates charged for paraprofessional Mary Ann Cochran, using the LSI Laffey Matrix, was $179.00, adjusted for experience and for inflation. During that same time period the rates Foley would regularly charge, and receive, for Ms Cochran's services in similar litigation would range from $230.00 to $270.00 (2013-2017).

32. Samantha Janus was educated as a paraprofessional at Florida State University where her course of study was International Affairs (B.S.); Ms. Janus was also a student of Chinese Studies, and was Project Assistant with Foley & Lardner LLP. Ms. Janus's years of experience as a paraprofessional are unknown. Ms. Janus is no longer employed at Foley & Lardner LLP.

33. In the Application, the rates charged for paraprofessional Samantha Janus, using the LSI Laffey Matrix, was $180.00, adjusted for experience and for inflation. During that same time

**Declaration of Cleta Mitchell**

period the rates Foley would regularly charge, and receive, for Ms. Janus' services in similar litigation would range from $125.00 to $140.00 (2013-2017).

I affirm under penalty of perjury that the foregoing is true and correct. Executed on this 11th day of June, 2019.

Respectfully submitted,

*/s/ Cleta Mitchell*

Cleta Mitchell (D.C. 433386)
FOLEY & LARDNER, LLP
Washington Harbour
3000 K Street NW Suite #600
Washington, DC 20007
(202) 672-5300 (telephone)
(202) 672-5399 (fax)
cmitchell@foley.com
