*Declaration of Robert C. Seldon*
**Makray v. Perez**

**EXHIBIT 13**

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

LAURA J. MAKRAY,      )
                           )
     **Plaintiff,**        )
                           )
       **v.**           )     **Civ. Action No. 12-0520 (BAH)**
                           )
**THOMAS E. PEREZ,**       )
 **Secretary Of Labor,**    )
                           )
     **Defendant.**     )
                           )

## <u>DECLARATION OF ROBERT C. SELDON, ESQ.</u>

I, Robert C. Seldon, Esq., under penalty of perjury, hereby declare as follows:

1.)     I am the founder of Seldon Bofinger & Associates, P.C. ("Seldon Bofinger"), the law firm which has represented Ms. Makray since being retained by her in December of 2011.[1]  I have been lead counsel for Ms. Makray throughout this case and make this Declaration in support of the Plaintiff's Petition For A Partial Award At The <u>Salazar</u>/LSI Rate ("Plaintiff's Petition").

2.)     Since founding Seldon Bofinger in 2003, I have tried five employment cases to verdict against the U.S. Attorneys' Office, including this one, and prevailed in each one.  <u>Schmidt v. Harris,</u> Civ. Action No. 77-2216 (JMF); <u>Perry v. Donovan</u>, Civ. Act. No. 77-1010 (RCL); <u>Coles v. Perry</u>, Civ. Action No. 01-0732 (JMF); <u>Elion v. Jackson</u>, Civ. Action No. 05-0992 (PLF).

3.)     In each of the four cases before this one, an award has always been agreed upon before a formal petition needed to be adjudicated; on the two occasions when we had to file fee petition, the government did not oppose.  The reason why Seldon Bofinger and the federal

---

[1] My firm was originally named Seldon Anderson, P.C., and later Robert C. Seldon & Associates, P.C. The organizational structure remained the same and the differences were name changes only.  For purposes of this Declaration, my firm has only been referred to as Seldon Bofinger.

government have always agreed on a fee award after we prevailed in an employment case is that the number of hours we invest in a case are always reasonable. Fee petitions are always scrubbed of unnecessary time and appropriate reductions are made. We do not approach fee petitions with the idea of presenting a very large number of hours and discounting them substantially. On the contrary, the number of hours and rates which Seldon Bofinger presents in Court and to opposing counsel are already reasonable. Corrections sometimes need to be made but no real discounts are sought or offered.

4.)    In each of those cases, without objection by the U.S. Attorney's Office, we utilized the rates in the Laffey matrix published by the Office of the United States Attorney, http://www.justice.gov/sites/default/files/usao-dc/legacy/2014/07/14/Laffey%20matrix_2014-2015.pdf.  This is the first time an award is being sought for any of my time at an hourly rate above the Laffey matrix.

5.)    The parties reached an agreement on payment of that portion of an award of attorneys' fees and costs using the rates contained in the Laffey matrix through March 10, 2015, when plaintiff's counsel provided defendant with the documentation and information necessary to support payment of attorneys' fees and costs.  The amount of this interim award is $634,564.20 for 1667.60 total hours of billable time and $15,008.91 in costs.  It is being made pendent lite without prejudice to a Petition by plaintiff to increase the award using the Salazar/LSI rate scale for 344 hours of my time from the denial of summary judgment through the end of trial.  We are petitioning to recover the $269.00 per hour differential between the Laffey rate of $520.00 per hour, which the parties have already agreed upon, and the Salazar/LSI scale of $789.00, in the total amount of $92,536.00, which this Court recognized is more accurate than the Laffey scale in Eley

Case 1:13-cv-00734-RBW   Document 65-14   Filed 06/13/19   Page 4 of 75

v. District of Columbia, 999 F. Supp. 2d 137 (2013) (BAH).  The current Salazar/LSI scale can be found at http://www.laffeymatrix.com.

      6.)     I have limited the incremental award we are seeking to these specific hours of mine in the exercise of my billing judgment.  To my knowledge, many full fee paying private litigation firms charge Salazar/LSI rates for all of the billable hours of highly experienced attorneys engaged in complex civil litigation practice.  We are petitioning for fewer than all of my hours to be compensated at the Salazar/LSI to take account of Judge Cooper's observation in CREW that when the Salazar/LSI is used for an entire case, 15% is not an unreasonable reduction to take account of certain realities in the private market.  CREW, 2015 WL 545991*3.  By limiting our use of the Salazar/LSI scale to a discrete portion of my time and keeping to Laffey rates or lower for the remainder of my firm's time in this case, the reduction from a full award at Salazar/LSI rates is far larger than the 15% reduction in CREW.

      7.)     This Declaration and the additional Declarations that accompany Plaintiff's Petition discuss at length why I have come to the conclusion that the Laffey matrix is no longer a valid measure of the market value for my services.  I have used my billing judgment not to seek an award based on the Salazar/LSI scale for the entire litigation and to instead only petition the Court to award an additional $92,536.00, the differential between Salazar/LSI and Laffey rates for my time from the denial of summary judgment through trial using.  My reasons are summarized below.

      8.)     The Laffey matrix lumps all attorneys who have twenty years of experience and more into one rate category and assumes that decisions by prospective clients about which firm to retain are only influenced by hourly rates.  I am one month short of having practiced as a trial lawyer for thirty-nine years.  Topping my Laffey rate out halfway through my career does not accurately represent what

private firms charge for attorneys like me who handle federal civil litigation. The matrix simply does not account for the expertise, experience, and capability of particular attorneys like me, the success of our firms, and our credibility in particular forums.

9.)    I decided to use the <u>Salazar</u>/LSI scale for my work post-summary judgment to take account of my unique experience in employment litigation which I believe was of exceptional value once summary judgment was denied. One sure way to demonstrate the value of my experience in the marketplace over and above Seldon Bofinger's uniform success in trial against the federal government[2] is to appreciate its value to the federal government.

10.)    Between January of 1980 and October of 1988, I was an Assistant U.S. Attorney in the Civil Division of the Office of the U.S. Attorney for the District of Columbia. During most of my tenure in the Civil Division, I served under Chief Judge Lamberth who at that time was Chief of the Civil Division. Chief Judge Lamberth assigned me first chair responsibility in trying many employment cases while I was in Civil and I was successful in all of them. Chief Judge Lamberth also entrusted me with representing the Commander In Chief of the U.S. Army in Europe and many senior officials in the federal government at trial, and detailed me to the Department of the Army at the request of its General Counsel to defend one of its highest ranking civilian appointees at the Merit Systems Protection Board.[3]

11.)    In 1985, Chief Judge Lamberth placed me in charge of reviewing all of Title VII class actions in which Civil was involved. I devised the strategy for opposing class certification that the U.S. Attorney's Office still employs, oversaw use of regression analysis in class action defense, and personally handled two of the appeals of two of the earliest Title VII class actions

---

[2] Going on 20 years ago, there was one case of reverse discrimination I handled for a family friend that I did not prevail in.
[3] I no longer have copies of the performance appraisals that listed these cases. My recollection is that the last time I compiled a list, I tried at least 15 or more employment cases.

after adverse liability decisions on the merits had been rendered.  <u>Segar v. Smith</u>, 738 F.2d 1249

(D.C. Cir. 1984); <u>Thompson v. Sawyer</u>, 678 F.2d 257 (D.C. Cir. 1982).

12.) Chief Judge Lamberth also gave me responsibility in many other highly complex

civil cases, which I will describe later.

13.) This Declaration is divided into five sections.  Section I describes Seldon Bofinger,

our background, and the background of the attorneys for whose work an award is being sought.

14.) Section II describes the manner in which I staffed this case and Section III explains

our billing practices.

15.) Section IV details the award we are seeking.  It begins by discussing why we are

entitled to use the <u>Salazar</u>/LSI scale in light of my expertise and the desirability to many full fee

paying clients of retaining a firm like ours.  Attachment A, which is explained in this Section, are

our complete reconciled billing records and uses the <u>Salazar</u>/LSI scale to the 344 hours of my time

from the denial of summary judgment through the end of trial and the <u>Laffey</u> matrix for the

remainder of my time and the time of the two other attorney who worked on this case with me.

These time records reflect the exercise of my billing judgment by "no charging" certain specific

entries, and I then reduced Ms. Drabic's time charges through summary judgment by 10%.  For

the sake of comparison, Attachment B uses these same time records and reductions and using only

the <u>Laffey</u> matrix.

16.) Section V provides some concluding discussion relating to the amount of award

relative to Ms. Makray's compensatory damages and backpay.

## I.      <u>Seldon Bofinger and Individual Attorneys</u>

17.) Seldon Bofinger is the private, plaintiff's law firm I founded in 2003 that has

represented Ms. Makray since 2011.  It was my aim in creating Seldon Bofinger to provide the

same caliber of representation to individuals whose civil rights and civil liberties have been violated as I had provided earlier in my career in defending senior officials of the Executive Branch of the federal government and representing corporate clients.  We are well known for providing high caliber representation for plaintiffs and complainants in the fields in which we specialize which, counting my experience before founding the firm, include cases arising under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e-16; the Americans With Disabilities Act, 42 U.S.C. §12112; the Whistleblower Protection Act, 5 U.S.C. §1221; 42 U.S.C. 1983; the Equal Pay Act, 29 U.S.C. §§206(d), et seq.; and whistleblower protection statutes and regulations enforced by the Departments of Labor and Energy, 10 C.F.R. Part 708, 42 U.S.C. §5851.  There is more information about my firm as well as a list of some of our successes on our website, www.sba-pc.com.

18.)    I served as lead counsel throughout Ms. Makray's representation.  I am a 1976 graduate of the Georgetown University Law Center.  My primary bar membership is with the Bar of the District of Columbia.  I am a member of the bars of several federal courts in the District of Columbia and elsewhere in the country, and have practiced pro hac vice in several U.S. District Courts and one or two Circuit Courts.  I have extensive experience in appellate and trial practice; in federal, state, and local courts around the country; and before federal administrative agencies. I have tried 40 or more cases and argued as many appeals.  I also served as an expert witness in legal matters in a complicated Section 1983 civil action.

19.)    From January of 1980 until October of 1988, I was an Assistant United States Attorney for the District of Columbia in the Civil Division.  My casework as an Assistant U.S. Attorney involved the defense of federal agencies and officials of the U.S. government in civil suits arising under the Constitution, the Administrative Procedure Act, federal employment laws, the Freedom of Information Act, the Civil Service Reform Act, the Federal Tort Claims Act, and

various Executive Orders.  My casework was exceptionally broad and included defending against the first challenges to Executive Order 12291, by which the President delegated authority to the Office of Management and Budget to supervise and screen regulatory initiatives throughout the Executive Branch; motions for temporary restraining orders and preliminary injunctions by disappointed bidders for government contracts; EEO suits involving senior officials of federal agencies and senior military officers; and Bivens-type actions.  Even before joining the U.S. Attorney's Office, I was a Senior Trial Attorney engaged in anti-trust litigation after the federal government deregulated the air transport industry.

20.)    While in the U.S. Attorney's Office, I gained extensive experience in individual and class employment actions.  That included representing many senior officials of the Executive Branch, including in at least one instance the head of a federal agency, at trial in employment cases.  In 1985, Chief Judge Lamberth designated me as the reviewer for all of the EEO class actions in which Civil appeared as counsel and I oversaw the Civil Division's representation of federal agencies at all significant stages of pending class actions.  I was also called upon to review or handle significant cases involving the administration of the federal personnel system.

21.)    While serving as an Assistant United States Attorney, I received a Special Commendation Award from the Attorney General (1984); two Special Achievement Awards from the U.S. Attorney (1983, 1985); and numerous commendations from senior officials in Executive Departments and administrative agencies

22.)    Beginning in October of 1988, I spent six years as the partner in charge of the litigation department of a medium-sized corporate law firm in Washington, D.C.  The firm itself specialized in real estate finance and transactional law; many of its clients were HUD-approved lenders and HUD contractors.  In my department, we handled civil cases in virtually every field

related to corporate and transactional law including, but not limited to, general commercial litigation; lender liability and bankruptcy; employment discrimination and fair housing; and the Administrative Procedure Act.  We also handled cases unrelated to my former firm's traditional specialties which arose under Title VII and other federal laws prohibiting discrimination and retaliation in employment, the False Claims Act, the Civil Service Reform Act, and the Whistleblower Protection Act.  Approximately one-third to one-half of the cases handled by my department arose in federal, state, and local courts in the District of Columbia, Virginia, and Maryland.  The remainder of the practice was venued around the country.  In corporate practice, I was responsible for complex litigation under the Administrative Procedure Act that prevented the Department of Housing and Urban Development from terminated the approval of an entire class of institutional lenders for housing and hospitals.  Housing Study Group v. Kemp, 736 F. Supp. 321 (D.D.C. 1990) (JHG); 732 F. Supp. 180 (D.D.C. 1990) (JHG).

23.)   From the fall of 1994 until 1998, I was the Litigation Director and General Counsel of the Government Accountability Project, a nationally known public interest organization representing whistleblowers.

24.)   From 1998 until I founded Seldon Bofinger, I served as the President and Chairman of the Board of a non-profit law firm that I created, Project LAW, which was granted tax exempt status under Section 501(c)(3) of the Internal Revenue Code.  Its primary mission was to advance and defend the civil rights and civil liberties of individuals threatened by institutions of government and the corporate world by serving as their counsel in litigation.  Our casework included representing individuals in suits in federal, state, and local courts and administrative bodies around the country under Title VII of the Civil Rights Act and other statutes prohibiting discrimination and retaliation in employment; common law wrongful discharge; the First

Amendment; the False Claims Act; the Freedom of Information Act; the Privacy Act; the Administrative Procedure Act; the Civil Service Reform Act; the Whistleblower Protection Act; and the employee protection laws administered by the U.S. Departments of Labor and Energy.

25.)     As a result of my tenure as an Assistant U.S. Attorney, I am professionally acquainted with a number of the District Judges and Magistrate Judges in the U.S. District Court for the District of Columbia, Judges on the D.C. Superior Court, and one Judge on the U.S. Court of Federal Claims.

26.)     Charlene Bofinger, Esq., was one of the two attorneys at my firm who also worked on this case.  Ms. Bofinger is a 1982 graduate of the Washington College of Law of the American University; and is a member in good standing of the Bar of the District of Columbia and the Bar of our U.S. District Court.  Ms. Bofinger's career began at the U.S. Agency for International Development, U.S. Department of State, where she had substantial responsibility for personnel and discrimination complaints, and worked closely with the General Counsel and Administrator of AID in high profile cases of first impression.  Ms. Bofinger spent 20 highly successful years after leaving the federal government in Executive and General Counsel positions in Fortune 500 companies.  Ms. Bofinger joined our firm in 2008 and became a partner in 2013.  She has taken on an increasingly larger role in our firm's administrative practice and together with me is responsible for it.  At the administrative complaints level, Ms. Bofinger is often lead counsel and then second chair to me when cases go to litigation.  Ms. Bofinger is often requested specifically by our firm's clients and prospective clients.

27.)     The third attorney who worked on this case was Lauren Marsh Drabic, Esq., an associate attorney with Seldon Bofinger.  Ms. Drabic graduated cum laude from The American University Washington College of Law in May of 2011, where she was a Senior Board Member

of the American University Law Review.  Ms. Drabic began work with my firm in April of 2012.
Ms. Drabic is an exceptionally talented young attorney.  She and one other attorney, who today is
a name partner in a prominent employment law firm, stand out in my mind above every other
attorney I have mentored.[4]

## II.  Staffing

28.)     I am responsible for staffing assignments at Seldon Bofinger as I have been in all
of my positions since I entered corporate practice 25 years ago.  I am the lead counsel for all cases
which are in litigation in court and at administrative agencies.  My assignment of other attorneys
is based on a combination of factors including, among others, the complexity of a case and the
amount of time that I project will need to be invested to litigate it properly; experience in other
cases with a particular defendant, respondent, or issue; rapport with specific clients; dockets of
contemporaneous cases at the firm; and individual attorneys' previous involvement in a particular
case and their other responsibilities.  On the whole, I staff our cases with fewer resources than I
did at my former private firm and we rely far more heavily on clients' assistance, particularly in
document review.

29.)     In this case, I was the lead counsel, which is our uniform practice in litigation.
Second chair responsibilities were divided between Ms. Bofinger and Ms. Drabic.  I was very
careful to avoid duplication of time.

30.)     Ms. Bofinger's participation was essential because she had been second chair to me
in two previous successful cases against DOL OIG which centered on Michael Raponi and Elliott
Lewis and included witnesses who appeared in this case.  Stepney v. Perez, Civ. Action No.

---

[4]     There was some additional work in this case that was performed by another attorney with my firm, Molly E.
Buie, Esq., and a law clerk, Adam Goldberg, was also assigned specific projects including managing eDiscovery.  I
"no charged" all of Ms. Buie's time and excluded Mr. Goldberg's entirely.  I also excluded all time preparing and
compiling exhibits and other administrative pre-trial tasks that is paralegal in nature.

1101480 (BJR); Harrison-Womack v. Solis, EEOC No. 570-2011-00526X, Agency No. 10-11-126 (EEOC San Antonio, TX). Ms. Bofinger and I also jointly represented Paula Denman in the pursuit of her administrative EEO complaint against DOL OIG, No. DOL-10-06-115, and she took the lead in representing another auditor at DOL OIG, Ruth-Ami Klein, No. DOL CRC Case No. 11-02-122. Ms. Bofinger brought her extensive and unique knowledge of DOL OIG's treatment of other women to bear in this case, and already had or developed an exceptional rapport with all of our witnesses in this case.

31.) Ms. Bofinger also took depositions in the summer of 2013 when I was unavailable, which happened because we were operating under a contemporaneous deposition schedule in another case that was unalterable. Salak v. EPA, Ph-1221-12-0286-W-2 (MSPB WRO). I was not present in these depositions.

32.) Ms. Bofinger and I worked together extensively in settlement and mediation. All of our proposals and counter-proposals were joint products that took considerable time to develop and both of us presented them to and discussed them with Ms. Makray before they were extended and then conferred closely with Ms. Makray about her responses.

33.) Ms. Drabic was the other attorney on our litigation team. When Ms. Drabic joined my firm in the spring of 2012, she already had close to a year's experience as an attorney. One of the very first cases I assigned Ms. Drabic second chair responsibility concerned an African American man intentionally exposed to asbestos on the job by the Department of Commerce. Lee v. Locke, Civ. Action No. 11-0358 (ESH). Her assiduous work was instrumental in reviewing and organizing mountainous written discovery responses from multiple sources and securing a settlement in the amount of $446,822.10 only shortly into the deposition process. Ms. Drabic's other main assignment in the summer of 2012 was working closely with me on summary judgment

in a complex employment case, <u>Mulrain v. Donovan</u>, Civ. Action No. 10-1601 (ESH).  She did

the same on its appeal the following year.  No. 12-5345 (D.C. Cir.), and in drafting appellate briefs

in a complex whistleblower case in its appeal in 2013, <u>McCormick v. D.C.</u>, No. 12-7115 (D.C.

Cir.).

34.)    I assigned Ms. Drabic an increasingly substantial role in this case.  She was

instrumental at every phase, and her exceptional writing ability and analytical skills were

particularly evident during the very complicated discovery and summary judgment processes.

Because she was a junior attorney with my firm, I was watchful of the time Ms. Drabic spent on

particular projects.  That is the largest reason why there are not a large number of individual

exclusions and reductions in Ms. Drabic's time.

35.)    By the time summary judgment was ready for briefing, Ms. Drabic's solid grasp of

employment law and summary judgment procedures were apparent.  I assigned her lead

responsibility for various parts of our opposition, as I would later do during the pre-trial process.

36.)    Because I am very conscious of the amount of time that is being expended in all of

our cases, I monitor everyone's roles closely, my own included.  I carefully limited time spent in

three way conferences in this case and excluded time charges from them as appropriate.  This can

be seen in our records for conferences with Ms. Makray and witnesses and in in-house conferences,

where I made sure that one or two of the three attorneys on the case (including myself) were

excused when their participation was no longer needed.  That is why the time spent by individual

attorneys in what may seem to be the same specific assignments are sometimes different.

37.)    To my observation, our investment of resources was less than or at most equal to

the DOL OIG's throughout this case.  The government always had two attorneys at every

deposition even though, with the exception of Ms. Makray's, they were only defending

depositions. I made certain we never had more than two of us at any of the ten depositions we took. Three attorneys appeared for DOL OIG for the entire trial and they were always accompanied by a paralegal. Although Ms. Bofinger attended most of the trial, the only days of her attendance that were included in billing were ones when I specifically asked her to be present. The most important day was when Mr. Raponi testified and her insights were invaluable to me both in his cross-examination and in closing argument.

### III. Billing Practices

38.) I have the overall responsibility for billing in my firm and personally reviewed and dispatched every one of my Seldon Bofinger's bills until 2013, when Ms. Bofinger became a partner and began sharing responsibility for our administrative EEO practice. I have been responsible for all of our fee petitions filed in any forum.

39.) I have considerable experience and expertise in the law which applies to applications for awards of attorneys' fees and costs under a variety of fee-shifting statutes. It includes almost nine years as an Assistant United States Attorney, where my work included representing the federal government in the defense of some of the largest disputed and negotiated attorneys' fee awards at that time, for example Segar v. Smith, Civil Action No. 77-0081 (D.D.C.); and Thompson v. Barrett, 599 F. Supp. 806, 811-12 (D.D.C. 1988), rev'd, sub nom, Thompson v. Kennickell, 836 F.2d 616 (D.C. Cir. 1988).

40.) I have never actually had to litigate a fee award in an employment case against the U.S. Attorney's Office to a decision. Every case either ended with the government declining to file an opposition or with an agreement before fee litigation began, although this is the first time that we will be seeking an award for my time using Salazar/LSI rates. Schmidt v. Harris, Civ.

Action No. 77-2216 (JMF); Perry v. Donovan, Civ. Act. No. 77-1010 (RCL); Coles v. Perry, Civ.

Action No. 01-0732 (JMF); Elion v. Jackson, Civ. Action No. 05-0992 (PLF).

41.)    I entered private practice in 1988 when I left the Civil Division and drew upon this

experience and discussions with other firms to establish the billing practices and rates at my former

firm.  For the six years I was in corporate practice, I was personally responsible for preparing every

bill for every litigation matter handled by the firm, and became fully knowledgeable about the

factors that go into establishing billing rates, staffing cases, and exercising billing judgment for

private clients.  I implemented these same systems in 2003 when I opened Seldon Bofinger and

have used them since then, except that we now use computerized billing programs.

42.)    I have kept abreast of hourly rates and staffing practices by other firms engaged in

complex litigation by having discussions with their partners and reviewing broadly-based

commercially developed surveys.  From my personal affiliation with a larger firm in corporate

litigation practice, I know that the hourly rates of third year associates exceed my Laffey rate.

43.)    Turning to the mechanics of billing, hours worked by our attorneys are recorded on

an account-by-account basis which are maintained contemporaneously or as soon after work is

performed as possible.  For cases that are in litigation, I personally review records for accuracy

and ask specific questions about completeness and uncertain entries.  Both under general practices

and working from time records, I exclude hours which in the exercise of my billing judgment

should not be charged to a full fee-paying client and sometimes make overall reductions as well.

My time is reduced only rarely, although I did exclude several hours here, and I reduce Ms.

Bofinger's time somewhat but not greatly.  I also make reductions in Ms. Drabic's time to reflect

that she is a junior attorney, although in truth, her exceptional thoroughness is an invaluable asset in all of our case work.[5]

44.) As I stated earlier, the federal government has never objected to our use of Laffey rates, billing practices, time records, or staffing when we have prevailed in District Court and litigation over an award of our attorneys' fees using Laffey rates has never been necessary.

45.) The current Laffey rate for attorneys like myself who have over 20 years' experience is $520.00 per hour. To my knowledge, this rate is far less than the rates charged by private firms in other fields of litigation that are no more or less complex, demanding, or sought after. This is particularly true beyond summary judgment, because trials and hearings are unlikely in modern litigation practice. It is there that my skill and experience is most on display at trial.

46.) I exercised my billing judgment here to limit the Salazar/LSI differential to the amount of my time from the denial of summary judgment through the end of trial. We are not petitioning for that differential for the remaining 204 hours of his time, any of the 233.30 hours of Ms. Bofinger's time, or any of Ms. Drabic's 857.10 hours.

47.) Had a differential award been sought for these additional hours and then discounted by 15% as was done in Crew, the amount of this Petition would be many times higher.

48.) I used this limited differential for several reasons. Pre-trial and trial are the points at which my skill and experience are most on display. The demands on my time are so great for trial and pre-trial that I regularly turn down other clients when litigation nears. Court cases for existing clients and new clients must be declined and inquiries about representation routinely go

---

[5] There are a few administrative matters to note about our time records. The software we use sometimes enters dates incorrectly, which I believe is due to its failure on occasion to automatically update the dates for some entries. I have done my best to ensure that dates are correct but any entries remain that do not match up either with tasks or other attorneys' entries, this is the reason. In addition, our billing software occasionally rounds entries using fractions less than tenths of an hour, which is not how we record our time. Finally, attorneys do not always use the same terminology when entering their time. For example, I rarely use the term "draft" in my entries and I use the term "conf" whether I met in person with someone or by telephone.

unanswered when a trial or a hearing is nearing.  Further, since there is no longer any flexibility in my schedule at that point, new attorneys often have to be brought in to staff other cases and the time they need to get up to speed cannot be billed.

49.)   Ms. Bofinger's <u>Laffey</u> rate is also $520.00 per hour.  In recognition of the fact that Ms. Bofinger was not first chair, I lowered her rate to $495.00 per hour which I do in other cases as well.  For much of the time that Ms. Bofinger participated in this case, there was another attorney at my firm who second chaired many employment cases with me.  That attorney, Molly Buie, Esq., is a 2002 graduate of the Washington College of Law; in other words she has twenty years less experience than Ms. Bofinger.  Ms. Buie's <u>Laffey</u> rate, which has never been contested by the government, is $460.00 per hour.  Ms. Buie was not available for almost any of this case.  She was assigned to other on-going representations and, on many occasions, also had to pinch hit for me in cases where I was first chair.  By the time summary judgment was denied in this case, Ms. Buie had already left our firm.

50.)   Ms. Drabic's <u>Laffey</u> rate began at $255.00 per hour and increased to $300.00 per hour in June of 2014 once she had been out of school for three years.

51.)   Each of our attorneys made a definite career choice to pursue the work in which we specialize, a component potentially worth considering in a fee award.  <u>See Save Our Cumberland Mountains, Inc. v. Hodel</u>, 857 F.2d 1516, 1524-25 (D.C. Cir. 1988) (<u>en banc</u>).  I left a successful corporate practice in 1994 to represent individual plaintiffs in civil rights and civil liberties cases at considerable personal, financial sacrifice.  Ms. Bofinger had a highly successful 20 year career in corporate practice after leaving the federal government.  Ms. Drabic made the decision to join our firm even though she had an opportunity available in the corporate world.

16

# IV.     Fee Award

## Reasonable Number of Hours

52.)     After going through our billing records, the total number of reconciled hours for this case through March 10, 2015,[6] after making reductions in the exercise of my billing judgment, was 1,667.65.[7]Att. A.   To reach that total, I first eliminated time that seemed duplicative or excessive.  That resulted in my exclusion of approximately 63 hours of time.  After reviewing our records entry-by-entry, I then used my billing judgment to make an overall 10% reduction of Ms. Drabic's time from the outset of the case through the denial of summary judgment, or 54.21 hours. A good case can be made that the reduction was unnecessary but, in the exercise of my billing judgment, I went ahead and made it.   The reduction was moderate because of Ms. Drabic's exceptional ability and time management skills and in light of the fact that she worked closely under my supervision.

53.)     I made no reduction in Ms. Drabic's time in pre-trial and trial.  At that point, she worked closely with me and by the time of pre-trial, I was routinely assigning her responsibility not only for first drafts of pre-trial submissions, but for reviewing, editing, and contributing to my work.  The real challenge for us after summary judgment was getting the work done in light of the District Court's ambitious schedule.  There was no extra time and, therefore, no reason to exclude any work of Ms. Drabic's after summary judgment

---

[6]  March 10, 2015, is the date on which I provided defendant's counsel with all of the documentation and explanation that is contained in or attached in the Declaration.  We will convey any additional information to defendant once equitable relief to Ms. Makray is finalized and work cooperatively with defendant in an effort to resolve the issue of fee award after that date without involvement by the Court.
[7]  I invested 577.20 hours in the case.  Ms. Bofinger had 233.30, and Ms. Drabic had 857.10.

54.) This was a very reasonable number of hours for a case like this one. We spent far less time and deployed far fewer attorneys to litigate this case than the attorneys who represented the prevailing plaintiff in the two week jury trial in <u>Bremer v. Gutierrez</u>, Civ. Act. No. 03-1338 (JR) ECF #95.

55.) I have gone through our time records after excluding hours that I excluded in the exercise of my billing judgment to break this case down into the following phases to review the time which we spent in each and be certain it was reasonable. I concluded that it was.

56.) To start, I reviewed the time when Ms. Makray first sought our representation until the Complaint was filed on April 4, 2012. Attachment A documents that we spent just under 25 hours through that point.

57.) Once a Complaint is filed, it is not really possible to divide almost any civil case into neat and discrete sections. Contacts with witnesses often begin while discovery is being drafted or answered and interviewing witnesses and compiling information from them that will not be used until summary judgment and trial often begins early in the process. Attachment A shows that after the time the Complaint was filed, through written disclosures and discovery, in eDiscovery, and in initial contacts with witnesses, approximately 160 hours were needed until our attention turned more directly to depositions.

58.) This second phase of the case ended on May 21, 2013. From that point forward, until August 22, 2013, our attention turned to developing material for depositions, taking ten depositions, and preparing for and defending Ms. Makray's deposition. It took approximately 240 hours of time.

