*Declaration of Noel H. Johnson*

# EXHIBIT 15

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| True the Vote, Inc.;<br>*Plaintiff*,<br>v.<br>Internal Revenue Service, et al.;<br>*Defendants*. | Civil Case No. 1:13-cv-000734-RBW<br><br>Declaration of Noel H. Johnson in Support of Plaintiff's Notice of Compliance with Court Order |

### Declaration of Noel H. Johnson

I, Noel H. Johnson, make the following declaration pursuant to 28 U.S.C. Section 1746:

1. I submitted a previous declaration in support of *Plaintiff's Application and Motion for Attorneys' Fees, Costs, and Expenses Under the Equal Access to Justice Act* (Doc. 151) ("**Application**"); (Declaration of Noel H. Johnson, Doc. 151-6) ("**Johnson Declaration**").

2. The Johnson Declaration detailed, *inter alia*, the Public Interest Legal Foundation's ("**PILF**") attorneys' education, experience, and billing practices for the case at bar. I incorporate by reference all of the declarations in the Johnson Declaration.

3. PILF served as Plaintiff's attorneys from 2013 through February, 2017, and as such, I am familiar with all of the pleadings, motions, and filings for the case at bar.

4. PILF is a nonprofit public interest law firm based in Indianapolis, Indiana. PILF is involved in litigation in various jurisdictions across the nation. When our clients are entitled to attorney's fees under a fee-shifting statute, the rates requested in those individual petitions will vary depending on the market rate of the community in which the fee petition is filed, as required by

1

**Declaration of Noel H. Johnson**

the case law interpreting that statute. Thus, the rate requested here is determined without regard to the normal hourly rate a client would be charged or has paid for similar work.

5. As noted in the Johnson Declaration, in order to effectively and efficiently serve our clients' needs, PILF employs law students who serve as law clerks and perform tasks that would otherwise be performed by lawyers at lower costs to the client. It is PILF's practice to bill these paraprofessionals' time separately.

6. As also noted in the Johnson Declaration, in this case, the following paraprofessionals provided services in the instant case: Jackie Flint, Kevin LeRoy, and Raina Wallace.

7. Jackie Flint was a law student at Indiana University Robert H. McKinney School of Law during the time she assisted in this litigation. Her work was billed at the LSI Laffey Matrix paraprofessional rate due to her education as a law student.

8. Kevin LeRoy was a law student at Indiana University Maurer School of Law during the time he assisted in this litigation. His work was billed at the LSI Laffey Matrix paraprofessional rate due to his education as a law student.

9. Raina Wallace was a law student at Indiana University Maurer School of Law during the time she assisted in this litigation. Her work was billed at the LSI Laffey Matrix paraprofessional rate due to her education as a law student.

**Declaration of Noel H. Johnson**

I affirm under penalty of perjury that the foregoing is true and correct. Executed on this 10th day of June, 2019.

                                              Respectfully submitted,

                                              _/s/ Noel H. Johnson_
                                              Noel H. Johnson (Wisc. 1068004)
                                              THE PUBLIC INTEREST LEGAL FOUNDATION
                                              32 E. Washington Street, Suite 1675
                                              Indianapolis, IN 46204-3594
                                              (317) 203-5599 (telephone)
                                              (888) 815-5641 (fax)
                                              njohnson@PublicInterestLegal.org

**Declaration of Noel H. Johnson**