*Consolidated Totals of
Billing Records by Person*

# EXHIBIT 21

**CONSOLIDATED LSI MATRIX SUBTOTALED BY ATTORNEY, PARAPROFESSIONAL, EXPENSE, AND REPLY (ECF NO. 156) ADJUSTMENT**

| Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffy Adjusted Amount |
|---|---|---|---|---|---|
| **Attorney Subtotals** | | | | | |
| John Eastman | 187.5 | 121.8 | $626 - $826 | $ 150,103.10 | $ 96,441.30 |
| Courtney E. Milbank Application Subtotal | 261.3 | 260.2 | $358 | $ 88,500.60 | $ 88,106.80 |
| Courtney E. Milbank Supplemental Subtotal | 3.1 | 3.1 | | $ 1,109.80 | $ 1,109.80 |
| James Bopp, Jr. Application Subtotal | 154.8 | 147.8 | $826 - $865 | $ 126,325.20 | $ 123,009.50 |
| James Bopp, Jr. Supplemental Subtotal | 29.5 | 29.1 | | $ 25,517.50 | $ 25,171.50 |
| Jeffrey P. Gallant Application Subtotal | 81.9 | 81.6 | $686 - $718 | $ 58,778.60 | $ 58,572.80 |
| Jeffrey P. Gallant Supplemental Subtotal | 40.7 | 36.9 | | $ 29,222.60 | $ 26,494.20 |
| Melena S. Siebert Application Subtotal | 99.5 | 99.5 | $358 | $ 35,621.00 | $ 35,621.00 |
| Melena S. Siebert Supplemental Subtotal | 146.25 | 140.15 | | $ 52,357.50 | $ 50,173.70 |
| Cleta Mitchell | 549.3 | 442.4 | $753-$772 | $ 430,370.70 | $ 347,359.90 |
| Jason J. Kohout | 0.5 | 0.5 | $393 | $ 196.50 | $ 196.50 |
| Jay W. Freedman | 0.5 | 0.5 | $790 | $ 395.00 | $ 395.00 |
| Jesse Panuccio | 2.3 | 1.1 | $662 | $ 1,522.60 | $ 728.20 |
| Mathew D. Gutierrez | 283 | 140.4 | $319 - $421 | $ 94,631.00 | $ 47,458.30 |
| Michael J. Lockerby | 146.2 | 83.7 | $753 - $826 | $ 114,468.60 | $ 94,466.20 |
| William E. Davis | 318.1 | 264.8 | $772 - $826 | $ 251,738.60 | $ 210,442.50 |
| Barry A. Bostrom | 8.3 | 6.8 | $753 - $772 | $ 6,255.60 | $ 5,124.20 |
| Eric C. Bohnet | 5.1 | 5.1 | $772 | $ 3,937.20 | $ 3,937.20 |
| Joseph Vanderhulst | 189 | 153.85 | $384-$608 | $ 84,995.70 | $ 70,269.00 |
| Kaylan Phillips | 870.3 | 740.25 | $384-$608 | $ 381,465.80 | $ 326,528.20 |
| Noel Johnson | 1131 | 829.44 | $312 - $412 | $ 406,334.90 | $ 303,472.22 |

Exhibit 21   1 of 2   Case No. 1:13-cv-734 -RBW

**CONSOLIDATED LSI MATRIX SUBTOTALED BY ATTORNEY, PARAPROFESSIONAL, EXPENSE, AND REPLY (ECF NO. 156) ADJUSTMENT**

| Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffy Adjusted Amount |
|---|---|---|---|---|---|
| Zachary Kester | 37 | 28.9 | $384 - $393 | $ 14,375.40 | $ 11,256.00 |
| **Attorney Grand Total** | **4545.15** | **3617.89** | | **$ 2,358,223.50** | **$ 1,926,334.02** |
| | | | | | |
| **Non Attorney Subtotals** | | | | | |
| Mallory Smith | 30.5 | 9.7 | $180 - $187 | $ 5,602.70 | $ 1,746.00 |
| Aaron L. Romney | 12.5 | 12.5 | $175-$179 | $ 2,199.10 | $ 2,199.10 |
| Joseph L. Fried | 1.6 | 1.6 | $187 | $ 299.20 | $ 299.20 |
| Kara J. Pierce | 1.4 | 1.4 | $175 | $ 245.00 | $ 245.00 |
| Linda H. Aguirre | 31.5 | 30.5 | $175-$179 | $ 5,567.30 | $ 5,392.30 |
| Lisa M. Kieper | 0.1 | 0.1 | $187 | $ 18.70 | $ 18.70 |
| Malcolm G. Reynolds | 1.9 | 1.9 | $187 | $ 355.30 | $ 355.30 |
| Mary Ann Cochran | 0.2 | 0.2 | $179 | $ 35.80 | $ 35.80 |
| Samantha Janus | 3.8 | 3.8 | $180 | $ 684.00 | $ 684.00 |
| Angela Henes | 0.2 | 0.2 | $175 | $ 35.00 | $ 35.00 |
| Jackie Flint | 96.6 | 83.2 | $171 - $175 | $ 16,808.20 | $ 14,468.40 |
| Kevin LeRoy | 133.6 | 101.6 | $171 - $175 | $ 23,198.80 | $ 17,652.80 |
| Raina Wallace | 54.6 | 50.4 | $179 | $ 9,773.40 | $ 9,021.60 |
| | | | | | |
| **Non-Attorney Grand Total** | **368.5** | **297.1** | | **$ 64,822.50** | **$ 52,153.20** |
| | | | | | |
| PILF/Foley Expenses | | | | $ 46,771.73 | $ 22,687.14 |
| BLF Application Expenses | | | | $ 3,207.26 | $ 564.00 |
| BLF Supplemental Expenses | | | | $ 100.00 | $ 100.00 |
| **Expenses Grand Total** | | | | **$ 50,078.99** | **$ 23,351.14** |
| | | | | | |
| **PILF Reply (ECF No. 156) Adjustments** | | | | | $ (19,728.80) |
| | | | | | |
| **GRAND TOTAL** | **4913.7** | **3915** | | **$ 2,473,124.99** | **$ 1,982,109.56** |

Exhibit 21        2 of 2        Case No. 1:13-cv-734 -RBW