*Declaration of Martin S. Kaufman*

# EXHIBIT 24

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **True the Vote, Inc.;**<br><br>          *Plaintiff,*<br>v.<br><br>**Internal Revenue Service, et al.;**<br><br>          *Defendants.* | Civil Case No. 1:13-cv-000734-RBW<br>**Declaration of Martin S. Kaufman in Support of Plaintiff's Notice of Compliance with Court Order** |

### Declaration of Martin S. Kaufman

I, Martin S. Kaufman, make the following declaration pursuant to 28 U.S.C. Section 1746:

1. I am an attorney admitted to practice in the State of New York ajnd in good standing since 1966, practicing nationwide, including in the Washington, D.C area since1970, and admitted to practice before the United States Supreme Court, the U.S. Court of Appeals for ther District of Columbia Circuit, and the U.S. District Court of the District of Columbia. My Bar admissions include: the State of New York, the United States Supreme Court, and the District of Columbia. A more complete list of my education, experience, memberships, and qualifications is contained in my resume, a copy of which is attached to this Declaration as Exhibit A.

2. I am the Executive Vice President and General Counsel of the Atlantic Legal Foundation. My primary focus has been and remains representing real parties in interest and as counsel for amici, in cases involving First Amendment rights of speech and association and other constitutionally protected rights.

Declaration of Martin S. Kaufman

3. I have reviewed the Amended Complaint and the Motion and Supporting Memorandum for Attorneys' fees (which contained a detailed background of the case, both at the district and appellate levels), as well as this Court's Order and Memorandum on Attorneys' Fees.

4. As an attorney for a non-profit organization, I have litigated cases pursuant to "fee-shifting" statutes, which award reasonable attorney's fees to the prevailing party, such as 42 U.S.C. § 1988(b) or the Equal Access to Justice Act.

5. As a non-profit organization, I do not bill clients directly. When reasonable attorney's fees are available pursuant to a fee-shifting statute, we petition the court for costs and legal fees at rates in line with the applicable prevailing market rate.

6. Since we do not charge clients for our services, we have been and are unable to provide any "billed" rates to the court, and it would be impossible for the court to use our "billed rate:" to establish the prevailing market rate.

7. Our inability to provide any rates to the court makes it particularly important that the court accept the LSI Laffey Matrix, or other similar matrices, as presumptive proof of prevailing market rates.

I affirm under penalty of perjury that the foregoing is true and correct. Executed on this 12th day of June, 2019.

Respectfully submitted,

Mr. Martin S. Kaufman
Atlantic Legal Foundation
500 Mamaroneck Avenue
Suite 320
Harrison, NY 10528
(914) 834-3322
Email: mskaufman@atlanticlegal.org

2

Declaration of Martin S. Kaufman

**MARTIN SANDER KAUFMAN**
322 Heathcote Road
Scarsdale, NY 10583
Home: (914) 472-2356 / Fax: (914) 472-5544
Office: (914) 834-3322
e-mail: mskaufman@yahoo.com

**Professional Experience**

**September 1987 - Present** - Atlantic Legal Foundation, New York, NY.
Senior Vice President and General Counsel.

**March 1984 - September 1987** - Bower & Gardner, New York, NY. Of Counsel.

**October 1971 - November 1977 and January 1981 - March 1984** - Lovejoy, Wasson & Ashton, New York, NY. Member of the firm, January 1982 - March 1984. Of Counsel, January 1981-December 1981. Associate, October 1971-September 1977.

**October 1977 - January 1981** - United States Department of Energy, Washington, D.C. Deputy Assistant General Counsel for International Trade and Emergency Preparedness.

**October 1968 - October 1971** - Cahill, Gordon & Reindel, New York, NY. Associate.
**June 1966 - June 1968** - Columbia University School of Law. Research Associate

