UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **True the Vote, Inc.**;<br><br>        *Plaintiff*,<br>     v.<br><br>**Internal Revenue Service, et al.**;<br><br>        *Defendant*s. | **Civil Case No.** 1:13-cv-000734-RBW |

# PROPOSED ORDER

This action is before the Court on *Plaintiff's Application and Motion for Attorneys' Fees, Costs, and Expenses Under the Equal Access to Justice Act*. The Court holds that: (1) the EAJA applies to this action; (2) Plaintiff meets the net worth eligibility requirements of the EAJA; (3) the application is timely; (4) Plaintiff is the prevailing party in this litigation; (5) the Defendant cannot carry its heavy burden of showing its position was substantially justified in either law or fact and will not be able to show special circumstances make an award of fees unjust; (6) the Plaintiff is entitled to a "bad faith enhancement" over the EAJA statutory rates; and (6) the Plaintiff's requested fees are fair and reasonable based upon prevailing market rates.

It is ORDERED that the Defendant, the Internal Revenue Service, must pay Plaintiff, True the Vote, Inc., $_____ within 30 days from the date of the Order.

SO ORDERED this _____ day of _____, 2019

                                          _____
                                          REGGIE B. WALTON
                                          United States District Judge

June 13, 2019            Respectfully submitted,
/s/ James Bopp, Jr.
James Bopp, Jr. (D.C. Bar No. CO0041)
Courtney Turner Milbank*
Jeffrey P. Gallant*
Melena S. Siebert*
THE BOPP LAW FIRM, P.C.
The National Building
1 South 6th Street
Terre Haute, Indiana 47807
(812) 232-2434
(812) 235-3685 (fax)
*Attorneys for Plaintiff*
*Admitted *pro hac vice*

## Certificate of Service

I hereby certify that on February 20, 2018 , I caused the *Proposed Order in Support of Plaintiff's Application and Motion for Attorneys' Fees, Costs, and Expenses Under the Equal Access to Justice Act* and exhibits thereto in the above-captioned matter to be filed with the United States District Court for the District of Columbia via the Court's CM/ECF system.

<u>/s/ James Bopp, Jr.</u>
James Bopp, Jr.
