UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **True the Vote, Inc.**;<br>*Plaintiff,*<br><br>v.<br><br>**Internal Revenue Service, et al.**;<br>*Defendants.* | **Civil Case No.** 1:13-cv-000734-RBW<br><br>**Plaintiff's Second Supplemental Application and Motion for Attorneys' Fees, Costs, and Expenses Under the Equal Access to Justice Act** |

# Plaintiff's Second Supplemental Application and Motion for Attorneys' Fees, Costs, and Expenses Under the Equal Access to Justice Act

Plaintiff, True The Vote ("**TTV**") submitted *Plaintiff's Notice of Compliance with Court's Order* ("**Notice**") on June 13, 2019. (ECF No. 165). TTV stated it would submit a second supplemental request for fees, costs, and expenses ("**Second Supplemental Application**") incurred in submitting such Notice. (*Pl.'s Memo. Supp.*, ECF No. 165-1, n. 1).

Since May 30, 2019, when this Court issued its Order (ECF No. 161), TTV has incurred $39,253.20 in additional attorneys' fees, costs, and expenses in responding to that Order. The billing records for these additional fees, including detailed narratives, and subtotaled by attorney, are attached to this Motion as Exhibit 1. The record of the costs and expenses incurred since May 30, 2019, is attached to this Motion as Exhibit 2. The Second Supplemental Declaration of James Bopp, Jr. supporting these records, is attached to this Motion as Exhibit 3.

**Pl. Supp. App. And
Motion for Att. Fees
and Costs Under EAJA** -1-

The attorneys' fees requested in the Notice totaled $1,982,109.56, valued at the LSI Matrix rates, reflecting:

- $1,933,888.06 in attorneys' and paraprofessional fees, sought in the *Plaintiff's Application and Motion for Attorneys' Fees, Costs, and Expenses Under the Equal Access to Justice Act*, ECF No. 151 ("**Application**");

- ($54,730.20) as an adjustment to attorney and paraprofessional fees, costs, and expenses from TTV's Reply (ECF No. 156) ("**Reply**"). In the Reply, additional reductions were made to Foley's and PILF's billing records for inadvertent charges for unsuccessful claims, media relations charges, fundraising, or other non-legal work ("**Reply Reductions**"). *See* Reply, ECF No. 156 at 22-24. These Reply reductions were incorporated in the Adjusted Hours as *line-item reductions* in Foley's Billing Records, subtotaled by person, attached as Exhibit 20 to Pl.'s Memo. Supp., ECF No. 165-1. The Reply Reductions for electronic research, *see* Rely at 24, are now incorporated as line items on PILF and Foley's combined costs and expenses, attached as Exhibit 22 to Pl.'s Memo. Supp. *Individual line-item reductions* do not appear in PILF's billing records subtotaled by person, Exhibit 19 to Pl.'s Memo. Supp., but remain identified by page number reference in the Reply at 22-24 and appear in aggregate on page two of the Consolidated Billing Records, attached as Ex. 21 to Pl.'s Memo. Supp.;

- $103,049.20 in attorneys' and paraprofessional fees sought in *Plaintiff's Supplemental Application and Motion for Attorneys' Fees, Costs, and Expenses Under the Equal Access to Justice Act,* ECF No. 157 ("**Supplemental Application**"); and

- ($97.50) as an adjustment to BLF billing records in the Notice which removed a charge for paraprofessional Matthew Michaloski.

The Second Supplemental Application total is $39,253.20 and the Notice total is $1,982,109.56. Therefore, TTV respectfully moves this court for an order awarding it reasonable attorneys' fees of $2,021,362.76, pursuant to a "bad faith" enhancement under 28 U.S.C. § 2412(b).

### LCvR 7(f) Request For Oral Hearing

Pursuant to LCvR 7(f), TTV requests an oral hearing on this motion.

### LCvR 7(m) Certification

In compliance with LCvR (7)(m), counsel for TTV discussed this motion with counsel for the federal defendants in a good faith effort to determine whether the federal defendants ("IRS") oppose the relief sought. Counsel for TTV and counsel for the IRS were unable to reach an agreement as to the relief sought and the IRS will oppose this motion.

**WHEREFORE**, Plaintiff True the Vote, Inc. prays this Court grant *Plaintiff's Second Supplemental Application and Motion for Attorney's Fees, Costs, and Expenses Under the Equal Access to Justice Act* and direct the Defendant to pay Plaintiff such an award within 30 days of the Court's Order.

| | |
|---|---|
| June 14, 2019 | Respectfully submitted, |
| | /s/ James Bopp, Jr. |
| | James Bopp, Jr. (D.C. Bar No. CO0041)<br>Jeffrey P. Gallant*<br>Courtney Turner Milbank*<br>Melena S. Siebert*<br>THE BOPP LAW FIRM, P.C.<br>The National Building<br>1 South 6th Street<br>Terre Haute, Indiana 47807<br>(812) 232-2434<br>(812) 235-3685 (fax)<br>*Attorneys for Plaintiff*<br>*Admitted *pro hac vice* |

## Certificate of Service

I hereby certify that on June 14, 2019 , I caused the *Plaintiff's Second Supplemental Application and Motion for Attorneys' Fees, Costs, and Expenses Under the Equal Access to Justice Act* and exhibits thereto in the above-captioned matter to be filed with the United States District Court for the District of Columbia via the Court's CM/ECF system.

/s/ James Bopp, Jr.
James Bopp, Jr.
