# Exhibit 1 to *Plaintiff's Second Supplemental Application and Motion for Attorneys' Fees, Costs, and Expenses under the Equal Access to Justice Act*
# THE BOPP LAW FIRM, PC- Second Supplemental Application Billing Records, Subtotaled by Attorney

## BLF Second Supplemental Billing Records
### Subtotaled by Attorney

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 5/30/2019 | James Bopp, Jr. | 0.50 | 0.50 | $ 826.00 | $ 413.00 | $ 413.00 | E-mail exchange with Melena Siebert and Jeffrey P. Gallant regarding attorney fee petition |
| 5/30/2019 | James Bopp, Jr. | 0.30 | 0.30 | $ 826.00 | $ 247.80 | $ 247.80 | Phone conference with Catherine regarding details of Court Order |
| 5/30/2019 | James Bopp, Jr. | 0.60 | 0.60 | $ 826.00 | $ 495.60 | $ 495.60 | Phone conference with client; Brock, Melena Siebert and Jeffrey P. Gallant regarding Court Order and attorney fee petition |
| 5/30/2019 | James Bopp, Jr. | 1.30 | 1.30 | $ 826.00 | $ 1,073.80 | $ 1,073.80 | Review court order; phone conference with Jeffrey P. Gallant; phone conference with Catherine; email exchange regarding court order and attorney fee petition |
| 5/30/2019 | James Bopp, Jr. | 0.20 | 0.20 | $ 826.00 | $ 165.20 | $ 165.20 | Review email regarding needed items for judge |
| 5/31/2019 | James Bopp, Jr. | 0.50 | 0.50 | $ 826.00 | $ 413.00 | $ 413.00 | E-mail exchange with Melena Siebert and Jeffrey P. Gallant regarding attorney fee petition; phone conference with Melena Siebert and Jeffrey P. Gallant regarding attorney fee petition |
| 5/31/2019 | James Bopp, Jr. | 0.50 | 0.50 | $ 826.00 | $ 413.00 | $ 413.00 | E-mail exchange with Melena Siebert and Jeffrey P. Gallant regarding issues regarding Court Order on attorney fees |
| 5/31/2019 | James Bopp, Jr. | 0.50 | 0.50 | $ 826.00 | $ 413.00 | $ 413.00 | Phone conference with Jeffrey P. Gallant and Melena Siebert regarding attorney fee petition |
| 5/31/2019 | James Bopp, Jr. | 0.40 | 0.40 | $ 826.00 | $ 330.40 | $ 330.40 | Phone conference with Melena Siebert and Jeffrey P. Gallant regarding contacting D.C. lawyers |
| 5/31/2019 | James Bopp, Jr. | 0.30 | 0.30 | $ 826.00 | $ 247.80 | $ 247.80 | Review draft email to DC lawyer |
| 5/31/2019 | James Bopp, Jr. | 0.60 | 0.60 | $ 826.00 | $ 495.60 | $ 495.60 | Review draft of request to TTV attorney; review Jeffrey P. Gallant email amendment on email; review Melena Siebert response |

