# Exhibit 2 to *Plaintiff's Second Supplemental Application and Motion for Attorneys' Fees, Costs, and Expenses under the Equal Access to Justice Act*
# THE BOPP LAW FIRM, PC- Second Supplemental Application Costs and Expenses

1:13-cv-734-RBW

# The Bopp Law Firm, PC Expenses for
# Second Supplemental Application or Attorney's Fees

| Date | Name | Time | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|
| 6/3/2019 | Expense | 43 min | | $ 129.00 | $ 129.00 | Cost advanced for LexisNexis computer assisted legal research--research D.C. case on hourly rates |
| 6/5/2019 | Expense | 8 min | | $ 24.00 | $ 24.00 | Cost advanced for LexisNexis computer assisted legal research--Research EAJA/LSI cases |
| 6/7/2019 | Expense | 1 min | | $3,000.00 | $3,000.00 | Cost advanced for Declaration in Support of our notice in the TTV fee petition--agreed upon Flat Fee from Expert D.C. Attorney |
| 6/8/2019 | Expense | 1 min | | $ 3.00 | $ 3.00 | Cost advanced for LexisNexis computer assisted legal research--Research EAJA/LSI cases |
| 6/9/2019 | Expense | 8 min | | $ 24.00 | $ 24.00 | Cost advanced for LexisNexis computer assisted legal research--Research EAJA/LSI cases |
| 6/10/2019 | Expense | 5 min | | $ 15.00 | $ 15.00 | Cost advanced for LexisNexis computer assisted legal research--Research EAJA/LSI cases |
| 6/11/2019 | Expense | 2 min | | $ 6.00 | $ 6.00 | Cost advanced for LexisNexis computer assisted legal research--Research EAJA/LSI cases |
| 6/12/2019 | Expense | 2 min | | $ 6.00 | $ 6.00 | Cost advanced for LexisNexis computer assisted legal research--Research EAJA/LSI cases |
| **Expense Subtotal** | | | | **$ 3,207.00** | | |

Exhibit 2

1 of 1