# Exhibit 3 to *Plaintiff's Second Supplemental Application and Motion for Attorneys' Fees, Costs, and Expenses under the Equal Access to Justice Act*
# Second Supplemental Declaration of James Bopp, Jr.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **True the Vote, Inc.**;<br>　　　　　　　　　　　　*Plaintiff*,<br>　v.<br>**Internal Revenue Service, et al.**;<br>　　　　　　　　　　　　*Defendant*s. | **Civil Case No.** 1:13-cv-000734-RBW<br><br>**Second Supplemental Declaration of James Bopp, Jr. in Support of Plaintiff's Second Supplemental Application and Motion for Attorneys' Fees, Costs, and Expenses Under the Equal Access to Justice Act** |

**Second Supplemental Declaration of James Bopp, Jr.**

I, James Bopp, Jr., make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am the owner of THE BOPP LAW FIRM, PC ("**BLF**"). I and my firm have represented the Plaintiff as lead counsel in this action from late February 2017 through the present.

2. I reiterate the facts of my prior declarations made in support of *Plaintiff's Application and Motion for Attorneys' Fees, Costs, and Expenses Under the Equal Access to Justice Act* (ECF No. 151) ("**Application**"), (Declaration of James Bopp, Jr., ECF No. 151-1) ("**Bopp Declaration**"); *Plaintiff's Supplemental Application and Motion for Attorneys' Fees, Costs, and Expenses Under the Equal Access to Justice Act* (ECF No. 157) ("**Supplemental Application**"), (Declaration of James Bopp, Jr., ECF No. 157-2) ("**Bopp Supplemental Declaration**"); and *Plaintiff's Notice of Compliance with Court Order* (ECF No. 165) ("**Notice**"), (Declaration of James Bopp, Jr. ECF No. 165-10) ("**Notice Declaration**") with respect to experience, rates, billing practices, and other applicable statements and incorporate them herein by reference to the following discussion of fees and expenses.

3. Prior to filing this *Plaintiff's Second Supplemental Application and Motion for Attorneys'*

**Second Supp. Decl. of James Bopp, Jr.**

*Fees, Costs, and Expenses Under the Equal Access to Justice Act* ("**Second Supplemental Application**")*,* the total fees, costs, and expenses sought for the successful prosecution of claims and for preparing and supporting the Application and Supplemental Application in the above-captioned matter was $1,982,109.56, valued at the LSI Matrix rates.

4. The previous total of $1,982,109.56, valued at the LSI Matrix rates, reflects:

- $1,933,888.06 in attorneys' and paraprofessional fees, sought in the Application;
- ($54,730.20) as an adjustment to attorney and paraprofessional fees, costs, and expenses from TTV's Reply (ECF No. 156) ("**Reply**"). In the Reply, additional reductions were made to Foley's and PILF's billing records for inadvertent charges for unsuccessful claims, media relations charges, fundraising, or other non-legal work ("**Reply Reductions**"). *See* Reply, ECF No. 156 at 22-24. These Reply reductions were incorporated in the Adjusted Hours as *line-item reductions* in Foley's Billing Records, subtotaled by person, attached as Exhibit 20 to Pl.'s Memo. Supp., ECF No. 165-1. The Reply Reductions for electronic research, *see* Rely at 24, are now incorporated as line items on PILF and Foley's combined costs and expenses, attached as Exhibit 22 to Pl.'s Memo. Supp. *Individual line-item reductions* do not appear in PILF's billing records subtotaled by person, Exhibit 19 to Pl.'s Memo. Supp., but remain identified by page number reference in the Reply at 22-24 and appear in aggregate on page two of the Consolidated Billing Records, attached as Ex. 21 to Pl.'s Memo. Supp.;
- $103,049.20 in attorneys' and paraprofessional fees sought in the Supplemental Application;
- ($97.50) as an adjustment to BLF billing records in the Notice which removed a charge

**Second Supp. Decl. of James Bopp, Jr.**         -2-

for paraprofessional Matthew Michaloski.

5. My firm has incurred fees, costs, and expenses totaling $39,253.20, valued at the LSI Matrix rates, in preparing and filing the Notice,.

6. A true and correct transcription of the time sheets and expense invoices showing charged time and expenses is attached to Plaintiff's Second Supplemental Application.

7. The total fees and expenses, valued at the LSI Matrix rates, now sought by TTV for the successful prosecution of claims and for preparing and supporting the Application, the Supplemental Application, the Notice, and this Second Supplemental Application in the above-captioned matter is $2,021,362.76; This total also reflects the adjustments made to the totals in the Reply and the Notice, detailed in ¶ 4 above.

I affirm under penalty of perjury that the foregoing is true and correct. Executed on this 14th day of June, 2019

_____
James Bopp, Jr.

**Second Supp. Decl. of James Bopp, Jr.**      -3-