## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| _____ | ) | |
| TRUE THE VOTE, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:13-cv-00734-RBW |
| | ) | |
| UNITED STATES OF AMERICA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO
PLAINTIFF'S NOTICE OF COMPLIANCE WITH COURT ORDER, PLAINTIFF'S
SECOND SUPPLEMENTAL APPLICATION AND MOTION FOR ATTORNEYS'
FEES, COSTS, AND EXPENSES UNDER THE EQUAL ACCESS TO JUSTICE ACT,
AND PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant United States of America moves for an extension of time to file its response to

Plaintiff's Notice of Compliance with Court Order (ECF No. 165), Plaintiff's Second

Supplemental Application and Motion for Attorneys' Fees, Costs, and Expenses Under the Equal

Access to Justice Act (ECF No. 166), and Plaintiff's Notice of Supplemental Authority (ECF No.

167) by one week from June 20, 2019, to June 27, 2019.  In support of this motion, the United

States submits the following:

1. On May 30, 2019, the Court issued its Memorandum Opinion and Order granting in part

   and holding in abeyance in part Plaintiff's Application and Motion for Attorneys' Fees,

   Costs, and Expenses Under the Equal Access to Justice Act (ECF Nos. 161 and 162).

   The Court granted the Motion to the extent that it seeks a finding that plaintiff is entitled

   to attorneys' fees and costs under the Equal Access to Justice Act and ordered plaintiff to

   file a supplemental submission with evidence supporting the reasonableness of its

requested attorney and non-attorney billing rates and revised billing records separating all
time entries by timekeeper.  (ECF No. 161).  Plaintiff's supplemental filing was due
June 13, 2019, and the United States was allowed until June 20, 2019, to file a response,
if any.  (ECF No. 161)

2.  Plaintiff filed its Notice of Compliance with Court Order (ECF No. 165) on its deadline
of June 13.  On June 14, plaintiff filed its Second Supplemental Application and Motion
for Attorneys' Fees, Costs, and Expenses Under the Equal Access to Justice Act (ECF
No. 166), which requests costs and fees incurred since May 30 to comply with the
Court's Order.  On June 17, plaintiff filed its Notice of Supplemental Authority (ECF
No. 167) in support of its filing of June 13.

3.  The Notice of Compliance includes approximately 550 pages of billing descriptions.
Although plaintiff states that the submitted billing records reflect reductions from its
original applications "for unsuccessful claims, media relations charges, fundraising, or
other non-legal work" (ECF No. 165-11 at 3[1]), an initial review of the billing records
shows that some such charges still are claimed.

4.  Counsel for the United States need a brief additional time to complete their review of the
billing records and to complete the United States' response to plaintiff's recent filings.
Of the four United States' counsel assigned to this case one has been on scheduled leave
and will be out through June 20.  Of the other three, during the week since plaintiff filed
its Notice of Compliance with Court Order, two have had to travel out of town for

---

[1] Page citations refer to the page number assigned in the ECF system on the upper right-hand
corner of each page.

previously scheduled depositions and a hearing in other cases.  Given the total volume of

plaintiff's multiple filings, coupled with counsels' preexisting obligations, the United

States submits that an extension of one week is reasonable.

5.  In the spirit of openness, counsel for the United States have informed plaintiff's counsel

that the United States also is considering whether it will ask the Court to reconsider part

of its Memorandum Opinion and Order of May 30, but no extension needs to be or is

being sought for that.

6.  In accordance with the Chambers' *General Order for Civil Cases Before the Honorable*

*Reggie B. Walton* ¶ 11, the United States declares as follows:

   a.  The United States has not previously sought an extension of this response

   deadline.

   b.  The grounds for the motion are stated in paragraphs 1-5, supra.

   c.  The granting of this motion would not affect other case deadlines, as no other

   deadlines currently exist.

   d.  In accordance with Local Rule 7(m) the parties conferred regarding the relief

   sought in this motion, and plaintiff does not oppose the requested relief.

DATED: June 19, 2019                    Respectfully submitted,

                                        RICHARD E. ZUCKERMAN
                                        Principal Deputy Assistant Attorney General
                                        Tax Division

                                        s/ Joseph A. Sergi
                                        JOSEPH A. SERGI (DC 480837)
                                        Senior Litigation Counsel
                                        U.S. Department of Justice, Tax Division
                                        555 4th Street, N.W., JCB 7207
                                        Washington, D.C. 20001
                                        (202) 305-0868; (202) 307-2504 (FAX)
                                        Joseph.A.Sergi@usdoj.gov

                                        LAURA M. CONNER (VA 40388)
                                        STEVEN M. DEAN (DC 1020497)
                                        JEREMY N. HENDON (OR 982490)
                                        Trial Attorneys
                                        U.S. Department of Justice, Tax Division
                                        555 4th Street, N.W.
                                        Washington, D.C.  20001
                                        (202) 514-2000

Of Counsel:
JESSIE K. LIU
United States Attorney

                                        ATTORNEYS FOR THE UNITED STATES

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| TRUE THE VOTE, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:13-cv-00734-RBW |
| | ) | |
| UNITED STATES OF AMERICA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2019, the *UNITED STATES' MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S NOTICE OF COMPLIANCE WITH COURT ORDER, PLAINTIFF'S SECOND SUPPLEMENTAL APPLICATION AND MOTION FOR ATTORNEYS' FEES, COSTS, AND EXPENSES UNDER THE EQUAL ACCESS TO JUSTICE ACT, AND PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY* was filed with the United States District Court for the District of Columbia via the Court's CM/ECF system.

s/ *Joseph A. Sergi*
JOSEPH A. SERGI
