**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| TRUE THE VOTE, INC. ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:13-cv-00734-RBW |
| UNITED STATES OF AMERICA, *et al.*, ) | |
| Defendants. ) | |

**PROPOSED ORDER**

Upon the motion of the United States for an extension of time to file its response to Plaintiff's Notice of Compliance with Court Order, Plaintiff's Second Supplemental Application and Motion for Attorneys' Fees, Costs, and Expenses Under the Equal Access to Justice Act, and Plaintiff's Notice of Supplemental Authority, it is hereby

**ORDERED** that the motion is GRANTED and that the United States' deadline to file its response is extended from June 20, 2019, to June 27, 2019.

**SO ORDERED** this ___ day of June, 2019.

_____
REGGIE B. WALTON
United States District Judge