*Bopp Law Firm Supplemental Billing Records by Attorney*

# EXHIBIT 17

**The Bopp Law Firm, PC Supplemental Application**                    1:13-cv-000734-RBW
**LSI Matrix Rates With Adjustments Subtotaled By Attorney**

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|------|------|-------------|-----------------|-----------------|------------------|----------------------------|-------------|
| 2/15/2018 | Courtney E. Milbank | 0.20 | 0.20 | $ 358.00 | $ 71.60 | $ 71.60 | Phone conference with Melena Siebert regarding TTV petition edits |
| 2/19/2018 | Courtney E. Milbank | 0.10 | 0.10 | $ 358.00 | $ 35.80 | $ 35.80 | Phone conference with Melena Siebert regarding citing to Z Street Consent Order |
| 2/19/2018 | Courtney E. Milbank | 2.50 | 2.50 | $ 358.00 | $ 895.00 | $ 895.00 | Review and edit TTV petition, review emails from James Bopp, Jr. and Melena Siebert regarding the same; send edits to Melena Siebert, proof a final time |
| 2/20/2018 | Courtney E. Milbank | 0.10 | 0.10 | $ 358.00 | $ 35.80 | $ 35.80 | CM/ECF Petition for Attorney's Fees |
| 2/20/2018 | Courtney E. Milbank | 0.20 | 0.20 | $ 358.00 | $ 71.60 | $ 71.60 | Find TTV Determination Letter for petition |
| **Courtney E. Milbank Subtotal** | | **3.10** | **3.10** | | **$ 1,109.80** | **$ 1,109.80** | |
| 2/20/2018 | Expense | | | EXP | $ 27.00 | $ 27.00 | Cost advanced for LexisNexis computer assisted legal research-- Research for memo for attorney's fees-- abrogation of public trust |
| 3/7/2018 | Expense | | | EXP | $ 22.00 | $ 22.00 | Cost advanced for LexisNexis computer assisted legal research-- Research into case law for reply to opposition |
| 3/15/2018 | Expense | | | EXP | $ 5.00 | $ 5.00 | Cost advanced for LexisNexis computer assisted legal research-- Research on judicial imprimitur/consent order |

* Only reimbursable expenses included                    1 of 20                    Exhibit 1

**The Bopp Law Firm, PC Supplemental Application**    1:13-cv-000734-RBW
**LSI Matrix Rates With Adjustments Subtotaled By Attorney**

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 3/20/2018 | Expense | | | EXP | $ 6.00 | $ 6.00 | Cost advanced for LexisNexis computer assisted legal research-- Research on judicial imprimitur |
| 3/22/2018 | Expense | | | EXP | $ 18.00 | $ 18.00 | Cost advanced for LexisNexis computer assisted legal research-- Research on substantial justification |
| 3/25/2018 | Expense | | | EXP | $ 3.00 | $ 3.00 | Cost advanced for LexisNexis computer assisted legal research-- Research on judicial imprimitur |
| 3/26/2018 | Expense | | | EXP | $ 9.00 | $ 9.00 | Cost advanced for LexisNexis computer assisted legal research-- Research on substantial justification |
| 3/27/2018 | Expense | | | EXP | $ 6.00 | $ 6.00 | Cost advanced for LexisNexis computer assisted legal research-- Research on policies, procedures |
| 3/28/2018 | Expense | | | EXP | $ 4.00 | $ 4.00 | Cost advanced for LexisNexis computer assisted legal research-- Research on consent order/legal relationship |
| **Expense Subtotal** | | | | | **$ 100.00** | **$ 100.00** | |
| 2/14/2018 | James Bopp, Jr. | 0.30 | 0.30 | $ 865.00 | $ 259.50 | 259.50 | Review email exchange regarding declaration of other law firms |
| 2/14/2018 | James Bopp, Jr. | 0.80 | 0.80 | $ 865.00 | $ 692.00 | 692.00 | Review draft motion for attorney fees; email Melena Siebert and Jeffrey P. Gallant regarding revisions |
| 2/15/2018 | James Bopp, Jr. | 0.50 | 0.50 | $ 865.00 | $ 432.50 | 432.50 | Review draft chart regarding attorney fees; conference with Melena Siebert regarding revision; review redraft of chart; email Melena Siebert |

* Only reimbursable expenses included        2 of 20        Exhibit 1

**The Bopp Law Firm, PC Supplemental Application**                    1:13-cv-000734-RBW
**LSI Matrix Rates With Adjustments Subtotaled By Attorney**

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|------|------|------|------|------|------|------|------|
| 2/16/2018 | James Bopp, Jr. | 0.30 | 0.30 | $ 865.00 | $    259.50 | $    259.50 | E-mail exchange with Catherine regarding next steps |
| 3/6/2018 | James Bopp, Jr. | 1.10 | 1.10 | $ 865.00 | $    951.50 | $    951.50 | Review DOJ Response to Motion for attorney's fees; email Catherine |
| 3/7/2018 | James Bopp, Jr. | 0.10 | 0.10 | $ 865.00 | $     86.50 | $     86.50 | Conference with Melena Siebert and Jeffrey P. Gallant regarding filing motion for extension to reply to opposition to attorney's fees, general discussion of strategy for reply regarding same |
| 3/7/2018 | James Bopp, Jr. | 0.40 | 0.40 | $ 865.00 | $    346.00 | $    346.00 | Email exchanges with Catherine E. and Brock Akers |
| 3/8/2018 | James Bopp, Jr. | 0.20 | 0.20 | $ 865.00 | $    173.00 | $    173.00 | Review court order |
| 3/8/2018 | James Bopp, Jr. | 0.30 | 0.30 | $ 865.00 | $    259.50 | $    259.50 | E-mail exchange regarding extension of time |
| 3/8/2018 | James Bopp, Jr. | 0.30 | 0.30 | $ 865.00 | $    259.50 | $    259.50 | Review draft motion for extension of time |
| 3/8/2018 | James Bopp, Jr. | 0.30 | 0.30 | $ 865.00 | $    259.50 | $    259.50 | E-mail exchange regarding information for reply |
| 3/8/2018 | James Bopp, Jr. | 0.40 | 0.40 | $ 865.00 | $    346.00 | $    346.00 | Review filed motion; phone conference with Melena Siebert regarding additional information; review revised motion |
| 3/8/2018 | James Bopp, Jr. | 0.60 | 0.60 | $ 865.00 | $    519.00 | $    519.00 | Review bullet points for reply |
| 3/8/2018 | James Bopp, Jr. | 0.70 | 0.70 | $ 865.00 | $    605.50 | $    605.50 | Phone conference with Catherine and Brock Akers regarding IRS response to attorney fee petition |

