Case 1:13-cv-00734-RBW   Document 169-12   Filed 06/27/19   Page 1 of 18
Case 1:13-cv-00734-RBW   Document 165-20   Filed 06/13/19   Page 283 of 300
1:13-cv-000734-RBW

## PILF LSI Matrix Rates With Adjustments
### Subtotaled by Attorney and Paraprofessional

| Date | Name | Time | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 02/05/2016 | Noel Johnson | 0:42 | 0.70 | 0.70 | $ 406.00 | $ 284.20 | $ 284.20 | Review IRS DC Circuit Answering Brief; discuss with KLP |
| 02/10/2016 | Noel Johnson | 0:54 | 0.90 | 0.00 | $ 406.00 | $ 365.40 | $ - | Review individual defendants appellate answer brief |
| 02/11/2016 | Noel Johnson | 0:06 | 0.10 | 0.10 | $ 406.00 | $ 40.60 | $ 40.60 | Discuss TTV argument with KLP; emails with CM re: same |
| 02/12/2016 | Noel Johnson | 0:06 | 0.10 | 0.10 | $ 406.00 | $ 40.60 | $ 40.60 | Email to Logan re: case summary for newsletter |
| 02/12/2016 | Noel Johnson | 0:42 | 0.70 | 0.70 | $ 406.00 | $ 284.20 | $ 284.20 | Compare changes in briefs filed in TTV and ACLJ cases |
| 02/12/2016 | Noel Johnson | 1:12 | 1.20 | 1.20 | $ 406.00 | $ 487.20 | $ 487.20 | Review Appellees' authority; discuss same with KLP |
| 02/15/2016 | Noel Johnson | 2:12 | 2.20 | 2.20 | $ 406.00 | $ 893.20 | $ 893.20 | Continue reviewing appellate briefs and reviewing appellees' authorities |
| 02/16/2016 | Noel Johnson | 2:06 | 2.10 | 2.10 | $ 406.00 | $ 852.60 | $ 852.60 | Continue research re: appellees' authority and legal issues for reply brief |
| 02/17/2016 | Noel Johnson | 2:06 | 2.10 | 2.10 | $ 406.00 | $ 852.60 | $ 852.60 | Continue research for reply brief |
| 02/18/2016 | Noel Johnson | 0:36 | 0.60 | 0.60 | $ 406.00 | $ 243.60 | $ 243.60 | C with KLP re: arguments for reply brief |
| 02/18/2016 | Noel Johnson | 2:12 | 2.20 | 2.20 | $ 406.00 | $ 893.20 | $ 893.20 | Continue R re: for reply brief |
| 02/22/2016 | Noel Johnson | 0:36 | 0.60 | 0.60 | $ 406.00 | $ 243.60 | $ 243.60 | Continue research for reply brief |
| 02/23/2016 | Noel Johnson | 0:24 | 0.40 | 0.40 | $ 406.00 | $ 162.40 | $ 162.40 | C with team re: TTV research needs |
| 02/24/2016 | Noel Johnson | 2:30 | 2.50 | 2.50 | $ 406.00 | $ 1,015.00 | $ 1,015.00 | Continue research for reply brief |

* Hours adjusted for unsuccessful claims and travel time.
Expenses adjusted for reimbursable and non-reimbursable.

Case 1:13-cv-00734-RBW   Document 169-12   Filed 06/27/19   Page 2 of 18
Case 1:13-cv-00734-RBW   Document 165-20   Filed 06/13/19   Page 284 of 300
1:13-cv-000734-RBW

## PILF LSI Matrix Rates With Adjustments
### Subtotaled by Attorney and Paraprofessional

| Date | Name | Time | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 02/25/2016 | Noel Johnson | 4:12 | 4.20 | 4.20 | $ 406.00 | $ 1,705.20 | $ 1,705.20 | Continue work on reply brief; discuss needs for same with JAV |
| 02/26/2016 | Noel Johnson | 2:48 | 2.80 | 2.80 | $ 406.00 | $ 1,136.80 | $ 1,136.80 | Continue work on reply brief |
| 02/28/2016 | Noel Johnson | 3:12 | 3.20 | 3.20 | $ 406.00 | $ 1,299.20 | $ 1,299.20 | Continue work on reply brief |
| 02/29/2016 | Noel Johnson | 4:24 | 4.40 | 4.40 | $ 406.00 | $ 1,786.40 | $ 1,786.40 | Continue work on reply brief |
| 03/03/2016 | Noel Johnson | 2:06 | 2.10 | 2.10 | $ 406.00 | $ 852.60 | $ 852.60 | Continue revising and drafting reply brief |
| 03/05/2016 | Noel Johnson | 1:30 | 1.50 | 1.50 | $ 406.00 | $ 609.00 | $ 609.00 | Review JCA comments; continue cutting words/work on reply brief |
| 03/06/2016 | Noel Johnson | 4:12 | 4.20 | 4.20 | $ 406.00 | $ 1,705.20 | $ 1,705.20 | Continue work on reply brief. Emails re: same with team; discuss same with JAV/KLP |
| 03/07/2016 | Noel Johnson | 0:54 | 0.90 | 0.90 | $ 406.00 | $ 365.40 | $ 365.40 | Work on summary of argument; continue to cut words, revise tables |
| 03/07/2016 | Noel Johnson | 4:12 | 4.20 | 4.20 | $ 406.00 | $ 1,705.20 | $ 1,705.20 | Continue work on reply brief; finalize and file same |
| 03/15/2016 | Noel Johnson | 0:30 | 0.50 | 0.50 | $ 406.00 | $ 203.00 | $ 203.00 | Draft summary of issues/arguments for moot court participants |
| 03/21/2016 | Noel Johnson | 0:30 | 0.50 | 0.50 | $ 406.00 | $ 203.00 | $ 203.00 | Research re: panel judges |
| 03/23/2016 | Noel Johnson | 0:30 | 0.50 | 0.50 | $ 406.00 | $ 203.00 | $ 203.00 | Review 28J and opinion re: NorCal; emails and discussions re: same |

\* Hours adjusted for unsuccessful claims and travel time.
Expenses adjusted for reimbursable and non-reimbursable.

