**Foley Lardner LLP LSI Matrix Rates With Adjustments**
**Subtotaled by Attorney and Paraprofessional**

1:13-cv-000734-RBW

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Laffey Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 6/15/2014 | William E. Davis | 1.00 | 1.00 | $ 790.00 | $ 790.00 | $ 790.00 | Review and revise demand letter. |
| 6/16/2014 | William E. Davis | 0.50 | 0.50 | $ 790.00 | $ 395.00 | $ 395.00 | Review discovery letter. |
| 6/18/2014 | William E. Davis | 0.50 | 0.50 | $ 790.00 | $ 395.00 | $ 395.00 | Review IRS and other defendants' responses to spoliation letter. |
| 6/19/2014 | William E. Davis | 1.00 | 1.00 | $ 790.00 | $ 790.00 | $ 790.00 | Miscellaneous communications and conferences regarding meet and confer. |
| 6/23/2014 | William E. Davis | 2.00 | 2.00 | $ 790.00 | $ 1,580.00 | $ 1,580.00 | Conference regarding meet and confer meeting. |
| 6/24/2014 | William E. Davis | 2.00 | 2.00 | $ 790.00 | $ 1,580.00 | $ 1,580.00 | Conferences regarding meet and confer. |
| 6/26/2014 | William E. Davis | 1.50 | 1.50 | $ 790.00 | $ 1,185.00 | $ 1,185.00 | Review motion for preliminary injunction. |
| 6/27/2014 | William E. Davis | 2.00 | 2.00 | $ 790.00 | $ 1,580.00 | $ 1,580.00 | Review motion for preliminary injunction and motion for expedited discovery. |
| 6/30/2014 | William E. Davis | 3.50 | 2.50 | $ 790.00 | $ 2,765.00 | $ 1,975.00 | Review and edit motion for forensic examination; review motion to dismiss filings. |
| 7/1/2014 | William E. Davis | 3.00 | 3.00 | $ 790.00 | $ 2,370.00 | $ 2,370.00 | Attend to various issues related to motion for preliminary injunction. |
| 7/2/2014 | William E. Davis | 2.50 | 2.50 | $ 790.00 | $ 1,975.00 | $ 1,975.00 | Miscellaneous conference calls regarding hearing of July 11, 2014. |
| 7/3/2014 | William E. Davis | 5.00 | 5.00 | $ 790.00 | $ 3,950.00 | $ 3,950.00 | Prepare for hearing on motion for preliminary injunction; interview two forensic experts. |
| 7/7/2014 | William E. Davis | 2.00 | 2.00 | $ 790.00 | $ 1,580.00 | $ 1,580.00 | Prepare for hearing on motion for preliminary injunction. |
| 7/8/2014 | William E. Davis | 3.00 | 3.00 | $ 790.00 | $ 2,370.00 | $ 2,370.00 | Prepare for hearing on motion for preliminary injunction. |

\* Hours Adjusted for unsuccessful claims and travel time.
Expenses adjusted for reimbursable and non-reimbursable.       Page 134 of 140

