UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **True the Vote, Inc.**; <br><br>                           *Plaintiff*, <br><br> v. <br><br> **Internal Revenue Service, et al.**; <br><br>                           *Defendant*s. | **Civil Case No.** 1:13-cv-000734-RBW <br><br> **Plaintiff's Unopposed Motion for Leave to Reply to United States' Opposition to Plaintiff's Notice of Compliance with Court Order** |

## Plaintiff's Unopposed Motion for Leave to Reply to United States' Opposition to Plaintiff's Notice of Compliance with Court Order

    Plaintiff, True The Vote ("**TTV**"), respectfully moves this Court for leave to reply to *United States' Opposition to Plaintiff's Notice of Compliance with Court Order*. ECF No. 169. TTV filed its Notice of Compliance with Court Order ("**Notice**"), ECF No. 165, in order to provide this Court with additional proof of the reasonableness of the fees requested in Plaintiff's Application, Supplemental Application, and Second Supplemental Application for fees, costs, and expenses under the EAJA. (Collectively, "**Applications**"). *See* ECF Nos. 151, 157, and 166, respectively.

    As part of a combined response to the Notice, Defendants state that TTV has "failed to establish that the requested fees and costs are reasonable and not excessive." Defs.' Opp. at 2. Defendants allege many specific infirmities in TTV's Applications, despite having had several opportunities to provide evidence supporting these late arguments in earlier filings with this Court. Although Defendant did generally allege, in its Opposition to Plaintiff's Application,

**Pl. Unopposed Mot.**
**for Leave to Reply**                                       -1-

some reductions to the Application should be made, Defendants did not use that opportunity to identify with any level of specificity, the alleged infirmities. *See* ECF No. 152 at 17-19. Only now does Defendant claim these infirmities should lead the Court to reduce TTV's Applications by over $400,000 plus an additional 33% across-the-board reduction on the remaining billing records after disallowing fees for the specific infirmities alleged.

The Court ordered TTV to comply with its Notice and ordered the Defendants to file an opposition to such Notice. *See* ECF No. 161 at 2. This Order did not give leave for TTV to reply to Defendants' opposition. In the interest of justice, TTV seeks leave from this Court to reply to these specific allegations, which could have an enormous impact on the fees awarded under the EAJA.

TTV will submit a Reply to Defendants' Opposition to Plaintiff's Second Supplemental Application, included within ECF No. 169, which is due on July 5, 2019, per LCvR 7(d). In addition, TTV will file a response in opposition to Defendants' Motion for Partial Reconsideration, ECF No. 170, which is due on July 11, 2019, per LCvR 7(b). Because of those filing deadlines, and in order to have the time to prepare a thorough reply to Defendants' Opposition to the Notice, TTV requests this Court set July 15, 2019, as the deadline for this requested Reply to Defendants' Opposition to the Notice.

### Rule 7(f) Request For Oral Hearing

Pursuant to LCvR 7(f), TTV requests an oral hearing on this motion.

### Rule 7(m) Certification

In compliance with LCvR (7)(m), the parties conferred regarding the relief sought in this motion, and defendants do not oppose the requested relief.

**Pl. Unopposed Mot.
for Leave to Reply**                                           -2-

**WHEREFORE**, Plaintiff True the Vote, Inc. prays this Court grant *Plaintiff's Unopposed Motion for Leave to Reply to United States' Opposition to Plaintiff's Notice of Compliance with Court Order* and prays this Court set July 15, 2019, as the deadline for such Reply.

July 1, 2019

Respectfully submitted,

/s/ James Bopp, Jr.

James Bopp, Jr. (D.C. Bar No. CO0041)
Jeffrey P. Gallant*
Courtney Turner Milbank*
Melena S. Siebert*
THE BOPP LAW FIRM, P.C.
The National Building
1 South 6th Street
Terre Haute, Indiana 47807
(812) 232-2434
(812) 235-3685 (fax)
*Attorneys for Plaintiff*
*Admitted *pro hac vice*

## Certificate of Service

I hereby certify that on July 1, 2019, I caused the *Plaintiff's Unopposed Motion for Leave to Reply to United States' Opposition to Plaintiff's Notice of Compliance with Court Order* in the above-captioned matter to be filed with the United States District Court for the District of Columbia via the Court's CM/ECF system.

/s/ James Bopp, Jr.
James Bopp, Jr.