UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **True the Vote, Inc.**;<br><br>                                *Plaintiff*,<br>    v.<br><br>**Internal Revenue Service, et al.**;<br>                                *Defendant*s. | **Civil Case No.** 1:13-cv-000734-RBW |

## PROPOSED ORDER

This action is before the Court on *Plaintiff's Unopposed Motion for Leave to Reply to United States' Opposition to Plaintiff's Notice of Compliance with Court Order*.

It is ORDERED that the Plaintiff, True the Vote, Inc. may submit a Reply to the United States' Opposition to Plaintiff's Notice of Compliance with Court Order and that such Reply will be due on or before July 15th, 2019.

SO ORDERED this _____ day of _____, 2019

_____
REGGIE B. WALTON
United States District Judge

July 1, 2019

Respectfully submitted,
/s/ James Bopp, Jr.
James Bopp, Jr. (D.C. Bar No. CO0041)
Courtney Turner Milbank*
Jeffrey P. Gallant*
Melena S. Siebert*
THE BOPP LAW FIRM, P.C.
The National Building
1 South 6th Street
Terre Haute, Indiana 47807
(812) 232-2434
(812) 235-3685 (fax)
*Attorneys for Plaintiff*
*Admitted *pro hac vice*

## Certificate of Service

I hereby certify that on July 1, 2019, I caused the *Proposed Order in Support of Plaintiff's Unopposed Motion for Leave to Reply to United States' Opposition to Plaintiff's Notice of Compliance with Court Order* in the above-captioned matter to be filed with the United States District Court for the District of Columbia via the Court's CM/ECF system.

/s/ James Bopp, Jr.
James Bopp, Jr.
