# United States District Court
# For the District of Columbia

| | |
|---|---|
| **True the Vote, Inc.**;<br><br>  *Plaintiff*,<br><br>v.<br><br>**Internal Revenue Service, et al.**;<br><br>  *Defendants*. | **Civil Case No.** 1:13-cv-000734-RBW |

## Plaintiff's Consent Motion for an Extension of Time to Reply in Support of Plaintiff's Notice of Compliance with Court Order

Plaintiff True the Vote, Inc. ("**TTV**") moves for an extension to file its Reply In Support of *Plaintiff's Notice of Compliance with Court Order* (ECF No. 165) by 14 days from July 15, 2019, to July 29, 2019. In support of this motion, TTV submits the following:

1. Plaintiff's requested leave to reply to the Defs.' Opposition (ECF No. 169) on July 1, 2019. (ECF No. 171). This court granted Plaintiff's request for a leave to reply on or before July 15, 2019, in a Minute Order, also issued on July 1, 2019.

2. Defendants have submitted 17 separate exhibits in support of their Opposition, with hundreds of specific billing entries questioned. Although TTV fully briefed and submitted these billing records by April 18, 2018, Defs.' Opposition is the first time these objections have been raised with any level of specificity.

3. Counsel for TTV need additional time to complete their review of the specific objections and to evaluate and respond to the same.

4. Jeffrey P. Gallant, a senior attorney for TTV, had a previously scheduled vacation which conflicted with the time needed to evaluate and respond to Defs.' Opposition.

5. James Bopp, Jr., lead counsel for TTV, attended the NRLC National Convention in

      Charleston, South Carolina from July 3 - 5, 2019. From July 8 -18, he attended the Uniform Law Commission Annual Meeting in Anchorage, Alaska. Both of these events conflicted with the time needed to evaluate and respond to Defs.' Opposition.

6.     In accordance with the Chambers' *General Order for Civil Cases Before the Honorable Reggie B. Walton* ¶ 11, TTV declares as follows:

    a.     TTV has not previously sought an extension of this reply deadline.

    b.     The grounds for the motion are stated in paragraphs 1-5, *supra*.

    c.     The granting of this motion would not affect other case deadlines, as Plaintiff has no other briefing to complete in this litigation.

    d.     In accordance with Local Rule 7(m), the parties conferred regarding the relief sought in this motion, and Defendants do not oppose the requested relief.

July 12, 2019                                              Respectfully submitted,
                                                           /s/ James Bopp, Jr.
                                                           James Bopp, Jr. (D.C. Bar No. CO0041)
                                                           Courtney Turner Milbank*
                                                           Melena Siebert*
                                                           Jeffrey P. Gallant*
                                                           THE BOPP LAW FIRM, P.C.
                                                           The National Building
                                                           1 South 6th Street
                                                           Terre Haute, Indiana 47807
                                                           (812) 232-2434
                                                           (812) 235-3685 (fax)
                                                           *Attorneys for TTV*
                                                           **Admitted pro hac vice*

## Certificate of Service

I hereby certify that on July 12, 2019, I caused the *Plaintiff's Consent Motion for an Extension of Time to Reply in Support of Plaintiff's Notice of Compliance with Court Order* in the above-captioned matter to be filed with the United States District Court for the District of Columbia via the Court's CM/ECF system.

/s/ James Bopp, Jr.
James Bopp, Jr.
