## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **True the Vote, Inc.**; | |
| *Plaintiff,* | **Civil Case No.** 1:13-cv-000734-RBW |
| *v.* | |
| **Internal Revenue Service, et al.**; | |
| *Defendant*s. | |

## PROPOSED ORDER

Upon the motion of Plaintiff True the Vote, Inc for an extension of time to file its Reply in Support of Plaintiff's Notice of Compliance with Court Order, it is hereby

**ORDERED** that the motion is GRANTED and that True the Vote, Inc.'s deadline to file its Reply is extended from July 15, 2019 to July 29, 2019.

**SO ORDERED** this _____ day of _____, 2019

_____
REGGIE B. WALTON
United States District Judge

-1-

## Certificate of Service

I hereby certify that on July 12, 2019, I caused the *Proposed Order* in the above-captioned matter to be filed with the United States District Court for the District of Columbia via the Court's CM/ECF system.

/s/ James Bopp, Jr.
James Bopp, Jr.
