**Foley Orange Unsuccessful Claim Objections**
*Plaintiff's Reply to Defendants' Opposition to Plaintiff's Notice of Compliance with Court Order*
**EXHIBIT 2**

Foley Orange Unsuccessful Claims Objections

Summary of Comments on Foley Defs Objections Unsuccessful Claims ORANGE FINAL 2 - Nuance Power PDF Advanced

Page:1

Author:jgallant  Subject:Sticky Note  Date:7/27/2019 7:53:53 PM
Deduct Individual Defs
$602.40

Author:jgallant  Subject:Sticky Note  Date:7/22/2019 1:39:07 PM
NOTE: deducted .2 for press conference?

Case 1:13-cv-00734-RBW   Document 169-13   Filed 06/27/19   Page 5 of 46
Case 1:13-cv-00734-RBW   Document 165-21   Filed 06/13/19   Page 5 of 141

**Foley Lardner LLP LSI Matrix Rates With Adjustments**                                        1:13-cv-000734-RBW

Subtotaled by Attorney and Paraprofessional

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Laffey Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 5/20/2013 | Cleta Mitchell | 3.00 | 2.40 | $753.00 | $2,259.00 | $1,807.20 | Review final draft of complaint; exchange emails with ARLF attorneys regarding various changes/edits; approve final draft for filing; forward to C. Engelbrecht for review/approval; draft/forward press statement. |
| 5/21/2013 | Cleta Mitchell | 3.50 | 3.20 | $753.00 | $2,635.50 | $2,409.60 | Work on issues related to the filing of the IRS litigation; confirm filing; send press notices, forward complaint to other reporters. |
| 5/23/2013 | Cleta Mitchell | 1.00 | 0.80 | $753.00 | $753.00 | $602.40 | Follow-up with process server regarding serving D. Shulman; draft/forward email to K. Phillips and C. Kidwell regarding contacting process server; meeting attorney to serve with lawsuit; press conference call regarding IRS lawsuit; draft/forward email to K. Phillips regarding preparing for motions to dismiss to be filed by individual defendants. |
| 6/4/2013 | Cleta Mitchell | 2.00 | 2.00 | $772.00 | $1,544.00 | $1,544.00 | Meet with J. Eastman. |
| 6/5/2013 | Cleta Mitchell | 0.30 | 0.00 | $772.00 | $231.60 | $- | Draft/forward email regarding creating matrix of timeline for responses by defendants, outline for discovery. |
| 6/6/2013 | Cleta Mitchell | 1.00 | 1.00 | $772.00 | $772.00 | $772.00 | Draft/forward document re IRS lawsuit. |
| 6/7/2013 | Cleta Mitchell | 1.00 | 0.80 | $772.00 | $772.00 | $617.60 | Participate in conference call regarding litigation strategy, discovery; draft/forward discovery outline; follow-up with B. Brown and J. Eastman. |

* Hours Adjusted for unsuccessful claims and travel time.
Expenses adjusted for reimbursable and non-reimbursable.       Page 4 of 140

Exhibit 2
1:13-cv-00734-RBW

Pl.'s Reply Supp. Notice 1 of 6

Page:2

Author:jgallant  Subject:Sticky Note  Date:7/27/2019 7:54:33 PM
Deduct .2 for Ind. Def.
$154.40

---

**Foley Lardner LLP LSI Matrix Rates With Adjustments**
Subtotaled by Attorney and Paraprofessional

1:13-cv-000734-RBW

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Laffey Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 8/29/2013 | Cleta Mitchell | 1.70 | 1.70 | $ 772.00 | $ 1,312.40 | $ 1,312.40 | Receive/review/respond to questions from C. Armstrong regarding time delay regarding litigation involving exempt status applications; receive/review/respond to additional questions; receive/review notice of Judge's orders in case; reschedule conference call for Tuesday; receive/review email from D. Epstein regarding FOIA response regarding clearing communications with White House; forward to committee staff; draft/forward Statement of Material Facts; draft/forward cover email for Statement of Material Facts. |
| 9/3/2013 | Cleta Mitchell | 1.00 | 1.00 | $ 772.00 | $ 772.00 | $ 772.00 | Conference call regarding litigation schedule; receive/review/respond to email regarding FBI comments about interviews with True the Vote. |
| 9/4/2013 | Cleta Mitchell | 0.30 | 0.00 | $ 772.00 | $ 231.60 | $ - | Receive/review email from M. Lockerby regarding request from Individual IRS defendants for extension of time to answer; draft/forward questions regarding who represents whom regarding individual defendants. |
| 9/5/2013 | Cleta Mitchell | 0.50 | 0.50 | $ 772.00 | $ 386.00 | $ 386.00 | Daft/edit circulate letter with dates for teleconference; receive/review responses; receive/review order regarding appearance regarding incapacitated defendant. |

\* Hours Adjusted for unsuccessful claims and travel time.
Expenses adjusted for reimbursable and non-reimbursable.

