**BLF Orange Unsuccessful Claim Objections**
*Plaintiff's Reply to Defendants' Opposition to Plaintiff's Notice of Compliance with Court Order*
**EXHIBIT 3**

Summary of Comments on BLF unsccssfl claims ORANGE FINAL - Nuance Power PDF Advanced

Page:1

Author:jgallant  Subject:Sticky Note  Date:7/27/2019 3:52:42 PM
Deduct: regarding pursuit of claims against ind. defs.
$68.40

Author:jgallant  Subject:Sticky Note  Date:7/27/2019 3:52:49 PM
Deduct: regarding pursuit of claims against ind. defs.
$68.40

Author:jgallant  Subject:Sticky Note  Date:7/27/2019 3:52:57 PM
Deduct: regarding pursuit of claims against ind. defs.
$102.60

Author:jgallant  Subject:Sticky Note  Date:7/27/2019 3:53:05 PM
Deduct: regarding pursuit of claims against ind. defs.
$68.40

Case 1:13-cv-00734-RBW   Document 169-1   Filed 06/27/19   Page 5 of 42
Case 1:13-cv-00734-RBW   Document 165-17   Filed 06/13/19   Page 5 of 82                1:13-CV-000734-RBW

The Bopp Law Firm, PC Application LSI Matrix Rates
With Adjustments Subtotaled by Attorney

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 2/27/2017 | Courtney E. Milbank | 1 | 1 | EXP | $ 100.00 | $ 100.00 | Cost advanced for Pro Hac Vice application fee |
| 3/2/2017 | Courtney E. Milbank | 0.5 | 0.5 | $ 342.00 | $ 171.00 | $ 171.00 | Continue reviewing current pending motions and briefing |
| 3/3/2017 | Courtney E. Milbank | 1.9 | 1.9 | $ 342.00 | $ 649.80 | $ 649.80 | Continue getting up to speed on case by reading past briefing |
| 3/3/2017 | Courtney E. Milbank | 0.2 | 0.2 | $ 342.00 | $ 68.40 | $ 68.40 | E-mails from Bivens defendants' counsel and James Bopp, Jr. regarding call on Thursday |
| 3/7/2017 | Courtney E. Milbank | 2.20 | 2.20 | $ 342.00 | $ 752.40 | $ 752.40 | Continue working on oral argument file, decide which cases to include |
| 3/7/2017 | Courtney E. Milbank | 0.20 | 0.20 | $ 342.00 | $ 68.40 | $ 68.40 | E-mail exchange with James Bopp, Jr. regarding conference with Bivens defendants' counsel |
| 3/7/2017 | Courtney E. Milbank | 0.20 | 0.20 | $ 342.00 | $ 68.40 | $ 68.40 | E-mail from Bivens defendants' counsel and calendar invite for conference call on Thursday |
| 3/8/2017 | Courtney E. Milbank | 0.10 | 0.10 | $ 342.00 | $ 34.20 | $ 34.20 | E-mail Kaylan regarding physical case file |
| 3/8/2017 | Courtney E. Milbank | 1.00 | 1.00 | $ 342.00 | $ 342.00 | $ 342.00 | Finish printing authorities and pack up case file for James Bopp, Jr |
| 3/8/2017 | Courtney E. Milbank | 0.30 | 0.30 | $ 342.00 | $ 102.60 | $ 102.60 | Register for CM/ECF |
| 3/9/2017 | Courtney E. Milbank | 0.30 | 0.30 | $ 342.00 | $ 102.60 | $ 102.60 | Phone conference with Bivens defendants' counsel & James Bopp |
| 3/9/2017 | Courtney E. Milbank | 0.20 | 0.20 | $ 342.00 | $ 68.40 | $ 68.40 | Phone conference with James Bopp, Jr. regarding Bivens defendants' counsel |

* Hours adjusted for travel time only as BLF entered litigation after unsuccessful claims resolved.
* One Charge removed totaling $97.50 for paraprofessional Matthew Michaloski
Expenses adjusted for reimbursable and non-reimbursable.          Page 4 of 81

Exhibit 3                                                                                                Pl.'s Reply Supp. Notice 1 of 5
1:13-cv-00734-RBW

Page:2

> Author:jgallant  Subject:Sticky Note  Date:7/27/2019 3:53:17 PM
> Deduct: regarding pursuit of claims against ind. defs.
> $342.00

