**BLF Gray Attorney Dispute Objections**
*Plaintiff's Reply to Defendants' Opposition to Plaintiff's Notice of Compliance with Court Order*
**EXHIBIT 7**

BLF Gray Attorney Dispute Objections

Summary of Comments on BLF Defs Objections Atty Dispute GRAY FINAL - Nuance Power PDF Advanced

Page:1

Author:jgallant  Subject:Sticky Note  Date:7/28/2019 1:09:53 AM
Deduct -- unrelated to litigation
$102.60

Author:jgallant  Subject:Sticky Note  Date:7/28/2019 1:10:02 AM
Deduct -- unrelated to litigation
$136.8

Author:jgallant  Subject:Sticky Note  Date:7/28/2019 1:10:12 AM
Deduct -- unrelated to litigation
$102.60

Author:jgallant  Subject:Sticky Note  Date:7/28/2019 1:10:23 AM
Deduct -- unrelated to litigation
$34.20

Author:jgallant  Subject:Sticky Note  Date:7/28/2019 1:10:34 AM
Deduct -- unrelated to litigation
$34.20

---

Case 1:13-cv-00734-RBW   Document 169-1   Filed 06/27/19   Page 6 of 42
Case 1:13-cv-00734-RBW   Document 165-17   Filed 06/13/19   Page 6 of 82
1:13-CV-000734-RBW

The Bopp Law Firm, PC Application LSI Matrix Rates
With Adjustments Subtotaled by Attorney

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 3/14/2017 | Courtney E. Milbank | 0.30 | 0.30 | $342.00 | $102.60 | $102.60 | E-mail from Catherine regarding letter from prior counsel and brief conference with James Bopp, Jr. regarding the same |
| 3/14/2017 | Courtney E. Milbank | 0.20 | 0.20 | $342.00 | $68.40 | $68.40 | Phone conference with Catherine and James Bopp, Jr. |
| 3/15/2017 | Courtney E. Milbank | 0.40 | 0.40 | $342.00 | $136.80 | $136.80 | E-mails from Brock, Catherine, Greg, and James Bopp, Jr. regarding prior counsel and suggested response |
| 3/16/2017 | Courtney E. Milbank | 0.40 | 0.40 | $342.00 | $136.80 | $136.80 | E-mail exchange with Catherine regarding hearing on April 6th, 2017, email exchange with James Bopp, Jr. regarding the same |
| 3/16/2017 | Courtney E. Milbank | 0.30 | 0.30 | $342.00 | $102.60 | $102.60 | Review email exchange from Catherine and James Bopp, Jr. regarding status on settlement |
| 3/17/2017 | Courtney E. Milbank | 0.10 | 0.10 | $342.00 | $34.20 | $34.20 | E-mail from Brock regarding email to prior counsel and suggestions from James Bopp, Jr. |
| 3/17/2017 | Courtney E. Milbank | 0.10 | 0.10 | $342.00 | $34.20 | $34.20 | E-mail from court regarding CM/ECF login |
| 3/20/2017 | Courtney E. Milbank | 0.30 | 0.30 | $342.00 | $102.60 | $102.60 | E-mails from Brock and Catherine regarding response to prior counsel, revised suggested letter to PILF |
| 3/23/2017 | Courtney E. Milbank | 1.00 | 1.00 | $342.00 | $342.00 | $342.00 | Finish reading through cases from Bivens Defendants' Counsel |
| 3/24/2017 | Courtney E. Milbank | 0.10 | 0.10 | $342.00 | $34.20 | $34.20 | E-mail exchange with James Bopp, Jr. regarding response to Brock |
| 3/24/2017 | Courtney E. Milbank | 0.10 | 0.10 | $342.00 | $34.20 | $34.20 | E-mail to Brock regarding James Bopp, Jr.'s response to prior counsel, discussions on Monday |

* Hours adjusted for travel time only as BLF entered litigation after unsuccessful claims resolved.
* One Charge removed totaling $97.50 for paraprofessional Matthew Michaloski
Expenses adjusted for reimbursable and non-reimbursable.                Page 5 of 81

Exhibit 7
1:13-cv-00734-RBW

Pl.'s Reply Supp. Notice 1 of 19

Page:2

Author:jgallant  Subject:Sticky Note  Date:7/28/2019 1:10:45 AM
Deduct -- unrelated to litigation
$34.20

Author:jgallant  Subject:Sticky Note  Date:7/28/2019 1:10:53 AM
Deduct -- unrelated to litigation
$102.60

Author:jgallant  Subject:Sticky Note  Date:7/28/2019 1:11:02 AM
Deduct -- unrelated to litigation
$34.20

Case 1:13-cv-00734-RBW   Document 169-1   Filed 06/27/19   Page 7 of 42
Case 1:13-cv-00734-RBW   Document 165-17   Filed 06/13/19   Page 7 of 82   1:13-CV-000734-RBW

The Bopp Law Firm, PC Application LSI Matrix Rates
With Adjustments Subtotaled by Attorney

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 3/27/2017 | Courtney E. Milbank | 0.10 | 0.10 | $342.00 | $34.20 | $34.20 | E-mail to James Bopp, Jr. regarding assistance in response to prior counsel |
| 4/3/2017 | Courtney E. Milbank | 0.30 | 0.30 | $342.00 | $102.60 | $102.60 | Review e-mail exchange with James Bopp, Jr., Brock and Catherine regarding response to former counsel |
| 4/5/2017 | Courtney E. Milbank | 0.2 | 0.2 | $342.00 | $68.40 | $68.40 | Review email exchange with James Bopp, Jr. and Carly regarding JW v. IRS documents; phone conference with with James Bopp, Jr. |
| 4/6/2017 | Courtney E. Milbank | 0.1 | 0.1 | $342.00 | $34.20 | $34.20 | CM/ECF appearance of new Defendant attorney  0.00 |
| 4/6/2017 | Courtney E. Milbank | 0.3 | 0.3 | $342.00 | $102.60 | $102.60 | E-mail from James Bopp, Jr. regarding Ripperda Declaration and cited statute, research statute and call James Bopp, Jr. regarding the same |
| 4/6/2017 | Courtney E. Milbank | 1 | 1 | $342.00 | $342.00 | $342.00 | E-mails regarding change of hearing time, call with James Bopp, Jr. regarding the same, call and email client regarding the same; text client regarding location of hearing |
| 4/6/2017 | Courtney E. Milbank | 0.1 | 0.1 | $342.00 | $34.20 | $34.20 | Review letter from Brock Akers to prior counsel |
| 4/7/2017 | Courtney E. Milbank | 0.20 | 0.20 | $342.00 | $68.40 | $68.40 | E-mail exchange with James Bopp, Jr. and Carly regarding conference call to discuss strategy |
| 4/7/2017 | Courtney E. Milbank | 0.50 | 0.50 | $342.00 | $171.00 | $171.00 | Order transcript and email exchange with Carly regarding the same |
| 4/7/2017 | Courtney E. Milbank | 3.00 | 3.00 | $342.00 | $1,026.00 | $1,026.00 | Review Government admissions in Answer to Amended Complaint, prepare memo with admissions and send to James Bopp, Jr. |

* Hours adjusted for travel time only as BLF entered litigation after unsuccessful claims resolved.
* One Charge removed totaling $97.50 for paraprofessional Matthew Michaloski
Expenses adjusted for reimbursable and non-reimbursable.      Page 6 of 81

Exhibit 7
1:13-cv-00734-RBW

Pl.'s Reply Supp. Notice 2 of 19

> Author: jgallant  Subject: Sticky Note  Date: 7/28/2019 1:11:15 AM
> Deduct -- unrelated to litigation (but see case law?)
> $107.40

Case 1:13-cv-00734-RBW   Document 169-1   Filed 06/27/19   Page 16 of 42
Case 1:13-cv-00734-RBW   Document 165-17   Filed 06/13/19   Page 16 of 82

The Bopp Law Firm, PC Application LSI Matrix Rates
With Adjustments Subtotaled by Attorney

