**Foley Purple Insufficient Detail Objections**
*Plaintiff's Reply to Defendants' Opposition to Plaintiff's Notice of Compliance with Court Order*
**EXHIBIT 9**

Summary of Comments on FOLEY  Defs Objections Insufficient Detail PURPLE MSS KLPJPG FINAL - Nuance Power PDF Advanced

Page:1

Author:Melena  Subject:Note  Date:7/28/2019 2:01:00 AM
Deduct: unsuccessful claim
$1080.80

---

Case 1:13-cv-00734-RBW   Document 169-13   Filed 06/27/19   Page 10 of 46
Case 1:13-cv-00734-RBW   Document 165-21   Filed 06/13/19   Page 10 of 141                1:13-cv-000734-RBW

**Foley Lardner LLP LSI Matrix Rates With Adjustments**
**Subtotaled by Attorney and Paraprofessional**

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Laffey Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 8/16/2013 | Cleta Mitchell | 3.10 | 0.00 | $ 772.00 | $ 2,393.20 | $ - | Draft/forward email to K. Phillips, N. Johnson regarding preparing matrix showing each defendant, service date, response due dates, etc; review revised response to Motion to Dismiss; draft/forward edits, approval to file, question regarding due date for IRS response; conference call regarding litigation update; follow-up regarding locating/forwarding Z Street pleadings. |
| 8/19/2013 | Cleta Mitchell | 2.00 | 2.00 | $ 772.00 | $ 1,544.00 | $ 1,544.00 | Locate/forward Z Street documents to rest of attorneys; draft/forward checklist of tasks from conference call; work on issues related to publicizing IRS actions/litigation. |
| 8/20/2013 | Cleta Mitchell | 0.50 | 0.50 | $ 772.00 | $ 386.00 | $ 386.00 | Work on waivers related to IRS information and materials. |
| 8/21/2013 | Cleta Mitchell | 0.50 | 0.30 | $ 772.00 | $ 386.00 | $ 231.60 | Forward materials from Wisconsin case to attorneys; receive/review letter from IRS regarding King Street Patriots. |
| 8/22/2013 | Cleta Mitchell | 1.00 | 1.00 | $ 772.00 | $ 772.00 | $ 772.00 | Work on website issues to post TTV v. IRS pleadings; preparation for conference call; pro hac vice motion. |
| 8/23/2013 | Cleta Mitchell | 1.40 | 1.40 | $ 772.00 | $ 1,080.80 | $ 1,080.80 | Work on Section 6103 materials; forward to legal team; prepare for/participate in weekly conference call; draft/forward meet and confer request to DOJ for pro hac vice admissions. |
| 8/28/2013 | Cleta Mitchell | 0.50 | 0.50 | $ 772.00 | $ 386.00 | $ 386.00 | Receive/review email from K. Phillips regarding acceptance of service by US Attorney; draft/forward questions. |

* Hours Adjusted for unsuccessful claims and travel time.
Expenses adjusted for reimbursable and non-reimbursable.          Page 9 of 140

Exhibit 9
1:13-cv-00734-RBW

Pl.'s Reply Supp. Notice 1 of 10

Page:2

- Author:Melena  Subject:Note  Date:7/25/2019 9:05:52 AM
  Compensable - context - July 11 hearing on motion re discovery.

Case 1:13-cv-00734-RBW   Document 169-13   Filed 06/27/19   Page 45 of 46
Case 1:13-cv-00734-RBW   Document 165-21   Filed 06/13/19   Page 45 of 141

