# BLF Purple Insufficient Detail
*Plaintiff's Reply to Defendants' Opposition to Plaintiff's Notice of Compliance with Court Order*
**EXHIBIT 10**

BLF Purple Insufficient Detail Objections

Summary of Comments on blf insffcnt dtail purpl_001 w notes MSS JPG Final - Nuance Power PDF Advanced

Page:1

Author:Melena  Subject:Note  Date:7/29/2019 2:55:16 PM
Deduct $34.20

The Bopp Law Firm, PC Application LSI Matrix Rates
With Adjustments Subtotaled by Attorney

1:13-CV-000734-RBW

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 2/26/2017 | Courtney E. Milbank | 0.20 | 0.20 | $ 342.00 | $ 68.40 | $ 68.40 | Draft email to client regarding Motion to Continue |
| 2/26/2017 | Courtney E. Milbank | 1.00 | 1.00 | $ 342.00 | $ 342.00 | $ 342.00 | Draft reply to Motion to Continue and send to James Bopp, Jr. for edits; file Reply |
| 2/26/2017 | Courtney E. Milbank | 0.10 | 0.10 | $ 342.00 | $ 34.20 | $ 34.20 | Phone conference with Courtney E. Milbank regarding status and needs |
| 2/26/2017 | Courtney E. Milbank | 0.10 | 0.10 | $ 342.00 | $ 34.20 | $ 34.20 | Phone conference with James Bopp, Jr. regarding status and needs |
| 2/26/2017 | Courtney E. Milbank | 2.50 | 2.50 | $ 342.00 | $ 855.00 | $ 855.00 | Work on pulling cases for oral argument and preparing oral argument file |
| 2/27/2017 | Courtney E. Milbank | 0.10 | 0.10 | $ 342.00 | $ 34.20 | $ 34.20 | Brief phone conference with James Bopp, Jr. regarding questions from Catherine |
| 2/27/2017 | Courtney E. Milbank | 0.20 | 0.20 | $ 342.00 | $ 68.40 | $ 68.40 | E-mail exchange with Catherine regarding status of hearing and settlement questions |
| 2/27/2017 | Courtney E. Milbank | 0.3 | 0.3 | $ 342.00 | $ 102.60 | $ 102.60 | E-mail from Court regarding dates for hearing; emails from other counsel regarding available dates; combine all dates to find available ones and phone conference with James Bopp, Jr. regarding the same |
| 2/27/2017 | Courtney E. Milbank | 0.3 | 0.3 | $ 342.00 | $ 102.60 | $ 102.60 | E-mail to clerk regarding available dates |
| 2/27/2017 | Courtney E. Milbank | 0.4 | 0.4 | $ 342.00 | $ 136.80 | $ 136.80 | File Pro hac vice Motion and pay filing fee |
| 2/27/2017 | Courtney E. Milbank | 0.10 | 0.10 | $ 342.00 | $ 34.20 | $ 34.20 | Send email to Catherine regarding Motion to Continue |
| 2/27/2017 | Courtney E. Milbank | 3.00 | 3.00 | $ 342.00 | $ 1,026.00 | $ 1,026.00 | Work on oral argument file |

* Hours adjusted for travel time only as BLF entered litigation after unsuccessful claims resolved.
* One Charge removed totaling $97.50 for paraprofessional Matthew Michaloski
Expenses adjusted for reimbursable and non-reimbursable.                Page 3 of 81

Deductions = $34.20

Exhibit 10
1:13-cv-00734-RBW
Pl.'s Reply Supp. Notice 1 of 1