**CCJ Yellow Partial Success Objections**
*Plaintiff's Reply to Defendants' Opposition to Plaintiff's Notice of Compliance with Court Order*
**EXHIBIT 13**

CCJ Yellow Partial Success Objections

Summary of Comments on JPG notes CCJ Defs Objections Partial Unsuccess YELLOW JPG  KLP JE Final - Nuance Power PDF Advanced

Page:1

H  Author:jgallant  Subject:Highlight  Date:7/18/2019 6:32:44 PM

Author:jgallant  Subject:Sticky Note  Date:7/27/2019 10:02:36 PM
Deduct 50%: Split between Reply briefs supp. gov't  MTD  and brief supp. MTD Ind. Defs. $480.75

Author:jgallant  Subject:Sticky Note  Date:7/25/2019 3:56:58 PM
No reduction, unaffected by any unsuccessful claim

Case 1:13-cv-00734-RBW   Document 169-4   Filed 06/27/19   Page 2 of 9
Case 1:13-cv-00734-RBW   Document 165-19   Filed 06/13/19   Page 2 of 9

CCJ LSI Matrix Rates With Adjustments
1:13-cv-000734-RBW
Subtotaled by Attorney and Paraprofessional

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 9/24/2013 | John Eastman | 0.5 | 0.5 | $ 641.00 | $ 320.50 | $ 320.50 | Review news accounts of IRS targeting; review fees provisions; communication with co-counsel re mootness if IRS grants exemption letter |
| 9/25/2013 | John Eastman | 0.1 | 0.1 | $ 641.00 | $ 64.10 | $ 64.10 | Review IRS Exemption letter |
| 10/20/2013 | John Eastman | 1.2 | 1.2 | $ 641.00 | $ 769.20 | $ 769.20 | Review Cincinatti D's motion to dismiss |
| 10/21/2013 | John Eastman | 0.5 | 0.5 | $ 641.00 | $ 320.50 | $ 320.50 | Phone conference with co-counsel re motion to dismiss |
| 11/9/2013 | John Eastman | 1 | 0 | $ 641.00 | $ 641.00 | $ - | Review and Edit opposition to Management Defendants' motion to dismiss |
| 11/10/2013 | John Eastman | 1.4 | 0 | $ 641.00 | $ 897.40 | $ - | Review and edit opposition to Management Defendants' motion to dismiss (.5); Review and edit opp. To Cincinatti Defendants' motion to dismiss (.9) |
| 12/17/2013 | John Eastman | 1.5 | 1.5 | $ 641.00 | $ 961.50 | $ 961.50 | Review defendants reply briefs ISO mot to dismiss |
| 1/22/2014 | John Eastman | 0.2 | 0.2 | $ 641.00 | $ 128.20 | $ 128.20 | Review filings |
| 7/21/2014 | John Eastman | 0.4 | 0.4 | $ 790.00 | $ 316.00 | $ 316.00 | Conference call re supplemental authority and motion to dismiss issues |
| 9/2/2014 | John Eastman | 0.1 | 0.1 | $ 790.00 | $ 79.00 | $ 79.00 | Review draft declaration on COG/COOP backup programs |
| 9/22/2014 | John Eastman | 0.3 | 0.3 | $ 790.00 | $ 237.00 | $ 237.00 | Review correspondence from opposing counsel re discovery |
| 10/25/2014 | John Eastman | 0.5 | 0.5 | $ 790.00 | $ 395.00 | $ 395.00 | Telephone conference with co-counsel re potential appeal |

* Hours adjusted for unsuccessful claims and travel time.
Expenses adjusted for reimbursable and non-reimbursable.          Page 1 of 8

