# OCE Complaint
*Plaintiff's Reply to Defendants' Opposition to Plaintiff's Notice of Compliance with Court Order*
**EXHIBIT 14**



VIA HAND DELIVERY

February 5, 2014

The Hon. Porter Goss, Chairman
The Hon. David Skaggs, Vice-Chairman
Office of Congressional Ethics
U.S. House of Representatives
P.O. Box 895
Washington, D.C. 20515-0895

**Re: Complaint Against Rep. Elijah Cummings (D-MD) and Request for Investigation by Office of Congressional Ethics ("OCE")**

Dear Chairman Goss and Vice-Chairman Skaggs:

On behalf of my nonprofit organizations, True the Vote, King Street Patriots, my private business interests, my family and myself, Catherine Engelbrecht, I hereby submit this letter seeking a formal investigation by the Office of Congressional Ethics ("OCE") into certain actions, pressures and unauthorized and improper inquiries initiated against my organizations, my family and me by the Ranking Member of the House Committee on Oversight and Government Reform ("House OGR Committee"), Rep. Elijah Cummings (D-MD).

Specifically, I believe that Rep. Cummings misrepresented his authority as a Member of Congress in order to intimidate me and others associated with me, and further, that Rep. Cummings may have been involved in the organizing of a series of invasive inquisitions into my personal, organizational and business affairs by various federal agencies, agents and bureaucracies over the past four years.

The rules of the U.S. House of Representatives impose basic standards of honesty, integrity and public service on all Members, Officers, employees and staff of the House, to-wit:

> "A Member, Delegate, Resident Commissioner, officer, or employee of the House shall conduct himself at all times in a manner that shall reflect creditably on the House. [House Rule 23, clause 1.]

> The House Ethics manual describes the application of that rule as follows:

> "Members, officers, and employees of the House must observe the broad ethical standards articulated in the Code of Official Conduct (Rule 23) of the House of Representatives." House Ethics Manual, *House Committee on Standards of Official Conduct, 110th Congress, 2d Session, 2008*, p. 12.One of the citizens' organizations that I founded, True the Vote, has been on the receiving end of abusive attacks from Rep. Cummings, which purportedly were on behalf of the House OGR Committee – but were not.  We ask the OCE to determine whether the

communications to me and to my organization, True the Vote, constituted a violation of the rules of the House of Representatives.

Further, in the last four years, both of my organizations, my family's businesses and our personal finances have been subjected to over 15 instances of audit or investigation by four separate federal agencies since 2010 –all of which immediately followed my founding of two citizens organizations in Texas and filing IRS Forms 1023 and 1024 seeking tax-exemption for those two entities.

We therefore request that OCE investigate whether Rep. Cummings and/or any person on his staff or at his direction played *any* role whatsoever in causing or initiating any or all of the inquiries and actions of multiple federal agencies to descend upon my organizations, my family and our personal business(es) over the past four years.

Appended here are letters from Rep. Cummings[1] which can only be characterized as a concerted effort on his part to <u>bully</u> True the Vote.  The letters represent that he is acting on behalf of the House OGR Committee; however, we have subsequently learned that this was not an official committee activity or inquiry, but rather Rep. Cummings – and his staff's – *personal* inquiry into the operations and activities of my grassroots citizens' organization.

What possible interest can Rep. Cummings have in that grassroots organization, whose *only* objective is to protect the integrity and honesty of America's elections? We are a voters' rights organization and we have been maligned and mistreated by Rep. Cummings' attacks.

We believe that Rep. Cummings' actions have violated the House rules, represent an abuse of power on his part and are unethical and arrogant.  We want to know whether Rep. Cummings' attention to True the Vote played *any* role in the federal agency actions related to my family and me – including the three-plus years' delay in the granting of the tax exempt status of True the Vote and King Street Patriots.

