UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **True the Vote, Inc.**;<br><br>       *Plaintiff*,<br><br>   v.<br><br>**Internal Revenue Service, et al.**;<br><br>       *Defendant*s. | **Civil Case No.** 1:13-cv-000734-RBW |

# ORDER

   This action is before the Court on Plaintiff's Motion to Strike and/or for related relief regarding *Defendants' Opposition to Plaintiff's Second Supplemental Application and Motion for Attorney's Fees, Costs, and Expenses Under the Equal Access to Justice Act*, ECF No. 169, as an untimely or improper Response to *Plaintiff's Application and Motion for Attorneys' Fees, Costs, and Expenses Under the Equal Access to Justice Act*, ECF No.151. Upon consideration of the motion, the Court, being duly advised now **GRANTS** Plaintiff's Request.

   It is therefore ORDERED, adjudged, and decreed by this Court that Defendants' Opposition, ECF No. 169, is .


   SO ORDERED this _____ day of _____, 2019


                                          _____
                                          REGGIE B. WALTON
                                          United States District Judge