**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **True the Vote, Inc.**; | |
| *Plaintiff*, | **Civil Case No.** <u>1:13-cv-000734-RBW</u> |
| *v.* | |
| **Internal Revenue Service, et al.**; | |
| *Defendant*s. | |

## Plaintiff's Third Supplemental Application and Motion for Attorneys' Fees, Costs, and Expenses Under the Equal Access to Justice Act

Plaintiff, True The Vote, Inc., requests an award of $163,042.38 in fees, costs, and expenses incurred in its submission of work performed since submitting *Plaintiff's Second Supplemental Application and Motion for Attorneys' Fees, Costs, and Expenses under the Equal Access to Justice Act*, ECF No. 166. Since filing its Second Supplemental Application, TTV has filed: *Plaintiff's Notice of Supplemental Authority*, ECF No. 167; *Plaintiff's Motion for Leave to Reply to United States' Opposition to Plaintiff's Notice of Compliance with Court Order*, ECF No. 171; *Plaintiff's Reply in Support of Plaintiff's Second Supplemental Application and Motion for Attorneys' Fees, Costs, and Expenses under the Equal Access to Justice Act*, ECF No. 172; *Plaintiff's Opposition to Defendants' Motion for Partial Reconsideration*, ECF No. 173; *Plaintiff's Reply to Defendants' Opposition to Plaintiff's Notice of Compliance with Court Order*, ECF No. 176; *Plaintiff's Motion to Strike Defendant's Opposition as Untimely and Grant Related Other Relief*, ECF No. 177; and *Plaintiff's Reply in Support of Motion to Strike*, ECF No. 179.

**Pl.'s Third Suppl. App. And**
**Mot. for Attny's Fees**
**and Costs Under EAJA**                    -1-

Since June 13, 2019, when TTV filed its Second Supplemental Application, it has incurred $163,042.38 in additional attorneys' fees, costs, and expenses related to the filings listed above. The Bopp Law Firm, PC billing records for these additional fees, including detailed narratives, and subtotaled by attorney, are attached to this Motion as Exhibit 1. The record of the costs and expenses incurred since June 13, 2019, is attached to this Motion as Exhibit 2. The Third Supplemental Declaration of James Bopp, Jr. supporting these records, is attached to this Motion as Exhibit 3. In addition, attorneys from TTV's former counsel, Foley & Lardner and PILF, assisted in reviewing billing records for TTV's Reply to Defs.' Opp., ECF No. 176. Foley's billing records for these additional fees, including detailed narratives, and subtotaled by attorney, are attached to this Motion as Exhibit 4. The Third Supplemental Declaration of Cleta Mitchell, supporting these records, is attached to this Motion as Exhibit 5. PILF's billing records for these additional fees, including detailed narratives, and subtotaled by attorney, are attached to this Motion as Exhibit 6. The Third Supplemental Declaration of Kaylan Phillips, supporting these records, is attached to this Motion as Exhibit 7.

The attorneys' fees requested prior to this Third Supplemental Application total $1,982,109.56, valued at the LSI Matrix rates, reflecting:

- $1,933,888.06 in attorneys' and paraprofessional fees, sought in the *Plaintiff's Application and Motion for Attorneys' Fees, Costs, and Expenses Under the Equal Access to Justice Act*, ECF No. 151;

- ($54,730.20) as an adjustment to attorney and paraprofessional fees, costs, and expenses from TTV's Reply (ECF No. 156);

- $103,049.20 in attorneys' and paraprofessional fees sought in *Plaintiff's Supplemental Application and Motion for Attorneys' Fees, Costs, and Expenses Under the Equal Access to Justice Act,* ECF No. 157;

- ($97.50) as an adjustment to BLF billing records in the Notice which removed a charge for paraprofessional Matthew Michaloski; and

- $39, 253.20 in attorneys' fees and costs in the Second Supplemental Application, ECF No. 166.

The Third Supplemental Application total is $163,042.38. Therefore, TTV respectfully moves this court for an order awarding it reasonable attorneys' fees of $2,145,151.94, pursuant to a "bad faith" enhancement under 28 U.S.C. § 2412(b).

### LCvR 7(f) Request For Oral Hearing

Pursuant to LCvR 7(f), TTV requests an oral hearing on this motion.

### LCvR 7(m) Certification

In compliance with LCvR (7)(m), counsel for TTV discussed this motion with counsel for the Defendant in a good faith effort to determine whether the Defendant would oppose the relief sought. Defendant opposes this motion.

**WHEREFORE**, Plaintiff True the Vote, Inc. prays this Court grant *Plaintiff's Third Supplemental Application and Motion for Attorney's Fees, Costs, and Expenses Under the Equal Access to Justice Act* and direct the Defendant to pay Plaintiff such an award within 30 days of the Court's Order.

**Pl.'s Third Suppl. App. And Mot. for Attny's Fees and Costs Under EAJA**　　　　-3-

September 4, 2019                                 Respectfully submitted,

                                                  /s/ James Bopp, Jr.

                                                  James Bopp, Jr. (D.C. Bar No. CO0041)
                                                   jboppjr@aol.com
                                                  Jeffrey P. Gallant*
                                                   jgallant@bopplaw.com
                                                  Courtney Turner Milbank*
                                                   cmilbank@bopplaw.com
                                                  Melena S. Siebert*
                                                   msiebert@bopplaw.com
                                                  THE BOPP LAW FIRM, P.C.
                                                  The National Building
                                                  1 South 6th Street
                                                  Terre Haute, Indiana 47807
                                                  (812) 232-2434
                                                  (812) 235-3685 (fax)
                                                  *Attorneys for Plaintiff*
                                                  *Admitted *pro hac vice*

**Pl.'s Third Suppl. App. And
Mot. for Attny's Fees
and Costs Under EAJA**                      -4-

# Certificate of Service

I hereby certify that on September 4, 2019 , I caused the *Plaintiff's Third Supplemental Application and Motion for Attorneys' Fees, Costs, and Expenses Under the Equal Access to Justice Act* and exhibits thereto in the above-captioned matter to be filed with the United States District Court for the District of Columbia via the Court's CM/ECF system.

/s/ James Bopp, Jr.
James Bopp, Jr.