*The Bopp Law Firm, PC Billing Records*
*Third Supplemental Application for Fees Under the EAJA*
**EXHIBIT 1**

**The Bopp Law Firm, PC Third Supplemental Application** 1:13-cv-000734-RBW
**LSI Matrix Rates With Adjustments Subtotaled By Attorney**

| Date | Name | Gross Hours | Adjusted Hours | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 6/14/2019 | James Bopp, Jr. | 0.6 | 0.6 | $ 865.00 | $ 519.00 | $ 519.00 | Review new D.C. Circuit decision; phone conference with Melena Siebert regarding Notice of Supplemental Authority |
| 6/15/2019 | James Bopp, Jr. | 0.4 | 0.4 | $ 865.00 | $ 346.00 | $ 346.00 | E-mail exchange with Melena Siebert and Jeffrey P. Gallant regarding Notice of Supplemental Authority; possibility of reply |
| 6/17/2019 | James Bopp, Jr. | 0.9 | 0.9 | $ 865.00 | $ 778.50 | $ 778.50 | Review D.C. Circuit Decision; phone conference with Jeffrey P. Gallant and Melena Siebert regarding Notice of Supplemental Authority |
| 6/17/2019 | James Bopp, Jr. | 0.4 | 0.4 | $ 865.00 | $ 346.00 | $ 346.00 | Review draft Notice of Supplemental Authority; respond |
| 6/26/2019 | James Bopp, Jr. | 0.3 | 0.3 | $ 865.00 | $ 259.50 | $ 259.50 | E-mail exchange with DOJ regarding Motion to Reconsider; respond |
| 6/27/2019 | James Bopp, Jr. | 1.2 | 1.2 | $ 865.00 | $ 1,038.00 | $ 1,038.00 | Review DOJ's Opposition; Motion to Reconsider |
| 6/27/2019 | James Bopp, Jr. | 0.3 | 0.3 | $ 865.00 | $ 259.50 | $ 259.50 | Review Melena Siebert email regarding DOJ Motion |

**The Bopp Law Firm, PC Third Supplemental Application**  1:13-cv-000734-RBW
**LSI Matrix Rates With Adjustments Subtotaled By Attorney**

| Date | Name | Gross Hours | Adjusted Hours | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 6/28/2019 | James Bopp, Jr. | 0.6 | 0.6 | $ 865.00 | $ 519.00 | $ 519.00 | Multiple e-mail exchanges with Jeffrey P. Gallant and Melena Siebert regarding Motion for Reconsideration and Opposition to Notice |
| 6/29/2019 | James Bopp, Jr. | 0.3 | 0.3 | $ 865.00 | $ 259.50 | $ 259.50 | Phone conference with Melena Siebert regarding *Goodyear* and *Lu distinctions* |
| 7/1/2019 | James Bopp, Jr. | 0.2 | 0.2 | $ 865.00 | $ 173.00 | $ 173.00 | Phone conference with Melena Siebert and Jeffrey P. Gallant regarding responses |
| 7/1/2019 | James Bopp, Jr. | 0.1 | 0.1 | $ 865.00 | $ 86.50 | $ 86.50 | Review court order regarding Reply |
| 7/1/2019 | James Bopp, Jr. | 0.4 | 0.4 | $ 865.00 | $ 346.00 | $ 346.00 | Review email exchange with Melena Siebert regarding Response to Motion for Reconsideration |
| 7/2/2019 | James Bopp, Jr. | 0.8 | 0.8 | $ 865.00 | $ 692.00 | $ 692.00 | Review two cases regarding Motion to Reconsider; phone conference with Melena Siebert regarding response |
| 7/3/2019 | James Bopp, Jr. | 1.1 | 1.1 | $ 865.00 | $ 951.50 | $ 951.50 | Review draft Reply to Second Supplemental Fees; approve |

**The Bopp Law Firm, PC Third Supplemental Application**  1:13-cv-000734-RBW
**LSI Matrix Rates With Adjustments Subtotaled By Attorney**

| Date | Name | Gross Hours | Adjusted Hours | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 7/3/2019 | James Bopp, Jr. | 0.6 | 0.6 | $ 865.00 | $ 519.00 | $ 519.00 | Review Melena Siebert email regarding Reconsideration; phone conference with Melena Siebert regarding response |
| 7/5/2019 | James Bopp, Jr. | 0.3 | 0.3 | $ 865.00 | $ 259.50 | $ 259.50 | E-mail exchanges with Melena Siebert and Jeffrey P. Gallant regarding Reconsideration Response |
| 7/6/2019 | James Bopp, Jr. | 0.5 | 0.5 | $ 865.00 | $ 432.50 | $ 432.50 | Review draft Response to Reconsideration |
| 7/6/2019 | James Bopp, Jr. | 0.6 | 0.6 | $ 865.00 | $ 519.00 | $ 519.00 | Edit draft Response to Reconsideration |
| 7/9/2019 | James Bopp, Jr. | 0.8 | 0.8 | $ 865.00 | $ 692.00 | $ 692.00 | Edit draft of Opposition to Motion for Partial Reconsideration |
| 7/11/2019 | James Bopp, Jr. | 0.5 | 0.5 | $ 865.00 | $ 432.50 | $ 432.50 | Review Final Response |
| 7/11/2019 | James Bopp, Jr. | 0.2 | 0.2 | $ 865.00 | $ 173.00 | $ 173.00 | Review email to Catherine regarding Response |
| 7/15/2019 | James Bopp, Jr. | 0.1 | 0.1 | $ 865.00 | $ 86.50 | $ 86.50 | Review Court Order regarding extension |

Exhibit 1

**The Bopp Law Firm, PC Third Supplemental Application**     1:13-cv-000734-RBW
**LSI Matrix Rates With Adjustments Subtotaled By Attorney**

| Date | Name | Gross Hours | Adjusted Hours | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|------|------|-------------|----------------|-----------------|------------------|----------------------------|-------------|
| 7/18/2019 | James Bopp, Jr. | 0.40 | 0.40 | $ 865.00 | $ 346.00 | $ 346.00 | Review Reply regarding Motion to Reconsider |
| 7/23/2019 | James Bopp, Jr. | 0.3 | 0.3 | $ 865.00 | $ 259.50 | $ 259.50 | Review email regarding Reply regarding attorney fees; respond |
| 7/24/2019 | James Bopp, Jr. | 0.3 | 0.3 | $ 865.00 | $ 259.50 | $ 259.50 | Various e-mail exchanges with Jeffrey P. Gallant regarding compensable items |
| 7/26/2019 | James Bopp, Jr. | 0.30 | 0.30 | $ 865.00 | $ 259.50 | $ 259.50 | E-mail exchange with Jeffrey P. Gallant regarding issue for attorney fee reply |
| 7/30/2019 | James Bopp, Jr. | 0.3 | 0.3 | $ 865.00 | $ 259.50 | $ 259.50 | E-mail exchange regarding filing, supplemental attorney fees |
| 7/30/2019 | James Bopp, Jr. | 0.4 | 0.4 | $ 865.00 | $ 346.00 | $ 346.00 | Review final draft of attorney fee Reply |
| 7/30/2019 | James Bopp, Jr. | 0.4 | 0.4 | $ 865.00 | $ 346.00 | $ 346.00 | Phone conference with Jeffrey P. Gallant regarding Motion to Strike |
| 7/30/2019 | James Bopp, Jr. | 0.5 | 0.5 | $ 865.00 | $ 432.50 | $ 432.50 | E-mail exchange with Jeffrey P. Gallant regarding Motion to Strike argument |
| 7/31/2019 | James Bopp, Jr. | 0.5 | 0.5 | $ 865.00 | $ 432.50 | $ 432.50 | Review draft of Motion to Strike, respond |

