*The Bopp Law Firm, PC Costs and Expenses*
*Third Supplemental Application for Fees Under the EAJA*
**EXHIBIT 2**

The Bopp Law Firm, PC Third Supplemental Application            1:13-CV-000734-RBW

**Costs and Expenses Subtotaled By Attorney**

| Date | Name | Research Time (min) | Cost or Expense Amount | Description |
|---|---|---|---|---|
| 6/25/2019 | Jeffrey P. Gallant | 0 | $ 36.38 | Cost advanced to Big Picture Data Imaging, LLC for comb binding two books, inserting tabs for assembly for courtesy copies |
| 6/25/2019 | Jeffrey P. Gallant | 0 | $ 69.71 | Cost advanced for FedEx to deliver Courtesy Copies Notice Exhibits to Chambers, Honorable Reggie Walton |
| 7/12/2019 | Jeffrey P. Gallant | 0 | $ 207.10 | Cost advanced to Big Picture Data Imaging, LLC for printing Defendants' color-marked billing records for Reply in Support |
| 7/12/2019 | Jeffrey P. Gallant | 3 | $ 150.00 | Cost advanced for LexisNexis computer assisted legal research--research D.C. cases on fees for unsuccessful motions, reductions for mass, generalized criticisms |
| 7/15/2019 | Jeffrey P. Gallant | 0 | $ 173.18 | Cost advanced to Big Picture Data Imaging, LLC for printing additional copies of color-coded billing records for Reply in Support of Fees |
| 7/28/2019 | Jeffrey P. Gallant | 3 | $ 18.00 | Cost advanced for LexisNexis computer assisted legal research--research cases on compensability of time on moot claim |
| 7/28/2019 | Jeffrey P. Gallant | 3 | $ 87.00 | Cost advanced for LexisNexis computer assisted legal research--research cases regarding treatment of unsuccessful claims |
| 7/28/2019 | Jeffrey P. Gallant | 3 | $ 66.00 | Cost advanced for LexisNexis computer assisted legal research--research cases on compensability of hours |
| 7/30/2019 | Jeffrey P. Gallant | 3 | $ 51.00 | Cost advanced for LexisNexis computer assisted legal research--research rule on waiving argument |

Exhibit 2

The Bopp Law Firm, PC Third Supplemental Application    1:13-CV-000734-RBW

Costs and Expenses Subtotaled By Attorney

| Date | Name | Research Time (min) | Cost or Expense Amount | Description |
|---|---|---|---|---|
| 7/30/2019 | Jeffrey P. Gallant | 3 | $ 255.00 | Cost advanced for LexisNexis computer assisted legal research--research regarding objections to reasonable number of hours |
| 7/31/2019 | Jeffrey P. Gallant | 3 | $ 249.00 | Cost advanced for LexisNexis computer assisted legal research--research motions to strike as untimely, alternative relief (waiver under Rule 7(a)) |
| 7/31/2019 | Jeffrey P. Gallant | 3 | $ 18.00 | Cost advanced for LexisNexis computer assisted legal research--research motions to strike |
| 7/31/2019 | Jeffrey P. Gallant | 0 | $ 145.57 | Cost advanced to Big Picture Data Imaging, LLC for printing and binding copies of certain color-coded billing records for Reply in Support of Fees |
| 7/31/2019 | Jeffrey P. Gallant | 0 | $ 70.04 | Cost advanced for FedEx to deliver Courtesy Copies Reply Notice to Chambers, Honorable Reggie B. Walton |
| 8/1/2019 | Jeffrey P. Gallant | 3 | $ 210.00 | |
| 8/20/2019 | Jeffrey P. Gallant | 3 | $ 36.00 | |
| SUBTOTALED BY ATTORNEY JEFFREY P. GALLANT | | | $ 1,841.98 | |
| 6/15/2019 | Melena Siebert | 3 | $ 6.00 | Cost advanced for LexisNexis computer assisted legal research--research new case regarding appropriate matrix in fee petitions |
| 6/27/2019 | Melena Siebert | 3 | $ 3.00 | Cost advanced for LexisNexis computer assisted legal research--research DL case citations from Lexis alert |

The Bopp Law Firm, PC Third Supplemental Application  1:13-CV-000734-RBW
**Costs and Expenses Subtotaled By Attorney**

| Date | Name | Research Time (min) | Cost or Expense Amount | Description |
|---|---|---|---|---|
| 6/28/2019 | Melena Siebert | 3 | $ 45.00 | Cost advanced for LexisNexis computer assisted legal research--Research D.C. District and Circuit cases citing Goodyear |
| 7/1/2019 | Melena Siebert | 3 | $ 12.00 | Cost advanced for LexisNexis computer assisted legal research--Research for Opposition to Motion for Partial Reconsideration |
| 7/2/2019 | Melena Siebert | 3 | $ 6.00 | Cost advanced for LexisNexis computer assisted legal research--Research for Opposition to Motion for Partial Reconsideration |
| 7/3/2019 | Melena Siebert | 3 | $ 36.00 | Cost advanced for LexisNexis computer assisted legal research--Research for Opposition to Motion for Partial Reconsideration |
| 7/5/2019 | Melena Siebert | 3 | $ 6.00 | Cost advanced for LexisNexis computer assisted legal research--Research for Opposition to Motion for Partial Reconsideration |
| 7/9/2019 | Melena Siebert | 3 | $ 18.00 | Cost advanced for LexisNexis computer assisted legal research--Research for Opposition to Motion for Partial Reconsideration |
| 7/10/2019 | Melena Siebert | 3 | $ 6.00 | Cost advanced for LexisNexis computer assisted legal research--Research for Opposition to Motion for Partial Reconsideration |
| 7/13/2019 | Melena Siebert | 3 | $ 3.00 | Cost advanced for LexisNexis computer assisted legal research--Research for Reply in Support of Motion for Fees |
| 7/15/2019 | Melena Siebert | 3 | $ 3.00 | Cost advanced for LexisNexis computer assisted legal research--Research for Reply in Support of Motion for Fees |
| 7/18/2019 | Melena Siebert | 3 | $ 3.00 | Cost advanced for LexisNexis computer assisted legal research--Research for Reply in Support of Motion for Fees |

Exhibit 2

**The Bopp Law Firm, PC Third Supplemental Application**     1:13-CV-000734-RBW
**Costs and Expenses Subtotaled By Attorney**

| Date | Name | Research Time (min) | Cost or Expense Amount | Description |
|---|---|---|---|---|
| 7/25/2019 | Melena Siebert | 3 | $ 3.00 | Cost advanced for LexisNexis computer assisted legal research--Research for Reply in Support of Motion for Fees |
| 7/26/2019 | Melena Siebert | 3 | $ 48.00 | Cost advanced for LexisNexis computer assisted legal research--Research for Reply in Support of Motion for Fees |
| 7/31/2019 | Melena Siebert | 3 | $ 21.00 | Cost advanced for LexisNexis computer assisted legal research--Research for Reply in Support of Motion for Fees |
| SUBTOTALED BY ATTORNEY MELENA SIEBERT | | | $ 219.00 | |
| TOTAL | | | $ 2,060.98 | |

Exhibit 2