*Third Supplemental Application*
*James Bopp, Jr. Declaration*
**EXHIBIT 3**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **True the Vote, Inc.**; <br> *Plaintiff*, <br> v. <br> **Internal Revenue Service, et al.**; <br> *Defendant*s. | **Civil Case No.** 1:13-cv-000734-RBW |

**Third Supplemental Declaration of James Bopp, Jr.**

I, James Bopp, Jr., make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am the owner of THE BOPP LAW FIRM, PC ("**BLF**"). I and my firm have represented the Plaintiff as lead counsel in this action from late February 2017 through the present.

2. I reiterate the facts of my prior declarations made in support of *Plaintiff's Application and Motion for Attorneys' Fees, Costs, and Expenses Under the Equal Access to Justice Act* (ECF No. 151) ("**Application**"), (Declaration of James Bopp, Jr., ECF No. 151-1) ("**Bopp Declaration**"); *Plaintiff's Supplemental Application and Motion for Attorneys' Fees, Costs, and Expenses Under the Equal Access to Justice Act* (ECF No. 157) ("**Supplemental Application**"), (Declaration of James Bopp, Jr., ECF No. 157-2) ("**Bopp Supplemental Declaration**"); *Plaintiff's Notice of Compliance with Court Order* (ECF No. 165) ("**Notice**"), (Declaration of James Bopp, Jr. ECF No. 165-11) ("**Notice Declaration**"); and *Plaintiff's Supplemental Application and Motion for Attorneys' Fees, Costs, and Expenses Under the Equal Access to Justice Act* ((ECF No. 166) (("**Second Supplemental Application**"), , (Declaration of James Bopp, Jr., ECF No. 166-4) ("**Bopp Second Supplemental Declaration**") with respect to

**Third Suppl. Decl.**
**of James Bopp, Jr.**

experience, rates, billing practices, and other applicable statements and incorporate them herein by reference to the following discussion of fees and expenses.

3. Prior to filing this *Plaintiff's Third Supplemental Application and Motion for Attorneys' Fees, Costs, and Expenses Under the Equal Access to Justice Act* ("**Third Supplemental Application**")*,* the total fees, costs, and expenses sought for the successful prosecution of claims and for preparing and supporting the Application and Supplemental Application in the above-captioned matter was $1,982,109.56, valued at the LSI Matrix rates.

4.  The previous total of $1,982,109.56, valued at the LSI Matrix rates, reflects:

- $1,933,888.06 in attorneys' and paraprofessional fees, sought in the Application;

- ($54,730.20) as an adjustment to attorney and paraprofessional fees, costs, and expenses from TTV's Reply (ECF No. 156);

- $103,049.20 in attorneys' and paraprofessional fees sought in the Supplemental Application;

- ($97.50) as an adjustment to BLF billing records in the Notice which removed a charge for paraprofessional Matthew Michaloski; and

- $39, 253.20 in attorneys' fees and costs in the Second Supplemental Application, ECF No. 166.

5. My firm has incurred fees, costs, and expenses totaling $146,929.78, valued at the LSI Matrix rates, for work performed since submitting the Second Supplemental Application.[1]

---

[1] *Plaintiff's Notice of Supplemental Authority*, ECF No. 167; *Plaintiff's Motion for Leave to Reply to United States' Opposition to Plaintiff's Notice of Compliance with Court Order*, ECF No. 171; *Plaintiff's Reply in Support of Plaintiff's Second Supplemental Application and Motion for Attorneys' Fees, Costs, and Expenses under the Equal Access to Justice Act*, ECF No. 172; *Plaintiff's Opposition to Defendants' Motion for Partial Reconsideration*, ECF No. 173; *Plaintiff's Reply to Defendants' Opposition to Plaintiff's Notice of Compliance with*

**Third Suppl. Decl.**
 **of James Bopp, Jr.**                                        -2-

6. A true and correct transcription of the time sheets and expense invoices showing charged time and expenses is attached to Plaintiff's Third Supplemental Application.

7. The total fees and expenses, valued at the LSI Matrix rates, now sought by TTV for the successful prosecution of claims and for preparing and supporting all subsequent applications, motions and notices in the above-captioned matter is $2,145,151.94; This total also reflects the adjustments made to the totals in the Reply and the Notice, detailed in ¶ 4 above.

I affirm under penalty of perjury that the foregoing is true and correct. Executed on this 4th day of September, 2019

                                                                                                        _____
                                                                                                            James Bopp, Jr.

---

*Court Order*, ECF No. 176; *Plaintiff's Motion to Strike Defendant's Opposition as Untimely and Grant Related Other Relief*, ECF No. 177; and *Plaintiff's Reply in Support of Motion to Strike*, ECF No. 179. TTV's previous counsel has also submitted billing records and declarations in support of those records as part of this Third Supplemental Application, attached to the Third Supplemental Application as Exhibits 4-7. Those firms' fees total $16,112.60. Therefore, a total of $163,042.38 is sought in the Third Supplemental Application.

**Third Suppl. Decl.**
**of James Bopp, Jr.**                                                        -3-