*Foley & Lardner Billing Records*
*Third Supplemental Application for Fees Under the EAJA*
**EXHIBIT 4**

**Foley Third Supplemental Application**  1:13-cv-000734-RBW
**Subtotaled By Attorney**

| Date | Name | Time | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 07/18/2019 | Cleta Mitchell | 0:12 | 0.20 | 0.20 | $ 899.00 | $ 179.80 | $ 179.80 | Receive, review email regarding DOJ objection to attorneys' fees; forward to M. Lockerby and B. Davis for additional review |
| 07/25/2019 | Cleta Mitchell | 1:00 | 1.00 | 1.00 | $ 899.00 | $ 899.00 | $ 899.00 | Work on time entries for attorneys' fees in IRS litigation |
| 07/26/2019 | Cleta Mitchell | 1:00 | 1.00 | 1.00 | $ 899.00 | $ 899.00 | $ 899.00 | Work on response related to attorneys' fees in IRS case |
| 07/28/2019 | Cleta Mitchell | 0:36 | 0.60 | 0.60 | $ 899.00 | $ 539.40 | $ 539.40 | Work on IRS case attorney fees filing |
| **SUBTOTAL FOR CLETA MITCHELL** | | | | | | $ 2,517.20 | $ 2,517.20 | |
| **TOTALS** | | | **2.80** | **2.80** | | **$ 2,517.20** | **$ 2,517.20** | |