*Third Supplemental Application*
*Cleta Mitchell Declaration*
**EXHIBIT 5**

Case 1:13-cv-00734-RBW   Document 180-6   Filed 09/04/19   Page 2 of 3

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **True the Vote, Inc.;** | *Plaintiff,* | Civil Case No. 1:13-cv-000734-RBW |
| v. | | |
| **Internal Revenue Service, et al.;** | *Defendants.* | **Declaration of Cleta Mitchell in Support of Plaintiff's Third Supplemental Application and Motion for Attorneys' Fees, Costs, and Expenses Under the Equal Access to Justice Act** |

**Declaration of Cleta Mitchell**

I, Cleta Mitchell, make the following declaration pursuant to 28 U.S.C. Section 1746:

1. I submitted a previous declaration in support of Plaintiff's Application and Motion for Attorneys' Fees, Costs, and Expenses Under the Equal Access to Justice Act (Doc. 151) ("Application"); (Declaration of Cleta Mitchell, Doc. 151-7). I also submitted a declaration in support of Plaintiff's Notice of Compliance with Court Order (Doc. 165); (Declaration of Cleta Mitchell, Doc. 165-10), (collectively, "Mitchell Declarations").

2. The Mitchell Declarations detailed, *inter alia*, the Foley & Lardner ("**Foley**") attorney's education, experience, and billing practices for the case at bar. I incorporate by reference all of the declarations in the Mitchell Declarations.

3. Foley served as Plaintiff's attorneys from 2013 through February, 2017, and as such, I am familiar with all of the pleadings, motions, and filings for the case at bar.

4.  In opposing the Plaintiff's Application, Defendants set forth general and specific objections to the Foley & Lardner billing statements filed with this Court in support of Plaintiff's Application. As I am familiar with the services performed regarding the merits of the Plaintiff's claims, it was necessary for me to review Defendants' objections and the underlying billing statements. *See* Plaintiff's Reply to Defendants' Opposition to Plaintiff's Notice of Compliance with Court Order at 2 (Doc. 176).

5.  The services I performed are truly and accurately listed in the Foley & Lardner billing statement, submitted as an exhibit to Plaintiff's Third Supplemental Application and Motion for Attorneys' Fees and Costs Under the Equal Access to Justice Act. Those services were reasonably and necessarily performed in furtherance of Plaintiff's Application for attorneys' fees and costs.

6.  The actual time that was contemporaneously recorded by me is accurately reported in the column recording "gross" time in the Foley & Lardner billing statement.

I affirm under penalty of perjury that the foregoing is true and correct. Executed on this  7th  day of August, 2019.

Respectfully submitted,

*Cleta Mitchell*

Cleta Mitchell (D.C. 433386)
FOLEY & LARDNER, LLP
Washington Harbour
3000 K Street NW Suite #600
Washington, DC 20007
(202) 672-5300 (telephone)
(202) 672-5399 (fax)
cmitchell@foley.com

2

**Declaration of Cleta Mitchell**