*PILF Billing Records*
*Third Supplemental Application for Fees Under the EAJA*
**EXHIBIT 6**

PILF Third Supplemental Application

LSI Laffey Rates With Adjustments Subtotaled By Attorney

1:13-cv-000734-RBW

| Date | Name | Time | Gross Hours | Adjusted Hours* | LSI Laffey Rate | LSI Gross Amount | LSI Laffey Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 07/16/2019 | Kaylan Phillips | 0:18 | 0.30 | 0.30 | $ 747.00 | $ 224.10 | $ 224.10 | Emails re: Government's objections. Phone call with Jeff Gallant re same |
| 07/17/2019 | Kaylan Phillips | 0:12 | 0.20 | 0.20 | $ 747.00 | $ 149.40 | $ 149.40 | Emails re: billing records and Government's objections and what review is needed. |
| 07/18/2019 | Kaylan Phillips | 0:24 | 0.40 | 0.00 | $ 747.00 | $ 298.80 | $ - | Emails re: next steps in addressing Government's objections |
| 07/22/2019 | Kaylan Phillips | 5:30 | 5.50 | 4.50 | $ 747.00 | $ 4,108.50 | $ 3,361.50 | Review records. Emails and phone calls re: same. Review PILF orange objections. |
| 07/23/2019 | Kaylan Phillips | 0:30 | 0.50 | 0.30 | $ 747.00 | $ 373.50 | $ 224.10 | Emails re: fee petition. Review opposition. |
| 07/24/2019 | Kaylan Phillips | 4:06 | 4.10 | 3.10 | $ 747.00 | $ 3,062.70 | $ 2,315.70 | Emails re: fee petition. Review records. Review PILF yellow objections. Review Foley green and orange. |
| 07/25/2019 | Kaylan Phillips | 4:00 | 4.00 | 4.00 | $ 747.00 | $ 2,988.00 | $ 2,988.00 | Review billing records. PILF yellow objections. Emails re: same. |
| 07/26/2019 | Kaylan Phillips | 7:30 | 7.50 | 5.50 | $ 747.00 | $ 5,602.50 | $ 4,108.50 | Review PILF and Foley records. Review PILF green and purple objections, CCJ yellow objections, Foley yellow and purple. Send on summary of findings. Emails re: same. |
| 07/28/2019 | Kaylan Phillips | 0:18 | 0.30 | 0.30 | $ 747.00 | $ 224.10 | $ 224.10 | Emails re: fee petition, specific objections |
| SUBTOTAL FOR KAYLAN PHILLIPS | | | | | | | $ 13,595.40 | |
| TOTALS | | | 22.80 | 18.20 | | $ 17,031.60 | $ 13,595.40 | |