*Third Supplemental Application*
*Kaylan Phillips Declaration*
**EXHIBIT 7**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **True the Vote, Inc.;** <br><br> *Plaintiff,* <br><br> v. <br><br> **Internal Revenue Service, et al.;** <br><br> *Defendants.* | **Civil Case No.** 1:13-cv-000734-RBW <br><br> **Declaration of Kaylan Phillips in Support of Plaintiff's Third Supplemental Application and Motion for Attorneys' Fees, Costs, and Expenses Under the Equal Access to Justice Act** |

**Declaration of Kaylan Phillips**

I, Kaylan Phillips, make the following declaration pursuant to 28 U.S.C. Section 1746:

1. I am an attorney at the Public Interest Legal Foundation, (formerly known as ActRight Legal Foundation). The Public Interest Legal Foundation ("PILF") is a 501(c)(3) public interest law firm that, as co-counsel, represented the Plaintiff, True the Vote, Inc. in the above-styled litigation from its initiation in May 2013 until late February 2017.

2. PILF submitted a previous declaration in support of Plaintiff's Application and Motion for Attorneys' Fees, Costs, and Expenses Under the Equal Access to Justice Act (Doc. 151) ("Application"); (Declaration of Noel Johnson, Doc. 151-6). PILF also submitted a declaration in support of Plaintiff's Notice of Compliance with Court Order (Doc. 165); (Declaration of Noel Johnson, Doc. 165-16), (collectively, "PILF Declarations").

3. The PILF Declarations detailed the PILF attorneys' relevant education, experience, and billing practices. I incorporate by reference all of the declarations in the PILF Declarations.

1

**Declaration of Kaylan Phillips**

4. In opposing the Plaintiff's Application, Defendants set forth general and specific objections to the billing statements filed with this Court in support of Plaintiff's Application. As I am familiar with the services performed regarding the merits of the Plaintiff's claims, it was necessary for me to review Defendants' objections and the underlying billing statements. *See* Plaintiff's Reply to Defendants' Opposition to Plaintiff's Notice of Compliance with Court Order at 2 (Doc. 176).

5. The services I performed are truly and accurately listed in the PILF billing statement, submitted as an exhibit to Plaintiff's Third Supplemental Application and Motion for Attorneys' Fees and Costs Under the Equal Access to Justice Act. Those services were reasonably and necessarily performed in furtherance of Plaintiff's Application for attorneys' fees and costs.

6. The actual time that was contemporaneously recorded by me is accurately reported in the column recording "gross" time in the PILF billing statement. I exercised billing judgment in a good faith effort to address the records I reviewed that were also reviewed by my co-counsel. I affirm under penalty of perjury that the foregoing is true and correct. Executed on this 9th day of August, 2019.

Respectfully submitted,

Kaylan Phillips
Public Interest Legal Foundation
32 E. Washington Street, Suite 1675
Indianapolis, IN 46204
(317) 203-5599 (telephone)
(888) 815-5641 (fax)
kphillips@publicinterestlegal.org

**Declaration of Kaylan Phillips**