*Email Exchange*
*July 17, 2019*
**Exhibit 2**

Exhibit 2

## Melena Siebert

| | |
|---|---|
| **From:** | Conner, Laura M. (TAX) [Laura.M.Conner@usdoj.gov] |
| **Sent:** | Wednesday, July 17, 2019 12:43 PM |
| **To:** | Melena Siebert; Sergi, Joseph A. (TAX) |
| **Cc:** | Jeffrey Gallant; James Bopp Jr |
| **Subject:** | RE: True the Vote v IRS |

Hi Melena,

I'm sorry we don't have something more helpful for you.  We just used calculators.

Thanks,
Laura

**From:** Melena Siebert <MSiebert@bopplaw.com>
**Sent:** Wednesday, July 17, 2019 10:28 AM
**To:** Sergi, Joseph A. (TAX) <Joseph.A.Sergi@tax.USDOJ.gov>; Conner, Laura M. (TAX) <Laura.M.Conner@tax.USDOJ.gov>
**Cc:** Jeffrey Gallant <JGallant@bopplaw.com>; James Bopp Jr <jboppjr@aol.com>
**Subject:** RE: True the Vote v IRS

Joe and Laura,

Since you included a total under each objection (i.e. a total $ amount for all "orange" color-coded objections), it occurred to us that you might have a compilation of entries sorted by objection, in electronic format. If so, would you mind forwarding that compilation sort to us as a courtesy? I know Joe mentioned that the highlighting was done via Adobe, but we wanted to check to see if the totaling was managed electronically, or if you did that manually.


Regards,

Melena

**From:** Sergi, Joseph A. (TAX) [mailto:Joseph.A.Sergi@usdoj.gov]
**Sent:** Tuesday, July 16, 2019 1:03 PM
**To:** Melena Siebert; Conner, Laura M. (TAX)
**Cc:** Jeffrey Gallant; James Bopp Jr
**Subject:** Re: True the Vote v IRS

Melena,


We don't have an excel version. Instead, we used the PDFs that you filed and simply added highlighting to them in Adobe PDF.

Thanks,

Joe

Exhibit 2

**From:** Melena Siebert <MSiebert@bopplaw.com>
**Date:** July 16, 2019 at 12:46:20 PM EDT
**To:** Conner, Laura M. (TAX) <Laura.M.Conner@tax.USDOJ.gov>, Sergi, Joseph A. (TAX)
<Joseph.A.Sergi@tax.USDOJ.gov>
**Cc:** Jeffrey Gallant <JGallant@bopplaw.com>, James Bopp Jr <jboppjr@aol.com>
**Subject:** True the Vote v IRS

Laura,

The government attached the billing records with the color coded cells as part of the opposition to TTV's Notice of Compliance to the Court's Order. It would be extremely helpful for our reply if you could send us the root Excel files you used to color code the various objections. Of course, we have the pdf exhibits filed, but is there any way you could forward the Excel files with the color coding to us as a courtesy? Just let me know if you can, or if you have any further questions. Thanks so much.

Melena Siebert

Exhibit 2