UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRUE THE VOTE, INC., )<br>  )<br>Plaintiff, )<br>  )<br>v. )<br>  )<br>INTERNAL REVENUE SERVICE, et al., )<br>  )<br>Defendants. )<br>  ) | Civil Action No. 13-734 (RBW) |

In accordance with the Memorandum Opinion issued on this same date, it is hereby

**ORDERED** that the Plaintiff's Application and Motion for Attorneys' Fees, Costs, and Expenses Under the Equal Access to Justice Act, ECF No. 151 (the "first motion for fees"), is **GRANTED IN PART AND DENIED IN PART**. The motion is **GRANTED** to the extent that it seeks an attorneys' fee award for work performed in the underlying litigation until the first motion for fees was filed. The motion is **DENIED** in all other respects. It is further

**ORDERED** that the Plaintiff's Supplemental Application and Motion for Attorneys' Fees, Costs, and Expenses Under the Equal Access to Justice Act, ECF No. 157, is **GRANTED IN PART AND DENIED IN PART**. The motion is **GRANTED** to the extent that it seeks an attorneys' fee award for work performed in completing briefing on the first motion for fees. The motion is **DENIED** in all other respects. It is further

**ORDERED** that the Plaintiff's Motion for Oral Argument, ECF No. 158, is **DENIED AS MOOT**. It is further

**ORDERED** that the Plaintiff's Second Supplemental Application and Motion for Attorneys' Fees, Costs, and Expenses Under the Equal Access to Justice Act, ECF No. 166, is **DENIED**. It is further

**ORDERED** that the United States' Motion for Partial Reconsideration of Order and Memorandum Opinion (ECF Nos. 161 and 162) and Statement of Points and Authorities, ECF No. 170, is **GRANTED**. It is further

**ORDERED** that the Plaintiff's Motion to Strike Defendant's Opposition as Untimely and Grant Related Other Relief, ECF No. 177, is **DENIED**. It is further

**ORDERED** that the Plaintiff's Third Supplemental Application and Motion for Attorneys' Fees, Costs, and Expenses Under the Equal Access to Justice Act, ECF No. 180, is **DENIED**. It is further

**ORDERED** that the parties shall appear before the Court for a status conference on October 22, 2020, at 10:00 a.m., via teleconference by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#). The parties shall be prepared to advise the Court regarding the exact amount owed to the plaintiff in attorneys' fees, consistent with the Court's ruling in its Memorandum Opinion issued on this same date.

**SO ORDERED** this 23rd day of September, 2020.

REGGIE B. WALTON
United States District Judge