### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRUE THE VOTE, INC.,** | |
| *Plaintiff*, | |
| *v.* | Civ. No. 13-cv-00734-RBW |
| **INTERNAL REVENUE SERVICE,** *et al.*, | |
| *Defendants*. | |

## UNOPPOSED MOTION FOR LEAVE
## TO PARTICIPATE IN STATUS CONFERENCE

The undersigned, Plaintiff's former counsel in this matter, respectfully request leave to participate in the upcoming telephonic status conference pertaining to the resolution of Plaintiff's petition for attorney fees. The undersigned has conferred with counsel for the parties and they have no objection to this Motion.

In support of this Motion, the undersigned state the following:

1.      Attorneys from the Public Interest Legal Foundation ("PILF"), Foley & Lardner, LLP ("Foley"), and the Center for Constitutional Jurisprudence acted as counsel of record for the Plaintiff in this litigation from May 21, 2013 until February 22, 2017.

2.      Following their withdrawal as counsel of record in this matter, counsel for PILF and Foley filed a Notice of Attorney's Charging Lien with this Court on May 5, 2017. (Doc. 142). This Notice stated former counsel's interest in the recovery obtained by the Plaintiff in this matter.

3.      On February 20, 2018, Plaintiff filed its Application and Motion for Attorneys' Fees, Costs, and Expenses Under the Equal Access to Justice Act. (Doc. 151) ("Fee Petition").

The Fee Petition included, *inter alia*, fees and expenses incurred by former counsel. (*See* Doc. 151-4 through 151-12.)

4.     Additionally, Ms. Mitchell, Mr. Eastman, and Mr. Johnson submitted declarations in support of Plaintiff's Petition. (Doc. 151-4, 151-6, 151-7.)

5.     On September 23, 2020, this Court issued an Order pertaining to the Petition and ordering "that the parties shall appear before the Court for a status conference on October 22, 2020, at 10:00 a.m…The parties shall be prepared to advise the Court regarding the exact amount owed to the plaintiff in attorneys' fees, consistent with the Court's ruling in its Memorandum Opinion…" (Doc. 183 at 2.)

6.     As the amount owed to the Plaintiff includes fees and costs incurred by former counsel, their ability to participate in the status conference will aid the Court in its resolution of the Plaintiff's Petition.

7.     Further, the relief requested herein is narrowly tailored to aid the Court without disrupting the status conference as leave is requested only for one individual per firm to participate in the status conference: Mr. William Davis from Foley, Mr. John Eastman from the Center for Constitutional Jurisprudence, and Ms. Kaylan Phillips from PILF.

8.     In addition to aiding the Court in the resolution of Plaintiff's Petition, permitting former counsel to participate in the status conference is necessary to ensure that the undersigned's interests, as set forth in the May 5, 2017 charging lien, are protected.

Dated: October 16, 2020

Michael J. Lockerby (D.C. 502987)          William E. Davis (D.C. 280057)
Cleta Mitchell (D.C. 433386)               FOLEY & LARDNER, LLP
FOLEY & LARDNER, LLP                       One Biscayne Tower
3000 K Street NW Suite #600                2 South Biscayne Boulevard
Washington Harbour                         Suite 1900
Washington, DC 20007                       Miami, FL 33131
(202) 672-5300 (telephone)                 (305) 482-8404 (telephone)
(202) 672-5399 (fax)                       (305) 482-8600 (fax)
mlockerby@foley.com                        wdavis@foley.com
cmitchell@foley.com


      */s/ Kaylan L. Phillips*
Kaylan L. Phillips (D.C. 1110583)
Noel H. Johnson (Wisc. 1068004)
Public Interest Legal Foundation
32 E. Washington, Suite 1675
Indianapolis, IN  46204
(317) 203-5599 (telephone)
(888) 815-5641 (fax)
kphillips@publicinterestlegal.org
njohnson@publicinterestlegal.org


John C. Eastman
Center for Constitutional Jurisprudence
c/o Chapman University Fowler School of Law
One University Dr.
Orange, CA 92866
(877) 855-3330
jeastman@chapman.edu

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused the foregoing Motion for Leave to Participate in Status Conference to be filed with the United States District Court for the District of Columbia via the Court's CM/ECF system.


Dated: October 16, 2020

                     */s/ Kaylan L. Phillips*
                     Kaylan Phillips
                     kphillips@publicinterestlegal.org