UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRUE THE VOTE, INC.,** <br><br> *Plaintiff*, <br><br> v. <br><br> **INTERNAL REVENUE SERVICE,** *et al.***,** <br><br> *Defendants*. | Civ. No. 13-cv-00734-RBW |

# PROPOSED ORDER

Before the Court is Plaintiff's former counsel's motion for leave to participate in the October 22, 2020 status conference in this matter. For good cause shown, the motion for leave is GRANTED. Mr. William Davis, Mr. John Eastman, and Ms. Kaylan Phillips may participate in the October 22, 2020 status conference.

SO ORDERED this _____ day of _____, 2020.

_____
REGGIE B. WALTON
United States District Judge

1