United States District Court
For the District of Columbia

| | |
|---|---|
| **True the Vote, Inc.**;<br>    *Plaintiff*,<br>  v.<br>**Internal Revenue Service, et al.**;<br>    *Defendant*s. | **Civil Case No.** 1:13-cv-000734-RBW |

**Plaintiff's Notice of Compliance with Court's Order on Fees (ECF No. 183)**

Plaintiff, True the Vote, Inc. ("TTV"), respectfully files this Notice complying with this Court's Order (ECF No. 183) and accompanying memorandum opinion (ECF No. 184) of September 23, 2020. Pursuant to that order, the Plaintiff submits Defendant should be ordered to pay TTV an award $788,539.30,[1] consisting of:

---

[1] The attorneys' fees calculated only include work for the litigation fees, costs and expenses requested in ECF No. 151 and the Supplemental fees, costs and expenses requested in ECF No. 157. Not included in this total are the fees requested in the Second Supplemental Motion for Fees (ECF No. 166) and the Third Supplemental Motion for Fees (ECF No. 180). The total for the fees, costs and expenses in the Second and Third Supplemental is $68,669.71 at the EAJA rates and $198,295.58 at LSI Matrix rates. In addition, BLF will be filing a Fourth Supplemental Motion for Fees, which totals $13,356.91 at the EAJA rates and $33,224.80 at LSI Matrix rates. Attached to the Fourth Supplemental Application for Fees are the applicable billing records for the period of August 24, 2019 through October 22, 2020 as well as the Fourth Supplemental Declaration of James Bopp, Jr.

| | |
|---|---|
| Total Costs and Expenses | $23,840.49 |
| Total Paralegal Fees at Market Rates | $37,566.50 |
| Total Attorneys' Fees at LSI Matrix Rates, Incurred Prior to 9/20/2013[2] | $244,406.66 |
| Total Attorneys' Fees at EAJA 2013 Rate ($187.02/Hr.), Incurred 9/20/2013 - 12/31/2013 | $65,713.22 |
| Total Attorneys' Fees at EAJA 2014 Rate ($190.06) | $99,352.91 |
| Total Attorneys' Fees at EAJA 2015 Rate ($190.28) | $54,337.12 |
| Total Attorneys' Fees at EAJA 2016 Rate ($192.68) | $87,929.48 |
| Total Attorneys' Fees at EAJA 2017 Rate ($196.79) | $103,149.56 |
| Total Attorneys' Fees at EAJA 2018 Rate ($201.60) | $72,243.36 |
| **TOTAL DUE TO PLAINTIFF TTV** | **$788,539.30** |

To arrive at the total noted above, TTV adjusted the compensable hours consistent with this Court's Order on the "reasonable of the number of hours billed." *See* Mem. Op. at 18-28. The Defendants had objected to some billing entries, which they highlighted in yellow, for time

---

[2] The total for the attorneys' fees incurred prior to 9/20/2013 also includes the reductions totaling $19,728.80 not tied to specific entries, that were part of the $54,730.20 in adjustments noted in *Plaintiff's Reply to United States' Opposition to Plaintiff's Application and Motion for Attorneys' Fees, Costs, and Expenses*. ECF No. 156.

spent on partially successful claims. *See* Defs.' Compliance Opp'n at 12. In a good faith attempt to resolve the dispute, TTV reviewed each of Defendants' objections and conceded to some of them. Pl.'s Compliance Reply at 14. This Court's Order concluded that "based on the plaintiff's concession," entries highlighted in yellow should be excluded. Order at 23. TTV has complied with the Order by excluding from the totals those yellow-highlighted hours to which it conceded in its Compliance Reply.

Courts in this Circuit and others "routinely approve cost-of-living adjustments" to the EAJA rates. *Role Models Am., Inc. v. Brownlee*, 353 F.3d 962, 969 (D.C. Cir. 2004) (quoting Gregory C. Sisk, The Essentials of the Equal Access to Justice Act (Part Two), 56 LA. L. REV. 1, 128 (1995). *See also*, *Cooper v. United States R.R. Ret. Bd.*, 24 F.3d 1414, 1417 (D.C.Cir.1994) (per curiam); *Jones v. Lujan*, 887 F.2d 1096, 1101 (D.C.Cir.1989) (per curiam); *Ramon-Sepulveda v. INS*, 863 F. 2d 1458, 1463, n.4 (9th Cir. 1988); *Thangaraja v. Gonzales*, 428 F.3d 870, 876-77 (9th Cir. 2005); *Edwards v. Barnhart*, 214 F. Supp. 2d 700, 702, n.3 (W.D. Tex. 2002); *Walker v. Barnhart*, 302 F. Supp. 2d 1072, 1075 (S.D. Iowa 2002). In fact, the *Role Models* Court found no [EAJA] case where a cost-of-living adjustment was denied. *Role Models Am., Inc.*, 353 F.3d at 969. The Ninth Circuit has created a chart, attached herein as Exhibit 1, for the applicable statutory maximum hourly rates under the EAJA, adjusted for increases in cost of living. The adjusted EAJA rates noted in this chart have been applied to the applicable year's attorneys' fees requested in this case.

This Court held that "for all work performed by non-attorneys in this case—both before

and after September [20], 2013—it is appropriate to award to the plaintiff fees calculated at the applicable rate for non-attorneys set forth in the LSI Laffey matrix." Mem. Op., ECF No. 184 at 18. The LSI Laffey Matrix with the applicable paralegal rates is attached to this Notice as Exhibit 2, and those rates have been applied to all compensable non-attorney hours in this case.

TTV objects to: (1) this Court's denial of the bad faith enhancement to rates for all compensable hours; and (2) this Court's denial of fees, costs, and expenses for the Second and Third Supplemental (and presumably the Court's denial of the Fourth Supplemental submitted after this Notice).

By applying the bad faith enhancement of LSI Matrix rates to all compensable hours, and including the work for the Second, Third, and Fourth Supplemental Applications, the total that would be due to TTV is $1,897,223.86. Per this Court's Order, the total due to TTV using the LSI Matrix Rates for compensable hours prior to September 20, 2013 and the EAJA rates for compensable hours thereafter is $788,539.30. The difference between the total amount of fees, costs, and expenses sought by Plaintiff and the amount of fees, costs, and expenses calculated per this Court's order (ECF No. 183) is $1,108,684.56.

Pursuant to this Court's Order of September 23, 2020, TTV submits the Defendant should be ordered to pay TTV $788,539.30 in fees, costs and expenses under the Equal Access to Justice Act. The United States should be ordered to submit all necessary paperwork to process the payment within 14 days of the Court's final judgment.

|  |  |
|---|---|
| October 20, 2020 | Respectfully submitted,<br>/s/ James Bopp, Jr.<br>James Bopp, Jr. (D.C. Bar No. CO0041)<br> jboppjr@aol.com<br>Jeffrey P. Gallant*<br> jgallant@bopplaw.com<br>Courtney Turner Milbank*<br> cmilbank@bopplaw.com<br>Melena S. Siebert*<br> msiebert@bopplaw.com<br>THE BOPP LAW FIRM, P.C.<br>The National Building<br>1 South 6th Street<br>Terre Haute, Indiana 47807<br>(812) 232-2434<br>(812) 235-3685 (fax)<br>*Attorneys for Plaintiff*<br>*Admitted *pro hac vice* |