# Exhibit 1 to
# Plaintiff's Notice of Compliance with Court's Order on Fees (ECF No. 183)
# EAJA Rates with Cost-of-Living Adjustments

Source: https://www.ca9.uscourts.gov/content/view.php?pk_id=0000000039

**Statutory Maximum Rates Under the Equal Access to Justice Act**

Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (d)(2)(A), Thangaraja v. Gonzales, 428 F.3d 870, 876-77 (9th Cir. 2005), and Ninth Circuit Rule 39-1.6, the applicable statutory maximum hourly rates under EAJA, adjusted for increases in the cost of living, are as follows:

For work performed in:

First Half 2020: $206.77

2019: $205.25

2018: $201.60

2017: $196.79

2016: $192.68

2015: $190.28

2014: $190.06

2013: $187.02

2012: $184.32

2011: $180.59

2010: $175.06

If no rate is posted for the period in which your work was performed, please use the rate that is posted for the previous period.