UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **True the Vote, Inc.**;<br>                                                  *Plaintiff*,<br>   v.<br><br>**Internal Revenue Service, et al.**;<br>                                                  *Defendant*s. | **Civil Case No.** 1:13-cv-000734-RBW |

# PROPOSED ORDER

This action is before the Court on *Plaintiff's Notice of Compliance with Court's Order on Fees (ECF No. 183)*.

It is **ORDERED** that the Defendant, the Internal Revenue Service, must pay Plaintiff, True the Vote, Inc., $788,539.30. It is further **ORDERED** that The United States must submit all necessary paperwork to process this payment within 14 days of the Court's final judgment.

  SO ORDERED this ____ day of _____, 2020

_____
REGGIE B. WALTON
United States District Judge

-1-

October 20, 2020                                     Respectfully submitted,
                                                     /s/ James Bopp, Jr.
                                                     James Bopp, Jr. (D.C. Bar No. CO0041)
                                                     Courtney Turner Milbank*
                                                     Jeffrey P. Gallant*
                                                     Melena S. Siebert*
                                                     THE BOPP LAW FIRM, P.C.
                                                     The National Building
                                                     1 South 6th Street
                                                     Terre Haute, Indiana 47807
                                                     (812) 232-2434
                                                     (812) 235-3685 (fax)
                                                     *Attorneys for Plaintiff*
                                                     *Admitted *pro hac vice*