IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRUE THE VOTE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:13-cv-00734-RBW |
| ) | |
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**UNITED STATES' RESPONSE TO PLAINTIFF'S NOTICE OF COMPLIANCE WITH COURT'S ORDER ON FEES**

While the government generally agrees that Plaintiff's calculations correctly reflect the Court's rulings in its Memorandum Opinion of September 23, 2020 (DKT 184), the government is unsure, and the parties disagree on, how to calculate the amounts in the Yellow Category. The Court concluded that, "based on the plaintiff's concession, the entries highlighted in yellow by the *defendants* in their compliance opposition should be excluded." (DKT 184 at 23 (emphasis added).) A plain reading of that language appears to mean that Plaintiff is not entitled to fees for any entries that the United States highlighted in Yellow in its opposition. Assuming the Court meant to exclude all of the amounts in Yellow, then Plaintiff's attorneys' fee award should be reduced by $182,382.64 to $606,156.66. If, however, the Court intended for Plaintiff to receive the amounts in the Yellow category as presented in Plaintiff's Compliance Notice, then Plaintiff's computation of $788,539.30 for the total attorneys' fee award is the correct number in accordance with the Court's opinion. The United States has submitted a proposed order for the lower amount for the Court's convenience. By submitting this Response, the United States is not waiving any right to appeal any of the Court's orders with respect to attorneys' fees in this case.

The United States clarifies that it has no objection to an order directing its counsel to submit, within 14 days, all necessary paperwork to process the payment for any attorneys' fee award owed to Plaintiff; but the 14-day deadline shall not begin to run until a final judgment is entered after any appeal has been exhausted, or the time for filing an appeal in this case has expired with no appeal being filed by any party. *See generally,* 28 U.S.C. § 2414.

DATED: October 21, 2020　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　RICHARD E. ZUCKERMAN
　　　　　　　　　　　　　　　　　　　　Principal Deputy Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　Tax Division

　　　　　　　　　　　　　　　　　　　　s/ Joseph A. Sergi
　　　　　　　　　　　　　　　　　　　　JOSEPH A. SERGI (DC 480837)
　　　　　　　　　　　　　　　　　　　　Senior Litigation Counsel
　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice, Tax Division
　　　　　　　　　　　　　　　　　　　　555 4th Street, N.W., JCB 7207
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20001
　　　　　　　　　　　　　　　　　　　　(202) 305-0868; (202) 307-2504 (FAX)
　　　　　　　　　　　　　　　　　　　　Joseph.A.Sergi@usdoj.gov

　　　　　　　　　　　　　　　　　　　　LAURA M. CONNER (VA 40388)
　　　　　　　　　　　　　　　　　　　　STEVEN M. DEAN (DC 1020497)
　　　　　　　　　　　　　　　　　　　　JEREMY N. HENDON (OR 982490)
　　　　　　　　　　　　　　　　　　　　Trial Attorneys
　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice, Tax Division
　　　　　　　　　　　　　　　　　　　　555 4th Street, N.W.
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20001
　　　　　　　　　　　　　　　　　　　　(202) 514-2000

　　　　　　　　　　　　　　　　　　　　Of Counsel:
　　　　　　　　　　　　　　　　　　　　MICHAEL R. SHERWIN
　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR THE UNITED STATES