**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| TRUE THE VOTE, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:13-cv-00734-RBW |
| UNITED STATES OF AMERICA, *et al.*, | ) ) | |
| Defendants. | ) ) | |

**[Proposed] ORDER**

For the reasons stated in this Court's Memorandum Opinion, it is hereby ORDERED that Plaintiff is awarded attorney's fees in the amount of $606,156.66.

_____
**UNITED STATES DISTRICT JUDGE**