**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **True the Vote, Inc.**; | |
| *Plaintiff*, | **Civil Case No.** <u>1:13-cv-000734-RBW</u> |
| *v.* | |
| **Internal Revenue Service, et al.**; | |
| *Defendant*s. | |

## Plaintiff's Fourth Supplemental Application and Motion for Attorneys' Fees, Costs, and Expenses Under the Equal Access to Justice Act

Plaintiff, True The Vote, Inc., requests an award of $33,224.80 at LSI Matrix Rates[1] in fees, costs, and expenses incurred in its submission of work performed since submitting *Plaintiff's Reply to Defendants' Opposition to Motion to Strike or to Consider Arguments Forfeited and Waived*, ECF No. 179. Since filing that Reply, TTV has filed: *Plaintiff's Third Supplemental Application and Motion for Attorneys' Fees, Costs, and Expenses Under the Equal Access to Justice Act*, ECF No. 180; *Plaintiff's Reply in Support of Plaintiff's Third Supplemental Application and Motion for Attorneys' Fees, Costs, and Expenses Under the Equal Access to Justice Act*, ECF No. 182; and *Plaintiff's Notice of Compliance with Court's Order on Fees (ECF No. 183)*, ECF No. 186.

Since August 23, 2019, when TTV filed its Reply in Support of its Motion to Strike, it has incurred $33,224.80, calculated at LSI Matrix rates, in additional attorneys' fees, costs, and

---

[1] The total for this Fourth Supplemental Application is $13,356.91, valued at the EAJA rates.

**Pl.'s Fourth Suppl. App. And**
**Mot. for Attny's Fees**
**and Costs Under EAJA**                     -1-

expenses related to the filings listed above. Calculated at EAJA statutory rates, the total for this

work since August 23, 2019 is $13,356.91. The Fourth Supplemental Declaration of James Bopp,

Jr. supporting these records, is attached to this Motion as Exhibit 1. The Bopp Law Firm, PC

billing records for these additional fees, including detailed narratives, and subtotaled by attorney,

are attached as Exhibits A and B to Bopp's Fourth Supplemental Declaration.

The attorneys' fees requested, including this Fourth Supplemental Application total

$1,897,223.86, valued at the LSI Matrix rates. The attorneys' fees requested, including this

Fourth Supplemental Application total $870,565.92, valued at the LSI Matrix rates for work prior

to September 20, 2013 and at the EAJA rates thereafter.

Therefore, TTV respectfully moves this court for an order awarding it reasonable attorneys'

fees of $1,897,223.86, pursuant to a "bad faith" enhancement under 28 U.S.C. § 2412(b).

### LCvR 7(f) Request For Oral Hearing

Pursuant to LCvR 7(f), TTV requests an oral hearing on this motion.

### LCvR 7(m) Certification

In compliance with LCvR (7)(m), counsel for TTV discussed this motion with counsel for the

Defendant in a good faith effort to determine whether the Defendant would oppose the relief

sought. Defendant opposes this motion.

**WHEREFORE**, Plaintiff True the Vote, Inc. prays this Court grant *Plaintiff's Fourth*

*Supplemental Application and Motion for Attorney's Fees, Costs, and Expenses Under the Equal*

*Access to Justice Act,* and direct the Defendant to submit all necessary paperwork to process the

payment within 14 days of the Court's final judgment.

October 21, 2020                              Respectfully submitted,

                                              /s/ James Bopp, Jr.
                                              _____

                                              James Bopp, Jr. (D.C. Bar No. CO0041)
                                               jboppjr@aol.com
                                              Jeffrey P. Gallant*
                                               jgallant@bopplaw.com
                                              Courtney Turner Milbank*
                                               cmilbank@bopplaw.com
                                              Melena S. Siebert*
                                               msiebert@bopplaw.com
                                              THE BOPP LAW FIRM, P.C.
                                              The National Building
                                              1 South 6th Street
                                              Terre Haute, Indiana 47807
                                              (812) 232-2434
                                              (812) 235-3685 (fax)
                                              *Attorneys for Plaintiff*
                                              *Admitted *pro hac vice*

**Pl.'s Fourth Suppl. App. And
Mot. for Attny's Fees
and Costs Under EAJA**                    -3-