UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **True the Vote, Inc.**; <br> *Plaintiff*, <br> v. <br> **Internal Revenue Service, et al.**; <br> *Defendant*s. | **Civil Case No.** 1:13-cv-000734-RBW |

**Fourth Supplemental Declaration of James Bopp, Jr.**

I, James Bopp, Jr., make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am the owner of THE BOPP LAW FIRM, PC ("**BLF**"). I and my firm have represented the Plaintiff as lead counsel in this action from late February 2017 through the present.

2. I reiterate the facts of my prior declarations made in support of *Plaintiff's Application and Motion for Attorneys' Fees, Costs, and Expenses Under the Equal Access to Justice Act* (ECF No. 151) ("**Application**"), (Declaration of James Bopp, Jr., ECF No. 151-1) ("**Bopp Declaration**"); *Plaintiff's Supplemental Application and Motion for Attorneys' Fees, Costs, and Expenses Under the Equal Access to Justice Act* (ECF No. 157) ("**Supplemental Application**"), (Declaration of James Bopp, Jr., ECF No. 157-2) ("**Bopp Supplemental Declaration**"); *Plaintiff's Notice of Compliance with Court Order* (ECF No. 165) ("**Notice**"), (Declaration of James Bopp, Jr. ECF No. 165-11) ("**Notice Declaration**"); *Plaintiff's Supplemental Application and Motion for Attorneys' Fees, Costs, and Expenses Under the Equal Access to Justice Act* ((ECF No. 166) (("**Second Supplemental Application**"), (Declaration of James Bopp, Jr., ECF No. 166-4) ("**Bopp Second Supplemental Declaration**"), and *Plaintiff's*

*Third Supplemental Application and Motion for Attorneys' Fees, Costs, and Expenses Under the Equal Access to Justice Act* ((ECF No. 180) (("**Third Supplemental Application**"), (Declaration of James Bopp, Jr., ECF No. 180-4) ("**Bopp Third Supplemental Declaration**"), with respect to experience, rates, billing practices, and other applicable statements and incorporate them herein by reference to the following discussion of fees and expenses.

    3. Prior to filing this *Plaintiff's Fourth Supplemental Application and Motion for Attorneys' Fees, Costs, and Expenses Under the Equal Access to Justice Act* ("**Fourth Supplemental Application**")*,* the total fees, costs, and expenses sought for the successful prosecution of claims and for preparing and supporting the Application and Supplemental Application in the above-captioned matter was $2,180,405.14, valued at the LSI Matrix rates.

    4. The previous total of $2,180,405.13, valued at the LSI Matrix rates, reflects:

- $1,933,888.06 in attorneys' and paraprofessional fees, sought in the Application;

- ($54,730.20) as an adjustment to attorney and paraprofessional fees, costs, and expenses from TTV's Reply (ECF No. 156);

- $103,049.20 in attorneys' and paraprofessional fees and costs sought in the Supplemental Application;

- ($97.50) as an adjustment to BLF billing records in the Notice which removed a charge for paraprofessional Matthew Michaloski;

- $35, 253.20 in attorneys' fees, costs, and expenses in the Second Supplemental Application, ECF No. 166; and

- $163,042.38 in attorneys' fees, costs, and and expenses in the Third Supplemental Application, ECF No. 180-4 at n 1.

**Fourth Suppl. Decl.**
 **of James Bopp, Jr.**                                    -2-

Exhibit 1 to Fourth Appl. for Fees

5. My firm has incurred fees, costs, and expenses totaling $33,224.80, valued at the LSI Matrix rates,[1] for work performed since submitting the *Plaintiff's Reply to Defendants' Opposition to Motion to Strike or to Consider Arguments Forfeited and Waived*, ECF No. 179.[2]

6. A true and correct transcription of the time sheets and expense invoices showing charged time and expenses, valued at LSI Matrix rates is attached to this Fourth Supplemental Declaration as Exhibit A.

7. Plaintiff reduced the compensable hours for both the Application and the Supplemental Application, per the Court's Order, filed on September 23, 2020. *See* ECF No. 183. Therefore, the total fees and expenses, valued at the LSI Matrix rates, now sought by TTV for the successful prosecution of claims and for preparing and supporting all subsequent applications, motions and notices in the above-captioned matter is $1,897,223.86. This total reflects:

- $1,641,862.99[3] in attorneys' and paraprofessional fees, sought in the Application and Supplemental Application;

---

[1] The total for this Fourth Supplemental Application is $13,356.91, valued at the EAJA rates.

[2] *Plaintiff's Third Supplemental Application and Motion for Attorneys' Fees, Costs, and Expenses Under the Equal Access to Justice Act*, ECF No. 180; *Plaintiff's Reply in Support of Plaintiff's Third Supplemental Application and Motion for Attorneys' Fees, Costs, and Expenses Under the Equal Access to Justice Act*, ECF No. 182; and *Plaintiff's Notice of Compliance with Court's Order on Fees (ECF No. 183)*, ECF No. 186.

[3] The total for the attorneys' fees also includes the reductions totaling $19,728.80 not tied to specific entries, that were part of the $54,730.20 in adjustments noted in *Plaintiff's Reply to United States' Opposition to Plaintiff's Application and Motion for Attorneys' Fees, Costs, and Expenses*. ECF No. 156. See supra at ¶ 4.

**Fourth Suppl. Decl.**
 **of James Bopp, Jr.**                                                    -3-

Exhibit 1 to Fourth Appl. for Fees

- $23,840.49 in costs and expenses, sought in the Application and Supplemental Application;

- $32,046.20 in attorneys' fees, sought in the Second Supplemental Application;

- $3,207.00 in costs and expenses, sought in the Second Supplemental Application;

- $160,981.40 in attorneys' fees, sought in the Third Supplemental Application;

- $2,060.98 in costs and expenses, sought in the Third Supplemental Application; and

- $33,224.80 in attorneys' fees, sought in the Fourth Supplemental Application.

8. The attorneys' fees, costs and expenses described in ¶ 7, including this Fourth Supplemental Application total $870,565.92, valued at the EAJA rates. A true and correct transcription of the time sheets and expense invoices showing charged time and expenses, valued at EAJA rates is attached to this Fourth Supplemental Declaration as Exhibit B.

I affirm under penalty of perjury that the foregoing is true and correct. Executed on this 21st day of October, 2020.

*[signature]*
James Bopp, Jr.

**Fourth Suppl. Decl.
 of James Bopp, Jr.**                    -4-

Exhibit 1 to Fourth Appl. for Fees