| Date | Name | Gross Hours | Adjusted Hours* | LSI Rate | LSI Gross Amount | LSI Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 8/26/2019 | Courtney E. Milbank | 0.3 | 0.0 | $ 458.00 | $ 137.40 | $ - | Document 179 CM/ECF Reply to Opposition to Motion to Strike |
| 9/4/2019 | Courtney E. Milbank | 0.1 | 0.0 | $ 458.00 | $ 45.80 | $ - | Document 180 Plaintiff's Third Supplemental Application and Motion for Attorney's Fees, Costs, and Expenses Under the Equal Access to Justice Act |
| 9/23/2019 | Courtney E. Milbank | 0.3 | 0.0 | $ 458.00 | $ 137.40 | $ - | CM/ECF Document 181 Opposition to Supplemental Motion for Fees |
| 9/28/2019 | Courtney E. Milbank | 0.4 | 0.0 | $ 458.00 | $ 183.20 | $ - | CM/ECF Document 182 Reply in Support of Plaintiff's Third Supplemental Application and accompanying exhibits |
| 9/23/2020 | Courtney E. Milbank | 0.1 | 0.0 | $ 465.00 | $ 46.50 | $ - | CM/ECF Order on Fees; Opinion on Fees |
| 9/23/2020 | Courtney E. Milbank | 0.7 | 0.7 | $ 465.00 | $ 325.50 | $ 325.50 | Review order and opinion |
| Total Attorney Courtney E. Milbank | | | | | $ 875.80 | $ 325.50 | |
| 8/26/2019 | James Bopp, Jr. | 0.2 | 0.2 | $ 899.00 | $ 179.80 | $ 179.80 | Review email from Melena Siebert regarding consent to Third Supplemental |
| 9/3/2019 | James Bopp, Jr. | 0.1 | 0.1 | $ 899.00 | $ 89.90 | $ 89.90 | Phone conference with Melena Siebert regarding Third Supplemental Motion |

| Date | Name | Gross Hours | Adjusted Hours* | LSI Rate | LSI Gross Amount | LSI Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 9/4/2019 | James Bopp, Jr. | 0.6 | 0.6 | $ 899.00 | $ 539.40 | $ 539.40 | Review draft of Third Supplemental and Memo; respond |
| 9/4/2019 | James Bopp, Jr. | 0.4 | 0.4 | $ 899.00 | $ 359.60 | $ 359.60 | Review email exchange with Catherine regarding Third Supplemental |
| 9/4/2019 | James Bopp, Jr. | 0.3 | 0.0 | $ 899.00 | $ 269.70 | $ - | E-mail to Catherine regarding attorney fees owed Bopp Law Firm |
| 9/5/2019 | James Bopp, Jr. | 0.5 | 0.5 | $ 899.00 | $ 449.50 | $ 449.50 | Phone conference with Catherine regarding Supplemental |
| 9/18/2019 | James Bopp, Jr. | 0.5 | 0.5 | $ 899.00 | $ 449.50 | $ 449.50 | Phone conference with Jeffrey P. Gallant regarding reply in support of Third Supplemental (2x) |
| 9/18/2019 | James Bopp, Jr. | 0.5 | 0.5 | $ 899.00 | $ 449.50 | $ 449.50 | Review Opposition to Third Supplemental for attorney fees |
| 9/18/2019 | James Bopp, Jr. | 0.3 | 0.3 | $ 899.00 | $ 269.70 | $ 269.70 | Phone conference with Melena Siebert regarding response; email exchange regarding reply |
| 9/19/2019 | James Bopp, Jr. | 0.3 | 0.3 | $ 899.00 | $ 269.70 | $ 269.70 | Review email from Melena Siebert regarding DOJ arguments in Opposition |
| 9/23/2019 | James Bopp, Jr. | 0.4 | 0.4 | $ 899.00 | $ 359.60 | $ 359.60 | Review draft of Reply; email Melena Siebert regarding revision |
| 9/16/2020 | James Bopp, Jr. | 0.6 | 0.0 | $ 914.00 | $ 548.40 | $ - | Phone conference with Jeffrey P. Gallant regarding supplement regarding attorney fees; review email with new rates; phone conference with Jeffrey P. Gallant regarding filing supplement |
| 9/23/2020 | James Bopp, Jr. | 0.8 | 0.8 | $ 914.00 | $ 731.20 | $ 731.20 | Review Court Order on attorney fees and memo |
| 9/23/2020 | James Bopp, Jr. | 0.3 | 0.3 | $ 914.00 | $ 274.20 | $ 274.20 | Phone conference with Jeffrey P. Gallant regarding response |

