**United States District Court**
**For the District of Columbia**

| | |
|---|---|
| **True the Vote, Inc.**; *Plaintiff*, *v.* **Internal Revenue Service, et al.**; *Defendants*. | **Civil Case No.** 1:13-cv-000734-RBW |

# Plaintiff's Motion to Quash PILF's and Foley's Attorney's Charging Lien

Plaintiff, True the Vote, Inc. ("**TTV**"), respectfully moves this Court for an order quashing Public Interest Legal Foundation's ("**PILF**"), f/k/a ActRight Legal Foundation, and Foley and Lardner LLP's ("**Foley**") collectively, ("**Former Attorneys**"),[1] attorney's charging lien. ECF No. 142 ("**Charging Lien**"). This Motion is made on the grounds that the agreements upon which Charging Lien are based have been nullified by a subsequent agreement between TTV and Former Attorneys. Therefore, Former Attorneys' basis for Charging Lien no longer exists and this Court must quash Charging Lien as a matter of law. Alternatively, the explicit terms of the subsequent agreement which now governs this issue do not entitle Former Attorneys to fees from any judgment ordered by this Court on the issue of fees, costs, and expenses, and this Court must quash Charging Lien as a matter of law.

This Motion is based on: (1) TTV's memorandum of points and authorities supporting this Motion; (2) the supporting exhibits attached to TTV's memorandum of points and authorities supporting this Motion; (3) all of the pleadings, records, and papers filed in this

[1] The Center for Constitutional Jurisprudence ("CCJ") also formerly represented TTV and is included in the collective "Former Attorneys" designation.



"FILED UNDER SEAL"

action, deemed to be filed in this action, or of which this Court may take judicial notice at or before the time of the hearing on this motion; and (4) any rulings by this Court or by the District of Columbia Court of Appeals that relate to this action.

**Rule 7(f) Request for Oral Hearing**

Pursuant to LcvR 7(f), TTV requests an oral hearing on this motion.

**Rule 7(m) Certification**

In compliance with LcvR 7(m), counsel for TTV notified counsel for the federal Defendants ("IRS") of their intention to file this Motion in a good faith effort to determine whether the IRS oppose the relief sought. The IRS holds no position on this Motion. Likewise, counsel for TTV notified counsel for PILF of their intention to file this Motion in a good faith effort to determine whether PILF opposes the relief sought. As of the filing of this Motion, PILF has not responded to TTV's counsel's notification.

**WHEREFORE**, Plaintiff True the Vote, Inc. prays this Court grant Plaintiff's Motion to Quash PILF's and Foley's Attorney's Charging Lien.

October 21, 2020

Respectfully submitted,
/s/ James Bopp, Jr.

James Bopp, Jr. (D.C. Bar No. CO0041)
jboppjr@aol.com
Jeffrey P. Gallant*
jgallant@bopplaw.com
Courtney Turner Milbank*
cmilbank@bopplaw.com
Melena S. Siebert*
msiebert@bopplaw.com
THE BOPP LAW FIRM, P.C.
The National Building
1 South 6th Street
Terre Haute, Indiana 47807
(812) 232-2434
(812) 235-3685 (fax)
*Attorneys for Plaintiff*
*Admitted *pro hac vice*

## Certificate of Service

I hereby certify that on October 22, 2020, I caused the foregoing and all attachments thereto in the above-captioned matter to be filed under seal with the United States District Court for the District of Columbia via the Court's CM/ECF system. In addition, pursuant to LCvR 5.1, I served, via email, the foregoing and all attachments thereto upon all parties.

/s/ James Bopp, Jr.

James Bopp, Jr.