FOLEY

FOLEY & LARDNER LLP

ATTORNEYS AT LAW
WASHINGTON HARBOUR
3000 K STREET, N.W.
SUITE 600
WASHINGTON, D.C. 20007-5109
202.672.5300 TEL
202.672.5399 FAX
foley.com

WRITER'S DIRECT LINE
202.295.4081
cmitchell@foley.com EMAIL

CLIENT/MATTER NUMBER
999999-0310

June 24, 2013

**VIA E-MAIL**

Mr. Zachary S. Kester
ActRight Legal Foundation
209 West Main Street
Plainfield, IN 46168
Email: zkester@actrightlegal.org

Ms. Catherine Engelbrecht
President
True the Vote, Inc.
7232 Wynnwood Lane
Houston, TX 77008
Email: catherine@kingstreetpatriots.org

Re: Engagement Letter Agreement for Pro Bono Legal Services

Dear Mr. Kester and Ms. Engelbrecht:

We are pleased that Foley & Lardner LLP (the "Firm") will be providing legal services to ActRight Legal Foundation and True the Vote, Inc. We strive to deliver high quality, cost effective legal services and will always work in your best interests, subject to our duties of professional responsibility. Please do not hesitate to contact us if you have any concerns.

1. **Scope of Engagement**

This letter sets forth our agreement of the terms and conditions under which we will provide legal services ("the Agreement").

a. Our clients are ActRight Legal Foundation and True the Vote, Inc. (the "Organizations"), and not any other affiliated entities, or employees, officers, directors or other individuals.

b. The scope of our engagement will be the representation of True the Vote, Inc. in a civil action filed in the United States District Court for the District of Columbia, styled: *True the Vote, Inc. v. Internal Revenue Service, et al.*, Case No. 1:13-cv-00734. In addition, we will assist ActRight Legal Foundation, both in connection with such civil action, and in

FOLEY
FOLEY & LARDNER LLP



connection with issues arising out of ActRight Legal Foundation's other litigation matters involving the IRS. (Collectively, we refer the engagement, as defined, as the "Matters").

c. Act Right Legal Foundation's lawyers will also be co-counsel with the Firm in the civil action, and the firm will serve as both lead and local counsel. As local counsel, we are obligated to make "reasonable inquiry" and determine that any document to be signed by us is well grounded in fact and warranted by existing law or a good faith argument for its change. The law in this jurisdiction does not permit us to simply delegate to forwarding co-counsel our duty of reasonable inquiry.

d. While we will make every effort not to unduly delay the matter, the length of our inquiry necessarily will depend upon the complexity of the issues and how well we have been informed of the facts at the time we receive the pleading. For litigation matters, we ask that any papers to be filed with the court be prepared and sent to us in sufficient time for our review.

e. The provision of legal services on a *pro bono* basis is limited to the specific Matters identified above. If the Organizations request additional or other work, or specifically, if the civil action results in an appeal or related proceedings or transactions, we will at that time consider the terms of our representation on such additional work, appeals, related proceedings or transactions. However, we reserve the right to limit our *pro bono* representation to these particular Matters.

2. **Joint Representation**

Our work for the Organizations in connection with the civil action may be considered a joint representation of ActRight Legal Foundation and True the Vote, Inc. As we have discussed, one way to proceed with civil action is for each of you to have separate counsel. There are issues where you may have potential conflicts such as, for example, contribution, indemnification and the desirability of settlement, just to name a few. Nevertheless, you have each indicated that you want us to represent both of you. We do not believe that there are currently any conflicts in your position and, as a result, we do not believe our representation of one of you will be affected by our representation of the other.

If you disagree on issues going forward or if your interests in the litigation should for whatever reason no longer be common, everyone agrees that we may continue to represent ActRight Legal Foundation in the civil action and True the Vote, Inc. will make arrangements to obtain separate counsel. If you disagree on any issue, we will not be able to represent any one of you with respect to that issue if you are not able to resolve it. If the differences are serious enough, we may be required by the applicable ethical rules to withdraw from the civil action completely, in which case you will each have to seek other counsel.

FOLEY
FOLEY & LARDNER LLP



You agree that the Firm may disclose and discuss confidential or otherwise privileged information obtained in the course of its representation in the Matters with both Organizations. However all confidential information from each Organization shall be treated as confidential with respect to any third party, and all communications between the Firm and each Organization shall be deemed protected from disclosure to third parties by various privileges and immunities as applicable, including, without limitation, the attorney-client privilege and the doctrines of attorney work product, joint defense, and community of interest, or any other protections which would normally exist with respect to any third party.

**3. Staffing**

Michael Lockerby and I will retain primary responsibility for the legal services provided to the Organizations and will involve other attorneys and legal assistants in the Organizations' work when we believe that will be appropriate. We will keep the Organizations informed of our progress, and utilize our best efforts to respond to the Organizations as promptly as possible. In return, we need the Organizations to keep us informed of any developments that affect the Matters as soon as the Organizations become aware of them, and to be available when we need to consult with the Organizations.

**4. Conflicts of Interest**

We have checked our records and have determined that there is no conflict of interest that prevents us from working on the Matters.