59.) The third phase of the case was in summary judgment. Taking it through March 12, 2014, when defendant filed its reply, approximately 390 hours were spent. Much of this time

was needed to account for and respond to defendant's many and shifting defenses, which I will describe in greater detail later.

60.) After summary judgment should have been completed, there was an unanticipated phase of this case that began when defendant unexpectedly offered a new declaration from Mr. Lewis in its summary judgment reply. Mr. Lewis' declaration contained dramatically new and different information from his deposition that required its exclusion or a re-opening of discovery to take his deposition.

61.) This phase began on March 13, 2014, after we reviewed defendant's summary judgment reply, included litigation on plaintiff's Rule 37 motion, and continued through the Court's denial of summary judgment on November 25, 2014. It included other matters that were going on simultaneously, including formulating a settlement position and sending a written settlement demand, and ended when we deposed Mr. Lewis for a second time on December 12, 2014. It took just over 90 hours.

62.) In the next phase, which ran approximately until the Joint Pre-Trial Statement was filed on January 12, 2015, work on pre-trial submissions began in earnest, the opening round of motions *in limine* was undertaken, and initial contacts with trial witnesses and considerations of trial strategy also began. Somewhat less than 200 hours of time was invested.

63.) The next phase was the final one before trial. It encompassed completion of motions *in limine* briefing, witnesses' preparation including Ms. Makray's, all trial strategy that could be completed before trial began, which included preparing opening statements, and settlement discussions and mediation. Just under 235 hours of time was needed.

64.) The next block of time was for the trial itself, which began on February 9, 2015. During that time, we were immersed not only in the trial itself, but also the considerable

preparation that remained to be undertaken as trial went along from witness examination, our response to defendant's motion for a mistrial, preparation for the charging conferences, and development of the closing statement.  This period ran until the jury returned its verdict and took about 245 hours of time.

65.)     The remainder of our time has been in post-trial matters, ranging from preparing the extensive materials needed to justify the award of attorneys' fees and costs, exchanges about equitable relief, and preparation of motions for these matters.  The parties have agreed that outside of the issue raised in this Petition, any additional time after March 10, 2015, will be dealt with separately and preferable resolved by agreement.

66.)     It is an easily observable phenomenon that the amount of billable time needed to litigate varies from case to case.  Employment cases are no different but there is one specific reason that is out of a plaintiff's control why this happens.

67.)     In my experience, the amount of billable time needed to prosecute an employment case is often driven by the defendant.  This has even been recognized in decisions about awards of attorneys' fees to prevailing plaintiffs which are excessive in the view of the unsuccessful employer.  E.g., Copeland v. Marshall, 641 F.2d 880, 904 (D.C. Cir. 1980) (en banc); Lipsett v. Blanco, 975 F.2d 934, 938 (1st Cir. 1992); Medford v. D.C., 691 F. Supp. 1473, 1476, n.4 (D.D.C. 1988).

68.)     The time needed to litigate this case was in significant respect dictated by the number and variety of OIG's defenses and success in this case was made particularly difficult because defendant repeatedly changed its position and invented new ones.  Defendant opened summary judgment by arguing that it "selected Melvin Reid … based on the results of the panel interview ... **and** his directly-related audit and quality assurance experience."  On reply, defendant

changed its tune and contended that the need for expertise in Quality Assurance "has no basis in the reality of this hiring decision." Compare Def. SJ Motion at 1 with Def. Reply at 11.

69.) Defendant tried to capitalize on Mr. Reid's race starting with the opening paragraph of its summary judgment motion, plaintiff's supposed "claim" of race discrimination was then aired no less than a dozen times, and reference to a qualification process being conducted by African Americans was made on more than one occasion. Defendant's attempt to inject race into this case continued through the trial. That is why litigation in limine was needed about the admissibility of Ms. Makray's administrative complaint, even though this issue had been resolved against this very defendant in Stepney v. Perez, Civ. Action No. 11-1480 (BJR).

70.) Despite never having been mentioned by OIG officials in many Affidavits and countless depositions, Ms. Makray's supposed lack of tact became a focal point at trial. Mr. Lewis also appeared suddenly with extensive testimony about the selection process after deposition to having had no participation in it. Mr. Raponi admitted at his deposition to having no recollection of the interview process, yet on the witness stand he went on for an hour or more about his scoring of candidates.

71.) A difficult case still remained to be proven even after this detritus was cleared. As defendant itself often pointed out, even routine head-to-head promotion cases are quite difficult because of the wide latitude accorded management in selecting among candidates. Fishbach v. District of Columbia Dept. of Corrections, 86 F.3d 1180, 1183-84 (D.C. Cir. 1996). Getting a non-promotion case beyond summary judgment can be daunting and prevailing at trial is far from a sure bet.

72.) This case was not different. Defendant used a three tiered selection process in selecting the Director of OAQA. It was divided between an HR qualification process, an interview

and ranking process, and the final selection.  Defendant claimed that Mr. Reid's falsification of his resume was irrelevant in the review by HR and that this was the only place it mattered.  It argued that Ms. Makray was properly scored lower than Mr. Reid at the interview stage, that two of the interviewers were not influenced by Mr. Raponi, and that Mr. Reid's service as acting Director of OAQA was a decisive factor, and that Ms. Makray's supposed absence from QA led to her non-selection.

73.)  Disproving multiple defenses, not to mention Mr. Reid's supposed extensive QA work at the VA, is time consuming and difficult.  The only way to respond is by tracking down, preparing, and calling a large number of witnesses at trial.  In my experience, about eight or nine witnesses are needed at trial in a case of this size and nature.  We had to call 15, six of whom were directly involved in the selection process and one more of whom was an adverse DOL OIG management official.  Trial prep time was extensive and complicated in certain respects because three important witnesses were out of town.

74.)  Until its reply on summary judgment, we took Mr. Lewis at his word when he admitted at his first deposition to not having played a role in the selection.  Putting his opinion in play meant that we had to move to exclude the evidence he purported to offer post-discovery and then to depose him again.  He could have been a fifteen minute witness at trial and instead, his examination by the defense took close to an entire day.

75.)  At trial, we were faced with what should have a significant overall advantage to defendant.  Ms. Makray was challenging a decision made by an Inspector General's Office, whose mission is investigating wrong-doing by the federal government.  Non-promotion cases, as I mentioned above, are difficult enough to prove.  We expected the testimony of senior officials of the IG's Office, which by definition is an arm federal law enforcement, to be given a lot of weight

by the jury. Discrediting them would be a laborious and difficult assignment that entailed reviewing multiple deposition and hearing testimony they had given not only in this case and others.

Reasonable Hourly Rates

76.)    As I stated at the outset, I have tried five employment cases to verdict against the U.S. Attorneys' Office since I founded Seldon Bofinger in 2003 and won each one. <u>Schmidt v. Harris,</u> Civ. Action No. 77-2216 (JMF); <u>Perry v. Donovan</u>, Civ. Act. No. 77-1010 (RCL); <u>Coles v. Perry</u>, Civ. Action No. 01-0732 (JMF); <u>Elion v. Jackson</u>, Civ. Action No. 05-0992 (PLF). In each of the four cases before this one, we always agreed on an award with the U.S. Attorney's Office before a formal petition needed to be adjudicated and always without opposition by the government.

77.)    Based on this history, there was no dispute about our use of the <u>Laffey</u> matrix for a partial interim award. The only issue that remains for adjudication is whether the time I spent after summary judgment through the end of trial should be awarded on the <u>Salazar</u>/LSI scale.

78.)    There are central deficiencies underlying the <u>Laffey</u> matrix because it is based entirely on years of experience and an overall CPI inflation factor.

79.)    My experience in employment litigation is unique and defendant is going to be hard pressed to contend otherwise. I highlighted the reasons at the outset of this Declaration. I tried quite a number of employment cases while I was an Assistant U.S. Attorney in the Civil Division and succeeded in all.[8] In 1985, Chief Judge Lamberth placed me in charge of reviewing all of Title VII class actions in which Civil was involved. I devised strategies for defendant class actions that are still in use today and personally handled the appeals of two of the earliest class actions

---

[8] I no longer have the performance appraisals in which these cases would be listed. Even without them, I can state with confidence there were at least a dozen.

under Title VII after liability had been lost.  Segar, 738 F.2d 1249; Thompson, 678 F.2d 257.  Chief

Judge Lamberth entrusted me with representing many senior officials in the federal government at

trial and once before the MSPB at the request of the General Counsel of the Department of the

Army.

      80.)     The complexity of my work in the Civil Division was not limited to the field of

employment law.  I was also one of the two lead staff attorneys at the entire Department of Justice

responsible for defending Executive Order 12291, which established the role of the Office of

Management and Budget in requiring application of specific cost benefit analysis that had to be

followed by federal agencies before regulations could promulgated; routinely defended the federal

government in proceedings on temporary restraining orders and preliminary injunctions in awards

of major government contracts; defended the Departments of Labor and Transportation in multiple

injunctive actions challenging entire programs; defended the immensely controversial FOIA suit

brought by John "Ivan the Terrible" Demjanjuk; and denaturalized a number of ex-Nazis.  My

work in these cases and others earned me a Special Commendation from the Attorney General,

two Special Achievement Awards from the U.S. Attorney for the District of Columbia, seven

straight Outstanding appraisals from Chief of the Civil Division; and many commendations from

senior federal officials including one from the head of the IRS Criminal Investigations Division

for my defense of its head in one of the first cases of sex harassment after the Supreme Court's

decision in Meritor Savings Bank.  I have done work of equal importance and complexity since

leaving the U.S. Attorney's Office, much of which was learned as a direct result of my time in that

Office.  E.g., Housing Study Group v. Kemp, 736 F. Supp. 321 (D.D.C. 1990) (JHG); 732 F. Supp.

180 (D.D.C. 1990) (JHG).

81.)  In addition to the employment cases taken to trial, we have also achieved considerable success for our clients in settlements and mediation at all stages of litigation in this jurisdiction and elsewhere, including one against this same defendant, Stepney v. Perez, Civ. Action No. 11-1480 (BJR).  Other examples include Kalinoski v. Gutierrez, Civ. Action No. 04-1206 (JDB); Brown v. Jackson, Civ. Action No. 11-1248 (RMC); Barney v. Geithner, 08-0986 (CKK); Francis-Cumber v. Donovan, Civ. Action No. 11-1076 (JEB).  I successfully represented the nuclear whistleblower whose disclosures caused DOE to modernize its entire accident investigation program, another DOE whistleblower who disclosed that the agency's overall nuclear environmental remediation program was based on false scientific assumptions, and the commercial nuclear whistleblower who disclosed multiple of NRC violations at the PG&E facility in Diablo Canyon, California.  I am listed in Wikipedia for having successfully represented the DOL employee who received the largest settlement in the history of the Whistleblower Protection Act.  My work triggered the resignations of the HUD Inspector General, her Deputy, and her Legal Counsel when the Washington Post reported on a case of mine which granted a TRO enjoining them from removing the only African American member of the SES in their agency's history from law enforcement.  The Washingtonian listed me as a Best Lawyer in the field of employment law in 2013.

82.)  Using Laffey rates for me throughout a complex case like this one simply does not reflect the rates at which attorneys with my experience and special skills are made available by firms with full fee paying clients.  Nor does it reflect that various firms staff cases differently, and that the Laffey matrix penalizes Seldon Bofinger because it assigns me the same hourly rates as though we are assigned a cadre of junior associates to litigate a case.  Many firms charge hourly

rates consistent with offering representation with direct involvement by highly experienced partners and small litigation teams, which is how Seldon Bofinger staffs our cases.

83.)     Much of this discussion has to concern what the qualities are that make an attorney especially attractive to a prospective client and put a private firm in a position to charge more than Laffey rates for his or her services.  One is that the attorney offers expertise in a particular legal field that is not easily mastered without decades of experience.  Employment law is a constantly evolving field and even today remains an unstable one.  The weight to be assigned circumstantial versus direct evidence and burdens of proof were core issues in the Supreme Court's original employment decision over 40 years ago McDonnell Douglas Corp. v. Green, 411 U.S. 792 (1973). This one issue is of such singular importance that the Supreme Court has addressed it again and again, starting with Texas Dept. of Community Affairs v. Burdine, 450 U.S. 248 (1981), and continuing over decades in cases such as United States Postal Service v. Aikens, 460 U.S. 711 (1983), Price Waterhouse v. Hopkins, 490 U.S. 228 (1989), Reeves v. Sanderson Plumbing Products, Inc., 530 U.S. 133 (2000), and Desert Palace, Inc. v. Costa, 539 U.S. 90, 99-100 (2003). The cases from the D.C. Circuit concerning these subjects and others related to them are legion. E.g., Aka v. Washington Hospital Center, 156 F.3d 1284, 1293 (D.C. Cir. 1998) (en banc); Brady v. Sergeant at Arms, 520 F.3d 490, 495 & n.3 (D.C. Cir. 2008); Talavera v. Shah, 638 F.3d 303, 311-12 (D.C. Cir. 2011); Czekalski v. Peters, 475 F.3d 360, 368 (D.C. Cir. 2007); George v. Leavitt, 407 F. 3d 405, 412, 414 (D.C. Cir. 2005); Lathram v. Snow, 336 F.3d 1085, 1094 (D.C. Cir. 2003);

84.)     The short of this matter is that no attorney is capable of venturing into employment litigation in today's world without spending years to master the field.

85.)    In my experience, another key qualification that the market values in an attorney and justifies rates above <u>Laffey</u> is recognition of his or her experience and credibility when appearing before a particular forum. I have tried many cases in our District Court going back over thirty years and have handled countless more on summary judgment and preliminary injunctions. I know from experience and observation that an attorney who has command of the issues at trial and in motions practice has a distinct advantage and that too takes years to acquire.

86.)    Repeated practice in a particular field that gives an appreciation for subtle factual issues, distinctive access to lay and expert witnesses, and unique insight into evidence is especially attractive to prospective clients. Seldon Bofinger not only has extensive experience in employment litigation, but in federal personnel practices and policies and in litigation involving white collar law enforcement. <u>E.g.</u>, <u>Coles v. Perry</u>, Civ. Action No. 01-0732 (JMF); <u>Elion v. Jackson</u>, Civ. Action No. 05-0992 (PLF); <u>Brown v. Jackson</u>, Civ. Acton No. 11-1248 (RMC); <u>Barney v. Geithner</u>, 08-0986 (CKK); <u>Mazzoni v. Mills</u>, 07-2322 (EGS); <u>Malloy v. Preston</u>, Civ. Action No. 05-1117 (RCL); <u>Beard v. Jackson</u>, Civ. Action No. 06-0756 (GK); <u>Hawkins v. Jackson</u>, Civ. Action No. 09-1788 (CKK).

87.)    The ability to deliver top quality products and make recommendations about difficult choices facing clients, often on short notice, is another key quality in a top caliber attorney. I first developed this skill when I was an Assistant U.S. Attorney and I continue to use them to our client's advantage today at Seldon Bofinger. It was certainly of great value to Ms. Makray.

88.)    Success in similar cases is often a consideration for a prospective client choosing a firm to represent him or her. I have mentioned our unbroken string of successful trials both for and against the U.S. Attorneys' Office and in that I am certain we are unique. That success is also one of the key reasons we are respected in settlement and mediation short of trial and this was

27

borne out in the exceptional results we achieved in a case involving this very defendant which yielded a settlement in excess of $500,000.00, <u>Stepney v. Perez</u>, Civ. Action. No. 11-1480 (BJR). Other examples include <u>Kalinoski v. Gutierrez</u>, Civ. Action No. 04-1206 (JDB); <u>Brown v. Jackson</u>, Civ. Acton No. 11-1248 (RMC); <u>Barney v. Geithner</u>, 08-0986 (CKK); <u>Francis-Cumber v. Donovan</u>, Civ. Action No. 11-1076 (JEB); <u>Mazzoni v. Mills</u>, 07-2322 (EGS); <u>Malloy v. Preston</u>, Civ. Action No. 05-1117 (RCL); <u>Beard v. Jackson</u>, Civ. Action No. 06-0756 (GK); <u>Hawkins v. Jackson</u>, Civ. Action No. 09-1788 (CKK).

89.)	I should add that the trial of this case took close to two weeks and fifteen witnesses were called, many if not most of whom were adverse, and summary judgment practice required motions and oppositions close to the page limitations of this Court's Local Rules.

90.)	Over and above the fact that the <u>Laffey</u> matrix does not place value on these qualities because it is based on nothing but years of experience, it also fails to take account of the different ways that firms handle their cases. Some firms staff cases with many junior associates. Others, like Seldon Bofinger provide for more direct involvement with senior partners highly experienced in specific litigation.

91.)	The <u>Laffey</u> matrix makes the mistake of valuing all attorneys' services at the same rates regardless of how they are offered. The difference in the way that this case was staffed at trial bears out why this is a such a fundamental error.

92.)	Ms. Makray's trial team consisted of myself and Ms. Drabic. At <u>Laffey</u> rates, our time was valued at a combined $820.00 per hour. Defendant did not have an attorney with my experience at its table. Its two lead attorneys appeared to have at least ten years of experience each which, using <u>Laffey</u> rates, totaled a combined rate of $920.00 per hour. Defendant also had a third attorney who appeared to have an equal amount of experience, which meant that at <u>Laffey</u> rates,

28

the combined value of defendant's trial team was $1380.00 per hour, or half again as much as ours. Even using the Salazar/LSI scale for my time, the combined rate for Ms. Drabic and me was $1071.00, close to 30% lower than the combined Laffey rates of defendant's trial team.[9]  There is simply no way in the market for attorneys that our time would be valued at approximately two-thirds of the defense team's time, which it would be if Laffey rates were applied for all of our time.

Calculation of Fee Award

93.)    As I discussed earlier, we are petitioning for an award of attorneys' fees based on the Laffey matrix, using a slightly lower rate for Ms. Bofinger,[10] and the Salazar/LSI scale for my time from the denial of summary judgment through the end of trial.  After specific reductions that I made in the exercise of my billing judgment, the total award including the Salazar/LSI differential and an award using only Laffey-based rates are as follows:

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Robert C. Seldon, Esq. | 233.00 | $520.00 | $121,264.00 |
| | 344.00 | $789.00 | $271,416.00 |
| Charlene Bofinger, Esq. | 233.35 | $495.00 | $115,508.25 |
| Lauren Marsh Drabic, Esq. | 542.10 | $255.00 | $138,235.50 |
| | 315.00 | $300.00 | $94,500.00 |
| | | | |
| Reduction of 10% for Ms. Drabic through SJ denial | | | ($13,823.55) |
| | | | |
| Total | | | $727,100.20 |
| | | | |
| Laffey-based award | | | $634,564.00 |

---

[9]  Defendant also had a paralegal at counsel table full time, and we had Ms. Bofinger in attendance for a few days.  In light of her limited attendance, I worked on the assumption that their time netted out, even though doing so in all probability favored the defense.

[10]  For the reasons discussed earlier, instead of using Ms. Bofinger's Laffey rate of $520.00 per hour, I used $495.00 per hour.  Ms. Drabic's rate changed from $255.00 to $300.00 per hour on June 1, 2014.

Salazar/LSI differential                                          $92,536.00

Attachment A, B.

94.)    These totals include the entry-by-entry reduction of 5.80 hours of my time, 35.30

hours of Ms. Bofinger's time and 15.80 in Ms. Drabic's time, in addition to the overall 10%

reduction in Ms. Drabic's time through summary judgment of 54.21 hours.

<strong>Section V.      Entitlement To An Award Without Reduction</strong>

95.)    Entitlement to an award of attorneys' fees under Title VII is dependent on a plaintiff

having prevailed in litigation.  42 U.S.C. §2000e-5(k).  Ms. Makray sought relief in the form of

retroactive promotion to GS-15, compensatory damages, and backpay and interest.  The jury's

verdict and the equitable relief that will follow will provide Ms. Makray with all of these remedies.

Ms. Makray prevailed in full and is entitled to an award of the attorneys' fees and costs without

reduction.

96.)    I know from personal experience, research of other cases, and speaking with

colleagues that the attorneys' fees incurred when an employment case is won at trial regularly

exceed a prevailing plaintiff's monetary recovery.  Ms. Makray received a $200,000.00 jury

verdict; backpay and a retroactive promotion are on the way.  Her career has been righted and she

is now competitive for the Senior Executive Service.  The vindication of her civil rights and her

receipt of substantial financial and career benefits fully justifies the full award we are seeking

which includes the use of the Salazar/LSI differential for only a portion of this case.

I hereby declare that the foregoing Declaration is true and correct, to the best of my knowledge, information and belief.

_____
Robert C. Seldon, Esq.

Executed on April 21, 2015.

.

Attachment A
## Salazar/LSI Rates (12/01/14 - 02/20/15)

| Attorney | Hours | Laffey-Based Rate | Amount Billed |
|---|---|---|---|
| Robert C. Seldon, Esq. | 233.20 | $ 520.00 | $ 121,264.00 |
| | 344.00 | $ 789.00 | $ 271,416.00 |
| | | | |
| Charlene Bofinger, Esq. | 233.35 | $ 495.00 | $ 115,508.25 |
| | | | |
| Lauren Marsh Drabic, Esq. | 542.10 | $ 255.00 | $ 138,235.50 |
| | 315.00 | $ 300.00 | $ 94,500.00 |
| | | | |
| Reduction of 10% for Ms. Drabic through SJ denial | | | $ (13,823.55) |
| | | | |
| Total | | | $ 727,100.20 |

| | |
|---|---|
| Laffey Rates Total (Attachment B) | $ 634,564.20 |
| Difference Between Salazar/LSI Rates and Laffey Rates | **$ 92,536.00** |

| Date | User | Description | Billable Time | Total Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|---|
| **Laura Makray** | | | | | | |
| 11/16/2011 | CB | Conf w/Laura Makray re: EEO complaint and potential fed. ct. action | 0.80 | 0.80 | $495.00 | $396.00 |
| 11/28/2011 | CB | Conf w/Laura Makray re her complaint. | 2.70 | 2.70 | $495.00 | $1,336.50 |
| 11/29/2011 | CB | Review Makray ROI | 3.00 | 3.00 | $495.00 | $1,485.00 |
| 02/03/2012 | CB | Conf w/client re: ROI | 0.30 | 0.30 | $495.00 | $148.50 |
| 02/21/2012 | CB | Continue review of ROI | 0.60 | 0.60 | $495.00 | $297.00 |
| 03/12/2012 | CB | Phone call from client re. updates on several matters including on filing the complaint | 0.60 | 0.60 | $495.00 | $297.00 |
| 03/12/2012 | RS | Review Makray ROI | 0.80 | 0.80 | $520.00 | $416.00 |
| 03/13/2012 | RS | Research re: detail as evidence or separate claim | 0.40 | 0.40 | $520.00 | $208.00 |
| 03/13/2012 | RS | Continue review of ROI, compare to Raponi testimony in Stepney v. Solis, conf w/CB re: same | 1.60 | 1.60 | $520.00 | $832.00 |
| 03/18/2012 | RS | Draft cplt | 1.50 | 1.50 | $520.00 | $780.00 |
| 03/19/2012 | RS | Continue drafting cplt | 1.00 | 1.00 | $520.00 | $520.00 |
| 03/19/2012 | RS | Research re: reverse discrimination, email to client re: same | 0.20 | 0.20 | $520.00 | $104.00 |
| 03/20/2012 | RS | Continue drafting cplt | 1.50 | 1.50 | $520.00 | $780.00 |
| 03/29/2012 | MB | Review and revise RS draft of Complaint. | 0.00 | 0.50 | $0.00 | $0.00 |
| 04/01/2012 | CB | Review and revise draft compliant. | 0.50 | 0.50 | $495.00 | $247.50 |
| 04/01/2012 | RS | Review and revise cplt, review emaills from CB and client re: revisions to same, E-mails to client and CB re: same | 2.00 | 2.00 | $520.00 | $1,040.00 |
| 04/03/2012 | RS | Continue drafting cplt, telephone conf and emails w/client re: same | 2.00 | 2.00 | $520.00 | $1,040.00 |
| 04/04/2012 | LD | Filed complainted, served process at USAO | 0.00 | 1.50 | $0.00 | $0.00 |
| 04/04/2012 | LD | Reviewed ROI, complaint | 1.50 | 1.50 | $255.00 | $382.50 |
| 04/04/2012 | RS | Finalize final cplt, telephone conf's and emails w/client re: same, draft Summonses, etc., arrange for filing | 2.30 | 2.30 | $520.00 | $1,196.00 |
| 04/05/2012 | LD | Reviewed ROI, complaint | 1.00 | 1.00 | $255.00 | $255.00 |
| 04/11/2012 | LD | Reviewed ROI | 0.00 | 0.80 | $0.00 | $0.00 |
| 04/12/2012 | LD | Reviewed ROI | 0.00 | 4.50 | $0.00 | $0.00 |
| 04/12/2012 | LD | Drafted memo outlining Makray facts | 2.00 | 2.00 | $255.00 | $510.00 |
| 04/16/2012 | CB | Phone call from client re: FAD and related matters | 0.30 | 0.30 | $495.00 | $148.50 |
| 07/19/2012 | RS | Telephone conf w/USAO re: Rule 16 report, telephone conf w/client re: same | 0.30 | 0.30 | $520.00 | $156.00 |
| 08/01/2012 | LD | Drafted pro hac motion, cert | 0.00 | 0.40 | $0.00 | $0.00 |
| 08/01/2012 | RS | Review draft Rule 16 Report from USAO, revise same,email to USAO re: same | 1.20 | 1.20 | $520.00 | $624.00 |
| 08/02/2012 | RS | Draft Joint Motion and proposed Order, email to USAO re: same | 0.80 | 0.80 | $520.00 | $416.00 |
| 08/02/2012 | RS | Review and revise Rule 16 Report and Order, email to USAO for review and filing | 0.50 | 0.50 | $520.00 | $260.00 |
| 08/03/2012 | RS | File Rule 16.3 report, telephone conf w/USAO re: same | 0.10 | 0.10 | $520.00 | $52.00 |
| 08/09/2012 | LD | Began drafting initial disclosures | 1.20 | 1.20 | $255.00 | $306.00 |
| 08/10/2012 | LD | Continued drafting initial disclosures | 3.00 | 3.00 | $255.00 | $765.00 |
| 08/15/2012 | LD | Meeting with client re: initial disclosures | 1.50 | 1.50 | $255.00 | $382.50 |
| 08/15/2012 | LD | Incorporated changes into initial disclosures based on today's meeting | 1.10 | 1.10 | $255.00 | $280.50 |
| 08/15/2012 | RS | Conf w/LEM re: initial disclosures | 0.50 | 0.50 | $520.00 | $260.00 |
| 08/28/2012 | LD | Began drafting timeline of events | 0.20 | 0.20 | $255.00 | $51.00 |
| 08/30/2012 | LD | Drafted timeline of events based | 1.00 | 1.00 | $255.00 | $255.00 |
| 09/09/2012 | RS | Review and revise draft Initial Disclosures, review Stepney disclosures, email to LEM re: same | 0.60 | 0.60 | $520.00 | $312.00 |

| Date | | Description | | | | |
|------|--|-------------|--|--|--|--|
| 09/10/2012 | LD | Finalized initial disclosures | 1.00 | 1.00 | $255.00 | $255.00 |
| 09/24/2012 | LD | Began drafting discovery requests | 1.50 | 1.50 | $255.00 | $382.50 |
| 09/25/2012 | LD | Continued formulating and drafting discovery requests | 2.00 | 2.00 | $255.00 | $510.00 |
| 10/01/2012 | LD | Continued forumlating questions and drafted memo re: discovery requests | 2.50 | 2.50 | $255.00 | $637.50 |
| 10/15/2012 | LD | Conferred w/ RS re: drafting discovery requests | 0.80 | 0.80 | $255.00 | $204.00 |
| 10/15/2012 | LD | Continued drafting discovery requests | 1.50 | 1.50 | $255.00 | $382.50 |
| 10/15/2012 | RS | Review draft written discovery, review ROI re: interrogatories and RFP's, conf w/LEM re: same | 2.00 | 2.00 | $520.00 | $1,040.00 |
| 10/16/2012 | LD | Continued drafting, revising discovery requests | 0.70 | 0.70 | $255.00 | $178.50 |
| 10/18/2012 | LD | Continued drafting and revising first discovery requests | 1.40 | 1.40 | $255.00 | $357.00 |
| 10/22/2012 | LD | Updated discovery requests incorporating RS revisions and suggestions | 0.00 | 1.00 | $0.00 | $0.00 |
| 10/22/2012 | LD | Revised discovery requests | 0.50 | 0.50 | $255.00 | $127.50 |
| 10/22/2012 | LD | Drafted letter to accompany discovery requests | 0.20 | 0.20 | $255.00 | $51.00 |
| 10/23/2012 | LD | Conferred w/ RS re: final revisions for discovery requests | 0.00 | 0.20 | $0.00 | $0.00 |
| 10/23/2012 | LD | Finalized and sent discovery requests (1st Interrog, RFP, RFA) to AUSA Peterson | 0.90 | 0.90 | $255.00 | $229.50 |
| 11/29/2012 | LD | Reviewed defendant's response to RFA's | 0.20 | 0.20 | $255.00 | $51.00 |
| 11/29/2012 | LD | Emails w/ AUSA Benton Peterson re: discovery responses and timeline | 0.10 | 0.10 | $255.00 | $25.50 |
| 11/29/2012 | LD | Email to client re: discovery responses | 0.10 | 0.10 | $255.00 | $25.50 |
| 01/16/2013 | LD | Phone call w/ AUSA Peterson re: status of discovery requests, email to RS re: same | 0.30 | 0.30 | $255.00 | $76.50 |
| 01/18/2013 | LD | Phone call w/ AUSA Peterson re: update on discovery, email to client re: same | 0.30 | 0.30 | $255.00 | $76.50 |
| 01/18/2013 | RS | Conf w/LEM and USAO re: discovery schedule and extension | 0.20 | 0.20 | $520.00 | $104.00 |
| 01/24/2013 | RS | Draft motion to extend discovery period | 0.20 | 0.20 | $520.00 | $104.00 |
| 01/28/2013 | LD | Left message for AUSA Peterson re: discovery responses, follow-up call w/ client re: same | 0.20 | 0.20 | $255.00 | $51.00 |
| 01/29/2013 | LD | Reviewed agency's written responses to plaintiff's first set of interrogatories | 0.50 | 0.50 | $255.00 | $127.50 |
| 01/29/2013 | LD | Began drafting list of search terms to use for e-discovery request | 1.00 | 1.00 | $255.00 | $255.00 |
| 02/01/2013 | LD | Reviewed defendant's discovery documents and continued formulating list of e-discovery search terms | 1.00 | 1.00 | $255.00 | $255.00 |
| 02/11/2013 | LD | Organized documents to be scanned and copied to be mailed to client | 0.30 | 0.30 | $255.00 | $76.50 |
| 02/19/2013 | LD | Drafted memo outlining documents produced in Def's 1st RFP in anticipation of Thursday's meeting | 1.10 | 1.10 | $255.00 | $280.50 |
| 02/19/2013 | LD | Reviewed agency's responses to interrogatories and RFA's | 0.40 | 0.40 | $255.00 | $102.00 |
| 02/19/2013 | LD | Conferred w/ RS re: defendant's discovery documents | 2.40 | 2.40 | $255.00 | $612.00 |
| 02/19/2013 | LD | Drafted memo formulating second discovery requests based on today's conf | 0.20 | 0.20 | $255.00 | $51.00 |
| 02/19/2013 | RS | Review def discovery responses, conf w/LEM re: same, telephone conf w/client re: same | 4.30 | 4.30 | $520.00 | $2,236.00 |
| 02/22/2013 | LD | Conference call w/ client re: defendant's discovery responses, follow up w/ RS re: same | 1.00 | 1.00 | $255.00 | $255.00 |
| 02/22/2013 | LD | Drafted memo summarizing additional information to obtain through additional discovery and draft RFP's and interrogatories re: same | 2.00 | 2.00 | $255.00 | $510.00 |