**Areas of Practice:**

I am currently the Executive Vice President, General Counsel and principal attorney at Atlantic Legal Foundation. ALF is a non-profit, public interest law firm whose mandate is to advocate and protect the principles of limited government, the free-market system and individual rights through litigation, public advocacy, counseling, and education. ALF has become the leader in promoting the use of sound science in litigation and the regulatory process. The Foundation's caseload consists of constitutional law and public policy "impact" litigation involving issues that affect individual rights and the interests of the business community. At ALF, I have litigated impact cases involving First Amendment rights of speech and association, Fifth Amendment protection against taking of property without compensation, Fifth and Fourteenth Amendment guarantees of due process and equal protection, violations of federal civil rights laws and claims arising under analogous state laws, both as "first chair" counsel and as *amicus* counsel. *Amicus* briefs I wrote in the landmark cases *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, (U.S. Supreme Court, 1993) (on behalf of 18 prominent scientists, including six Nobel Laureates) and *Kumho Tire Co. v. Carmichael* (U.S. Supreme Court, 1999) (on behalf of prominent scientists, engineers and academics) were quoted or cited with approval in the majority opinions. I also represented approximately 30 prominent foreign policy and international trade officials, who served in every administration from John F. Kennedy to Bill Clinton, including former President Gerald Ford, four former Secretaries of State, six former Secretaries of Defense, as well as Secretaries of the Treasury and Commerce, National Security Advisors, U.S. Trade Representatives, other senior cabinet officers and White House Chiefs of Staff in a case challenging the power of a state to adopt legislation that interferes with the conduct of U.S. foreign policy. More recently I represented two former Secretaries of Defense, two former Chairmen of the Joint Chiefs of Staff and 25 other senior retired four and three star generals and admirals filing an *amicus* brief in *Rumsfeld v. FAIR*, the case involving military recruitment on university campuses. I have also represented important trade associations, including the National Association of Manufacturers and the National Federation of Independent Business as friends of the court.

Exhibit A to Declaration of Martin S. Kaufman

**MARTIN SANDER KAUFMAN**                                                                                          Page Two

One of my special areas of interest and experience is the admissibility of expert testimony and the interface of science and law.  I have made presentations on these subjects to seminars for state and federal judges and to a committee of the Association of the Bar of the City of New York.

In private practice, my experience included litigation and litigation-oriented counseling, with primary emphasis on commercial and other civil litigations and arbitrations in commercial law, antitrust, securities, international law, admiralty, energy industry and other fields, including representation of foreign banks and business enterprises, and governmental and international organizations (*e.g.* the government of Switzerland and the International Committee of the Red Cross).  My experience includes trials (jury and bench), appeals, pleadings, motions, pre-trial discovery and motion practice, arbitrations (domestic and international) as well as supervision of foreign and local counsel, associates and legal assistants.  In non-litigation areas, I have experience in general corporate, corporate finance and securities law matters, include drafting licensing, distribution and other commercial agreements, and public offerings.

At the Department of Energy, I was the primary attorney responsible for legal matters relating to international energy trade, United States emergency preparedness, and international energy research and development projects.  I advised senior Energy Department officers on international and domestic legal aspects of regulation of oil, natural gas and coal imports and exports, U.S. participation in the International Energy Agency, bilateral relations with other energy importing nations and energy exporting countries, coordination with the EEC, and legal aspects of measures relating to emergency contingency planning.  I also negotiated energy R&D agreements with foreign governments.  I drafted legislation, regulations, opinions, memoranda and briefs.  I counseled senior department officers (Deputy, Associate and Assistant Secretaries) during Congressional hearings and I presented the department's position in administrative hearings, international multilateral and bilateral meetings and negotiations, and in dealings with other federal agencies, including the State Department and U.S. missions abroad, the Justice Department and the Federal Trade Commission.

At Columbia Law School I assisted in the preparation of W. Friedmann, O. Lissitzyn and R. Pugh (eds.), CASES AND MATERIALS ON INTERNATIONAL LAW (1969), including drafting of editorial and explanatory notes, editing of cases, texts, documents and other materials for inclusion in case book and teaching materials.

**Education:**

**Columbia University School of Law**. J.D., 1966.  Harlan Fiske Stone Scholar; Dean's List; Moot Court Honors; National Winner, 1965 Philip C. Jessup International Law Moot Competition; Articles Editor and Research Editor, *Columbia Journal of Transnational Law*.

**Hague Academy of International Law**.  Diploma in Public International Law, 1967.

**City University of New York**. M.A. (International Relations), 1964.

**Columbia College**. A.B., 1962.  Herbert H. Lehman Fellowship in History.

**MARTIN SANDER KAUFMAN**                                                          PAGE THREE

### Publications

*Electromagnetic Fields: Science and Law*, with Prof. Richard Wilson, in ELECTROMAGNETIC FIELDS: POLICY, SCIENCE, AND LITIGATION, Washington, D.C.: The National Legal Center for the Public Interest (1995).

### Bar Admissions

New York State courts.  United States Supreme Court; United States Court of Claims; United States Courts of Appeals for the District of Columbia, Second, Third, Fourth, Fifth and Seventh Circuits; United States District Courts for the Southern, Eastern and Northern Districts of New York and the District of Columbia.

### Other Activities

Member, New York State Bar Association and sections on international law and commercial litigation.

Judge, Philip C. Jessup International Law Moot Competition (Regional and Semi-final Rounds).

Board of Directors, Westchester Philharmonic Orchestra (1989-1994).

Member, Village of Scarsdale Traffic Advisory Committee (2009-   ).

### Personal

Born March 21, 1943.  Married, three adult children.

### References

Will be provided on request.