Exhibit 1                                           1 of 12

**BLF Second Supplemental Billing Records**
**Subtotaled by Attorney**

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 6/3/2019 | James Bopp, Jr. | 0.30 | 0.30 | $ 826.00 | $ 247.80 | $ 247.80 | E-mail exchange with Melena Siebert regarding D.C. attorneys |
| 6/3/2019 | James Bopp, Jr. | 0.70 | 0.70 | $ 826.00 | $ 578.20 | $ 578.20 | Prepare list of D.C. lawyers and send to Melena Siebert; phone conference with Melena Siebert about list |
| 6/3/2019 | James Bopp, Jr. | 0.30 | 0.30 | $ 826.00 | $ 247.80 | $ 247.80 | Review email exchange regarding D.C. attorney's declaration |
| 6/3/2019 | James Bopp, Jr. | 0.50 | 0.50 | $ 826.00 | $ 413.00 | $ 413.00 | Review Gatore decision |
| 6/3/2019 | James Bopp, Jr. | 0.80 | 0.80 | $ 826.00 | $ 660.80 | $ 660.80 | Revise e-mail to D.C. attorneys; revise draft declaration; email exchange with Melena Siebert regarding sending out |
| 6/4/2019 | James Bopp, Jr. | 0.30 | 0.30 | $ 826.00 | $ 247.80 | $ 247.80 | E-mail exchange regarding PILF hourly rates and declarations |
| 6/4/2019 | James Bopp, Jr. | 0.20 | 0.20 | $ 826.00 | $ 165.20 | $ 165.20 | Conference with Jeffrey P. Gallant regarding hourly rates--*Laffey* v. Independentaly supporting prevailing market rates |
| 6/4/2019 | James Bopp, Jr. | 0.10 | 0.10 | $ 826.00 | $ 82.60 | $ 82.60 | Phone conference with Melena Siebert regarding email to experts in D.C. area requesting declarations in support of petition |
| 6/4/2019 | James Bopp, Jr. | 0.40 | 0.40 | $ 826.00 | $ 330.40 | $ 330.40 | E-mail exchange with Melena Siebert regarding D.C. attorneys; review response by some |
| 6/5/2019 | James Bopp, Jr. | 0.50 | 0.50 | $ 826.00 | $ 413.00 | $ 413.00 | E-mail exchange regarding judges order |
| 6/5/2019 | James Bopp, Jr. | 0.30 | 0.30 | $ 826.00 | $ 247.80 | $ 247.80 | E-mail exchange regarding setting-up conference call with PILF and Foley |
| 6/5/2019 | James Bopp, Jr. | 0.30 | 0.30 | $ 826.00 | $ 247.80 | $ 247.80 | E-mail exchange with NYC attorney regarding declarations |

Exhibit 1

2 of 12

# BLF Second Supplemental Billing Records
## Subtotaled by Attorney

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 6/5/2019 | James Bopp, Jr. | 0.60 | 0.60 | $ 826.00 | $ 495.60 | $ 495.60 | Review D.C. attorneys draft declarations and email; phone conference with Melena Siebert regarding revision |
| 6/5/2019 | James Bopp, Jr. | 0.30 | 0.30 | $ 826.00 | $ 247.80 | $ 247.80 | Phone conference with Melena Siebert regarding requests for declarations to other attorneys (4X) |
| 6/5/2019 | James Bopp, Jr. | 0.40 | 0.40 | $ 826.00 | $ 330.40 | $ 330.40 | Phone conference with Jeffrey P. Gallant regarding evidence, arguments on hourly rates, email to, from Melena Siebert |
| 6/5/2019 | James Bopp, Jr. | 0.80 | 0.80 | $ 826.00 | $ 660.80 | $ 660.80 | Review draft declarations from non-profit groups; phone conference with Melena Siebert regarding revision |
| 6/5/2019 | James Bopp, Jr. | 0.40 | 0.40 | $ 826.00 | $ 330.40 | $ 330.40 | Review draft outline of notice; respond |
| 6/5/2019 | James Bopp, Jr. | 0.40 | 0.40 | $ 826.00 | $ 330.40 | $ 330.40 | Review email exchange regarding PILF hourly rates; respond |
| 6/5/2019 | James Bopp, Jr. | 0.30 | 0.30 | $ 826.00 | $ 247.80 | $ 247.80 | Review email from Melena Siebert regarding update on D.C. attorneys |
| 6/5/2019 | James Bopp, Jr. | 0.50 | 0.50 | $ 826.00 | $ 413.00 | $ 413.00 | Review proposed follow-up email to D. C. attorneys; review draft declarations |
| 6/6/2019 | James Bopp, Jr. | 1.00 | 1.00 | $ 826.00 | $ 826.00 | $ 826.00 | Prepare list of non-profit litigation groups; phone conference with Melena Siebert regarding list (2X) |
| 6/6/2019 | James Bopp, Jr. | 0.90 | 0.90 | $ 826.00 | $ 743.40 | $ 743.40 | Review draft declarations from non-profit groups; review other declarations; phone conference with Melena Siebert |
| 6/7/2019 | James Bopp, Jr. | 0.30 | 0.30 | $ 826.00 | $ 247.80 | $ 247.80 | Review email exchange with PILF regarding declarations |
| 6/10/2019 | James Bopp, Jr. | 0.40 | 0.40 | $ 826.00 | $ 330.40 | $ 330.40 | E-mail exchange with Melena Siebert regarding additional agreement |