Case 1:13-cv-00734-RBW   Document 165-18   Filed 06/13/19   Page 5 of 21

**The Bopp Law Firm, PC Supplemental Application**     1:13-cv-000734-RBW
**LSI Matrix Rates With Adjustments Subtotaled By Attorney**

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|------|------|-------------|-----------------|-----------------|------------------|----------------------------|-------------|
| 3/8/2018 | James Bopp, Jr. | 0.90 | 0.90 | $ 865.00 | $ 778.50 | $ 778.50 | E-mail exchange regarding reply regarding motion for attorney fees; phone conference with Catherine and Melena Siebert and Brock |
| 3/18/2018 | James Bopp, Jr. | 0.30 | 0.30 | $ 865.00 | $ 259.50 | $ 259.50 | E-mail exchange with Catherine regarding our response to DOJ response |
| 3/22/2018 | James Bopp, Jr. | 0.60 | 0.60 | $ 865.00 | $ 519.00 | $ 519.00 | Review email from Melena Siebert regarding case regarding Reply |
| 3/24/2018 | James Bopp, Jr. | 0.30 | 0.30 | $ 865.00 | $ 259.50 | $ 259.50 | E-mail exchange with Catherine regarding DOJ Response |
| 3/26/2018 | James Bopp, Jr. | 0.40 | 0.40 | $ 865.00 | $ 346.00 | $ 346.00 | Review video regarding consent order; approve |
| 3/26/2018 | James Bopp, Jr. | 0.50 | 0.50 | $ 865.00 | $ 432.50 | $ 432.50 | E-mail exchange with Catherine regarding DOJ points in attorney fee |
| 3/28/2018 | James Bopp, Jr. | 0.30 | 0.00 | $ 865.00 | $ 259.50 | $ - | Review draft press release |
| 3/28/2018 | James Bopp, Jr. | 0.40 | 0.40 | $ 865.00 | $ 346.00 | $ 346.00 | Review email from Melena Siebert regarding IRS manual; phone conference with Melena Siebert regarding manual |
| 3/28/2018 | James Bopp, Jr. | 0.70 | 0.70 | $ 865.00 | $ 605.50 | $ 605.50 | ReviewTIGTA finding email from Melena Siebert; phone conference with Melena Siebert |
| 3/29/2018 | James Bopp, Jr. | 0.50 | 0.50 | $ 865.00 | $ 432.50 | $ 432.50 | Phone conference with Melena Siebert regardgin TIGTA report |
| 4/4/2018 | James Bopp, Jr. | 1.60 | 1.60 | $ 865.00 | $ 1,384.00 | $ 1,384.00 | Review draft Reply for Motion for Attorney Fees; conference with Melena Siebert regarding Reply |
| 4/5/2018 | James Bopp, Jr. | 0.40 | 0.40 | $ 865.00 | $ 346.00 | $ 346.00 | Email exchange with Melena Siebert regarding Reply |

* Only reimbursable expenses included                    4 of 20                    Exhibit 1

**The Bopp Law Firm, PC Supplemental Application**                                  1:13-cv-000734-RBW
**LSI Matrix Rates With Adjustments Subtotaled By Attorney**

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|------|------|-------------|-----------------|-----------------|------------------|----------------------------|-------------|
| 4/6/2018 | James Bopp, Jr. | 1.30 | 1.30 | $ 865.00 | $ 1,124.50 | $ 1,124.50 | Review draft Reply; phone conference with Melena Siebert regarding revision |
| 4/7/2018 | James Bopp, Jr. | 1.10 | 1.10 | $ 865.00 | $ 951.50 | $ 951.50 | Review draft of Reply; revise reply; phone conference with Melena Siebert regarding revision |
| 4/9/2018 | James Bopp, Jr. | 0.80 | 0.80 | $ 865.00 | $ 692.00 | $ 692.00 | Review draft of Reply; revise reply; change |
| 4/9/2018 | James Bopp, Jr. | 2.00 | 2.00 | $ 865.00 | $ 1,730.00 | $ 1,730.00 | Review draft Reply; revise reply; phone conference with Melena Siebert (4x) regarding draft revision |
| 4/9/2018 | James Bopp, Jr. | 2.20 | 2.20 | $ 865.00 | $ 1,903.00 | $ 1,903.00 | Review and revise draft of Reply; phone conference with Melena Siebert regarding revision |
| 4/10/2018 | James Bopp, Jr. | 2.10 | 2.10 | $ 865.00 | $ 1,816.50 | $ 1,816.50 | Review and revise draft Reply; email exchange with Melena Siebert; phone conference with Melena Siebert |
| 4/12/2018 | James Bopp, Jr. | 0.10 | 0.00 | $ 865.00 | $ 86.50 | $ - | E-mail exchange with Melena Siebert regarding review of final edits of press releases |
| 2/19/2018 | James Bopp, Jr. | 0.70 | 0.70 | $ 865.00 | $ 605.50 | $ 605.50 | Review draft of attorney fee petition; phone conference with Melena Siebert regarding revision |
| 2/19/2018 | James Bopp, Jr. | 0.80 | 0.80 | $ 865.00 | $ 692.00 | $ 692.00 | Multiple phone conferences with Melena Siebert to discuss edits to memo in support of motion for attorney's fees |
| 2/19/2018 | James Bopp, Jr. | 0.80 | 0.80 | $ 865.00 | $ 692.00 | $ 692.00 | Review draft of attorney fee petition; phone conference with Jeffrey P. Gallant |

* Only reimbursable expenses included                5 of 20                Exhibit 1