Case 1:13-cv-00734-RBW   Document 169-12   Filed 06/27/19   Page 3 of 18
Case 1:13-cv-00734-RBW   Document 165-20   Filed 06/13/19   Page 285 of 300
1:13-cv-000734-RBW

**PILF LSI Matrix Rates With Adjustments**
**Subtotaled by Attorney and Paraprofessional**

| Date | Name | Time | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 03/24/2016 | Noel Johnson | 0:18 | 0.30 | 0.30 | $ 406.00 | $ 121.80 | $ 121.80 | Continue research re: response to 28J letter |
| 03/24/2016 | Noel Johnson | 1:30 | 1.50 | 1.50 | $ 406.00 | $ 609.00 | $ 609.00 | Continue research re: response to 28J letter |
| 03/28/2016 | Noel Johnson | 0:48 | 0.80 | 0.80 | $ 406.00 | $ 324.80 | $ 324.80 | Continue work on 28J letter re: NorCal |
| 03/29/2016 | Noel Johnson | 0:06 | 0.10 | 0.10 | $ 406.00 | $ 40.60 | $ 40.60 | Book travel for moot court |
| 03/29/2016 | Noel Johnson | 0:06 | 0.10 | 0.10 | $ 406.00 | $ 40.60 | $ 40.60 | Research re: status of TTV |
| 03/29/2016 | Noel Johnson | 0:12 | 0.20 | 0.20 | $ 406.00 | $ 81.20 | $ 81.20 | Prep for moot court |
| 03/29/2016 | Noel Johnson | 2:30 | 2.50 | 2.50 | $ 406.00 | $ 1,015.00 | $ 1,015.00 | Prep for moot court |
| 03/30/2016 | Noel Johnson | 1:06 | 1.10 | 1.10 | $ 406.00 | $ 446.60 | $ 446.60 | Research re: panel judges past decisions |
| 03/30/2016 | Noel Johnson | 2:00 | 2.00 | 1.00 | $ 406.00 | $ 812.00 | $ 406.00 | Attempted travel to DC for moot court |
| 03/30/2016 | Noel Johnson | 4:30 | 4.50 | 2.25 | $ 203.00 | $ 913.50 | $ 456.75 | Travel to Baltimore to DC for moot court |
| 03/31/2016 | Noel Johnson | 3:00 | 3.00 | 1.50 | $ 406.00 | $ 1,218.00 | $ 609.00 | Travel back to IN |
| 03/31/2016 | Noel Johnson | 3:06 | 3.10 | 3.10 | $ 406.00 | $ 1,258.60 | $ 1,258.60 | Conduct moot court for DC appellate argument |
| 04/08/2016 | Noel Johnson | 0:12 | 0.20 | 0.00 | $ 406.00 | $ 81.20 | $ - | C with KLP re: stay motion |
| 04/08/2016 | Noel Johnson | 0:18 | 0.30 | 0.00 | $ 406.00 | $ 121.80 | $ - | Begin reviewing information submissions by TTV for stay motion/oral argument |
| 04/08/2016 | Noel Johnson | 0:24 | 0.40 | 0.00 | $ 406.00 | $ 162.40 | $ - | C with KLP re: needs for stay motion |

\* Hours adjusted for unsuccessful claims and travel time.
Expenses adjusted for reimbursable and non-reimbursable.

Case 1:13-cv-00734-RBW   Document 169-12   Filed 06/27/19   Page 4 of 18
Case 1:13-cv-00734-RBW   Document 165-20   Filed 06/13/19   Page 286 of 300
1:13-cv-000734-RBW

## PILF LSI Matrix Rates With Adjustments
### Subtotaled by Attorney and Paraprofessional

| Date | Name | Time | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 04/08/2016 | Noel Johnson | 1:00 | 1.00 | 0.00 | $ 406.00 | $ 406.00 | $ - | Continue research re: stay motion |
| 04/08/2016 | Noel Johnson | 1:00 | 1.00 | 0.00 | $ 406.00 | $ 406.00 | $ - | Review stay motion briefing at DDC; research re: same |
| 04/11/2016 | Noel Johnson | 1:06 | 1.10 | 1.10 | $ 406.00 | $ 446.60 | $ 446.60 | Research IRM and IRS materials re: duties of defendants/offices |
| 04/12/2016 | Noel Johnson | 0:06 | 0.10 | 0.00 | $ 406.00 | $ 40.60 | $ - | Research re: recent Bivens decisions |
| 04/12/2016 | Noel Johnson | 0:42 | 0.70 | 0.70 | $ 406.00 | $ 284.20 | $ 284.20 | Email to JCE re: requested research on EO organization |
| 04/13/2016 | Noel Johnson | 3:30 | 3.50 | 1.75 | $ 403.00 | $ 1,410.50 | $ 705.25 | Travel to DC/Prep for moot |
| 04/13/2016 | Noel Johnson | 4:06 | 4.10 | 4.10 | $ 406.00 | $ 1,664.60 | $ 1,664.60 | Attend moot court for oral argument |
| 04/14/2016 | Noel Johnson | 3:30 | 3.50 | 1.75 | $ 406.00 | $ 1,421.00 | $ 710.50 | Travel back to Indy from oral argument |
| 04/14/2016 | Noel Johnson | 4:00 | 4.00 | 4.00 | $ 406.00 | $ 1,624.00 | $ 1,624.00 | DC Circuit oral argument; lunch with client after |
| 08/05/2016 | Noel Johnson | 0:30 | 0.50 | 0.50 | $ 421.00 | $ 210.50 | $ 210.50 | Review appellate decision; emails re: same |
| 09/29/2016 | Noel Johnson | 0:54 | 0.90 | 0.90 | $ 421.00 | $ 378.90 | $ 378.90 | PC re: TTV discovery; C with KLP re: same |
| 10/03/2016 | Noel Johnson | 0:30 | 0.50 | 0.50 | $ 421.00 | $ 210.50 | $ 210.50 | Review and edit draft outline of issues on appeal |
| 10/03/2016 | Noel Johnson | 1:18 | 1.30 | 1.30 | $ 421.00 | $ 547.30 | $ 547.30 | PC with ACLJ and Cinci |
| 10/14/2016 | Noel Johnson | 1:06 | 1.10 | 0.00 | $ 421.00 | $ 463.10 | $ - | Research re: cert petition upon final judgment |
| 10/19/2016 | Noel Johnson | 0:36 | 0.60 | 0.00 | $ 421.00 | $ 252.60 | $ - | PC with NorCal/ACLJ re: Bivens/injunctive relief |

\* Hours adjusted for unsuccessful claims and travel time.
Expenses adjusted for reimbursable and non-reimbursable.