**Foley Lardner LLP LSI Matrix Rates With Adjustments**
**Subtotaled by Attorney and Paraprofessional**

1:13-cv-000734-RBW

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Laffey Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 7/9/2014 | William E. Davis | 4.00 | 4.00 | $ 790.00 | $ 3,160.00 | $ 3,160.00 | Prepare for hearing on motion for preliminary injunction. |
| 7/10/2014 | William E. Davis | 8.00 | 4.00 | $ 790.00 | $ 6,320.00 | $ 3,160.00 | Travel to Washington, D.C.; prepare for hearing on motion for preliminary injunction. |
| 7/11/2014 | William E. Davis | 6.50 | 3.25 | $ 790.00 | $ 5,135.00 | $ 2,567.50 | Attend hearing on motion for preliminary injunction; travel to Miami. |
| 7/18/2014 | William E. Davis | 1.00 | 1.00 | $ 790.00 | $ 790.00 | $ 790.00 | Review IRS declarations. |
| 7/21/2014 | William E. Davis | 1.00 | 1.00 | $ 790.00 | $ 790.00 | $ 790.00 | Review supplemental filing and conference call regarding same. |
| 7/22/2014 | William E. Davis | 0.50 | 0.50 | $ 790.00 | $ 395.00 | $ 395.00 | Review and revise notice of supplemental authority. |
| 7/24/2014 | William E. Davis | 0.50 | 0.50 | $ 790.00 | $ 395.00 | $ 395.00 | Strategy conference. |
| 7/28/2014 | William E. Davis | 0.50 | 0.50 | $ 790.00 | $ 395.00 | $ 395.00 | Attend all counsel conference call; teleconference with Cleta Mitchell. |
| 7/29/2014 | William E. Davis | 0.50 | 0.50 | $ 790.00 | $ 395.00 | $ 395.00 | Review correspondence. |
| 8/1/2014 | William E. Davis | 1.00 | 1.00 | $ 790.00 | $ 790.00 | $ 790.00 | Miscellaneous correspondence regarding responsive filing to IRS declarations. |
| 8/5/2014 | William E. Davis | 1.00 | 1.00 | $ 790.00 | $ 790.00 | $ 790.00 | Review motion to conduct cross examination. |
| 8/26/2014 | William E. Davis | 1.00 | 1.00 | $ 790.00 | $ 790.00 | $ 790.00 | Teleconference regarding discovery issue. |
| 9/2/2014 | William E. Davis | 1.00 | 1.00 | $ 790.00 | $ 790.00 | $ 790.00 | Draft correspondence regarding meet and confer. |
| 9/3/2014 | William E. Davis | 1.00 | 1.00 | $ 790.00 | $ 790.00 | $ 790.00 | Review correspondence regarding COG and COOP. |
| 9/4/2014 | William E. Davis | 1.00 | 1.00 | $ 790.00 | $ 790.00 | $ 790.00 | Meet and confer conference. |

\* Hours Adjusted for unsuccessful claims and travel time.
Expenses adjusted for reimbursable and non-reimbursable.      Page 135 of 140

Case 1:13-cv-00734-RBW   Document 169-16   Filed 06/27/19   Page 3 of 7
Case 1:13-cv-00734-RBW   Document 165-21   Filed 06/13/19   Page 137 of 141
1:13-cv-000734-RBW

## Foley Lardner LLP LSI Matrix Rates With Adjustments
### Subtotaled by Attorney and Paraprofessional

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Laffey Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 9/8/2014 | William E. Davis | 1.00 | 1.00 | $ 790.00 | $ 790.00 | $ 790.00 | Review IRS filings. |
| 9/10/2014 | William E. Davis | 0.50 | 0.50 | $ 790.00 | $ 395.00 | $ 395.00 | Review correspondence to DOJ. |
| 10/23/2014 | William E. Davis | 2.00 | 2.00 | $ 790.00 | $ 1,580.00 | $ 1,580.00 | Review court orders. |
| 10/27/2014 | William E. Davis | 1.50 | 1.50 | $ 790.00 | $ 1,185.00 | $ 1,185.00 | Conference call with client regarding strategy. |
| 12/10/2014 | William E. Davis | 2.00 | 2.00 | $ 790.00 | $ 1,580.00 | $ 1,580.00 | Review proposed correspondence; conference regarding notice of appeal. |
| 1/8/2015 | William E. Davis | 1.00 | 1.00 | $ 790.00 | $ 790.00 | $ 790.00 | Review designations of Clerk; draft correspondence regarding same. |
| 1/26/2015 | William E. Davis | 1.00 | 1.00 | $ 790.00 | $ 790.00 | $ 790.00 | Conference call regarding appeal. |
| 2/27/2015 | William E. Davis | 1.50 | 1.50 | $ 790.00 | $ 1,185.00 | $ 1,185.00 | Attend strategy conference. |
| 3/10/2015 | William E. Davis | 1.50 | 1.50 | $ 790.00 | $ 1,185.00 | $ 1,185.00 | Conference regarding briefing schedule. |
| 3/26/2015 | William E. Davis | 1.00 | 1.00 | $ 790.00 | $ 790.00 | $ 790.00 | Attend to appellate issues. |
| 3/27/2015 | William E. Davis | 2.00 | 2.00 | $ 790.00 | $ 1,580.00 | $ 1,580.00 | Teleconference regarding briefing schedule; review legal issues in the ACLJ matter. |
| 3/30/2015 | William E. Davis | 2.00 | 2.00 | $ 790.00 | $ 1,580.00 | $ 1,580.00 | Review issues and correspondence regarding consolidation of appeals. |
| 4/7/2015 | William E. Davis | 1.50 | 1.50 | $ 790.00 | $ 1,185.00 | $ 1,185.00 | Miscellaneous correspondence regarding briefing schedule. |
| 4/9/2015 | William E. Davis | 0.50 | 0.50 | $ 790.00 | $ 395.00 | $ 395.00 | Review correspondence regarding briefing schedule. |
| 4/13/2015 | William E. Davis | 3.80 | 3.80 | $ 790.00 | $ 3,002.00 | $ 3,002.00 | Extensive conference regarding appeal issues. |