Page 10 of 140

---

Exhibit 2
1:13-cv-00734-RBW

Pl.'s Reply Supp. Notice 2 of 6

Author:jgallant  Subject:Sticky Note  Date:7/27/2019 7:54:52 PM
Deduct Resp to MTD Ind. Defs
$2,933.60

Case 1:13-cv-00734-RBW   Document 169-13   Filed 06/27/19   Page 20 of 46
Case 1:13-cv-00734-RBW   Document 165-21   Filed 06/13/19   Page 20 of 141                1:13-cv-000734-RBW

**Foley Lardner LLP LSI Matrix Rates With Adjustments**
Subtotaled by Attorney and Paraprofessional

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Laffey Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 10/11/2013 | Cleta Mitchell | 3.10 | 2.20 | $ 772.00 | $ 2,393.20 | $ 1,698.40 | Draft/forward email to K. Phillips and N. Johnson regarding preparing legal issues outline for conference call; receive/review draft outline; draft/forward request to re-arrange by topic; receive/review list of research topics; review memo from M. Gutierrez regarding APA, Anti-Injunction Act; telephone conference call with litigation team; revise internal briefing schedule based on conference call, circulate to rest of team. |
| 10/18/2013 | Cleta Mitchell | 0.40 | 0.00 | $ 772.00 | $ 308.80 | $ - | Receive/review copies of filings by individual IRS defendants. |
| 10/19/2013 | Cleta Mitchell | 5.00 | 2.50 | $ 772.00 | $ 3,860.00 | $ 1,930.00 | Attend CNP; make two presentations regarding IRS litigation on behalf of TTV; review motions to dismiss filed by individual defendants. |
| 10/21/2013 | Cleta Mitchell | 7.50 | 3.80 | $ 772.00 | $ 5,790.00 | $ 2,933.60 | Conference call regarding response to IRS Individual Defendants' Motion to Dismiss. |
| 10/22/2013 | Cleta Mitchell | 0.30 | 0.20 | $ 772.00 | $ 231.60 | $ 154.40 | Draft/forward emails regarding conference call, comments from M. Lockerby to Motions to Dismiss. |
| 10/23/2013 | Cleta Mitchell | 1.50 | 1.10 | $ 772.00 | $ 1,158.00 | $ 849.20 | Prepare for conference call with team regarding litigation, responses to motions to dismiss; receive/review email from M. Gutierrez; draft/forward response regarding response to Motion to Dismiss. |

* Hours Adjusted for unsuccessful claims and travel time.
Expenses adjusted for reimbursable and non-reimbursable.          Page 19 of 140

Exhibit 2                                                                                    Pl.'s Reply Supp. Notice 3 of 6
1:13-cv-00734-RBW

- Author:jgallant   Subject:Sticky Note   Date:7/27/2019 7:55:03 PM
  Deduct Bivens claim
  $132.40

Case 1:13-cv-00734-RBW   Document 169-14   Filed 06/27/19   Page 25 of 45
Case 1:13-cv-00734-RBW   Document 165-21   Filed 06/13/19   Page 71 of 141   1:13-cv-000734-RBW

**Foley Lardner LLP LSI Matrix Rates With Adjustments**
Subtotaled by Attorney and Paraprofessional

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Laffey Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| | ATTORNEY CLETA MITCHELL SUBTOTAL | 549.30 | 442.40 | | $ 430,370.70 | $ 347,359.90 | |
| 7/1/2013 | Jason J. Kohout | 0.50 | 0.50 | $ 393.00 | $ 196.50 | $ 196.50 | Draft e-mail to C. Mitchell regarding King Street Patriots and IRS letter. |
| | ATTORNEY JASON J. KOHOUT SUBTOTAL | 0.50 | 0.50 | | $ 196.50 | $ 196.50 | |
| 3/3/2015 | Jay W. Freedman | 0.50 | 0.50 | $ 790.00 | $ 395.00 | $ 395.00 | Review audit letter request, client file and draft audit response letter on behalf of firm; approve for execution and issuance of same. |
| | ATTORNEY JAY W. FREEDMAN SUBTOTAL | 0.50 | 0.50 | | $ 395.00 | $ 395.00 | |
| 11/2/2016 | Jesse M. Panuccio | 1.20 | 0.00 | $ 662.00 | $ 794.40 | $ - | Review and edit cert petition |
| 11/7/2016 | Jesse M. Panuccio | 0.90 | 0.90 | $ 662.00 | $ 595.80 | $ 595.80 | Attend conference call; review filings and record. |
| 1/23/2017 | Jesse M. Panuccio | 0.20 | 0.20 | $ 662.00 | $ 132.40 | $ 132.40 | Review cert reply brief |
| | ATTORNEY JESSE M. PANUCCIO SUBTOTAL | 2.30 | 1.10 | | $ 1,522.60 | $ 728.20 | |
| 2/9/2017 | Joseph L. Fried | 0.90 | 0.90 | $ 187.00 | $ 168.30 | $ 168.30 | Create binders with Government's Motion for Summary Judgment, True The Vote's Response, and related documents. |

* Hours Adjusted for unsuccessful claims and travel time.
Expenses adjusted for reimbursable and non-reimbursable.   Page 70 of 140