---

Case 1:13-cv-00734-RBW   Document 169-1   Filed 06/27/19   Page 6 of 42
Case 1:13-cv-00734-RBW   Document 165-17   Filed 06/13/19   Page 6 of 82    1:13-CV-000734-RBW

**The Bopp Law Firm, PC Application LSI Matrix Rates**
With Adjustments Subtotaled by Attorney

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 3/14/2017 | Courtney E. Milbank | 0.30 | 0.30 | $342.00 | $102.60 | $102.60 | E-mail from Catherine regarding letter from prior counsel and brief conference with James Bopp, Jr. regarding the same |
| 3/14/2017 | Courtney E. Milbank | 0.20 | 0.20 | $342.00 | $68.40 | $68.40 | Phone conference with Catherine and James Bopp, Jr. |
| 3/15/2017 | Courtney E. Milbank | 0.40 | 0.40 | $342.00 | $136.80 | $136.80 | E-mails from Brock, Catherine, Gregg, and James Bopp, Jr. regarding prior counsel and suggested response |
| 3/16/2017 | Courtney E. Milbank | 0.40 | 0.40 | $342.00 | $136.80 | $136.80 | E-mail exchange with Catherine regarding hearing on April 6th, 2017, email exchange with James Bopp, Jr. regarding the same |
| 3/16/2017 | Courtney E. Milbank | 0.30 | 0.30 | $342.00 | $102.60 | $102.60 | Review email exchange from Catherine and James Bopp, Jr. regarding status on settlement |
| 3/17/2017 | Courtney E. Milbank | 0.10 | 0.10 | $342.00 | $34.20 | $34.20 | E-mail from Brock regarding email to prior counsel and suggestions from James Bopp, Jr. |
| 3/17/2017 | Courtney E. Milbank | 0.10 | 0.10 | $342.00 | $34.20 | $34.20 | E-mail from court regarding CM/ECF login |
| 3/20/2017 | Courtney E. Milbank | 0.30 | 0.30 | $342.00 | $102.60 | $102.60 | E-mails from Brock and Catherine regarding response to prior counsel, review suggested letter to PILF |
| 3/23/2017 | Courtney E. Milbank | 1.00 | 1.00 | $342.00 | $342.00 | $342.00 | Finish reading through cases from Bivens Defendants' Counsel |
| 3/24/2017 | Courtney E. Milbank | 0.10 | 0.10 | $342.00 | $34.20 | $34.20 | E-mail exchange with James Bopp, Jr. regarding response to Brock |
| 3/24/2017 | Courtney E. Milbank | 0.10 | 0.10 | $342.00 | $34.20 | $34.20 | E-mail to Brock regarding James Bopp, Jr.'s response to prior counsel discussions on Monday |

* Hours adjusted for travel time only as BLF entered litigation after unsuccessful claims resolved.
* One Charge removed totaling $97.50 for paraprofessional Matthew Michaloski
Expenses adjusted for reimbursable and non-reimbursable.    Page 5 of 81

Exhibit 3                                                                  Pl.'s Reply Supp. Notice 2 of 5
1:13-cv-00734-RBW

Page:3

---

Author:jgallant  Subject:Sticky Note  Date:7/26/2019 4:39:57 PM
No reduction. Non-excessive time reviewing facts of case process is part of becoming familiar with the case.

Case 1:13-cv-00734-RBW   Document 169-1   Filed 06/27/19   Page 42 of 42
Case 1:13-cv-00734-RBW   Document 165-17   Filed 06/13/19   Page 42 of 82            1:13-CV-000734-RBW