1:13-CV-000734-RBW

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 7/26/2017 | Courtney E. Milbank | 0.20 | 0.20 | $358.00 | $71.60 | $71.60 | Call Matthew Michaloski Michaloskito discuss instructions for documents from ACLJ; email Matthew Michaloski Michaloski with password |
| 7/26/2017 | Courtney E. Milbank | 0.20 | 0.20 | $358.00 | $71.60 | $71.60 | E-mail exchange with James Bopp, Jr. regarding concordance format and relativity program |
| 7/26/2017 | Courtney E. Milbank | 0.10 | 0.10 | $358.00 | $35.80 | $35.80 | E-mail from James Bopp, Jr. regarding IRS approving tea party application process |
| 7/26/2017 | Courtney E. Milbank | 0.40 | 0.40 | $358.00 | $143.20 | $143.20 | Review FEC Inspector General Report of Investigation |
| 7/26/2017 | Courtney E. Milbank | 0.30 | 0.30 | $358.00 | $107.40 | $107.40 | Update email to opposing counsel, incorporate edits from James Bopp, Jr. and send to opposing counsel |
| 7/27/2017 | Courtney E. Milbank | 1.2 | 1.2 | $358.00 | $429.60 | $429.60 | E-mail from opposing counsel regarding response to request for production 1; review response and objections, email exchange with James Bopp, Jr. regarding the same |
| 7/27/2017 | Courtney E. Milbank | 1.5 | 1.5 | $358.00 | $537.00 | $537.00 | Pull and review IRS NorCal Filing approving tea party application process; email exchange with James Bopp, Jr. regarding the same, review NorCal docket |
| 7/28/2017 | Courtney E. Milbank | 0.2 | 0.2 | $358.00 | $71.60 | $71.60 | E-mail exchange with James Bopp, Jr. regarding time to discuss response to request for production |
| 7/28/2017 | Courtney E. Milbank | 0.3 | 0.3 | $358.00 | $107.40 | $107.40 | Review e-mail from James Bopp, Jr. to Brooke and Catherine regarding suggested response to Join Catherine regarding suggested response to letter and accompanying [...] |

\* Hours adjusted for travel time only as BLF entered litigation after unsuccessful claims resolved.
\* One Charge removed totaling $97.50 for paraprofessional Matthew Michaloski
Expenses adjusted for reimbursable and non-reimbursable.        Page 15 of 81

Exhibit 7
1:13-cv-00734-RBW
Pl.'s Reply Supp. Notice 3 of 19

Author:jgallant  Subject:Sticky Note  Date:7/28/2019 1:11:26 AM
Deduct -- unrelated to litigation
$35.80

Case 1:13-cv-00734-RBW   Document 169-1   Filed 06/27/19   Page 34 of 42
Case 1:13-cv-00734-RBW   Document 165-17   Filed 06/13/19   Page 34 of 82

**The Bopp Law Firm, PC Application LSI Matrix Rates**
**With Adjustments Subtotaled by Attorney**

1:13-CV-000734-RBW

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 10/13/2017 | Courtney E. Milbank | 2.00 | 2.00 | $358.00 | $716.00 | $716.00 | Continue working through discovery |
| 10/13/2017 | Courtney E. Milbank | 0.10 | 0.00 | $358.00 | $35.80 | $- | E-mail from Catherine regarding updating date on letter to donors |
| 10/13/2017 | Courtney E. Milbank | 0.10 | 0.00 | $358.00 | $35.80 | $- | E-mail to James Bopp, Jr. regarding update on press release for case |
| 10/16/2017 | Courtney E. Milbank | 0.50 | 0.50 | $358.00 | $179.00 | $179.00 | Draft e-mail to opposing counsel regarding request no. 1 of Plaintiff's First Request and no. 5 of Plaintiff's Interrogatories, send to opposing counsel |
| 10/16/2017 | Courtney E. Milbank | 0.20 | 0.20 | $358.00 | $71.60 | $71.60 | E-mail exchange with Catherine regarding updates on letter |
| 10/16/2017 | Courtney E. Milbank | 0.30 | 0.30 | $358.00 | $107.40 | $107.40 | E-mail exchange with James Bopp, Jr. regarding response from IRS, email to opposing counsel regarding production and meet and confer |
| 10/17/2017 | Courtney E. Milbank | 0.10 | 0.10 | $358.00 | $35.80 | $35.80 | Phone conference with James Bopp, Jr. regarding IRS production |
| 10/17/2017 | Courtney E. Milbank | 0.30 | 0.30 | $358.00 | $107.40 | $107.40 | Review emails from Laura and James Bopp, Jr. regarding IRS production |
| 10/18/2017 | Courtney E. Milbank | 0.10 | 0.10 | $358.00 | $35.80 | $35.80 | Brief conference with James Bopp, Jr. regarding case status and needs |
| 10/18/2017 | Courtney E. Milbank | 0.10 | 0.10 | $358.00 | $35.80 | $35.80 | Conference with Jeff Gallant and Bill Davis regarding status of negotiation with PILF |

* Hours adjusted for travel time only as BLF entered litigation after unsuccessful claims resolved.
* One Charge removed totaling $97.50 for paraprofessional Matthew Michaloski
Expenses adjusted for reimbursable and non-reimbursable.           Page 33 of 81

Exhibit 7
1:13-cv-00734-RBW

Pl.'s Reply Supp. Notice 4 of 19

Page:5

> Author:jgallant  Subject:Sticky Note  Date:7/28/2019 1:11:38 AM
> Deduct -- unrelated to litigation
> $660.80

> Author:jgallant  Subject:Sticky Note  Date:7/28/2019 1:11:47 AM
> Deduct -- unrelated to litigation
> $413

Case 1:13-cv-00734-RBW   Document 169-1   Filed 06/27/19   Page 42 of 42
Case 1:13-cv-00734-RBW   Document 165-17   Filed 06/13/19   Page 42 of 82

The Bopp Law Firm, PC Application LSI Matrix Rates
With Adjustments Subtotaled by Attorney

1:13-CV-000734-RBW

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 1/25/2018 | Expense | 11 | 11 | EXP | $ 3.00 | $ 3.00 | Cost advanced for LexisNexis computer assisted legal research--Research sample briefs; motions for EAJA attorney's fees |
| Expense Subtotal | | 226 | 226 | | $ 3,207.26 | $ 564.00 | |
| 2/7/2017 | James Bopp, Jr. | 0.20 | 0.20 | $ 826.00 | $ 165.20 | $ 165.20 | E-mail exchange with Courtney E. Milbank regarding possible hearing in March |
| 2/7/2017 | James Bopp, Jr. | 0.70 | 0.70 | $ 826.00 | $ 578.20 | $ 578.20 | Phone conference with Catherine Englebrecht regarding representation |
| 2/10/2017 | James Bopp, Jr. | 0.70 | 0.70 | $ 826.00 | $ 578.20 | $ 578.20 | Review 2 emails regarding case; review documents; phone conference with Catherine Englebrecht |
| 2/15/2017 | James Bopp, Jr. | 0.20 | 0.20 | $ 826.00 | $ 165.20 | $ 165.20 | Conference with Courtney E. Milbank regarding status and needs |
| 2/20/2017 | James Bopp, Jr. | 0.10 | 0.10 | $ 826.00 | $ 82.60 | $ 82.60 | Phone conference with Courtney E. Milbank regarding order |
| 2/21/2017 | James Bopp, Jr. | 0.10 | 0.10 | $ 826.00 | $ 82.60 | $ 82.60 | Phone conference with Courtney E. Milbank regarding certiorari denied in True the Vote |
| 2/21/2017 | James Bopp, Jr. | 0.8 | 0.8 | $ 826.00 | $ 660.80 | $ 660.80 | Review letter to previous counsel, review response from previous counsel; phone conference with client |
| 2/22/2017 | James Bopp, Jr. | 0.7 | 0.7 | $ 826.00 | $ 578.20 | $ 578.20 | Phone conference with Catherine, Brock, and Courtney E. Milbank regarding strategy |
| 2/22/2017 | James Bopp, Jr. | 0.50 | 0.50 | $ 826.00 | $ 413.00 | $ 413.00 | Prepare response to previous counsel; send to client |
| 2/22/2017 | James Bopp, Jr. | 1.10 | 1.10 | $ 826.00 | $ 908.60 | $ 908.60 | Review Court of Appeals decision; begin review of district court documents |