**Foley Lardner LLP LSI Matrix Rates With Adjustments**
Subtotaled by Attorney and Paraprofessional
1:13-cv-000734-RBW

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Laffey Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 7/18/2014 | Cleta Mitchell | 4.30 | 4.30 | $ 790.00 | $ 3,397.00 | $ 3,397.00 | discussion regarding analyst who reviewed L. Lerner's hard drive; receive/review sworn declarations filed by IRS/TIGTA; forward to legal team; exchange comments/analyses regarding affidavits, contents as hearsay, unverified; forward Declarations to tax reporters, other reporters; receive/review questions; draft/forward response(s); review of transcript of deposition; draft/forward email to DOJ regarding meeting with C. Engelbrecht regarding IRS investigation; follow-up with C. Engelbrecht confirming DOJ meeting. |
| 7/19/2014 | Cleta Mitchell | 0.30 | 0.30 | $ 790.00 | $ 237.00 | $ 237.00 | Receive/review email from C. Engelbrecht regarding DOJ meeting on July 31; draft/forward options for other dates/locations. |
| 7/21/2014 | Cleta Mitchell | 1.90 | 1.90 | $ 790.00 | $ 1,501.00 | $ 1,501.00 | Review NorCal decision; review Declarations; draft/forward email to M. Epley regarding transcript of deposition; receive/review revised Notice of Supplemental Authority; draft edits, forward; draft further edits, return to legal team; conference call to discuss Declarations, supplemental authority filing. |

* Hours Adjusted for unsuccessful claims and travel time.
Expenses adjusted for reimbursable and non-reimbursable.    Page 44 of 140

Exhibit 9
1:13-cv-00734-RBW
Pl.'s Reply Supp. Notice 2 of 10

Page:3

**Author:Melena  Subject:Note  Date:7/27/2019 9:53:29 PM**
Purple - Compensable review of documents for support for claims to use a forensics expert to retrieve missing emails-- continuity of gov't argument.

**Author:Melena  Subject:Note  Date:7/25/2019 9:10:22 AM**
Purple - see continuity of government argument in Supp. Memo.

---

Case 1:13-cv-00734-RBW   Document 169-14   Filed 06/27/19   Page 3 of 45
Case 1:13-cv-00734-RBW   Document 165-21   Filed 06/13/19   Page 49 of 141

**Foley Lardner LLP LSI Matrix Rates With Adjustments**
Subtotaled by Attorney and Paraprofessional

1:13-cv-000734-RBW

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Laffey Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 8/18/2014 | Cleta Mitchell | 0.40 | 0.40 | $790.00 | $316.00 | $316.00 | Receive/review letter from Inspectors General; forward to legal team regarding filing notice with J. Walton; receive/review information regarding Judicial Watch case; J. Sullivan order; forward to legal team. |
| 8/25/2014 | Cleta Mitchell | 1.00 | 1.00 | $790.00 | $790.00 | $790.00 | Receive/review email from Dr. Pawlowski; review Judicial Watch press release regarding Continuity of Government requirements; draft/forward information to legal team; exchange emails with legal team regarding next steps; schedule conference call to discuss possible approaches; draft/forward email to Dr. Pawlowski regarding preparing and filing Declaration |
| 8/26/2014 | Cleta Mitchell | 1.00 | 1.00 | $790.00 | $790.00 | $790.00 | Prepare for/participate in conference call with legal team regarding COG issues; draft/forward email to DOJ regarding scheduling meet and confer conference call; obtain transcript of July 18 hearing; circulate to legal team; exchange emails with Dr. Pawlowski; receive/review/respond to questions from C. Engelbrecht, L. Churchwell regarding status of case, possible ruling on Motions to Dismiss; forward information regarding DOJ statements regarding existence of Lerner emails |

\* Hours Adjusted for unsuccessful claims and travel time.
Expenses adjusted for reimbursable and non-reimbursable.

Page 48 of 140

Exhibit 9
1:13-cv-00734-RBW

Pl.'s Reply Supp. Notice 3 of 10

**Author:** Melena  **Subject:** Note  **Date:** 7/25/2019 9:10:47 AM
Purple - see continuity of government argument in Supp. Memo.

**Author:** Melena  **Subject:** Note  **Date:** 7/25/2019 9:10:58 AM
Purple - see continuity of government argument in Supp. Memo.