Exhibit 13
1:13-cv-00734-RBW

Pl.'s Reply Supp. Notice 1 of 5

CCJ Yellow Partial Success Objections

Page:2

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 10/27/2014 | John Eastman | 0.8 | 0.8 | $ 790.00 | $ 632.00 | $ 632.00 | Review issues for appeal; telephone conference with client re appeal |
| 10/29/2014 | John Eastman | 0.2 | 0.2 | $ 790.00 | $ 158.00 | $ 158.00 | Review Email communication with client re appeal |
| 10/30/2014 | John Eastman | 0.5 | 0.5 | $ 790.00 | $ 395.00 | $ 395.00 | Communication with co-counsel re Iqbal issue on appeal |
| 12/5/2014 | John Eastman | 1.5 | 1.5 | $ 790.00 | $ 1,185.00 | $ 1,185.00 | Review issues for possible appeal; communication with co-counsel re same |
| 12/8/2014 | John Eastman | 0.3 | 0.3 | $ 790.00 | $ 237.00 | $ 237.00 | Communication with co-counsel re client's views on appeal |
| 12/10/2014 | John Eastman | 0.3 | 0.3 | $ 790.00 | $ 237.00 | $ 237.00 | Draft letter to client re appeal; Communication with co-counsel re representation issues on appeal |
| 12/11/2014 | John Eastman | 0.2 | 0.2 | $ 790.00 | $ 158.00 | $ 158.00 | Review and edit revised representation letter for appeal |
| 12/15/2014 | John Eastman | 0.3 | 0.3 | $ 790.00 | $ 237.00 | $ 237.00 | Review and edit revised representation letter to client |
| 12/18/2014 | John Eastman | 0.5 | 0.5 | $ 790.00 | $ 395.00 | $ 395.00 | Review and edit notice of appeal; file notice of appeal |
| 12/19/2014 | John Eastman | 0.3 | 0.3 | $ 790.00 | $ 237.00 | $ 237.00 | Review case docketing notice and schedule; communication with co-counsel re same |
| 1/6/2015 | John Eastman | 0.2 | 0.2 | $ 790.00 | $ 158.00 | $ 158.00 | Communication with co-counsel re entry of appearance |
| 1/9/2015 | John Eastman | 0.2 | 0.2 | $ 790.00 | $ 158.00 | $ 158.00 | Communication with co-counsel re items for appendix |
| 1/15/2015 | John Eastman | 1.1 | 1.1 | $ 790.00 | $ 869.00 | $ 869.00 | Review and edit statement of issues, docketing statement |

* Hours adjusted for unsuccessful claims and travel time.
Expenses adjusted for reimbursable and non-reimbursable.   Page 2 of 8

Sticky notes (Author: jgallant):
- 7/26/2019 3:54:42 PM — No reduction, unaffected by any unsuccessful claim
- 7/25/2019 3:57:13 PM — No reduction, unaffected by any unsuccessful claim
- 7/25/2019 3:57:22 PM — No reduction, unaffected by any unsuccessful claim
- 7/25/2019 3:57:28 PM — No reduction, unaffected by any unsuccessful claim
- 7/25/2019 3:57:36 PM — No reduction, unaffected by any unsuccessful claim
- 7/27/2019 3:44:20 PM — Deduct: admin; non-litigation $158.00
- 7/27/2019 3:44:28 PM — Deduct: admin; non-litigation $237
- 7/26/2019 4:45:15 PM — No reduction, unaffected by any unsuccessful claim
- 7/27/2019 3:44:46 PM — Deduct 37% Appellant Brief see 151-16 $321.53

Exhibit 13
1:13-cv-00734-RBW
Pl.'s Reply Supp. Notice 2 of 5

CCJ Yellow Partial Success Objections

Page:3

📝 Author:jgallant  Subject:Sticky Note  Date:7/25/2019 4:01:22 PM
No reduction, unaffected by any unsuccessful claim

📝 Author:jgallant  Subject:Sticky Note  Date:7/26/2019 4:45:42 PM
No reduction, unaffected by any unsuccessful claim

Case 1:13-cv-00734-RBW   Document 169-4   Filed 06/27/19   Page 4 of 9
Case 1:13-cv-00734-RBW   Document 165-19   Filed 06/13/19   Page 4 of 9