As background, for 16 years prior to my founding of two citizens' groups (King Street Patriots and True the Vote), my husband and I operated small businesses in the oil and gas industry and maintained

---

[1] Rep. Elijah Cummings record of correspondence:
1st Cummings letter to TTV, 10/4/2012 (http://www.scribd.com/doc/110033576/2012-10-04-EEC-to-Engelbrecht-TrueTheVote)
TTV Response to 1st Cummings letter, 10/5/2012 (http://www.scribd.com/doc/109125685/2012-October-5-TTV-Cummings-Letter)
2nd Cummings letter to TTV, 10/18/2012 (http://www.scribd.com/doc/110448892/2012-10-18-cummings-to-ttv)
TTV Response to 2nd Cummings letter, 10/29/2012 (http://www.scribd.com/doc/111492227/Cummings-29-October-Letter)
3rd Letter to TTV, 12/20/2012 (http://www.scribd.com/doc/144911644/2012-20-12-EEC-to-TTV?secret_password=84s6h5wqjbncgutkvh4)
TTV Response to 3rd Letter, 1/4/2013 (http://www.scribd.com/doc/144912427/2013-January-4-TTV-Cummings-Meeting?secret_password=r85dis6ga3l4rpin46k)

\* We also wonder if the Minority Chief Counsel to the Committee, Susanne Sachsman Grooms, who we understand may have worked at the IRS in recent years, played any role whatsoever in the targeting by the IRS of True the Vote and King Street Patriots, as well as the audits of my personal and business tax returns.

True the Vote | 7232 Wynnwood Lane | Houston, Texas 77008

some agricultural business without ever being subject to personal or business audits, site visits, interviews or inquiries by any governmental agencies.

After filing applications for tax exempt status with the Internal Revenue Service ("IRS") for the two organizations: for King Street Patriots in June, 2010 and for True the Vote in July 2010, my experience changed dramatically.

Five months after initially filing for tax-exempt status (December 2010), local agents from the Federal Bureau of Investigation contacted our non-profit offices seeking information on specific attendees at public meetings held weekly by King Street Patriots. At those meetings, citizens (usually numbering several hundred) attended and discussed issues, legislation, the Constitution and the impact on our country of many policies and legislation being proposed in Washington. While the agents were courteous, it is nonetheless daunting for FBI agents to show up and ask questions about something you're involved in. The agents did not offer much explanation into the nature of their investigation or why they were seeking information about our meetings or the attendees at the meetings. A second, similar site visit from the FBI occurred in January of 2011, followed by telephone calls "checking in" on us. In all, our organization was contacted six times by agents of the FBI seeking information and asking for 'updates' on our King Street Patriots organization.

Also that month (January 2011[2]), my family business, Engelbrecht Enterprises, was notified that the IRS had selected our business to be audited for both the 2008 and 2009 tax years. This was the first time our business had ever been audited.

By February 2011, neither non-profit organization had received an answer on their respective applications for tax-exempt status. True the Vote received a written request from the IRS for more information, due by March 8, 2011.[3]

In May 2011 the FBI continued regular phone and in-person contact with volunteers of one nonprofit organization awaiting determination by the IRS. Subsequent meetings with FBI investigators occurred in June, November and December of 2011. Most points of contact did not involve any specific subject matter. Most phone calls consisted of agents asking "how we were doing," and little more. No direct contact with FBI investigators has occurred since December 2011.

In June 2011 the IRS notified my husband and me that we had been scheduled for audits of our *personal* joint tax returns for 2008 and 2009.[4] [The episode actually yielded refunds as a result]. This was my family's first-ever audit of personal tax returns.

In the meanwhile, concerned that our applications for tax-exempt status were being subjected to undue delays, my office requested that Senator John Cornyn (Texas) make an inquiry with the IRS National Taxpayer Advocate Service, seeking assistance in expediting our applications for exempt status. On

---

[2] IRS confirmation of audit appointment, 1/21/2011 (http://www.scribd.com/doc/147846234/1-21-11-IRS-Engelbrecht-Ent?secret_password=1yhhzb97v09cfgu7c3h3)

[3] IRS Request for More Information: True the Vote, 2/15/2011 (http://www.scribd.com/doc/154763155/03-07-11-Response-to-IRS-Letter-Dated-Feb-15-2011-1?secret_password=ur7h6ryxhdsq03plhrb)

[4] IRS Information Document Request Form 4564, 6/1/2011 (http://www.scribd.com/doc/155162407/6-01-2011-Audit-Schedule-for-Bryan-and-Catherine-Engelbrecht?secret_password=2ik7b9vbm3ck33rub5zz)

True the Vote | 7232 Wynnwood Lane | Houston, Texas 77008

October 27, 2011, Sen. Cornyn was notified that the Cincinnati Office had no additional information and was under specific guidance from the Washington Office regarding our applications.[5]

The Taxpayer Advocate Service did not disclose to Congress that our applications were, in fact, not isolated but were part of a larger targeting scheme against hundreds of conservative issue organizations.[6]

In February 2012, both True the Vote[7] and King Street Patriots[8] were notified that the IRS "unfortunately…need[ed] more information before we can complete our consideration of your application." The questions were extensive, burdensome and intrusive.  In the case of True the Vote's 'request for more information', the IRS sought responses to at least 105 separate questions in this single inquiry.