**The Bopp Law Firm, PC Third Supplemental Application** 1:13-cv-000734-RBW
**LSI Matrix Rates With Adjustments Subtotaled By Attorney**

| Date | Name | Gross Hours | Adjusted Hours | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 7/31/2019 | James Bopp, Jr. | 0.2 | 0.2 | $ 865.00 | $ 173.00 | $ 173.00 | E-mail exchange with Jeffrey P. Gallant regarding notifying opposing counsel regarding Motion to Strike |
| 8/1/2019 | James Bopp, Jr. | 0.7 | 0.7 | $ 865.00 | $ 605.50 | $ 605.50 | Review draft of Memo supporting Motion to Strike; respond |
| 8/1/2019 | James Bopp, Jr. | 0.5 | 0.5 | $ 865.00 | $ 432.50 | $ 432.50 | Review draft of Motion to Strike; respond |
| 8/2/2019 | James Bopp, Jr. | 0.8 | 0.8 | $ 865.00 | $ 692.00 | $ 692.00 | Review final draft of Motion to Strike and Memo; approve |
| 8/6/2019 | James Bopp, Jr. | 0.2 | 0.2 | $ 865.00 | $ 173.00 | $ 173.00 | E-mail exchange, phone conference with Jeffrey P. Gallant regarding former counsel hours |
| 8/19/2019 | James Bopp, Jr. | 0.4 | 0.4 | $ 865.00 | $ 346.00 | $ 346.00 | Review Defendants Opposition to Motion to Strike |
| 8/19/2019 | James Bopp, Jr. | 0.8 | 0.8 | $ 865.00 | $ 692.00 | $ 692.00 | Review Defendants Opposition; phone conference with Jeffrey P. Gallant and Melena Siebert regarding Reply |
| 8/23/2019 | James Bopp, Jr. | 0.7 | 0.7 | $ 865.00 | $ 605.50 | $ 605.50 | Review draft Reply to Motion to Strike; email Jeffrey P. Gallant regarding revision; phone conference with Jeffrey P. Gallant regarding revision |

**The Bopp Law Firm, PC Third Supplemental Application**    1:13-cv-000734-RBW
**LSI Matrix Rates With Adjustments Subtotaled By Attorney**

| Date | Name | Gross Hours | Adjusted Hours | LSI Laffey Rate | LSI Gross Amount | | LSI Laffey Adjusted Amount | | Description |
|---|---|---|---|---|---|---|---|---|---|
| 8/23/2019 | James Bopp, Jr. | 0.3 | 0.3 | $ 865.00 | $ | 259.50 | $ | 259.50 | E-mail exchange with Jeffrey P. Gallant regarding revision of Reply; approve |
| **SUBTOTAL FOR JAMES BOPP, JR.** | | | | | **$** | **16,608.00** | **$** | **16,608.00** | |
| 6/14/2019 | Jeffrey P. Gallant | 1.3 | 1.3 | $ 718.00 | $ | 933.40 | $ | 933.40 | Edit and proof second supplemental application for fees and supporting documents |
| 6/14/2019 | Jeffrey P. Gallant | 0.8 | 0.8 | $ 718.00 | $ | 574.40 | $ | 574.40 | Review DL appellate decision for notice of supplemental authority |
| 6/15/2019 | Jeffrey P. Gallant | 1.1 | 1.1 | $ 718.00 | $ | 789.80 | $ | 789.80 | Review DL appellate decision,outline for notice of supplemental authority |
| 6/15/2019 | Jeffrey P. Gallant | 0.4 | 0.4 | $ 718.00 | $ | 287.20 | $ | 287.20 | E-mails with Melena Siebert and James Bopp, Jr. regarding impact of DL-on question of complexity--review |
| 6/17/2019 | Jeffrey P. Gallant | 0.5 | 0.5 | $ 718.00 | $ | 359.00 | $ | 359.00 | Review and outline DL for conference |
| 6/17/2019 | Jeffrey P. Gallant | 0.5 | 0.5 | $ 718.00 | $ | 359.00 | $ | 359.00 | Conference with James Bopp, Jr. and Melena Siebert regarding Notice of Supplemental Authority |

The Bopp Law Firm, PC Third Supplemental Application                   1:13-cv-000734-RBW
LSI Matrix Rates With Adjustments Subtotaled By Attorney

| Date | Name | Gross Hours | Adjusted Hours | LSI Laffey Rate | LSI Gross Amount | | LSI Laffey Adjusted Amount | | Description |
|---|---|---|---|---|---|---|---|---|---|
| 6/17/2019 | Jeffrey P. Gallant | 1.3 | 1.3 | $ 718.00 | $ | 933.40 | $ | 933.40 | Review, edit and proof notice of supplemental authority |
| 6/24/2019 | Jeffrey P. Gallant | 0.2 | 0.2 | $ 718.00 | $ | 143.60 | $ | 143.60 | Phone conference with Melena Siebert regarding rules, requirements for courtesy copies of filings to court |
| 6/28/2019 | Jeffrey P. Gallant | 0.6 | 0.6 | $ 718.00 | $ | 430.80 | $ | 430.80 | Multiple email exchanges with James Bopp, Jr. and Melena Siebert regarding Motion for Reconsideration and Opposition to Notice |
| 6/30/2019 | Jeffrey P. Gallant | 2.6 | 2.6 | $ 718.00 | $ | 1,866.80 | $ | 1,866.80 | Review *Goodyear* and cases cited therein, *Lu* and cases cited therein, memorandum opinion on fees, and Gray Panther; email to Melena Siebert and James Bopp, Jr. regarding analysis under these cases |
| 7/1/2019 | Jeffrey P. Gallant | 0.3 | 0.3 | $ 718.00 | $ | 215.40 | $ | 215.40 | E-mails, phone conference with Melena Siebert regarding TTV work, arguments in response |
| 7/1/2019 | Jeffrey P. Gallant | 0.2 | 0.2 | $ 718.00 | $ | 143.60 | $ | 143.60 | Phone conference with James Bopp, Jr. and Melena Siebert regarding work on filings |
| 7/3/2019 | Jeffrey P. Gallant | 0.2 | 0.2 | $ 718.00 | $ | 143.60 | $ | 143.60 | Question regarding points made on *Gatore* that were overruled in DL |