Exhibit A to Fourth Bopp Decl.

| Date | Name | Gross Hours | Adjusted Hours* | LSI Rate | LSI Gross Amount | LSI Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 9/24/2020 | James Bopp, Jr. | 0.3 | 0.3 | $ 914.00 | $ 274.20 | $ 274.20 | Phone conference with Catherine regarding Court Order |
| 9/24/2020 | James Bopp, Jr. | 0.5 | 0.5 | $ 914.00 | $ 457.00 | $ 457.00 | Videoconference with Melena Siebert, Jeffrey P. Gallant regarding attorney's fees |
| 9/25/2020 | James Bopp, Jr. | 0.1 | 0.1 | $ 914.00 | $ 91.40 | $ 91.40 | Phone conference with Melena Siebert regarding attorney's fees |
| 10/1/2020 | James Bopp, Jr. | 0.4 | 0.4 | $ 914.00 | $ 365.60 | $ 365.60 | E-mail exchange with Melena Siebert regarding recalculation of attorney fee request |
| 10/3/2020 | James Bopp, Jr. | 0.4 | 0.4 | $ 914.00 | $ 365.60 | $ 365.60 | Review Melena Siebert email regarding recalculation |
| 10/4/2020 | James Bopp, Jr. | 0.7 | 0.7 | $ 914.00 | $ 639.80 | $ 639.80 | Reviewemail from Melena Siebert regarding recalculation |
| 10/7/2020 | James Bopp, Jr. | 0.8 | 0.8 | $ 914.00 | $ 731.20 | $ 731.20 | Phone conference with Melena Siebert and Jeffrey P. Gallant regarding response to Court Order regarding fees |
| 10/14/2020 | James Bopp, Jr. | 0.1 | 0.1 | $ 914.00 | $ 91.40 | $ 91.40 | Phone conference with Melena Siebert regarding notice to court |
| 10/22/2020 | James Bopp, Jr. | 1 | 1 | $ 914.00 | $ 914.00 | $ 914.00 | Status conference on fees |
| Total Attorney James Bopp, Jr. | | | | | $ 9,169.90 | $ 8,351.80 | |
| 8/26/2019 | Jeffrey P. Gallant | 1.2 | 1.2 | $ 747.00 | $ 896.40 | $ 896.40 | Review billing records for TTV for Third supplemental (2x) |

| Date | Name | Gross Hours | Adjusted Hours* | LSI Rate | LSI Gross Amount | LSI Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 9/3/2019 | Jeffrey P. Gallant | 0.2 | 0.2 | $ 747.00 | $ 149.40 | $ 149.40 | Phone conference with Melena Siebert regarding total fees to be requested in Third Supplemental Motion |
| 9/4/2019 | Jeffrey P. Gallant | 0.6 | 0.6 | $ 747.00 | $ 448.20 | $ 448.20 | Review memo, motion, and declaration, phone conference with Melena Siebert regarding same |
| 9/18/2019 | Jeffrey P. Gallant | 0.6 | 0.6 | $ 747.00 | $ 448.20 | $ 448.20 | Review opposition to Third Supplemental fee petition, emails with Melena Siebert and James Bopp, Jr. |
| 9/18/2019 | Jeffrey P. Gallant | 0.5 | 0.5 | $ 747.00 | $ 373.50 | $ 373.50 | Phone conference with James Bopp, Jr. regarding reply in support of Third Supplemental (2x) |
| 9/19/2019 | Jeffrey P. Gallant | 0.2 | 0.2 | $ 747.00 | $ 149.40 | $ 149.40 | Phone conferences with Melena Siebert regarding reply supporting Third Supplemental |
| 9/25/2019 | Jeffrey P. Gallant | 1.8 | 1.8 | $ 747.00 | $ 1,344.60 | $ 1,344.60 | Review and edit reply supporting Third Supplemental Fee Motion (2x), phone conference with Melena Siebert regarding Reply edits |
| 9/23/2020 | Jeffrey P. Gallant | 0.7 | 0.0 | $ 759.00 | $ 531.30 | $ - | Phone conference with regarding supplemental request for fees |
| 9/23/2020 | Jeffrey P. Gallant | 2.2 | 0.0 | $ 759.00 | $ 1,669.80 | $ - | Research regarding using current hourly rates in EAJA litigation |
| 9/23/2020 | Jeffrey P. Gallant | 0.3 | 0.0 | $ 759.00 | $ 227.70 | $ - | Drafting email to James Bopp, Jr. regarding use of current hourly rates |
| 9/23/2020 | Jeffrey P. Gallant | 0.3 | 0.3 | $ 759.00 | $ 227.70 | $ 227.70 | Phone conference with James Bopp, Jr. regarding Order and Memorandum |
| 9/23/2020 | Jeffrey P. Gallant | 0.3 | 0.3 | $ 759.00 | $ 227.70 | $ 227.70 | Phone conference with Melena Siebert |