**5. Advance Waiver of Conflict**

a. Our Firm has many other clients, and during our work for the Organizations, we might be asked by other clients to represent them in unrelated matters that involve the Organizations. We believe that we can handle these unrelated matters without affecting our ability to represent the Organizations vigorously in these Matters. Our ethical rules require us to obtain the Organization' consent to this advance waiver in writing.

b. The Organizations agree that, even though we represent the Organizations in these Matters, we may represent current or new clients in matters where their interests are directly adverse to the Organizations, but where the work is substantially unrelated to the Organizations' Matters. This will include our being trial counsel in litigation adverse to the Organizations. We agree that we will not use any confidential information obtained in representing the Organizations, and that we will, at the Organizations' request, screen other Firm lawyers from the Organizations' Matters to be sure that confidential information is not exchanged between the teams working on the Organizations' Matters and that of the other client(s).

6. **Fees and Billing**

a. Our Firm will represent the Organizations in the Matters on a *pro bono* basis; that is, the Organizations will not be charged for time spent by attorneys or paralegals on the Matters. However, ActRight Legal Foundation will be responsible for all costs generated in the course of our representation in the Matters, including court costs, filing fees, and other expenses (which we may ask ActRight Legal Foundation to pay directly) and costs incurred by us internally on the Organizations' behalf, such as faxing, photocopying and delivery costs (for which we will invoice ActRight Legal Foundation periodically).

b. We may send you an accounting of the value of time, using our standard rates, expended on behalf of the Organizations. We ask that the Organizations consider regarding this as the value of our in-kind donation to the Organizations and reflect this contribution in any way that you regularly recognize contributions of money or services.

c. Should we determine at any point during our representation or upon completion of this Matters to recover attorneys' fees or expenses from the opposing party or the court, the Organizations agree to cooperate fully in our effort to do so, and the Organizations further agree that any such recovery will belong exclusively to Foley & Lardner LLP.

7. **Limitations of Liability**

Foley & Lardner LLP is a limited liability partnership under the laws of Wisconsin. This means the Organizations' right to recover damages in a legal malpractice action that may exceed our insurance and Firm assets is limited to the personal assets of the attorneys whose acts or omissions gave rise to the Organization' claim.

8. **Termination of Representation**

a. Either of us may terminate this agreement at any time for any reason by written notice. Our Firm is subject to applicable rules of professional conduct when terminating a client engagement. If we terminate the engagement, our Firm will take all reasonable and practical steps to protect the Organizations' interests in the Matters and, at the Organizations' request, suggest possible new counsel. We will provide new counsel with any papers the Organizations have given us. If permission from the court is necessary for withdrawal, we will promptly apply for it, and the Organizations will engage new counsel to represent the Organizations.

b. After our representation of the Organizations in connection with the Matter is concluded, changes may occur in the applicable laws or regulations which could have an impact on the Organizations' future rights and liabilities. While we would be happy to

continue to represent the Organizations, we can assume no continuing obligation to advise the Organizations, on a *pro bono* basis or otherwise, with respect to future legal developments, unless the Organizations specifically engage us to provide additional advice.

9. **Disposition of Files and Records**

Following the termination of our representation in the Matters, any otherwise nonpublic information the Organizations have supplied to us which is retained by us will be kept confidential in accordance with applicable rules of professional conduct. At the Organizations' request, the Organizations' papers and property will be returned to the Organizations promptly. Our own files, including lawyer work product, pertaining to the matter will be retained by the Firm. These Firm files include, for example, Firm administrative records, time and expense reports, personnel and staffing materials, credit and accounting records, and internal lawyers' work product such as drafts, notes, internal memoranda and legal and factual research, including investigative reports, prepared by or for the internal use of lawyers. All such documents retained by the Firm will be transferred to the person responsible for administering our records retention program. For various reasons, including the minimization of unnecessary storage expenses, we reserve the right to destroy or otherwise dispose of any such documents or other materials retained by us within a reasonable time after the termination of the Matters, unless the Organizations request otherwise.

10. **Communication**

a. Periodically, the Firm may send information to clients about our Firm or legal matters that may be of general interest. The Organizations agree that our Firm may send the Organizations this material by electronic mail, among other means. The Organizations also agree that we may communicate with the Organizations on matters related to this representation by electronic mail on an unencrypted basis.

b. Either at the commencement or during the course of our representation, we may express opinions or beliefs concerning the Organizations' Matters and the results that might be anticipated. Any such statement made by any partner or employee of our Firm is intended to be an expression of opinion only, based on information available to us at the time, and should not be construed by the Organizations as a promise or guarantee.

If the arrangement described in this letter is acceptable to the Organizations, please confirm the Organizations' agreement by signing the attached Engagement Agreement in the space provided and return it to us.

FOLEY

FOLEY & LARDNER LLP



We appreciate the opportunity to represent the Organizations in these Matters and look forward to working with the Organizations.

Very truly yours,

FOLEY & LARDNER LLP

By: ______________________
Cleta Mitchell

Enclosure

**AGREED & ACCEPTED:**

**ACTRIGHT LEGAL FOUNDATION**

By: ______________________
Zachary S. Kester

Managing Attorney

8/19/13
Date

**TRUE THE VOTE, INC.**

By: ______________________
Catherine Engelbrecht

President

______________________
Date

## Certificate of Service

I hereby certify that on October 22, 2020, I caused the foregoing and all attachments thereto in the above-captioned matter to be filed under seal with the United States District Court for the District of Columbia via the Court's CM/ECF system. In addition, pursuant to LCvR 5.1, I served, via email, the foregoing and all attachments thereto upon all parties.

/s/ James Bopp, Jr.

James Bopp, Jr.