| 02/22/2013 RS | Conf w/LEM and client re: def discovery responses | 1.00 | 1.00 | $520.00 | $520.00 |
|---|---|---|---|---|---|
| 02/25/2013 LD | Completed draft of memo re: discovery issues moving forward | 0.70 | 0.70 | $255.00 | $178.50 |
| 02/26/2013 LD | Reviewed OIG promotion and internal placement plan, updated discovery memo re: same | 0.70 | 0.70 | $255.00 | $178.50 |
| 03/04/2013 RS | Review LEM Memo re: deficiencies in def discovery responses, review def Int Responses re: same | 0.60 | 0.60 | $520.00 | $312.00 |
| 03/08/2013 LD | Made additions and revisions to AUSA Peterson re: discovery issues, emailed client re: same | 1.00 | 1.00 | $255.00 | $255.00 |
| 03/08/2013 RS | Continuing drafting letter to USAO re: discovery deficiencies | 1.00 | 1.00 | $520.00 | $520.00 |
| 03/11/2013 RS | Continue drafting letter to AUSA re: discovery issues, telephone conf w/client re: same, emails to USAO re: same | 0.40 | 0.40 | $520.00 | $208.00 |
| 03/14/2013 LD | Reviewed defendant's discovery requests | 0.80 | 0.80 | $255.00 | $204.00 |
| 03/15/2013 LD | Conf call w/ RS, AUSA Peterson, agency counsel re: defendant's discovery responses | 1.00 | 1.00 | $255.00 | $255.00 |
| 03/15/2013 LD | Drafted follow-up memo re: discovery matters discussed in today's conf call | 0.30 | 0.30 | $255.00 | $76.50 |
| 03/15/2013 RS | Participate in discovery conf w/LEM and USAO | 1.00 | 1.00 | $520.00 | $520.00 |
| 03/18/2013 LD | Compiled documents and drafted follow-up email to AUSA Peterson re: Friday's discovery conf | 1.00 | 1.00 | $255.00 | $255.00 |
| 03/20/2013 LD | Phone call w/ client re: def's discovery requests | 0.10 | 0.10 | $255.00 | $25.50 |
| 03/20/2013 LD | Annotated def's discovery requests | 0.50 | 0.50 | $255.00 | $127.50 |
| 03/22/2013 LD | Phone call w/ AUSA Peterson re: update on discovery follow-up, email to RS re: same | 0.30 | 0.30 | $255.00 | $76.50 |
| 03/26/2013 LD | Conferred w/ RS re: DOL's discovery requests in anticipation of Thursday meeting w/ client | 0.20 | 0.20 | $255.00 | $51.00 |
| 03/26/2013 RS | Conf w/LEM re: responding to def discovery | 0.20 | 0.20 | $520.00 | $104.00 |
| 03/28/2013 LD | Conference w/ client, RS re: responses to defendant's discovery requests | 3.00 | 3.00 | $255.00 | $765.00 |
| 03/28/2013 RS | Prepare for conf w/client and LEM re: responding to def. written discovery, conf w/same re: same | 3.40 | 3.40 | $520.00 | $1,768.00 |
| 04/08/2013 LD | Began drafting responses to def's interrogatories | 1.20 | 1.20 | $255.00 | $306.00 |
| 04/09/2013 LD | Phone call w/potential witness re: Melvin Reid's knowledge of his pre-selection | 0.20 | 0.20 | $255.00 | $51.00 |
| 04/09/2013 LD | Phone call w/ Kathie Gers re: Melvin Reid's knowledge of pre-selection, experience at VA | 0.20 | 0.20 | $255.00 | $51.00 |
| 04/09/2013 LD | Continued drafting responses to defendant's discovery requests | 2.30 | 2.30 | $255.00 | $586.50 |
| 04/09/2013 LD | Revisions to e-discovery search terms and additional discovery requests, email to client re: same | 0.70 | 0.70 | $255.00 | $178.50 |
| 04/09/2013 LD | Drafted letter to AUSA Peterson re: following up on defendant's discovery responses | 0.80 | 0.80 | $255.00 | $204.00 |
| 04/10/2013 LD | Continued drafting responses to defendant's discovery requests | 4.40 | 4.40 | $255.00 | $1,122.00 |
| 04/11/2013 LD | Continued drafting responses to defendant's interrogatories | 3.50 | 3.50 | $255.00 | $892.50 |
| 04/12/2013 LD | Phone call w/ client re: e-discovery search terms, second set of interrogatories and RFP's | 0.40 | 0.40 | $255.00 | $102.00 |
| 04/12/2013 LD | Revised and finalized list of e-discovery search terms, emailed AUSA Peterson re: same | 0.50 | 0.50 | $255.00 | $127.50 |
| 04/12/2013 LD | Additions and revisions to second set of interrogatories per client's suggestions | 0.50 | 0.50 | $255.00 | $127.50 |
| 04/12/2013 LD | Continued drafting responses to defendant's interrogatories, email to client re: same | 2.80 | 2.80 | $255.00 | $714.00 |

| 04/15/2013 LD | Email to AUSA Peterson re: defendant's discovery request, discovery scheduling and conference w/ judges' chambers | 0.30 | 0.30 | $255.00 | $76.50 |
|---|---|---|---|---|---|
| 04/15/2013 LD | Email to AUSA Peterson re: second set of discovery requests, scheduling phone call re: discovery responses and Chambers re: same, conf re: enlarging discovery deadline | 0.40 | 0.40 | $255.00 | $102.00 |
| 04/15/2013 LD | Revisions and additions to second set of discovery requests, conferred w/ RS and client re: same | 1.60 | 1.60 | $255.00 | $408.00 |
| 04/15/2013 RS | Review 2nd round of written discovery, conf w/LEM re: same and status of conferring w/opposing counsel | 0.30 | 0.30 | $520.00 | $156.00 |
| 04/16/2013 LD | Reviewed defendant's first supplemental interrogatory responses | 0.30 | 0.30 | $255.00 | $76.50 |
| 04/16/2013 LD | Prepared for conference call w/ Benton Peterson re: discovery deficiencies | 0.60 | 0.60 | $255.00 | $153.00 |
| 04/16/2013 LD | Discovery conference call w/ RS and AUSA Peterson, prepped and followed-up w/ RS re: same | 0.80 | 0.80 | $255.00 | $204.00 |
| 04/16/2013 LD | Drafted follow-up memo summarizing conference call w/ AUSA Peterson | 0.20 | 0.20 | $255.00 | $51.00 |
| 04/16/2013 LD | Follow-up email to AUSA Peterson re: discovery requests | 0.10 | 0.10 | $255.00 | $25.50 |
| 04/16/2013 LD | Continued drafting responses to defendant's discovery requests, email to client re: same | 0.80 | 0.80 | $255.00 | $204.00 |
| 04/16/2013 RS | Discovery conf w/LEM and USAO, preparation for same | 0.80 | 0.80 | $520.00 | $416.00 |
| 04/17/2013 LD | Phone call w/ client re: responses to defendant's discovery requests | 0.30 | 0.30 | $255.00 | $76.50 |
| 04/17/2013 LD | Began review of defendant's supplemental discovery responses (ROIs in other EEO complaints) | 1.80 | 1.80 | $255.00 | $459.00 |
| 04/18/2013 LD | Continued review of documents produced in defendant's supplemental production | 2.80 | 2.80 | $255.00 | $714.00 |
| 04/19/2013 RS | Review and respond to email from USAO re: discovery | 0.10 | 0.10 | $520.00 | $52.00 |
| 04/22/2013 RS | Email correspondence w/USAO re: cert of discovery resp., review same | 0.30 | 0.30 | $520.00 | $156.00 |
| 04/24/2013 LD | Phone call w/ AUSA Peterson touching base re: discovery | 0.10 | 0.10 | $255.00 | $25.50 |
| 04/24/2013 LD | Drafted joint motion to enlarge discovery | 0.80 | 0.80 | $255.00 | $204.00 |
| 04/24/2013 LD | Phone call w/ client re: responses to defendant's discovery requests | 0.20 | 0.20 | $255.00 | $51.00 |
| 04/24/2013 LD | Follow-up phone calls, emails to AUSA Peterson re: deadlines for follow-up discovery requests | 0.40 | 0.40 | $255.00 | $102.00 |
| 04/25/2013 LD | Reviewed defendant's supplemental responses to interrogatories 1 and 3, emailed client re: same | 1.00 | 1.00 | $255.00 | $255.00 |
| 04/25/2013 LD | Continued drafting responses to defendant's discovery requests | 1.80 | 1.80 | $255.00 | $459.00 |
| 04/26/2013 LD | Phone call w/ client re: responses to defendant's interrogatories | 0.20 | 0.20 | $255.00 | $51.00 |
| 04/29/2013 LD | Phone call w/ client re: update on discovery responses | 0.20 | 0.20 | $255.00 | $51.00 |
| 04/29/2013 LD | Continued drafting responses to defendant's requests for interrogatories | 3.00 | 3.00 | $255.00 | $765.00 |
| 04/29/2013 LD | Follow up email w/ client re: documents needed to assist in responses to def discovery requests | 0.20 | 0.20 | $255.00 | $51.00 |

| Date | | Description | | | | |
|------|--|-------------|--|--|--|--|
| 04/29/2013 | RS | Email correspondence w/USAO re: timing of discovery responses | 0.10 | 0.10 | $520.00 | $52.00 |
| 04/30/2013 | CB | Discussion with LEM re. potential witnesses. Follow up discussion with RS re. same. | 0.30 | 0.30 | $495.00 | $148.50 |
| 04/30/2013 | CB | Call with potential witness | 1.20 | 1.20 | $495.00 | $594.00 |
| 04/30/2013 | CB | Meeting with RS and LEM to brief them on call with potential witness | 0.60 | 0.60 | $495.00 | $297.00 |
| 04/30/2013 | LD | Prepared lists of questions and left voicemails for potential witnesses | 0.50 | 0.50 | $255.00 | $127.50 |
| 04/30/2013 | LD | Phone call w/ Christine Allen re: conversation with Tony Dixon, quality of client's audit work | 0.40 | 0.40 | $255.00 | $102.00 |
| 04/30/2013 | LD | Reviewed and incorporated client's additions to defendant's discovery requests | 1.50 | 1.50 | $255.00 | $382.50 |
| 04/30/2013 | LD | Drafted email to CB re: background of witnesses to speak to; conferred w/ CB re: same | 0.40 | 0.40 | $255.00 | $102.00 |
| 04/30/2013 | LD | Continued drafting, outlining responses to defendant's discovery requests | 2.30 | 2.30 | $255.00 | $586.50 |
| 04/30/2013 | LD | Conferred w/ CB, RS re: CB's conversation w/potential witness, strategy for moving forward | 0.60 | 0.60 | $255.00 | $153.00 |
| 04/30/2013 | LD | Email to client touching base on discovery responses | 0.10 | 0.10 | $255.00 | $25.50 |
| 04/30/2013 | RS | Conf's w/CB and LEM re: discovery issues, witness statements and related matters | 0.00 | 0.60 | $0.00 | $0.00 |
| 05/01/2013 | CB | Calls to client to update her on calls with her manager. | 0.10 | 0.10 | $495.00 | $49.50 |
| 05/01/2013 | CB | Call with potential witness re: testimony | 0.60 | 0.60 | $495.00 | $297.00 |
| 05/01/2013 | CB | Review Tony Dixon's affidavit prior to calling him | 0.30 | 0.30 | $495.00 | $148.50 |
| 05/01/2013 | CB | Call with client re: calls with her manager and others. | 0.95 | 0.95 | $495.00 | $470.25 |
| 05/01/2013 | CB | Meeting with RS and LEM re. call with potential witness. | 0.30 | 0.30 | $495.00 | $148.50 |
| 05/01/2013 | CB | Call with client re. her calls to potential witnesses. | 0.40 | 0.40 | $495.00 | $198.00 |
| 05/01/2013 | CB | Discussion with LEM abuot additional statement from potential witnesses. | 0.20 | 0.20 | $495.00 | $99.00 |
| 05/01/2013 | CB | Add additional information to LEM's memo detailing the conversations with witnesses. | 0.50 | 0.50 | $495.00 | $247.50 |
| 05/01/2013 | LD | Reviewed and emailed CB re: Dixon, potential witness ROI affidavits | 0.40 | 0.40 | $255.00 | $102.00 |
| 05/01/2013 | LD | Outlined questions in preparation for discussion w/potential witness, called same and scheduled time to speak | 0.30 | 0.30 | $255.00 | $76.50 |
| 05/01/2013 | LD | Conferred w/ CB, RS re: conversation w/potential witness, meeting w/ client to collaborate on discovery requests | 0.30 | 0.30 | $255.00 | $76.50 |
| 05/01/2013 | LD | Continued outlining discovery responses and framing issues to address in tomorrow's conference w/ client | 1.50 | 1.50 | $255.00 | $382.50 |
| 05/01/2013 | LD | Drafted memo summarizing conversations with potential witnesses thus far | 1.00 | 1.00 | $255.00 | $255.00 |
| 05/01/2013 | LD | Phone call w/ Alvin Edwards re: OA reorgnizations, conversations w/ client and Tony Dixon | 0.70 | 0.70 | $255.00 | $178.50 |
| 05/01/2013 | LD | Conferred w/ CB re: her phone calls with potential witnesses | 0.30 | 0.30 | $255.00 | $76.50 |
| 05/01/2013 | LD | Updated memo of potential witnesses to include conversation w/potential witness, list of additional people to contact | 0.50 | 0.50 | $255.00 | $127.50 |
| 05/01/2013 | RS | Conf w/LEM and CB re: issues raised in pl. responses to client written discovery | 0.30 | 0.30 | $520.00 | $156.00 |

| Date | Init. | Description | | | | |
|------|------|-------------|---|---|---|---|
| 05/02/2013 | CB | Meeting with client and LEM to continue to review and draft responses to agency's written discovery requests. | 6.00 | 6.00 | $495.00 | $2,970.00 |
| 05/02/2013 | CB | Travel to and from MD (due to health of client) to meet with client re. to written discovery responses. | 1.80 | 1.80 | $495.00 | $891.00 |
| 05/02/2013 | LD | Incorporated client additions, comments into draft of discovery responses | 0.80 | 0.80 | $255.00 | $204.00 |
| 05/02/2013 | LD | Printed out and organized documents in preparation for today's meeting | 0.40 | 0.40 | $255.00 | $102.00 |
| 05/02/2013 | LD | Travel to and from client residence to meet with client (due to health) and respond to def Interrogatories | 1.80 | 1.80 | $255.00 | $459.00 |
| 05/02/2013 | LD | Conference w/ client, CB re: responses to defendant's discovery requests | 6.00 | 6.00 | $255.00 | $1,530.00 |
| 05/03/2013 | LD | Phone call w/potential witness re: Melvin Reid, client's qualifications | 0.70 | 0.70 | $255.00 | $178.50 |
| 05/03/2013 | LD | Continued drafting and adding to responses to defendant's discovery requests, incorporating notes and revisions based on yesterday's meeting w/ client and CB | 5.70 | 5.70 | $255.00 | $1,453.50 |
| 05/04/2013 | LD | Continued drafting and adding to responses to defendant's discovery requests, incorporating notes and revisions based on 5/2 meeting w/ client and CB | 4.00 | 4.00 | $255.00 | $1,020.00 |
| 05/04/2013 | LD | Drafted memo to client with instructions on completing discovery responses, phone call w client re: same | 0.80 | 0.80 | $255.00 | $204.00 |
| 05/04/2013 | LD | Incorporated references to exhibits, ROI into discovery responses | 0.60 | 0.60 | $255.00 | $153.00 |
| 05/05/2013 | LD | Phone call w/ client re: update on discovery responses | 0.20 | 0.20 | $255.00 | $51.00 |
| 05/06/2013 | LD | Conferred w/ RS re: objections to def's interrogatories | 0.20 | 0.20 | $255.00 | $51.00 |
| 05/06/2013 | LD | Incorporated client May 5 revisions into responses to def's discovery requests, incorporated objections into same | 5.50 | 5.50 | $255.00 | $1,402.50 |
| 05/06/2013 | LD | Phone call w/ client re: finalizing defendant's discovery responses | 0.40 | 0.40 | $255.00 | $102.00 |
| 05/06/2013 | LD | Final read-through and revisions to interrogatory responses, responses to requests for production, emailed final product to AUSA Peterson | 2.50 | 2.50 | $255.00 | $637.50 |
| 05/06/2013 | RS | Conf w/LEM re: discovery responses and objections | 0.20 | 0.20 | $520.00 | $104.00 |
| 05/07/2013 | RS | Review DC Cir. reversing DDC SJ decision re: decision-makers, genuine issue of material fact about markings on personnel doc's used to terminate plaintiff in preparation for discovery conference w/USAO | 0.20 | 0.20 | $520.00 | $104.00 |
| 05/08/2013 | LD | Added notes from Roshetko conversation into potential witness memo | 0.20 | 0.20 | $255.00 | $51.00 |
| 05/09/2013 | LD | Email w/ AUSA Peterson re: def's discovery responses | 0.10 | 0.10 | $255.00 | $25.50 |
| 05/10/2013 | LD | Conferred w/ RS re: moving forward w/ AUSA Peterson, email to client re: same | 0.20 | 0.20 | $255.00 | $51.00 |
| 05/10/2013 | RS | Conf w/LEM re: def outstanding discovery responses, VM for USAO re: same | 0.20 | 0.20 | $520.00 | $104.00 |
| 05/13/2013 | CB | Call with client re: status of discovery, etc. | 0.40 | 0.40 | $495.00 | $198.00 |
| 05/13/2013 | LD | Phone call w/ client re: update on defendant's discovery responses, e-discovery requests | 0.20 | 0.20 | $255.00 | $51.00 |

| Date | | Description | | | | |
|------|---|-------------|------|------|---------|---------|
| 05/13/2013 | LD | Incorporated additional notes into memo of potential witnesses, compiled list of remaining people to contact | 0.30 | 0.30 | $255.00 | $76.50 |
| 05/14/2013 | LD | Reviewed defendant's supplemental discovery responses to interrogatory 2, 4, 11, 13 | 0.50 | 0.50 | $255.00 | $127.50 |
| 05/14/2013 | LD | Left msg w/ client and sent follow-up email re: defendant's supplemental discovery responses and following up w/ AUSA Peterson | 0.20 | 0.20 | $255.00 | $51.00 |
| 05/14/2013 | LD | Follow-up email w/ AUSA Peterson re: remaining outstanding supplemental responses, e-discovery, and moving forward | 0.30 | 0.30 | $255.00 | $76.50 |
| 05/14/2013 | LD | Phone call w/ client following up on defendant's supplemental discovery responses, remaining gaps in responses; follow-up email w/ AURA Peterson re: same | 0.30 | 0.30 | $255.00 | $76.50 |
| 05/20/2013 | RS | Con w/LEM re: status of discovery, serving notices of deposition | 0.00 | 0.10 | $0.00 | $0.00 |
| 05/21/2013 | LD | Prepared questions for phone calls w/potential witnesses | 0.20 | 0.20 | $255.00 | $51.00 |
| 05/21/2013 | LD | Phone call w/potential witness | 0.20 | 0.20 | $255.00 | $51.00 |
| 05/21/2013 | LD | Phone call w/ potential witness re: possible affidavit | 0.60 | 0.60 | $255.00 | $153.00 |
| 05/21/2013 | LD | Email to AUSA Peterson following up re: status of e-discovery and scheduling conference call | 0.10 | 0.10 | $255.00 | $25.50 |
| 05/21/2013 | LD | Email to client re: status of discovery, plans on moving forward, additional witnesses to contact, follow-up phone call re: same | 0.20 | 0.20 | $255.00 | $51.00 |
| 05/21/2013 | LD | Phone call w/potential witness | 0.40 | 0.40 | $255.00 | $102.00 |
| 05/21/2013 | LD | Updated memo of potential witnesses to include today's conversations with potential witnesses | 0.50 | 0.50 | $255.00 | $127.50 |
| 05/22/2013 | CB | Call to Barbara Warren to discuss her being a potential witness in client's case. | 0.80 | 0.80 | $495.00 | $396.00 |
| 05/22/2013 | CB | Meeting with LEM to discuss possible testimony of Barbara Warren and Email to Warren. | 0.40 | 0.40 | $495.00 | $198.00 |
| 05/22/2013 | LD | Conferred w/ CB re: her phone conversation w/ Barbara Warren | 0.40 | 0.40 | $255.00 | $102.00 |
| 05/23/2013 | LD | Preparation for and phone call w/ AUSA Peterson and agency counsel re: scheduling deposition dates, e-discovery and second set of discovery requests | 0.50 | 0.50 | $255.00 | $127.50 |
| 05/23/2013 | LD | Conferred w/ RS re: deposition dates, email to AUSA Peterson re: same | 0.30 | 0.30 | $255.00 | $76.50 |
| 05/23/2013 | LD | Email to CB re: preparations for tomorrow's conference call | 0.20 | 0.20 | $255.00 | $51.00 |
| 05/23/2013 | LD | Phone call w/ CB re: preparing for conference call w/ client tomorrow, follow-up email to RS re: same | 0.30 | 0.30 | $255.00 | $76.50 |
| 05/23/2013 | RS | Conf w/LEM re: deposition dates | 0.00 | 0.10 | $0.00 | $0.00 |
| 05/24/2013 | CB | Conf w/LEM and RS re: strategy for depositions and participation of potential witnesses | 0.50 | 0.50 | $495.00 | $247.50 |
| 05/24/2013 | LD | Conference call w/ client, CB, RS re: deposition witnesses and strategy, follow-up email re: same | 1.80 | 1.80 | $255.00 | $459.00 |
| 05/24/2013 | RS | Conf w/LEM and CB re: strategy for depositions | 0.00 | 0.50 | $0.00 | $0.00 |
| 05/28/2013 | LD | Conferred w/ RS re: witnesses to depose and dates, follow-up w/ client re: same | 0.50 | 0.50 | $255.00 | $127.50 |
| 05/28/2013 | LD | Drafted notice of 30(b)(6) deposition | 1.30 | 1.30 | $255.00 | $331.50 |
| 05/28/2013 | RS | Conf w/LEM re: identifying witnesses to depose .4 | 0.00 | 0.40 | $0.00 | $0.00 |
| 05/29/2013 | LD | Revisions to notice of 30(b)(6) deposition, finalized same and submitted to AUSA Peterson | 1.00 | 1.00 | $255.00 | $255.00 |

| | | | | | |
|---|---|---|---|---|---|
| 05/29/2013 | LD | Drafted supplemental discovery responses and submitted to AUSA Peterson | 0.70 | 0.70 | $255.00 | $178.50 |
| 05/29/2013 | RS | Review and revise Rule 30(b)(6) Nt. Dep. | 0.00 | 0.20 | $0.00 | $0.00 |
| 06/03/2013 | CB | Discussion with LEM re. depositions and returned potential witness call (Herman Scott) and left voice messages on home anc cell. | 0.30 | 0.30 | $495.00 | $148.50 |
| 06/03/2013 | CB | Call with potential witness and draft memo re. call. Email to client re. same. | 0.90 | 0.90 | $495.00 | $445.50 |
| 06/03/2013 | CB | Call with client re. phone call with HR official and also discussed with client another potential witness. | 0.50 | 0.50 | $495.00 | $247.50 |
| 06/03/2013 | CB | Meeting with RS and LEM to discuss deposition schedules. | 1.30 | 1.30 | $495.00 | $643.50 |
| 06/03/2013 | LD | Conferred w/ CB and drafted follow-up email following up w/ potential deponents and scheduling depositions | 0.30 | 0.30 | $255.00 | $76.50 |
| 06/03/2013 | LD | Conferred w/ RS, CB re: deposition scheduling and strategies, phone call w/ client re: same | 1.30 | 1.30 | $255.00 | $331.50 |
| 06/03/2013 | LD | Email to AUSA Peterson re: scheduling depositions | 0.20 | 0.20 | $255.00 | $51.00 |
| 06/04/2013 | CB | Meeting with LEM to discuss one potential witness. | 0.10 | 0.10 | $495.00 | $49.50 |
| 06/04/2013 | LD | Emails w/ AUSA Peterson re: deposition scheduling; phone calls/emails w/ Woodford and Warren and drafted notices of deposition for same | 1.20 | 1.20 | $255.00 | $306.00 |
| 06/05/2013 | CB | Call with client to discuss one particular "friendly" witness. | 0.30 | 0.30 | $495.00 | $148.50 |
| 06/05/2013 | CB | Follow up call with client to discuss the "friendly" witness and also disucssed other issues including the RMO who has left the agency. | 0.20 | 0.20 | $495.00 | $99.00 |
| 06/05/2013 | CB | Meeting with LEM re. schedule for depositions and email to LEM and RS re. RMO's statements to client before he left the agency. | 0.40 | 0.40 | $495.00 | $198.00 |
| 06/05/2013 | CB | Follow up call from client informing me that she was able to reach a potential witness (Coyle). | 0.20 | 0.20 | $495.00 | $99.00 |
| 06/06/2013 | CB | Meeting with LEM and follow up call with AUSA to discuss scheduling and other matters. Discussion with MEB re. issue raised by AUSA re. contacting management officials. Email to client re. her call to one of the friendly witnesses. | 1.00 | 1.00 | $495.00 | $495.00 |
| 06/06/2013 | LD | Conferred w/ CB re: scheduling depositions, phone call w/ AUSA Peterson re: same and follow-up phone call w/ RS re: same | 1.00 | 1.00 | $255.00 | $255.00 |
| 06/06/2013 | LD | Phone call w/ client re: deposition dates, outstanding discovery | 0.20 | 0.20 | $255.00 | $51.00 |
| 06/06/2013 | LD | Drafted and served notices of deposition for Dixon, Reid, Yarbrough, Lewis and Raponi | 0.60 | 0.60 | $255.00 | $153.00 |
| 06/06/2013 | MB | Research D.C. Rule of Prof. Conduct re: speaking to government managers. Share with LEM. | 0.00 | 0.20 | $0.00 | $0.00 |
| 06/07/2013 | CB | Call with potential witness (Bob Coyle). | 1.20 | 1.20 | $495.00 | $594.00 |
| 06/07/2013 | CB | Review affidavit of potential witness and outline questions to ask him. | 0.40 | 0.40 | $495.00 | $198.00 |
| 06/07/2013 | CB | Meeting with LEM to discuss my call with potential witness (Coyle) and deposing him. | 0.40 | 0.40 | $495.00 | $198.00 |
| 06/07/2013 | LD | Conferred w/ CB re: her phone conversation w/ Bob Coyle | 0.30 | 0.30 | $255.00 | $76.50 |
| 06/07/2013 | LD | Conferred w/ RS re: scheduling depositions | 0.40 | 0.40 | $255.00 | $102.00 |
| 06/07/2013 | RS | Conf w/LEM re: deposition dates | 0.40 | 0.40 | $520.00 | $208.00 |