Exhibit 1

3 of 12

# BLF Second Supplemental Billing Records
## Subtotaled by Attorney

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 6/10/2019 | James Bopp, Jr. | 0.50 | 0.50 | $ 826.00 | $ 413.00 | $ 413.00 | Review draft affidavit for Notice and second supplemental; phone conference with Melena Siebert regarding revision |
| 6/10/2019 | James Bopp, Jr. | 0.40 | 0.40 | $ 826.00 | $ 330.40 | $ 330.40 | Review draft Bopp affidavit for Notice; phone conference with Melena Siebert regarding revision |
| 6/10/2019 | James Bopp, Jr. | 1.60 | 1.60 | $ 826.00 | $ 1,321.60 | $ 1,321.60 | Review draft memo support Notice of Compliance with Court Order; phone conference with Melena Siebert regarding revision (3x); email exchange regarding revision |
| 6/10/2019 | James Bopp, Jr. | 0.40 | 0.40 | $ 826.00 | $ 330.40 | $ 330.40 | Review email from Melena Siebert regarding two potential legal agreements; review Jeffrey P. Gallant response; respond |
| 6/10/2019 | James Bopp, Jr. | 0.40 | 0.40 | $ 826.00 | $ 330.40 | $ 330.40 | Review revised affidavit |
| 6/11/2019 | James Bopp, Jr. | 0.30 | 0.30 | $ 826.00 | $ 247.80 | $ 247.80 | Review draft of Notice; phone conference with Melena Siebert regarding revision |
| **Attorney James Bopp, Jr. Subtotal** | | **20.30** | **20.30** | | **$ 16,767.80** | **$ 16,767.80** | |
| 5/30/2019 | Jeffrey P. Gallant | 0.60 | 0.60 | $ 718.00 | $ 430.80 | $ 430.80 | Conference call with Client, Brock Akers, James Bopp, Jr. and Melena Siebert |
| 5/30/2019 | Jeffrey P. Gallant | 0.20 | 0.20 | $ 718.00 | $ 143.60 | $ 143.60 | Phone conference with James Bopp, Jr. regarding decision on attorney's fees |
| 5/30/2019 | Jeffrey P. Gallant | 0.80 | 0.80 | $ 718.00 | $ 574.40 | $ 574.40 | Review decision on attorney's fees, note needs |
| 5/30/2019 | Jeffrey P. Gallant | 0.50 | 0.50 | $ 718.00 | $ 359.00 | $ 359.00 | Email exhange with Melena Siebert and James Bopp, Jr. regarding attorney fee petition |