Case 1:13-cv-00734-RBW   Document 165-18   Filed 06/13/19   Page 7 of 21

**The Bopp Law Firm, PC Supplemental Application**   1:13-cv-000734-RBW
**LSI Matrix Rates With Adjustments Subtotaled By Attorney**

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | | LSI Laffey Adjusted Amount | | Description |
|------|------|-------------|-----------------|-----------------|------------------|---|----------------------------|---|-------------|
| 2/19/2018 | James Bopp, Jr. | 0.90 | 0.90 | $ 865.00 | $ | 778.50 | $ | 778.50 | Review draft of attorney fee petition; phone conference with Melena Siebert regarding revision; phone conference with Jeffrey P. Gallant |
| 2/19/2018 | James Bopp, Jr. | 1.00 | 1.00 | $ 865.00 | $ | 865.00 | $ | 865.00 | Review draft of attorney fee petition; email change |
| 2/19/2018 | James Bopp, Jr. | 2.50 | 2.50 | $ 865.00 | $ | 2,162.50 | $ | 2,162.50 | Update Resume' for attorney fee petition |
| **James Bopp, Jr. Subtotal** | | **29.50** | **29.10** | | **$** | **25,517.50** | **$** | **25,171.50** | |
| 2/14/2018 | Jeffrey P. Gallant | 0.20 | 0.00 | $ 718.00 | $ | 143.60 | $ | - | E-mail from James Bopp, Jr. regarding charts in memo |
| 2/14/2018 | Jeffrey P. Gallant | 0.60 | 0.60 | $ 718.00 | $ | 430.80 | $ | 430.80 | Review adjustments |
| 2/14/2018 | Jeffrey P. Gallant | 0.80 | 0.80 | $ 718.00 | $ | 574.40 | $ | 574.40 | E-mail from, to attorney Cleta Mitchell regarding declaration, motion |
| 2/14/2018 | Jeffrey P. Gallant | 0.80 | 0.80 | $ 718.00 | $ | 574.40 | $ | 574.40 | Work on PILF declaration |
| 2/14/2018 | Jeffrey P. Gallant | 0.90 | 0.90 | $ 718.00 | $ | 646.20 | $ | 646.20 | Finalize draft declaration and send to Attorney Cleta Mitchell |
| 2/14/2018 | Jeffrey P. Gallant | 1.30 | 1.30 | $ 718.00 | $ | 933.40 | $ | 933.40 | E-mails, phone conferences with Melena Siebert regarding memo and declarations |
| 2/14/2018 | Jeffrey P. Gallant | 1.30 | 0.00 | $ 718.00 | $ | 933.40 | $ | - | Research background information on PILF--associated attorney |
| 2/15/2018 | Jeffrey P. Gallant | 0.30 | 0.30 | $ 718.00 | $ | 215.40 | $ | 215.40 | E-mails with John Eastman regarding billing statement, bio |
| 2/15/2018 | Jeffrey P. Gallant | 0.30 | 0.30 | $ 718.00 | $ | 215.40 | $ | 215.40 | Review rules for calculating due date |

Case 1:13-cv-00734-RBW   Document 165-18   Filed 06/13/19   Page 8 of 21

**The Bopp Law Firm, PC Supplemental Application**                    1:13-cv-000734-RBW
**LSI Matrix Rates With Adjustments Subtotaled By Attorney**

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|------|------|-------------|-----------------|-----------------|------------------|----------------------------|-------------|
| 2/15/2018 | Jeffrey P. Gallant | 0.70 | 0.70 | $ 718.00 | $ 502.60 | $ 502.60 | E-mails, phone conference with attorney Noel Johnson regarding declaration, PILF and Foley billing statements |
| 2/15/2018 | Jeffrey P. Gallant | 0.90 | 0.90 | $ 718.00 | $ 646.20 | $ 646.20 | Draft email, send current-status billing statements to Foley, PILF, and CCJ |
| 2/15/2018 | Jeffrey P. Gallant | 1.60 | 1.60 | $ 718.00 | $ 1,148.80 | $ 1,148.80 | Various conferences with Melena Siebert regarding adjustments, reviewing statements |
| 2/15/2018 | Jeffrey P. Gallant | 1.80 | 1.80 | $ 718.00 | $ 1,292.40 | $ 1,292.40 | Finish PILF declaration, amend Foley declaration and send |
| 2/16/2018 | Jeffrey P. Gallant | 0.30 | 0.30 | $ 718.00 | $ 215.40 | $ 215.40 | E-mail, phone conference with attorney Kaylan Phillips regarding PILF billing statement |
| 2/16/2018 | Jeffrey P. Gallant | 0.30 | 0.30 | $ 718.00 | $ 215.40 | $ 215.40 | E-mail to attorney John Eastman regarding adjustments to billing statement |
| 2/16/2018 | Jeffrey P. Gallant | 0.40 | 0.40 | $ 718.00 | $ 287.20 | $ 287.20 | E-mail and phone conference with Melena Siebert regarding adjustments to CCJ spreadsheet |
| 2/16/2018 | Jeffrey P. Gallant | 0.40 | 0.40 | $ 718.00 | $ 287.20 | $ 287.20 | Check rules on format for documents to be filed |
| 2/16/2018 | Jeffrey P. Gallant | 0.70 | 0.70 | $ 718.00 | $ 502.60 | $ 502.60 | Various e-mails/phone conferences with Melena Siebert regarding questions on memo |
| 2/16/2018 | Jeffrey P. Gallant | 0.80 | 0.00 | $ 718.00 | $ 574.40 | $ - | Background information for Eastman declaration |