Case 1:13-cv-00734-RBW   Document 169-12   Filed 06/27/19   Page 5 of 18
Case 1:13-cv-00734-RBW   Document 165-20   Filed 06/13/19   Page 287 of 300
1:13-cv-000734-RBW

## PILF LSI Matrix Rates With Adjustments
### Subtotaled by Attorney and Paraprofessional

| Date | Name | Time | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 10/20/2016 | Noel Johnson | 0:24 | 0.40 | 0.40 | $ 421.00 | $ 168.40 | $ 168.40 | Review transcript of DC status hearing |
| 10/25/2016 | Noel Johnson | 0:06 | 0.10 | 0.00 | $ 421.00 | $ 42.10 | $ - | Bivens cert petition |
| 10/26/2016 | Noel Johnson | 2:06 | 2.10 | 0.00 | $ 421.00 | $ 884.10 | $ - | Bivens cert petition |
| 10/27/2016 | Noel Johnson | 3:36 | 3.60 | 0.00 | $ 421.00 | $ 1,515.60 | $ - | Bivens cert petition |
| 10/28/2016 | Noel Johnson | 2:48 | 2.80 | 0.00 | $ 421.00 | $ 1,178.80 | $ - | Bivens cert petition |
| 10/31/2016 | Noel Johnson | 2:42 | 2.70 | 0.00 | $ 421.00 | $ 1,136.70 | $ - | Bivens cert petition |
| 11/01/2016 | Noel Johnson | 0:30 | 0.50 | 0.00 | $ 421.00 | $ 210.50 | $ - | Bivens cert petition |
| 11/02/2016 | Noel Johnson | 2:00 | 2.00 | 0.00 | $ 421.00 | $ 842.00 | $ - | Bivens cert petition |
| 11/03/2016 | Noel Johnson | 3:12 | 3.20 | 0.00 | $ 421.00 | $ 1,347.20 | $ - | Bivens cert petition |
| 11/04/2016 | Noel Johnson | 0:54 | 0.90 | 0.90 | $ 421.00 | $ 378.90 | $ 378.90 | Document review for hearing |
| 11/07/2016 | Noel Johnson | 0:36 | 0.60 | 0.60 | $ 421.00 | $ 252.60 | $ 252.60 | PC with team re: injunction/discovery |
| 11/07/2016 | Noel Johnson | 3:18 | 3.30 | 3.30 | $ 421.00 | $ 1,389.30 | $ 1,389.30 | Document review for hearing/work on affidavit of Engelbrecht |
| 11/08/2016 | Noel Johnson | 0:48 | 0.80 | 0.80 | $ 421.00 | $ 336.80 | $ 336.80 | PC with legal teams re: friday's filings |
| 11/08/2016 | Noel Johnson | 3:00 | 3.00 | 3.00 | $ 421.00 | $ 1,263.00 | $ 1,263.00 | Work on injunction/affidavit |
| 11/09/2016 | Noel Johnson | 1:06 | 1.10 | 1.10 | $ 421.00 | $ 463.10 | $ 463.10 | Work on injunction/affidavit |

\* Hours adjusted for unsuccessful claims and travel time.
Expenses adjusted for reimbursable and non-reimbursable.

Case 1:13-cv-00734-RBW  Document 169-12  Filed 06/27/19  Page 6 of 18
Case 1:13-cv-00734-RBW  Document 165-20  Filed 06/13/19  Page 288 of 300
1:13-cv-000734-RBW

## PILF LSI Matrix Rates With Adjustments
### Subtotaled by Attorney and Paraprofessional

| Date | Name | Time | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 11/10/2016 | Noel Johnson | 0:18 | 0.30 | 0.30 | $ 421.00 | $ 126.30 | $ 126.30 | PC with WD re: friday's filing |
| 11/10/2016 | Noel Johnson | 3:30 | 3.50 | 3.50 | $ 421.00 | $ 1,473.50 | $ 1,473.50 | Work on injunction/affidavit |
| 11/11/2016 | Noel Johnson | 0:24 | 0.40 | 0.40 | $ 421.00 | $ 168.40 | $ 168.40 | PC with client re: affidavit |
| 11/11/2016 | Noel Johnson | 4:18 | 4.30 | 4.30 | $ 421.00 | $ 1,810.30 | $ 1,810.30 | Work on injunction/affidavit |
| 11/14/2016 | Noel Johnson | 0:42 | 0.70 | 0.70 | $ 421.00 | $ 294.70 | $ 294.70 | Review IRS SJM |
| 11/14/2016 | Noel Johnson | 3:36 | 3.60 | 3.60 | $ 421.00 | $ 1,515.60 | $ 1,515.60 | Research re: 56(d) motion |
| 11/15/2016 | Noel Johnson | 0:30 | 0.50 | 0.50 | $ 421.00 | $ 210.50 | $ 210.50 | 56(d) motion |
| 11/15/2016 | Noel Johnson | 0:42 | 0.70 | 0.70 | $ 421.00 | $ 294.70 | $ 294.70 | PC with ACLJ re: Friday's hearing |
| 11/15/2016 | Noel Johnson | 0:42 | 0.70 | 0.70 | $ 421.00 | $ 294.70 | $ 294.70 | Research re: 56(d) motion |
| 11/16/2016 | Noel Johnson | 0:12 | 0.20 | 0.20 | $ 421.00 | $ 84.20 | $ 84.20 | PC with Carly Gammell re: Friday's hearing |
| 11/16/2016 | Noel Johnson | 0:18 | 0.30 | 0.30 | $ 421.00 | $ 126.30 | $ 126.30 | PC with Bill Davis re: discovery motion |
| 11/16/2016 | Noel Johnson | 1:48 | 1.80 | 1.80 | $ 421.00 | $ 757.80 | $ 757.80 | Outline for discovery requests for hearing |
| 11/17/2016 | Noel Johnson | 0:24 | 0.40 | 0.40 | $ 421.00 | $ 168.40 | $ 168.40 | Revise outline for discovery requests for hearing |
| 11/18/2016 | Noel Johnson | 0:36 | 0.60 | 0.60 | $ 421.00 | $ 252.60 | $ 252.60 | PC with team re: hearing |
| 12/06/2016 | Noel Johnson | 0:24 | 0.40 | 0.40 | $ 421.00 | $ 168.40 | $ 168.40 | Review transcript of status conference |