\* Hours Adjusted for unsuccessful claims and travel time.
Expenses adjusted for reimbursable and non-reimbursable.

Case 1:13-cv-00734-RBW   Document 169-16   Filed 06/27/19   Page 4 of 7
Case 1:13-cv-00734-RBW   Document 165-21   Filed 06/13/19   Page 138 of 141
1:13-cv-000734-RBW

**Foley Lardner LLP LSI Matrix Rates With Adjustments**
**Subtotaled by Attorney and Paraprofessional**

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Laffey Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 4/20/2015 | William E. Davis | 1.00 | 1.00 | $ 790.00 | $ 790.00 | $ 790.00 | Conference regarding briefing schedule. |
| 4/21/2015 | William E. Davis | 5.50 | 5.50 | $ 790.00 | $ 4,345.00 | $ 4,345.00 | Review issues on appeal; conference call with opposing counsel; review memos in opposition to motions to dismiss. |
| 4/22/2015 | William E. Davis | 1.00 | 1.00 | $ 790.00 | $ 790.00 | $ 790.00 | Review proposed briefing schedule. |
| 4/24/2015 | William E. Davis | 2.00 | 2.00 | $ 790.00 | $ 1,580.00 | $ 1,580.00 | Conference regarding briefing schedule; review and revise proposed motion. |
| 4/27/2015 | William E. Davis | 1.00 | 1.00 | $ 790.00 | $ 790.00 | $ 790.00 | Miscellaneous conferences regarding briefing schedules. |
| 5/7/2015 | William E. Davis | 0.50 | 0.50 | $ 790.00 | $ 395.00 | $ 395.00 | Review correspondence regarding 2 Street case. |
| 5/8/2015 | William E. Davis | 3.50 | 3.50 | $ 790.00 | $ 2,765.00 | $ 2,765.00 | Listen to Z Street oral argument; outline relevant issues. |
| 5/14/2015 | William E. Davis | 1.00 | 1.00 | $ 790.00 | $ 790.00 | $ 790.00 | Review business issue and RIM case. |
| 5/22/2015 | William E. Davis | 1.00 | 1.00 | $ 790.00 | $ 790.00 | $ 790.00 | Conference call regarding briefing stay order. |
| 6/19/2015 | William E. Davis | 1.50 | 1.50 | $ 797.00 | $ 1,195.50 | $ 1,195.50 | Review Z Street opinion. |
| 6/24/2015 | William E. Davis | 0.50 | 0.50 | $ 797.00 | $ 398.50 | $ 398.50 | Conference regarding Z Street ruling. |
| 6/25/2015 | William E. Davis | 1.50 | 1.50 | $ 797.00 | $ 1,195.50 | $ 1,195.50 | Conference call regarding motion to remand. |
| 7/10/2015 | William E. Davis | 1.00 | 1.00 | $ 797.00 | $ 797.00 | $ 797.00 | Review motion for partial reversal and remand. |
| 7/17/2015 | William E. Davis | 0.80 | 0.80 | $ 797.00 | $ 637.60 | $ 637.60 | Conference regarding briefing schedule. |
| 7/20/2015 | William E. Davis | 1.00 | 1.00 | $ 797.00 | $ 797.00 | $ 797.00 | Review motion for remand and reversal. |

* Hours Adjusted for unsuccessful claims and travel time.
Expenses adjusted for reimbursable and non-reimbursable.