Exhibit 2
1:13-cv-00734-RBW

Pl.'s Reply Supp. Notice 4 of 6

Case 1:13-cv-00734-RBW   Document 169-15   Filed 06/27/19   Page 13 of 43
Case 1:13-cv-00734-RBW   Document 165-21   Filed 06/13/19   Page 104 of 141   1:13-cv-000734-RBW

**Foley Lardner LLP LSI Matrix Rates With Adjustments**
Subtotaled by Attorney and Paraprofessional

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Laffey Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 12/19/2016 | Mathew D. Gutierrez | 0.50 | 0.50 | $ 421.00 | $ 210.50 | $ 210.50 | Review and analyze government's answer to amended complaint. |
| 1/23/2017 | Mathew D. Gutierrez | 2.00 | 0.00 | $ 421.00 | $ 842.00 | $ - | Revise Reply Brief. |
| 2/2/2017 | Mathew D. Gutierrez | 0.60 | 0.60 | $ 421.00 | $ 252.60 | $ 252.60 | Research Supreme Court rules regarding whether J. Panuccio is required to file a notice of withdrawal. |
| 2/8/2017 | Mathew D. Gutierrez | 0.30 | 0.30 | $ 421.00 | $ 126.30 | $ 126.30 | Conference with N. Johnson regarding status of SMJ matters. |
| 2/16/2017 | Mathew D. Gutierrez | 0.20 | 0.00 | $ 421.00 | $ 84.20 | $ - | Finalize reply brief. |
| ATTORNEY MATHEW D. GUTIERREZ SUBTOTAL | | 283.20 | 140.40 | | $ 94,631.00 | $ 47,458.30 | |
| 5/21/2013 | Michael J. Lockerby | 0.30 | 0.30 | $ 753.00 | $ 225.90 | $ 225.90 | Conference with Cleta Mitchell regarding potential litigation against IRS |
| 5/29/2013 | Michael J. Lockerby | 0.50 | 0.50 | $ 753.00 | $ 376.50 | $ 376.50 | Attend to opening file. |
| 6/10/2013 | Michael J. Lockerby | 0.60 | 0.60 | $ 772.00 | $ 463.20 | $ 463.20 | Review draft discovery responses; conference with Cleta Mitchell regarding case status and strategy |
| 6/11/2013 | Michael J. Lockerby | 0.30 | 0.30 | $ 772.00 | $ 231.60 | $ 231.60 | Email exchanges regarding discovery requests, litigation hold; review background information. |

* Hours Adjusted for unsuccessful claims and travel time.
Expenses adjusted for reimbursable and non-reimbursable.      Page 103 of 140

Exhibit 2
1:13-cv-00734-RBW

Pl.'s Reply Supp. Notice 5 of 6

Page:6

Author:jgallant  Subject:Sticky Note  Date:7/27/2019 1:08:39 PM
Already zeroed

Author:jgallant  Subject:Sticky Note  Date:7/27/2019 7:55:19 PM
Deduct Bivens claim
$82.60

Case 1:13-cv-00734-RBW   Document 169-15   Filed 06/27/19   Page 37 of 43
Case 1:13-cv-00734-RBW   Document 165-21   Filed 06/13/19   Page 128 of 141      1:13-cv-000734-RBW

**Foley Lardner LLP LSI Matrix Rates With Adjustments**
Subtotaled by Attorney and Paraprofessional

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Laffey Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 11/15/2016 | Michael J. Lockerby | 0.50 | 0.00 | $826.00 | $413.00 | $ - | Conference call and emails regarding strategy for Rule 56(d) motion in opposition to Defendants' Motion for Summary Judgment. |
| 11/17/2016 | Michael J. Lockerby | 0.30 | 0.30 | $826.00 | $247.80 | $247.80 | Numerous email exchanges regarding strategy for oral argument. |
| 11/18/2016 | Michael J. Lockerby | 0.50 | 0.00 | $826.00 | $413.00 | $ - | Conference call regarding outcome of status conference, strategy for opposing Defendants' "standing" argument. |
| 1/20/2017 | Michael J. Lockerby | 0.20 | 0.00 | $826.00 | $165.20 | $ - | Attend to obtaining District of Colorado pleading for use in Supreme Court cert petition. |
| 1/23/2017 | Michael J. Lockerby | 0.10 | 0.10 | $826.00 | $82.60 | $82.60 | Email exchanges regarding obtaining District of Colorado complaint. |
| 2/15/2017 | Michael J. Lockerby | 0.20 | 0.20 | $826.00 | $165.20 | $165.20 | Email exchange regarding potential filing. |
| ATTORNEY MICHAEL J. LOCKERBY SUBTOTAL | | 146.20 | 83.70 | | $114,468.60 | $94,466.20 | |

* Hours Adjusted for unsuccessful claims and travel time.
Expenses adjusted for reimbursable and non-reimbursable.     Page 127 of 140

Deductions = $3,905.40

Exhibit 2
1:13-cv-00734-RBW

Pl.'s Reply Supp. Notice 6 of 6