**The Bopp Law Firm, PC Application LSI Matrix Rates**
With Adjustments Subtotaled by Attorney

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 1/25/2018 | Expense | 11 | 11 | EXP | $ 3.00 | $ 3.00 | Cost advanced for LexisNexis computer assisted legal research--Research sample briefs; motions for EAJA attorney's fees |
| Expense Subtotal | | 226 | 226 | | $ 3,207.26 | $ 564.00 | |
| 2/7/2017 | James Bopp, Jr. | 0.20 | 0.20 | $ 826.00 | $ 165.20 | $ 165.20 | E-mail exchange with Courtney E. Milbank regarding possible hearing in March |
| 2/7/2017 | James Bopp, Jr. | 0.70 | 0.70 | $ 826.00 | $ 578.20 | $ 578.20 | Phone conference with Catherine Englebrecht regarding representation |
| 2/10/2017 | James Bopp, Jr. | 0.70 | 0.70 | $ 826.00 | $ 578.20 | $ 578.20 | Review 2 emails regarding case; review documents; phone conference with Catherine Englebrecht |
| 2/15/2017 | James Bopp, Jr. | 0.20 | 0.20 | $ 826.00 | $ 165.20 | $ 165.20 | Conference with Courtney E. Milbank regarding status and needs |
| 2/20/2017 | James Bopp, Jr. | 0.10 | 0.10 | $ 826.00 | $ 82.60 | $ 82.60 | Phone conference with Courtney E. Milbank regarding order |
| 2/21/2017 | James Bopp, Jr. | 0.10 | 0.10 | $ 826.00 | $ 82.60 | $ 82.60 | Phone conference with Courtney E. Milbank regarding certiorari denied in True the Vote |
| 2/21/2017 | James Bopp, Jr. | 0.8 | 0.8 | $ 826.00 | $ 660.80 | $ 660.80 | Review letter from previous counsel; review response from previous counsel; phone conference with client |
| 2/22/2017 | James Bopp, Jr. | 0.7 | 0.7 | $ 826.00 | $ 578.20 | $ 578.20 | Phone conference with Catherine, Brock, and Courtney E. Milbank regarding strategy |
| 2/22/2017 | James Bopp, Jr. | 0.50 | 0.50 | $ 826.00 | $ 413.00 | $ 413.00 | Prepare response to previous counsel; send to client |
| 2/22/2017 | James Bopp, Jr. | 1.10 | 1.10 | $ 826.00 | $ 908.60 | $ 908.60 | Review Court of Appeals decision; begin review of district court documents |

* Hours adjusted for travel time only as BLF entered litigation after unsuccessful claims resolved.
* One Charge removed totaling $97.50 for paraprofessional Matthew Michaloski
Expenses adjusted for reimbursable and non-reimbursable.       Page 41 of 81

Exhibit 3                                                                                                                                       Pl.'s Reply Supp. Notice 3 of 5
1:13-cv-00734-RBW

Page:4

Author:jgallant  Subject:Sticky Note  Date:7/27/2019 3:53:49 PM
Deduct: regarding pursuit of claims against ind. defs.
$247.80

Author:jgallant  Subject:Sticky Note  Date:7/27/2019 3:53:39 PM
Deduct: regarding pursuit of claims against ind. defs.
$743.40

Case 1:13-cv-00734-RBW   Document 169-2   Filed 06/27/19   Page 2 of 40
Case 1:13-cv-00734-RBW   Document 165-17   Filed 06/13/19   Page 44 of 82
1:13-CV-000734-RBW

**The Bopp Law Firm, PC Application LSI Matrix Rates**
**With Adjustments Subtotaled by Attorney**

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 2/24/2017 | James Bopp, Jr. | 0.40 | 0.40 | $ 826.00 | $ 330.40 | $ 330.40 | Revision of Motion to Continue; email Courtney E. Milbank |
| 2/26/2017 | James Bopp, Jr. | 1.10 | 1.10 | $ 826.00 | $ 908.60 | $ 908.60 | Several e-mails to Courtney E. Milbank regarding continuance; review emails; review DOJ response; revise draft reply; email Courtney E. Milbank |
| 2/27/2017 | James Bopp, Jr. | 1.3 | 1.3 | $ 826.00 | $ 1,073.80 | $ 1,073.80 | Review email exchange regarding hearing; review email from court; review email regarding rescheduling hearing; phone conference with Courtney E. Milbank (several times) |
| 3/3/2017 | James Bopp, Jr. | 0.3 | 0.3 | $ 826.00 | $ 247.80 | $ 247.80 | E-mail exchange regarding Bivens defendants and conference call |
| 3/7/2017 | James Bopp, Jr. | 0.9 | 0.9 | $ 826.00 | $ 743.40 | $ 743.40 | E-mail exchange regarding conference with Bivens defendants; review complaints; phone conference with Bivens |
| 3/9/2017 | James Bopp, Jr. | 0.40 | 0.40 | $ 826.00 | $ 330.40 | $ 330.40 | Phone conference with Linchpin attorney |
| 3/9/2017 | James Bopp, Jr. | 0.90 | 0.90 | $ 826.00 | $ 743.40 | $ 743.40 | Review notes for discovery; phone conference with |
| 3/14/2017 | James Bopp, Jr. | 0.10 | 0.10 | $ 826.00 | $ 82.60 | $ 82.60 | Brief conference with Courtney E. Milbank regarding email from Catherine with letter from prior counsel |
| 3/14/2017 | James Bopp, Jr. | 0.20 | 0.20 | $ 826.00 | $ 165.20 | $ 165.20 | Phone conference with Catherine and Courtney E. Milbank |
| 3/15/2017 | James Bopp, Jr. | 0.40 | 0.40 | $ 826.00 | $ 330.40 | $ 330.40 | E-mail exchange regarding prior counsel and response |