* Hours adjusted for travel time only as BLF entered litigation after unsuccessful claims resolved.
* One Charge removed totaling $97.50 for paraprofessional Matthew Michaloski
Expenses adjusted for reimbursable and non-reimbursable.        Page 41 of 81

Exhibit 7
1:13-cv-00734-RBW

Pl.'s Reply Supp. Notice 5 of 19

Page:6

> Author:jgallant  Subject:Sticky Note  Date:7/28/2019 1:11:57 AM
> Deduct -- unrelated to litigation
> $82.60

> Author:jgallant  Subject:Sticky Note  Date:7/28/2019 1:12:05 AM
> Deduct -- unrelated to litigation
> $330.40

---

Case 1:13-cv-00734-RBW   Document 169-2   Filed 06/27/19   Page 2 of 40
Case 1:13-cv-00734-RBW   Document 165-17   Filed 06/13/19   Page 44 of 82

**The Bopp Law Firm, PC Application LSI Matrix Rates**
**With Adjustments Subtotaled by Attorney**

1:13-CV-000734-RBW

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 2/24/2017 | James Bopp, Jr. | 0.40 | 0.40 | $826.00 | $330.40 | $330.40 | Revision of Motion to Continue; email Courtney E. Milbank |
| 2/26/2017 | James Bopp, Jr. | 1.10 | 1.10 | $826.00 | $908.60 | $908.60 | Several e-mails to Courtney E. Milbank regarding continuance; review emails; review DOJ response; revise draft reply; email Courtney E. Milbank |
| 2/27/2017 | James Bopp, Jr. | 1.3 | 1.3 | $826.00 | $1,073.80 | $1,073.80 | Review email exchange regarding hearing; review email from court; review email regarding rescheduling hearing; phone conference with Courtney E. Milbank (several times) |
| 3/3/2017 | James Bopp, Jr. | 0.3 | 0.3 | $826.00 | $247.80 | $247.80 | E-mail exchange regarding Bivens defendants and conference call |
| 3/7/2017 | James Bopp, Jr. | 0.9 | 0.9 | $826.00 | $743.40 | $743.40 | E-mail exchange regarding conference with Bivens defendants; review complaints; phone conference with Carly |
| 3/9/2017 | James Bopp, Jr. | 0.40 | 0.40 | $826.00 | $330.40 | $330.40 | Phone conference with Linchpin attorney |
| 3/9/2017 | James Bopp, Jr. | 0.90 | 0.90 | $826.00 | $743.40 | $743.40 | Review notes for discovery; phone conference with |
| 3/14/2017 | James Bopp, Jr. | 0.10 | 0.10 | $826.00 | $82.60 | $82.60 | Brief conference with Courtney E. Milbank regarding email from Catherine with letter from prior counsel |
| 3/14/2017 | James Bopp, Jr. | 0.20 | 0.20 | $826.00 | $165.20 | $165.20 | Phone conference with Catherine and Courtney E. Milbank |
| 3/15/2017 | James Bopp, Jr. | 0.40 | 0.40 | $826.00 | $330.40 | $330.40 | E-mail exchange regarding prior counsel and response |

\* Hours adjusted for travel time only as BLF entered litigation after unsuccessful claims resolved.
\* One Charge removed totaling $97.50 for paraprofessional Matthew Michaloski
Expenses adjusted for reimbursable and non-reimbursable.          Page 43 of 81

Exhibit 7
1:13-cv-00734-RBW

Pl.'s Reply Supp. Notice 6 of 19

Page:7

 Author: jgallant  Subject:Sticky Note  Date:7/28/2019 1:12:15 AM
Deduct -- unrelated to litigation
$247.80

Case 1:13-cv-00734-RBW   Document 169-2   Filed 06/27/19   Page 3 of 40
Case 1:13-cv-00734-RBW   Document 165-17   Filed 06/13/19   Page 45 of 82

**The Bopp Law Firm, PC Application LSI Matrix Rates**
**With Adjustments Subtotaled by Attorney**

1:13-CV-000734-RBW

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 3/16/2017 | James Bopp, Jr. | 0.20 | 0.20 | $ 826.00 | $ 165.20 | $ 165.20 | E-mails to Courtney E. Milbank & Catherine regarding April 6th Hearing & potential for settlement |
| 3/17/2017 | James Bopp, Jr. | 0.80 | 0.80 | $ 826.00 | $ 660.80 | $ 660.80 | Review email from Bivens attorney; phone conference with Carly; respond to Bivens attorney |
| 3/17/2017 | James Bopp, Jr | 0.30 | 0.30 | $ 826.00 | $ 247.80 | $ 247.80 | Review email from Brock regarding prior counsel and Google |
| 3/24/2017 | James Bopp, Jr. | 0.10 | 0.10 | $ 826.00 | $ 82.60 | $ 82.60 | E-mail exchange with Courtney E. Milbank regarding response to Brock |
| 3/29/2017 | James Bopp, Jr. | 0.50 | 0.50 | $ 826.00 | $ 413.00 | $ 413.00 | Phone conference with Catherine regarding hearing |
| 4/1/2017 | James Bopp, Jr. | 0.90 | 0.90 | $ 826.00 | $ 743.40 | $ 743.40 | Preparation of draft response to firm lawyer letter; send to Catherine & Brock |
| 4/3/2017 | James Bopp, Jr. | 5.00 | 5.00 | $ 826.00 | $ 4,130.00 | $ 4,130.00 | Review pleading including complaint in preparation for hearing |
| 4/4/2017 | James Bopp, Jr. | 4.00 | 4.00 | $ 826.00 | $ 3,304.00 | $ 3,304.00 | Review notes; hearing transcripts; motion for summary judgment & response |
| 4/5/2017 | James Bopp, Jr. | 8.00 | 4.00 | $ 413.00 | $ 3,304.00 | $ 1,652.00 | Travel; preparation for hearing; email exchange with Catherine; phone conference with Courtney E. Milbank |
| 4/6/2017 | James Bopp, Jr. | 9 | 9 | $ 826.00 | $ 7,434.00 | $ 7,434.00 | Prepare for hearing; email exchange with Courtney E. Milbank regarding ripperda declaration; emails regarding change of hearing time; phone conference with Courtney E. Milbank regarding same; attend hearing; conference with client |
| 4/7/2017 | James Bopp, Jr. | 4.00 | 2.00 | $ 413.00 | $ 1,652.00 | $ 826.00 | Travel from hearing |

* Hours adjusted for travel time only as BLF entered litigation after unsuccessful claims resolved.
* One Charge removed totaling $97.50 for paraprofessional Matthew Michaloski
Expenses adjusted for reimbursable and non-reimbursable.          Page 44 of 81

Exhibit 7
1:13-cv-00734-RBW

Pl.'s Reply Supp. Notice 7 of 19

Page:8

Author:jgallant Subject:Sticky Note Date:7/28/2019 1:12:27 AM
Deduct -- unrelated to litigation
$247.80

Author:jgallant Subject:Sticky Note Date:7/28/2019 1:12:34 AM
Deduct -- unrelated to litigation(good faith assumption)
$743.40

Case 1:13-cv-00734-RBW   Document 169-2   Filed 06/27/19   Page 6 of 40
Case 1:13-cv-00734-RBW   Document 165-17   Filed 06/13/19   Page 48 of 82