Case 1:13-cv-00734-RBW   Document 169-14   Filed 06/27/19   Page 4 of 45
Case 1:13-cv-00734-RBW   Document 165-21   Filed 06/13/19   Page 50 of 141

**Foley Lardner LLP LSI Matrix Rates With Adjustments**
Subtotaled by Attorney and Paraprofessional

1:13-cv-000734-RBW

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Laffey Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 8/27/2014 | Cleta Mitchell | 1.10 | 1.10 | $790.00 | $869.00 | $869.00 | Receive/review response from DOJ regarding conference call; draft/forward response; exchange emails with Dr. Pawlowski; telephone call with R. Cotea regarding DOJ status hearing; possible filings next week; draft/forward follow-up email to legal team, Dr. Pawlowski. |
| 8/28/2014 | Cleta Mitchell | 0.20 | 0.20 | $790.00 | $158.00 | $158.00 | Receive/review/respond to questions regarding status of OCE complaint versus Rep. Cummings. |
| 9/3/2014 | Cleta Mitchell | 1.00 | 1.00 | $790.00 | $790.00 | $790.00 | Receive/review documents from experts regarding Continuity of Government plans; receive/review email from Dr. Pawlowski; draft/forward response; telephone call with R. Cotea regarding filings, possible next steps; circulate dial-in information for call with DOJ. |
| 9/4/2014 | Cleta Mitchell | 2.40 | 2.40 | $790.00 | $1,896.00 | $1,896.00 | Prepare for, participate in conference call with DOJ; follow-up with legal team, law staff, Judicial Watch; circulate additional information received from Hill investigators; receive/review response(s). |
| 9/8/2014 | Cleta Mitchell | 0.30 | 0.30 | $790.00 | $237.00 | $237.00 | Receive/review September 5 letter from IRS to Congress; forward to legal team; receive/review email from Judicial Watch; forward response. |

* Hours Adjusted for unsuccessful claims and travel time.
Expenses adjusted for reimbursable and non-reimbursable.

Page 49 of 140

Exhibit 9
1:13-cv-00734-RBW

Pl.'s Reply Supp. Notice 4 of 10

Page:5

**Author:**Melena **Subject:**Note **Date:**7/27/2019 9:51:03 PM
Compensable: explored case law on Voting Rights Act for arguments on appeal--TTV was engaged with voting issues for which it was targeted.

Case 1:13-cv-00734-RBW   Document 169-14   Filed 06/27/19   Page 17 of 45
Case 1:13-cv-00734-RBW   Document 165-21   Filed 06/13/19   Page 63 of 141

**Foley Lardner LLP LSI Matrix Rates With Adjustments**
Subtotaled by Attorney and Paraprofessional
1:13-cv-000734-RBW

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Laffey Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 12/2/2015 | Cleta Mitchell | 1.00 | 1.00 | $797.00 | $797.00 | $797.00 | Review and edit opening brief for D.C. Court of Appeals; exchange emails with N. Johnson regarding appendix. |
| 12/3/2015 | Cleta Mitchell | 0.30 | 0.30 | $797.00 | $239.10 | $239.10 | Receive/review question regarding IRS failure to post on public file TTV's exempt status; locate/forward letters to/from DOJ regarding failure to post on public file. |
| 12/4/2015 | Cleta Mitchell | 1.00 | 1.00 | $797.00 | $797.00 | $797.00 | Review/revise draft opening brief; forward edits to PILF attorneys; receive/review additional questions; forward letters to OCR regarding Rep. Cummings attacks; coordination with IRS. |
| 2/5/2016 | Cleta Mitchell | 0.80 | 0.80 | $797.00 | $637.60 | $637.60 | Conference call regarding VRA; receive/review briefs filed by Appellees. |
| 2/11/2016 | Cleta Mitchell | 2.50 | 2.50 | $797.00 | $1,992.50 | $1,992.50 | Work on issues related to appeal. |
| 2/15/2016 | Cleta Mitchell | 0.10 | 0.10 | $797.00 | $79.70 | $79.70 | Receive/review question from J. Eastman regarding schedule for moot court preparation sessions. |
| 2/27/2016 | Cleta Mitchell | 0.40 | 0.40 | $797.00 | $318.80 | $318.80 | Work on Reply brief, logistics for moot court preparations in March and April. |
| 2/28/2016 | Cleta Mitchell | 0.30 | 0.30 | $797.00 | $239.10 | $239.10 | Work on logistics regarding moot court preparations. |
| 3/1/2016 | Cleta Mitchell | 0.20 | 0.20 | $797.00 | $159.40 | $159.40 | Receive/review/respond to email from M. Gutierrez regarding attendance at moot court in March. |
| 3/15/2016 | Cleta Mitchell | 1.00 | 1.00 | $797.00 | $797.00 | $797.00 | Work on moot court for March 31. |