**CCJ LSI Matrix Rates With Adjustments**
**Subtotaled by Attorney and Paraprofessional**

1:13-cv-000734-RBW

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 1/20/2015 | John Eastman | 3.5 | 3.5 | $ 790.00 | $ 2,765.00 | $ 2,765.00 | **File Notice of Appearance; prepare and file transcript report, statement of issues; docketing statement, certificate of parties.** |
| 3/30/2015 | John Eastman | 0.2 | 0.2 | $ 790.00 | $ 158.00 | $ 158.00 | Communication with co-counsel re consolidation order |
| 5/7/2015 | John Eastman | 0.2 | 0.2 | $ 790.00 | $ 158.00 | $ 158.00 | **Communication with co-counsel re: briefing proposal** |
| 5/8/2015 | John Eastman | 0.5 | 0.5 | $ 790.00 | $ 395.00 | $ 395.00 | Review Court order re: abeyance pending Z Street case; review Z-Street complaint; communication with co-counsel re same |
| 7/30/2015 | John Eastman | 0.2 | 0.2 | $ 797.00 | $ 159.40 | $ 159.40 | Review response on motion to remand |
| 7/30/2015 | John Eastman | 0.6 | 0.6 | $ 797.00 | $ 478.20 | $ 478.20 | Telephone conference with co-counsel re Motion to Remand. |
| 12/4/2015 | John Eastman | 1.7 | 1.4 | $ 797.00 | $ 1,354.90 | $ 1,115.80 | Review and edit opening brief |
| 12/5/2015 | John Eastman | 0.4 | 0.3 | $ 797.00 | $ 318.80 | $ 239.10 | Review and edit revised draft of opening brief |
| 2/15/2016 | John Eastman | 0.2 | 0.1 | $ 797.00 | $ 159.40 | $ 79.70 | Review appellate briefs |
| 2/17/2016 | John Eastman | 6.5 | 5.2 | $ 797.00 | $ 5,180.50 | $ 4,144.40 | Review opposition briefs; research for reply brief |
| 2/18/2016 | John Eastman | 2 | 1.6 | $ 797.00 | $ 1,594.00 | $ 1,275.20 | Research for reply brief |
| 2/19/2016 | John Eastman | 3.8 | 3 | $ 797.00 | $ 3,028.60 | $ 2,391.00 | Research for reply brief; prepare memo of issues; telephone conference with co-counsel re reply brief |
| 3/2/2016 | John Eastman | 4.3 | 3.4 | $ 797.00 | $ 3,427.10 | $ 2,709.80 | Review pleadings and briefs; additional research for reply brief |

\* Hours adjusted for unsuccessful claims and travel time.
Expenses adjusted for reimbursable and non-reimbursable.      Page 3 of 8

Exhibit 13
1:13-cv-00734-RBW

Pl.'s Reply Supp. Notice 3 of 5

Page:4



Case 1:13-cv-00734-RBW   Document 169-4   Filed 06/27/19   Page 5 of 9
Case 1:13-cv-00734-RBW   Document 165-19   Filed 06/13/19   Page 5 of 9

**CCJ LSI Matrix Rates With Adjustments**
*Subtotaled by Attorney and Paraprofessional*

1:13-cv-000734-RBW

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 3/4/2016 | John Eastman | 1.6 | 1.3 | $797.00 | $1,275.20 | $1,036.10 | Review and edit draft reply brief |
| 3/5/2016 | John Eastman | 1.2 | 0 | $797.00 | $956.40 | $ | Began drafting section regarding the Court not explicitly holding that Bivens claims do not extend to First Amendment claims, but rather the Court actually assumes this remedy does extend to these claims |
| 3/6/2016 | John Eastman | 1.1 | 0.9 | $797.00 | $876.70 | $717.30 | Review and edit final draft of reply brief |
| 3/25/2016 | John Eastman | 2.7 | 2.7 | $797.00 | $2,151.90 | $2,151.90 | Prepare for oral argument |
| 3/26/2016 | John Eastman | 5.2 | 5.2 | $797.00 | $4,144.40 | $4,144.40 | Review pleadings in prep for oral argument |
| 3/27/2016 | John Eastman | 3.1 | 3.1 | $797.00 | $2,470.70 | $2,470.70 | Prep for oral argument |
| 3/28/2016 | John Eastman | 2.7 | 2.7 | $797.00 | $2,151.90 | $2,151.90 | Review case law in preparation for oral argument |
| 3/29/2016 | John Eastman | 10.5 | 10.5 | $797.00 | $8,368.50 | $8,368.50 | Prepare for moot court |
| 3/30/2016 | John Eastman | 8.2 | 8.2 | $797.00 | $6,535.40 | $6,535.40 | Prepare for moot court |
| 3/31/2016 | John Eastman | 8.5 | 8.5 | $797.00 | $6,774.50 | $6,774.50 | Moot Court (3.0); -moot court prep for oral argument (5.5) |
| 4/4/2016 | John Eastman | 5.5 | 5.5 | $797.00 | $4,383.50 | $4,383.50 | Prepare for Moot Court (4.5); Moot Court (1.0) |
| 4/8/2016 | John Eastman | 2.5 | 2.5 | $797.00 | $1,992.50 | $1,992.50 | Review case file in prep for oral argument |
| 4/10/2016 | John Eastman | 5.5 | 5.5 | $797.00 | $4,383.50 | $4,383.50 | Prepare for oral argument |

* Hours adjusted for unsuccessful claims and travel time.
Expenses adjusted for reimbursable and non-reimbursable.