This was the second round of IRS questioning for TTV and the first for KSP. Other targeted groups also received burdensome questionnaires at the same time, and some of those were actually questioned about relationships with my organizations.[9]

One of my companies has had a firearms license from the Bureau of Alcohol, Tobacco, Firearms & Explosives for a number of years, but have never exercised the authority under the license and have never had any 'visits' from BATFE.  However, in February 2012, agents from BATFE made their first appearance at the premises of our family business with an unscheduled on-premises audit. Investigators found only minor paperwork infractions and issued a warning letter.[10]

Then, in July 2012, Engelbrecht Enterprises was selected for an unscheduled audit by the Occupational Safety and Health Administration. The business was fined tens of thousands of dollars for citations that even the agency's report stated were not considered "High Gravity or Serious."[11]

Throughout this period, the IRS continued to delay True the Vote's application for exempt status – and propounded *another* (third) round of questions in October 2012.[12]

---

[5] Taxpayer Advocate Service Letter to Sen. Cornyn re Catherine Engelbrecht, 10/27/2011 (http://www.scribd.com/doc/147839037/Cornyn-Letter-From-Taxpayer-Advocate?secret_password=cy66vq1bpoczxbf5931)

[6] EOD Political Advocacy Cases – Screened by EO Technical, 11/16/2011 (http://www.scribd.com/doc/174215168/USA-Today-Leaked-IRS-Target-List)

[7] IRS Request for More Information: True the Vote, 2/8/2012 (http://www.scribd.com/doc/141470874/IRS-Letter-for-True-the-Vote-Requesting-Further-Information-2-8-2012)

[8] IRS Request for More Information: King Street Patriots, 2/8/2012 (http://www.scribd.com/doc/154822593/2-8-2012-IRS-Request-for-More-Information-KSP?secret_password=holvv50y0xwyytwe90e)

[9] IRS Request for More Information: North East Tarrant Tea Party, 2/8/2012 (http://www.scribd.com/doc/149903935/IRS-Letter-Feb-2012-Tarrant-County?secret_password=5k2rakqrprfa0g304qs)

[10] BATFE case file: Engelbrecht Enterprises, Feb. 2012 (http://www.mediafire.com/view/s88gv6dgrl10cfq/DOJ+FOIA.pdf)

[11] OSHA Employer Citation File, 10/11/2012 (http://www.scribd.com/doc/145524378/Engelbrecht-MFG-OSHA-Citation-10-11-2012?secret_password=1v9eyy86nqdzgyipx7s)

[12] IRS Request for More Information: True the Vote, 10/9/2012 (http://www.scribd.com/doc/197042789/Exhibit-E-Request-for-Information-3)

True the Vote | 7232 Wynnwood Lane | Houston, Texas 77008

In April 2013, my place of business was visited for a second time in 13 months by BATFE with another unscheduled audit.

In May 2013, upon learning of organized targeting by the IRS of conservative organizations seeking tax exempt status, True the Vote initiated litigation to obtain its tax-exemption and to recover damages from the IRS for the agency's violation of True the Vote's constitutional rights.[13]  Subsequent to the filing of the lawsuit, the IRS and Department of Justice granted True the Vote's tax exempt status in an effort to moot the lawsuit.[14]  That case is pending presently before the US District Court in the District of Columbia.[15]

In August, 2013, King Street Patriots received yet another series of questions from the IRS.[16]  After submitting responses, the IRS in November 2013 – more than three years after the filing of the application for exempt status – finally issued King Street Patriots exempt status as a 501(c)(4) organization[17] – just weeks before issuing proposed regulations that would substantially change the manner in which the IRS views political activities and would vastly expand the IRS intrusion into the inner workings of citizens groups such as King Street Patriots.

Over these past three and a half years, I have tried to understand how an individual like me could be subjected to dozens of inquiries by various federal agencies within such a compressed time frame. Given that I had never been contacted by any such agencies, entities or agents prior to organizing two citizens' groups and filing for their tax-exempt status, I cannot but help believe that there is some correlation of events.