**The Bopp Law Firm, PC Third Supplemental Application**                    1:13-cv-000734-RBW
**LSI Matrix Rates With Adjustments Subtotaled By Attorney**

| Date | Name | Gross Hours | Adjusted Hours | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 7/3/2019 | Jeffrey P. Gallant | 1.6 | 1.6 | $ 718.00 | $ 1,148.80 | $ 1,148.80 | Review and edit reply supporting second supplemental fee petition-- phone conference with Melena Siebert |
| 7/5/2019 | Jeffrey P. Gallant | 1.2 | 1.2 | $ 718.00 | $ 861.60 | $ 861.60 | Review, edit reply supporting second supplemental fee petition; emails with Melena Siebert and James Bopp, Jr. |
| 7/5/2019 | Jeffrey P. Gallant | 0.3 | 0.3 | $ 718.00 | $ 215.40 | $ 215.40 | E-mails regarding *Goodyear, Lu* and *Gray Panther* in opposition to motion for partial reconsideration |
| 7/8/2019 | Jeffrey P. Gallant | 0.2 | 0.2 | $ 718.00 | $ 143.60 | $ 143.60 | Phone conference with Melena Siebert regarding reply supporting Notice (addressing specific billing statement criticisms) |
| 7/9/2019 | Jeffrey P. Gallant | 0.3 | 0.3 | $ 718.00 | $ 215.40 | $ 215.40 | Phone conference with Melena Siebert regarding reply to opposition to notice |
| 7/9/2019 | Jeffrey P. Gallant | 1.4 | 1.4 | $ 718.00 | $ 1,005.20 | $ 1,005.20 | Review Opposition Motion Partial Reconsideration |
| 7/10/2019 | Jeffrey P. Gallant | 1.1 | 1.1 | $ 718.00 | $ 789.80 | $ 789.80 | Review draft of response to motion for partial reconsideration, edit and proof draft |

**The Bopp Law Firm, PC Third Supplemental Application**  1:13-cv-000734-RBW
**LSI Matrix Rates With Adjustments Subtotaled By Attorney**

| Date | Name | Gross Hours | Adjusted Hours | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|------|------|-------------|----------------|-----------------|------------------|----------------------------|-------------|
| 7/10/2019 | Jeffrey P. Gallant | 1.2 | 1.2 | $ 718.00 | $ 861.60 | $ 861.60 | Phone conference with Melena Siebert regarding application of *Goodyear to our case, whether and how it affects 2412 analysis* |
| 7/10/2019 | Jeffrey P. Gallant | 0.8 | 0.8 | $ 718.00 | $ 574.40 | $ 574.40 | Review, edit Opposition to Motion for Reconsideration |
| 7/11/2019 | Jeffrey P. Gallant | 0.7 | 0.7 | $ 718.00 | $ 502.60 | $ 502.60 | Multiple e-mail exchanges with Melena Siebert regarding edits to Opposition to Motion for Partial Reconsideration |
| 7/12/2019 | Jeffrey P. Gallant | 2.3 | 2.3 | $ 718.00 | $ 1,651.40 | $ 1,651.40 | Work on reply in support of Notice: hours spent on unsuccessful motion for Preliminary Injunction |
| 7/12/2019 | Jeffrey P. Gallant | 0.2 | 0.2 | $ 718.00 | $ 143.60 | $ 143.60 | E-mail exchanges with Melena Siebert regarding Reply to Opposition to Notice |
| 7/13/2019 | Jeffrey P. Gallant | 1.6 | 1.6 | $ 718.00 | $ 1,148.80 | $ 1,148.80 | Work on Reply in Support of Notice: argument that hours for unsuccessful motions are compensable--reasonableness of spending time on Preliminary Injunction Motion |
| 7/14/2019 | Jeffrey P. Gallant | 0.8 | 0.8 | $ 718.00 | $ 574.40 | $ 574.40 | Outlining reply supporting Notice |

Exhibit 1

**The Bopp Law Firm, PC Third Supplemental Application**     1:13-cv-000734-RBW
**LSI Matrix Rates With Adjustments Subtotaled By Attorney**

| Date | Name | Gross Hours | Adjusted Hours | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 7/15/2019 | Jeffrey P. Gallant | 0.3 | 0.3 | $ 718.00 | $ 215.40 | $ 215.40 | Phone conference with Melena Siebert regarding work to do on Reply |
| 7/15/2019 | Jeffrey P. Gallant | 1.4 | 1.4 | $ 718.00 | $ 1,005.20 | $ 1,005.20 | Review/annotate memo supporting fee petition, outline for reply in support of Notice of Compliance regarding compensable hours |
| 7/16/2019 | Jeffrey P. Gallant | 0.4 | 0.4 | $ 718.00 | $ 287.20 | $ 287.20 | E-mail to Attorney Kaylan Phillips regarding review of objections to PILF billing record and schedule for reply |
| 7/16/2019 | Jeffrey P. Gallant | 0.3 | 0.3 | $ 718.00 | $ 215.40 | $ 215.40 | Phone conference with Attorney Kaylan Phillips regarding analysis and response to Defendants' objections to hours |
| 7/16/2019 | Jeffrey P. Gallant | 0.5 | 0.5 | $ 718.00 | $ 359.00 | $ 359.00 | Phone conferences with Melena Siebert regarding organization of objections from Opposition to Motion for Fees |
| 7/17/2019 | Jeffrey P. Gallant | 0.30 | 0.30 | $ 718.00 | $ 215.40 | $ 215.40 | Phone conference with Melena Siebert regarding organization of objections |
| 7/18/2019 | Jeffrey P. Gallant | 0.80 | 0.80 | $ 718.00 | $ 574.40 | $ 574.40 | Research D.C. case law on reasonable time/excessive hours |
| 7/19/2019 | Jeffrey P. Gallant | 0.70 | 0.70 | $ 718.00 | $ 502.60 | $ 502.60 | Plan reply, strategy for answering objections, email to PILF, Foley regarding objections |

**The Bopp Law Firm, PC Third Supplemental Application** 1:13-cv-000734-RBW
**LSI Matrix Rates With Adjustments Subtotaled By Attorney**

| Date | Name | Gross Hours | Adjusted Hours | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 7/19/2019 | Jeffrey P. Gallant | 1.80 | 1.80 | $ 718.00 | $ 1,292.40 | $ 1,292.40 | Review opposition, research for response regarding block-billing, insufficient detail, excessive time |
| 7/19/2019 | Jeffrey P. Gallant | 1.10 | 1.10 | $ 718.00 | $ 789.80 | $ 789.80 | Review PILF time records for objections regarding unsuccessful claims |
| 7/20/2019 | Jeffrey P. Gallant | 2.10 | 2.10 | $ 718.00 | $ 1,507.80 | $ 1,507.80 | Review PILF time records for objections regarding unsuccessful claims |
| 7/21/2019 | Jeffrey P. Gallant | 1.8 | 1.8 | $ 718.00 | $ 1,292.40 | $ 1,292.40 | Review PILF time records for objections regarding unsuccessful claims |
| 7/22/2019 | Jeffrey P. Gallant | 0.3 | 0.3 | $ 718.00 | $ 215.40 | $ 215.40 | Phone conference with attorney Noel Johnson regarding addressing objections |
| 7/22/2019 | Jeffrey P. Gallant | 1.4 | 1.4 | $ 718.00 | $ 1,005.20 | $ 1,005.20 | Phone conference with Melena Siebert regarding analyses of objections |
| 7/22/2019 | Jeffrey P. Gallant | 0.2 | 0.2 | $ 718.00 | $ 143.60 | $ 143.60 | E-mail to attorney Noel Johnson regarding review of objections and missing text in certain entries |
| 7/22/2019 | Jeffrey P. Gallant | 2.2 | 2.2 | $ 718.00 | $ 1,579.60 | $ 1,579.60 | Review objections regarding expenditures related to unsuccessful claims (yellow); review documents and filings |
| 7/22/2019 | Jeffrey P. Gallant | 0.3 | 0.3 | $ 718.00 | $ 215.40 | $ 215.40 | E-mail to, from PILF regarding individual defendants, amended complaint, claims |