| Date | Name | Gross Hours | Adjusted Hours* | LSI Rate | LSI Gross Amount | LSI Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 9/24/2020 | Jeffrey P. Gallant | 0.5 | 0.5 | $ 759.00 | $ 379.50 | $ 379.50 | Remote meeting with James Bopp, Jr. and Melena Siebert regarding response to order on fees |
| 9/25/2020 | Jeffrey P. Gallant | 0.2 | 0.2 | $ 759.00 | $ 151.80 | $ 151.80 | Phone conference with Melena Siebert regarding fee petition |
| 10/1/2020 | Jeffrey P. Gallant | 1 | 1 | $ 759.00 | $ 759.00 | $ 759.00 | E-mail exchanges with Melena Siebert regarding calculation of fees based on order, review order on fees, propose actions to take |
| 10/5/2020 | Jeffrey P. Gallant | 0.3 | 0.3 | $ 759.00 | $ 227.70 | $ 227.70 | Phone conference with Melena Siebert regarding adjustments as per Court Order, possibility of appeal |
| 10/5/2020 | Jeffrey P. Gallant | 0.1 | 0.1 | $ 759.00 | $ 75.90 | $ 75.90 | Review report of reductions as per Court Order |
| 10/7/2020 | Jeffrey P. Gallant | 0.9 | 0.9 | $ 759.00 | $ 683.10 | $ 683.10 | Phone conference with James Bopp, Jr. and Melena Siebert regarding calculations for reduction of fees as per Order; follow up call with Melena Siebert |
| 10/8/2020 | Jeffrey P. Gallant | 0.2 | 0.2 | $ 759.00 | $ 151.80 | $ 151.80 | Review Melena Siebert spreadsheet for new organization of billing--comment |
| 10/22/2020 | Jeffrey P. Gallant | 1 | 1 | $ 759.00 | $ 759.00 | $ 759.00 | Status conference on fees |
| **Total Attorney Jeffrey P. Gallant** | | | | | **$ 9,881.70** | **$ 7,452.90** | |
| 8/26/2019 | Melena Siebert | 1.0 | 1.0 | $ 372.00 | $ 372.00 | $ 372.00 | Review of pre-bills; email to billing department to verify pre-bills |

| Date | Name | Gross Hours | Adjusted Hours* | LSI Rate | LSI Gross Amount | LSI Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 8/29/2019 | Melena Siebert | 0.3 | 0.0 | $ 372.00 | $ 111.60 | $ - | Convert billing records to Excel |
| 8/30/2019 | Melena Siebert | 3.8 | 0.0 | $ 372.00 | $ 1,413.60 | $ - | Format billing records for third supplemental application |
| 9/3/2019 | Melena Siebert | 0.1 | 0.1 | $ 372.00 | $ 37.20 | $ 37.20 | Phone conference with James Bopp, Jr. regarding Third Supplemental Motion |
| 9/3/2019 | Melena Siebert | 1.0 | 1.0 | $ 372.00 | $ 372.00 | $ 372.00 | Revise Third Supplemental Motion |
| 9/3/2019 | Melena Siebert | 2.0 | 2.0 | $ 372.00 | $ 744.00 | $ 744.00 | Draft/Revise Third Supplemental Memo in Support |
| 9/3/2019 | Melena Siebert | 0.6 | 0.6 | $ 372.00 | $ 223.20 | $ 223.20 | Revise Bopp Third Declaration |
| 9/4/2019 | Melena Siebert | 0.4 | 0.4 | $ 372.00 | $ 148.80 | $ 148.80 | Phone conference with Jeffrey P. Gallant regarding Third Supplemental Application |
| 9/4/2019 | Melena Siebert | 1.7 | 0.0 | $ 372.00 | $ 632.40 | $ - | Finalize edits to Third Supplemental Application, file same with Court |
| 9/18/2019 | Melena Siebert | 0.3 | 0.3 | $ 372.00 | $ 111.60 | $ 111.60 | Phone conference with Jeffrey P. Gallant regarding timeline for reply, etc. |
| 9/18/2019 | Melena Siebert | 0.7 | 0.7 | $ 372.00 | $ 260.40 | $ 260.40 | Review Opposition to Third Supplemental Motion for fees |
| 9/18/2019 | Melena Siebert | 0.3 | 0.3 | $ 372.00 | $ 111.60 | $ 111.60 | Phone conference with James Bopp, Jr. regarding reply in support of Third Supplemental Motion for fees,email exchange regarding reply |
| 9/19/2019 | Melena Siebert | 0.2 | 0.2 | $ 372.00 | $ 74.40 | $ 74.40 | Phone conference with Jeffrey P. Gallant regarding TTV Reply in Support of Third Supplemental |