| | | | | | |
|---|---|---|---|---|---|
| 06/10/2013 CB | Meeting with RS and LEM to discuss potential witness (favorable) and depositions. | 0.50 | 0.50 | $495.00 | $247.50 |
| 06/10/2013 LD | Conferred w/ RS, CB re: additional deponents, deposition prep | 0.50 | 0.50 | $255.00 | $127.50 |
| 06/10/2013 LD | Phone call w/ AUSA Peterson re: status of second discovery requests | 0.20 | 0.20 | $255.00 | $51.00 |
| 06/10/2013 LD | Follow-up email to AUSA Peterson re: communication w/ agency | 0.20 | 0.20 | $255.00 | $51.00 |
| 06/12/2013 CB | Calls with witness (Richard Woodford) re his testimony. | 1.00 | 1.00 | $495.00 | $495.00 |
| 06/12/2013 CB | Meeting with LEM re. several matters including issue of court reporter not being co-located with deponent during deposition; failure of agency to provide documents in reponse to discovery. | 0.40 | 0.40 | $495.00 | $198.00 |
| 06/12/2013 CB | Call with client to re. several matters including my call with potential witness (Coyle) and proposed follow up call with him to get some additional information and issue of document production by agency and Motion to Compel. | 1.50 | 1.50 | $495.00 | $742.50 |
| 06/12/2013 CB | Email to paralegal in TN re. rule about the court reporter and deponent having to be co-located during deposition. Discussion with LEM re. same. | 0.40 | 0.40 | $495.00 | $198.00 |
| 06/12/2013 LD | Phone call w/ client re: depositions and tying outstanding items loose of discovery, followed up w/ CB re: same | 0.60 | 0.60 | $255.00 | $153.00 |
| 06/12/2013 LD | Phone call w/ RS re: email from AUSA Peterson about outstanding discovery, depositions; follow-up email to AUSA re: same | 0.20 | 0.20 | $255.00 | $51.00 |
| 06/13/2013 CB | Meeting with RS and LEM re. agency failure to date to provide all discovery and letter to judge re. same; issue with 30B6 deposition and ltr to AUSA. | 0.50 | 0.50 | $495.00 | $247.50 |
| 06/13/2013 CB | Email correspondence with witness (Woodford) re. our meeting. | 0.10 | 0.10 | $495.00 | $49.50 |
| 06/13/2013 CB | Discussion with LEM and RS about call with Woodford and his testimony. | 0.20 | 0.20 | $495.00 | $99.00 |
| 06/13/2013 LD | Conf w/RS re: def delay in interrogatory responses | 0.30 | 0.30 | $255.00 | $76.50 |
| 06/13/2013 LD | Conferred w/ CB, RS re: outstanding discovery and deposition issues | 0.50 | 0.50 | $255.00 | $127.50 |
| 06/13/2013 LD | Drafted memo re: issues to discuss w/ CB, RS | 0.30 | 0.30 | $255.00 | $76.50 |
| 06/13/2013 LD | Drafted letter to AUSA Peterson re: second discovery requests, agency's repeated failure to timely respond | 1.20 | 1.20 | $255.00 | $306.00 |
| 06/13/2013 RS | Conf w/LEM and CB re: deposition strategy | 0.00 | 1.30 | $0.00 | $0.00 |
| 06/13/2013 RS | Conf w/LEM re: def delay w/discovery responses, and depositions of Warren and Woodford | 0.50 | 0.50 | $520.00 | $260.00 |
| 06/13/2013 RS | Conf w/LEM and CB re: depositions of Cropper and Warren and issues re: Woodford deposition | 0.30 | 0.30 | $520.00 | $156.00 |
| 06/14/2013 CB | Follow up call with Coyle to ask additional questions to determine using him as a witness. | 0.70 | 0.70 | $495.00 | $346.50 |
| 06/14/2013 CB | Meeting with LEM to discuss call with Coyle and deposing him. Email correspondence with client re. same. | 0.70 | 0.70 | $495.00 | $346.50 |
| 06/14/2013 CB | Call with client re. preparation for depositions of Woodford and possibly Coyle. | 0.50 | 0.50 | $495.00 | $247.50 |
| 06/14/2013 CB | Meeting with RS and LEM re. 30b6 deposition and identifying Cropper instead of defendant producing Lacey. | 0.40 | 0.40 | $495.00 | $198.00 |

| | | | | | |
|---|---|---|---|---|---|
| 06/14/2013 CB | Meeting with LEM to discuss which documents we want to use for Woodford's deposition. | 0.40 | 0.40 | $495.00 | $198.00 |
| 06/14/2013 CB | Calls to Barbara Warren and email re. preparation session. | 0.20 | 0.20 | $495.00 | $99.00 |
| 06/14/2013 CB | File review in particular for follow up call to Robert Coyle to pose additional questions to him as a potential witness. (Affidavit review including RMOs and client's affidavit) and documents re. client's continued involvment in quality assurance after 9/2007. | 2.60 | 2.60 | $495.00 | $1,287.00 |
| 06/14/2013 LD | Revised and finalized letter to AUSA Peterson re: second discovery requests, emailed same | 0.40 | 0.40 | $255.00 | $102.00 |
| 06/14/2013 LD | Conferred w/ CB re: follow-up conversation w/ Coyle | 0.30 | 0.30 | $255.00 | $76.50 |
| 06/14/2013 LD | Put together documents in prep for meeting w/ CB to prepare for Woodford Dep | 0.20 | 0.20 | $255.00 | $51.00 |
| 06/14/2013 LD | Drafted response email to AUSA Peterson addressing questions he raised re: deposition/discovery issues | 0.30 | 0.30 | $255.00 | $76.50 |
| 06/14/2013 LD | Conferred w/ RS, CB re: 30(b)(6) deposition and responding to email from AUSA Peterson re: outstanding issues | 0.50 | 0.50 | $255.00 | $127.50 |
| 06/14/2013 LD | Conferred w/ CB re: preparation for Woodford deposition | 0.40 | 0.40 | $255.00 | $102.00 |
| 06/14/2013 LD | Phone call w/ client re: outstanding discovery, deposition issues | 0.40 | 0.40 | $255.00 | $102.00 |
| 06/14/2013 LD | Conference call w/ client, RS re: HR depositions, follow-up call w/ client re: same | 0.30 | 0.30 | $255.00 | $76.50 |
| 06/14/2013 LD | Drafted notices of deposition (Coyle, Cropper) and emails to AUSA Peterson re: discovery responses and deposition schedules | 0.40 | 0.40 | $255.00 | $102.00 |
| 06/14/2013 RS | Conf's w/CB and LEM re: upcoming depositions and strategy | 0.00 | 0.60 | $0.00 | $0.00 |
| 06/14/2013 RS | Review email from USAO, conf w/LEM & CB re: same | 0.20 | 0.20 | $520.00 | $104.00 |
| 06/15/2013 CB | Begin to draft outline for deposition of Woodford. | 2.20 | 2.20 | $495.00 | $1,089.00 |
| 06/17/2013 CB | Preparation for meeting with client re: review of def resp to RFP. Emails with LEM re. same. | 0.30 | 0.30 | $495.00 | $148.50 |
| 06/17/2013 CB | Conf w/client re: discovery issues and strategy | 1.30 | 1.30 | $495.00 | $643.50 |
| 06/17/2013 CB | Meeting with RS to discuss certain documents in file in preparation for depositions. | 1.20 | 1.20 | $495.00 | $594.00 |
| 06/17/2013 RS | Review discovery materials, begin assembling same for HR Deps | 4.00 | 4.00 | $520.00 | $2,080.00 |
| 06/18/2013 CB | Email to  witness (Barbara Warren) re. scheduling. | 0.10 | 0.10 | $495.00 | $49.50 |
| 06/18/2013 CB | Discussion with LEM re. Veterans Preference and email to client re. same. | 0.40 | 0.40 | $495.00 | $198.00 |
| 06/18/2013 CB | Meeting with RS and LEM to review new documents included in def discovery response. | 2.80 | 2.80 | $495.00 | $1,386.00 |
| 06/18/2013 CB | Meeting with deponent | 2.20 | 2.20 | $495.00 | $1,089.00 |
| 06/18/2013 LD | Conferred w/ RS, CB to go over latest discovery documents and prepare for HR and other future depositions | 2.80 | 2.80 | $255.00 | $714.00 |
| 06/18/2013 LD | Phone call w/ client re: second discovery responses, veterans preference issues; email to CB, RS re: same | 0.40 | 0.40 | $255.00 | $102.00 |
| 06/18/2013 RS | Conf w/LEM and CB re: review of ROI and discovery materials re: interviews and OIG standard operating selection procedures | 2.80 | 2.80 | $520.00 | $1,456.00 |

| | | | | | |
|---|---|---|---|---|---|
| 06/19/2013 | CB | Revise draft of outline for deposition of Woodford based on meeting with him.  Review documents re. to same. | 2.60 | 2.60 | $495.00 | $1,287.00 |
| 06/19/2013 | CB | Call with client re. Woodford deposition. | 0.10 | 0.10 | $495.00 | $49.50 |
| 06/19/2013 | CB | Continue to prepare for deposition including discussions with LEM re. identity of documents submitted by agency in discovery; file review. | 2.20 | 2.20 | $495.00 | $1,089.00 |
| 06/19/2013 | LD | Excerpted documents from ROI, DOL discovery responses in preparation for Woodford Deposition | 0.50 | 0.50 | $255.00 | $127.50 |
| 06/19/2013 | LD | Reviewed CB outline for Woodford deposition, added suggestions, questions to same | 0.60 | 0.60 | $255.00 | $153.00 |
| 06/19/2013 | LD | Email to AUSA Peterson re: deposition scheduling for July 12 | 0.20 | 0.20 | $255.00 | $51.00 |
| 06/20/2013 | CB | Discussion with client after Woodford deposition re. several issues including VA Preference issue. | 0.40 | 0.40 | $495.00 | $198.00 |
| 06/20/2013 | CB | Deposition of Richard Woodford | 4.60 | 4.60 | $495.00 | $2,277.00 |
| 06/20/2013 | CB | Preparation for Richard Woodford's deposition | 1.10 | 1.10 | $495.00 | $544.50 |
| 06/20/2013 | CB | Meeting with RS to discuss deposition of Woodford. | 0.30 | 0.30 | $495.00 | $148.50 |
| 06/20/2013 | CB | Discussion with client re. peer reviews and also other quality assurance work she did after she moved to Training. Email to her to confirm. | 0.20 | 0.20 | $495.00 | $99.00 |
| 06/20/2013 | LD | Richard Woodford deposition | 4.60 | 4.60 | $255.00 | $1,173.00 |
| 06/20/2013 | RS | Conf w/CB re: Woodford deposition | 0.00 | 0.30 | $0.00 | $0.00 |
| 06/21/2013 | CB | Being to draft outline of deposition for Barbara Warren. | 0.70 | 0.70 | $495.00 | $346.50 |
| 06/21/2013 | CB | Call with witness - Barbara Warren - to prepare for her deposition. | 1.50 | 1.50 | $495.00 | $742.50 |
| 06/23/2013 | CB | Continue to prepare outline for Barbara Warren Deposition. | 2.20 | 2.20 | $495.00 | $1,089.00 |
| 06/23/2013 | CB | Calls with RS re. Warren deposition. | 0.40 | 0.40 | $495.00 | $198.00 |
| 06/23/2013 | RS | Conf w/CB re Warren deposition .4 | 0.40 | 0.40 | $520.00 | $208.00 |
| 06/24/2013 | CB | Call with Barbara Warren to clarify some questions. | 0.30 | 0.30 | $495.00 | $148.50 |
| 06/24/2013 | CB | Deposition of Barbara Warren. | 2.40 | 2.40 | $495.00 | $1,188.00 |
| 06/24/2013 | CB | Call from AUSA re. whether he can be on the call for the deposition. | 0.10 | 0.10 | $495.00 | $49.50 |
| 06/24/2013 | CB | Preparation for deposition including discussion with LEM. | 0.70 | 0.70 | $495.00 | $346.50 |
| 06/24/2013 | CB | Discussion with LEM and client after the deposition and then follow up discussion with client. | 0.40 | 0.40 | $495.00 | $198.00 |
| 06/24/2013 | LD | Reviewed Warren deposition outline in preparation for today's deposition | 0.30 | 0.30 | $255.00 | $76.50 |
| 06/24/2013 | LD | Barbara Warren deposition | 2.40 | 2.40 | $255.00 | $612.00 |
| 07/02/2013 | CB | Discussion with RS re. the upcoming depositions to be taken by CB | 0.30 | 0.30 | $495.00 | $148.50 |
| 07/02/2013 | CB | Meeting with RS and LEM re. issue concerning the crediting report for evaluations and impact of this on Raponi's statement that client had not done quality assurance. | 0.40 | 0.40 | $495.00 | $198.00 |
| 07/02/2013 | LD | Created folder of docs for RS preparation of Cropper dep | 0.00 | 0.20 | $0.00 | $0.00 |
| 07/02/2013 | LD | Conferred w/ RS, CB re: documents reflecting Mr. Raponi's knowledge of client's experience in QA in preparation for deposition | 0.30 | 0.30 | $255.00 | $76.50 |
| 07/02/2013 | RS | Conf's w/LEM and CB re: upcoming depositions | 0.00 | 0.50 | $0.00 | $0.00 |

| Date | Atty | Description | | | Rate | Amount |
|------|------|-------------|---|---|------|--------|
| 07/02/2013 | RS | Review discovery and HR materials in preparation for Cropper deposition, telephone conf w/client re: same | 3.50 | 3.50 | $520.00 | $1,820.00 |
| 07/08/2013 | CB | Conf w/LEM and RS re: upcoming depositions | 0.40 | 0.40 | $495.00 | $198.00 |
| 07/08/2013 | CB | Conf w/LEM re: def discovery responses | 0.30 | 0.30 | $495.00 | $148.50 |
| 07/08/2013 | LD | Conferred w/ RS, CB about deposition preparation for remaining witnesses | 0.40 | 0.40 | $255.00 | $102.00 |
| 07/08/2013 | LD | Reviewed client notes on defendant's 2nd discovery responses and began draft of memo summarizing same | 1.80 | 1.80 | $255.00 | $459.00 |
| 07/08/2013 | RS | Conf w/LEM and CB re: upcoming depositions | 0.00 | 0.40 | $0.00 | $0.00 |
| 07/09/2013 | CB | Meeting with LEM to review supplemental documents received from agency and use of some of them during depositions. | 0.30 | 0.30 | $495.00 | $148.50 |
| 07/09/2013 | CB | Call with client and LEM re. the supplemental documents received from agency and potential use of them during upcoming depositions. | 1.70 | 1.70 | $495.00 | $841.50 |
| 07/09/2013 | LD | Continued going through client notes on second set of discovery requests, finished memo re: same | 1.30 | 1.30 | $255.00 | $331.50 |
| 07/09/2013 | LD | Conference call w/ CB, client re: defendant's second discovery responses, specific applications and questions to raise in upcoming HR, Raponi, and Reid depositions | 1.70 | 1.70 | $255.00 | $433.50 |
| 07/09/2013 | LD | Conferred w/ CB re: defendant's second discovery responses in preparation for phone call w/ client | 0.30 | 0.30 | $255.00 | $76.50 |
| 07/10/2013 | CB | Email correspondence re. deposition schedule. | 0.10 | 0.10 | $495.00 | $49.50 |
| 07/10/2013 | CB | Call from client re. supplemental responses from agency as it relates to depositions. Email to LEM re. same. | 0.50 | 0.50 | $495.00 | $247.50 |
| 07/10/2013 | CB | Discussion with LEM about depositions. | 0.20 | 0.20 | $495.00 | $99.00 |
| 07/10/2013 | CB | Discussion with RS re. deposition of Dixon. | 0.30 | 0.30 | $495.00 | $148.50 |
| 07/10/2013 | CB | Begin to prepare for deposition of Robert Coyle. | 2.30 | 2.30 | $495.00 | $1,138.50 |
| 07/10/2013 | LD | Pulled and reviewed documents and prepared list of questions for Reid deposition | 3.30 | 3.30 | $255.00 | $841.50 |
| 07/10/2013 | RS | Conf w/CB re: Dixon deposition | 0.30 | 0.30 | $520.00 | $156.00 |
| 07/11/2013 | CB | Discussion with RS re. deposition re. scoring of applicants. Meeting with RS and LEM re. depositons. | 0.50 | 0.50 | $495.00 | $247.50 |
| 07/11/2013 | CB | Continue to prepare for depositions and draft outline. | 3.70 | 3.70 | $495.00 | $1,831.50 |
| 07/11/2013 | LD | Conferred w/ RS and organized documents in preparation for Cropper deposition | 2.50 | 2.50 | $255.00 | $637.50 |
| 07/11/2013 | RS | Preparation for Cropper Deposition | 2.00 | 2.00 | $520.00 | $1,040.00 |
| 07/12/2013 | CB | Deposition of Robert Coyle. | 2.30 | 2.30 | $495.00 | $1,138.50 |
| 07/12/2013 | CB | Finalize outline for Coyle deposition; file review re. same. | 1.60 | 1.60 | $495.00 | $792.00 |
| 07/12/2013 | CB | Meeting with RS, LEM and client re. deposition of Cropper. | 0.20 | 0.20 | $495.00 | $99.00 |
| 07/12/2013 | CB | Follow up meeting with client and LEM re. deposition. | 0.20 | 0.20 | $495.00 | $99.00 |
| 07/12/2013 | LD | Reviewed and prepared documents for Dixon deposition | 0.00 | 0.40 | $0.00 | $0.00 |
| 07/12/2013 | LD | Depositions of Bob Coyle, Jojuan Cropper, and Melvin Reid | 7.70 | 7.70 | $255.00 | $1,963.50 |
| 07/12/2013 | RS | Prepare for Reid deposition, take depositions of Reid and Cropper, conf's w/LEM and client re: same | 6.50 | 6.50 | $520.00 | $3,380.00 |

| Date | Initials | Description | | | | |
|---|---|---|---|---|---|---|
| 07/13/2013 | CB | Preparation of outline for deposition (Dixon). Multiple calls with RS re. same. | 1.80 | 1.80 | $495.00 | $891.00 |
| 07/13/2013 | RS | Conf's w/CB re: Dixon dep | 0.80 | 0.80 | $520.00 | $416.00 |
| 07/14/2013 | CB | Calls with RS re. Dixon deposition. | 0.40 | 0.40 | $495.00 | $198.00 |
| 07/14/2013 | RS | Conf's w/CB re: Dixon dep | 0.40 | 0.40 | $520.00 | $208.00 |
| 07/14/2013 | RS | Prepare for Dixon deposition, review doc's re: same, review client notes re: same, email to LEM re: same | 1.50 | 1.50 | $520.00 | $780.00 |
| 07/15/2013 | CB | Review of clients questions for deposition and incorporation into outline for deposition. Discussion with LEM re. same. | 1.30 | 1.30 | $495.00 | $643.50 |
| 07/15/2013 | CB | Meeting with RS, LEM and client after deposition of Dixon. | 0.20 | 0.20 | $495.00 | $99.00 |
| 07/15/2013 | CB | Meeting with RS re Raponi's testimony in other client's case and potential inconsistencies between what he has or may state in upcoming depostion. | 0.50 | 0.50 | $495.00 | $247.50 |
| 07/15/2013 | LD | Tony Dixon deposition and follow-up w/ CB, RS, client re: same | 2.10 | 2.10 | $255.00 | $535.50 |
| 07/15/2013 | LD | Prepared documents and reviewed/revised RS outline of deposition questions for Dixon | 0.60 | 0.60 | $255.00 | $153.00 |
| 07/15/2013 | LD | Conferred w/ client re: outline for Raponi deposition | 0.70 | 0.70 | $255.00 | $178.50 |
| 07/15/2013 | LD | Organized and pulled documents in preparation for Raponi, Yarbrough, and Lewis depositions; drafted outline for Raponi deposition | 2.30 | 2.30 | $255.00 | $586.50 |
| 07/15/2013 | RS | Complete preparation for Dixon deposition, take same | 2.00 | 2.00 | $520.00 | $1,040.00 |
| 07/15/2013 | RS | Preparation for depositions of Raponi, Lewis, and Yarbrough | 3.50 | 3.50 | $520.00 | $1,820.00 |
| 07/16/2013 | CB | Meeting with client, RS and LEM re. Yarbrough's depostion. | 0.00 | 0.20 | $0.00 | $0.00 |
| 07/16/2013 | CB | Meeting with RS prior to deposition of Yarbrough concerning particular questions. | 0.20 | 0.20 | $495.00 | $99.00 |
| 07/16/2013 | CB | Meeting with client, RS and LEM re. status of depositions. | 0.60 | 0.60 | $495.00 | $297.00 |
| 07/16/2013 | LD | Raponi Dep., follow up with CB, RS, and client re: same | 3.40 | 3.40 | $255.00 | $867.00 |
| 07/16/2013 | LD | Michael Yarbrough deposition | 1.70 | 1.70 | $255.00 | $433.50 |
| 07/16/2013 | LD | Finalized Yarbrough deposition outline | 0.40 | 0.40 | $255.00 | $102.00 |
| 07/16/2013 | LD | Elliott Lewis deposition | 1.30 | 1.30 | $255.00 | $331.50 |
| 07/16/2013 | RS | Complete preparation for depositions of Yarbrough, Lewis, and Raponi, take depositions of Lewis and Yarbrough | 3.80 | 3.80 | $520.00 | $1,976.00 |
| 07/16/2013 | RS | Complete preparation for Raponi deposition, take Raponi deposition, conf w/client, LEM and CB re: outcome of depositions and case strategy | 5.00 | 5.00 | $520.00 | $2,600.00 |
| 07/22/2013 | CB | Call with client re. setting up deposition prep. Email to RS and LEM re. same. | 0.30 | 0.30 | $495.00 | $148.50 |
| 07/24/2013 | LD | Reviewed OIG internal placement plan and conferred w/ RS re: same | 0.00 | 0.20 | $0.00 | $0.00 |
| 07/24/2013 | RS | Review agency internal merit procedures re: acting promotions, email to and telephoen conf w/expert re: same | 0.40 | 0.40 | $520.00 | $208.00 |
| 07/26/2013 | CB | Call with client re. scheduling the depostion prep. Dissussion with RS re. rescheduling the deposition given her health and call to client re. same. Email to LEM re. scheduling the prep session. | 0.60 | 0.60 | $495.00 | $297.00 |

| Date | Initials | Description | | | | |
|---|---|---|---|---|---|---|
| 07/29/2013 | CB | Meeting with client, LEM and RS to prepare for client deposition. Follow up discussion re. elements of her case and deposing an HR person given lack of agency's response to document request. | 7.00 | 7.00 | $495.00 | $3,465.00 |
| 07/29/2013 | LD | Reviewed discovery responses in preparation for meeting with client and CB re: deposition prep | 1.20 | 1.20 | $255.00 | $306.00 |
| 07/29/2013 | LD | Conferred w/ client, CB, and RS re: preparation for client's deposition and case strategy | 7.50 | 7.50 | $255.00 | $1,912.50 |
| 07/29/2013 | RS | Conf w/client, cb, LEM re: upcoming deposition, development of case strategy, review of def discovery response, email to expert re: SF 50 and temporary promotions | 4.70 | 4.70 | $520.00 | $2,444.00 |
| 07/30/2013 | CB | Discussion with RS re. issues re. which agency official prepared the notice of recommendation re. the position and also discussion about the timing of the follow on deposition and the schedule for SJ and Opposition to SJ. Call to client re. same. | 0.90 | 0.90 | $495.00 | $445.50 |
| 07/30/2013 | LD | Reviewed and compiled additional docs to produce to defendant in preparation for client's deposition | 0.60 | 0.60 | $255.00 | $153.00 |
| 07/30/2013 | LD | Conferred w/ RS re: case strategy moving forward | 2.80 | 2.80 | $255.00 | $714.00 |
| 07/30/2013 | RS | Conf w/LEM re: strategy for SJ, review doc's re: same, telephone conf w/client re: same | 2.80 | 2.80 | $520.00 | $1,456.00 |
| 07/30/2013 | RS | Email correspondence w/USAO re: scheduling and Lacey deposition | 0.20 | 0.20 | $520.00 | $104.00 |
| 07/30/2013 | RS | Draft and file Joint Report and proposed Order,telephone conf w/client re: same | 1.00 | 1.00 | $520.00 | $520.00 |
| 07/31/2013 | RS | Review and highlight Cropper deposition | 2.00 | 2.00 | $520.00 | $1,040.00 |
| 08/01/2013 | CB | Meeting with RS and LEM to discuss issues re. to her case. | 0.00 | 0.60 | $0.00 | $0.00 |
| 08/01/2013 | CB | Continuation of preparation of client for deposition. | 3.00 | 3.00 | $495.00 | $1,485.00 |
| 08/01/2013 | CB | Preparation for meeting with client. | 0.60 | 0.60 | $495.00 | $297.00 |
| 08/01/2013 | LD | Reviewed draft of selection memo, searched through e-discovery documents to compare | 0.30 | 0.30 | $255.00 | $76.50 |
| 08/01/2013 | LD | Conf call w/ RS, CB, and client re: draft selection memo, next steps | 0.50 | 0.50 | $255.00 | $127.50 |
| 08/01/2013 | RS | Review mark up of Petrole Memo appointing Reid, email to LEM and CB re: same to discuss strategy for handling document | 0.40 | 0.40 | $520.00 | $208.00 |
| 08/01/2013 | RS | Conf w/LEM, CB, and client re: strategy for draft petrole Memo appointing Reid, review materials re: spoliation and violation of EEOC regulations incl. Webb v. DC. | 0.90 | 0.90 | $520.00 | $468.00 |
| 08/02/2013 | CB | Deposition of client including travel to and from. | 9.00 | 9.00 | $495.00 | $4,455.00 |
| 08/02/2013 | LD | Attended client deposition | 9.00 | 9.00 | $255.00 | $2,295.00 |
| 08/05/2013 | RS | Conf w/LEM re: results of discovery and framing SJ Opp including review of depositions of Coyle and Woodford, application process, interview process and scoring, inferences, OAQA reviews per Stepney SJ | 4.70 | 4.70 | $520.00 | $2,444.00 |
| 08/06/2013 | CB | Follow on meeting with RS and LEM re. evaluation sheets of rating officials for interviews on selection. | 1.80 | 1.80 | $495.00 | $891.00 |
| 08/06/2013 | CB | Discussion with RS and LEM re. the deposition testimony of certain witnesses (Coyle, Woodford in particular) as it concerns specifics issues in the case. | 2.00 | 2.00 | $495.00 | $990.00 |

| Date | | Description | | | | |
|---|---|---|---|---|---|---|
| 08/06/2013 | LD | Conferred w/ RS and CB re: deposition testimony, interview notes, scoring sheets, and general strategy and arguments for summary judgment | 4.60 | 4.60 | $255.00 | $1,173.00 |
| 08/20/2013 | CB | Meeting with RS and LEM to discuss outline for HR person (Lacey) depostiions and particular issues. | 0.00 | 1.00 | $0.00 | $0.00 |
| 08/20/2013 | LD | Conferred w/ RS, CB re: Lacey deposition prep | 1.00 | 1.00 | $255.00 | $255.00 |
| 08/20/2013 | RS | Conf w/LEM and CB re: Lacey depositions and HR issues | 1.00 | 1.00 | $520.00 | $520.00 |
| 08/22/2013 | CB | Call/email to client re. deposition. Discussion with RS re. deposition. Discussion with client re. depostion. | 0.70 | 0.70 | $495.00 | $346.50 |
| 09/09/2013 | LD | Reviewed and highlighted Dixon, Yarbrough deposition transcripts, began draft of memo outlining deposition testimonies in preparation for SJ Opp | 3.50 | 3.50 | $255.00 | $892.50 |
| 09/10/2013 | LD | Reviewed and highlighted Yarbrough, Raponi depositions, incorporated notes from same into memo outlining and summarizing deposition testimonies | 4.50 | 4.50 | $255.00 | $1,147.50 |
| 09/11/2013 | LD | Reviewed and highlighted Woodford deposition, synthesized deposition testimony into memo outlining depositions | 5.80 | 5.80 | $255.00 | $1,479.00 |
| 09/20/2013 | LD | Reviewed and highlighted Barbara Warren deposition transcript | 1.00 | 1.00 | $255.00 | $255.00 |
| 09/20/2013 | RS | Conf w/LEM re: case status | 0.20 | 0.20 | $520.00 | $104.00 |
| 10/01/2013 | LD | Completed reviewing/highlighting Warren deposition and updated memo re: deposition testimony | 2.50 | 2.50 | $255.00 | $637.50 |
| 10/01/2013 | RS | Conf w/LEM re: determining witness Declarations on SJ | 0.00 | 0.10 | $0.00 | $0.00 |
| 10/02/2013 | LD | Reviewed and highlighted Lewis deposition, updated memo w/ info from same | 2.80 | 2.80 | $255.00 | $714.00 |
| 10/02/2013 | LD | Reviewed and highlighted Reid deposition, updated memo w/ info from same | 1.30 | 1.30 | $255.00 | $331.50 |
| 10/02/2013 | LD | Reviewed and highlighted Coyle deposition | 1.70 | 1.70 | $255.00 | $433.50 |
| 10/03/2013 | LD | Updated memo w/ info from Coyle Deposition | 1.80 | 1.80 | $255.00 | $459.00 |
| 10/03/2013 | LD | Reviewed and highlighted Cropper deposition | 2.00 | 2.00 | $255.00 | $510.00 |
| 10/04/2013 | LD | Completed review/highlighting of Cropper deposition and reviewed and highlighted Lacey deposition, began updating memo re: same | 4.30 | 4.30 | $255.00 | $1,096.50 |
| 10/07/2013 | LD | Research re: case law re: post-selection performance, Lexis research and reviewed case law re: same | 2.00 | 2.00 | $255.00 | $510.00 |
| 10/07/2013 | LD | Researched and reviewed case law re: comparative qualifications, outlined and annotated Hamilton v. Geithner | 1.80 | 1.80 | $255.00 | $459.00 |
| 10/07/2013 | LD | Reviewed memo of potential witnesses in preparation for conference tomorrow w/ CB and RS | 0.40 | 0.40 | $255.00 | $102.00 |
| 10/08/2013 | CB | Joint meeting with RS and LEM re. SJ Opposition and declarations from witnesses. | 1.40 | 1.40 | $495.00 | $693.00 |
| 10/08/2013 | LD | Additions to memo outlining/summarizing Cropper and Lacey deps | 3.20 | 3.20 | $255.00 | $816.00 |
| 10/08/2013 | LD | Conferred w/ CB, RS re: formulating SJ case, potential witnesses to contact for declarations | 1.40 | 1.40 | $255.00 | $357.00 |
| 10/08/2013 | LD | Conferred w/ RS re: SJ approach on issue of HR process | 1.00 | 1.00 | $255.00 | $255.00 |
| 10/08/2013 | RS | Conf w/LEM and CB re: witnesses for SJ | 1.40 | 1.40 | $520.00 | $728.00 |
| 10/08/2013 | RS | Conf w/LEM re: HR argument for SJ Opp | 0.60 | 0.60 | $520.00 | $312.00 |