Exhibit 1

4 of 12

# BLF Second Supplemental Billing Records
## Subtotaled by Attorney

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 5/31/2019 | Jeffrey P. Gallant | 0.40 | 0.40 | $ 718.00 | $ 287.20 | $ 287.20 | Phone conference with James Bopp, Jr. and Melena Siebert regarding contacting D.C. lawyers |
| 5/31/2019 | Jeffrey P. Gallant | 0.20 | 0.20 | $ 718.00 | $ 143.60 | $ 143.60 | E-mail to Melena Siebert regarding decision's treatment of EAJA rates vs. prevailing market rates |
| 5/31/2019 | Jeffrey P. Gallant | 0.50 | 0.50 | $ 718.00 | $ 359.00 | $ 359.00 | Phone conference with James Bopp, Jr. and Melena Siebert regarding case needs; email exchanges regarding same |
| 6/3/2019 | Jeffrey P. Gallant | 0.30 | 0.30 | $ 718.00 | $ 215.40 | $ 215.40 | Edit draft expert hourly rates declaration |
| 6/3/2019 | Jeffrey P. Gallant | 0.20 | 0.20 | $ 718.00 | $ 143.60 | $ 143.60 | E-mail regarding expert opinions on rates |
| 6/3/2019 | Jeffrey P. Gallant | 0.20 | 0.20 | $ 718.00 | $ 143.60 | $ 143.60 | Find, send expert declarations on rates to Melena Siebert |
| 6/3/2019 | Jeffrey P. Gallant | 0.40 | 0.40 | $ 718.00 | $ 287.20 | $ 287.20 | Phone conference with Kaylan Phillips, questions to James Bopp, Jr. regarding declaration for PILF |
| 6/3/2019 | Jeffrey P. Gallant | 0.50 | 0.50 | $ 718.00 | $ 359.00 | $ 359.00 | Phone conference with Melena Siebert regarding needs for declarations, etc., send exemplars and contact information |
| 6/3/2019 | Jeffrey P. Gallant | 0.80 | 0.80 | $ 718.00 | $ 574.40 | $ 574.40 | Research hourly rate "proof" in D.C. Circuit |
| 6/4/2019 | Jeffrey P. Gallant | 0.20 | 0.20 | $ 718.00 | $ 143.60 | $ 143.60 | Conference with James Bopp, Jr. regarding hourly rates--*Laffey* v. Independently supporting prevailing market rates |
| 6/4/2019 | Jeffrey P. Gallant | 0.20 | 0.20 | $ 718.00 | $ 143.60 | $ 143.60 | E-mail to PILF regarding language for declaration |

Exhibit 1

5 of 12

# BLF Second Supplemental Billing Records
## Subtotaled by Attorney

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 6/4/2019 | Jeffrey P. Gallant | 0.60 | 0.60 | $ 718.00 | $ 430.80 | $ 430.80 | E-mails with Melena Siebert and James Bopp, Jr. regarding declarations supporting hourly rates, questions on language |
| 6/4/2019 | Jeffrey P. Gallant | 0.20 | 0.20 | $ 718.00 | $ 143.60 | $ 143.60 | Questions regarding accessing declarations filed in other cases |
| 6/5/2019 | Jeffrey P. Gallant | 0.10 | 0.10 | $ 718.00 | $ 71.80 | $ 71.80 | E-mail to PILF regarding signatures |
| 6/5/2019 | Jeffrey P. Gallant | 0.40 | 0.40 | $ 718.00 | $ 287.20 | $ 287.20 | E-mails regarding declarations, questions on format, content |
| 6/5/2019 | Jeffrey P. Gallant | 0.40 | 0.40 | $ 718.00 | $ 287.20 | $ 287.20 | Phone conference with James Bopp, Jr. regarding evidence, arguments on hourly rates, email to, from Melena Siebert |
| 6/5/2019 | Jeffrey P. Gallant | 0.30 | 0.30 | $ 718.00 | $ 215.40 | $ 215.40 | Review declarations |
| 6/6/2019 | Jeffrey P. Gallant | 0.20 | 0.20 | $ 718.00 | $ 143.60 | $ 143.60 | Answer questions regarding rates for Foley in declaration |
| 6/6/2019 | Jeffrey P. Gallant | 0.50 | 0.50 | $ 718.00 | $ 359.00 | $ 359.00 | E-mail to James Bopp, Jr. and Melena Siebert regarding request for declaration on rates that |
| 6/6/2019 | Jeffrey P. Gallant | 1.60 | 1.60 | $ 718.00 | $ 1,148.80 | $ 1,148.80 | Phone conference with Melena Siebert regarding Gatore, arguments, record for supporting the Laffey LSI Matrix over the USAO Matrix |
| 6/6/2019 | Jeffrey P. Gallant | 0.30 | 0.30 | $ 718.00 | $ 215.40 | $ 215.40 | Review *Gatore*, email to Melena Siebert regarding arguments to distinguish TTV from Catholic Charities |
| 6/7/2019 | Jeffrey P. Gallant | 0.20 | 0.20 | $ 718.00 | $ 143.60 | $ 143.60 | E-mails regarding declarations on hourly rates |