* Only reimbursable expenses included

Exhibit 1

**The Bopp Law Firm, PC Supplemental Application**     1:13-cv-000734-RBW

**LSI Matrix Rates With Adjustments Subtotaled By Attorney**

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 2/16/2018 | Jeffrey P. Gallant | 1.00 | 1.00 | $ 718.00 | $ 718.00 | $ 718.00 | Various phone conferences with Melena Siebert regarding billing statement adjustments, follow-ups email to Melena Siebert specifying changes to Foley, corrections to PILF billing statement |
| 2/16/2018 | Jeffrey P. Gallant | 1.30 | 1.30 | $ 718.00 | $ 933.40 | $ 933.40 | Work on Eastman declaration |
| 2/17/2018 | Jeffrey P. Gallant | 1.10 | 1.10 | $ 718.00 | $ 789.80 | $ 789.80 | E-mail from Kaylan Phillips regarding adjustments; work on Bopp Declaration (review travel of case) |
| 2/19/2018 | Jeffrey P. Gallant | 0.10 | 0.10 | $ 718.00 | $ 71.80 | $ 71.80 | E-mail to attorney Cleta Mitchell regarding declaration supporting Foley billing statement |
| 2/19/2018 | Jeffrey P. Gallant | 0.20 | 0.20 | $ 718.00 | $ 143.60 | $ 143.60 | E-mails with James Bopp, Jr. regarding edits to memo |
| 2/19/2018 | Jeffrey P. Gallant | 0.30 | 0.30 | $ 718.00 | $ 215.40 | $ 215.40 | Phone conference with Melena Siebert regarding changes, schedule |
| 2/19/2018 | Jeffrey P. Gallant | 0.30 | 0.30 | $ 718.00 | $ 215.40 | $ 215.40 | E-mail to, from attorney Kaylan Phillips regarding changes to PILF and Foley billing statements |
| 2/19/2018 | Jeffrey P. Gallant | 0.30 | 0 | $ 718.00 | $ 215.40 | $ - | Locate, save and print docket sheet for reference in Bopp Declaration |
| 2/19/2018 | Jeffrey P. Gallant | 0.30 | 0.30 | $ 718.00 | $ 215.40 | $ 215.40 | Various e-mails with attorneys Kaylan Phillips, Noel Johnson regarding changes to Foley billing statement |
| 2/19/2018 | Jeffrey P. Gallant | 0.30 | 0.30 | $ 718.00 | $ 215.40 | $ 215.40 | Briefly review final Foley edits to billing statement, conference with Melena Siebert regarding incorporating |

* Only reimbursable expenses included                8 of 20                Exhibit 1

1:13-cv-000734-RBW

**The Bopp Law Firm, PC Supplemental Application**
**LSI Matrix Rates With Adjustments Subtotaled By Attorney**

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|------|------|------|------|------|------|------|------|
| 2/19/2018 | Jeffrey P. Gallant | 0.50 | 0.50 | $ 718.00 | $ 359.00 | $ 359.00 | Check local rules, Federal Rules of Civil Procedure to double-check calculation of due date |
| 2/19/2018 | Jeffrey P. Gallant | 0.50 | 0.50 | $ 718.00 | $ 359.00 | $ 359.00 | Review memo |
| 2/19/2018 | Jeffrey P. Gallant | 0.80 | 0.80 | $ 718.00 | $ 574.40 | $ 574.40 | Research and confirm edits to BLF billing statement |
| 2/19/2018 | Jeffrey P. Gallant | 0.90 | 0.90 | $ 718.00 | $ 646.20 | $ 646.20 | Various phone conferences with Melena Siebert regarding memo edits, changes to billing statements |
| 2/19/2018 | Jeffrey P. Gallant | 1.40 | 1.40 | $ 718.00 | $ 1,005.20 | $ 1,005.20 | Drafting declaration in support of Application |
| 2/20/2018 | Jeffrey P. Gallant | 0.30 | 0.30 | $ 718.00 | $ 215.40 | $ 215.40 | Review and edit motion |
| 2/20/2018 | Jeffrey P. Gallant | 0.30 | 0.30 | $ 718.00 | $ 215.40 | $ 215.40 | Review and edit proposed order |
| 2/20/2018 | Jeffrey P. Gallant | 0.30 | 0 | $ 718.00 | $ 215.40 | $ - | E-mail copies of file-stamped memo to James Bopp, Jr. and to Catherine E. |
| 2/20/2018 | Jeffrey P. Gallant | 0.50 | 0.50 | $ 718.00 | $ 359.00 | $ 359.00 | E-mails from James Bopp, Jr. regarding edits, phone conference with Melena Siebert regarding same |
| 2/20/2018 | Jeffrey P. Gallant | 0.80 | 0.80 | $ 718.00 | $ 574.40 | $ 574.40 | Prepare Final exhibits |
| 2/20/2018 | Jeffrey P. Gallant | 0.90 | 0.90 | $ 718.00 | $ 646.20 | $ 646.20 | Various Phone conferences with Melena Siebert regarding memo, motion, proposed order, exhibits |
| 2/20/2018 | Jeffrey P. Gallant | 1.10 | 1.10 | $ 718.00 | $ 789.80 | $ 789.80 | Review and edit memo (2x) |
| 2/20/2018 | Jeffrey P. Gallant | 1.40 | 1.40 | $ 718.00 | $ 1,005.20 | $ 1,005.20 | Finalized Declaration in support of application |
| 2/21/2018 | Jeffrey P. Gallant | 0.70 | 0 | $ 718.00 | $ 502.60 | $ - | Finalize and send email to Catherine regarding two rates in Application |

Case 1:13-cv-00734-RBW   Document 165-18   Filed 06/13/19   Page 11 of 21

**The Bopp Law Firm, PC Supplemental Application**                          1:13-cv-000734-RBW
**LSI Matrix Rates With Adjustments Subtotaled By Attorney**