* Hours adjusted for unsuccessful claims and travel time.
Expenses adjusted for reimbursable and non-reimbursable.       Page 287 of 299

Case 1:13-cv-00734-RBW Document 169-12 Filed 06/27/19 Page 7 of 18
Case 1:13-cv-00734-RBW Document 165-20 Filed 06/13/19 Page 289 of 300
1:13-cv-000734-RBW

## PILF LSI Matrix Rates With Adjustments
### Subtotaled by Attorney and Paraprofessional

| Date | Name | Time | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 12/09/2016 | Noel Johnson | 1:12 | 1.20 | 0.00 | $ 421.00 | $ 505.20 | $ - | Research re: recent bivens actions at SCOTUS; email re: same |
| 12/12/2016 | Noel Johnson | 2:54 | 2.90 | 2.90 | $ 421.00 | $ 1,220.90 | $ 1,220.90 | Research and document review re: 56(d) motion/opp. to MSJ |
| 12/13/2016 | Noel Johnson | 2:06 | 2.10 | 2.10 | $ 421.00 | $ 884.10 | $ 884.10 | Research and document review re: 56(d) motion/opp. to MSJ |
| 12/14/2016 | Noel Johnson | 2:06 | 2.10 | 2.10 | $ 421.00 | $ 884.10 | $ 884.10 | Research and document review re: 56(d) motion/opp. to MSJ |
| 12/15/2016 | Noel Johnson | 2:12 | 2.20 | 2.20 | $ 421.00 | $ 926.20 | $ 926.20 | Research and document review re: 56(d) motion/opp. to MSJ |
| 12/16/2016 | Noel Johnson | 2:42 | 2.70 | 2.70 | $ 421.00 | $ 1,136.70 | $ 1,136.70 | Research and drafting re: 56(d) motion/opp. to MSJ |
| 12/20/2016 | Noel Johnson | 0:42 | 0.70 | 0.70 | $ 421.00 | $ 294.70 | $ 294.70 | Review Government's Answer; compare to Complaint |
| 12/20/2016 | Noel Johnson | 2:06 | 2.10 | 2.10 | $ 421.00 | $ 884.10 | $ 884.10 | Continue work on 56(d) motion |
| 12/21/2016 | Noel Johnson | 0:06 | 0.10 | 0.10 | $ 421.00 | $ 42.10 | $ 42.10 | Continue work on 56(d) motion |
| 01/04/2017 | Noel Johnson | 0:36 | 0.60 | 0.60 | $ 421.00 | $ 252.60 | $ 252.60 | Continue work on 56(d) motion; PC with KLP re: same |
| 01/04/2017 | Noel Johnson | 0:42 | 0.70 | 0.70 | $ 421.00 | $ 294.70 | $ 294.70 | PC with Carly Gammill re: 56(d) motion |
| 01/05/2017 | Noel Johnson | 2:24 | 2.40 | 2.40 | $ 421.00 | $ 1,010.40 | $ 1,010.40 | Continue work on 56(d) motion; research for same |
| 01/06/2017 | Noel Johnson | 1:00 | 1.00 | 1.00 | $ 421.00 | $ 421.00 | $ 421.00 | Continue work on 56(d) motion; research for same |

* Hours adjusted for unsuccessful claims and travel time.
Expenses adjusted for reimbursable and non-reimbursable.

Page 288 of 299

Case 1:13-cv-00734-RBW   Document 169-12   Filed 06/27/19   Page 8 of 18
Case 1:13-cv-00734-RBW   Document 165-20   Filed 06/13/19   Page 290 of 300
1:13-cv-000734-RBW

## PILF LSI Matrix Rates With Adjustments
### Subtotaled by Attorney and Paraprofessional

| Date | Name | Time | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 01/09/2017 | Noel Johnson | 0:18 | 0.30 | 0.00 | $ 421.00 | $ 126.30 | $ - | Review recent SCOTUS decision on qualified immunity |
| 01/09/2017 | Noel Johnson | 2:48 | 2.80 | 2.80 | $ 421.00 | $ 1,178.80 | $ 1,178.80 | Continue work on 56(d) motion; research for same |
| 01/10/2017 | Noel Johnson | 6:36 | 6.60 | 6.60 | $ 421.00 | $ 2,778.60 | $ 2,778.60 | Continue work on 56(d) motion; research for same |
| 01/11/2017 | Noel Johnson | 2:30 | 2.50 | 2.50 | $ 421.00 | $ 1,052.50 | $ 1,052.50 | Continue work on 56(d) motion; research for same |
| 01/12/2017 | Noel Johnson | 0:36 | 0.60 | 0.60 | $ 421.00 | $ 252.60 | $ 252.60 | PC with Bill and Cleta re: MSJ/56(d) filings |
| 01/12/2017 | Noel Johnson | 4:12 | 4.20 | 4.20 | $ 421.00 | $ 1,768.20 | $ 1,768.20 | Continue work on 56(d) motion; research for same |
| 01/13/2017 | Noel Johnson | 5:00 | 5.00 | 5.00 | $ 421.00 | $ 2,105.00 | $ 2,105.00 | Continue work on 56(d) motion; research for same |
| 01/16/2017 | Noel Johnson | 0:42 | 0.70 | 0.70 | $ 421.00 | $ 294.70 | $ 294.70 | Continue work on 56(d) motion; research for same |
| 01/17/2017 | Noel Johnson | 4:18 | 4.30 | 4.30 | $ 421.00 | $ 1,810.30 | $ 1,810.30 | Continue work on 56(d) motion; research for same |
| 01/18/2017 | Noel Johnson | 5:54 | 5.90 | 5.90 | $ 421.00 | $ 2,483.90 | $ 2,483.90 | Continue work on 56(d) motion; research for same |
| 01/19/2017 | Noel Johnson | 8:30 | 8.50 | 8.50 | $ 421.00 | $ 3,578.50 | $ 3,578.50 | Continue work on opp. to MSJ, 56(d) motion, Facts, file same |
| 01/22/2017 | Noel Johnson | 1:00 | 1.00 | 0.00 | $ 421.00 | $ 421.00 | $ - | Proof SCOTUS Cert Reply |
| 01/23/2017 | Noel Johnson | 1:30 | 1.50 | 0.00 | $ 421.00 | $ 631.50 | $ - | Continue work/communicatio re: SCOTUS Cert Reply |
| 02/13/2017 | Noel Johnson | 3:00 | 3.00 | 3.00 | $ 421.00 | $ 1,263.00 | $ 1,263.00 | 56(d) Reply |
| 02/14/2017 | Noel Johnson | 0:18 | 0.30 | 0.30 | $ 421.00 | $ 126.30 | $ 126.30 | Review Governments SJ Reply brief |

\* Hours adjusted for unsuccessful claims and travel time.
Expenses adjusted for reimbursable and non-reimbursable.