Case 1:13-cv-00734-RBW   Document 169-16   Filed 06/27/19   Page 5 of 7
Case 1:13-cv-00734-RBW   Document 165-21   Filed 06/13/19   Page 139 of 141
1:13-cv-000734-RBW

**Foley Lardner LLP LSI Matrix Rates With Adjustments**
**Subtotaled by Attorney and Paraprofessional**

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Laffey Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 10/14/2015 | William E. Davis | 0.50 | 0.50 | $ 797.00 | $ 398.50 | $ 398.50 | Review appellate argument. |
| 10/15/2015 | William E. Davis | 0.50 | 0.50 | $ 797.00 | $ 398.50 | $ 398.50 | Conference call regarding brief. |
| 3/24/2016 | William E. Davis | 1.50 | 1.50 | $ 797.00 | $ 1,195.50 | $ 1,195.50 | Review reply brief. |
| 3/28/2016 | William E. Davis | 4.00 | 4.00 | $ 797.00 | $ 3,188.00 | $ 3,188.00 | Prepare for moot session. |
| 3/29/2016 | William E. Davis | 4.00 | 4.00 | $ 797.00 | $ 3,188.00 | $ 3,188.00 | Review briefs in preparation for oral argument. |
| 3/30/2016 | William E. Davis | 4.50 | 4.50 | $ 797.00 | $ 3,586.50 | $ 3,586.50 | Review briefs and create outline for moot session. |
| 3/31/2016 | William E. Davis | 3.50 | 3.50 | $ 797.00 | $ 2,789.50 | $ 2,789.50 | Attend and participate in moot session for oral argument. |
| 4/1/2016 | William E. Davis | 2.00 | 2.00 | $ 797.00 | $ 1,594.00 | $ 1,594.00 | Organize meeting notes. |
| 10/12/2016 | William E. Davis | 4.50 | 4.50 | $ 826.00 | $ 3,717.00 | $ 3,717.00 | Attend scheduling conference. |
| 10/13/2016 | William E. Davis | 3.00 | 3.00 | $ 826.00 | $ 2,478.00 | $ 2,478.00 | Prepare for hearing in D.C. |
| 10/21/2016 | William E. Davis | 1.50 | 1.50 | $ 826.00 | $ 1,239.00 | $ 1,239.00 | Conference call with all counsel regarding strategy. |
| 11/4/2016 | William E. Davis | 1.50 | 1.50 | $ 826.00 | $ 1,239.00 | $ 1,239.00 | Outline issues regarding discovery. |
| 11/7/2016 | William E. Davis | 1.00 | 1.00 | $ 826.00 | $ 826.00 | $ 826.00 | Conference call regarding drafting terms of injunction order. |
| 11/8/2016 | William E. Davis | 3.50 | 3.50 | $ 826.00 | $ 2,891.00 | $ 2,891.00 | Miscellaneous conferences regarding court filings. |
| 11/9/2016 | William E. Davis | 2.00 | 2.00 | $ 826.00 | $ 1,652.00 | $ 1,652.00 | Conferences regarding filing in support of declaratory decree. |

\* Hours Adjusted for unsuccessful claims and travel time.
Expenses adjusted for reimbursable and non-reimbursable.

Case 1:13-cv-00734-RBW   Document 169-16   Filed 06/27/19   Page 6 of 7
Case 1:13-cv-00734-RBW   Document 165-21   Filed 06/13/19   Page 140 of 141
1:13-cv-000734-RBW