* Hours adjusted for travel time only as BLF entered litigation after unsuccessful claims resolved.
* One Charge removed totaling $97.50 for paraprofessional Matthew Michaloski
Expenses adjusted for reimbursable and non-reimbursable.                Page 43 of 81

Exhibit 3
1:13-cv-00734-RBW

Pl.'s Reply Supp. Notice 4 of 5

- Author:jgallant  Subject:Sticky Note  Date:7/27/2019 3:53:59 PM
  Deduct: regarding pursuit of claims against ind. defs.
  $660.80

Case 1:13-cv-00734-RBW   Document 169-2   Filed 06/27/19   Page 3 of 40
Case 1:13-cv-00734-RBW   Document 165-17   Filed 06/13/19   Page 45 of 82                 1:13-CV-000734-RBW

The Bopp Law Firm, PC Application LSI Matrix Rates
With Adjustments Subtotaled by Attorney

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 3/16/2017 | James Bopp, Jr. | 0.20 | 0.20 | $ 826.00 | $ 165.20 | $ 165.20 | E-mails to Courtney E. Milbank & Catherine regarding April 6th Hearing & potential for settlement |
| 3/17/2017 | James Bopp, Jr. | 0.80 | 0.80 | $ 826.00 | $ 660.80 | $ 660.80 | Review email from Biven attorney; phone conference with Carly; respond to Bivens attorney; |
| 3/17/2017 | James Bopp, Jr. | 0.30 | 0.30 | $ 826.00 | $ 247.80 | $ 247.80 | Review email from Brock regarding for counsel and response |
| 3/24/2017 | James Bopp, Jr. | 0.10 | 0.10 | $ 826.00 | $ 82.60 | $ 82.60 | E-mail exchange with Courtney E. Milbank regarding response to Brock |
| 3/29/2017 | James Bopp, Jr. | 0.50 | 0.50 | $ 826.00 | $ 413.00 | $ 413.00 | Phone conference with Catherine regarding hearing |
| 4/1/2017 | James Bopp, Jr. | 0.90 | 0.90 | $ 826.00 | $ 743.40 | $ 743.40 | Preparation of draft response to firm lawyer letter; send to Catherine & Brock |
| 4/3/2017 | James Bopp, Jr. | 5.00 | 5.00 | $ 826.00 | $ 4,130.00 | $ 4,130.00 | Review pleading including complaint in preparation for hearing |
| 4/4/2017 | James Bopp, Jr. | 4.00 | 4.00 | $ 826.00 | $ 3,304.00 | $ 3,304.00 | Review notes; hearing transcripts; motion for summary judgment & response |
| 4/5/2017 | James Bopp, Jr. | 8.00 | 4.00 | $ 413.00 | $ 3,304.00 | $ 1,652.00 | Travel; preparation for hearing; email exchange with Catherine; phone conference with Courtney E. Milbank |
| 4/6/2017 | James Bopp, Jr. | 9 | 9 | $ 826.00 | $ 7,434.00 | $ 7,434.00 | Prepare for hearing; email exchange with Courtney E. Milbank regarding ripperda declaration; emails regarding change of hearing time; phone conference with Courtney E. Milbank regarding same; attend hearing; conference with client |
| 4/7/2017 | James Bopp, Jr. | 4.00 | 2.00 | $ 413.00 | $ 1,652.00 | $ 826.00 | Travel from hearing |

* Hours adjusted for travel time only as BLF entered litigation after unsuccessful claims resolved.
* One Charge removed totaling $97.50 for paraprofessional Matthew Michaloski
Expenses adjusted for reimbursable and non-reimbursable.                         Page 44 of 81

Deductions = $2,301.80

Exhibit 3                                                                                Pl.'s Reply Supp. Notice 5 of 5
1:13-cv-00734-RBW