**The Bopp Law Firm, PC Application LSI Matrix Rates**
**With Adjustments Subtotaled by Attorney**

1:13-CV-000734-RBW

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 5/5/2017 | James Bopp, Jr. | 0.60 | 0.60 | $826.00 | $495.60 | $495.60 | Phone conference with Catherine |
| 5/5/2017 | James Bopp, Jr. | 0.50 | 0.50 | $826.00 | $413.00 | $413.00 | Review CRS response to Motion to Amend Discovery Order |
| 5/5/2017 | James Bopp, Jr. | 0.30 | 0.30 | $826.00 | $247.80 | $247.80 | Review Rea filed by Plff |
| 5/8/2017 | James Bopp, Jr. | 0.90 | 0.90 | $826.00 | $743.40 | $743.40 | Review PKF documents, phone conference with Catherine |
| 5/10/2017 | James Bopp, Jr. | 0.30 | 0.30 | $826.00 | $247.80 | $247.80 | Phone conference with Matthew Michaloski Michaloski in regards to giving instructions |
| 5/16/2017 | James Bopp, Jr. | 0.30 | 0.30 | $826.00 | $247.80 | $247.80 | Meet with Matthew Michaloski Michaloski to discuss research findings |
| 5/19/2017 | James Bopp, Jr. | 0.30 | 0.30 | $826.00 | $247.80 | $247.80 | E-mail exchange with Courtney E. Milbank regarding update on agency's case file |
| 5/19/2017 | James Bopp, Jr. | 0.30 | 0.30 | $826.00 | $247.80 | $247.80 | Review email from IRS regarding case file; email exchange regarding it |
| 5/22/2017 | James Bopp, Jr. | 0.10 | 0.10 | $826.00 | $82.60 | $82.60 | Phone conference with Courtney E. Milbank regarding strategy and plans for discovery |
| 5/24/2017 | James Bopp, Jr. | 0.10 | 0.10 | $826.00 | $82.60 | $82.60 | Review e-mail from Catherine |
| 5/30/2017 | James Bopp, Jr. | 0.20 | 0.20 | $826.00 | $165.20 | $165.20 | Review email from Catherine; respond |
| 5/31/2017 | James Bopp, Jr. | 0.50 | 0.50 | $826.00 | $413.00 | $413.00 | Review linchpin RFD & phone call to Matthew Michaloski Michaloski |
| 6/2/2017 | James Bopp, Jr. | 0.20 | 0.20 | $865.00 | $173.00 | $173.00 | Phone conference with Courtney E. Milbank regarding TTV discovery |

* Hours adjusted for travel time only as BLF entered litigation after unsuccessful claims resolved.
* One Charge removed totaling $97.50 for paraprofessional Matthew Michaloski
Expenses adjusted for reimbursable and non-reimbursable.

Page 47 of 81

Exhibit 7
1:13-cv-00734-RBW

Pl.'s Reply Supp. Notice 8 of 19

Page:9

Author:jgallant  Subject:Sticky Note  Date:7/28/2019 1:12:45 AM
Deduct -- unrelated to litigation
$259.50

Author:jgallant  Subject:Sticky Note  Date:7/28/2019 1:12:59 AM
Deduct -- unrelated to litigation
$259.50

Author:jgallant  Subject:Sticky Note  Date:7/28/2019 1:13:07 AM
Deduct -- unrelated to litigation
$951.50

Case 1:13-cv-00734-RBW   Document 169-2   Filed 06/27/19   Page 8 of 40
Case 1:13-cv-00734-RBW   Document 165-17   Filed 06/13/19   Page 50 of 82   1:13-CV-000734-RBW

**The Bopp Law Firm, PC Application LSI Matrix Rates**
**With Adjustments Subtotaled by Attorney**

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 6/26/2017 | James Bopp, Jr. | 0.50 | 0.50 | $865.00 | $432.50 | $432.50 | Finalize Sessions letter; sent to various parties |
| 6/26/2017 | James Bopp, Jr. | 0.90 | 0.90 | $865.00 | $778.50 | $778.50 | Review draft of request for documents; approve |
| 6/27/2017 | James Bopp, Jr. | 0.30 | 0.30 | $865.00 | $259.50 | $259.50 | E-mail exchange regarding response to PILF |
| 6/28/2017 | James Bopp, Jr. | 0.30 | 0.30 | $865.00 | $259.50 | $259.50 | Phone conference with Matthew Michaloski Michaloski regarding draft of response |
| 6/28/2017 | James Bopp, Jr. | 0.30 | 0.30 | $865.00 | $259.50 | $259.50 | Review email from Catherine; phone conference with Courtney E. Milbank regarding 2nd set of discovery request |
| 6/29/2017 | James Bopp, Jr. | 0.8 | 0.8 | $865.00 | $692.00 | $692.00 | Review draft second set of discovery; approve |
| 6/29/2017 | James Bopp, Jr. | 1.10 | 1.10 | $865.00 | $951.50 | $951.50 | Revise response letter to PILF, phone conference with Matthew Michaloski Michaloski and Jen Brock |
| 7/5/2017 | James Bopp, Jr. | 0.2 | 0.2 | $865.00 | $173.00 | $173.00 | Conference with Courtney E. Milbank regarding depositions, conference call with Carly and discovery order |
| 7/5/2017 | James Bopp, Jr. | 0.1 | 0.1 | $865.00 | $86.50 | $86.50 | Phone conference with Courtney E. Milbank regarding who to depose from IRS |
| 7/5/2017 | James Bopp, Jr. | 0.1 | 0.1 | $865.00 | $86.50 | $86.50 | Phone conference with Courtney E. Milbank regarding conference with Carly/True the Vote discovery |
| 7/6/2017 | James Bopp, Jr. | 0.5 | 0.5 | $865.00 | $432.50 | $432.50 | Phone conference with Carly, Courtney E. Milbank regarding discovery |
| 7/6/2017 | James Bopp, Jr. | 0.3 | 0.3 | $865.00 | $259.50 | $259.50 | Phone conference with Courtney E. Milbank regarding deposition interview & motion to file deposition |
| 7/6/2017 | James Bopp, Jr. | 0.4 | 0.4 | $865.00 | $346.00 | $346.00 | Review draft of deposition letter; approve |

\* Hours adjusted for travel time only as BLF entered litigation after unsuccessful claims resolved.
\* One Charge removed totaling $97.50 for paraprofessional Matthew Michaloski
Expenses adjusted for reimbursable and non-reimbursable.   Page 49 of 81

Exhibit 7
1:13-cv-00734-RBW

Pl.'s Reply Supp. Notice 9 of 19

BLF Gray Attorney Dispute Objections

Page:10

> Author:jgallant  Subject:Sticky Note  Date:7/28/2019 1:13:25 AM
> Deduct -- unrelated to litigation
> $432.50

> Author:jgallant  Subject:Sticky Note  Date:7/28/2019 1:13:34 AM
> Deduct -- unrelated to litigation
> $173

> Author:jgallant  Subject:Sticky Note  Date:7/28/2019 1:13:41 AM
> Deduct -- unrelated to litigation
> $778.50

> Author:jgallant  Subject:Sticky Note  Date:7/28/2019 1:13:49 AM
> Deduct -- unrelated to litigation
> $259.50

> Author:jgallant  Subject:Sticky Note  Date:7/28/2019 1:13:56 AM
> Deduct -- unrelated to litigation
> $173

> Author:jgallant  Subject:Sticky Note  Date:7/28/2019 1:14:07 AM
> Deduct -- unrelated to litigation
> $86.50

> Author:jgallant  Subject:Sticky Note  Date:7/28/2019 1:14:17 AM
> Deduct -- unrelated to litigation
> $778.50

> Author:jgallant  Subject:Sticky Note  Date:7/28/2019 1:14:24 AM
> Deduct -- unrelated to litigation
> $692

> Author:jgallant  Subject:Sticky Note  Date:7/28/2019 1:14:32 AM
> Deduct -- unrelated to litigation
> $1816.50

> Author:jgallant  Subject:Sticky Note  Date:7/28/2019 1:14:40 AM
> Deduct -- unrelated to litigation
> $1903

Case 1:13-cv-00734-RBW   Document 169-2   Filed 06/27/19   Page 7 of 40
Case 1:13-cv-00734-RBW   Document 165-17   Filed 06/13/19   Page 49 of 82

1:13-CV-000734-RBW

The Bopp Law Firm, PC Application LSI Matrix Rates
With Adjustments Subtotaled by Attorney