* Hours Adjusted for unsuccessful claims and travel time.
Expenses adjusted for reimbursable and non-reimbursable.       Page 62 of 140

Exhibit 9
1:13-cv-00734-RBW

Pl.'s Reply Supp. Notice 5 of 10

Page:6

Author:Melena  Subject:Note  Date:7/25/2019 9:14:38 AM
Compensable - early stage of litigation, discovery requests regarding underlying government behavior

Case 1:13-cv-00734-RBW   Document 169-15   Filed 06/27/19   Page 13 of 43
Case 1:13-cv-00734-RBW   Document 165-21   Filed 06/13/19   Page 104 of 141

**Foley Lardner LLP LSI Matrix Rates With Adjustments**
Subtotaled by Attorney and Paraprofessional                                    1:13-cv-000734-RBW

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Laffey Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 12/19/2016 | Mathew D. Gutierrez | 0.50 | 0.50 | $ 421.00 | $ 210.50 | $ 210.50 | Review and analyze government's answer to amended complaint. |
| 1/23/2017 | Mathew D. Gutierrez | 2.00 | 0.00 | $ 421.00 | $ 842.00 | $ - | Revise Reply Brief. |
| 2/2/2017 | Mathew D. Gutierrez | 0.60 | 0.60 | $ 421.00 | $ 252.60 | $ 252.60 | Research Supreme Court rules regarding whether J. Panuccio is required to file a notice of withdrawal. |
| 2/8/2017 | Mathew D. Gutierrez | 0.30 | 0.30 | $ 421.00 | $ 126.30 | $ 126.30 | Conference with N. Johnson regarding status of SMJ matters. |
| 2/16/2017 | Mathew D. Gutierrez | 0.20 | 0.00 | $ 421.00 | $ 84.20 | $ - | Finalize reply brief. |
| ATTORNEY MATHEW D. GUTIERREZ SUBTOTAL | | 283.20 | 140.40 | | $ 94,631.00 | $ 47,458.30 | |
| 5/21/2013 | Michael J. Lockerby | 0.30 | 0.30 | $ 753.00 | 225.90 | 225.90 | Conference with Cleta Mitchell regarding potential litigation against IRS. |
| 5/29/2013 | Michael J. Lockerby | 0.50 | 0.50 | $ 753.00 | 376.50 | 376.50 | Attend to opening file. |
| 6/10/2013 | Michael J. Lockerby | 0.60 | 0.60 | $ 772.00 | 463.20 | 463.20 | Review draft discovery responses; conference with Cleta Mitchell regarding case status and strategy. |
| 6/11/2013 | Michael J. Lockerby | 0.30 | 0.30 | $ 772.00 | 231.60 | 231.60 | Email exchanges regarding discovery requests, litigation hold; review background information. |

* Hours Adjusted for unsuccessful claims and travel time.
Expenses adjusted for reimbursable and non-reimbursable.       Page 103 of 140

Exhibit 9
1:13-cv-00734-RBW                                                                 Pl.'s Reply Supp. Notice 6 of 10

Page:7

Author:Melena  Subject:Note  Date:7/25/2019 9:17:05 AM
Compensable - within context of stage of litigation, clearly related to considerations of legal strategy



Case 1:13-cv-00734-RBW   Document 169-15   Filed 06/27/19   Page 14 of 43
Case 1:13-cv-00734-RBW   Document 165-21   Filed 06/13/19   Page 105 of 141         1:13-cv-000734-RBW