Page 4 of 8

Sticky note annotations (Author: jgallant, Subject: Sticky Note):
- Date: 7/25/2019 4:01:46 PM — No reduction, unaffected by any unsuccessful claim
- Date: 7/25/2019 4:01:49 PM — No reduction, unaffected by any unsuccessful claim
- Date: 7/25/2019 4:01:52 PM — No reduction, unaffected by any unsuccessful claim
- Date: 7/25/2019 4:01:56 PM — No reduction, unaffected by any unsuccessful claim
- Date: 7/25/2019 4:01:59 PM — No reduction, unaffected by any unsuccessful claim
- Date: 7/25/2019 4:02:03 PM — No reduction, unaffected by any unsuccessful claim
- Date: 7/25/2019 4:02:10 PM — No reduction, unaffected by any unsuccessful claim
- Date: 7/25/2019 4:02:14 PM — No reduction, unaffected by any unsuccessful claim
- Date: 7/26/2019 4:46:32 PM — No reduction, unaffected by any unsuccessful claim
- Date: 7/26/2019 4:46:34 PM — No reduction, unaffected by any unsuccessful claim

Exhibit 13
1:13-cv-00734-RBW

Pl.'s Reply Supp. Notice 4 of 5

| | Author:jgallant  Subject:Sticky Note  Date:7/25/2019 4:02:31 PM |
|---|---|
| | No reduction, unaffected by any unsuccessful claim |
| | Author:jgallant  Subject:Sticky Note  Date:7/25/2019 4:02:35 PM |
| | No reduction, unaffected by any unsuccessful claim |
| | Author:jgallant  Subject:Sticky Note  Date:7/25/2019 4:02:38 PM |
| | No reduction, unaffected by any unsuccessful claim |
| | Author:jgallant  Subject:Sticky Note  Date:7/25/2019 4:02:41 PM |
| | No reduction, unaffected by any unsuccessful claim |

Case 1:13-cv-00734-RBW   Document 169-4   Filed 06/27/19   Page 6 of 9
Case 1:13-cv-00734-RBW   Document 165-19   Filed 06/13/19   Page 6 of 9
1:13-cv-000734-RBW

**CCJ LSI Matrix Rates With Adjustments**
Subtotaled by Attorney and Paraprofessional

| Date | Name | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 4/11/2016 | John Eastman | 4.2 | 4.2 | $ 797.00 | $ 3,347.40 | $ 3,347.40 | Prepare for oral argument |
| 4/12/2016 | John Eastman | 12.5 | 12.5 | $ 797.00 | $ 9,962.50 | $ 9,962.50 | Prepare for oral argument |
| 4/13/2016 | John Eastman | 12 | 12 | $ 797.00 | $ 9,564.00 | $ 9,564.00 | Moot court with co-counsel (4.0); prepare for oral argument |
| 4/14/2016 | John Eastman | 2 | 2 | $ 797.00 | $ 1,594.00 | $ 1,594.00 | Attend oral argument in lynchpins case; oral argument in TTAC; follow-up meeting with co-counsel and client. |
| 10/14/2016 | John Eastman | 0.8 | 0 | $ 826.00 | $ 660.80 | $ - | Research Cert Petition deadline for Bivens defendants |
| 10/30/2016 | John Eastman | 6.4 | 0 | $ 826.00 | $ 5,286.40 | $ - | Review and edit cert petition |
| 10/30/2016 | John Eastman | 7.5 | 0 | $ 826.00 | $ 6,195.00 | $ - | Review and edit cert petition |
| 10/31/2016 | John Eastman | 3.3 | 0 | $ 826.00 | $ 2,725.80 | $ - | Review and edit cert petition |
| 11/1/2016 | John Eastman | 9.2 | 0 | $ 826.00 | $ 7,599.20 | $ - | Review and edit cert petition |
| 11/2/2016 | John Eastman | 5.5 | 0 | $ 826.00 | $ 4,543.00 | $ - | Review and edit cert petition |
| 11/3/2016 | John Eastman | 1 | 0 | $ 826.00 | $ 826.00 | $ - | Finalize cert petition; amicus coordination |
| 11/5/2016 | John Eastman | 0.5 | 0 | $ 826.00 | $ 413.00 | $ - | Media |
| 11/8/2016 | John Eastman | 0.9 | 0 | $ 826.00 | $ 743.40 | $ - | Conference call re trial court order |
| 1/17/2017 | John Eastman | 1.8 | 0 | $ 826.00 | $ 1,486.80 | $ - | Research and Draft Reply Brief |
| 1/19/2017 | John Eastman | 2.6 | 2.6 | $ 826.00 | $ 2,147.60 | $ 2,147.60 | Review and edit Opp to MSJ |

* Hours adjusted for unsuccessful claims and travel time.
Expenses adjusted for reimbursable and non-reimbursable.          Page 5 of 8

Deductions = $1,197.28

Exhibit 13
1:13-cv-00734-RBW

Pl.'s Reply Supp. Notice 5 of 5