My efforts to seek answers and root causes regarding the executive branch agencies' sudden "interest" in my family and me via Freedom of Information Act requests have proven largely ineffective.  The agencies have utterly failed to provide any responses to my questions as to how they "happened" to target me, my husband, our family business and my grassroots organizations for site visits, audits and

---

[13] Amended filed complaint – True the Vote v. IRS, 7/22/2013 (http://www.scribd.com/doc/142784144/Amended-Filed-Complaint-True-the-Vote-v-IRS)

[14] True the Vote 501(c)(3) designation letter, 9/26/2013 (http://www.scribd.com/doc/171234645/9-26-2013-IRS-501-c-3-Determination-Letter-for-True-the-Vote)

[15] True the Vote Opposition to DOJ MTD, 11/15/2013 (http://www.scribd.com/doc/185265752/True-the-Vote-Doc-65-Response-to-Government-MTD)

[16] IRS Request for More Information: King Street Patriots, 8/21/2013 (http://www.scribd.com/doc/162532596/IRS-Letter-to-King-Street-Patriots-Requesting-Additional-Information-Received-8-21-2013?secret_password=ak99d5u8zyn7nayu3fc)

[17] 501(c)(4) IRS designation letter: King Street Patriots, 12/11/2013 (http://www.scribd.com/doc/191856344/12-11-2013-Letter-of-Determination-of-c4-Status)

True the Vote | 7232 Wynnwood Lane | Houston, Texas 77008

inquiries.[18] It became unsurprising to receive responses from federal agencies like the FBI that were heavily redacted, including dates of documented points of contact.[19]

The letters that we received from Rep. Cummings attacking and oppressing True the Vote and me were sent through the franking privilege, and presented as seemingly official correspondence from the House Committee on Oversight and Government Reform.

We believe Rep. Cumming's actions, in using his official position to attack my organization, were and are improper.  Therefore, we respectfully request that Rep. Cummings be investigated and a determination made as to the use and potential misuse of taxpayer funds to advance a personal, political vendetta against my organizations, my family and me.

We request Rep. Cummings and his staff be required to respond under oath regarding their role in initiating or supporting the years of targeted government attacks on my family, my business and my organizations. We want the truth; nothing more, nothing less.

My personal timeline of events has become the subject of national media attention, leading to a groundswell of citizens from across the country urging further inquiry into the facts that resulted in these federal agency interactions - and it is for them that I feel a duty, to my fellow countrymen, to seek the truth, no matter where it leads.

We will fully cooperate with the OCE in this investigation.  Thank you.


Sincerely,

*[signature]*

**Catherine Engelbrecht**
Founder & President
**True the Vote**

---

[18] FOIA request to OSHA, 5/3/2013 (http://www.scribd.com/doc/147842564/5-3-13-FOIA-OSHA-Engelbrecht-Poe?secret_password=197jvbwfs6ntqs9wqqm5)
FOIA request to BATFE, 5/3/13 (http://www.scribd.com/doc/147842754/5-3-13-FOIA-ATF-Engelbrecht?secret_password=1bdk2j31sn1j9tpctl8g)
FOIA request to OSHA, 5/10/2013 (http://www.scribd.com/doc/147843126/5-10-13-OSHA-FOIA?secret_password=mfevnjs02ktxnibzxer)
FOIA request to FBI, 5/10/2013 (http://www.scribd.com/doc/147843027/5-10-13-FBI-FOIA?secret_password=l8md5w73s0sr6mf91ho)
FOIA request to BATFE, 5/10/2013 (http://www.scribd.com/doc/147843269/5-10-13-OSHA-FOIA?secret_password=22751ofc8l8jlou9oksb)

[19] FBI response to Rep. Poe FOIPA, 7/2/2013 (http://www.mediafire.com/view/q96s5veo4zssr6i/4i.pdf)

True the Vote | 7232 Wynnwood Lane | Houston, Texas 77008



## Affirmation

I, Catherine Engelbrecht, hereby affirm and state under penalty of perjury and in accordance with 18 U.S.C §1001, that the above and forgoing information is true and correct to the best of my knowledge and belief, and that all evidence submitted to OCE was lawfully obtained and is not obtained or submitted in violation of any law, rule or regulation.

Catherine Engelbrecht

## Notary Public

Before me, this __3__ day of February, 2014, Catherine Engelbrecht appeared and attested under penalty of perjury that the above and forgoing information is true and correct to the best of her knowledge and belief.

SEAL



KIM GRANT
Notary Public, State of Texas
My Commission Expires
December 16, 2017

Notary Public

My Commission Expires:

True the Vote | 7232 Wynnwood Lane | Houston, Texas 77008