**The Bopp Law Firm, PC Third Supplemental Application** 1:13-cv-000734-RBW
**LSI Matrix Rates With Adjustments Subtotaled By Attorney**

| Date | Name | Gross Hours | Adjusted Hours | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 7/23/2019 | Jeffrey P. Gallant | 0.2 | 0.2 | $ 718.00 | $ 143.60 | $ 143.60 | E-mail from attorney Kaylan Phillips, briefly review her comments to objections |
| 7/23/2019 | Jeffrey P. Gallant | 0.3 | 0.3 | $ 718.00 | $ 215.40 | $ 215.40 | E-mails with Melena Siebert regarding compensability of pre-litigation/extra litigation activities |
| 7/23/2019 | Jeffrey P. Gallant | 4.1 | 4.1 | $ 718.00 | $ 2,943.80 | $ 2,943.80 | Reviewing objections--time spent on unsuccessful claims (yellow) |
| 7/23/2019 | Jeffrey P. Gallant | 0.4 | 0.4 | $ 718.00 | $ 287.20 | $ 287.20 | E-mails with Melena Siebert regarding compensability of non-litigation time; find and send past briefing and research |
| 7/23/2019 | Jeffrey P. Gallant | 0.1 | 0.1 | $ 718.00 | $ 71.80 | $ 71.80 | E-mails with attorney Kaylan Phillips and Noel Johnson regarding questions on time record |
| 7/23/2019 | Jeffrey P. Gallant | 0.3 | 0.3 | $ 718.00 | $ 215.40 | $ 215.40 | Research prevailing party in EAJA (regarding mootness) |
| 7/24/2019 | Jeffrey P. Gallant | 0.3 | 0.3 | $ 718.00 | $ 215.40 | $ 215.40 | Phone conference with Melena Siebert regarding time spent regarding meeting with DOJ |
| 7/24/2019 | Jeffrey P. Gallant | 0.5 | 0.5 | $ 718.00 | $ 359.00 | $ 359.00 | E-mail to Melena Siebert regarding time spent on meeting with DOJ |
| 7/24/2019 | Jeffrey P. Gallant | 0.6 | 0.6 | $ 718.00 | $ 430.80 | $ 430.80 | Question about need for declaration |

**The Bopp Law Firm, PC Third Supplemental Application**   1:13-cv-000734-RBW
**LSI Matrix Rates With Adjustments Subtotaled By Attorney**

| Date | Name | Gross Hours | Adjusted Hours | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 7/24/2019 | Jeffrey P. Gallant | 3.3 | 3.3 | $ 718.00 | $ 2,369.40 | $ 2,369.40 | Review objections to PILF time entries--time expended partially for unsuccessful claims; consult filings, etc. |
| 7/24/2019 | Jeffrey P. Gallant | 0.3 | 0.3 | $ 718.00 | $ 215.40 | $ 215.40 | E-mails regarding questions from Kaylan regarding reductions |
| 7/24/2019 | Jeffrey P. Gallant | 0.5 | 0.5 | $ 718.00 | $ 359.00 | $ 359.00 | E-mails with Melena Siebert, James Bopp, Jr. regarding relevance of DOJ meeting to the case |
| 7/24/2019 | Jeffrey P. Gallant | 0.2 | 0.2 | $ 718.00 | $ 143.60 | $ 143.60 | E-mails with PILF attorneys regarding time entry questions |
| 7/25/2019 | Jeffrey P. Gallant | 0.3 | 0.3 | $ 718.00 | $ 215.40 | $ 215.40 | Answering questions on handling specific entries |
| 7/25/2019 | Jeffrey P. Gallant | 3.4 | 3.4 | $ 718.00 | $ 2,441.20 | $ 2,441.20 | Review and comment on objections to Foley records regarding partial success (yellow) |
| 7/25/2019 | Jeffrey P. Gallant | 0.5 | 0.5 | $ 718.00 | $ 359.00 | $ 359.00 | Review and comment on objections to CCJ records regarding partial success (yellow) |
| 7/25/2019 | Jeffrey P. Gallant | 3.1 | 3.1 | $ 718.00 | $ 2,225.80 | $ 2,225.80 | Incorporate KLP changes in final evaluation/explanations of objections for PILF unsuccessful claim (orange) and part one of partial unsuccessful claim (yellow) |

**The Bopp Law Firm, PC Third Supplemental Application**    1:13-cv-000734-RBW
**LSI Matrix Rates With Adjustments Subtotaled By Attorney**

| Date | Name | Gross Hours | Adjusted Hours | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 7/25/2019 | Jeffrey P. Gallant | 0.8 | 0.8 | $ 718.00 | $ 574.40 | $ 574.40 | Phone conferences with Melena Siebert regarding billing record analysis (2x) |
| 7/25/2019 | Jeffrey P. Gallant | 0.6 | 0.6 | $ 718.00 | $ 430.80 | $ 430.80 | Multiple e-mails with Melena Siebert, and former counsel regarding review of billing records |
| 7/26/2019 | Jeffrey P. Gallant | 1.6 | 1.6 | $ 718.00 | $ 1,148.80 | $ 1,148.80 | Reconcile review of partial success objections (Yellow) to PILF's billing statement (part 2) |
| 7/26/2019 | Jeffrey P. Gallant | 0.5 | 0.5 | $ 718.00 | $ 359.00 | $ 359.00 | Phone conferences with Melena Siebert regarding Green module regarding billing records (3x) |
| 7/26/2019 | Jeffrey P. Gallant | 0.3 | 0.3 | $ 718.00 | $ 215.40 | $ 215.40 | E-mail to Kaylan at PILF regarding reductions for appellate work |
| 7/26/2019 | Jeffrey P. Gallant | 1.7 | 1.7 | $ 718.00 | $ 1,220.60 | $ 1,220.60 | Drafting Reply |
| 7/26/2019 | Jeffrey P. Gallant | 0.30 | 0.30 | $ 718.00 | $ 215.40 | $ 215.40 | E-mail exchange with James Bopp, Jr. regarding issue for attorney fee reply |
| 7/27/2019 | Jeffrey P. Gallant | 4.80 | 4.80 | $ 718.00 | $ 3,446.40 | $ 3,446.40 | Work on Reply: arguments regarding other issues raised in opposition |
| 7/27/2019 | Jeffrey P. Gallant | 0.40 | 0.40 | $ 718.00 | $ 287.20 | $ 287.20 | Final review of CCJ objections and responses |