| Date | Name | Gross Hours | Adjusted Hours* | LSI Rate | LSI Gross Amount | LSI Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 9/19/2019 | Melena Siebert | 1.9 | 1.9 | $ 372.00 | $ 706.80 | $ 706.80 | Review in detail Opposition to Third Supplemental Application, cross-reference to other filings made by United States and TTV, email to James Bopp, Jr. and Jeffrey P. Gallant summarizing same |
| 9/19/2019 | Melena Siebert | 2.0 | 2.0 | $ 372.00 | $ 744.00 | $ 744.00 | Draft Reply in Support of Third Supplemental Application--Sections: Motion to Strike appropriate, Court did not order "correction" of billing records |
| 9/20/2019 | Melena Siebert | 2.6 | 2.6 | $ 372.00 | $ 967.20 | $ 967.20 | Draft Reply in Support of Third Supplemental Motion:Sections: Proper Billing practices, too attenuated argument |
| 9/23/2019 | Melena Siebert | 2.5 | 2.5 | $ 372.00 | $ 930.00 | $ 930.00 | Edit Reply in Support of Third Application, send same to James Bopp, Jr. and Jeffrey P. Gallant for review |
| 9/24/2019 | Melena Siebert | 0.5 | 0.0 | $ 372.00 | $ 186.00 | $ - | Review edits, format files for filing |
| 9/25/2019 | Melena Siebert | 0.3 | 0.3 | $ 372.00 | $ 111.60 | $ 111.60 | Phone conference with Jeffrey P. Gallant regarding Reply edits |
| 9/25/2019 | Melena Siebert | 1.0 | 1.0 | $ 372.00 | $ 372.00 | $ 372.00 | Final review, edits on Reply in Support of Third Application File Reply in Support of Third Application, send same to client |
| 9/25/2019 | Melena Siebert | 0.5 | 0.5 | $ 372.00 | $ 186.00 | $ 186.00 | File Reply in Support of Third Application, send same to client |

Exhibit A to Fourth Bopp Decl.