| | | | | | |
|---|---|---|---|---|---|
| 10/09/2013 CB | Meeting with RS and LEM re: Summary Judgment strategy | 0.70 | 0.70 | $495.00 | $346.50 |
| 10/09/2013 LD | Finalized additions to memo outlining HR depositions | 0.70 | 0.70 | $255.00 | $178.50 |
| 10/09/2013 LD | Conferred w/ RS, CB re: SJ prep | 0.70 | 0.70 | $255.00 | $178.50 |
| 10/09/2013 LD | Reviewed and highlighted other EEO ROI | 3.00 | 3.00 | $255.00 | $765.00 |
| 10/09/2013 LD | Began reviewing Bynes testimony | 0.50 | 0.50 | $255.00 | $127.50 |
| 10/09/2013 RS | Conf w/CB and LEM re: SJ strategy, declarations, etc. | 0.30 | 0.30 | $520.00 | $156.00 |
| 10/10/2013 LD | Conf call w/ RS, CB, client re: SJ strategy and witness declarations | 1.00 | 1.00 | $255.00 | $255.00 |
| 10/10/2013 LD | SJ research re: destruction of personnel documents, use of past history of discrimination | 1.80 | 1.80 | $255.00 | $459.00 |
| 10/10/2013 LD | Reviewed Katrina Bynes deposition testimony | 1.20 | 1.20 | $255.00 | $306.00 |
| 10/10/2013 RS | Conf w/CB, LEM and client re: SJ record to develop and strategy | 1.00 | 1.00 | $520.00 | $520.00 |
| 10/15/2013 LD | Began reviewing and highlighting Makray deposition | 2.70 | 2.70 | $255.00 | $688.50 |
| 10/16/2013 LD | Continued reviewing and highlighting Makray deposition | 3.80 | 3.80 | $255.00 | $969.00 |
| 10/17/2013 LD | Finished reviewing/highlighting Makray deposition transcript | 0.80 | 0.80 | $255.00 | $204.00 |
| 10/17/2013 LD | Email to AUSA Peterson re: revising briefing schedule | 0.10 | 0.10 | $255.00 | $25.50 |
| 10/17/2013 RS | Conf w/LEM re: contacting USAO to resume SJ schedule | 0.10 | 0.10 | $520.00 | $52.00 |
| 10/18/2013 LD | Additional research re: post-selection incompetence | 1.00 | 1.00 | $255.00 | $255.00 |
| 10/18/2013 LD | Updated memo to include Makray deposition testimony | 1.40 | 1.40 | $255.00 | $357.00 |
| 10/21/2013 LD | Continued outlining Makray deposition in memo | 1.80 | 1.80 | $255.00 | $459.00 |
| 10/22/2013 LD | Conferred w/ RS re: briefing schedule for SJ, phone call w/ RS and AUSA Peterson re: same | 0.30 | 0.30 | $255.00 | $76.50 |
| 10/22/2013 LD | Conferred w/ CB re: declarations for SJ opp | 0.20 | 0.20 | $255.00 | $51.00 |
| 10/22/2013 LD | Began outline for discussion with witnesses re: preparing declarations for SJ | 0.80 | 0.80 | $255.00 | $204.00 |
| 10/22/2013 RS | Conf w/LEM re: rescheduling SJ, telephone conf w/LEM and USAO re: same | 0.30 | 0.30 | $520.00 | $156.00 |
| 10/23/2013 LD | Continued incorporating Makray deposition into memo summarizing depositions in prep for SJ | 2.80 | 2.80 | $255.00 | $714.00 |
| 10/24/2013 LD | Research re: destruction of interview notes | 0.00 | 2.00 | $0.00 | $0.00 |
| 10/24/2013 LD | Conferred w/ RS re: missing interview notes, approach on SJ | 0.20 | 0.20 | $255.00 | $51.00 |
| 10/24/2013 LD | Prepared outline of information and questions for declarations in preparation for contacting witnesses | 2.20 | 2.20 | $255.00 | $561.00 |
| 10/24/2013 RS | Research re: spoliation and destruction of interview notes, conf w/LEM re: same | 0.50 | 0.50 | $520.00 | $260.00 |
| 10/25/2013 LD | Phone calls and emails to Kathie Gers, potential witnesses, and Alvin Edwards re: preparing declarations for SJ; follow-up call with Kathie Gers re: same | 1.50 | 1.50 | $255.00 | $382.50 |
| 10/25/2013 LD | Additional research re: destruction of records, subjective reasons for selection | 2.00 | 2.00 | $255.00 | $510.00 |
| 10/28/2013 LD | Conf w/ RS re: brief scheduling | 0.00 | 0.30 | $0.00 | $0.00 |
| 10/28/2013 LD | Drafted memo to CB outlining declaration information | 0.70 | 0.70 | $255.00 | $178.50 |
| 10/28/2013 RS | Conf w/LEM and MEB re: SJ Opp scheduling and drafting, etc. | 0.30 | 0.30 | $520.00 | $156.00 |

| | | | | | |
|---|---|---|---|---|---|
| 10/29/2013 CB | Discussion with LEM re. declarations of witnesses for SJ Opposition | 0.00 | 0.20 | $0.00 | $0.00 |
| 10/29/2013 LD | Drafted preliminary draft of Kathie Gers declaration | 0.60 | 0.60 | $255.00 | $153.00 |
| 11/01/2013 LD | Completed draft of Gers declaration | 0.40 | 0.40 | $255.00 | $102.00 |
| 11/13/2013 LD | Reviewed notes from various meetings re: SJ in preparation for outlining SJ opp | 1.20 | 1.20 | $255.00 | $306.00 |
| 11/15/2013 LD | Reviewed defendant's statement of material facts and motion for SJ | 1.20 | 1.20 | $255.00 | $306.00 |
| 11/17/2013 LD | Reviewed and annotated defendant's SJ motion and SMJ | 1.80 | 1.80 | $255.00 | $459.00 |
| 11/18/2013 CB | Read Motion for SJ and Statement of Material Facts. | 0.80 | 0.80 | $495.00 | $396.00 |
| 11/18/2013 CB | Discussion with LEM about the SJ Motion and the chart in the FAD. | 0.30 | 0.30 | $495.00 | $148.50 |
| 11/18/2013 LD | Annotated PDF of defendant's statement of material facts | 0.50 | 0.50 | $255.00 | $127.50 |
| 11/18/2013 LD | Drafted outline of defendant's arguments in SJ motion in prep for tomorrow's meeting | 2.00 | 2.00 | $255.00 | $510.00 |
| 11/18/2013 LD | Updated memo outlining depositions w/ remainder of Makray deposition highlights | 2.30 | 2.30 | $255.00 | $586.50 |
| 11/18/2013 LD | Emailed RS, CB, MEB re: prep for tomorrow's meeting about SJ | 0.20 | 0.20 | $255.00 | $51.00 |
| 11/18/2013 LD | Conferred w/ CB re: defendant's SJ motion | 0.20 | 0.20 | $255.00 | $51.00 |
| 11/18/2013 MB | Review Motion for SJ and Statement of Material Facts. | 0.00 | 0.80 | $0.00 | $0.00 |
| 11/19/2013 CB | Meeting with RS, MEB and LEM re. SJ motion and Opposition | 1.00 | 1.00 | $495.00 | $495.00 |
| 11/19/2013 LD | Reviewed notes and outline of SJ motion in prep for today's meeting | 0.40 | 0.40 | $255.00 | $102.00 |
| 11/19/2013 LD | Conferred w/ RS, CB, MEB re: SJ opp strategy | 1.00 | 1.00 | $255.00 | $255.00 |
| 11/19/2013 LD | Reviewed outline of deposition testimonies, specific areas of Coyle, Raponi depositions, in prep for SJ | 1.50 | 1.50 | $255.00 | $382.50 |
| 11/19/2013 LD | Incorporated comments to def SJ memorandum into PDF for RS review | 0.70 | 0.70 | $255.00 | $178.50 |
| 11/19/2013 LD | Conferred w/ RS re: drafting preliminary statement of SJ Opp | 1.00 | 1.00 | $255.00 | $255.00 |
| 11/19/2013 LD | Conferred w/ RS re: leadership qualifications | 0.30 | 0.30 | $255.00 | $76.50 |
| 11/19/2013 MB | Meeting wtih RS, LEM & CB re: SJ Opp | 0.00 | 1.00 | $0.00 | $0.00 |
| 11/19/2013 MB | Draft memo re: Defendant's SJ Motion. | 0.00 | 0.30 | $0.00 | $0.00 |
| 11/19/2013 RS | Review SJ Motion and SMF, conf's w/LEM and CB re: same | 4.50 | 4.50 | $520.00 | $2,340.00 |
| 11/19/2013 RS | Conf w/LEM, CB, and MEB re: SJ Opp | 1.00 | 1.00 | $520.00 | $520.00 |
| 11/19/2013 RS | Draft Preliminary Statement for SJ Opp | 1.30 | 1.30 | $520.00 | $676.00 |
| 11/20/2013 CB | Call with LEM and client to discuss SJ motion. | 0.00 | 0.50 | $0.00 | $0.00 |
| 11/20/2013 LD | Conf call w/ CB, client re: Summary Judgment, follow-up email to client re: same | 0.60 | 0.60 | $255.00 | $153.00 |
| 11/20/2013 LD | Began outlining and drafting statement of facts, reviewed client performance appraisals and discovery responses re: same | 2.20 | 2.20 | $255.00 | $561.00 |
| 11/21/2013 LD | Continued drafting facts section of SJ Opp | 0.80 | 0.80 | $255.00 | $204.00 |
| 11/22/2013 CB | Call with RS and LEM re: declarations for Opp to SJ motion. Follow up call with RS re. same. | 0.40 | 0.40 | $495.00 | $198.00 |
| 11/22/2013 LD | Conferred w/ RS re: finalizing preliminary statement of SJ opp | 1.50 | 1.50 | $255.00 | $382.50 |
| 11/22/2013 LD | Continued drafting facts section and began outlining qualifications section of argument for SJ opp | 2.80 | 2.80 | $255.00 | $714.00 |

| 11/22/2013 RS | Continue drafting Preliminary Statement for SJ Opp, conf w/LEM re: same | 1.50 | 1.50 | $520.00 | $780.00 |
|---|---|---|---|---|---|
| 11/25/2013 CB | Follow up call with potential witness re. providing a declaration in support of Opposition to SJ motion. | 1.20 | 1.20 | $495.00 | $594.00 |
| 11/25/2013 CB | Review affidavit of Alvin Edwards and notes from LEM re. her initial call with him. Script questions for Mr. Elwards in regards to a possible affidvit to Opposition to SJ motion. | 0.60 | 0.60 | $495.00 | $297.00 |
| 11/25/2013 CB | Discussion with LEM about potential testimony from Alvin Edwards. | 0.50 | 0.50 | $495.00 | $247.50 |
| 11/25/2013 LD | Incorporated preliminary statement into SJ opp; reviewed case law on "me too" evidence | 1.40 | 1.40 | $255.00 | $357.00 |
| 11/25/2013 LD | Continued drafting facts section of SJ Opp | 4.50 | 4.50 | $255.00 | $1,147.50 |
| 11/26/2013 CB | Left voice messages for several potential witnesses about providing affidavits. Calls with LEM re. same. | 0.00 | 0.30 | $0.00 | $0.00 |
| 11/26/2013 CB | Call with Christine Allen about her providing an affidavit for Opposition to SJ motion. | 1.20 | 1.20 | $495.00 | $594.00 |
| 11/26/2013 LD | Continued drafting facts section of SJ Opp | 4.50 | 4.50 | $255.00 | $1,147.50 |
| 11/27/2013 CB | Follow up call with potential witness re. her providing a declaration in support of Opposition y to SJ motion. | 1.40 | 1.40 | $495.00 | $693.00 |
| 11/27/2013 CB | Draft declaration of Alvin Elwards. File review re. same. | 2.30 | 2.30 | $495.00 | $1,138.50 |
| 11/27/2013 LD | Continued drafting statement of facts of SJ opp; revisions to same | 6.00 | 6.00 | $255.00 | $1,530.00 |
| 11/29/2013 CB | Continue to draft declaration for Alvin Edwards. Begin drafting declaration for Christine Allen. Call to another potential witness. Email correspondence with client re. same. Email correspondence with RS and LEM re. same. | 5.20 | 5.20 | $495.00 | $2,574.00 |
| 11/29/2013 LD | Continued drafting and revising facts section of SJ opp | 2.50 | 2.50 | $255.00 | $637.50 |
| 12/02/2013 CB | Email correspondence with client re. declarations; discussion with LEM re. same. | 0.60 | 0.60 | $495.00 | $297.00 |
| 12/02/2013 CB | Revision to declaration of one witness. Email correspondence with client re. same. | 0.50 | 0.50 | $495.00 | $247.50 |
| 12/02/2013 LD | Conferred w/ CB re: declaration drafts | 0.60 | 0.60 | $255.00 | $153.00 |
| 12/02/2013 LD | Additional case law research and additions/revisions to SJ Opp preliminary statement | 0.70 | 0.70 | $255.00 | $178.50 |
| 12/02/2013 LD | Continued drafting statement of facts section of SJ Opp | 4.00 | 4.00 | $255.00 | $1,020.00 |
| 12/03/2013 CB | Discussion with LEM re. Opposition to SJ Motion inlcuding information for the declarations. | 0.40 | 0.40 | $495.00 | $198.00 |
| 12/03/2013 LD | Revisions to statement of facts | 0.70 | 0.70 | $255.00 | $178.50 |
| 12/03/2013 LD | Completed first draft of statement of facts | 2.30 | 2.30 | $255.00 | $586.50 |
| 12/03/2013 LD | Incorporated citations and revisions into statement of facts | 0.70 | 0.70 | $255.00 | $178.50 |
| 12/04/2013 CB | Meeting with client to obtain info for SJ Opp; follow on meeting with LEM and client. | 0.50 | 0.50 | $495.00 | $247.50 |
| 12/04/2013 LD | Began drafting argument section of SJ opp including opening section and qualifications attack; conferred w/ client and CB re: additional SJ preparations | 5.50 | 5.50 | $255.00 | $1,402.50 |
| 12/05/2013 LD | Continued drafting qualifications section of SJ Opp, revisions to statement of facts | 4.80 | 4.80 | $255.00 | $1,224.00 |
| 12/06/2013 LD | Continued drafting qualifications attack section of SJ opp argument | 3.00 | 3.00 | $255.00 | $765.00 |

| 12/08/2013 LD | Began drafting "Hamilton" section of argument in SJ Opp | 1.80 | 1.80 | $255.00 | $459.00 |
|---|---|---|---|---|---|
| 12/08/2013 RS | Review and revise draft SJ Opp | 2.00 | 2.00 | $520.00 | $1,040.00 |
| 12/09/2013 LD | Reviewed Stepney statement of facts and organization of DOL OIG structure | 0.60 | 0.60 | $255.00 | $153.00 |
| 12/09/2013 LD | Conferred w/ RS re: draft of SJ Opp facts, structure of argument | 1.80 | 1.80 | $255.00 | $459.00 |
| 12/09/2013 LD | Emailed Kathie Gers re: declaration | 0.10 | 0.10 | $255.00 | $25.50 |
| 12/09/2013 LD | Incorporated revisions, drafted additions into SJ Opp statement of facts per conference w/ RS; emails to client re: same | 5.30 | 5.30 | $255.00 | $1,351.50 |
| 12/09/2013 RS | Conf w/LEM re SJ Opp | 1.80 | 1.80 | $520.00 | $936.00 |
| 12/10/2013 LD | Continued revisions and additions to SJ Opp per RS comments | 6.50 | 6.50 | $255.00 | $1,657.50 |
| 12/11/2013 CB | Meeting with LEM re: SJ Opp | 0.00 | 0.50 | $0.00 | $0.00 |
| 12/11/2013 LD | Completed additions, revisions to statement of facts; conferred w/ RS, CB re timeline and strategy for SJ Opp | 2.50 | 2.50 | $255.00 | $637.50 |
| 12/11/2013 LD | Revised "qualifications" section of argument and created chart of comparative qualifications, revised and added to section of argument re: interview ("subjective considerations") | 5.00 | 5.00 | $255.00 | $1,275.00 |
| 12/11/2013 RS | Conf w/LEM and CB re: status of declarations for SJ Opp | 0.30 | 0.30 | $520.00 | $156.00 |
| 12/12/2013 LD | Reviewed client notes re: leadership experience and OAQA experience to be incorporated into declaration & SJ opp | 0.20 | 0.20 | $255.00 | $51.00 |
| 12/12/2013 LD | Continued drafting argument section, focusing on destruction of interview notes, subjective interview, HR process | 4.00 | 4.00 | $255.00 | $1,020.00 |
| 12/12/2013 LD | Conferred w/ RS re: strategy and structure of argument | 1.50 | 1.50 | $255.00 | $382.50 |
| 12/12/2013 LD | Additions, revisions to argument section re: interview process per discussion w/ RS, outlined "Misstates Qualification" Section | 1.20 | 1.20 | $255.00 | $306.00 |
| 12/12/2013 RS | Conf w/LEM re: structure and content of argument section of SJ Opp | 1.50 | 1.50 | $520.00 | $780.00 |
| 12/12/2013 RS | Review SJ Opp, conf's w/LEM re: structure of Opp, specific HR arguments, etc. | 1.50 | 1.50 | $520.00 | $780.00 |
| 12/13/2013 LD | Drafted "misstates qualifications" and other discriminatory treatment sections of argument, competing 1st draft of SJ Opp; email to client re: review of draft and next steps | 3.20 | 3.20 | $255.00 | $816.00 |
| 12/13/2013 RS | Conf's w/LEM re: panel interviews re SJ Opp | 0.20 | 0.20 | $520.00 | $104.00 |
| 12/14/2013 LD | Began drafting Makray Declaration | 3.00 | 3.00 | $255.00 | $765.00 |
| 12/16/2013 CB | Conf /LEM additional info needed from client for SJ Opp, call to client | 0.50 | 0.50 | $495.00 | $247.50 |
| 12/16/2013 LD | Continued drafting Makray declaration | 3.80 | 3.80 | $255.00 | $969.00 |
| 12/16/2013 LD | Conf. call w/ CB, client re: feedback on SJ draft, additional information needed | 0.50 | 0.50 | $255.00 | $127.50 |
| 12/17/2013 LD | Continued drafting client declaration, incorporated additional info from client into same; emails w/ client re: same and re: SJ draft; discussions w/ CB re: same | 7.00 | 7.00 | $255.00 | $1,785.00 |
| 12/18/2013 CB | Call with Joe Donovan re. his declaration. Discussion with LEM re. same and other declarations. | 1.40 | 1.40 | $495.00 | $693.00 |
| 12/18/2013 CB | Draft declaration of Joseph Donovan. | 4.10 | 4.10 | $495.00 | $2,029.50 |

| 12/18/2013 CB | Revise declaration of Joe Donovan to include LEM's comments. Email client re. same. Call to client re. same. | 0.50 | 0.50 | $495.00 | $247.50 |
|---|---|---|---|---|---|
| 12/18/2013 LD | Drafted motion to enlarge SJ Opp | 0.20 | 0.20 | $255.00 | $51.00 |
| 12/18/2013 LD | Conferred w/ CB re: contents of Donovan declaration, email to RS re: discussing declarations | 0.40 | 0.40 | $255.00 | $102.00 |
| 12/18/2013 LD | Incorporated client comments into SJ Opp draft, additions and revisions to same; phone call w/ RS re: same | 4.80 | 4.80 | $255.00 | $1,224.00 |
| 12/18/2013 LD | Phone call w/ Kathie Gers re: updated declaration, reviewed same | 0.40 | 0.40 | $255.00 | $102.00 |
| 12/18/2013 LD | Reviewed CB draft of Donovan declaration | 0.30 | 0.30 | $255.00 | $76.50 |
| 12/19/2013 CB | Review changes in declaration from Joe Donovan. Make additional edits and suggested revisions. Email correspondence with him re. same. Call to him re. submission of signed Declaration. | 1.30 | 1.30 | $495.00 | $643.50 |
| 12/19/2013 LD | Incorporated additional revisions, declaration citations, into SJ opp; phone call w/ client with questions re: same | 5.80 | 5.80 | $255.00 | $1,479.00 |
| 12/19/2013 LD | Began assembling documents for SJ exhibits | 1.00 | 1.00 | $255.00 | $255.00 |
| 12/19/2013 RS | Review and revise SJ Opp | 2.00 | 2.00 | $520.00 | $1,040.00 |
| 12/20/2013 CB | Meeting with RS and LEM to discuss declaration testimony and to review what testimony we currently have. | 0.80 | 0.80 | $495.00 | $396.00 |
| 12/20/2013 CB | Review and revise Makray declaration. | 2.00 | 2.00 | $495.00 | $990.00 |
| 12/20/2013 LD | Conferred w/ RS & CB re: declarations for SJ Opp; conferred w/ RS re: suggestions and revisions to full draft of SJ Opp | 4.50 | 4.50 | $255.00 | $1,147.50 |
| 12/20/2013 LD | Incorporated citations into SJ Opp | 1.00 | 1.00 | $255.00 | $255.00 |
| 12/30/2013 LD | Incorporated revisions throughout entire draft of SJ Opp per RS comments and suggestions | 6.50 | 6.50 | $255.00 | $1,657.50 |
| 12/31/2013 CB | Call with LEM re. contents of specific declarations. Call with Alvin Edwards re. his declaration. | 0.00 | 0.40 | $0.00 | $0.00 |
| 12/31/2013 CB | Review and revise declaration of Alvin Edwards with his proposed changes. Email to Mr. Edwards re. same. | 0.90 | 0.90 | $495.00 | $445.50 |
| 12/31/2013 LD | Completed incorporating RS revisions and suggestions into SJ Opp draft | 3.00 | 3.00 | $255.00 | $765.00 |
| 12/31/2013 LD | Incorporated additions, revisions into Makray decl, emailed client re: same | 3.00 | 3.00 | $255.00 | $765.00 |
| 01/02/2014 LD | Continued incorporating revisions into all aspects of SJ opp; began creation of list of exhibits and incorporating cites into SJ Opp re: same | 6.00 | 6.00 | $255.00 | $1,530.00 |
| 01/03/2014 CB | Meeting with LEM to discuss status of declarations including client's declaration. | 0.00 | 0.40 | $0.00 | $0.00 |
| 01/03/2014 LD | Incorporated client revisions into declaration, phone call w/ client re: same | 1.80 | 1.80 | $255.00 | $459.00 |
| 01/03/2014 LD | Continued incorporating revisions, citations into SJ Opp | 5.00 | 5.00 | $255.00 | $1,275.00 |
| 01/06/2014 LD | Incorporated additional changes into Makray declaration per additional information provided by client | 1.00 | 1.00 | $255.00 | $255.00 |
| 01/06/2014 LD | Began drafting opposition to defendant's SMF | 5.50 | 5.50 | $255.00 | $1,402.50 |
| 01/06/2014 RS | Review and revise SJ Opp | 2.20 | 2.20 | $520.00 | $1,144.00 |
| 01/07/2014 CB | Call with LEM and client re. review of most recent draft of Opposition  Detailed discussion of next steps re. process and client's review of next version and declaration. | 0.00 | 0.90 | $0.00 | $0.00 |

| 01/07/2014 CB | Meeting with RS and LEM to discuss elements of Opposition and declarations. | 0.00 | 1.00 | $0.00 | $0.00 |
| 01/07/2014 CB | Meeting with RS and LEM to discuss comparators and also declarations. | 0.60 | 0.60 | $495.00 | $297.00 |
| 01/07/2014 CB | Begin to draft declaration for potential witness | 0.60 | 0.60 | $495.00 | $297.00 |
| 01/07/2014 CB | Modify declaration of Christine Allen. Call to her re. same. | 0.50 | 0.50 | $495.00 | $247.50 |
| 01/07/2014 LD | Conferred w/ MEB re: SMF | 0.00 | 1.00 | $0.00 | $0.00 |
| 01/07/2014 LD | Conferred w/ RS, CB re: timeline and strategy of completion of SJ Opp | 0.00 | 1.00 | $0.00 | $0.00 |
| 01/07/2014 LD | Continued drafting response to defendant's SMF | 2.00 | 2.00 | $255.00 | $510.00 |
| 01/07/2014 LD | Conferred w/ RS re: revisions to first portion of SJ opp draft | 1.00 | 1.00 | $255.00 | $255.00 |
| 01/07/2014 LD | Conferred w/ RS re: re-structuring HR/Panel process section of SJ Opp | 1.00 | 1.00 | $255.00 | $255.00 |
| 01/07/2014 LD | Phone call w/ CB, client re: revisions to SJ Opp, additions to declaration, info for SMF, and timeline for completing SJ Opp | 1.00 | 1.00 | $255.00 | $255.00 |
| 01/07/2014 LD | Incorporated RS revisions into SJ Opp | 2.00 | 2.00 | $255.00 | $510.00 |
| 01/07/2014 MB | Review Resp to Statement of Material Fact.  Meet with LEM re: same. | 0.00 | 1.00 | $0.00 | $0.00 |
| 01/07/2014 RS | Continue reviewing and revising SJ Opp | 1.80 | 1.80 | $520.00 | $936.00 |
| 01/07/2014 RS | Continue reviewing and revising SJ Opp, conf's w/LEM re: same | 6.00 | 6.00 | $520.00 | $3,120.00 |
| 01/07/2014 RS | Continue reviewing and revising SJ Opp, review and revise Edwards Decl., research re: post-Brady cites re: SJ Opp, conf's w/LEM re: same, conf w/LEM and CB re: same | 9.60 | 9.60 | $520.00 | $4,992.00 |
| 01/08/2014 CB | Contineu to draft declaration of Cathy Votchazer. Email to her re. same. | 0.00 | 1.50 | $0.00 | $0.00 |
| 01/08/2014 CB | Calls to witness (C. Allen) and review her additions to the declaration. Revise declaration again and call with her regarding same. | 1.40 | 1.40 | $495.00 | $693.00 |
| 01/08/2014 CB | Review additional revisions from Christine Allen to her declaration and send her some suggested changes to one section. Email correspondence with her re. same. | 0.20 | 0.20 | $495.00 | $99.00 |
| 01/08/2014 CB | Review client's deposition looking for specific quotes re. issue in SJ Motion and discussion with RS re. same. | 0.80 | 0.80 | $495.00 | $396.00 |
| 01/08/2014 CB | Meeting with LEM and RS re.  issue re. comparators and also statements in client's deposition. | 0.70 | 0.70 | $495.00 | $346.50 |
| 01/08/2014 CB | Review changes from Alvin Edwards to his declaration and proposed a few additional changes to same. Email to him re. same. | 0.40 | 0.40 | $495.00 | $198.00 |
| 01/08/2014 LD | Continued drafting/revising SMF/SGI | 1.70 | 1.70 | $255.00 | $433.50 |
| 01/08/2014 LD | Conferred w/ RS re: revisions to remaining portion of SJ Opp | 1.00 | 1.00 | $255.00 | $255.00 |
| 01/08/2014 LD | Continued incorporating revisions into SJ Opp; additional conferences w/ RS, CB re: same | 4.50 | 4.50 | $255.00 | $1,147.50 |
| 01/08/2014 LD | Additional changes, revisions to SJ Opp, Declaration, and SGI | 3.00 | 3.00 | $255.00 | $765.00 |
| 01/08/2014 RS | Continue reviewing and revising SJ Opp, conf/s w/LEM and CB re: same, review EEOC decision in Stepney | 6.50 | 6.50 | $520.00 | $3,380.00 |
| 01/09/2014 CB | Conference with RS and LEM to review the latest draft of Opposition and to discuss issues re. to same. | 0.00 | 2.00 | $0.00 | $0.00 |
| 01/09/2014 CB | Meeting with client re: SJ Opp | 0.00 | 0.50 | $0.00 | $0.00 |