Exhibit 1                                                                6 of 12

## BLF Second Supplemental Billing Records
### Subtotaled by Attorney

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 6/7/2019 | Jeffrey P. Gallant | 0.30 | 0.30 | $ 718.00 | $ 215.40 | $ 215.40 | Question on evidence to be entered declarations from other cases, surveys, etc. |
| 6/10/2019 | Jeffrey P. Gallant | 0.20 | 0.20 | $ 718.00 | $ 143.60 | $ 143.60 | E-mails from firms and attorneys regarding declarations |
| 6/10/2019 | Jeffrey P. Gallant | 0.30 | 0.30 | $ 718.00 | $ 215.40 | $ 215.40 | Phone conference with Melena Siebert regarding organizing second supplemental motion for fees |
| 6/10/2019 | Jeffrey P. Gallant | 0.50 | 0.50 | $ 718.00 | $ 359.00 | $ 359.00 | Review James Bopp, Jr. declaration, emails with Melena Siebert regarding points to be made, separate declarations in response to Court's request and for supplemental |
| 6/11/2019 | Jeffrey P. Gallant | 0.60 | 0.60 | $ 718.00 | $ 430.80 | $ 430.80 | E-mails with Melena Siebert, James Bopp, Jr. regarding arguments regarding discounting hourly rates and using *Laffey* rates over USAO II |
| 6/11/2019 | Jeffrey P. Gallant | 1.10 | 1.10 | $ 718.00 | $ 789.80 | $ 789.80 | Review and edit draft of brief section |
| **Attorney Jeffrey P. Gallant Subtotal** | | **13.80** | **13.80** | | **$ 9,908.40** | **$ 9,908.40** | |
| 5/30/2019 | Melena S. Siebert | 0.60 | 0.60 | $ 358.00 | $ 214.80 | $ 214.80 | Phone conference with client; Brock, James Bopp, Jr. and Jeffrey P. Gallant regarding Court Order and attorney fee petition |
| 5/30/2019 | Melena S. Siebert | 0.50 | 0.50 | $ 358.00 | $ 179.00 | $ 179.00 | Email exhange with Jeffrey P. Gallant and James Bopp, Jr. regarding attorney fee petition |
| 5/30/2019 | Melena S. Siebert | 0.60 | 0.60 | $ 358.00 | $ 214.80 | $ 214.80 | Read memorandum opinion on petition for attorney's fees |
| 5/30/2019 | Melena S. Siebert | 0.20 | 0.20 | $ 358.00 | $ 71.60 | $ 71.60 | Phone conference with client to discuss opinion on petition for attorney's fees, next steps |
| 5/30/2019 | Melena S. Siebert | 0.30 | 0.30 | $ 358.00 | $ 107.40 | $ 107.40 | Phone conference with Jeffrey P. Gallant regarding declarations needed for attorney's fee petition |