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 3/6/2018 | Jeffrey P. Gallant | 0.50 | 0.50 | $ 718.00 | $ 359.00 | $ 359.00 | Download opposition to motion for attorney's fees; briefly review, calendar reply |
| 3/7/2018 | Jeffrey P. Gallant | 0.20 | 0.20 | $ 718.00 | $ 143.60 | $ 143.60 | E-mails between James Bopp, Jr., client Catherine Engelbrecht, Brock Akers |
| 3/7/2018 | Jeffrey P. Gallant | 0.20 | 0.00 | $ 718.00 | $ 143.60 | $ - | E-mails regarding press release regarding DOJ position in Opposition |
| 3/7/2018 | Jeffrey P. Gallant | 0.30 | 0.30 | $ 718.00 | $ 215.40 | $ 215.40 | Conference with Melena Siebert, James Bopp, Jr. regarding reply, motion to extend |
| 3/7/2018 | Jeffrey P. Gallant | 1.00 | 1.00 | $ 718.00 | $ 718.00 | $ 718.00 | Conference with Melena Siebert regarding arguments supporting prevailing party status, legal relief |
| 3/8/2018 | Jeffrey P. Gallant | 0.40 | 0.40 | $ 718.00 | $ 287.20 | $ 287.20 | Phone conference with Melena Siebert regarding evidence regarding change in legal relationship |
| 3/8/2018 | Jeffrey P. Gallant | 0.50 | 0.50 | $ 718.00 | $ 359.00 | $ 359.00 | E-mail from DOJ, emails with Melena Siebert regarding motion for extension |
| 3/8/2018 | Jeffrey P. Gallant | 0.50 | 0.50 | $ 718.00 | $ 359.00 | $ 359.00 | Draft proposed order for motion to extend |
| 3/8/2018 | Jeffrey P. Gallant | 0.80 | 0.80 | $ 718.00 | $ 574.40 | $ 574.40 | E-mails, phone conference regarding need to amend motion to extend time; work on amended motion to extend |
| 3/8/2018 | Jeffrey P. Gallant | 1.70 | 1.70 | $ 718.00 | $ 1,220.60 | $ 1,220.60 | Review transcript of 4/6/17 hearing, annotate, email with Melena Siebert regarding same |

\* Only reimbursable expenses included                          10 of 20                          Exhibit 1

Case 1:13-cv-00734-RBW   Document 165-18   Filed 06/13/19   Page 12 of 21

1:13-cv-000734-RBW

**The Bopp Law Firm, PC Supplemental Application**
**LSI Matrix Rates With Adjustments Subtotaled By Attorney**

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|------|------|------|------|------|------|------|------|
| 3/9/2018 | Jeffrey P. Gallant | 0.10 | 0.10 | $ 718.00 | $ 71.80 | $ 71.80 | E-mail regarding documents showing IRS position on legal ramifications of treatment of TTV |
| 3/22/2018 | Jeffrey P. Gallant | 0.50 | 0.50 | $ 718.00 | $ 359.00 | $ 359.00 | E-mails with Melena Siebert regarding case on judicial imprimature, legal impetus of a consent decree--consult Black's |
| 3/25/2018 | Jeffrey P. Gallant | 0.10 | 0.10 | $ 718.00 | $ 71.80 | $ 71.80 | Review script |
| 3/26/2018 | Jeffrey P. Gallant | 0.50 | 0.50 | $ 718.00 | $ 359.00 | $ 359.00 | E-mails with Melena Siebert regarding theory of prevailing party |
| 3/26/2018 | Jeffrey P. Gallant | 0.60 | 0.60 | $ 718.00 | $ 430.80 | $ 430.80 | Review and edit supplement to Petition emails with Melena Siebert regarding same |
| 3/28/2018 | Jeffrey P. Gallant | 0.30 | 0.30 | $ 718.00 | $ 215.40 | $ 215.40 | Conference with Melena Siebert regarding changes in IRS manual |
| 4/4/2018 | Jeffrey P. Gallant | 0.40 | 0.40 | $ 718.00 | $ 287.20 | $ 287.20 | Conference with Melena Siebert regarding analysis of justification of government conduct vs. government position in litigation |
| 2/18/2018 | Jeffrey P. Gallant | 0.40 | 0.40 | $ 718.00 | $ 287.20 | $ 287.20 | Phone conference with attorney Kaylan Phillips  regarding Foley and PILF billing statements |
| 2/18/2018 | Jeffrey P. Gallant | 1.40 | 1.40 | $ 718.00 | $ 1,005.20 | $ 1,005.20 | Work on declaration supporting BLF time,  changes to billing statement |
| 2/19/2018 | Jeffrey P. Gallant | 0.30 | 0.30 | $ 718.00 | $ 215.40 | $ 215.40 | E-mails regarding memo  0.30  150.00 |
| **Jeffrey P. Gallant Subtotal** | | **40.70** | **36.90** | | **$ 29,222.60** | **$ 26,494.20** | |

Case 1:13-cv-00734-RBW   Document 169-3   Filed 06/27/19   Page 13 of 21
Case 1:13-cv-00734-RBW   Document 165-18   Filed 06/13/19   Page 13 of 21
1:13-cv-000734-RBW

**The Bopp Law Firm, PC Supplemental Application**
**LSI Matrix Rates With Adjustments Subtotaled By Attorney**

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|------|------|-------------|-----------------|-----------------|------------------|----------------------------|-------------|
| 2/14/2018 | Melena S. Siebert | 0.10 | 0.10 | $ 358.00 | $ 35.80 | $ 35.80 | IM message exchanges with Courtney E. Milbank regarding edits |
| 2/14/2018 | Melena S. Siebert | 0.20 | 0.20 | $ 358.00 | $ 71.60 | $ 71.60 | Phone conference with Jeffrey P. Gallant regarding division of work for billing adjustments |
| 2/14/2018 | Melena S. Siebert | 0.20 | 0.20 | $ 358.00 | $ 71.60 | $ 71.60 | Phone conference with Courtney E. Milbank to discuss edits |
| 2/14/2018 | Melena S. Siebert | 0.50 | 0.50 | $ 358.00 | $ 179.00 | $ 179.00 | Edit memo for motion for attorney's fees |
| 2/14/2018 | Melena S. Siebert | 0.50 | 0.50 | $ 358.00 | $ 179.00 | $ 179.00 | Billing adjustments for BLF expenses/travel time |
| 2/14/2018 | Melena S. Siebert | 3.00 | 3.00 | $ 358.00 | $ 1,074.00 | $ 1,074.00 | Billing adjustments for BLF expenses/travel time |
| 2/14/2018 | Melena S. Siebert | 4.00 | 4.00 | $ 358.00 | $ 1,432.00 | $ 1,432.00 | Consolidated Billing adjustments and reports |
| 2/15/2018 | Melena S. Siebert | 5.50 | 5.50 | $ 358.00 | $ 1,969.00 | $ 1,969.00 | TTV spreadsheets, conference with Jeffrey P. Gallant regarding declarations, edit to memo |
| 2/16/2018 | Melena S. Siebert | 0.50 | 0.50 | $ 358.00 | $ 179.00 | $ 179.00 | Phone conference with Jeffrey P. Gallant regarding billing statements, declarations |
| 2/16/2018 | Melena S. Siebert | 0.60 | 0.60 | $ 358.00 | $ 214.80 | $ 214.80 | Compile list of formatting to-dos regarding billing adjustment submissions; email to Jeffrey P. Gallant regarding same |
| 2/16/2018 | Melena S. Siebert | 1.30 | 1.30 | $ 358.00 | $ 465.40 | $ 465.40 | Corrections to PILF and CCJ billing adjustments |
| 2/16/2018 | Melena S. Siebert | 3.30 | 3.30 | $ 358.00 | $ 1,181.40 | $ 1,181.40 | BLF Billing Statements from 11/30/17--02/13/18 |