Case 1:13-cv-00734-RBW Document 169-12 Filed 06/27/19 Page 9 of 18
Case 1:13-cv-00734-RBW Document 165-20 Filed 06/13/19 Page 291 of 300
1:13-cv-000734-RBW

## PILF LSI Matrix Rates With Adjustments
### Subtotaled by Attorney and Paraprofessional

| Date | Name | Time | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 02/14/2017 | Noel Johnson | 0:36 | 0.60 | 0.60 | $ 421.00 | $ 252.60 | $ 252.60 | PC with Z Street counsel |
| 02/21/2017 | Noel Johnson | 0:12 | 0.20 | 0.20 | $ 421.00 | $ 84.20 | $ 84.20 | Compile cases for Bill for argument. |
| 02/21/2017 | Noel Johnson | 0:48 | 0.80 | 0.80 | $ 421.00 | $ 336.80 | $ 336.80 | Drafting; research; email re: withdrawal |
| 02/22/2017 | Noel Johnson | 0:12 | 0.20 | 0.20 | $ 421.00 | $ 84.20 | $ 84.20 | Transition of attorneys matters |
| ATTORNEY NOEL JOHNSON SUBTOTAL | | | 1131.00 | 829.44 | | $ 406,334.90 | $ 303,472.22 | |
| 06/16/2014 | Raina Wallace | 3:48 | 3.80 | 3.80 | $ 179.00 | $ 680.20 | $ 680.20 | RW- RS spoliation of evidence |
| 06/17/2014 | Raina Wallace | 3:48 | 3.80 | 3.80 | $ 179.00 | $ 680.20 | $ 680.20 | RW- RS Spoliation and Forensic Examination |
| 06/18/2014 | Raina Wallace | 1:30 | 1.50 | 1.50 | $ 179.00 | $ 268.50 | $ 268.50 | RW- RS definitions of "likelihood of success". |
| 06/18/2014 | Raina Wallace | 2:00 | 2.00 | 2.00 | $ 179.00 | $ 358.00 | $ 358.00 | RW- RS standard for preliminary injunction. |
| 06/18/2014 | Raina Wallace | 2:18 | 2.30 | 2.30 | $ 179.00 | $ 411.70 | $ 411.70 | RW- Looking for news media and familiarizing myself with Lois Lerner Scandal. |
| 06/20/2014 | Raina Wallace | 3:00 | 3.00 | 3.00 | $ 179.00 | $ 537.00 | $ 537.00 | RW- RS Expedited Discovery |
| 06/20/2014 | Raina Wallace | 4:00 | 4.00 | 4.00 | $ 179.00 | $ 716.00 | $ 716.00 | RW- RS Preservation of Evidence |
| 06/23/2014 | Raina Wallace | 0:30 | 0.50 | 0.50 | $ 179.00 | $ 89.50 | $ 89.50 | RW- Look over Preservation of Evidence RS, and Preliminary Injunction RS. |

\* Hours adjusted for unsuccessful claims and travel time.
Expenses adjusted for reimbursable and non-reimbursable.

Case 1:13-cv-00734-RBW   Document 169-12   Filed 06/27/19   Page 10 of 18
Case 1:13-cv-00734-RBW   Document 165-20   Filed 06/13/19   Page 292 of 300
1:13-cv-000734-RBW

## PILF LSI Matrix Rates With Adjustments
### Subtotaled by Attorney and Paraprofessional

| Date | Name | Time | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 06/23/2014 | Raina Wallace | 0:30 | 0.50 | 0.50 | $ 179.00 | $ 89.50 | $ 89.50 | RW- Retrieving documents from Docket (United States v. Sum of $70,990,605) |
| 06/23/2014 | Raina Wallace | 0:30 | 0.50 | 0.50 | $ 179.00 | $ 89.50 | $ 89.50 | RW- RS Is Washington Metro (DC) Still Good Law after Winter (Supreme Court). |
| 06/23/2014 | Raina Wallace | 1:30 | 1.50 | 1.50 | $ 179.00 | $ 268.50 | $ 268.50 | RW- LR Is there precedence for a court compelling a 26(f) conference while a motion to dismiss is p |
| 06/25/2014 | Raina Wallace | 1:00 | 1.00 | 1.00 | $ 179.00 | $ 179.00 | $ 179.00 | RW- Searching Koskinen 6/23 Testimony and looking over Forensic Examination/ Motion to Preserve Res |
| 06/25/2014 | Raina Wallace | 1:30 | 1.50 | 1.50 | $ 179.00 | $ 268.50 | $ 268.50 | RW- Search 6/24 testimony of O'Connor and Ferriero |
| 06/25/2014 | Raina Wallace | 2:48 | 2.80 | 2.80 | $ 179.00 | $ 501.20 | $ 501.20 | RW- Searching Koskinen 6/23 Testimony for information questioning the integrity of IRS computer sys |
| 06/26/2014 | Raina Wallace | 0:24 | 0.40 | 0.40 | $ 179.00 | $ 71.60 | $ 71.60 | RW- Search FRCP and Local Rules of DDC for rule to substitute commissioner. |
| 06/26/2014 | Raina Wallace | 2:00 | 2.00 | 2.00 | $ 179.00 | $ 358.00 | $ 358.00 | RW- Search Ferriero Testimony for Motion to Preserve. |
| 06/30/2014 | Raina Wallace | 1:30 | 1.50 | 1.50 | $ 179.00 | $ 268.50 | $ 268.50 | RW- Help KLP prepare for the PI motion by finding written testimony, look up D.D.C local rules, and |

\* Hours adjusted for unsuccessful claims and travel time.
Expenses adjusted for reimbursable and non-reimbursable.