**Foley Lardner LLP LSI Matrix Rates With Adjustments**
**Subtotaled by Attorney and Paraprofessional**

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Laffey Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 11/10/2016 | William E. Davis | 1.00 | 1.00 | $ 826.00 | $ 826.00 | $ 826.00 | Review draft declaratory judgment order. |
| 11/11/2016 | William E. Davis | 2.50 | 2.50 | $ 826.00 | $ 2,065.00 | $ 2,065.00 | Review and revise claims for declaratory relief; conferences regarding same. |
| 11/14/2016 | William E. Davis | 2.50 | 2.50 | $ 826.00 | $ 2,065.00 | $ 2,065.00 | Prepare for status conference. |
| 11/15/2016 | William E. Davis | 1.00 | 1.00 | $ 826.00 | $ 826.00 | $ 826.00 | Conference regarding preparation for status hearing. |
| 11/17/2016 | William E. Davis | 6.00 | 6.00 | $ 826.00 | $ 4,956.00 | $ 4,956.00 | Prepare for hearing. |
| 11/18/2016 | William E. Davis | 5.00 | 5.00 | $ 826.00 | $ 4,130.00 | $ 4,130.00 | Prepare for and attend hearing. |
| 1/10/2017 | William E. Davis | 1.00 | 1.00 | $ 826.00 | $ 826.00 | $ 826.00 | Review ACU response to motion for summary judgment. |
| 1/18/2017 | William E. Davis | 2.00 | 2.00 | $ 826.00 | $ 1,652.00 | $ 1,652.00 | Review opposition to motion for summary judgment. |
| 1/19/2017 | William E. Davis | 1.00 | 1.00 | $ 826.00 | $ 826.00 | $ 826.00 | Review final draft of response to motion for summary judgment. |
| 1/31/2017 | William E. Davis | 3.00 | 3.00 | $ 826.00 | $ 2,478.00 | $ 2,478.00 | Review response to motion for summary judgment. |
| 2/9/2017 | William E. Davis | 2.50 | 2.50 | $ 826.00 | $ 2,065.00 | $ 2,065.00 | Review reply to opposition to motion for summary judgment. |
| 2/10/2017 | William E. Davis | 5.00 | 5.00 | $ 826.00 | $ 4,130.00 | $ 4,130.00 | Review government reply to opposition to motion for summary judgment; commence preparation of hearing outline. |
| 2/13/2017 | William E. Davis | 1.00 | 1.00 | $ 826.00 | $ 826.00 | $ 826.00 | Review reply to opposition to 56(d) motion. |
| 2/14/2017 | William E. Davis | 2.00 | 2.00 | $ 826.00 | $ 1,652.00 | $ 1,652.00 | Review reply to opposition to Rule 56(f) motion; conference call regarding motion for summary judgment hearing. |

\* Hours Adjusted for unsuccessful claims and travel time.
Expenses adjusted for reimbursable and non-reimbursable.                    Page 139 of 140

**Foley Lardner LLP LSI Matrix Rates With Adjustments**
**Subtotaled by Attorney and Paraprofessional**

1:13-cv-000734-RBW

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Laffey Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 2/16/2017 | William E. Davis | 3.00 | 3.00 | $ 826.00 | $ 2,478.00 | $ 2,478.00 | Prepare for summary judgment hearing. |
| 2/17/2017 | William E. Davis | 3.00 | 3.00 | $ 826.00 | $ 2,478.00 | $ 2,478.00 | Prepare outline for argument on motion for summary judgment. |
| 2/20/2017 | William E. Davis | 2.00 | 2.00 | $ 826.00 | $ 1,652.00 | $ 1,652.00 | Prepare for motion for summary judgment hearing. |
| 2/21/2017 | William E. Davis | 6.00 | 6.00 | $ 826.00 | $ 4,956.00 | $ 4,956.00 | Prepare for summary judgment hearing. |
| 2/22/2017 | William E. Davis | 2.50 | 2.50 | $ 826.00 | $ 2,065.00 | $ 2,065.00 | Prepare for summary judgment hearing. |
| ATTORNEY WILLIAM E. DAVIS SUBTOTAL | | 318.10 | 264.80 | | $ 251,738.60 | $ 210,442.50 | |
| | | | | | | | |
| GRAND SUBTOTALS | | 1,353.30 | 985.60 | | 902,762.40 | 710,311.00 | |

\* Hours Adjusted for unsuccessful claims and travel time.
Expenses adjusted for reimbursable and non-reimbursable.