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 6/13/2017 | James Bopp, Jr. | 0.30 | 0.30 | $ 865.00 | $ 259.50 | $ 259.50 | Phone conference with Matthew Michaloski Michaloski and give new instructions |
| 6/15/2017 | James Bopp, Jr. | 0.50 | 0.50 | $ 865.00 | $ 432.50 | $ 432.50 | Review estimate of PILF cost for True the Vote litigation; conference with Matthew Michaloski Michaloski regarding revision |
| 6/20/2017 | James Bopp, Jr. | 0.10 | 0.10 | $ 865.00 | $ 86.50 | $ 86.50 | E-mail to Courtney E. Milbank regarding letter to Sessions |
| 6/21/2017 | James Bopp, Jr. | 0.20 | 0.20 | $ 865.00 | $ 173.00 | $ 173.00 | Phone conference with Matthew Michaloski Michaloski to discuss computations for PILF costs |
| 6/21/2017 | James Bopp, Jr. | 0.9 | 0.9 | $ 865.00 | $ 778.50 | $ 778.50 | Revise memo regarding PILF; phone conference with Matthew Michaloski Michaloski |
| 6/22/2017 | James Bopp, Jr. | 0.3 | 0.3 | $ 865.00 | $ 259.50 | $ 259.50 | E-mail exchange with Courtney E. Milbank regarding 3/14 email from |
| 6/22/2017 | James Bopp, Jr. | 0.20 | 0.20 | $ 865.00 | $ 173.00 | $ 173.00 | Meet with Matthew Michaloski Michaloski regarding findings |
| 6/22/2017 | James Bopp, Jr. | 0.1 | 0.1 | $ 865.00 | $ 86.50 | $ 86.50 | Phone conference with Courtney E. Milbank regarding approval of Sessions letter |
| 6/22/2017 | James Bopp, Jr. | 0.10 | 0.10 | $ 865.00 | $ 86.50 | $ 86.50 | Phone conference with Matthew Michaloski Michaloski |
| 6/23/2017 | James Bopp, Jr. | 0.90 | 0.90 | $ 865.00 | $ 778.50 | $ 778.50 | Review Matthew Michaloski Michaloski draft regarding Michaloski response letter; phone conference with Matthew Michaloski |
| 6/23/2017 | James Bopp, Jr. | 0.80 | 0.80 | $ 865.00 | $ 692.00 | $ 692.00 | Review Matthew Michaloski Michaloski draft regarding Michaloski response letter; phone conference with Matthew Michaloski |
| 6/24/2017 | James Bopp, Jr. | 2.10 | 2.10 | $ 865.00 | $ 1,816.50 | $ 1,816.50 | Revise response letter |
| 6/24/2017 | James Bopp, Jr | 2.20 | 2.20 | $ 865.00 | $ 1,903.00 | $ 1,903.00 | Revise response letter |

* Hours adjusted for travel time only as BLF entered litigation after unsuccessful claims resolved.
* One Charge removed totaling $97.50 for paraprofessional Matthew Michaloski
Expenses adjusted for reimbursable and non-reimbursable.   Page 48 of 81

Exhibit 7
1:13-cv-00734-RBW
Pl.'s Reply Supp. Notice 10 of 19

Page: 11

> Author: jgallant  Subject: Sticky Note  Date: 7/28/2019 1:15:01 AM
> Deduct -- unrelated to litigation
> $346

> Author: jgallant  Subject: Sticky Note  Date: 7/28/2019 1:15:11 AM
> Deduct -- unrelated to litigation
> $346

Case 1:13-cv-00734-RBW   Document 169-2   Filed 06/27/19   Page 9 of 40
Case 1:13-cv-00734-RBW   Document 165-17   Filed 06/13/19   Page 51 of 82

The Bopp Law Firm, PC Application LSI Matrix Rates
With Adjustments Subtotaled by Attorney

1:13-CV-000734-RBW

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 7/6/2017 | James Bopp, Jr. | 0.5 | 0.5 | $865.00 | $432.50 | $432.50 | Review email from Courtney E. Milbank regarding people to depose; phone conference with Courtney E. Milbank |
| 7/6/2017 | James Bopp, Jr. | 0.2 | 0.2 | $865.00 | $173.00 | $173.00 | Review email request deposition date |
| 7/11/2017 | James Bopp, Jr. | 0.1 | 0.1 | $865.00 | $86.50 | $86.50 | Conference with Courtney E. Milbank regarding email to opposing counsel |
| 7/12/2017 | James Bopp, Jr. | 0.2 | 0.2 | $865.00 | $173.00 | $173.00 | E-mail exchange with Carly regarding discovery documents |
| 7/14/2017 | James Bopp, Jr. | 0.5 | 0.5 | $865.00 | $432.50 | $432.50 | Review email from Catherine; phone conference with Catherine |
| 7/17/2017 | James Bopp, Jr. | 0.5 | 0.5 | $865.00 | $432.50 | $432.50 | Review email from Brock; phone conference with Catherine and Brock |
| 7/20/2017 | James Bopp, Jr. | 0.3 | 0.3 | $865.00 | $259.50 | $259.50 | E-mail exchange with Matthew Michaloski regarding preparing subpoena |
| 7/20/2017 | James Bopp, Jr. | 0.4 | 0.4 | $865.00 | $346.00 | $346.00 | Review email exchange with PILF |
| 7/20/2017 | James Bopp, Jr. | 0.3 | 0.3 | $865.00 | $259.50 | $259.50 | Review email from IRS regarding depositions; respond to Courtney E. Milbank |
| 7/21/2017 | James Bopp, Jr. | 0.10 | 0.10 | $865.00 | $86.50 | $86.50 | E-mail to Courtney E. Milbank regarding FEC Inspector General report |
| 7/21/2017 | James Bopp, Jr. | 0.30 | 0.30 | $865.00 | $259.50 | $259.50 | Phone conference with Courtney E. Milbank regarding deposition, hearing date |
| 7/21/2017 | James Bopp, Jr. | 0.40 | 0.40 | $865.00 | $346.00 | $346.00 | Review PILF response email Matthew Michaloski/Melena |
| 7/24/2017 | James Bopp, Jr. | 0.30 | 0.30 | $865.00 | $259.50 | $259.50 | Multiple e-mails with Courtney E. Milbank regarding conference call with opposing counsel |

* Hours adjusted for travel time only as BLF entered litigation after unsuccessful claims resolved.
* One Charge removed totaling $97.50 for paraprofessional Matthew Michaloski
Expenses adjusted for reimbursable and non-reimbursable.   Page 50 of 81

Exhibit 7
1:13-cv-00734-RBW

Pl.'s Reply Supp. Notice 11 of 19

Author:jgallant  Subject:Sticky Note  Date:7/28/2019 1:15:21 AM
Deduct -- unrelated to litigation
$519

Case 1:13-cv-00734-RBW   Document 169-2   Filed 06/27/19   Page 10 of 40
Case 1:13-cv-00734-RBW   Document 165-17   Filed 06/13/19   Page 52 of 82   1:13-CV-000734-RBW

The Bopp Law Firm, PC Application LSI Matrix Rates
With Adjustments Subtotaled by Attorney

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 7/25/2017 | James Bopp, Jr. | 1.20 | 1.20 | $ 865.00 | $ 1,038.00 | $ 1,038.00 | Review email regarding discovery; phone Milbank; Two phone conferences with Courtney E. Milbank conference with IRS attorney and Courtney Milbank E. |
| 7/26/2017 | James Bopp, Jr. | 0.20 | 0.20 | $ 865.00 | $ 173.00 | $ 173.00 | E-mail exchange with Courtney E. Milbank regarding concordance format and relativity program |
| 7/26/2017 | James Bopp, Jr. | 0.1 | 0.1 | $ 865.00 | $ 86.50 | $ 86.50 | E-mail to Courtney E. Milbank regarding IRS approving tea party application process |
| 7/27/2017 | James Bopp, Jr. | 0.1 | 0.1 | $ 865.00 | $ 86.50 | $ 86.50 | E-mail exchange with Courtney E. Milbank regarding NorCal filing |
| 7/27/2017 | James Bopp, Jr. | 0.1 | 0.1 | $ 865.00 | $ 86.50 | $ 86.50 | E-mail exchange with Courtney E. Milbank regarding response to first request for production |
| 7/28/2017 | James Bopp, Jr. | 0.2 | 0.2 | $ 865.00 | $ 173.00 | $ 173.00 | E-mail exchange with Courtney E. Milbank regarding time to discuss response to request for production |
| 7/28/2017 | James Bopp, Jr. | 0.6 | 0.6 | $ 865.00 | $ 519.00 | $ 519.00 | Revise subpoena and notice to PILF; send to conference |
| 7/31/2017 | James Bopp, Jr. | 0.2 | 0.2 | $ 865.00 | $ 173.00 | $ 173.00 | Review email from IRS regarding discovery response |
| 8/1/2017 | James Bopp, Jr. | 0.1 | 0.1 | $ 865.00 | $ 86.50 | $ 86.50 | E-mail exchange with Courtney E. Milbank regarding Brock pro hac vice |
| 8/1/2017 | James Bopp, Jr. | 1.3 | 1.3 | $ 865.00 | $ 1,124.50 | $ 1,124.50 | Phone conference with Courtney E. Milbank regarding IRS discovery response; review 2nd IRS discovery response |
| 8/3/2017 | James Bopp, Jr. | 1.1 | 1.1 | $ 865.00 | $ 951.50 | $ 951.50 | Review IRS discovery response ; phone conference with Courtney E. Milbank regarding motion to compel |