**Foley Lardner LLP LSI Matrix Rates With Adjustments**
**Subtotaled by Attorney and Paraprofessional**

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Laffey Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 6/13/2013 | Michael J. Lockerby | 0.50 | 0.50 | $ 772.00 | $ 386.00 | $ 386.00 | Review memorandum regarding potential additional causes of action. |
| 6/14/2013 | Michael J. Lockerby | 0.20 | 0.20 | $ 772.00 | $ 154.40 | $ 154.40 | Follow-up to conference call. |
| 6/14/2013 | Michael J. Lockerby | 1.80 | 1.80 | $ 772.00 | $ 1,389.60 | $ 1,389.60 | Conference call with Act Right Legal Foundation regarding status and strategy. |
| 6/17/2013 | Michael J. Lockerby | 1.00 | 0.00 | $ 772.00 | $ 772.00 | $ - | Follow-up emails with Act Right counsel regarding motion for preliminary injunction and expedited discovery; news coverage regarding Holly Paz. |
| 6/19/2013 | Michael J. Lockerby | 0.20 | 0.20 | $ 772.00 | $ 154.40 | $ 154.40 | Email exchanges regarding briefing in other cases against IRS. |
| 6/27/2013 | Michael J. Lockerby | 0.20 | 0.20 | $ 772.00 | $ 154.40 | $ 154.40 | Review amended complaint. |
| 7/1/2013 | Michael J. Lockerby | 0.30 | 0.20 | $ 772.00 | $ 231.60 | $ 154.40 | Review proposed revisions to complaint. |
| 7/1/2013 | Michael J. Lockerby | 0.50 | 0.40 | $ 772.00 | $ 386.00 | $ 308.80 | Review and comment upon revised complaint. |
| 7/1/2013 | Michael J. Lockerby | 1.20 | 1.20 | $ 772.00 | $ 926.40 | $ 926.40 | Conference call with John Eastman, Cleta Mitchell, Kaylan Phillips, Noel Johnson, et al. |
| 7/9/2013 | Michael J. Lockerby | 0.10 | 0.10 | $ 772.00 | $ 77.20 | $ 77.20 | Respond to inquiry from Noel Johnson regarding Rule 1006 summary of evidence. |

* Hours Adjusted for unsuccessful claims and travel time.
Expenses adjusted for reimbursable and non-reimbursable.          Page 104 of 140

Exhibit 9                                                                                     Pl.'s Reply Supp. Notice 7 of 10
1:13-cv-00734-RBW

Page:8

Author:Melena  Subject:Note  Date:7/25/2019 9:20:27 AM
Compensable within context of early stages of litigation, related to discovery requests that have to contend with confidentiality issues.

Author:Melena  Subject:Note  Date:7/25/2019 9:21:40 AM
Compensable - early stages of litigation - research of other similar cases relevant to development of facts and legal strategy.

Author:Melena  Subject:Note  Date:7/25/2019 9:21:55 AM
Compensable - early stages of litigation - research of other similar cases relevant to development of facts and legal strategy.

Case 1:13-cv-00734-RBW   Document 169-15   Filed 06/27/19   Page 39 of 43
Case 1:13-cv-00734-RBW   Document 165-21   Filed 06/13/19   Page 130 of 141