**The Bopp Law Firm, PC Third Supplemental Application**   1:13-cv-000734-RBW
**LSI Matrix Rates With Adjustments Subtotaled By Attorney**

| Date | Name | Gross Hours | Adjusted Hours | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 7/27/2019 | Jeffrey P. Gallant | 1.20 | 1.20 | $ 718.00 | $ 861.60 | $ 861.60 | Drafting response to general objections |
| 7/28/2019 | Jeffrey P. Gallant | 4.4 | 4.4 | $ 718.00 | $ 3,159.20 | $ 3,159.20 | Drafting Reply |
| 7/28/2019 | Jeffrey P. Gallant | 0.2 | 0.2 | $ 718.00 | $ 143.60 | $ 143.60 | E-mail from, to attorney Kaylan Phillips regarding Foley comment on objections |
| 7/28/2019 | Jeffrey P. Gallant | 4.8 | 4.8 | $ 718.00 | $ 3,446.40 | $ 3,446.40 | Drafting Reply |
| 7/29/2019 | Jeffrey P. Gallant | 1.1 | 1.1 | $ 718.00 | $ 789.80 | $ 789.80 | Draft section opposing/explaining reduction for non-litigation work |
| 7/29/2019 | Jeffrey P. Gallant | 0.9 | 0.9 | $ 718.00 | $ 646.20 | $ 646.20 | Edit, proof, finalize; create Table of Authorities and Table of Contents for Reply |
| 7/29/2019 | Jeffrey P. Gallant | 3.4 | 3.4 | $ 718.00 | $ 2,441.20 | $ 2,441.20 | Draft section opposing/explaining reductions for unsuccessful claims |
| 7/29/2019 | Jeffrey P. Gallant | 2.1 | 2.1 | $ 718.00 | $ 1,507.80 | $ 1,507.80 | Draft section opposing/explaining reductions for general objections |
| 7/29/2019 | Jeffrey P. Gallant | 2.4 | 2.4 | $ 718.00 | $ 1,723.20 | $ 1,723.20 | Draft section opposing/explaining reductions for insufficient description |

**The Bopp Law Firm, PC Third Supplemental Application**
**LSI Matrix Rates With Adjustments Subtotaled By Attorney**

| Date | Name | Gross Hours | Adjusted Hours | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 7/29/2019 | Jeffrey P. Gallant | 0.4 | 0.4 | $ 718.00 | $ 287.20 | $ 287.20 | Phone conferences with Melena Siebert regarding filing, edits to Reply (3x) |
| 7/30/2019 | Jeffrey P. Gallant | 2.3 | 2.3 | $ 718.00 | $ 1,651.40 | $ 1,651.40 | Research on Motions to Strike, forfeiting arguments |
| 7/30/2019 | Jeffrey P. Gallant | 0.3 | 0.3 | $ 718.00 | $ 215.40 | $ 215.40 | Check local rules and Judge's standing orders |
| 7/30/2019 | Jeffrey P. Gallant | 4.4 | 4.4 | $ 718.00 | $ 3,159.20 | $ 3,159.20 | Prepare Motion to Strike with citations to record |
| 7/30/2019 | Jeffrey P. Gallant | 0.4 | 0.4 | $ 718.00 | $ 287.20 | $ 287.20 | Phone conference with James Bopp, Jr. regarding Motion to Strike |
| 7/30/2019 | Jeffrey P. Gallant | 0.5 | 0.5 | $ 718.00 | $ 359.00 | $ 359.00 | E-mail exchange with James Bopp, Jr. regarding Motion to Strike argument |
| 7/31/2019 | Jeffrey P. Gallant | 6.3 | 6.3 | $ 718.00 | $ 4,523.40 | $ 4,523.40 | Work on Motion to Strike, Memorandum in Support |
| 7/31/2019 | Jeffrey P. Gallant | 0.4 | 0.4 | $ 718.00 | $ 287.20 | $ 287.20 | Review treatise on cases regarding defendants' duty to challenge hours |
| 7/31/2019 | Jeffrey P. Gallant | 1.5 | 1.5 | $ 718.00 | $ 1,077.00 | $ 1,077.00 | Research Motions to Strike as untimely, alternative relief-waiver under LCvR 7 (b) |

**The Bopp Law Firm, PC Third Supplemental Application**   1:13-cv-000734-RBW
**LSI Matrix Rates With Adjustments Subtotaled By Attorney**

| Date | Name | Gross Hours | Adjusted Hours | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 7/31/2019 | Jeffrey P. Gallant | 0.3 | 0.3 | $ 718.00 | $ 215.40 | $ 215.40 | E-mail to James Bopp, Jr., draft and send Rule 7 (m) confer notification to opposing counsel, notification of sending courtesy copies |
| 8/1/2019 | Jeffrey P. Gallant | 0.9 | 0.9 | $ 718.00 | $ 646.20 | $ 646.20 | Work on Motion to Strike, etc.-- research and write prayer for relief |
| 8/1/2019 | Jeffrey P. Gallant | 3.5 | 3.5 | $ 718.00 | $ 2,513.00 | $ 2,513.00 | Edit, proof Motion and Memo |
| 8/1/2019 | Jeffrey P. Gallant | 1 | 1 | $ 718.00 | $ 718.00 | $ 718.00 | Research Motions to Strike for content of filings |
| 8/1/2019 | Jeffrey P. Gallant | 0.2 | 0.2 | $ 718.00 | $ 143.60 | $ 143.60 | Phone call to, email from opposing counsel |
| 8/2/2019 | Jeffrey P. Gallant | 2.1 | 2.1 | $ 718.00 | $ 1,507.80 | $ 1,507.80 | Review/proof memo and motion, finalize and file |
| 8/2/2019 | Jeffrey P. Gallant | 0.6 | 0.6 | $ 718.00 | $ 430.80 | $ 430.80 | Find and add cite regarding need to rebut plaintiff's evidence to memo |
| 8/2/2019 | Jeffrey P. Gallant | 0.5 | 0.5 | $ 718.00 | $ 359.00 | $ 359.00 | Draft language for request for relief |

**The Bopp Law Firm, PC Third Supplemental Application**     1:13-cv-000734-RBW
**LSI Matrix Rates With Adjustments Subtotaled By Attorney**

| Date | Name | Gross Hours | Adjusted Hours | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 8/6/2019 | Jeffrey P. Gallant | 2.3 | 2.3 | $ 718.00 | $ 1,651.40 | $ 1,651.40 | Review billing records for third supplemental fee petition |
| 8/6/2019 | Jeffrey P. Gallant | 0.3 | 0.3 | $ 718.00 | $ 215.40 | $ 215.40 | E-mail, phone conference with James Bopp, Jr. regarding compensability of former counsel hours reviewing objections |
| 8/7/2019 | Jeffrey P. Gallant | 0.3 | 0.3 | $ 718.00 | $ 215.40 | $ 215.40 | E-mail from, to Melena Siebert regarding case on timing of a supplemental fee petition, conference with Melena Siebert regarding same |
| 8/19/2019 | Jeffrey P. Gallant | 0.6 | 0.6 | $ 718.00 | $ 430.80 | $ 430.80 | Review Opposition to Motion to Strike for Reply |
| 8/19/2019 | Jeffrey P. Gallant | 0.5 | 0.5 | $ 718.00 | $ 359.00 | $ 359.00 | Phone conference with James Bopp, Jr., Melena Siebert regarding reply |
| 8/19/2019 | Jeffrey P. Gallant | 1.2 | 1.2 | $ 718.00 | $ 861.60 | $ 861.60 | Work on Reply |
| 8/20/2019 | Jeffrey P. Gallant | 5.4 | 5.4 | $ 718.00 | $ 3,877.20 | $ 3,877.20 | Work on Reply |