| Date | Name | Gross Hours | Adjusted Hours* | LSI Rate | LSI Gross Amount | LSI Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 9/23/2020 | Melena Siebert | 0.3 | 0.3 | $ 378.00 | $ 113.40 | $ 113.40 | Phone conference with Jeffrey P. Gallant |
| 9/23/2020 | Melena Siebert | 1.0 | 1.0 | $ 378.00 | $ 378.00 | $ 378.00 | Review order and opinion regarding fees, follow up phone conference with Jeffrey P. Gallant regarding same |
| 9/24/2020 | Melena Siebert | 0.50 | 0.50 | $ 378.00 | $ 189.00 | $ 189.00 | Videoconference with James Bopp, Jr., Jeffrey P. Gallant regarding attorney's fees |
| 9/25/2020 | Melena Siebert | 0.2 | 0.2 | $ 378.00 | $ 75.60 | $ 75.60 | Phone conference with Jeffrey P. Gallant regarding attorney's fees |
| 9/25/2020 | Melena Siebert | 0.1 | 0.1 | $ 378.00 | $ 37.80 | $ 37.80 | Phone conference with James Bopp, Jr. regarding attorney's fees |
| 9/25/2020 | Melena Siebert | 1 | 1 | $ 378.00 | $ 378.00 | $ 378.00 | Review opinion, previous filings |
| 9/30/2020 | Melena Siebert | 1 | 1 | $ 378.00 | $ 378.00 | $ 378.00 | Review Court Order, organize billing record files for review |
| 10/1/2020 | Melena Siebert | 0.3 | 0.3 | $ 378.00 | $ 113.40 | $ 113.40 | E-mail exchanges with Jeffrey P. Gallant regarding Court Order, attorney fee petition |
| 10/1/2020 | Melena Siebert | 4.5 | 4.5 | $ 378.00 | $ 1,701.00 | $ 1,701.00 | Apply Court ordered deductions to billing records |
| 10/2/2020 | Melena Siebert | 5.6 | 5.6 | $ 378.00 | $ 2,116.80 | $ 2,116.80 | Edit billing records per Court Order |
| 10/3/2020 | Melena Siebert | 2.8 | 2.8 | $ 378.00 | $ 1,058.40 | $ 1,058.40 | Organize, edit billing records per Court Order, calculate totals |
| 10/4/2020 | Melena Siebert | 3.9 | 3.9 | $ 378.00 | $ 1,474.20 | $ 1,474.20 | Organize, edit billing records per Court Order, calculate totals |
| 10/5/2020 | Melena Siebert | 0.3 | 0.3 | $ 378.00 | $ 113.40 | $ 113.40 | Phone conference with Jeffrey P. Gallant regarding adjustments as per Court Order, possibility of appeal |

| Date | Name | Gross Hours | Adjusted Hours* | LSI Rate | LSI Gross Amount | LSI Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| 10/7/2020 | Melena Siebert | 0.1 | 0.1 | $ 378.00 | $ 37.80 | $ 37.80 | Phone conference with Jeffrey P. Gallant regarding response to Court Order regarding fees |
| 10/7/2020 | Melena Siebert | 0.1 | 0.1 | $ 378.00 | $ 37.80 | $ 37.80 | Phone conference with Kaylin Phillips regarding Motion to Participate in Status Conference |
| 10/7/2020 | Melena Siebert | 0.8 | 0.8 | $ 378.00 | $ 302.40 | $ 302.40 | Phone conference with James Bopp, Jr. and Jeffrey P. Gallant regarding response to Court Order regarding fees |
| 10/12/2020 | Melena Siebert | 1.0 | 1.0 | $ 378.00 | $ 378.00 | $ 378.00 | Draft Notice to Court, send same to James Bopp, Jr. for review |
| 10/12/2020 | Melena Siebert | 2.0 | 2.0 | $ 378.00 | $ 756.00 | $ 756.00 | Review decisions citing to *Lu* since Defendant's opposition |
| 10/14/2020 | Melena Siebert | 0.1 | 0.1 | $ 378.00 | $ 37.80 | $ 37.80 | Phone conference with James Bopp, Jr. regarding notice to court |
| 10/14/2020 | Melena Siebert | 1.5 | 1.5 | $ 378.00 | $ 567.00 | $ 567.00 | Draft Fourth Supplemental Application |
| 10/22/2020 | Melena Siebert | 1.0 | 1.0 | $ 378.00 | $ 378.00 | $ 378.00 | Status conference on fees |
| **Total Attorney Melena Siebert** | | | | | **$ 19,438.20** | **$ 17,094.60** | |
| 9/23/2020 | Rob Citak | 0.9 | 0.0 | $ 378.00 | $ 340.20 | $ - | Multiple phone conferences with Jeffrey P. Gallant regarding post judgment interest on attorney's fees |
| 9/23/2020 | Rob Citak | 2.7 | 0.0 | $ 378.00 | $ 1,020.60 | $ - | Research issue of post judgment interest on attorney's fees calculation method and rates |

The Bopp Law Firm, PC Billing Records LSI Matrix Rates with Adjustments Subtotaaled by Attorney   1:13-cv-000734-RBW

| Date | Name | Gross Hours | Adjusted Hours* | LSI Rate | LSI Gross Amount | LSI Adjusted Amount | Description |
|---|---|---|---|---|---|---|---|
| Total Attorney Rob Citak | | | | | $ 1,360.80 | $ - | |
| TOTALS | | | | | $ 40,726.40 | $ 33,224.80 | |

Exhibit A to Fourth Bopp Decl.