| 01/09/2014 CB | Review changes to declaration from Edwards dispatch to him for signature. | 0.50 | 0.50 | $495.00 | $247.50 |
|---|---|---|---|---|---|
| 01/09/2014 CB | Revise declaration of Alvin Edwards to include another comparator. Calls to Mr. Edwards re: same. Conference with RS re: same. | 3.50 | 3.50 | $495.00 | $1,732.50 |
| 01/09/2014 LD | Continued drafting SMF/SGI, conferred w/ RS re: same and incorporated revisions per RS suggestions | 3.50 | 3.50 | $255.00 | $892.50 |
| 01/09/2014 LD | Conferred w/ client re: SJ Opp, Declaration, and SMF/SGI | 3.30 | 3.30 | $255.00 | $841.50 |
| 01/09/2014 LD | Incorporated client revisions into SJ Opp, decl, SGI | 1.00 | 1.00 | $255.00 | $255.00 |
| 01/09/2014 LD | Conferred w/ RS, CB re: finalizing draft of SJ opp | 2.00 | 2.00 | $255.00 | $510.00 |
| 01/09/2014 LD | Additional revisions to SJ Opp | 2.70 | 2.70 | $255.00 | $688.50 |
| 01/09/2014 RS | Conf w/LEM re: additional revisions to SJ Opp | 0.40 | 0.40 | $520.00 | $208.00 |
| 01/09/2014 RS | Review and revise SJ Opp, SGI, accompanying declarations, conf's w/LEM and CB re: same | 11.20 | 11.20 | $520.00 | $5,824.00 |
| 01/10/2014 LD | Completed incorporating citations into SJ opp, updated and finalized exhibits | 1.50 | 1.50 | $255.00 | $382.50 |
| 01/10/2014 LD | Completed draft of SGI | 2.50 | 2.50 | $255.00 | $637.50 |
| 01/10/2014 LD | Finalized SJ Opp, SGI, Declaration, filed all SJ docs | 6.00 | 6.00 | $255.00 | $1,530.00 |
| 01/10/2014 MB | Review SJ Opp draft and client's declaration. | 0.00 | 1.50 | $0.00 | $0.00 |
| 01/10/2014 RS | Review and revise SGI, SJ Opp, file same and exh. dec's, dep's, etc. | 4.00 | 4.00 | $520.00 | $2,080.00 |
| 01/22/2014 LD | Prepared courtesy copies of SJ opp docs for judges chambers | 1.00 | 1.00 | $255.00 | $255.00 |
| 02/05/2014 RS | Telephone conf w/USAO re: extension | 0.20 | 0.20 | $520.00 | $104.00 |
| 02/10/2014 RS | Conf w/CB re: client response to request for position re: extension, timetable for remainder of case and related matters, telephone conf w/client re: meeting re: same | 1.00 | 1.00 | $520.00 | $520.00 |
| 02/11/2014 RS | Review Browne v. HUD for current interpretation and application of Hamilton re: SJ Opposition, conf w/LEM re: same | 0.20 | 0.20 | $520.00 | $104.00 |
| 02/25/2014 RS | Emails w/USAO re: extension for reply brief, telephone conf w/client re: same | 0.30 | 0.30 | $520.00 | $156.00 |
| 02/26/2014 CB | Review Nt Fil drafted by RS. | 0.00 | 0.20 | $0.00 | $0.00 |
| 02/26/2014 LD | Reviewed RS notice of filing | 0.00 | 0.20 | $0.00 | $0.00 |
| 02/26/2014 LD | Emails to RS/CB re: review of notice of filing | 0.00 | 0.20 | $0.00 | $0.00 |
| 02/26/2014 RS | Review Browne v. HUD, draft notice of filing re: same | 1.20 | 1.20 | $520.00 | $624.00 |
| 02/27/2014 RS | Review client comments re: notice of filing, telephone conf's w/client re: same, review and revise same | 0.90 | 0.90 | $520.00 | $468.00 |
| 03/11/2014 LD | Reviewed defendant's reply brief, emailed client re: same | 1.00 | 1.00 | $255.00 | $255.00 |
| 03/11/2014 LD | Reviewed defendant's reply statement of facts | 1.00 | 1.00 | $255.00 | $255.00 |
| 03/12/2014 LD | Reviewed Lewis, Dixon declarations, emailed RS, CB re: same | 0.70 | 0.70 | $255.00 | $178.50 |
| 03/12/2014 RS | Review Def SJ Reply | 3.00 | 3.00 | $520.00 | $1,560.00 |
| 03/13/2014 RS | Conf w/LEM re: Lewis' rebuttal declaration | 0.30 | 0.30 | $520.00 | $156.00 |
| 03/17/2014 LD | Phone call w/ client re: thoughts on reply, strategy for potential sur-reply; reviewed RS email re: same | 0.50 | 0.50 | $255.00 | $127.50 |
| 03/17/2014 RS | Telephone conf w/client re: sur-reply | 0.20 | 0.20 | $520.00 | $104.00 |
| 03/17/2014 RS | Review def reply, email to LEM and client re: moving for leave to sur-reply | 0.90 | 0.90 | $520.00 | $468.00 |
| 03/17/2014 RS | Conf w/LEM and client re: sur-reply, email to USAO re: same | 0.60 | 0.60 | $520.00 | $312.00 |

| Date | | Description | | | | |
|------|---|-------------|---|---|---|---|
| 03/19/2014 | RS | Emails w/USAO re: conferring about sur-reply, email to client re: same | 0.10 | 0.10 | $520.00 | $52.00 |
| 03/24/2014 | LD | Conf call w/ RS, AUSA Peterson re: sur-reply, follow-up call w/ client re: same | 0.50 | 0.50 | $255.00 | $127.50 |
| 03/24/2014 | RS | Telephone conf w/USAO re: sur-reply due to AIGA's new Declaration; review def reply and email correspondence with client and LEM re: same; telephone conf's w/client re: same | 0.80 | 0.80 | $520.00 | $416.00 |
| 03/26/2014 | LD | Reviewed and annotated Reply and SJ opp in preparation for sur-reply | 2.20 | 2.20 | $255.00 | $561.00 |
| 03/26/2014 | LD | Conf call w/ client, RS re: sur-reply | 0.20 | 0.20 | $255.00 | $51.00 |
| 03/26/2014 | RS | Conf w/client and LEM re: sur-reply | 0.30 | 0.30 | $520.00 | $156.00 |
| 04/03/2014 | LD | Began outlining argument for Sur-Reply | 2.00 | 2.00 | $255.00 | $510.00 |
| 04/03/2014 | RS | Begin drafting motion to strike/for leave to sur-reply, conduct research re: same, review def. SJ mot, reply, and Lewis Decl. | 4.50 | 4.50 | $520.00 | $2,340.00 |
| 04/04/2014 | CB | Review draft sur reply. | 0.00 | 0.60 | $0.00 | $0.00 |
| 04/04/2014 | LD | Reviewed RS draft of motion to strike/sur-reply | 0.00 | 0.50 | $0.00 | $0.00 |
| 04/04/2014 | LD | Conferred w/ RS re: sur-reply | 0.30 | 0.30 | $255.00 | $76.50 |
| 04/04/2014 | RS | Continue drafting motion to exclude Lewis Decl., etc. | 5.00 | 5.00 | $520.00 | $2,600.00 |
| 04/07/2014 | CB | Meeting with RS and LEM to review and discuss draft Memorandum of Points and Authorites in Support of Mot. for the Sanction of Exclusion. | 0.70 | 0.70 | $495.00 | $346.50 |
| 04/07/2014 | LD | Drafted notice of filing re: stepney, incorporated RS revisions re: same | 1.60 | 1.60 | $255.00 | $408.00 |
| 04/07/2014 | LD | Conferred w/ RS, CB re: motion to strike/sur-reply | 0.60 | 0.60 | $255.00 | $153.00 |
| 04/07/2014 | LD | Phone call w/ client re: motion to strike, notice of filing | 0.30 | 0.30 | $255.00 | $76.50 |
| 04/07/2014 | RS | Conf w/LEM and CB re: motion to exclude | 0.60 | 0.60 | $520.00 | $312.00 |
| 04/07/2014 | RS | Review and revise 2nd notice of filing | 0.30 | 0.30 | $520.00 | $156.00 |
| 04/08/2014 | LD | Finalized and filed notice of filing re: Stepney | 0.40 | 0.40 | $255.00 | $102.00 |
| 04/08/2014 | LD | Revisions to motion to exclude | 0.50 | 0.50 | $255.00 | $127.50 |
| 04/09/2014 | LD | Additional changes, revisions to mtn to strike/exclude, email to RS re: same, phone call w/ client re: same | 1.80 | 1.80 | $255.00 | $459.00 |
| 04/09/2014 | RS | Review and revise Mot. to Exclude, telephone conf's w/LEM re: same, file same | 2.80 | 2.80 | $520.00 | $1,456.00 |
| 05/07/2014 | RS | Telephone conf w/client re: current status of def response to motion to strike | 0.10 | 0.10 | $520.00 | $52.00 |
| 05/09/2014 | CB | Reviewed Defendant's Opposition to our Motion to Strike and discussions with RS re. same. | 0.00 | 0.50 | $0.00 | $0.00 |
| 05/09/2014 | LD | Reviewed and annotated def opp to motion to strike | 1.30 | 1.30 | $255.00 | $331.50 |
| 05/09/2014 | RS | Review def opp motion to strike | 3.00 | 3.00 | $520.00 | $1,560.00 |
| 05/12/2014 | LD | Reviewed RS draft intro of reply re: motion to exclude | 0.20 | 0.20 | $255.00 | $51.00 |
| 05/12/2014 | RS | Draft reply to Motion to Exclude | 2.00 | 2.00 | $520.00 | $1,040.00 |
| 05/12/2014 | RS | Draft reply to Motion to Exclude | 2.00 | 2.00 | $520.00 | $1,040.00 |
| 05/12/2014 | RS | Continue drafting sanctions reply | 2.50 | 2.50 | $520.00 | $1,300.00 |
| 05/13/2014 | LD | Conferred w/ RS re: reply to motion to exclude | 0.50 | 0.50 | $255.00 | $127.50 |
| 05/13/2014 | RS | Reviewed RS updated draft of reply re: motion to exclude | 0.30 | 0.30 | $255.00 | $76.50 |
| 05/13/2014 | LD | Re-read and outlined agency op to motion to exclude | 0.70 | 0.70 | $255.00 | $178.50 |
| 05/13/2014 | RS | Draft reply to motion to exclude | 3.20 | 3.20 | $520.00 | $1,664.00 |
| 05/14/2014 | LD | Drafted mot to enlarge time to file reply re: mot to exclude | 0.40 | 0.40 | $255.00 | $102.00 |

| 05/14/2014 LD | Reviewed complaint and answer, SJ opp, and defendant's opp to motion to exclude; phone calls w/ RS re: reply re: motion to exclude; drafted additional argument in Pl's reply re: same | 4.70 | 4.70 | $255.00 | $1,198.50 |
|---|---|---|---|---|---|
| 05/14/2014 RS | Review and revise motion to enlarge reply date, email to LEM re: same | 0.00 | 0.10 | $0.00 | $0.00 |
| 05/14/2014 RS | Review and revise reply to motion to exclude | 1.50 | 1.50 | $520.00 | $780.00 |
| 05/15/2014 LD | Revisions, additions to most recent draft of reply re: motion to exclude; began outlining additional arguments to same | 1.20 | 1.20 | $255.00 | $306.00 |
| 05/15/2014 LD | Conferred w/ RS re: reply to motion to exclude | 0.60 | 0.60 | $255.00 | $153.00 |
| 05/15/2014 LD | Continued drafting reply re: mot to exclude | 1.30 | 1.30 | $255.00 | $331.50 |
| 05/15/2014 LD | Conferred w/ RS re: additional arguments in reply re: mot to exclude | 1.00 | 1.00 | $255.00 | $255.00 |
| 05/15/2014 RS | Review def int. resp's and supp. int. resp's, conf w/LEM re: reply to motion to strike | 1.60 | 1.60 | $520.00 | $832.00 |
| 05/16/2014 LD | Continued additions, revisions to Parts II and III to reply re: motion to strike, conferred w/ RS throughout re: same | 5.50 | 5.50 | $255.00 | $1,402.50 |
| 05/16/2014 RS | Continue reviewing and revising draft reply to motion to exclude | 3.50 | 3.50 | $520.00 | $1,820.00 |
| 05/19/2014 LD | Reviewed RS draft of reply, additions, revisions and consulted RS re: same | 1.80 | 1.80 | $255.00 | $459.00 |
| 05/19/2014 LD | Conferred w/ RS re: structure, additions to arguments in reply | 0.60 | 0.60 | $255.00 | $153.00 |
| 05/19/2014 LD | Continued additions, revisions to argument section of reply re: mot to exclude; conferred w/ RS re: same | 3.30 | 3.30 | $255.00 | $841.50 |
| 05/19/2014 RS | Conf's w/LEM re: Reply Motion to Exclude, review and revise same | 1.50 | 1.50 | $520.00 | $780.00 |
| 05/20/2014 LD | Re-read opening motion to exclude, defendant's opp, in prep for finalizing arguments in reply; researched add'l case law re: same; emailed RS re: same | 0.00 | 1.40 | $0.00 | $0.00 |
| 05/20/2014 LD | Review of and additional revisions to reply re: mot to exclude, incorporated citations into same | 1.80 | 1.80 | $255.00 | $459.00 |
| 05/20/2014 LD | Conferred w/ RS re: additional cases cited in def op re: motion to exclude | 0.40 | 0.40 | $255.00 | $102.00 |
| 05/20/2014 LD | Phone call w/ client re: reply re motion to exclude | 0.20 | 0.20 | $255.00 | $51.00 |
| 05/20/2014 RS | Continue reviewing and revising draft reply to motion to exclude | 5.30 | 5.30 | $520.00 | $2,756.00 |
| 05/21/2014 CB | Begin to review and revise Reply Motin to Exclude. | 0.00 | 0.50 | $0.00 | $0.00 |
| 05/21/2014 LD | Additional read-throughs and revisions to reply re: motion to exclude, incorporated additional citations into same | 4.00 | 4.00 | $255.00 | $1,020.00 |
| 05/21/2014 LD | Created attachments for reply to mot to exclude | 0.70 | 0.70 | $255.00 | $178.50 |
| 05/22/2014 CB | Continue to review and revise Reply Motion to Exclude.Discussion with LEM re. same. | 0.00 | 1.60 | $0.00 | $0.00 |
| 05/22/2014 LD | Incorporated RS and CB comments, revisions into reply re: motion to exclude | 1.20 | 1.20 | $255.00 | $306.00 |
| 05/22/2014 LD | Conferred w/ RS re: additional changes to reply re mot to exclude | 0.40 | 0.40 | $255.00 | $102.00 |
| 05/22/2014 LD | Final review, finalized, and filed reply re: mot to exclude | 3.00 | 3.00 | $255.00 | $765.00 |
| 05/22/2014 RS | Final review of Reply to Motion to Exclude, conf w/LEM re: same | 0.50 | 0.50 | $520.00 | $260.00 |
| 05/23/2014 LD | Revised and filed corrected Reply re motion to exclude | 0.60 | 0.60 | $255.00 | $153.00 |

| | | | | | |
|---|---|---|---|---|---|
| 11/25/2014 CB | Calls with client re: SJ decision. Calls with RS re: same. | 0.60 | 0.60 | $495.00 | $297.00 |
| 11/25/2014 LD | Conferred w/ RS, CB re: denial of SJ; phone call w/ client re: same and review of minute order re: same | 0.90 | 0.90 | $300.00 | $270.00 |
| 12/01/2014 CB | Meeting with RS and LD to discuss SJ decision and next steps in scheduling  work for remainder of case | 2.00 | 2.00 | $495.00 | $990.00 |
| 12/01/2014 CB | Call certain witnesses to notify them that the case is now scheduled for trial and find out their availabiltiy for trial for those dates. | 0.60 | 0.60 | $495.00 | $297.00 |
| 12/01/2014 LD | Conferred w/ RS, CB re: planning, scheduling, and strategy for trial | 2.00 | 2.00 | $300.00 | $600.00 |
| 12/01/2014 LD | Drafted notice of Lewis dep and accompanying RFP, email to AUSA Peterson re: same | 1.30 | 1.30 | $300.00 | $390.00 |
| 12/01/2014 LD | Additional discussions w/ RS re: motions in limine, meet & confer | 0.40 | 0.40 | $300.00 | $120.00 |
| 12/01/2014 LD | Phone call w/ Kathy Gers re: trial | 0.20 | 0.20 | $300.00 | $60.00 |
| 12/01/2014 LD | Follow-up call w/ Kathie Gers re: testifying at trial | 0.40 | 0.40 | $300.00 | $120.00 |
| 12/01/2014 RS | Conf w/LEM and CB re: SJ decision, D. Ct. pre-trial procedures and schedule, pl. and jt. P/T submissions, settlement strategy, witness contacts, etc. | 2.00 | 2.00 | $789.00 | $1,578.00 |
| 12/01/2014 RS | Conf w/client re: selection of witnesses for trial | 0.20 | 0.20 | $789.00 | $157.80 |
| 12/01/2014 RS | Conf w/LEM and witnesses | 0.20 | 0.20 | $789.00 | $157.80 |
| 12/02/2014 LD | Email to AUSA Peterson re: deadlines for P/T exchanges | 0.30 | 0.30 | $300.00 | $90.00 |
| 12/02/2014 LD | Conferred w/ RS re: strategy for calling witnesses | 0.30 | 0.30 | $300.00 | $90.00 |
| 12/03/2014 LD | Conf call w/ RS, AUSA Peterson re: Lewis deposition, other pre-trial matters | 0.60 | 0.60 | $300.00 | $180.00 |
| 12/03/2014 LD | Conferred w/ RS, CB re: settlement discussions | 0.30 | 0.30 | $300.00 | $90.00 |
| 12/03/2014 RS | Conf w/LEM and USAO re: P/T schedule and related matters | 0.50 | 0.50 | $789.00 | $394.50 |
| 12/03/2014 RS | Conf w/LEM and CB re: settlement | 0.20 | 0.20 | $789.00 | $157.80 |
| 12/05/2014 CB | Conference with RS and LD re. witnesses to call for trial. Conf. with LD re. same. Call to one of the potential witnesses. | 0.80 | 0.80 | $495.00 | $396.00 |
| 12/05/2014 LD | Conferred w/ RS re: trial strategy re: Melvin Reid | 0.40 | 0.40 | $300.00 | $120.00 |
| 12/05/2014 LD | Pre-trial prep, including preparing exhibit list, multiple confs w/ RS, CB re: trial strategy, reviewing case law for motions in limine | 4.50 | 4.50 | $300.00 | $1,350.00 |
| 12/05/2014 RS | Conf w/LEM re: calling selectee at trial | 0.30 | 0.30 | $789.00 | $236.70 |
| 12/05/2014 RS | Research re: MIL exclusion of selectee, conf w/LEM re: same | 0.40 | 0.40 | $789.00 | $315.60 |
| 12/05/2014 RS | Continue preparation for conf w/client re: trial strategy and settlement posture, research re: same, email correspondence w/CB and LEM re: same | 1.50 | 1.50 | $789.00 | $1,183.50 |
| 12/07/2014 RS | Preparation of PowerPoint presentation for client conf re: strategy and settlement | 2.00 | 2.00 | $789.00 | $1,578.00 |
| 12/08/2014 CB | Conference with RS re. settlement proposal. Call to client re. same. | 0.60 | 0.60 | $495.00 | $297.00 |
| 12/08/2014 CB | Conference with client, RS and LD re. scheduling and settlement position | 2.40 | 2.40 | $495.00 | $1,188.00 |
| 12/08/2014 LD | Completed and revised exhibit list | 1.20 | 1.20 | $300.00 | $360.00 |
| 12/08/2014 LD | Reviewed case law from RS re: motions in limine including post-selection performance | 1.20 | 1.20 | $300.00 | $360.00 |
| 12/08/2014 LD | Prep for and conferred w/ RS, CB, client re: trial prep and settlement position | 2.80 | 2.80 | $300.00 | $840.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/08/2014 | LD | Conferred w/ RS re: planning motions in limine, additional trial strategy | 1.30 | 1.30 | $300.00 | $390.00 |
| 12/08/2014 | RS | Conf w/client, LEM and CB re: settlement and P/T strategy | 2.10 | 2.10 | $789.00 | $1,656.90 |
| 12/08/2014 | RS | Conf w/LEM re: Makray P/T submissions and review of evidence re: OPAMR non-selection | 1.00 | 1.00 | $789.00 | $789.00 |
| 12/09/2014 | LD | Drafted memo to file and began drafting list of witnesses for P/T statement | 1.60 | 1.60 | $300.00 | $480.00 |
| 12/09/2014 | LD | Conferred w/ RS re: trial prep and opening statement | 0.70 | 0.70 | $300.00 | $210.00 |
| 12/09/2014 | LD | Reviewed Lewis, Raponi deps for discussion of selection process following panel interview | 0.50 | 0.50 | $300.00 | $150.00 |
| 12/09/2014 | RS | Conf w/LEM re: opening statement, review doc's re: same | 1.10 | 1.10 | $789.00 | $867.90 |
| 12/09/2014 | RS | email correspondence w/USAO confirming Lewis Dep. | 0.10 | 0.10 | $789.00 | $78.90 |
| 12/10/2014 | CB | Conferences with RS and LD re. settlement proposal. | 0.80 | 0.80 | $495.00 | $396.00 |
| 12/10/2014 | LD | Continued drafting witness list and descriptions | 1.00 | 1.00 | $300.00 | $300.00 |
| 12/10/2014 | LD | Conf w/ RS re: prep for Lewis deposition, phone call to client re: same | 1.00 | 1.00 | $300.00 | $300.00 |
| 12/10/2014 | LD | Consulted w/ RS, CB re: initiating settlement talks, conf call w/ RS, client re: same | 0.80 | 0.80 | $300.00 | $240.00 |
| 12/10/2014 | LD | Email to AUSA Peterson re: motions in liminie | 0.20 | 0.20 | $300.00 | $60.00 |
| 12/10/2014 | RS | Conf w/LEM and CB re: USAO request for settlement demand, conf w/client re: same | 0.50 | 0.50 | $789.00 | $394.50 |
| 12/10/2014 | RS | Conf w/LEM re: notifying USAO re: motions in limine | 0.10 | 0.10 | $789.00 | $78.90 |
| 12/11/2014 | CB | Review and revise draft letter to AUSA re. settlement. Call with RS re. same. | 1.20 | 1.20 | $495.00 | $594.00 |
| 12/11/2014 | LD | Reviewed docs served by AUSA Peterson in anticipation of Lewis dep, phone call to client re: same | 1.00 | 1.00 | $300.00 | $300.00 |
| 12/11/2014 | LD | Reviewed/revised RS settlement offer letter | 0.60 | 0.60 | $300.00 | $180.00 |
| 12/11/2014 | LD | Continued drafting witness list for P/T statement | 1.50 | 1.50 | $300.00 | $450.00 |
| 12/11/2014 | LD | Emails w/ RS re: docs to use for Lewis Dep | 0.30 | 0.30 | $300.00 | $90.00 |
| 12/11/2014 | LD | Conferred w/ RS re: Lewis dep prep | 1.00 | 1.00 | $300.00 | $300.00 |
| 12/11/2014 | LD | Reviewed Stepney Lewis deposition transcript | 0.50 | 0.50 | $300.00 | $150.00 |
| 12/11/2014 | RS | Conf's w/client and CB re: settlement proposal | 0.30 | 0.30 | $789.00 | $236.70 |
| 12/11/2014 | RS | Draft ltr to USAO re: settlement, conf's w/LEM and CB re: same | 2.50 | 2.50 | $789.00 | $1,972.50 |
| 12/11/2014 | RS | Preparation for Lewis deposition, conf w/LEM re: same | 1.00 | 1.00 | $789.00 | $789.00 |
| 12/12/2014 | CB | Meeting with client to review settlement demand letter. Revise letter accordingly. | 1.00 | 1.00 | $495.00 | $495.00 |
| 12/12/2014 | CB | Meeting with RS re. draft settlement proposal. Call to client re. same. | 0.40 | 0.40 | $495.00 | $198.00 |
| 12/12/2014 | CB | Meeting with client after Lewis deposition to discuss same and follow on meeting with RS, LD and client to review and revise settlement demand ltr. | 1.70 | 1.70 | $495.00 | $841.50 |
| 12/12/2014 | LD | Conferred w/ client & CB, client & RS in prep for Lewis Dep and re: settlement position | 1.20 | 1.20 | $300.00 | $360.00 |
| 12/12/2014 | LD | Conf w/ RS, CB, Makray re: settlement position | 1.70 | 1.70 | $300.00 | $510.00 |
| 12/12/2014 | LD | Participated in Lewis Declaration | 2.50 | 2.50 | $300.00 | $750.00 |
| 12/12/2014 | RS | Take Lewis deposition, complete preparation for same | 3.50 | 3.50 | $789.00 | $2,761.50 |
| 12/13/2014 | LD | Phone calls/emails w/ RS re: defendant's position on motions in limine | 0.50 | 0.50 | $300.00 | $150.00 |

| | | | | | |
|---|---|---|---|---|---|
| 12/13/2014 RS | Review email from USAO re: motions in limine, draft response to same, emails w/LEM and CB re: same, conf's w/same re: same | 2.00 | 2.00 | $789.00 | $1,578.00 |
| 12/15/2014 CB | Meetings with RS and LD re. motions in liminie and witnesses and recommendations to client. Review and revise email to AUSA re. same. | 1.80 | 1.80 | $495.00 | $891.00 |
| 12/15/2014 CB | Conference with RS to discuss next steps re. witnesses and caselaw re. information and documents that are post selection. | 0.80 | 0.80 | $495.00 | $396.00 |
| 12/15/2014 CB | Call with client to discuss witnesses and stratedy. | 0.40 | 0.40 | $495.00 | $198.00 |
| 12/15/2014 LD | Reviewed/revised RS draft emails to AUSA Peterson re: motions in limine | 0.30 | 0.30 | $300.00 | $90.00 |
| 12/15/2014 LD | Lexis research re: admissibility of evidence of post-selection performance | 3.80 | 3.80 | $300.00 | $1,140.00 |
| 12/15/2014 LD | Conferred w/ RS, CB re: motions in limine and trial strategy | 2.50 | 2.50 | $300.00 | $750.00 |
| 12/15/2014 RS | Review research by LEM re: admissibility of Reid post-selection appraisals. | 0.50 | 0.50 | $789.00 | $394.50 |
| 12/15/2014 RS | Draft email to USAO re: motions in limine, conf's w/LEM and CB re: same | 3.00 | 3.00 | $789.00 | $2,367.00 |
| 12/16/2014 CB | Conference with RS re. stratedy re. witnesses. | 0.80 | 0.80 | $495.00 | $396.00 |
| 12/16/2014 CB | Call with witnesses to discuss upcoming trial. | 0.70 | 0.70 | $495.00 | $346.50 |
| 12/16/2014 LD | Began drafting motion and mem in limine, reviewed previous motions for guidance and conferred w/ RS re: same | 5.00 | 5.00 | $300.00 | $1,500.00 |
| 12/16/2014 LD | Final review of RS email to AUSA Peterson re: motions in limine | 0.20 | 0.20 | $300.00 | $60.00 |
| 12/16/2014 LD | Consulted w/ RS re: Makray trial strategy and calling Melvin Reid | 0.50 | 0.50 | $300.00 | $150.00 |
| 12/16/2014 RS | Email to client re: conferring about def motions in limine | 0.80 | 0.80 | $789.00 | $631.20 |
| 12/16/2014 RS | Continue drafting email to USAO re: motions in limine, conf's w/client and CB re: same | 2.50 | 2.50 | $789.00 | $1,972.50 |
| 12/16/2014 RS | Conf's w/potential witnesses, review ROI aff's from same, conf's w/client re: same | 0.70 | 0.70 | $789.00 | $552.30 |
| 12/17/2014 LD | Continued drafting motion in liminie | 3.30 | 3.30 | $300.00 | $990.00 |
| 12/17/2014 LD | Conferred w/ RS re: witness list & exhibits | 3.00 | 3.00 | $300.00 | $900.00 |
| 12/17/2014 LD | Updated and revised exh list per conf w/ RS | 0.70 | 0.70 | $300.00 | $210.00 |
| 12/17/2014 RS | Conf w/LEM re: selection of trial exhibits | 3.00 | 3.00 | $789.00 | $2,367.00 |
| 12/18/2014 LD | Completed first draft of mem in limine | 1.50 | 1.50 | $300.00 | $450.00 |
| 12/18/2014 LD | Conferred w/ RS re: first draft of mem in limine | 1.00 | 1.00 | $300.00 | $300.00 |
| 12/18/2014 LD | Incorporated additions, revisions into draft mem in limine per conf w/ RS and additional review of same | 2.00 | 2.00 | $300.00 | $600.00 |
| 12/18/2014 LD | Conferred w/ RS re: additional revisions to mem in limine | 0.80 | 0.80 | $300.00 | $240.00 |
| 12/18/2014 LD | Incorporated additional revisions into mem in limine, conferred w/ RS further re: same | 1.50 | 1.50 | $300.00 | $450.00 |
| 12/18/2014 RS | Review draft motion in limine, conf w/LEM re: same | 1.20 | 1.20 | $789.00 | $946.80 |
| 12/18/2014 RS | Review and revise motion in limine, conf w/LEM re: same | 0.40 | 0.40 | $789.00 | $315.60 |
| 12/19/2014 LD | Phone call w/ client re: questions re: mem in limine | 0.20 | 0.20 | $300.00 | $60.00 |
| 12/19/2014 LD | Drafted proposed order in limine and revisions/additions to mtn | 0.60 | 0.60 | $300.00 | $180.00 |
| 12/19/2014 LD | Final reviews of/revisions to mot and mem in limine, conferred w/ RS re: same, finalized and filed same | 2.20 | 2.20 | $300.00 | $660.00 |