Exhibit 1

7 of 12

# BLF Second Supplemental Billing Records
## Subtotaled by Attorney

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 5/31/2019 | Melena S. Siebert | 0.40 | 0.40 | $ 358.00 | $ 143.20 | $ 143.20 | Edit draft email to other counsel regarding rates, send same to James Bopp, Jr. and Jeffrey P. Gallant |
| 5/31/2019 | Melena S. Siebert | 0.40 | 0.40 | $ 358.00 | $ 143.20 | $ 143.20 | Phone conference with James Bopp, Jr. and Jeffrey P. Gallant regarding contacting D.C. lawyers |
| 5/31/2019 | Melena S. Siebert | 0.50 | 0.50 | $ 358.00 | $ 179.00 | $ 179.00 | Phone conference with James Bopp, Jr., Jeffrey P. Gallant regarding response to judicial order on attorney's fees; email exchanges regarding same |
| 5/31/2019 | Melena S. Siebert | 0.20 | 0.20 | $ 358.00 | $ 71.60 | $ 71.60 | Research for EAJA cases using LSI Laffey Matrix |
| 6/1/2019 | Melena S. Siebert | 0.60 | 0.60 | $ 358.00 | $ 214.80 | $ 214.80 | Organize, edit Billing records per judge's order |
| 6/2/2019 | Melena S. Siebert | 0.80 | 0.80 | $ 358.00 | $ 286.40 | $ 286.40 | Organize, edit Billing records per judge's order |
| 6/3/2019 | Melena S. Siebert | 0.50 | 0.50 | $ 358.00 | $ 179.00 | $ 179.00 | Phone conference with James Bopp, Jr. regarding email to experts in D.C. area requesting declarations in support of petition |
| 6/3/2019 | Melena S. Siebert | 0.90 | 0.90 | $ 358.00 | $ 322.20 | $ 322.20 | Multiple e-mails with James Bopp, Jr. and Jeffrey P. Gallant regarding requesting declarations in support of petition |
| 6/3/2019 | Melena S. Siebert | 0.50 | 0.50 | $ 358.00 | $ 179.00 | $ 179.00 | Phone conferences with Jeffrey P. Gallant regarding fee petition, requests for declarations (3x) |
| 6/3/2019 | Melena S. Siebert | 2.50 | 2.50 | $ 358.00 | $ 895.00 | $ 895.00 | Edit declarations for other TTV attorneys, send requests for declarations to same |
| 6/3/2019 | Melena S. Siebert | 5.50 | 5.50 | $ 358.00 | $ 1,969.00 | $ 1,969.00 | Edit declarations for "expert" attorneys in D.C. area, send declaration request to same |
| 6/4/2019 | Melena S. Siebert | 0.10 | 0.10 | $ 358.00 | $ 35.80 | $ 35.80 | Phone conference with James Bopp, Jr. regarding email to experts in D.C. area requesting declarations in support of petition |
| 6/4/2019 | Melena S. Siebert | 0.20 | 0.20 | $ 358.00 | $ 71.60 | $ 71.60 | Multiple e-mails with James Bopp, Jr. and Jeffrey P. Gallant regarding requesting declarations in support of petition |

Exhibit 1

8 of 12

# BLF Second Supplemental Billing Records
## Subtotaled by Attorney

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 6/4/2019 | Melena S. Siebert | 0.10 | 0.10 | $ 358.00 | $ 35.80 | $ 35.80 | Phone conference with Jeffrey P. Gallant regarding fee petition, requests for declarations |
| 6/4/2019 | Melena S. Siebert | 4.00 | 4.00 | $ 358.00 | $ 1,432.00 | $ 1,432.00 | Edit declarations for "expert" attorneys in D.C. area, send declaration request to same |
| 6/4/2019 | Melena S. Siebert | 2.60 | 2.60 | $ 358.00 | $ 930.80 | $ 930.80 | Edit, compile, organize spreadsheets for subtotals per judge's order |
| 6/4/2019 | Melena S. Siebert | 0.20 | 0.20 | $ 358.00 | $ 71.60 | $ 71.60 | Email exhange with James Bopp, Jr. regarding D.C. attorneys |
| 6/5/2019 | Melena S. Siebert | 0.50 | 0.50 | $ 358.00 | $ 179.00 | $ 179.00 | Email exchange with James Bopp, Jr. regarding judge's order |
| 6/5/2019 | Melena S. Siebert | 0.30 | 0.30 | $ 358.00 | $ 107.40 | $ 107.40 | Email exhange with James Bopp, Jr. regarding setting up conference call with PILF and Foley |
| 6/5/2019 | Melena S. Siebert | 0.30 | 0.30 | $ 358.00 | $ 107.40 | $ 107.40 | Phone conference with James Bopp, Jr. regarding requests for declarations to other attorneys (4x) |
| 6/5/2019 | Melena S. Siebert | 0.80 | 0.80 | $ 358.00 | $ 286.40 | $ 286.40 | Multiple e-mails with Jeffrey P. Gallant regarding declarations needed, case support needed for arguments |
| 6/5/2019 | Melena S. Siebert | 0.90 | 0.90 | $ 358.00 | $ 322.20 | $ 322.20 | Multiple e-mail exchanges with various attorneys regarding declaration requests, edits |
| 6/5/2019 | Melena S. Siebert | 3.00 | 3.00 | $ 358.00 | $ 1,074.00 | $ 1,074.00 | Research on arguments supporting various matrices |
| 6/5/2019 | Melena S. Siebert | 0.50 | 0.50 | $ 358.00 | $ 179.00 | $ 179.00 | Phone conference with James Bopp, Jr. regarding revision (2X) |
| 6/6/2019 | Melena S. Siebert | 2.50 | 2.50 | $ 358.00 | $ 895.00 | $ 895.00 | Send emails to attorneys at other firms and non-profits requesting declarations in support of our notice for fee petition |
| 6/6/2019 | Melena S. Siebert | 1.60 | 1.60 | $ 358.00 | $ 572.80 | $ 572.80 | Phone conference with Jeffrey P. Gallant regarding case distinctions in D.C. courts, acceptance of matrices, preferences and proof required supporting use of matrices (3x) |
| 6/6/2019 | Melena S. Siebert | 2.30 | 2.30 | $ 358.00 | $ 823.40 | $ 823.40 | Draft outline for memo in support of notice of compliance with court order regarding fees |