* Only reimbursable expenses included                     12 of 20                                    Exhibit 1

The Bopp Law Firm, PC Supplemental Application                    1:13-cv-000734-RBW

**LSI Matrix Rates With Adjustments Subtotaled By Attorney**

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|------|------|-------------|-----------------|-----------------|------------------|----------------------------|-------------|
| 2/16/2018 | Melena S. Siebert | 4.00 | 4.00 | $ 358.00 | $ 1,432.00 | $ 1,432.00 | PILF reconciliation of billing statements, adjustments to CCJ and BLF statements |
| 2/18/2018 | Melena S. Siebert | 3.00 | 3.00 | $ 358.00 | $ 1,074.00 | $ 1,074.00 | Compilation and formatting of billing sheet  attachments |
| 2/20/2018 | Melena S. Siebert | 0.90 | 0.90 | $ 358.00 | $ 322.20 | $ 322.20 | Multiple phone conferences with Jeffrey P.  Gallant to discuss declarations, exhibits, and  edits to memo in support of motion for attorney's fees |
| 3/7/2018 | Melena S. Siebert | 0.10 | 0.10 | $ 358.00 | $ 35.80 | $ 35.80 | Conference with James Bopp, Jr. and Jeffrey P. Gallant regarding filing motion for extension to reply to opposition to attorney's fees, general discussion of strategy for reply regarding same |
| 3/7/2018 | Melena S. Siebert | 0.50 | 0.50 | $ 358.00 | $ 179.00 | $ 179.00 | E-mail opposing counsel regarding extension for reply to opposition to request for attorney's fees; draft motion regarding same |
| 3/7/2018 | Melena S. Siebert | 0.50 | 0.50 | $ 358.00 | $ 179.00 | $ 179.00 | Discuss outline with Jeffrey P. Gallant |
| 3/7/2018 | Melena S. Siebert | 1.00 | 1.00 | $ 358.00 | $ 358.00 | $ 358.00 | Conference with Jeffrey P. Gallant regarding reply to opposition to motion for attorney's fees; discussed prevailing party status, judicial imprimatur with consent decree, adjustment of billing for fundraising/press, and substantial justification arguments in underlying actions |

* Only reimbursable expenses included                    13 of 20                    Exhibit 1

Case 1:13-cv-00734-RBW   Document 165-18   Filed 06/13/19   Page 15 of 21

1:13-cv-000734-RBW

**The Bopp Law Firm, PC Supplemental Application**
**LSI Matrix Rates With Adjustments Subtotaled By Attorney**

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 3/7/2018 | Melena S. Siebert | 1.00 | 1.00 | $ 358.00 | $ 358.00 | $ 358.00 | Read IRS opposition to Plaintiff's application and motion for attorney's fees; review referenced case law, focusing on prevailing party arguments |
| 3/7/2018 | Melena S. Siebert | 2.00 | 2.00 | $ 358.00 | $ 716.00 | $ 716.00 | Outline of reply to opposition to motion for attorney's fees; focus on prevailing party arguments: case law showing consent decrees have prospective force and judicial imprimatur of consent decrees |
| 3/8/2018 | Melena S. Siebert | 0.10 | 0.10 | $ 358.00 | $ 35.80 | $ 35.80 | Phone conference with James Bopp, Jr. regarding amending motion for extension |
| 3/8/2018 | Melena S. Siebert | 0.20 | 0.20 | $ 358.00 | $ 71.60 | $ 71.60 | Work on motion for extension for reply |
| 3/8/2018 | Melena S. Siebert | 0.20 | 0.00 | $ 358.00 | $ 71.60 | $ - | Phone conference with James Bopp, Jr. regarding press release for TTV |
| 3/8/2018 | Melena S. Siebert | 0.20 | 0.20 | $ 358.00 | $ 71.60 | $ 71.60 | Work on motion for extension for reply |
| 3/8/2018 | Melena S. Siebert | 0.30 | 0.30 | $ 358.00 | $ 107.40 | $ 107.40 | Work on motion for extension for reply |
| 3/8/2018 | Melena S. Siebert | 0.30 | 0.30 | $ 358.00 | $ 107.40 | $ 107.40 | Phone conference with Jeffrey P. Gallant regarding amending motion for extension |
| 3/8/2018 | Melena S. Siebert | 0.30 | 0.30 | $ 358.00 | $ 107.40 | $ 107.40 | Amend motion for extension; submit same |
| 3/8/2018 | Melena S. Siebert | 0.50 | 0.00 | $ 358.00 | $ 179.00 | $ - | Edit press release |

The Bopp Law Firm, PC Supplemental Application                                    1:13-cv-000734-RBW
LSI Matrix Rates With Adjustments Subtotaled By Attorney