Case 1:13-cv-00734-RBW   Document 169-12   Filed 06/27/19   Page 11 of 18
Case 1:13-cv-00734-RBW   Document 165-20   Filed 06/13/19   Page 293 of 300
1:13-cv-000734-RBW

## PILF LSI Matrix Rates With Adjustments
### Subtotaled by Attorney and Paraprofessional

| Date | Name | Time | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 06/30/2014 | Raina Wallace | 3:00 | 3.00 | 3.00 | $ 179.00 | $ 537.00 | $ 537.00 | RW- Check Citations of Motion for PI/Preserve Evidence |
| 07/08/2014 | Raina Wallace | 0:18 | 0.30 | 0.30 | $ 179.00 | $ 53.70 | $ 53.70 | RW- Find TIGTA Reports. |
| 07/08/2014 | Raina Wallace | 1:00 | 1.00 | 1.00 | $ 179.00 | $ 179.00 | $ 179.00 | RW- Read responses to motion for PI and to expedite discovery |
| 07/08/2014 | Raina Wallace | 1:00 | 1.00 | 1.00 | $ 179.00 | $ 179.00 | $ 179.00 | RW- Search for IRS employment Data. |
| 07/08/2014 | Raina Wallace | 4:12 | 4.20 | 0.00 | $ 179.00 | $ 751.80 | $ - | RW- RS 532 U.S. 483 and whether the corut has the authority to waive a Sec. 6103 obligation. |
| 07/09/2014 | Raina Wallace | 0:54 | 0.90 | 0.90 | $ 179.00 | $ 161.10 | $ 161.10 | RW- Download Cases for Reply to Gov Response to Motion for PI |
| 07/09/2014 | Raina Wallace | 1:00 | 1.00 | 1.00 | $ 179.00 | $ 179.00 | $ 179.00 | RW- P Case Summaries (Facts) for OA. |
| 07/09/2014 | Raina Wallace | 1:18 | 1.30 | 1.30 | $ 179.00 | $ 232.70 | $ 232.70 | RW- P Case Summaries (Holdings) for OA. |
| 07/09/2014 | Raina Wallace | 1:42 | 1.70 | 1.70 | $ 179.00 | $ 304.30 | $ 304.30 | RW- Search for Main DDC Spoliation Cases and adding them to Case Summaries List for OA |
| 07/10/2014 | Raina Wallace | 1:00 | 1.00 | 1.00 | $ 179.00 | $ 179.00 | $ 179.00 | RW- Download cases from governments response |
| 07/10/2014 | Raina Wallace | 2:30 | 2.50 | 2.50 | $ 179.00 | $ 447.50 | $ 447.50 | RW- Filling in facts and holdings of case summaries |
| 07/28/2014 | Raina Wallace | 0:15 | 0.30 | 0.30 | $ 179.00 | $ 53.70 | $ 53.70 | RW- Pull Judicial watch docket |

\* Hours adjusted for unsuccessful claims and travel time.
Expenses adjusted for reimbursable and non-reimbursable.          Page 292 of 299

**PILF LSI Matrix Rates With Adjustments**
**Subtotaled by Attorney and Paraprofessional**

1:13-cv-000734-RBW

| Date | Name | Time | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 07/28/2014 | Raina Wallace | 0:30 | 0.50 | 0.50 | $ 179.00 | $ 89.50 | $ 89.50 | RW- Read affidavits and search for conflicting statements about recoverable data. |
| 07/28/2014 | Raina Wallace | 1:18 | 1.30 | 1.30 | $ 179.00 | $ 232.70 | $ 232.70 | RW- Search for evidence of conflicting IRS statements about recoverable data. |
| 07/28/2014 | Raina Wallace | 2:00 | 2.00 | 2.00 | $ 179.00 | $ 358.00 | $ 358.00 | RW- Watch video of Koskinen Hearing and search for conflicting statements a bout recoverable data. |
| NON-ATTORNEY RAINA WALLACE SUBTOTAL | | | 54.60 | 50.40 | | $ 9,773.40 | $ 9,021.60 | |
| 05/13/2013 | Zachary Kester | 0:18 | 0.30 | 0.00 | $ 384.00 | $ 115.20 | $ - | ZSK- Email Catherine legal services agreement (n/c) |
| 05/13/2013 | Zachary Kester | 0:48 | 0.80 | 0.60 | $ 384.00 | $ 307.20 | $ 230.40 | ZSK- C KLP and NHJ to discuss RS and strategy, needs for complaint |
| 05/13/2013 | Zachary Kester | 1:06 | 1.10 | 0.00 | $ 384.00 | $ 422.40 | $ - | ZSK- RS in 7431 damages; email Cleta and team re same |
| 05/14/2013 | Zachary Kester | 1:36 | 1.60 | 1.60 | $ 384.00 | $ 614.40 | $ 614.40 | ZSK- Mine articles for facts to put in out complaint that bolster our claims |
| 05/14/2013 | Zachary Kester | 3:36 | 3.60 | 2.90 | $ 384.00 | $ 1,382.40 | $ 1,113.60 | ZSK- Review complaint; make suggested revisions; C Noel re same and re 509(a)(2) status; review art |

\* Hours adjusted for unsuccessful claims and travel time.
Expenses adjusted for reimbursable and non-reimbursable.      Page 293 of 299

Case 1:13-cv-00734-RBW   Document 169-12   Filed 06/27/19   Page 13 of 18
Case 1:13-cv-00734-RBW   Document 165-20   Filed 06/13/19   Page 295 of 300
1:13-cv-000734-RBW