* Hours adjusted for travel time only as BLF entered litigation after unsuccessful claims resolved.
* One Charge removed totaling $97.50 for paraprofessional Matthew Michaloski
Expenses adjusted for reimbursable and non-reimbursable.     Page 51 of 81

Exhibit 7
1:13-cv-00734-RBW
Pl.'s Reply Supp. Notice 12 of 19

Page:13

Author:jgallant  Subject:Sticky Note  Date:7/28/2019 1:15:31 AM
Deduct -- unrelated to litigation
$86.50

Case 1:13-cv-00734-RBW   Document 169-2   Filed 06/27/19   Page 14 of 40
Case 1:13-cv-00734-RBW   Document 165-17   Filed 06/13/19   Page 56 of 82

The Bopp Law Firm, PC Application LSI Matrix Rates
With Adjustments Subtotaled by Attorney

1:13-CV-000734-RBW

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 8/30/2017 | James Bopp, Jr. | 0.10 | 0.10 | $ 865.00 | $ 86.50 | $ 86.50 | Conference with Courtney E. Milbank regarding meet and confer with opposing counsel on Friday |
| 8/30/2017 | James Bopp, Jr. | 0.10 | 0.10 | $ 865.00 | $ 86.50 | $ 86.50 | Conference with Courtney E. Milbank regarding (xxx) of subpoenas |
| 8/30/2017 | James Bopp, Jr. | 0.20 | 0.20 | $ 865.00 | $ 173.00 | $ 173.00 | E-mail exchange with Courtney E. Milbank regarding motion to compel deadline |
| 8/30/2017 | James Bopp, Jr. | 0.10 | 0.10 | $ 865.00 | $ 86.50 | $ 86.50 | Phone conference with Courtney E. Milbank regarding motion to compel deadline |
| 9/1/2017 | James Bopp, Jr. | 1.00 | 1.00 | $ 865.00 | $ 865.00 | $ 865.00 | Attend meet and confer with IRS attorney |
| 9/1/2017 | James Bopp, Jr. | 0.30 | 0.30 | $ 865.00 | $ 259.50 | $ 259.50 | Email exchange with Catherine regarding letter to minor donors |
| 9/1/2017 | James Bopp, Jr. | 0.40 | 0.40 | $ 865.00 | $ 346.00 | $ 346.00 | Follow-up phone call with Courtney E. Milbank regarding meet and confer; review draft email; approve |
| 9/1/2017 | James Bopp, Jr. | 0.50 | 0.50 | $ 865.00 | $ 432.50 | $ 432.50 | Prepare for meet and confer; phone conference with Courtney E. Milbank; review letter |
| 9/1/2017 | James Bopp, Jr. | 1.10 | 1.10 | $ 865.00 | $ 951.50 | $ 951.50 | Review DOJ letter regarding meet and confer; phone conference with Courtney E. Milbank regarding response; review draft response, approve |
| 9/1/2017 | James Bopp, Jr. | 0.30 | 0.30 | $ 865.00 | $ 259.50 | $ 259.50 | Review draft of email to IRS; approved |
| 9/5/2017 | James Bopp, Jr. | 0.2 | 0.2 | $ 865.00 | $ 173.00 | $ 173.00 | Email exchange with IRS lawyer regarding settlement |
| 9/5/2017 | James Bopp, Jr. | 0.2 | 0.2 | $ 865.00 | $ 173.00 | $ 173.00 | Phone conference with Courtney E. Milbank regarding responding to letter |

* Hours adjusted for travel time only as BLF entered litigation after unsuccessful claims resolved.
* One Charge removed totaling $97.50 for paraprofessional Matthew Michaloski
Expenses adjusted for reimbursable and non-reimbursable.      Page 55 of 81

Exhibit 7
1:13-cv-00734-RBW

Pl.'s Reply Supp. Notice 13 of 19

Page:14

Author:jgallant  Subject:Sticky Note  Date:7/28/2019 1:15:43 AM
Deduct -- unrelated to litigation
$346

Author:jgallant  Subject:Sticky Note  Date:7/28/2019 1:15:49 AM
Deduct -- unrelated to litigation
$173

Author:jgallant  Subject:Sticky Note  Date:7/28/2019 1:15:57 AM
Deduct -- unrelated to litigation
$86.50

Case 1:13-cv-00734-RBW   Document 169-2   Filed 06/27/19   Page 13 of 40
Case 1:13-cv-00734-RBW   Document 165-17   Filed 06/13/19   Page 55 of 82         1:13-CV-000734-RBW

The Bopp Law Firm, PC Application LSI Matrix Rates
With Adjustments Subtotaled by Attorney

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 8/24/2017 | James Bopp, Jr. | 2.1 | 2.1 | $865.00 | $1,816.50 | $1,816.50 | Revise stipulation order; phone conference with Courtney E. Milbank regarding revision |
| 8/28/2017 | James Bopp, Jr. | 0.20 | 0.20 | $865.00 | $173.00 | $173.00 | E-mail exchange with Courtney E. Milbank regarding email to opposing counsel |
| 8/28/2017 | James Bopp, Jr. | 0.30 | 0.30 | $865.00 | $259.50 | $259.50 | Phone conference with Courtney E. Milbank regarding meet and confer |
| 8/28/2017 | James Bopp, Jr. | 0.10 | 0.10 | $865.00 | $86.50 | $86.50 | Phone conference with Courtney E. Milbank regarding Washington Examiner article and email to opposing counsel |
| 8/28/2017 | James Bopp, Jr. | 0.30 | 0.30 | $865.00 | $259.50 | $259.50 | Revise email to DOJ attorney; approve |
| 8/28/2017 | James Bopp, Jr. | 0.40 | 0.40 | $865.00 | $346.00 | $346.00 | Revise subpoena and notice, send to Brock |
| 8/28/2017 | James Bopp, Jr. | 0.20 | 0.20 | $865.00 | $173.00 | $173.00 | Two phone conferences with Courtney E. Milbank regarding service of subpoena |
| 8/29/2017 | James Bopp, Jr. | 0.10 | 0.10 | $865.00 | $86.50 | $86.50 | Phone call with Courtney E. Milbank regarding scheduling meet and confer for Friday and emailing opposing counsel regarding the same |
| 8/29/2017 | James Bopp, Jr. | 0.10 | 0.10 | $865.00 | $86.50 | $86.50 | Phone conference with Courtney E. Milbank regarding whether subpoenas have to be filed with the Court |
| 8/29/2017 | James Bopp, Jr. | 0.20 | 0.20 | $865.00 | $173.00 | $173.00 | Review email from Courtney E. Milbank to DOJ |

* Hours adjusted for travel time only as BLF entered litigation after unsuccessful claims resolved.
* One Charge removed totaling $97.50 for paraprofessional Matthew Michaloski
Expenses adjusted for reimbursable and non-reimbursable.          Page 54 of 81

Exhibit 7
1:13-cv-00734-RBW

Pl.'s Reply Supp. Notice 14 of 19

> Author: jgallant  Subject: Sticky Note  Date: 7/28/2019 1:16:22 AM
> Deduct 50% as unrelated to litigation
> $346

The Bopp Law Firm, PC Application LSI Matrix Rates
With Adjustments Subtotaled by Attorney