**Foley Lardner LLP LSI Matrix Rates With Adjustments**
Subtotaled by Attorney and Paraprofessional

1:13-cv-000734-RBW

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Laffey Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 8/7/2013 | William E. Davis | 0.50 | 0.50 | $ 772.00 | $ 386.00 | $ 386.00 | Review correspondence regarding service of process. |
| 8/8/2013 | William E. Davis | 0.50 | 0.50 | $ 772.00 | $ 386.00 | $ 386.00 | Review correspondence regarding service of process. |
| 8/16/2013 | William E. Davis | 2.00 | 2.00 | $ 772.00 | $ 1,544.00 | $ 1,544.00 | Review opposition to IRS' motion to extend responsive time; attend conference call. |
| 8/19/2013 | William E. Davis | 2.00 | 2.00 | $ 772.00 | $ 1,544.00 | $ 1,544.00 | Review various cases and outline issues. |
| 8/20/2013 | William E. Davis | 2.50 | 0.00 | $ 772.00 | $ 1,930.00 | $ - | Review Bivens case. |
| 8/21/2013 | William E. Davis | 3.00 | 3.00 | $ 772.00 | $ 2,316.00 | $ 2,316.00 | Review various complaints in other jurisdictions regarding first amendment issues. |
| 8/22/2013 | William E. Davis | 3.50 | 3.50 | $ 772.00 | $ 2,702.00 | $ 2,702.00 | Review exhibits to complaint; review TIGTA report. |
| 8/23/2013 | William E. Davis | 3.00 | 0.00 | $ 772.00 | $ 2,316.00 | $ - | Conference call; review points and citations regarding various DOJ motions to dismiss. |
| 8/24/2013 | William E. Davis | 2.50 | 2.50 | $ 772.00 | $ 1,930.00 | $ 1,930.00 | Review materials regarding IRS confidentiality. |
| 8/25/2013 | William E. Davis | 0.50 | 0.50 | $ 772.00 | $ 386.00 | $ 386.00 | Review complaint and exhibits. |
| 8/26/2013 | William E. Davis | 1.00 | 0.00 | $ 772.00 | $ 772.00 | $ - | Conference regarding various issues related to the APA. |
| 8/27/2013 | William E. Davis | 1.50 | 1.50 | $ 772.00 | $ 1,158.00 | $ 1,158.00 | Review motion briefing papers in Wisconsin case vs. IRS. |
| 8/28/2013 | William E. Davis | 2.00 | 2.00 | $ 772.00 | $ 1,544.00 | $ 1,544.00 | Review correspondence regarding service of process; review Wisconsin case. |

* Hours Adjusted for unsuccessful claims and travel time.
Expenses adjusted for reimbursable and non-reimbursable.

Page 129 of 140

Exhibit 9
1:13-cv-00734-RBW

Pl.'s Reply Supp. Notice 8 of 10

Page:9

Author:Melena  Subject:Note  Date:7/25/2019 9:22:51 AM
Compensable - see continuity of government argument Supp. Memo.

Case 1:13-cv-00734-RBW   Document 169-16   Filed 06/27/19   Page 2 of 7
Case 1:13-cv-00734-RBW   Document 165-21   Filed 06/13/19   Page 136 of 141

**Foley Lardner LLP LSI Matrix Rates With Adjustments**
Subtotaled by Attorney and Paraprofessional

1:13-cv-000734-RBW

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Laffey Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 7/9/2014 | William E. Davis | 4.00 | 4.00 | $ 790.00 | $ 3,160.00 | $ 3,160.00 | Prepare for hearing on motion for preliminary injunction. |
| 7/10/2014 | William E. Davis | 8.00 | 4.00 | $ 790.00 | $ 6,320.00 | $ 3,160.00 | Travel to Washington, D.C.; prepare for hearing on motion for preliminary injunction. |
| 7/11/2014 | William E. Davis | 6.50 | 3.25 | $ 790.00 | $ 5,135.00 | $ 2,567.50 | Attend hearing on motion for preliminary injunction; travel to Miami. |
| 7/18/2014 | William E. Davis | 1.00 | 1.00 | $ 790.00 | $ 790.00 | $ 790.00 | Review IRS declarations. |
| 7/21/2014 | William E. Davis | 1.00 | 1.00 | $ 790.00 | $ 790.00 | $ 790.00 | Review supplemental filing and conference call regarding same. |
| 7/22/2014 | William E. Davis | 0.50 | 0.50 | $ 790.00 | $ 395.00 | $ 395.00 | Review and revise notice of supplemental authority. |
| 7/24/2014 | William E. Davis | 0.50 | 0.50 | $ 790.00 | $ 395.00 | $ 395.00 | Strategy conference. |
| 7/28/2014 | William E. Davis | 0.50 | 0.50 | $ 790.00 | $ 395.00 | $ 395.00 | Attend all counsel conference call; teleconference with Cleta Mitchell. |
| 7/29/2014 | William E. Davis | 0.50 | 0.50 | $ 790.00 | $ 395.00 | $ 395.00 | Review correspondence. |
| 8/1/2014 | William E. Davis | 1.00 | 1.00 | $ 790.00 | $ 790.00 | $ 790.00 | Miscellaneous correspondence regarding responsive filing to IRS declarations. |
| 8/5/2014 | William E. Davis | 1.00 | 1.00 | $ 790.00 | $ 790.00 | $ 790.00 | Review motion to conduct cross examination. |
| 8/26/2014 | William E. Davis | 1.00 | 1.00 | $ 790.00 | $ 790.00 | $ 790.00 | Teleconference regarding discovery issue. |
| 9/2/2014 | William E. Davis | 1.00 | 1.00 | $ 790.00 | $ 790.00 | $ 790.00 | Draft correspondence regarding meet and confer. |
| 9/3/2014 | William E. Davis | 1.00 | 1.00 | $ 790.00 | $ 790.00 | $ 790.00 | Review correspondence regarding COG and COOP. |
| 9/4/2014 | William E. Davis | 1.00 | 1.00 | $ 790.00 | $ 790.00 | $ 790.00 | Meet and confer conference. |