**The Bopp Law Firm, PC Third Supplemental Application** 1:13-cv-000734-RBW
**LSI Matrix Rates With Adjustments Subtotaled By Attorney**

| Date | Name | Gross Hours | Adjusted Hours | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|------|------|-------------|----------------|-----------------|------------------|----------------------------|-------------|
| 8/21/2019 | Jeffrey P. Gallant | 3.8 | 3.8 | $ 718.00 | $ 2,728.40 | $ 2,728.40 | Work on Reply--arguments regarding revised billing records, choice to respond first, protest later, lack of legal argument against Motion |
| 8/22/2019 | Jeffrey P. Gallant | 4.9 | 4.9 | $ 718.00 | $ 3,518.20 | $ 3,518.20 | Work on Reply |
| 8/23/2019 | Jeffrey P. Gallant | 1.6 | 1.6 | $ 718.00 | $ 1,148.80 | $ 1,148.80 | Work on Reply |
| 8/23/2019 | Jeffrey P. Gallant | 1.4 | 1.4 | $ 718.00 | $ 1,005.20 | $ 1,005.20 | Edit reply as per James Bopp, Jr. notes, instructions |
| 8/23/2019 | Jeffrey P. Gallant | 0.5 | 0.5 | $ 718.00 | $ 359.00 | $ 359.00 | E-mail exchanges with James Bopp, Jr., phone conference with James Bopp, Jr. regarding Reply |
| **SUBTOAL FOR JEFFREY P. GALLANT** | | | | | **$ 99,012.20** | **$ 99,012.20** | |
| 6/14/2019 | Melena Siebert | 1.5 | 1.5 | 358.00 | $ 537.00 | $ 537.00 | Review, process BLF billing records for second supplemental petition for fees |
| 6/14/2019 | Melena Siebert | 2 | 2 | 358.00 | $ 716.00 | $ 716.00 | Draft, edit second supplemental motion, memo in support, and second supplemental declaration |

**The Bopp Law Firm, PC Third Supplemental Application** 1:13-cv-000734-RBW
**LSI Matrix Rates With Adjustments Subtotaled By Attorney**

| Date | Name | Gross Hours | Adjusted Hours | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 6/14/2019 | Melena Siebert | 0.8 | 0.8 | 358.00 | $ 286.40 | $ 286.40 | Final edits of second supplemental motions and supporting documents, file with court |
| 6/14/2019 | Melena Siebert | 0.2 | 0.2 | 358.00 | $ 71.60 | $ 71.60 | Phone conference with James Bopp, Jr. regarding Notice of Supplemental Authority |
| 6/15/2019 | Melena Siebert | 1.5 | 1.5 | 358.00 | $ 537.00 | $ 537.00 | Read DL circuit court case regarding fees; matrices; notes and email exchanges with Jeffrey P. Gallant and James Bopp, Jr. regarding same |
| 6/17/2019 | Melena Siebert | 0.5 | 0.5 | 358.00 | $ 179.00 | $ 179.00 | Phone conference with James Bopp, Jr. and Jeffrey P. Gallant regarding Notice of Supplemental Authority |
| 6/17/2019 | Melena Siebert | 4.8 | 4.8 | 358.00 | $ 1,718.40 | $ 1,718.40 | Draft, edit Notice of Supplemental Authority; file same |
| 6/20/2019 | Melena Siebert | 0.2 | 0.2 | 358.00 | $ 71.60 | $ 71.60 | Review Defendants' motion for extension |
| 6/24/2019 | Melena Siebert | 0.2 | 0.2 | 358.00 | $ 71.60 | $ 71.60 | Phone conference with Jeffrey P. Gallant regarding courtesy copies of filings to court |
| 6/24/2019 | Melena Siebert | 0.1 | 0.1 | 358.00 | $ 35.80 | $ 35.80 | E-mail to opposing counsel regarding rules, requirements for sending courtesy copies of filings to court |

**The Bopp Law Firm, PC Third Supplemental Application** 1:13-cv-000734-RBW
**LSI Matrix Rates With Adjustments Subtotaled By Attorney**

| Date | Name | Gross Hours | Adjusted Hours | LSI Laffey Rate | LSI Gross Amount | | LSI Laffey Adjusted Amount | | Description |
|---|---|---|---|---|---|---|---|---|---|
| 6/24/2019 | Melena Siebert | 0.2 | 0.2 | 358.00 | $ | 71.60 | $ | 71.60 | Phone conference with court clerk regarding courtesy copies of filings to court |
| 6/26/2019 | Melena Siebert | 0.1 | 0.1 | 358.00 | $ | 35.80 | $ | 35.80 | Review email regarding Motion for Partial Reconsideration; forward to James Bopp, Jr. and Jeffrey P. Gallant for review; respond to opposing counsel regarding same |
| 6/27/2019 | Melena Siebert | 0.7 | 0.7 | 358.00 | $ | 250.60 | $ | 250.60 | Initial review of Defendants' Opposition to Notice, Motion for Partial Reconsideration, email to client regarding same |
| 6/28/2019 | Melena Siebert | 1 | 1 | 358.00 | $ | 358.00 | $ | 358.00 | Review Motion for Reconsideration |
| 6/28/2019 | Melena Siebert | 1.6 | 1.6 | 358.00 | $ | 572.80 | $ | 572.80 | Review case law cited in Motion for Reconsideration |
| 6/28/2019 | Melena Siebert | 0.6 | 0.6 | 358.00 | $ | 214.80 | $ | 214.80 | E-mail to James Bopp, Jr. and Jeffrey P. Gallant regarding initial review of Motion for Reconsideration and Opposition to Notice |
| 6/28/2019 | Melena Siebert | 2.4 | 2.4 | 358.00 | $ | 859.20 | $ | 859.20 | Review all D.C. District and Circuit cases that cite *Goodyear*- -compare and contrast to client's case, Lu |

**The Bopp Law Firm, PC Third Supplemental Application** 1:13-cv-000734-RBW
**LSI Matrix Rates With Adjustments Subtotaled By Attorney**

| Date | Name | Gross Hours | Adjusted Hours | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 6/28/2019 | Melena Siebert | 0.6 | 0.6 | 358.00 | $ 214.80 | $ 214.80 | Multiple email exchanges with James Bopp, Jr. and Jeffrey P. Gallant regarding Motion for Reconsideration and Opposition to Notice |
| 6/28/2019 | Melena Siebert | 0.8 | 0.8 | 358.00 | $ 286.40 | $ 286.40 | E-mail to Jeffrey P. Gallant and James Bopp, Jr. summarizing D.C. District and Circuit cases citing Goodyear |
| 6/29/2019 | Melena Siebert | 0.3 | 0.3 | 358.00 | $ 107.40 | $ 107.40 | Phone conference with James Bopp, Jr. regarding *Goodyear* and *Lu distinctions* |
| 6/29/2019 | Melena Siebert | 0.7 | 0.7 | 358.00 | $ 250.60 | $ 250.60 | Review of *Lu* distinctions, follow up email to James Bopp, Jr. and Jeffrey P. Gallant regarding same |
| 7/1/2019 | Melena Siebert | 1.6 | 1.6 | 358.00 | $ 572.80 | $ 572.80 | Draft Motion for Leave to Reply to Defendants' Opposition to Plaintiff's Notice; file same |
| 7/1/2019 | Melena Siebert | 0.2 | 0.2 | 358.00 | $ 71.60 | $ 71.60 | Phone conference with James Bopp, Jr. and Jeffrey P. Gallant regarding division of tasks for Reply to Opposition, Reply to Opposition for Second Supplemental Request, and Response in Opposition to Defendants' Motion for Partial Reconsideration |