| | | | | | |
|---|---|---|---|---|---|
| 12/19/2014 | LD | Conferred w/ RS re: prepping for P/T statement and exchanges w/ AUSA Peterson | 0.80 | 0.80 | $300.00 | $240.00 |
| 12/19/2014 | LD | Incorporated additional revisions into exhibit list, witness list, emailed RS & client re: same | 0.60 | 0.60 | $300.00 | $180.00 |
| 12/19/2014 | LD | Email to Kathie Gers re: trial schedule and witness prep | 0.20 | 0.20 | $300.00 | $60.00 |
| 12/19/2014 | RS | Review and revise motion in limine, conf w/LEM re: same | 0.90 | 0.90 | $789.00 | $710.10 |
| 12/19/2014 | RS | Draft email to client re: but for vs. mixed motive theories of discrimination and waiving latter, conf w/client re: same | 1.40 | 1.40 | $789.00 | $1,104.60 |
| 12/20/2014 | RS | Draft voir dire, statements of claims, opening instructions | 2.60 | 2.60 | $789.00 | $2,051.40 |
| 12/21/2014 | RS | Draft final instructions, review and revise opening instructions, voir dire, verdict form, etc., research re: same | 4.50 | 4.50 | $789.00 | $3,550.50 |
| 12/22/2014 | RS | Review and revise jury instructions, research re: same | 2.50 | 2.50 | $789.00 | $1,972.50 |
| 12/23/2014 | LD | Reviewed, highlighted def's motions in limine, drafted motion re: extending time to file opp to same; multiple phone calls w/ RS re: same | 4.00 | 4.00 | $300.00 | $1,200.00 |
| 12/23/2014 | RS | Continue drafting jury instructions, research re: spoliation and adverse inference | 2.50 | 2.50 | $789.00 | $1,972.50 |
| 12/23/2014 | RS | Review and revise witness and exhibits lists, conf's w/LEM re: same, email correspondence w/USAO re: same | 0.60 | 0.60 | $789.00 | $473.40 |
| 12/23/2014 | RS | Conf's w/LEM re: failure of def to meet motion in limine deadline, email correspondence w/USAO re: same | 0.40 | 0.40 | $789.00 | $315.60 |
| 12/24/2014 | RS | Conf w/potential witness re: testimony | 0.30 | 0.30 | $789.00 | $236.70 |
| 12/26/2014 | LD | Reviewed def's witness/exhibit lists | 0.60 | 0.60 | $300.00 | $180.00 |
| 12/26/2014 | RS | Conduct research for additional non-standard instruction, review and revise jury instructions | 2.00 | 2.00 | $789.00 | $1,578.00 |
| 12/29/2014 | LD | Reviewed draft jury instructions | 0.80 | 0.80 | $300.00 | $240.00 |
| 12/29/2014 | LD | Drafted undisputed/stipulated facts for P/T statement | 1.00 | 1.00 | $300.00 | $300.00 |
| 12/29/2014 | LD | Reviewed RS comments to def motions in limine, consulted w/ RS re: same | 0.50 | 0.50 | $300.00 | $150.00 |
| 12/29/2014 | LD | Conferred w/ RS re: oppositions to defendant's motions in limine | 1.00 | 1.00 | $300.00 | $300.00 |
| 12/29/2014 | LD | Began outlining opp to def motion in limine | 1.50 | 1.50 | $300.00 | $450.00 |
| 12/29/2014 | LD | Conferred w/ RS re: response to AUSA Peterson over scheduling of P/T exchanges, additional P/T planning | 0.50 | 0.50 | $300.00 | $150.00 |
| 12/29/2014 | RS | Email to client w/jury instructions, voir dire, and verdict form, email to same re: same | 0.30 | 0.30 | $789.00 | $236.70 |
| 12/29/2014 | RS | Review def motion in limine | 0.50 | 0.50 | $789.00 | $394.50 |
| 12/29/2014 | RS | Conf's w/potential witnesses re: timing of appearances and basic subjects of testimony | 0.60 | 0.60 | $789.00 | $473.40 |
| 12/29/2014 | RS | Conf w/LEM re: def motions in limine | 0.50 | 0.50 | $789.00 | $394.50 |
| 12/30/2014 | LD | Began drafting opposition to def's first motion in limine ("me too" evidence) | 5.00 | 5.00 | $300.00 | $1,500.00 |
| 12/30/2014 | RS | Conf's w/LEM re: def motion in limine, review and annotate same | 0.70 | 0.70 | $789.00 | $552.30 |
| 12/31/2014 | LD | Completed draft of opp in limine re: "me too" evidence, multiple confs w/ RS re: same | 6.00 | 6.00 | $300.00 | $1,800.00 |
| 12/31/2014 | LD | Conferred w/ RS re: P/T statement, jury instructions, and trial strategy | 0.70 | 0.70 | $300.00 | $210.00 |
| 12/31/2014 | RS | Review def motion in limine, conf w/LEM re: same | 0.40 | 0.40 | $789.00 | $315.60 |

| 01/02/2015 | LD | Drafted checklist of outstanding P/T matters to be addressed | 0.30 | 0.30 | $300.00 | $90.00 |
|---|---|---|---|---|---|---|
| 01/02/2015 | LD | Conferred w/ RS re: outstanding P/T matters | 0.50 | 0.50 | $300.00 | $150.00 |
| 01/02/2015 | LD | Incorporated additions, revisions to witness list | 0.40 | 0.40 | $300.00 | $120.00 |
| 01/02/2015 | LD | Drafted itemization of damages and other relief for PT statement | 0.40 | 0.40 | $300.00 | $120.00 |
| 01/02/2015 | LD | Conferred w/ RS re: me too opp in limine, incorporated revisions re: same | 1.20 | 1.20 | $300.00 | $360.00 |
| 01/02/2015 | LD | Finalized, submitted updated witness list to opposing counsel | 0.20 | 0.20 | $300.00 | $60.00 |
| 01/02/2015 | LD | Reviewed def's opp in limine | 0.40 | 0.40 | $300.00 | $120.00 |
| 01/02/2015 | RS | Conf w/LEM re: outstanding P/T matters | 0.50 | 0.50 | $789.00 | $394.50 |
| 01/02/2015 | RS | Review and revise draft opp to def motion in limine re: other women discriminated against and evidence from Stepney v. Makray, conf's w/LEM re: same | 5.00 | 5.00 | $789.00 | $3,945.00 |
| 01/02/2015 | RS | Finalize and exchange jury instructions, etc., w/USAO | 0.60 | 0.60 | $789.00 | $473.40 |
| 01/02/2015 | RS | Email to USAO re: position on introduction of FAD & EEO cplt. in opening statements and witness testimony | 0.20 | 0.20 | $789.00 | $157.80 |
| 01/03/2015 | RS | Review def opp in limine, research re: same, draft outline for reply | 4.00 | 4.00 | $789.00 | $3,156.00 |
| 01/03/2015 | RS | Draft Opp to def mot in limine re: Reid evaluations | 3.10 | 3.10 | $789.00 | $2,445.90 |
| 01/03/2015 | RS | Email to client re: status of exchanges, motions, and related matters | 0.10 | 0.10 | $789.00 | $78.90 |
| 01/04/2015 | LD | Phone call w/ RS re: opps in limine, reply in limine | 0.70 | 0.70 | $300.00 | $210.00 |
| 01/04/2015 | LD | Reviewed RS emails and notes re: reply in limine | 0.50 | 0.50 | $300.00 | $150.00 |
| 01/04/2015 | LD | Additional review of, revisions to "Me Too" opp in limine | 1.80 | 1.80 | $300.00 | $540.00 |
| 01/04/2015 | LD | Reviewed, and made additions, revisions to RS draft of "post-selection" opp in limine | 1.50 | 1.50 | $300.00 | $450.00 |
| 01/04/2015 | RS | Conf w/LEM re: status of opp in limine re: Reid evaluations, FAD/other claims reply, and related P/T matters | 0.70 | 0.70 | $789.00 | $552.30 |
| 01/04/2015 | RS | Research and review of record re: FAD/other claims exclusion, email correspondence w/LEM and CB re: same | 0.50 | 0.50 | $789.00 | $394.50 |
| 01/04/2015 | RS | Research re: revised jury instruction, draft same | 0.90 | 0.90 | $789.00 | $710.10 |
| 01/04/2015 | RS | Draft reply to motion in limine | 2.30 | 2.30 | $789.00 | $1,814.70 |
| 01/05/2015 | CB | Meeting with RS and LD re. Reply in limine | 0.00 | 0.70 | $0.00 | $0.00 |
| 01/05/2015 | CB | Review and revise draft of introduction to our Reply to agency (Motion to include FAD and client's original complaint). | 0.30 | 0.30 | $495.00 | $148.50 |
| 01/05/2015 | LD | Phone call w/ client re: opps in limine, email of same for client review | 0.30 | 0.30 | $300.00 | $90.00 |
| 01/05/2015 | LD | Reviewed RS intro to reply in limine | 0.20 | 0.20 | $300.00 | $60.00 |
| 01/05/2015 | LD | Conferred w/ RS re: opps in limine and strategy for reply in limine, review of and incorporated revisions, citations into opps in limine per RS comments | 3.00 | 3.00 | $300.00 | $900.00 |
| 01/05/2015 | LD | Conf w/ RS, CB re: reply in limine | 0.80 | 0.80 | $300.00 | $240.00 |
| 01/05/2015 | LD | Phone call w/ RS, client re: P/T exchanges, opps in limine, and outstanding matters | 0.40 | 0.40 | $300.00 | $120.00 |
| 01/05/2015 | LD | Final review of and revisions to opps in limine, finalized and filed same | 1.30 | 1.30 | $300.00 | $390.00 |
| 01/05/2015 | RS | Continue drafting in limine reply, review email from USAO re: same issues | 4.30 | 4.30 | $789.00 | $3,392.70 |

| 01/05/2015 | RS | Draft objections to def's proposed jury instructions, email correspondence w/USAO re: same | 8.00 | 8.00 | $789.00 | $6,312.00 |
|---|---|---|---|---|---|---|
| 01/05/2015 | RS | Continue draft in limine reply, conf w/LEM and CB re: same | 3.00 | 3.00 | $789.00 | $2,367.00 |
| 01/05/2015 | RS | Conf w/client and LEM re: updates and strategy | 0.30 | 0.30 | $789.00 | $236.70 |
| 01/06/2015 | LD | Updated P/T checklist re: items needed to be done | 0.20 | 0.20 | $300.00 | $60.00 |
| 01/06/2015 | LD | Email to AUSA Peterson re: compiling p/t exchanges, updates to witness and exh lists, conferred w/ RS re: same | 0.40 | 0.40 | $300.00 | $120.00 |
| 01/06/2015 | LD | Updated witness list, exhibit list, conferred w/ RS re: stipulated facts, revised same and emailed updated docs to AUSA Peterson | 1.00 | 1.00 | $300.00 | $300.00 |
| 01/07/2015 | CB | Meeting with RS and LD re. potential witnesses. | 0.60 | 0.60 | $495.00 | $297.00 |
| 01/07/2015 | LD | Compiled trial exhibits, updated list of same; drafted objections to def's witnesses and exhs | 3.50 | 3.50 | $300.00 | $1,050.00 |
| 01/07/2015 | LD | Conferred w/ RS re: statement of damages and other relief, conf call w/ AUSA Peterson re: compiling PT statement | 1.00 | 1.00 | $300.00 | $300.00 |
| 01/07/2015 | LD | Reviewed and compared defendant's proposed standard jury instructions with plaintiffs, conferred w/ RS re: differences and objections to be raised to def's standard instructions | 2.00 | 2.00 | $300.00 | $600.00 |
| 01/07/2015 | RS | Conf w/LEM re: drafting section of P/T statement re: damages and other relief | 0.30 | 0.30 | $789.00 | $236.70 |
| 01/07/2015 | RS | Review and revise proposed jury instructions, research re: same, email to USAO re: same | 0.30 | 0.30 | $789.00 | $236.70 |
| 01/07/2015 | RS | Continue drafting objections to def's proposed jury instructions | 4.00 | 4.00 | $789.00 | $3,156.00 |
| 01/07/2015 | RS | Review def P.T. submissions, emails to USAO re: objections, conf's w/LEM re: same | 1.20 | 1.20 | $789.00 | $946.80 |
| 01/07/2015 | RS | Conf w/USAO and LEM re: production of Jt. P/T Statement | 0.20 | 0.20 | $789.00 | $157.80 |
| 01/07/2015 | RS | Conf w/LEM re: objections to def standard jury instructions | 0.50 | 0.50 | $789.00 | $394.50 |
| 01/07/2015 | RS | Draft reply in support of motion in limine | 5.00 | 5.00 | $789.00 | $3,945.00 |
| 01/08/2015 | CB | Conference with RS and LD re. using memo from Lewis to his supervisor about selecting Reid for position. | 0.00 | 0.50 | $0.00 | $0.00 |
| 01/08/2015 | CB | Conference with RS and LD re. agency's settlement offer and various motions. | 1.00 | 1.00 | $495.00 | $495.00 |
| 01/08/2015 | LD | Conferred w/ RS, CB re: settlement | 1.00 | 1.00 | $300.00 | $300.00 |
| 01/08/2015 | LD | Reviewed, revised draft of reply in limine | 1.50 | 1.50 | $300.00 | $450.00 |
| 01/08/2015 | LD | Review of def's exhibits and revised overall exh list for P/T Statemet | 1.50 | 1.50 | $300.00 | $450.00 |
| 01/08/2015 | LD | Conferred w/ RS re: reply in limine & re: P/T statement docs to be submitted to AUSA Peterson | 1.00 | 1.00 | $300.00 | $300.00 |
| 01/08/2015 | LD | Finalized revisions to exhibit list, phone call w/ client re: same, email to AUSA Peterson et al re: same | 1.30 | 1.30 | $300.00 | $390.00 |
| 01/08/2015 | LD | Conferred w/ RS, CB re: draft selection memo, emailed AUSA Peterson re: same | 0.60 | 0.60 | $300.00 | $180.00 |
| 01/08/2015 | LD | Finalized draft P/T statement docs, emailed same to AUSA Peterson et al | 0.80 | 0.80 | $300.00 | $240.00 |
| 01/08/2015 | RS | Draft subpoenas and letters to witnesses and USAO re: appearance at trial, arrange for witness fees and service of process | 3.00 | 3.00 | $789.00 | $2,367.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/08/2015 | RS | Conf w/LEM and CB re: response to agency settlement proposal and reply in limine | 1.10 | 1.10 | $789.00 | $867.90 |
| 01/08/2015 | RS | Email correspondence w/USAO re: exchanges to objections to jury instructions and exclusion of new Reid CPE evaluations | 0.40 | 0.40 | $789.00 | $315.60 |
| 01/08/2015 | RS | Conf w/LEM re: reply in limine, review and revise same | 0.90 | 0.90 | $789.00 | $710.10 |
| 01/09/2015 | CB | Conference with RS and LD re. case strategy and issues in her case. | 1.20 | 1.20 | $495.00 | $594.00 |
| 01/09/2015 | LD | Reviewed def's revisions to exhibit list, joint PT statements & discussed same w/ RS | 0.60 | 0.60 | $300.00 | $180.00 |
| 01/09/2015 | LD | Arranged w/ KRY for production of exhibit binders | 0.40 | 0.40 | $300.00 | $120.00 |
| 01/09/2015 | LD | Incorporated revisions, citations into reply brief in limine | 1.80 | 1.80 | $300.00 | $540.00 |
| 01/09/2015 | LD | Conferred w/ RS, CB re: trial prep and strategy | 1.20 | 1.20 | $300.00 | $360.00 |
| 01/09/2015 | LD | Conferred w/ RS re: reply in limine | 0.30 | 0.30 | $300.00 | $90.00 |
| 01/09/2015 | LD | Conf call w/ RS, AUSA Peterson re: finalizing joint PT statement | 0.40 | 0.40 | $300.00 | $120.00 |
| 01/09/2015 | LD | Incorporated final revisions into, final review of, and finalized reply in limine, filed same | 2.00 | 2.00 | $300.00 | $600.00 |
| 01/09/2015 | LD | Conferred w/ RS re: joint PT statement; phone calls w/ AUSA Peterson re: same; reviewed def draft of joint p/t statement, incorporated pl additions, revisions into same, emails & phone calls w/ AUSA Peterson re: same | 2.30 | 2.30 | $300.00 | $690.00 |
| 01/09/2015 | RS | Draft letter to USAO re: subpoenas, arrange for witness fees and delivery of same | 0.40 | 0.40 | $789.00 | $315.60 |
| 01/09/2015 | RS | Review and revise reply in limine, conf's w/LEM re: same | 1.50 | 1.50 | $789.00 | $1,183.50 |
| 01/09/2015 | RS | Conf w/LEM and CB re: case strategy, settlement position, witness appearances and related matters | 1.20 | 1.20 | $789.00 | $946.80 |
| 01/09/2015 | RS | Review def proposed general jury instructions, conf w/USAO re: same, draft motion re: same | 1.30 | 1.30 | $789.00 | $1,025.70 |
| 01/09/2015 | RS | Review def draft P/T statement re: jury instructions, email to USAO re: same, emails and telephone conf's w/USAO re: same and compilation of P/T statement | 1.70 | 1.70 | $789.00 | $1,341.30 |
| 01/11/2015 | LD | Reviewed filed joint PT statement and def's replies in limine | 0.70 | 0.70 | $300.00 | $210.00 |
| 01/11/2015 | RS | Conf w/client re: trial stategy | 0.60 | 0.60 | $789.00 | $473.40 |
| 01/11/2015 | RS | Review def replies in limine | 0.50 | 0.50 | $789.00 | $394.50 |
| 01/11/2015 | RS | Email correspondence w/USAO re: meet and confer | 0.20 | 0.20 | $789.00 | $157.80 |
| 01/12/2015 | CB | Meeting with RS and LD re. trial stratedy, upcomding preparations with client and motion filed friday. | 0.00 | 0.80 | $0.00 | $0.00 |
| 01/12/2015 | CB | Call with witness re: appearance at trial | 0.10 | 0.10 | $495.00 | $49.50 |
| 01/12/2015 | CB | Email correspondence with client re. next preparation. | 0.10 | 0.10 | $495.00 | $49.50 |
| 01/12/2015 | LD | Conferred w/ RS, CB re: strategy and prepping client | 0.70 | 0.70 | $300.00 | $210.00 |
| 01/12/2015 | LD | Assisted RS w/ jury instructions, voir dire material to finalize PT statement | 0.30 | 0.30 | $300.00 | $90.00 |
| 01/12/2015 | LD | Conf call w/ RS, AUSA Peterson re: finalizing additions to joint PT statement | 1.00 | 1.00 | $300.00 | $300.00 |
| 01/12/2015 | RS | Review def voir dire, compare to pl. | 0.30 | 0.30 | $789.00 | $236.70 |
| 01/12/2015 | RS | Draft Objections to def proposed voir and proposed non-standard instructions | 5.30 | 5.30 | $789.00 | $4,181.70 |

| Date | Initials | Description | | | Rate | Amount |
|------|----------|-------------|---|---|------|--------|
| 01/12/2015 | RS | Conf's and emails w/USAO re: compilation and filing of P/T Statement, review and file same | 1.40 | 1.40 | $789.00 | $1,104.60 |
| 01/13/2015 | RS | Draft email to USAO re: leave to sur-reply. | 0.30 | 0.30 | $789.00 | $236.70 |
| 01/14/2015 | CB | Email correspondence with RS re. deposition testimony of witness. | 0.10 | 0.10 | $495.00 | $49.50 |
| 01/14/2015 | CB | File review re. notes of conversation with witness (Coyle). Email and calls with RS re. same. | 1.40 | 1.40 | $495.00 | $693.00 |
| 01/14/2015 | LD | Emails w/ RS re: witness prep | 0.80 | 0.80 | $300.00 | $240.00 |
| 01/14/2015 | RS | Review Coyle transcript, exh's and related doc's for trial prep | 2.00 | 2.00 | $789.00 | $1,578.00 |
| 01/15/2015 | CB | Conference with RS and LD re. trial statedy. | 0.00 | 0.30 | $0.00 | $0.00 |
| 01/15/2015 | CB | Meeting with client and LD re. upcoming trial and stadedy. | 2.10 | 2.10 | $495.00 | $1,039.50 |
| 01/15/2015 | LD | Conference w/ client, CB re: trial prep and trial strategy | 2.10 | 2.10 | $300.00 | $630.00 |
| 01/15/2015 | LD | Conferred w/ RS re: discovery documents, exhibits for trial, reviewed emails re: same | 0.40 | 0.40 | $300.00 | $120.00 |
| 01/15/2015 | RS | Review Christine Allen declaration, email to LEM re: same | 0.20 | 0.20 | $789.00 | $157.80 |
| 01/15/2015 | RS | Review Woodford dep., Dixon dep., Lacey dep., Cropper dep., Edwards Decl., Denman Decl., Donovan Decl., Gers Decl., and doc's for trial prep, emails to two witnesses re: same | 6.00 | 6.00 | $789.00 | $4,734.00 |
| 01/16/2015 | CB | Conference with RS re. testimony of particular witnesses/pursuing mediation and trial stratedy. | 0.50 | 0.50 | $495.00 | $247.50 |
| 01/16/2015 | CB | Conference with RS and later with RS and LD re. trial stratedy (interview notes). Continue to review the scoring and notes. | 1.50 | 1.50 | $495.00 | $742.50 |
| 01/16/2015 | LD | Conf w/ CB, RS re: potential additional exhibits and trial strategy | 0.50 | 0.50 | $300.00 | $150.00 |
| 01/16/2015 | RS | Develop trial strategy in terms of examination of Dixon, Woodford, and Coyle, conf's w/CB and LEM re: same | 1.20 | 1.20 | $789.00 | $946.80 |
| 01/16/2015 | RS | Outline examination of Coyle and Woodford,more view Dixon deposition | 5.00 | 5.00 | $789.00 | $3,945.00 |
| 01/16/2015 | RS | Conf's w/client re: checklists of QA reviews | 0.20 | 0.20 | $789.00 | $157.80 |
| 01/17/2015 | LD | Phone call w/ RS re: opening statement and trial strategy | 0.50 | 0.50 | $300.00 | $150.00 |
| 01/20/2015 | CB | Emails with RS re. witnesses. | 0.00 | 0.10 | $0.00 | $0.00 |
| 01/20/2015 | CB | Emails with client re. witnesses. Emails from RS re. same. | 0.00 | 0.10 | $0.00 | $0.00 |
| 01/20/2015 | LD | Conferred w/ RS re: witnesses to call at trial | 0.50 | 0.50 | $300.00 | $150.00 |
| 01/20/2015 | LD | Emails/reviewed list re: out of town witnesses | 0.20 | 0.20 | $300.00 | $60.00 |
| 01/20/2015 | RS | Telephone conf's w/CB and LEM re: calling Reid as a witness | 0.70 | 0.70 | $789.00 | $552.30 |
| 01/20/2015 | RS | Telephone conf w/witness re: appearance and scope of testimony | 0.20 | 0.20 | $789.00 | $157.80 |
| 01/20/2015 | RS | Review Warren deposition | 1.70 | 1.70 | $789.00 | $1,341.30 |
| 01/21/2015 | RS | Outline of Cropper examination | 2.20 | 2.20 | $789.00 | $1,735.80 |
| 01/21/2015 | RS | Conf's and VM's w/client and witnesses re: trial prep schedule | 0.20 | 0.20 | $789.00 | $157.80 |
| 01/21/2015 | RS | Review QA Checklist, conf w/client re: same | 0.30 | 0.30 | $789.00 | $236.70 |
| 01/21/2015 | RS | Telephone conf's w/witnesses | 0.60 | 0.60 | $789.00 | $473.40 |
| 01/21/2015 | RS | Outline for Warren Examination | 3.00 | 3.00 | $789.00 | $2,367.00 |
| 01/21/2015 | RS | Draft Dixon outline | 3.00 | 3.00 | $789.00 | $2,367.00 |
| 01/22/2015 | LD | Review of trial exhibits and applied redactions where necessary | 0.80 | 0.80 | $300.00 | $240.00 |
| 01/22/2015 | LD | Emails w/ RS, CB re: witnesses, exhibits | 0.40 | 0.40 | $300.00 | $120.00 |
| 01/22/2015 | LD | Conferred w/ RS, CB re: settlement discussions and strategy of calling witnesses | 0.50 | 0.50 | $300.00 | $150.00 |