Exhibit 1

9 of 12

# BLF Second Supplemental Billing Records
## Subtotaled by Attorney

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 6/6/2019 | Melena S. Siebert | 0.70 | 0.70 | $ 358.00 | $ 250.60 | $ 250.60 | Phone conferences with James Bopp, Jr.'s regarding requesting declarations from non-profits in support of adopting matrices (2x) |
| 6/6/2019 | Melena S. Siebert | 0.70 | 0.70 | $ 358.00 | $ 250.60 | $ 250.60 | E-mails with various attorneys regarding declarations |
| 6/7/2019 | Melena S. Siebert | 4.00 | 4.00 | $ 358.00 | $ 1,432.00 | $ 1,432.00 | Organize and email various non-profit attorneys seeking declarations in support of matrices, respond to emails regarding same |
| 6/7/2019 | Melena S. Siebert | 0.40 | 0.40 | $ 358.00 | $ 143.20 | $ 143.20 | Multiple e-mails with former TTV attorneys regarding declaration details, formatting |
| 6/7/2019 | Melena S. Siebert | 0.30 | 0.30 | $ 358.00 | $ 107.40 | $ 107.40 | Phone conference with William E. Davis and Kaylan Phillips regarding needed declarations, support for notice |
| 6/8/2019 | Melena S. Siebert | 2.00 | 2.00 | $ 358.00 | $ 716.00 | $ 716.00 | Draft Section I, A, B of Memorandum in Support of Notice of Compliance with Court Order |
| 6/9/2019 | Melena S. Siebert | 4.40 | 4.40 | $ 358.00 | $ 1,575.20 | $ 1,575.20 | Draft Section I, C, edit Sections I, A, B of Memorandum in Support of Notice of Compliance with Court Order |
| 6/10/2019 | Melena S. Siebert | 0.40 | 0.40 | $ 358.00 | $ 143.20 | $ 143.20 | Phone conference with James Bopp, Jr. regarding Section I. B. 3, II (3x); email exchanges regarding same |
| 6/10/2019 | Melena S. Siebert | 0.50 | 0.50 | $ 358.00 | $ 179.00 | $ 179.00 | Draft Bopp Declaration |
| 6/10/2019 | Melena S. Siebert | 0.40 | 0.40 | $ 358.00 | $ 143.20 | $ 143.20 | Email exchange with James Bopp, Jr. regarding additional agreement |
| 6/10/2019 | Melena S. Siebert | 0.20 | 0.20 | $ 358.00 | $ 71.60 | $ 71.60 | Phone conferece with James Bopp, Jr. regarding revision |
| 6/10/2019 | Melena S. Siebert | 0.40 | 0.40 | $ 358.00 | $ 143.20 | $ 143.20 | Draft Notice of Compliance with Court Order, email to Jeffrey P. Gallant regarding same |
| 6/10/2019 | Melena S. Siebert | 0.30 | 0.30 | $ 358.00 | $ 107.40 | $ 107.40 | Draft Order |