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 3/8/2018 | Melena S. Siebert | 0.50 | 0.50 | $ 358.00 | $ 179.00 | $ 179.00 | Phone call with Catherine Engelbrecht to discuss reply to opposition for attorney's fees, additional discovery available for reply |
| 3/8/2018 | Melena S. Siebert | 0.50 | 0.50 | $ 358.00 | $ 179.00 | $ 179.00 | Phone conference with Catherine Engelbrecht to discuss reply to opposition for attorney's fees, discovery sent to use in reply |
| 3/8/2018 | Melena S. Siebert | 0.70 | 0.70 | $ 358.00 | $ 250.60 | $ 250.60 | Phone conference with James Bopp, Jr., Catherine Engelbrecht, and Brock Akers regarding reply strategy for TTV's response to DOJ opposition for attorney's fees |
| 3/8/2018 | Melena S. Siebert | 0.80 | 0.60 | $ 358.00 | $ 286.40 | $ 214.80 | Add introduction to TTV press release, review and revise motion and proposed order for extension |
| 3/8/2018 | Melena S. Siebert | 1.00 | 1.00 | $ 358.00 | $ 358.00 | $ 358.00 | Review transcript of 04/06/2017 hearing |
| 3/8/2018 | Melena S. Siebert | 1.40 | 0.00 | $ 358.00 | $ 501.20 | $ - | Work on press release for True the Vote; phone conference with Jeffrey P. Gallant regarding same |
| 3/22/2018 | Melena S. Siebert | 4.00 | 4.00 | $ 358.00 | $ 1,432.00 | $ 1,432.00 | Case research on issue of consent order having prospective effect on legal relationship between TTV and IRS |
| 3/24/2018 | Melena S. Siebert | 2.00 | 2.00 | $ 358.00 | $ 716.00 | $ 716.00 | Case research on consent order/judicial imprimatur under Buckhannon |

1:13-cv-000734-RBW

**The Bopp Law Firm, PC Supplemental Application**
**LSI Matrix Rates With Adjustments Subtotaled By Attorney**

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|------|------|-------------|-----------------|-----------------|------------------|----------------------------|-------------|
| 3/25/2018 | Melena S. Siebert | 1.50 | 1.50 | $ 358.00 | $ 537.00 | $ 537.00 | Case research on consent order/judicial imprimatur under Buckhannon |
| 3/26/2018 | Melena S. Siebert | 1.50 | 1.50 | $ 358.00 | $ 537.00 | $ 537.00 | Review opposition to motion for attorney's fees; outline reply |
| 3/26/2018 | Melena S. Siebert | 2.50 | 2.50 | $ 358.00 | $ 895.00 | $ 895.00 | Draft Reply to opposition to motion for attorney's fees |
| 3/27/2018 | Melena S. Siebert | 0.20 | 0.20 | $ 358.00 | $ 71.60 | $ 71.60 | Review other firm reply to opposition memos |
| 3/27/2018 | Melena S. Siebert | 0.50 | 0.50 | $ 358.00 | $ 179.00 | $ 179.00 | Review of Reply to Quash Service for style, format, etc. |
| 3/27/2018 | Melena S. Siebert | 0.70 | 0.70 | $ 358.00 | $ 250.60 | $ 250.60 | Reply to opposition to petition for attorney's fees: Section I. A.: Consent Order Changed Legal Relationship between parties |
| 3/27/2018 | Melena S. Siebert | 3.70 | 3.70 | $ 358.00 | $ 1,324.60 | $ 1,324.60 | Reply to opposition to petition for attorney's fees: Section I. A.: Consent Order Changed Legal Relationship between parties |
| 3/28/2018 | Melena S. Siebert | 0.20 | 0.00 | $ 358.00 | $ 71.60 | $ - | Phone conference with Catherine Engelbrecht to discuss timing on press release, inclusion of transcripts, etc. |
| 3/28/2018 | Melena S. Siebert | 2.50 | 2.50 | $ 358.00 | $ 895.00 | $ 895.00 | Reply to opposition: Consent Order section; argument regarding continuing risk of discriminatory actions |
| 3/28/2018 | Melena S. Siebert | 2.50 | 2.50 | $ 358.00 | $ 895.00 | $ 895.00 | Research produced discovery for evidence that policy specifying targeting is not allowed |

* Only reimbursable expenses included                16 of 20                                    Exhibit 1

1:13-cv-000734-RBW

**The Bopp Law Firm, PC Supplemental Application**
**LSI Matrix Rates With Adjustments Subtotaled By Attorney**

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 3/29/2018 | Melena S. Siebert | 0.50 | 0.50 | $ 358.00 | $ 179.00 | $ 179.00 | Phone conference with James Bopp, Jr. regarding TIGTA 2015 report and IRS claims of permanent discontinuation of discriminatory policies ( 2x) |
| 3/29/2018 | Melena S. Siebert | 1.00 | 1.00 | $ 358.00 | $ 358.00 | $ 358.00 | Read through TIGTA 2015 report for evidence of permanent policy changes |
| 3/29/2018 | Melena S. Siebert | 1.50 | 1.50 | $ 358.00 | $ 537.00 | $ 537.00 | Research produced discovery by IRS for evidence of permanent policy changes |
| 3/29/2018 | Melena S. Siebert | 3.00 | 3.00 | $ 358.00 | $ 1,074.00 | $ 1,074.00 | Continue drafting reply: consent order offers judicial imprimatur because of prospective effect |
| 4/3/2018 | Melena S. Siebert | 6.00 | 6.00 | $ 358.00 | $ 2,148.00 | $ 2,148.00 | TTV Reply Brief: Consent order section--judicial imprimatur and prospective effect with training changes sections |
| 4/4/2018 | Melena S. Siebert | 0.50 | 0.50 | $ 358.00 | $ 179.00 | $ 179.00 | Conference with James Bopp, Jr. regarding Reply Brief--overall strategy, comments on reframing argument to focus on goal of litigation and how consent order achieved that goal |
| 4/4/2018 | Melena S. Siebert | 0.50 | 0.50 | $ 358.00 | $ 179.00 | $ 179.00 | Conference with Jeffrey P. Gallant regarding substantial justification and evaluation of underlying conduct standard |
| 4/4/2018 | Melena S. Siebert | 1.80 | 1.80 | $ 358.00 | $ 644.40 | $ 644.40 | Reply Memo: Substantial justification section |

Case 1:13-cv-00734-RBW   Document 169-3   Filed 06/27/19   Page 19 of 21
Case 1:13-cv-00734-RBW   Document 165-18   Filed 06/13/19   Page 19 of 21
1:13-cv-000734-RBW