## PILF LSI Matrix Rates With Adjustments
### Subtotaled by Attorney and Paraprofessional

| Date | Name | Time | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 05/15/2013 | Zachary Kester | 0:06 | 0.10 | 0.10 | $ 384.00 | $ 38.40 | $ 38.40 | ZSK- Respond to JF re pro hac vice applications |
| 05/15/2013 | Zachary Kester | 0:18 | 0.30 | 0.00 | $ 384.00 | $ 115.20 | $ - | ZSK- Email Catherine the executed agreement |
| 05/15/2013 | Zachary Kester | 0:24 | 0.40 | 0.40 | $ 384.00 | $ 153.60 | $ 153.60 | ZSK- C NHJ re EO Journal transcript of Lois Lerner comments |
| 05/15/2013 | Zachary Kester | 0:48 | 0.80 | 0.80 | $ 384.00 | $ 307.20 | $ 307.20 | ZSK- Email group re sealing and re the complaint; re 509 status, etc |
| 05/15/2013 | Zachary Kester | 3:06 | 3.10 | 0.00 | $ 384.00 | $ 1,190.40 | $ - | ZSK- R personal jurisdiction case; C NHJ re same; C KLP re same; PC ACLJ re Bivens and APA; C NHJ r |
| 05/19/2013 | Zachary Kester | 0:06 | 0.10 | 0.10 | $ 384.00 | $ 38.40 | $ 38.40 | ZSK- Review filing fees and ask SLP to P pmt for same |
| 05/19/2013 | Zachary Kester | 0:42 | 0.70 | 0.60 | $ 384.00 | $ 268.80 | $ 230.40 | ZSK- R complaint and make comments/revisions to same |
| 05/20/2013 | Zachary Kester | 0:18 | 0.30 | 0.20 | $ 384.00 | $ 115.20 | $ 76.80 | ZSK- R complaint, comment |
| 05/20/2013 | Zachary Kester | 0:36 | 0.60 | 0.60 | $ 384.00 | $ 230.40 | $ 230.40 | ZSK- Trip to office from home to sign PHV; C KLP re complaint and filing |
| 05/20/2013 | Zachary Kester | 0:54 | 0.90 | 0.00 | $ 384.00 | $ 345.60 | $ - | ZSK- R press release and website news fee; email to Cleta, JF, etc re same |
| 05/21/2013 | Zachary Kester | 2:06 | 2.10 | 2.10 | $ 384.00 | $ 806.40 | $ 806.40 | ZSK- Email JF; Cleta; many others with copies of the complaint; work with staff on service of proce |

\* Hours adjusted for unsuccessful claims and travel time.
Expenses adjusted for reimbursable and non-reimbursable.

Case 1:13-cv-00734-RBW   Document 169-12   Filed 06/27/19   Page 14 of 18
Case 1:13-cv-00734-RBW   Document 165-20   Filed 06/13/19   Page 296 of 300
1:13-cv-000734-RBW

**PILF LSI Matrix Rates With Adjustments**
**Subtotaled by Attorney and Paraprofessional**

| Date | Name | Time | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 05/22/2013 | Zachary Kester | 0:06 | 0.10 | 0.10 | $ 384.00 | $ 38.40 | $ 38.40 | ZSK- Submit PHV form |
| 05/22/2013 | Zachary Kester | 0:48 | 0.80 | 0.80 | $ 384.00 | $ 307.20 | $ 307.20 | ZSK- Email Pete Lepiscopo and the ADF list serve the complaint and various documents; field questio |
| 05/23/2013 | Zachary Kester | 0:06 | 0.10 | 0.10 | $ 384.00 | $ 38.40 | $ 38.40 | ZSK- Email ECF from to Court |
| 05/23/2013 | Zachary Kester | 0:18 | 0.30 | 0.00 | $ 384.00 | $ 115.20 | $ - | ZSK- Review articles and press; email KLP and NHJ re same |
| 05/29/2013 | Zachary Kester | 0:12 | 0.20 | 0.20 | $ 384.00 | $ 76.80 | $ 76.80 | ZSK- C interns and NHJ re arguments and re assignments |
| 05/31/2013 | Zachary Kester | 0:06 | 0.10 | 0.10 | $ 384.00 | $ 38.40 | $ 38.40 | ZSK- Email Carly Gamill re process server |
| 06/03/2013 | Zachary Kester | 1:00 | 1.00 | 0.90 | $ 393.00 | $ 393.00 | $ 353.70 | ZSK- R media coverage, tax blog, and legal periodicals for legal theories; conduct RS into APA and |
| 06/04/2013 | Zachary Kester | 0:30 | 0.50 | 0.40 | $ 393.00 | $ 196.50 | $ 157.20 | ZSK- C NHJ and KLP re amending complaint. |
| 06/07/2013 | Zachary Kester | 0:30 | 0.50 | 0.50 | $ 393.00 | $ 196.50 | $ 196.50 | ZSK- PC Cleta, John, NHJ, and KLP re discovery questions. |
| 06/07/2013 | Zachary Kester | 0:30 | 0.50 | 0.50 | $ 393.00 | $ 196.50 | $ 196.50 | ZSK- Review discovery examplars; email Mike Wilkins re same; email KP & NJ exemplars; review Cleta' |

\* Hours adjusted for unsuccessful claims and travel time.
Expenses adjusted for reimbursable and non-reimbursable.        Page 295 of 299

## PILF LSI Matrix Rates With Adjustments
### Subtotaled by Attorney and Paraprofessional

| Date | Name | Time | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 06/10/2013 | Zachary Kester | 0:42 | 0.70 | 0.70 | $ 393.00 | $ 275.10 | $ 275.10 | ZSK- Review articles describing IRS agents' names and roles in leaks; research names and contact in |
| 06/10/2013 | Zachary Kester | 1:30 | 1.50 | 1.50 | $ 393.00 | $ 589.50 | $ 589.50 | ZSK- RV budget for Cleta; send email re same |
| 06/11/2013 | Zachary Kester | 1:00 | 1.00 | 1.00 | $ 393.00 | $ 393.00 | $ 393.00 | ZSK- RV buget per Cleta's comments; resend same |
| 06/12/2013 | Zachary Kester | 0:12 | 0.20 | 0.20 | $ 393.00 | $ 78.60 | $ 78.60 | ZSK- R articles and current news; email KLP and NHJ re same |
| 06/14/2013 | Zachary Kester | 2:30 | 2.50 | 2.50 | $ 393.00 | $ 982.50 | $ 982.50 | ZSK- PC KLP; NHJ; Cleta, etc re strategy; brainstorm re PI theories and request for relief |
| 06/19/2013 | Zachary Kester | 0:18 | 0.30 | 0.30 | $ 393.00 | $ 117.90 | $ 117.90 | ZSK- R Z Street briefing; email NHJ and KLP re same |
| 06/21/2013 | Zachary Kester | 0:24 | 0.40 | 0.40 | $ 393.00 | $ 157.20 | $ 157.20 | ZSK- R legal arguments discussed on TaxProf blog, etc |
| 06/24/2013 | Zachary Kester | 0:18 | 0.30 | 0.30 | $ 393.00 | $ 117.90 | $ 117.90 | ZSK- R EO Journal for add'l Defendant's names and roles |
| 06/26/2013 | Zachary Kester | 0:30 | 0.50 | 0.50 | $ 393.00 | $ 196.50 | $ 196.50 | ZSK- Review new facts not reported in TIGTA re "progressive" and "occupy" and whether disparate tre |
| 07/22/2013 | Zachary Kester | 1:42 | 1.70 | 1.70 | $ 393.00 | $ 668.10 | $ 668.10 | ZSK- Review Congressional testimony of Carter Hull and several others to ascertain relevant facts a |

\* Hours adjusted for unsuccessful claims and travel time.
Expenses adjusted for reimbursable and non-reimbursable.