1:13-CV-000734-RBW

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 9/8/2017 | James Bopp, Jr. | 0.80 | 0.80 | $ 865.00 | $ 692.00 | $ 692.00 | Review email from IRS; phone conference with Courtney E. Milbank |
| 9/9/2017 | James Bopp, Jr. | 0.80 | 0.80 | $ 865.00 | $ 692.00 | $ 692.00 | Review letter from IRS regarding production; phone conference with Courtney E. Milbank regarding IRS production |
| 9/11/2017 | James Bopp, Jr. | 0.20 | 0.20 | $ 865.00 | $ 173.00 | $ 173.00 | E-mail exchange with Courtney E. Milbank regarding awaiting information from client before sending email to opposing counsel |
| 9/11/2017 | James Bopp, Jr. | 0.20 | 0.00 | $ 865.00 | $ 173.00 | $ - | E-mail exchange with Courtney E. Milbank regarding letter to donors |
| 9/11/2017 | James Bopp, Jr. | 1.10 | 1.10 | $ 865.00 | $ 951.50 | $ 951.50 | Phone conference with Catherine, Greg, Courtney E. Milbank |
| 9/11/2017 | James Bopp, Jr. | 0.40 | 0.40 | $ 865.00 | $ 346.00 | $ 346.00 | Review email from Greg and Catherine |
| 9/14/2017 | James Bopp, Jr. | 0.10 | 0.00 | $ 865.00 | $ 86.50 | $ - | Conference with Courtney E. Milbank regarding letter to donors and email to opposing counsel |
| 9/14/2017 | James Bopp, Jr. | 0.10 | 0.10 | $ 865.00 | $ 86.50 | $ 86.50 | Phone conference with Courtney E. Milbank regarding email to opposing counsel and information from client |
| 9/14/2017 | James Bopp, Jr. | 0.30 | 0.30 | $ 865.00 | $ 259.50 | $ 259.50 | Review draft of email to Catherine, approve |
| 9/15/2017 | James Bopp, Jr. | 0.6 | 0.6 | $ 865.00 | $ 519.00 | $ 519.00 | Review draft letter to Catherine, phone conference with Courtney E. Milbank regarding revision |
| 9/21/2017 | James Bopp, Jr. | 0.8 | 0.8 | $ 865.00 | $ 692.00 | $ 692.00 | Phone conference with Catherine & Brock regarding IRS discovery and subpoena |

\* Hours adjusted for travel time only as BLF entered litigation after unsuccessful claims resolved.
\* One Charge removed totaling $97.50 for paraprofessional Matthew Michaloski
Expenses adjusted for reimbursable and non-reimbursable.      Page 57 of 81

Exhibit 7
1:13-cv-00734-RBW
Pl.'s Reply Supp. Notice 15 of 19

Author:jgallant  Subject:Sticky Note  Date:7/26/2019 3:04:55 PM
No deduction- securing prior counsel's records for submission of attorney's fees

Author:jgallant  Subject:Sticky Note  Date:7/26/2019 3:05:22 PM
No deduction- securing prior counsel's records for submission of attorney's fees

Case 1:13-cv-00734-RBW   Document 169-2   Filed 06/27/19   Page 17 of 40
Case 1:13-cv-00734-RBW   Document 165-17   Filed 06/13/19   Page 59 of 82

The Bopp Law Firm, PC Application LSI Matrix Rates
With Adjustments Subtotaled by Attorney

1:13-CV-000734-RBW

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 9/21/2017 | James Bopp, Jr. | 0.3 | 0.3 | $ 865.00 | $ 259.50 | $ 259.50 | Review draft email to IRS; approve |
| 9/21/2017 | James Bopp, Jr. | 0.9 | 0.9 | $ 865.00 | $ 778.50 | $ 778.50 | Review IRS discovery responses; phone conference with Courtney E. Milbank |
| 9/26/2017 | James Bopp, Jr. | 0.40 | 0.40 | $ 865.00 | $ 346.00 | $ 346.00 | E-mail exchange regarding fee petition request |
| 9/26/2017 | James Bopp, Jr. | 0.20 | 0.20 | $ 865.00 | $ 173.00 | $ 173.00 | E-mail exchange with Courtney E. Milbank regarding letter to Catherine |
| 9/27/2017 | James Bopp, Jr. | 0.30 | 0.30 | $ 865.00 | $ 259.50 | $ 259.50 | Review client letter, approve |
| 9/28/2017 | James Bopp, Jr. | 0.40 | 0.40 | $ 865.00 | $ 346.00 | $ 346.00 | Review email from Jeff Gallantry P. Gallant and respond; BLF billing |
| 9/29/2017 | James Bopp, Jr. | 0.40 | 0.40 | $ 865.00 | $ 346.00 | $ 346.00 | Review email with Linchpin attorney and DOJ |
| 10/4/2017 | James Bopp, Jr. | 0.50 | 0.50 | $ 865.00 | $ 432.50 | $ 432.50 | Review Courtney E. Milbank email; review client email; conference with Courtney E. Milbank regarding case status and needs |
| 10/5/2017 | James Bopp, Jr. | 0.4 | 0.4 | $ 865.00 | $ 346.00 | $ 346.00 | E-mail exchange regarding PUJ |
| 10/6/2017 | James Bopp, Jr. | 0.5 | 0.5 | $ 865.00 | $ 432.50 | $ 432.50 | Review e-mail exchange regarding IRS seeking discovery extension; email to Courtney E. Milbank regarding IRS audit report |
| 10/9/2017 | James Bopp, Jr. | 0.30 | 0.30 | $ 865.00 | $ 259.50 | $ 259.50 | E-mail exchange with Courtney E. Milbank and Catherine regarding status and needed items; schedule conference call |
| 10/9/2017 | James Bopp, Jr. | 0.20 | 0.20 | $ 865.00 | $ 173.00 | $ 173.00 | E-mail to Courtney E. Milbank regarding True the Vote completion of request 1; review email from Courtney E. Milbank regarding same |

* Hours adjusted for travel time only as BLF entered litigation after unsuccessful claims resolved.
* One Charge removed totaling $97.50 for paraprofessional Matthew Michaloski
Expenses adjusted for reimbursable and non-reimbursable.

Page 58 of 81

Exhibit 7
1:13-cv-00734-RBW

Pl.'s Reply Supp. Notice 16 of 19

Page:17

Author: jgallant  Subject: Sticky Note  Date: 7/26/2019 3:06:15 PM
No deduction- securing prior counsel's records for submission of attorney's fees

The Bopp Law Firm, PC Application LSI Matrix Rates
With Adjustments Subtotaled by Attorney

1:13-CV-000734-RBW

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 10/9/2017 | James Bopp, Jr. | 0.10 | 0.10 | $ 865.00 | $ 86.50 | $ 86.50 | E-mail to Jeff Gallant/P. Gallant regarding progress |
| 10/9/2017 | James Bopp, Jr. | 0.2 | 0.2 | $ 865.00 | $ 173.00 | $ 173.00 | Review Jeff Gallant/P. Gallant e-mail regarding LSI; forward to Catherine |
| 10/10/2017 | James Bopp, Jr. | 0.20 | 0.20 | $ 865.00 | $ 173.00 | $ 173.00 | E-mail exchange with Courtney E. Milbank and Catherine regarding conference call |
| 10/10/2017 | James Bopp, Jr. | 0.30 | 0.30 | $ 865.00 | $ 259.50 | $ 259.50 | E-mail exchange with Courtney E. Milbank regarding motion to extend filed by opposing counsel and approval of draft email |
| 10/10/2017 | James Bopp, Jr. | 0.50 | 0.50 | $ 865.00 | $ 432.50 | $ 432.50 | Phone conference with Catherine and Brock, Courtney E. Milbank |
| 10/10/2017 | James Bopp, Jr. | 0.30 | 0.30 | $ 865.00 | $ 259.50 | $ 259.50 | Review draft email to IRS; phone conference with Courtney E. Milbank regarding revision |
| 10/11/2017 | James Bopp, Jr. | 0.30 | 0.30 | $ 865.00 | $ 259.50 | $ 259.50 | E-mail exchange with DOJ regarding settlement |
| 10/16/2017 | James Bopp, Jr. | 0.10 | 0.10 | $ 865.00 | $ 86.50 | $ 86.50 | E-mail exchange with Courtney E. Milbank regarding response from IRS |
| 10/17/2017 | James Bopp, Jr. | 0.30 | 0.30 | $ 865.00 | $ 259.50 | $ 259.50 | E-mail exchange with opposing counsel regarding IRS production |
| 10/17/2017 | James Bopp, Jr. | 0.10 | 0.10 | $ 865.00 | $ 86.50 | $ 86.50 | Phone conference with Courtney E. Milbank regarding IRS production |
| 10/18/2017 | James Bopp, Jr. | 0.10 | 0.10 | $ 865.00 | $ 86.50 | $ 86.50 | Brief conference with Courtney E. Milbank regarding case status and needs |
| 10/18/2017 | James Bopp, Jr. | 0.30 | 0.30 | $ 865.00 | $ 259.50 | $ 259.50 | E-mail exchange with opposing counsel regarding IRS production by Friday |