* Hours Adjusted for unsuccessful claims and travel time.
Expenses adjusted for reimbursable and non-reimbursable.          Page 135 of 140

Exhibit 9
1:13-cv-00734-RBW

Pl.'s Reply Supp. Notice 9 of 10

Foley Purple Insufficient Detail Objections

**Foley Lardner LLP LSI Matrix Rates With Adjustments** 1:13-cv-000734-RBW

**Subtotaled by Attorney and Paraprofessional**

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Laffey Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 10/14/2015 | William E. Davis | 0.50 | 0.50 | $ 797.00 | $ 398.50 | $ 398.50 | Review appellate argument |
| 10/15/2015 | William E. Davis | 0.50 | 0.50 | $ 797.00 | $ 398.50 | $ 398.50 | Conference call regarding brief |
| 3/24/2016 | William E. Davis | 1.50 | 1.50 | $ 797.00 | $ 1,195.50 | $ 1,195.50 | Review reply brief. |
| 3/28/2016 | William E. Davis | 4.00 | 4.00 | $ 797.00 | $ 3,188.00 | $ 3,188.00 | Prepare for moot session. |
| 3/29/2016 | William E. Davis | 4.00 | 4.00 | $ 797.00 | $ 3,188.00 | $ 3,188.00 | Review briefs in preparation for oral argument. |
| 3/30/2016 | William E. Davis | 4.50 | 4.50 | $ 797.00 | $ 3,586.50 | $ 3,586.50 | Review briefs and create outline for moot session |
| 3/31/2016 | William E. Davis | 3.50 | 3.50 | $ 797.00 | $ 2,789.50 | $ 2,789.50 | Attend and participate in moot session for oral argument |
| 4/1/2016 | William E. Davis | 2.00 | 2.00 | $ 797.00 | $ 1,594.00 | $ 1,594.00 | Organize meeting notes |
| 10/12/2016 | William E. Davis | 4.50 | 4.50 | $ 826.00 | $ 3,717.00 | $ 3,717.00 | Attend scheduling conference |
| 10/13/2016 | William E. Davis | 3.00 | 3.00 | $ 826.00 | $ 2,478.00 | $ 2,478.00 | Prepare for hearing in D.C. |
| 10/21/2016 | William E. Davis | 1.50 | 1.50 | $ 826.00 | $ 1,239.00 | $ 1,239.00 | Conference call with all counsel regarding strategy. |
| 11/4/2016 | William E. Davis | 1.50 | 1.50 | $ 826.00 | $ 1,239.00 | $ 1,239.00 | Outline issues regarding discovery. |
| 11/7/2016 | William E. Davis | 1.00 | 1.00 | $ 826.00 | $ 826.00 | $ 826.00 | Conference call regarding drafting terms of injunction order. |
| 11/8/2016 | William E. Davis | 3.50 | 3.50 | $ 826.00 | $ 2,891.00 | $ 2,891.00 | Miscellaneous conferences regarding court filings. |
| 11/9/2016 | William E. Davis | 2.00 | 2.00 | $ 826.00 | $ 1,652.00 | $ 1,652.00 | Conferences regarding filing in support of declaratory decree. |

* Hours Adjusted for unsuccessful claims and travel time.
Expenses adjusted for reimbursable and non-reimbursable.

Page:10

Author:Melena Subject:Note Date:7/25/2019 9:24:17 AM
Compensable - scheduling conference for motion to dismiss, motion for summary judgment

Deductions = $1,080.80