**The Bopp Law Firm, PC Third Supplemental Application** 1:13-cv-000734-RBW
**LSI Matrix Rates With Adjustments Subtotaled By Attorney**

| Date | Name | Gross Hours | Adjusted Hours | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 7/1/2019 | Melena Siebert | 2 | 2 | 358.00 | $ 716.00 | $ 716.00 | Review Defendants' Opposition for notes for Reply to Opposition to Second Supplemental Fee Petition; draft introduction to memo in support of Reply |
| 7/1/2019 | Melena Siebert | 0.3 | 0.3 | 358.00 | $ 107.40 | $ 107.40 | E-mail update to Client on dates/filings |
| 7/1/2019 | Melena Siebert | 0.6 | 0.6 | 358.00 | $ 214.80 | $ 214.80 | Review Defendants' Opposition cited law |
| 7/1/2019 | Melena Siebert | 0.3 | 0.3 | 358.00 | $ 107.40 | $ 107.40 | E-mails, phone conference with Jeffrey P. Gallant regarding billing record files, reply to Defendants' Opposition |
| 7/1/2019 | Melena Siebert | 0.1 | 0.1 | 358.00 | $ 35.80 | $ 35.80 | E-mails, phone conference with Client regarding update on responses and replies |
| 7/2/2019 | Melena Siebert | 1.3 | 1.3 | 358.00 | $ 465.40 | $ 465.40 | Draft Reply to Opposition to Second Supplemental Application |
| 7/2/2019 | Melena Siebert | 0.3 | 0.3 | 358.00 | $ 107.40 | $ 107.40 | Phone conference with James Bopp, Jr. regarding response |
| 7/3/2019 | Melena Siebert | 0.1 | 0.1 | 358.00 | $ 35.80 | $ 35.80 | Phone conference with James Bopp, Jr. regarding reply to Opposition to Second Supplemental, reply to Opposition to Notice |

| Date | Name | Gross Hours | Adjusted Hours | LSI Laffey Rate | LSI Gross Amount | | LSI Laffey Adjusted Amount | | Description |
|---|---|---|---|---|---|---|---|---|---|
| 7/3/2019 | Melena Siebert | 2.9 | 2.9 | 358.00 | $ | 1,038.20 | $ | 1,038.20 | Edit Reply to Opposition to Second Supplemental; send same to James Bopp, Jr. and Jeffrey P. Gallant for edits |
| 7/3/2019 | Melena Siebert | 0.3 | 0.3 | 358.00 | $ | 107.40 | $ | 107.40 | Phone conference with Jeffrey P. Gallant regarding second supplemental fee petition review |
| 7/3/2019 | Melena Siebert | 0.2 | 0.2 | 358.00 | $ | 71.60 | $ | 71.60 | Phone conference with James Bopp, Jr. regarding response to Motion for Reconsideration |
| 7/5/2019 | Melena Siebert | 3.9 | 3.9 | 358.00 | $ | 1,396.20 | $ | 1,396.20 | Draft Opposition to Motion for Reconsideration: Part I.A (*Goodyear* and *Lu do not apply to this litigation*) |
| 7/5/2019 | Melena Siebert | 1.8 | 1.8 | 358.00 | $ | 644.40 | $ | 644.40 | Edit and file Reply in Support of Second Supplemental Application; email client regarding same |
| 7/5/2019 | Melena Siebert | 0.3 | 0.3 | 358.00 | $ | 107.40 | $ | 107.40 | Email exchange with Jeffrey P. Gallant regarding edits to Reconsideration Response of Second Supplemental Application |
| 7/8/2019 | Melena Siebert | 0.2 | 0.2 | 358.00 | $ | 71.60 | $ | 71.60 | Phone conference with Jeffrey P. Gallant regarding Reply to Opposition to Notice |

**The Bopp Law Firm, PC Third Supplemental Application** 1:13-cv-000734-RBW
**LSI Matrix Rates With Adjustments Subtotaled By Attorney**

| Date | Name | Gross Hours | Adjusted Hours | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 7/8/2019 | Melena Siebert | 0.8 | 0.8 | 358.00 | $ 286.40 | $ 286.40 | Draft Opposition to Motion for Reconsideration: Part II (Defendants improperly raised legal objections that should have been raised before) |
| 7/8/2019 | Melena Siebert | 0.9 | 0.9 | 358.00 | $ 322.20 | $ 322.20 | Draft Opposition to Motion for Reconsideration: Part I.B. (No controlling authority to apply Goodyear to this litigation) |
| 7/9/2019 | Melena Siebert | 0.3 | 0.3 | 358.00 | $ 107.40 | $ 107.40 | Phone conference with Jeffrey P. Gallant regarding Reply to Opposition to Notice |
| 7/9/2019 | Melena Siebert | 2 | 2 | 358.00 | $ 716.00 | $ 716.00 | Research whether objections to billing records can be raised in a Motion of Reconsideration; email to Jeffrey P. Gallant regarding same |
| 7/10/2019 | Melena Siebert | 0.6 | 0.6 | 358.00 | $ 214.80 | $ 214.80 | Review James Bopp, Jr. edits to Opposition to Motion for Partial Reconsideration; work on framing |
| 7/10/2019 | Melena Siebert | 1.2 | 1.2 | 358.00 | $ 429.60 | $ 429.60 | Phone conference with Jeffrey P. Gallant regarding Subsection (d) vs. Subsection (b) arguments; inclusion of Gray Panther arguments |