| Date | Initials | Description | | | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/22/2015 | RS | Conf w/USAO re: additional exhibits and mediation, prepare additional exhibits, email to USAO re: same, conf w/client re: same | 0.90 | 0.90 | $789.00 | $710.10 |
| 01/22/2015 | RS | Conf w/client re: preparing for trial | 2.10 | 2.10 | $789.00 | $1,656.90 |
| 01/22/2015 | RS | Conf w/LEM and CB re: meeting w/client, trial strategy, status of settlement, and related matters | 0.60 | 0.60 | $789.00 | $473.40 |
| 01/22/2015 | RS | Conf w/witness re: appearance | 0.20 | 0.20 | $789.00 | $157.80 |
| 01/23/2015 | CB | Meeting with client and LD re. upcoming trial strategy and preparation to testify | 3.00 | 3.00 | $495.00 | $1,485.00 |
| 01/23/2015 | LD | Conf w/client and CB to prepare to testify | 3.00 | 3.00 | $300.00 | $900.00 |
| 01/23/2015 | LD | Conferred w/ RS re: examining witnesses, jury instructions, additional exhibits drafting notice of filing and prepping and filing same | 1.70 | 1.70 | $300.00 | $510.00 |
| 01/23/2015 | LD | Conferred w/ RS re: opening statement | 0.30 | 0.30 | $300.00 | $90.00 |
| 01/23/2015 | RS | Outline for Mary Stepney | 2.50 | 2.50 | $789.00 | $1,972.50 |
| 01/23/2015 | RS | Conf w/LEM re: witness prep, jury instruction prep, assembling exhibits for notice of filing, draft and file same | 1.70 | 1.70 | $789.00 | $1,341.30 |
| 01/24/2015 | RS | Assemble materials for Raponi examination, review same | 2.50 | 2.50 | $789.00 | $1,972.50 |
| 01/25/2015 | RS | Review and assemble materials for Raponi examination | 2.00 | 2.00 | $789.00 | $1,578.00 |
| 01/25/2015 | RS | Assemble materials for Lewis and Yarbrough examination | 1.30 | 1.30 | $789.00 | $1,025.70 |
| 01/26/2015 | CB | Conferece with RS re. update on his call with AUSA re. settlement/mediation. | 0.00 | 0.30 | $0.00 | $0.00 |
| 01/26/2015 | LD | Drafted cover letter re: revised exhibits to Chambers, prepared same for delivery to chambers and emailed same to AUSA Peterson & Pfaffenroth | 0.50 | 0.50 | $300.00 | $150.00 |
| 01/26/2015 | LD | Updated jury instruction binders per conf w/RS re: same for P/T hearing | 1.50 | 1.50 | $300.00 | $450.00 |
| 01/26/2015 | LD | Conferred w/ RS re: updating witness folders with exhs for examination at trial | 0.30 | 0.30 | $300.00 | $90.00 |
| 01/26/2015 | RS | Conf w/USAO re: mediation, conf w/Maj. Judge Chambers re: same, email to USAO re: same | 0.40 | 0.40 | $789.00 | $315.60 |
| 01/26/2015 | RS | Review Lewis dep., review Lewis Stepney dep. | 1.50 | 1.50 | $789.00 | $1,183.50 |
| 01/26/2015 | RS | Telephone conf w/Mag Judge re: mediation, conf w/client re: same | 0.30 | 0.30 | $789.00 | $236.70 |
| 01/26/2015 | RS | Conf w/USAO re: mediation, conf w/CB re: same | 0.50 | 0.50 | $789.00 | $394.50 |
| 01/26/2015 | RS | Review Lewis depositions and related materials | 1.60 | 1.60 | $789.00 | $1,262.40 |
| 01/27/2015 | CB | Call with RS and client re. mediation. Discussion with RS re. same. | 0.30 | 0.30 | $495.00 | $148.50 |
| 01/27/2015 | CB | Conference with RS and later with LD re. our settlement position going into mediation. | 1.70 | 1.70 | $495.00 | $841.50 |
| 01/27/2015 | CB | Email correspondence with witness. Discussion wtih RS re. some additional information. Call to client re. same. | 0.40 | 0.40 | $495.00 | $198.00 |
| 01/27/2015 | CB | Follow up conference with RS re. settlement position. | 0.60 | 0.60 | $495.00 | $297.00 |
| 01/27/2015 | LD | Compiled electronic docs for pre-trial conf binders | 1.30 | 1.30 | $300.00 | $390.00 |
| 01/27/2015 | LD | Review of portion of Lewis dep re: RS request and email to RS re: same | 0.30 | 0.30 | $300.00 | $90.00 |
| 01/27/2015 | LD | Conf w/ RS, CB re: settlement position | 0.60 | 0.60 | $300.00 | $180.00 |
| 01/27/2015 | RS | Review Yarbrough dep's and ROI Aff | 1.50 | 1.50 | $789.00 | $1,183.50 |
| 01/27/2015 | RS | Conf w/LEM and CB re: mediation strategy | 1.00 | 1.00 | $789.00 | $789.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/27/2015 | RS | Email correspondence w/Courtroom Deputy re: trial, VM for John Cramer re: courtroom technology | 0.10 | 0.10 | $789.00 | $78.90 |
| 01/28/2015 | CB | Discussion with RS re. deposition testimony and trial stradety. | 0.00 | 0.40 | $0.00 | $0.00 |
| 01/28/2015 | LD | Reviewed and prepped exh's for client prep session, emails and conferred w/ RS re: aspects of client deposition testimony in prep for same | 1.80 | 1.80 | $300.00 | $540.00 |
| 01/28/2015 | RS | Outline for client's examination, review client deposition and related materials, telephone conf's and email correspondence re: same w/same and LEM | 3.40 | 3.40 | $789.00 | $2,682.60 |
| 01/28/2015 | RS | Review Yarbrough, Raponi, and Lewis depositions | 0.40 | 0.40 | $789.00 | $315.60 |
| 01/28/2015 | RS | Email to USAO re: Stepney deposition | 0.10 | 0.10 | $789.00 | $78.90 |
| 01/28/2015 | RS | Outline Yarbrough examination | 2.50 | 2.50 | $789.00 | $1,972.50 |
| 01/29/2015 | CB | Conf. with RS re. prep sessions with client. | 0.50 | 0.50 | $495.00 | $247.50 |
| 01/29/2015 | LD | Conf w/ RS, client re: trial prep and mediation prep | 2.80 | 2.80 | $300.00 | $840.00 |
| 01/29/2015 | LD | Added exhs to witness prep folders, created Chambers exh list | 2.00 | 2.00 | $300.00 | $600.00 |
| 01/29/2015 | RS | Conf w/client and LEM re: trial preparation and medication, preparation for same | 3.90 | 3.90 | $789.00 | $3,077.10 |
| 01/30/2015 | CB | Attended mediation, travel to and from ofc. | 7.00 | 7.00 | $495.00 | $3,465.00 |
| 01/30/2015 | LD | Prepped list of exhibits, other documents needing to be prepared for trial, email to KRY re: same | 0.50 | 0.50 | $300.00 | $150.00 |
| 01/30/2015 | LD | Attended mediation, travel to and from ofc | 7.00 | 7.00 | $300.00 | $2,100.00 |
| 01/30/2015 | RS | Attend mediation, travel to and from ofc, conf w/client re: same | 7.30 | 7.30 | $789.00 | $5,759.70 |
| 02/01/2015 | RS | Draft Lewis outline | 3.40 | 3.40 | $789.00 | $2,682.60 |
| 02/02/2015 | CB | Meeting with client prior to mediation. | 0.70 | 0.70 | $495.00 | $346.50 |
| 02/02/2015 | CB | Mediation (travel to and from court house). | 2.60 | 2.60 | $495.00 | $1,287.00 |
| 02/02/2015 | CB | Conference with RS and then RS and LD re. trial stradety. | 1.20 | 1.20 | $495.00 | $594.00 |
| 02/02/2015 | LD | Conferred w/ RS re: pre-trial prep, meeting with John Cramer, and prepped for mediation session | 0.70 | 0.70 | $300.00 | $210.00 |
| 02/02/2015 | LD | Phone call w/ RS re: def's objection to witnesses, reviewed SJ briefing and emailed RS re: same | 0.40 | 0.40 | $300.00 | $120.00 |
| 02/02/2015 | LD | Attended mediation and conference with RS & courtroom tech support re: trial set up, travel to and from courthouse | 4.00 | 4.00 | $300.00 | $1,200.00 |
| 02/02/2015 | LD | Drafted preliminary list of order of witnesses, created trial checklist | 0.70 | 0.70 | $300.00 | $210.00 |
| 02/02/2015 | LD | Conferred w/ RS, CB, re: trial prep | 0.50 | 0.50 | $300.00 | $150.00 |
| 02/02/2015 | LD | Conf w/ RS re: PT Prep | 0.80 | 0.80 | $300.00 | $240.00 |
| 02/02/2015 | LD | Conf w/ RS re: errata re: "me too" in limine | 0.30 | 0.30 | $300.00 | $90.00 |
| 02/02/2015 | LD | Conferred w/ RS re: order and strategy of trial witnesses | 0.60 | 0.60 | $300.00 | $180.00 |
| 02/02/2015 | RS | Telephone conf's w/witnesses to arrange for appearances and conferences | 0.80 | 0.80 | $789.00 | $631.20 |
| 02/02/2015 | RS | Conf w/LEM, CB and client re: mediation, attend same, conf w/LEM and clerk re: electronics in courtroom, travel to and from ofc | 4.70 | 4.70 | $789.00 | $3,708.30 |
| 02/02/2015 | RS | Conf w/CB and LEM re: settlement strategy, etc. | 1.10 | 1.10 | $789.00 | $867.90 |
| 02/02/2015 | RS | Draft and file Errata to Opp to Def 1st Mot in Limine | 0.30 | 0.30 | $789.00 | $236.70 |
| 02/02/2015 | RS | Conf's w/LEM re: P/T Conf | 0.80 | 0.80 | $789.00 | $631.20 |
| 02/02/2015 | RS | Attend mediation, conf's w/client, LEM, and CB re: same | 4.80 | 4.80 | $789.00 | $3,787.20 |
| 02/02/2015 | RS | Conf w/LEM re: order of witnesses | 0.60 | 0.60 | $789.00 | $473.40 |
| 02/02/2015 | RS | Preparation for P/T conf | 0.40 | 0.40 | $789.00 | $315.60 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 02/02/2015 | RS | Research re witness objections at P/T, con w/USAO re same, revew ROI, SJ Motion, etc. re same | 2.20 | 2.20 | $789.00 | $1,735.80 |
| 02/03/2015 | CB | Conference with RS and LD re. prehearing conference and meeting with AUSA post pre hearing. | 0.00 | 0.90 | $0.00 | $0.00 |
| 02/03/2015 | CB | Conference with RS re. crafting our settlement position; call with client re. same; conference with RS, LD pre and post RS's call to AUSA re: settlement | 4.40 | 4.40 | $495.00 | $2,178.00 |
| 02/03/2015 | LD | Participated in pre-trial conference and settlement discussions w/ RS, AUSAs Peterson & Pfaffenroth & Lisa Finnican, travel to and from courthouse | 4.60 | 4.60 | $300.00 | $1,380.00 |
| 02/03/2015 | LD | Conferred w/ RS, CB re: PT rulings and settlement discussion | 0.40 | 0.40 | $300.00 | $120.00 |
| 02/03/2015 | LD | Conferred w/ RS, CB re: settlement discussions; revised exhibit list per pre-trial orders; reviewed docs re: Allberry from Stepney litigation in prep for response to Court Order; conferred w/ RS re: witness preparations | 3.00 | 3.00 | $300.00 | $900.00 |
| 02/03/2015 | RS | Final prep for P/T Conf., appear for same, travel to and from ofc | 3.20 | 3.20 | $789.00 | $2,524.80 |
| 02/03/2015 | RS | Settlement conf w/def counsel | 1.80 | 1.80 | $789.00 | $1,420.20 |
| 02/03/2015 | RS | Conf's w/LEM and CB re: settlement position | 0.40 | 0.40 | $789.00 | $315.60 |
| 02/03/2015 | RS | Conf's w/witnesses | 0.30 | 0.30 | $789.00 | $236.70 |
| 02/03/2015 | RS | Conf's w/client, CB and LEM, re: settlement position and related pre-trial matters | 3.00 | 3.00 | $789.00 | $2,367.00 |
| 02/03/2015 | RS | Conf w/USAO re: settlement | 0.40 | 0.40 | $789.00 | $315.60 |
| 02/03/2015 | RS | Conf w/client updating on settlement discussion w/USAO | 0.20 | 0.20 | $789.00 | $157.80 |
| 02/03/2015 | RS | Outline Raponi examination | 1.50 | 1.50 | $789.00 | $1,183.50 |
| 02/04/2015 | CB | Conference with RS and LD re. schedule changes for prepping witnesses. Review file re. same in preparation for meeting and prepping with certain witnesses. | 1.80 | 1.80 | $495.00 | $891.00 |
| 02/04/2015 | LD | Revised exhibit list per pre-trial order, emailed same to opposing counsel | 0.30 | 0.30 | $300.00 | $90.00 |
| 02/04/2015 | LD | Emails, phone calls w/ Kathie Gers re: trial prep session, completed and served Reid subpoena and drafted cover letters re: same | 0.50 | 0.50 | $300.00 | $150.00 |
| 02/04/2015 | LD | Reviewed Allberry dep and Judge Rothstein rulings re: same re: Stepney in prep for drafting memorandum in response to pre-trial order re: calling Allberry as a witness | 0.80 | 0.80 | $300.00 | $240.00 |
| 02/04/2015 | LD | Drafted mem in response to pre-trial order re: Allberry, review of and revisions to same | 5.00 | 5.00 | $300.00 | $1,500.00 |
| 02/04/2015 | LD | Participated in trial prep session w/ client, RS; searched for and reviewed documents for same | 2.00 | 2.00 | $300.00 | $600.00 |
| 02/04/2015 | LD | Conferred w/ RS re: revisions to draft of memo re: Alberry, update on settlement discussions | 0.60 | 0.60 | $300.00 | $180.00 |
| 02/04/2015 | RS | Conf w/CB and LEM re: assignments for trial | 0.00 | 0.50 | $789.00 | $0.00 |
| 02/04/2015 | RS | Conf w/witness re: trial prep | 1.90 | 1.90 | $789.00 | $1,499.10 |
| 02/04/2015 | RS | Conf's w/LEM re: memo re: Allberry testimony, lay witnesses, and similar pre-trial matters | 0.30 | 0.30 | $789.00 | $236.70 |
| 02/04/2015 | RS | Conf w/Mag. Judge re: status of settlement | 0.10 | 0.10 | $789.00 | $78.90 |
| 02/04/2015 | RS | Draft trial memo re: opinion testimony by lay witnesses | 0.50 | 0.50 | $789.00 | $394.50 |
| 02/04/2015 | RS | Conf w/client and LEM re: witness prep | 2.50 | 2.50 | $789.00 | $1,972.50 |
| 02/04/2015 | RS | Conf's w/USAO re: settlement | 1.80 | 1.80 | $789.00 | $1,420.20 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 02/04/2015 | RS | Review and revise draft Jt. Memo to court, conf w/LEM re: same | 0.40 | 0.40 | $789.00 | $315.60 |
| 02/04/2015 | RS | Draft alternate jury instruction, email to USAO re: same | 0.60 | 0.60 | $789.00 | $473.40 |
| 02/04/2015 | RS | Draft Raponi outline | 2.00 | 2.00 | $789.00 | $1,578.00 |
| 02/05/2015 | CB | Outline questions for witness. One initial call with witness and then follow up call with her and LD going over her testimony. | 1.50 | 1.50 | $495.00 | $742.50 |
| 02/05/2015 | CB | Calls with another witness and email correspondence as well. Conference with RS re: certain issues raised by witness. | 0.40 | 0.40 | $495.00 | $198.00 |
| 02/05/2015 | LD | Reviewed Gers declaration and began preparing witness outline | 0.70 | 0.70 | $300.00 | $210.00 |
| 02/05/2015 | LD | Final review of, revisions to mem re: Allberry | 0.80 | 0.80 | $300.00 | $240.00 |
| 02/05/2015 | LD | Conf call w/ CB, Christine Allen for witness prep | 1.10 | 1.10 | $300.00 | $330.00 |
| 02/05/2015 | LD | Finalized, filed Allberry brief | 0.30 | 0.30 | $300.00 | $90.00 |
| 02/05/2015 | LD | Reviewed and emailed RS re: def's discovery responses pertaining to selection process, conferred w/ RS re: same | 0.50 | 0.50 | $300.00 | $150.00 |
| 02/05/2015 | LD | Conferred w/ RS re: prepping Allen, Gers | 0.60 | 0.60 | $300.00 | $180.00 |
| 02/05/2015 | LD | Conferred w/ RS re: trial strategy and order of witnesses; updates on settlement discussions | 0.60 | 0.60 | $300.00 | $180.00 |
| 02/05/2015 | LD | Prepared subpoena, cover letter for Melvin Reid | 0.40 | 0.40 | $300.00 | $120.00 |
| 02/05/2015 | LD | Outlined examination of Christine Allen | 1.60 | 1.60 | $300.00 | $480.00 |
| 02/05/2015 | LD | Reviewed RS Makray examination outline, inserted additional information | 0.30 | 0.30 | $300.00 | $90.00 |
| 02/05/2015 | LD | Conferred w/ RS re: proposed stipulation re: Williams, email to AUSAs Peterson and Pfaffenroth re: same | 0.10 | 0.10 | $300.00 | $30.00 |
| 02/05/2015 | LD | Conferred w/ RS re: additional witness prep | 1.30 | 1.30 | $300.00 | $390.00 |
| 02/05/2015 | RS | Review and revise Memo in Response to Minute Order | 0.60 | 0.60 | $789.00 | $473.40 |
| 02/05/2015 | RS | Conf's w/USAO re: settlement, conf's w/client, CB and LEM re: same | 2.50 | 2.50 | $789.00 | $1,972.50 |
| 02/05/2015 | RS | Draft and file notice of proposed alternate jury instruction | 0.30 | 0.30 | $789.00 | $236.70 |
| 02/05/2015 | RS | Outline testimony of Cropper and Warren | 2.20 | 2.20 | $789.00 | $1,735.80 |
| 02/05/2015 | RS | Conf's w/LEM re: examination of Gers and Allen, order of witnesses, and related pre-trial matters | 0.60 | 0.60 | $789.00 | $473.40 |
| 02/05/2015 | RS | Draft outline for Bynes' testimony, assemble exh's for same, conf w/same, ltr to supervisor re: appearance | 1.30 | 1.30 | $789.00 | $1,025.70 |
| 02/06/2015 | CB | Conference with LD re. testimony of one witnesses and certain questions we might pose. | 0.20 | 0.20 | $495.00 | $99.00 |
| 02/06/2015 | CB | Call with witness (and LD) re. preparing him for his testimony. | 1.10 | 1.10 | $495.00 | $544.50 |
| 02/06/2015 | CB | Conf with witness re. communications from the agency re. testimony. Discussion with RS re. same. | 0.10 | 0.10 | $495.00 | $49.50 |
| 02/06/2015 | CB | Conference with RS re. possible counter offer. | 0.20 | 0.20 | $495.00 | $99.00 |
| 02/06/2015 | CB | Follow up call with witness re. his testimony. Conference with RS and LD re. same. | 0.80 | 0.80 | $495.00 | $396.00 |
| 02/06/2015 | CB | Conference with LD re. witnesses. | 0.40 | 0.40 | $495.00 | $198.00 |
| 02/06/2015 | CB | Conference with RS and later RS and LD re. possible counter offer. | 1.20 | 1.20 | $495.00 | $594.00 |
| 02/06/2015 | LD | Continued drafting Gers examination outline and review of same for prep | 1.50 | 1.50 | $300.00 | $450.00 |
| 02/06/2015 | LD | Conf call w/ CB, witness re: witness prep for trial | 1.10 | 1.10 | $300.00 | $330.00 |
| 02/06/2015 | LD | Reviewed def. opp re: Allberry | 0.20 | 0.20 | $300.00 | $60.00 |
| 02/06/2015 | LD | Reviewed Pre-Trial order | 0.20 | 0.20 | $300.00 | $60.00 |

| Date | Atty | Description | | | | |
|---|---|---|---|---|---|---|
| 02/06/2015 | LD | Compiled deposition transcripts, updated exh lists, updated trial checklist, and conferred w/ RS re: additional items to be done in prep for trial | 1.00 | 1.00 | $300.00 | $300.00 |
| 02/06/2015 | LD | Phone call w/ Kathie Gers re: trial prep | 1.10 | 1.10 | $300.00 | $330.00 |
| 02/06/2015 | LD | Conferred w/ RS, CB re: settlement | 0.70 | 0.70 | $300.00 | $210.00 |
| 02/06/2015 | RS | Conf w/witness re: testimony | 2.20 | 2.20 | $789.00 | $1,735.80 |
| 02/06/2015 | RS | Conf's w/witnesses re: calls from def counsel | 0.30 | 0.30 | $789.00 | $236.70 |
| 02/06/2015 | RS | Email correspondence and telephone conf's w/courtroom personnel about exhibits lists, etc. | 0.30 | 0.30 | $789.00 | $236.70 |
| 02/06/2015 | RS | Email correspondence w/USAO re: exhibits on list | 0.20 | 0.20 | $789.00 | $157.80 |
| 02/06/2015 | RS | Conf w/CB, LEM and client re: settlement position, conf w/USAO re: same | 1.20 | 1.20 | $789.00 | $946.80 |
| 02/06/2015 | RS | Dixon examination outline, conf w/LEM re: same | 1.40 | 1.40 | $789.00 | $1,104.60 |
| 02/06/2015 | RS | Draft Coyle examination outline | 0.50 | 0.50 | $789.00 | $394.50 |
| 02/07/2015 | LD | Updtated trial binders, laptop files, additional necessary trial documents, cross-checked tirla checklist and prepped all necessary docs to bring to trial | 3.50 | 3.50 | $300.00 | $1,050.00 |
| 02/08/2015 | LD | Reviewed client deposition testimony in prep for cross-examination, worked w/ client re: same | 2.00 | 2.00 | $300.00 | $600.00 |
| 02/08/2015 | LD | Met with Christine Allen for witness prep | 1.00 | 1.00 | $300.00 | $300.00 |
| 02/08/2015 | LD | Conferred w/ RS, client re: additional trial and examination prep | 2.00 | 2.00 | $300.00 | $600.00 |
| 02/08/2015 | LD | Conferred w/ RS re: finalizing Makray examination outline and preparing for same, preparing for and finalizing opening statement | 2.00 | 2.00 | $300.00 | $600.00 |
| 02/09/2015 | CB | Travel to and from the courthouse, assist w/organization for trial | 0.00 | 1.10 | $0.00 | $0.00 |
| 02/09/2015 | CB | Conference with RS and LD re. witnesses and trial strategy. | 1.80 | 1.80 | $495.00 | $891.00 |
| 02/09/2015 | CB | Trial. Travel to and from the courthouse. | 3.70 | 3.70 | $495.00 | $1,831.50 |
| 02/09/2015 | LD | Trial in district court, travel to and from | 9.50 | 9.50 | $300.00 | $2,850.00 |
| 02/09/2015 | LD | Conferred w/ RS, CB re: recap of trial testimony, preparations for tomorrow | 0.50 | 0.50 | $300.00 | $150.00 |
| 02/09/2015 | LD | Conferred w/ RS, CB re: additional trial prep, including continued examination of client and additional witness prep | 1.50 | 1.50 | $300.00 | $450.00 |
| 02/09/2015 | RS | Continue preparation for examination of Woodford, Bynes, Warren, contact same re: same, review background doc's re: same | 2.80 | 2.80 | $789.00 | $2,209.20 |
| 02/09/2015 | RS | Appear at trial, travel to and from ofc | 10.00 | 10.00 | $789.00 | $7,890.00 |
| 02/10/2015 | LD | Trial in district court, travel to and from courthouse | 9.80 | 9.80 | $300.00 | $2,940.00 |
| 02/10/2015 | LD | Reviewed FRE and Caudle brief re: motion re: adverse witnesses | 0.30 | 0.30 | $300.00 | $90.00 |
| 02/10/2015 | LD | Drafted memorandum re: leading witnesses, conferred w/ RS and revised and filed same; reviewed outlines of Gers & Allen in prep for examination, phone calls w/ Gers re: same; conferred w/ RS re: trial strategy | 3.50 | 3.50 | $300.00 | $1,050.00 |
| 02/10/2015 | RS | Appear at trial, travel to and from court | 9.50 | 9.50 | $789.00 | $7,495.50 |
| 02/10/2015 | RS | Review and revise Memo re: examination of adverse witnesses, outlines of Cropper and Dixon depositions, conf's w/LEM re: same | 2.20 | 2.20 | $789.00 | $1,735.80 |
| 02/11/2015 | CB | File review re. information from another woman (complainant) who was transferred out of her region by the agency RMOs. Correspondence with RS re. same. | 1.20 | 1.20 | $495.00 | $594.00 |
| 02/11/2015 | CB | Calls and emails to witness re. her testifying. Correspondence with LD re. same. | 0.40 | 0.40 | $495.00 | $198.00 |

| Date | Initials | Description | Hours | Hours | Rate | Amount |
|------|----------|-------------|-------|-------|------|--------|
| 02/11/2015 | CB | Email correspondence with witness re. her travel plans. | 0.10 | 0.10 | $495.00 | $49.50 |
| 02/11/2015 | LD | Trial in district court | 7.70 | 7.70 | $300.00 | $2,310.00 |
| 02/11/2015 | LD | Reviewed Reid deposition and outlined highlights for RS prep | 1.20 | 1.20 | $300.00 | $360.00 |
| 02/11/2015 | LD | Conferred w/ RS, client after trial re: additional preparation and strategy, travel from courthouse to office | 1.00 | 1.00 | $300.00 | $300.00 |
| 02/11/2015 | RS | Review materials for Lewis outline, draft same, review materials for Raponi outline, draft same | 3.90 | 3.90 | $789.00 | $3,077.10 |
| 02/11/2015 | RS | Appear at trial, conf w/LEM and client re: same, travel | 9.20 | 9.20 | $789.00 | $7,258.80 |
| 02/12/2015 | CB | Trial and travel to and from. Conference with RS and client after. | 0.00 | 7.50 | $0.00 | $0.00 |
| 02/12/2015 | CB | Calls and emails to witnesses regarding the timing of their testimony and trial prep for same. | 0.70 | 0.70 | $495.00 | $346.50 |
| 02/12/2015 | LD | Trial in federal court, travel from courthouse to office | 8.50 | 8.50 | $300.00 | $2,550.00 |
| 02/12/2015 | LD | Reviewed Raponi Dep re: references to friendship w/ Reid, drafted memo to RS re: same | 0.60 | 0.60 | $300.00 | $180.00 |
| 02/12/2015 | RS | Appear at trial, conf's w/client and LEM, travel to and from ofc | 10.00 | 10.00 | $789.00 | $7,890.00 |
| 02/12/2015 | RS | Conf w/witness re: trial prep | 1.50 | 1.50 | $789.00 | $1,183.50 |
| 02/12/2015 | RS | Outline Donovan and Denman testimony | 0.40 | 0.40 | $789.00 | $315.60 |
| 02/13/2015 | LD | Trial in federal court, conferred w/ RS, client afterward, travel to office from Courthouse | 9.30 | 9.30 | $300.00 | $2,790.00 |
| 02/13/2015 | LD | Conferred w/ RS re: planning for remaining witnesses, closing statements, etc. | 0.50 | 0.50 | $300.00 | $150.00 |
| 02/13/2015 | RS | Appear at trial, conf w/LEM and client, travel to and from ofc | 9.30 | 9.30 | $789.00 | $7,337.70 |
| 02/15/2015 | RS | Outlines of Yarbrough, Raponi, and Reid examination | 3.00 | 3.00 | $789.00 | $2,367.00 |
| 02/15/2015 | RS | Email to USAO re: order of witnesses | 0.10 | 0.10 | $789.00 | $78.90 |
| 02/16/2015 | LD | Conferred w/ RS, client re: rebuttal testimony and closing argument prep; conferred w/ RS re: closing argument and remaining witness examinations | 5.00 | 5.00 | $300.00 | $1,500.00 |
| 02/16/2015 | RS | Outline examination of Yarbrough, Reid, Raponi, assemble doc's re: same | 4.50 | 4.50 | $789.00 | $3,550.50 |
| 02/16/2015 | RS | Conf w/LEM and client re: rebuttal and closing argument, outline closing argument | 1.50 | 1.50 | $789.00 | $1,183.50 |
| 02/16/2015 | RS | Conf w/witness re: trial preparation | 1.80 | 1.80 | $789.00 | $1,420.20 |
| 02/17/2015 | LD | Lexis research re: standard for motions for mistrial, emails to RS re: same | 1.80 | 1.80 | $300.00 | $540.00 |
| 02/17/2015 | RS | Research re: mistrial standards, preparation of argument re: same | 4.00 | 4.00 | $789.00 | $3,156.00 |
| 02/17/2015 | RS | Outline Reid, Yarbrough and Raponi testimony | 4.50 | 4.50 | $789.00 | $3,550.50 |
| 02/17/2015 | RS | Email correspondence w/USAO re: Woodford and Edwards testimony, research re: mistrial, conf's w/LEM re: same | 4.00 | 4.00 | $789.00 | $3,156.00 |
| 02/18/2015 | CB | Trial and travel to and from courthouse. | 8.40 | 8.40 | $495.00 | $4,158.00 |
| 02/18/2015 | CB | Prepare closing statement highlights. Conference with RS re. came. | 1.80 | 1.80 | $495.00 | $891.00 |
| 02/18/2015 | LD | Trial in district court, travel back to office | 9.50 | 9.50 | $300.00 | $2,850.00 |
| 02/18/2015 | LD | Conferred w/ RS, CB re: closing argument; conferred w/ RS re same and re: jury instructions | 3.50 | 3.50 | $300.00 | $1,050.00 |
| 02/18/2015 | RS | Appear at trial, travel to and from ofc | 9.50 | 9.50 | $789.00 | $7,495.50 |
| 02/18/2015 | RS | Conf's w/LEM re: closing argument and jury instructions | 2.00 | 2.00 | $789.00 | $1,578.00 |
| 02/19/2015 | CB | Travel to and from courthouse. Trial. | 0.00 | 9.20 | $0.00 | $0.00 |

| 02/19/2015 | LD | Trial in federal court, travel from courthouse to office | 9.50 | 9.50 | $300.00 | $2,850.00 |
|---|---|---|---|---|---|---|
| 02/19/2015 | LD | Reviewed witness outlines and testimony in prep for closing argument; conferred w/ RS re closing argument and jury instructions | 4.00 | 4.00 | $300.00 | $1,200.00 |
| 02/19/2015 | RS | Review materials re: Ponce and other jury instructions, conf w/LEM re: same and closing argument | 2.50 | 2.50 | $789.00 | $1,972.50 |
| 02/20/2015 | LD | Trial in federal court, travel from court to offie | 8.00 | 8.00 | $300.00 | $2,400.00 |
| 02/20/2015 | LD | Appear at trial, local travel, conf's w/client and RS | 7.50 | 7.50 | $300.00 | $2,250.00 |
| 02/20/2015 | RS | Appear at trial, travel to and from ofc, conf w/client | 8.00 | 8.00 | $789.00 | $6,312.00 |
| 02/20/2015 | RS | Preparation for closing argument | 2.00 | 2.00 | $789.00 | $1,578.00 |
| 02/21/2015 | RS | Research re: Judge Howell and atty's fees enhancement | 1.50 | 1.50 | $520.00 | $780.00 |
| 02/24/2015 | RS | Draft proposed Scheduling Order, email to USAO re: same | 0.30 | 0.30 | $520.00 | $156.00 |
| 02/24/2015 | RS | Conf w/client re: Minute Order scheduling post-liability proceedings | 0.20 | 0.20 | $520.00 | $104.00 |
| 02/25/2015 | RS | Obtain copy of jury verdict, redact name of foreperson, email to client re: same | 0.20 | 0.20 | $520.00 | $104.00 |
| 02/25/2015 | RS | Email correspondence w/client re: schedule of her availability and negotiations with defendant | 0.10 | 0.10 | $520.00 | $52.00 |
| 02/26/2015 | RS | Research re: bumping as a remedy | 0.50 | 0.50 | $520.00 | $260.00 |
| 02/28/2015 | RS | Conf w/LEM re: deposition schedule | 0.00 | 0.10 | $0.00 | $0.00 |
| 03/01/2015 | RS | Draft material for inclusion in demand letter re: attorneys' fees | 1.20 | 1.20 | $520.00 | $624.00 |
| 03/02/2015 | CB | Review of draft submission from RS re. attorneys feels. Review of invoices from book keeper. Email correspondence with RS and book keeper re. same. | 0.40 | 0.40 | $495.00 | $198.00 |
| 03/02/2015 | RS | Draft material re: attorneys' fees for letter to def counsel and petition | 3.00 | 3.00 | $520.00 | $1,560.00 |
| 03/02/2015 | RS | Email to USAO re: timing of post-liability proceedings | 0.30 | 0.30 | $520.00 | $156.00 |
| 03/02/2015 | RS | Compile materials for transmission to USAO re: fee award, draft Memo re: same | 1.50 | 1.50 | $520.00 | $780.00 |
| 03/02/2015 | RS | Research re: awards of attorneys' fees and time for appeal of verdict | 0.40 | 0.40 | $520.00 | $208.00 |
| 03/03/2015 | CB | Conference with RS re. fees. Review case re. same. | 0.50 | 0.50 | $495.00 | $247.50 |
| 03/03/2015 | RS | Research re: enhancement to Laffey rate | 0.50 | 0.50 | $520.00 | $260.00 |
| 03/03/2015 | RS | Compile materials for transmission to USAO re: fee petition, Memo re: same | 1.50 | 1.50 | $520.00 | $780.00 |
| 03/03/2015 | RS | Email correspondence w/counsel re: affidavit for enhancing Laffey award, conf w/additional counsel re: same | 0.90 | 0.90 | $520.00 | $468.00 |
| 03/03/2015 | RS | Email correspondence w/USAO re: timing of post-liability briefing and information exchange | 0.30 | 0.30 | $520.00 | $156.00 |
| 03/03/2015 | RS | Email correspondence w/USAO re: timing of post-liability briefing and information exchange | 0.30 | 0.30 | $520.00 | $156.00 |
| 03/03/2015 | RS | Draft letter to USAO re: award of fees and costs | 1.70 | 1.70 | $520.00 | $884.00 |
| 03/04/2015 | LD | Reviewed time entries/compared with other cases in prep for fee petition | 2.50 | 2.50 | $300.00 | $750.00 |
| 03/04/2015 | RS | Draft letter to USAO re: atty's fees | 4.00 | 4.00 | $520.00 | $2,080.00 |
| 03/05/2015 | LD | Reviewed and revised RS draft fee petition | 0.60 | 0.60 | $300.00 | $180.00 |
| 03/05/2015 | RS | Draft demand letter to USAO re: attys's fees and costs | 6.00 | 6.00 | $520.00 | $3,120.00 |
| 03/06/2015 | LD | Reviewed revised latest fee petition draft letter | 0.70 | 0.70 | $300.00 | $210.00 |

| | | | | | |
|---|---|---|---|---|---|
| 03/06/2015 | RS | Draft letter to USAO re: fee award | 2.80 | 2.80 | $520.00 | $1,456.00 |
| 03/09/2015 | RS | Finalize and dispatch letter to USAO | 2.00 | 2.00 | $520.00 | $1,040.00 |
| | | Reduction of 10% for Ms. Drabic through SJ denial | | | $ | (13,823.55) |
| | | **Totals For Laura Makray** | **1,667.65** | **1,729.85** | | **$727,100.20** |

**ATTACHMENT B**

Attachment B
## Laffey Rates

| Attorney | Hours | Laffey-Based Rate | Amount Billed |
|---|---|---|---|
| Robert C. Seldon, Esq. | 577.20 | $ 520.00 | $ 300,144.00 |
| Charlene Bofinger, Esq. | 233.35 | $ 495.00 | $ 115,508.25 |
| Lauren Marsh Drabic, Esq. | 542.10 | $ 255.00 | $ 138,235.50 |
| | 315.00 | $ 300.00 | $  94,500.00 |
| Reduction of 10% for Ms. Drabic through SJ denial | | | $  (13,823.55) |
| Total | | | $  634,564.20 |