Exhibit 1

10 of 12

# BLF Second Supplemental Billing Records
## Subtotaled by Attorney

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 6/10/2019 | Melena S. Siebert | 2.30 | 2.30 | $ 358.00 | $ 823.40 | $ 823.40 | Draft Section II of Memorandum in Support of Notice of Compliance with Court Order; conclusion, send draft to James Bopp, Jr., and Jeffrey P. Gallant |
| 6/10/2019 | Melena S. Siebert | 0.40 | 0.40 | $ 358.00 | $ 143.20 | $ 143.20 | E-mail to LSI Matrix creators |
| 6/10/2019 | Melena S. Siebert | 0.10 | 0.10 | $ 358.00 | $ 35.80 | $ 35.80 | Left phone message, email with opposing counsel regarding LR7(m) duty to confer |
| 6/10/2019 | Melena S. Siebert | 0.10 | 0.10 | $ 358.00 | $ 35.80 | $ 35.80 | Phone conference with James Bopp, Jr. regarding organization, needs for separate declarations |
| 6/10/2019 | Melena S. Siebert | 0.30 | 0.30 | $ 358.00 | $ 107.40 | $ 107.40 | Phone conference with Jeffrey P. Gallant regarding organizing second supplemental motion |
| 6/10/2019 | Melena S. Siebert | 0.10 | 0.10 | $ 358.00 | $ 35.80 | $ 35.80 | Phone conference with non-profit attorney regarding declaration |
| 6/10/2019 | Melena S. Siebert | 0.80 | 0.80 | $ 358.00 | $ 286.40 | $ 286.40 | Revise billing records to reflect adjustments made in Reply |
| 6/11/2019 | Melena S. Siebert | 1.30 | 1.30 | $ 358.00 | $ 465.40 | $ 465.40 | Edit James Bopp, Jr.'s Notice Declaration and Second Supplemental Declaration, send email to James Bopp, Jr. regarding same |
| 6/11/2019 | Melena S. Siebert | 0.20 | 0.20 | $ 358.00 | $ 71.60 | $ 71.60 | E-mail exchanges with Cleta Mitchel and Diane Fletcher at Foley regarding Cleta's declaration |
| 6/11/2019 | Melena S. Siebert | 0.10 | 0.10 | $ 358.00 | $ 35.80 | $ 35.80 | Phone conference with James Bopp, Jr. regarding revision |
| 6/11/2019 | Melena S. Siebert | 3.60 | 3.60 | $ 358.00 | $ 1,288.80 | $ 1,288.80 | Research, analyze case law for Section I.B.3, edit same |
| 6/12/2019 | Melena S. Siebert | 2.5 | 2.5 | $ 358.00 | $ 895.00 | $ 895.00 | Research PACER filings for EAJA cases, EAJA cases with bad faith enhancement, EAJA cases claiming LSI Rates |

Exhibit 1

11 of 12

**BLF Second Supplemental Billing Records**
**Subtotaled by Attorney**

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 6/12/2019 | Melena S. Siebert | 0.9 | 0.9 | $ 358.00 | $ 322.20 | $ 322.20 | Edit Notice of Compliance with Court Order |
| 6/12/2019 | Melena S. Siebert | 0.8 | 0.8 | $ 358.00 | $ 286.40 | $ 286.40 | Organize summary of exhibits |
| 6/12/2019 | Melena S. Siebert | 0.6 | 0.6 | $ 358.00 | $ 214.80 | $ 214.80 | Review received emails for recommended PACER filings |
| 6/12/2019 | Melena S. Siebert | 4 | 4 | $ 358.00 | $ 1,432.00 | $ 1,432.00 | Edit Memo, exhibits, spreadsheets |
| 6/13/2019 | Melena S. Siebert | 6 | 6 | $ 358.00 | $ 2,148.00 | $ 2,148.00 | Edit Foley PILF billings records to reflect Reply Reductions |
| **Attorney Melena S. Siebert Subtotal** | | **15.00** | **15.00** | | **$ 5,370.00** | **$ 5,370.00** | |
| | | | | | | | |
| **GRAND TOTAL** | | **49.1** | **49.1** | | **$ 32,046.20** | **$ 32,046.20** | |

Exhibit 1