**The Bopp Law Firm, PC Supplemental Application**
**LSI Matrix Rates With Adjustments Subtotaled By Attorney**

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | | LSI Laffey Adjusted Amount | | Description |
|------|------|-------------|-----------------|-----------------|------------------|---|---------------------------|---|-------------|
| 4/4/2018 | Melena S. Siebert | 2.30 | 2.30 | $ 358.00 | $ | 823.40 | $ | 823.40 | Reply Memo: Substantial justification section |
| 4/5/2018 | Melena S. Siebert | 0.40 | 0.40 | $ 358.00 | $ | 143.20 | $ | 143.20 | E-mail with James Bopp, Jr. regarding Reply |
| 4/5/2018 | Melena S. Siebert | 6.00 | 6.00 | $ 358.00 | $ | 2,148.00 | $ | 2,148.00 | Reply: Substantial Justification Section |
| 4/6/2018 | Melena S. Siebert | 0.70 | 0.70 | $ 358.00 | $ | 250.60 | $ | 250.60 | Reply Brief: Excessive Fees Section |
| 4/6/2018 | Melena S. Siebert | 1.20 | 1.20 | $ 358.00 | $ | 429.60 | $ | 429.60 | Reply Brief: Substantial Justification Section--underlying action |
| 4/6/2018 | Melena S. Siebert | 1.30 | 1.30 | $ 358.00 | $ | 465.40 | $ | 465.40 | Reply Brief: Substantial Justification Section--litigation actions |
| 4/6/2018 | Melena S. Siebert | 1.40 | 1.40 | $ 358.00 | $ | 501.20 | $ | 501.20 | Reply Brief: Special Circumstances Section |
| 4/6/2018 | Melena S. Siebert | 2.20 | 2.20 | $ 358.00 | $ | 787.60 | $ | 787.60 | Reply Brief: Substantial Justification Section--litigation actions |
| 4/7/2018 | Melena S. Siebert | 0.40 | 0.40 | $ 358.00 | $ | 143.20 | $ | 143.20 | Phone conference with James Bopp, Jr. regarding draft of reply edits |
| 4/7/2018 | Melena S. Siebert | 3.00 | 3.00 | $ 358.00 | $ | 1,074.00 | $ | 1,074.00 | Draft Reply to opposition for fees |
| 4/8/2018 | Melena S. Siebert | 6.30 | 6.30 | $ 358.00 | $ | 2,255.40 | $ | 2,255.40 | Draft Reply to opposition for fees |
| 4/9/2018 | Melena S. Siebert | 0.30 | 0.30 | $ 358.00 | $ | 107.40 | $ | 107.40 | Phone conference with James Bopp, Jr. (4x) regarding edits of reply |
| 4/9/2018 | Melena S. Siebert | 8.50 | 8.50 | $ 358.00 | $ | 3,043.00 | $ | 3,043.00 | Draft Reply to opposition for fees |
| 4/10/2018 | Melena S. Siebert | 0.20 | 0.20 | $ 358.00 | $ | 71.60 | $ | 71.60 | Phone conference with James Bopp, Jr. regarding edits of reply |
| 4/10/2018 | Melena S. Siebert | 7.75 | 7.75 | $ 358.00 | $ | 2,774.50 | $ | 2,774.50 | Draft Reply to opposition for fees |
| 4/11/2018 | Melena S. Siebert | 0.10 | 0.10 | $ 358.00 | $ | 35.80 | $ | 35.80 | Phone conference with Catherine Englebrecht regarding filing of reply |
| 4/11/2018 | Melena S. Siebert | 7.00 | 7.00 | $ 358.00 | $ | 2,506.00 | $ | 2,506.00 | Draft Reply to opposition for fees; final proof of reply, submit reply |

1:13-cv-000734-RBW

**The Bopp Law Firm, PC Supplemental Application**
**LSI Matrix Rates With Adjustments Subtotaled By Attorney**

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|------|------|-------------|-----------------|-----------------|------------------|----------------------------|-------------|
| 4/12/2018 | Melena S. Siebert | 0.80 | 0.00 | $ 358.00 | $ 286.40 | $ - | Final edits of press release; email (2x) to Catherine Engelbrecht and James Bopp, Jr.; email to Adam Wolf for posting on Bopplaw.com (2x) |
| 4/12/2018 | Melena S. Siebert | 2.80 | 0.00 | $ 358.00 | $ 1,002.40 | $ - | Press release regarding filing of reply |
| 4/13/2018 | Melena S. Siebert | 0.80 | 0.80 | $ 358.00 | $ 286.40 | $ 286.40 | Edit, submit amended reply to correct for amount requested in one section; email amended reply to Catherine Engelbrecht |
| 2/19/2018 | Melena S. Siebert | 0.70 | 0.70 | $ 358.00 | $ 250.60 | $ 250.60 | Multiple phone conferences with Jeffrey P. Gallant to discuss declarations, exhibits, and edits to memo in support of motion for attorney's fees |
| 2/20/2018 | Melena S. Siebert | 0.50 | 0.50 | $ 358.00 | $ 179.00 | $ 179.00 | File memo and supporting documents in motion for attorney's fees |
| 2/19/2018 | Melena S. Siebert | 0.80 | 0.80 | $ 358.00 | $ 286.40 | $ 286.40 | Multiple phone conferences with James Bopp, Jr. to discuss edits to memo in support of motion for attorney's fees |
| 2/19/2018 | Melena S. Siebert | 7.50 | 7.50 | $ 358.00 | $ 2,685.00 | $ 2,685.00 | Edits to memo in support of motion for attorney's fees |
| 2/20/2018 | Melena S. Siebert | 7.00 | 7.00 | $ 358.00 | $ 2,506.00 | $ 2,506.00 | Edits to memo in support of attorney's fees, compile exhibits, finalize attachments |
| **Melena S. Siebert Subtotal** | | **146.25** | **140.15** | | **$ 52,357.50** | **$ 50,173.70** | |
| | | | | | | | |

* Only reimbursable expenses included

Exhibit 1

The Bopp Law Firm, PC Supplemental Application                                    1:13-cv-000734-RBW

LSI Matrix Rates With Adjustments Subtotaled By Attorney

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|------|------|-------------|-----------------|-----------------|------------------|----------------------------|-------------|
| TOTALS | | 219.55 | 209.25 | | $ 108,307.40 | $ 103,049.20 | |

* Only reimbursable expenses included                     20 of 20                                    Exhibit 1