Page 296 of 299

Case 1:13-cv-00734-RBW   Document 169-12   Filed 06/27/19   Page 16 of 18
Case 1:13-cv-00734-RBW   Document 165-20   Filed 06/13/19   Page 298 of 300
1:13-cv-000734-RBW

## PILF LSI Matrix Rates With Adjustments
### Subtotaled by Attorney and Paraprofessional

| Date | Name | Time | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 07/23/2013 | Zachary Kester | 0:06 | 0.10 | 0.00 | $ 393.00 | $ 39.30 | $ - | ZSK- Email Cleta and Cath re payment of process server (N/C) |
| 07/24/2013 | Zachary Kester | 0:36 | 0.60 | 0.60 | $ 393.00 | $ 235.80 | $ 235.80 | ZSK- Review and email KP & NJ on roles of IRS GC and President's OLC and discussed significance of |
| 07/26/2013 | Zachary Kester | 0:18 | 0.30 | 0.30 | $ 393.00 | $ 117.90 | $ 117.90 | ZSK- Review of agreement with Foley and ask BAB to review; send comments on to Cath |
| 08/02/2013 | Zachary Kester | 0:18 | 0.30 | 0.00 | $ 393.00 | $ 117.90 | $ - | ZSK- R Issa 6103 concerns; email NHJ re same. |
| 08/02/2013 | Zachary Kester | 0:30 | 0.50 | 0.50 | $ 393.00 | $ 196.50 | $ 196.50 | ZSK- R evidence of Lerner/FEC emails; evidence of wrongdoing, C NHJ re same. |
| 08/07/2013 | Zachary Kester | 0:18 | 0.30 | 0.30 | $ 393.00 | $ 117.90 | $ 117.90 | ZSK- R developments in EO law and IRS position on "political intervention"; identify the number of |
| 08/08/2013 | Zachary Kester | 1:00 | 1.00 | 1.00 | $ 393.00 | $ 393.00 | $ 393.00 | ZSK- Review articles on the structure and operation of the IRS office of chief counsel and command |
| 08/09/2013 | Zachary Kester | 0:18 | 0.30 | 0.00 | $ 393.00 | $ 117.90 | $ - | ZSK- R IRS authority to tell others agencies under 6103 |
| 08/11/2013 | Zachary Kester | 1:18 | 1.30 | 1.30 | $ 393.00 | $ 510.90 | $ 510.90 | ZSK- review EO Journal and prospect of adding Lois Lerner's advisor as a defendant; email KP & NJ r |

* Hours adjusted for unsuccessful claims and travel time.
Expenses adjusted for reimbursable and non-reimbursable.

Case 1:13-cv-00734-RBW   Document 169-12   Filed 06/27/19   Page 17 of 18
Case 1:13-cv-00734-RBW   Document 165-20   Filed 06/13/19   Page 299 of 300
1:13-cv-000734-RBW

**PILF LSI Matrix Rates With Adjustments**
**Subtotaled by Attorney and Paraprofessional**

| Date | Name | Time | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 08/19/2013 | Zachary Kester | 0:12 | 0.20 | 0.20 | $ 393.00 | $ 78.60 | $ 78.60 | ZSK- R TTV contract from Cath; email BAB re same. |
| 08/19/2013 | Zachary Kester | 0:48 | 0.80 | 0.80 | $ 393.00 | $ 314.40 | $ 314.40 | ZSK- Review articles from weekend re Lois Lerner's personal email use; analyze liability under that |
| 08/29/2013 | Zachary Kester | 0:18 | 0.30 | 0.30 | $ 393.00 | $ 117.90 | $ 117.90 | ZSK- Review EO Journal postings re Holly Paz' position on being a party to the suit and for possibl |
| 09/11/2013 | Zachary Kester | 0:12 | 0.20 | 0.20 | $ 393.00 | $ 78.60 | $ 78.60 | ZSK- C NHJ re "determine" in 7433 and 7428. |
| 09/23/2013 | Zachary Kester | 0:18 | 0.30 | 0.20 | $ 393.00 | $ 117.90 | $ 78.60 | ZSK- R Mtn to dismiss; C KLP re same. |
| 10/12/2013 | Zachary Kester | 0:30 | 0.50 | 0.50 | $ 393.00 | $ 196.50 | $ 196.50 | ZSK- R locl rule for w/d; D notice of same and look at filing rule; PC NHJ re same; email NHJ re sa |
| ATORNEY ZACHARY KESTER SUBTOTAL | | | 37.00 | 28.90 | | $ 14,375.40 | $ 11,256.00 | |
| | | | | | | | | |
| GRAND SUBTOTALS | | | 2525.50 | 1999.54 | | $ 947,145.00 | $ 761,729.62 | |
| | | | | | | | | |
| Reply (Doc. 156) Adjustments | | | | | | | $ (19,728.80) | |
| | | | | | | | | |

\* Hours adjusted for unsuccessful claims and travel time.
Expenses adjusted for reimbursable and non-reimbursable.          Page 298 of 299

**PILF LSI Matrix Rates With Adjustments**
**Subtotaled by Attorney and Paraprofessional**

1:13-cv-000734-RBW

| Date | Name | Time | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|---|
| GRAND TOTAL AFTER REPLY ADJUSTMENTS | | | | | | | $ 742,000.82 | |

* Hours adjusted for unsuccessful claims and travel time.
Expenses adjusted for reimbursable and non-reimbursable.     Page 299 of 299