* Hours adjusted for travel time only as BLF entered litigation after unsuccessful claims resolved.
* One Charge removed totaling $97.50 for paraprofessional Matthew Michaloski
Expenses adjusted for reimbursable and non-reimbursable.          Page 59 of 81

Exhibit 7
1:13-cv-00734-RBW
Pl.'s Reply Supp. Notice 17 of 19

Page:18

Author:jgallant  Subject:Sticky Note  Date:7/28/2019 1:17:07 AM
Deduct 50% as unrelated-- rest is securing/ reviewing prior counsel's records for submission of attorney's fees
$389.25

Author:jgallant  Subject:Sticky Note  Date:7/28/2019 1:17:13 AM
Deduct: unrelated to litigation
$346

Case 1:13-cv-00734-RBW   Document 169-2   Filed 06/27/19   Page 21 of 40
Case 1:13-cv-00734-RBW   Document 165-17   Filed 06/13/19   Page 63 of 82   1:13-CV-000734-RBW

The Bopp Law Firm, PC Application LSI Matrix Rates
With Adjustments Subtotaled by Attorney

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 12/10/2017 | James Bopp, Jr. | 0.30 | 0.30 | $ 865.00 | $ 259.50 | $ 259.50 | Phone conference with DOJ Attorney regarding Hearing |
| 12/11/2017 | James Bopp, Jr. | 0.90 | 0.90 | $ 865.00 | $ 778.50 | $ 778.50 | Review email and agreement with BLF; review needed |
| 12/12/2017 | James Bopp, Jr. | 0.40 | 0.40 | $ 865.00 | $ 346.00 | $ 346.00 | Review draft agreement with PILF; phone conference with Bross and Gallant |
| 12/15/2017 | James Bopp, Jr. | 0.3 | 0.3 | $ 865.00 | $ 259.50 | $ 259.50 | E-mail Catherine, Brock regarding billing invoices |
| 12/15/2017 | James Bopp, Jr. | 0.4 | 0.4 | $ 865.00 | $ 346.00 | $ 346.00 | Phone conference with Jeffrey P. Gallant regarding needs for fee negotiation |
| 12/20/2017 | James Bopp, Jr. | 0.30 | 0.30 | $ 865.00 | $ 259.50 | $ 259.50 | Phone conference with Jeffrey P. Gallant regarding attorney fees calculation |
| 12/20/2017 | James Bopp, Jr. | 0.50 | 0.50 | $ 865.00 | $ 432.50 | $ 432.50 | Phone conference with DOJ attorney regarding settlement |
| 12/20/2017 | James Bopp, Jr. | 0.50 | 0.50 | $ 865.00 | $ 432.50 | $ 432.50 | Phone conference with Catherine regarding settlement |
| 1/1/2018 | James Bopp, Jr. | 0.3 | 0.3 | $ 865.00 | $ 259.50 | $ 259.50 | E-mail exchange with Jeffrey P. Gallant regarding attorney fee demand |
| 1/2/2018 | James Bopp, Jr. | 0.6 | 0.6 | $ 865.00 | $ 519.00 | $ 519.00 | Review Jeffrey P. Gallant's attorney fee calculation; email Catherine; phone conference with Jeffrey P. Gallant regarding the same |
| 1/3/2018 | James Bopp, Jr. | 0.4 | 0.4 | $ 865.00 | $ 346.00 | $ 346.00 | E-mail DOJ regarding settlement offer |
| 1/10/2018 | James Bopp, Jr. | 0.10 | 0.10 | $ 865.00 | $ 86.50 | $ 86.50 | Phone conference with Courtney E. Milbank regarding next steps |
| 1/10/2018 | James Bopp, Jr. | 0.90 | 0.90 | $ 865.00 | $ 778.50 | $ 778.50 | E-mail DOJ regarding settlement; phone conference with Catherine |
| 1/11/2018 | James Bopp, Jr. | 0.20 | 0.20 | $ 865.00 | $ 173.00 | $ 173.00 | E-mail DOJ regarding settlement |

* Hours adjusted for travel time only as BLF entered litigation after unsuccessful claims resolved.
* One Charge removed totaling $97.50 for paraprofessional Matthew Michaloski
Expenses adjusted for reimbursable and non-reimbursable.          Page 62 of 81

Exhibit 7                                                                                     Pl.'s Reply Supp. Notice 18 of 19
1:13-cv-00734-RBW

**Author:** jgallant  **Subject:** Sticky Note  **Date:** 7/26/2019 3:19:24 PM
No Deduction: "negotiation" was to secure authenticated records for attorney's fee petition.

Case 1:13-cv-00734-RBW   Document 169-2   Filed 06/27/19   Page 24 of 40
Case 1:13-cv-00734-RBW   Document 165-17   Filed 06/13/19   Page 66 of 82

The Bopp Law Firm, PC Application LSI Matrix Rates
With Adjustments Subtotaled by Attorney

1:13-CV-000734-RBW

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 9/25/2017 | Jeffrey P. Gallant | 0.40 | 0.40 | $ 718.00 | $ 287.20 | $ 287.20 | Various e-mails with Brock Akers, James Bopp, Jr. regarding information needed from previous law firms for eventual fee petition. |
| 9/26/2017 | Jeffrey P. Gallant | 0.80 | 0.80 | $ 718.00 | $ 574.40 | $ 574.40 | E-mails to, from, Brock Aker; find and provide info on rates; check documents sent for usability in fee petition. |
| 10/2/2017 | Jeffrey P. Gallant | 0.30 | 0.30 | $ 718.00 | $ 215.40 | $ 215.40 | E-mail from, to, Brock |
| 10/5/2017 | Jeffrey P. Gallant | 0.7 | 0.7 | $ 718.00 | $ 502.60 | $ 502.60 | E-mails with Brock, Catherine, James Bopp, Jr. regarding PILF et al preparing declarations, etc.; email to Noel Johnson, follow up with James Bopp, Jr. |
| 10/9/2017 | Jeffrey P. Gallant | 0.1 | 0.1 | $ 718.00 | $ 71.80 | $ 71.80 | E-mail from James Bopp, Jr. regarding progress |
| 10/18/2017 | Jeffrey P. Gallant | 0.10 | 0.10 | $ 718.00 | $ 71.80 | $ 71.80 | Conference with Courtney E. Milbank regarding start of negotiation with PILF |
| 10/24/2017 | Jeffrey P. Gallant | 0.10 | 0.10 | $ 718.00 | $ 71.80 | $ 71.80 | IM with Courtney E. Milbank regarding saving IRS production documents to public. |
| 12/14/2017 | Jeffrey P. Gallant | 0.20 | 0.20 | $ 718.00 | $ 143.60 | $ 143.60 | Review agreement on fees |
| 12/15/2017 | Jeffrey P. Gallant | 0.40 | 0.40 | $ 718.00 | $ 287.20 | $ 287.20 | Phone conference with James Bopp, Jr. regarding needs for fee negotiation |
| 12/18/2017 | Jeffrey P. Gallant | 0.8 | 0.8 | $ 718.00 | $ 574.40 | $ 574.40 | E-mails from James Bopp, Jr., to Catherine Engelbrecht, Brock Akers, regarding billing records; download and save files |
| 12/19/2017 | Jeffrey P. Gallant | 0.8 | 0.8 | $ 718.00 | $ 574.40 | $ 574.40 | E-mails from Brock and Catherine; download dropbox file, check for Eastman invoice, respond to Brock and to Catherine; emails with Brock regarding hourly rates, etc. |

* Hours adjusted for travel time only as BLF entered litigation after unsuccessful claims resolved.
* One Charge removed totaling $97.50 for paraprofessional Matthew Michaloski
Expenses adjusted for reimbursable and non-reimbursable.                Page 65 of 81

Deductions = $14,998.15

Exhibit 7
1:13-cv-00734-RBW

Pl.'s Reply Supp. Notice 19 of 19