**The Bopp Law Firm, PC Third Supplemental Application** 1:13-cv-000734-RBW
**LSI Matrix Rates With Adjustments Subtotaled By Attorney**

| Date | Name | Gross Hours | Adjusted Hours | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|------|------|-------------|----------------|-----------------|------------------|---------------------------|-------------|
| 7/11/2019 | Melena Siebert | 2 | 2 | 358.00 | $ 716.00 | $ 716.00 | Final edits to Opposition to Motion for Partial Reconsideration; filing same;email to client regarding same |
| 7/11/2019 | Melena Siebert | 0.9 | 0.9 | 358.00 | $ 322.20 | $ 322.20 | Multiple e-mail exchanges with Jeffrey P. Gallant regarding edits to Opposition to Motion for Partial Reconsideration |
| 7/12/2019 | Melena Siebert | 0.2 | 0.2 | 358.00 | $ 71.60 | $ 71.60 | E-mail exchanges with Jeffrey P. Gallant regarding Reply to Opposition to Notice |
| 7/12/2019 | Melena Siebert | 0.9 | 0.9 | 358.00 | $ 322.20 | $ 322.20 | Draft Motion for Extension for Reply; email opposing counsel regarding consent; file same |
| 7/15/2019 | Melena Siebert | 0.9 | 0.9 | 358.00 | $ 322.20 | 322.20 | Draft Reply in Support of Notice of Compliance with Court Order: general Phone conference with Jeffrey P. Gallant regarding work to do for Motion reasonableness |
| 7/15/2019 | Melena Siebert | 0.3 | 0.3 | 358.00 | $ 107.40 | $ 107.40 | Reply |
| 7/16/2019 | Melena Siebert | 0.5 | 0.5 | 358.00 | $ 179.00 | $ 179.00 | Phone conferences with Jeffrey P. Gallant regarding organization of objections from Opposition to Motion for Fees (3x) |
| 7/17/2019 | Melena Siebert | 0.30 | 0.30 | 358.00 | $ 107.40 | $ 107.40 | Phone conference with Jeffrey P. Gallant regarding organization of objections |

**The Bopp Law Firm, PC Third Supplemental Application**   1:13-cv-000734-RBW
**LSI Matrix Rates With Adjustments Subtotaled By Attorney**

| Date | Name | Gross Hours | Adjusted Hours | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|------|------|-------------|----------------|-----------------|------------------|----------------------------|-------------|
| 7/22/2019 | Melena Siebert | 1.4 | 1.4 | 358.00 | $ 501.20 | $ 501.20 | Phone conference with Jeffrey P. Gallant regarding analysis of various color codes |
| 7/22/2019 | Melena Siebert | 3.3 | 3.3 | 358.00 | $ 1,181.40 | $ 1,181.40 | Analysis of billing records |
| 7/23/2019 | Melena Siebert | 3.2 | 3.2 | 358.00 | $ 1,145.60 | $ 1,145.60 | Analysis of billing records |
| 7/23/2019 | Melena Siebert | 1 | 1 | 358.00 | $ 358.00 | $ 358.00 | Research on green "non-litigation" objections, review of Jeffrey P. Gallant notes |
| 7/23/2019 | Melena Siebert | 0.8 | 0.8 | 358.00 | $ 286.40 | $ 286.40 | Multiple e-mails with Jeffrey P. Gallant and with former counsel regarding analysis of billing records |
| 7/23/2019 | Melena Siebert | 0.3 | 0.3 | 358.00 | $ 107.40 | $ 107.40 | Phone conference with client regarding case activities, history |
| 7/24/2019 | Melena Siebert | 0.3 | 0.3 | 358.00 | $ 107.40 | $ 107.40 | Phone conference with Jeffrey P. Gallant regarding billing record analysis |
| 7/24/2019 | Melena Siebert | 0.3 | 0.3 | 358.00 | $ 107.40 | $ 107.40 | Phone conference with client regarding history of case activities (2x) |
| 7/24/2019 | Melena Siebert | 0.7 | 0.7 | 358.00 | $ 250.60 | $ 250.60 | Review of OCE complaint, analysis of that for billing records |
| 7/24/2019 | Melena Siebert | 4.8 | 4.8 | 358.00 | $ 1,718.40 | $ 1,718.40 | Review of billing records |

**The Bopp Law Firm, PC Third Supplemental Application**   1:13-cv-000734-RBW
**LSI Matrix Rates With Adjustments Subtotaled By Attorney**

| Date | Name | Gross Hours | Adjusted Hours | LSI Laffey Rate | LSI Gross Amount | | LSI Laffey Adjusted Amount | | Description |
|---|---|---|---|---|---|---|---|---|---|
| 7/24/2019 | Melena Siebert | 0.7 | 0.7 | 358.00 | $ | 250.60 | $ | 250.60 | Multiple e-mails with Jeffrey P. Gallant, and former counsel regarding review of billing records |
| 7/25/2019 | Melena Siebert | 0.8 | 0.8 | 358.00 | $ | 286.40 | $ | 286.40 | Phone conferences with Jeffrey P. Gallant regarding billing record analysis (2x) |
| 7/25/2019 | Melena Siebert | 0.6 | 0.6 | 358.00 | $ | 214.80 | $ | 214.80 | Multiple e-mails with Jeffrey P. Gallant, and former counsel regarding review of billing records |
| 7/25/2019 | Melena Siebert | 3.5 | 3.5 | 358.00 | $ | 1,253.00 | $ | 1,253.00 | Review of billing records--green and purple |
| 7/26/2019 | Melena Siebert | 0.50 | 0.50 | 358.00 | $ | 179.00 | $ | 179.00 | Phone conferences with Jeffrey P. Gallant (3x) regarding green module; review billing records |
| 7/26/2019 | Melena Siebert | 1.40 | 1.40 | 358.00 | $ | 501.20 | $ | 501.20 | Research green module issues of law |
| 7/26/2019 | Melena Siebert | 3.90 | 3.90 | 358.00 | $ | 1,396.20 | $ | 1,396.20 | Write green module for Reply, send to Jeffrey P. Gallant for review |
| 7/29/2019 | Melena Siebert | 0.4 | 0.4 | 358.00 | $ | 143.20 | $ | 143.20 | Phone conferences with Jeffrey P. Gallant regarding filing, edits to Reply (3X) |
| 7/30/2019 | Melena Siebert | 0.3 | 0.3 | 358.00 | $ | 107.40 | $ | 107.40 | E-mail regarding filing, supplemental attorney fees |
| 8/5/2019 | Melena Siebert | 0.9 | 0.9 | 358.00 | $ | 322.20 | $ | 322.20 | Draft Third Supplemental Application for fees, organize needs for same |

**The Bopp Law Firm, PC Third Supplemental Application** 1:13-cv-000734-RBW
**LSI Matrix Rates With Adjustments Subtotaled By Attorney**

| Date | Name | Gross Hours | Adjusted Hours | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 8/6/2019 | Melena Siebert | 1 | 1 | 358.00 | $ 358.00 | $ 358.00 | Draft Third Supplemental Motion for fees |
| 8/6/2019 | Melena Siebert | 1 | 1 | 358.00 | $ 358.00 | $ 358.00 | Review Pre-Bills for Third Supplemental Motion for fees, send same to Jeffrey P. Gallant for review |
| 8/7/2019 | Melena Siebert | 0.3 | 0.3 | 358.00 | $ 107.40 | $ 107.40 | E-mails, phone conference regarding timing for a supplemental fee petition |
| 8/19/2019 | Melena Siebert | 0.5 | 0.5 | 358.00 | $ 179.00 | $ 179.00 | Phone conference with James Bopp, Jr., and Jeffrey P. Gallant regarding Reply to Motion to Strike |
| 8/23/2019 | Melena Siebert | 0.8 | 0.8 | 358.00 | $ 286.40 | $ 286.40 | Review Reply in Support of Motion to Strike |
| SUBTOTAL FOR MELENA SIEBERT | | | | | $ 29,248.60 | $ 29,248.60 | |
| | | | | | | | |
| | | | | | | | |
| TOTALS | | | | | $ 144,868.80 | $ 144,868.80 | |

Exhibit 1