UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRUE THE VOTE, INC.,** <br><br> *Plaintiff*, <br><br> *v.* <br><br> **INTERNAL REVENUE SERVICE,** *et al.*, <br><br> *Defendants*. | Civ. No. 13-cv-00734-RBW |

# UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO QUASH

Plaintiff's former counsel in this matter respectfully request an extension of time to file a response to Plaintiff's Motion to Quash (Doc. 190).  Plaintiff's former counsel has conferred with counsel for Plaintiff and counsel for the United States and there is no objection to this Motion.

In support of this Motion, Plaintiff's former counsel state the following:

1.　Attorneys from the Public Interest Legal Foundation ("PILF"), Foley & Lardner, LLP ("Foley"), and the Center for Constitutional Jurisprudence acted as counsel of record for the Plaintiff in this litigation from May 21, 2013 until February 22, 2017.

2.　Following their withdrawal as counsel of record in this matter, counsel for PILF and Foley filed a Notice of Attorney's Charging Lien ("Attorney's Lien") with this Court on May 5, 2017. (Doc. 142). This Notice asserted former counsel's interest in the recovery of attorneys' fees, costs, and expenses obtained by the Plaintiff in this matter.

3.　On February 20, 2018, Plaintiff filed its Application and Motion for Attorneys' Fees, Costs, and Expenses Under the Equal Access to Justice Act. (Doc. 151) ("Fee Petition").

1

The Fee Petition included, *inter alia*, fees and expenses incurred by former counsel. (*See* Doc. 151-4 through 151-12.)

4. Additionally, former counsel submitted declarations in support of Plaintiff's Fee Petition. (Doc. 151-4, 151-6, 151-7).

5. On October 23, 2020, Plaintiff filed a motion to quash the Attorney's Lien that was filed on May 5, 2017.

6. Plaintiff's former counsel plan to file a response to Plaintiff's motion. Pursuant to LCvR7(b), such a response is currently due on November 6, 2020.

7. PILF is a public interest law firm dedicated to election integrity.

8. Counsel for PILF have been involved in numerous matters relating to the November 3, 2020 election. Counsel for PILF expect to be involved in additional matters in the days or weeks following the election.

9. Counsel for PILF need additional time to complete their response to Plaintiff's motion to quash in order to ensure the Court has the information needed to address the issues raised.

10. Counsel for PILF therefore requests that its deadline to response to Plaintiff's motion to quash be extended to November 13, 2020.

11. In accordance with the Chambers' General Order for Civil Cases Before the Honorable Reggie B. Walton ¶ 11, Plaintiff's former counsel declare as follows:

   a. Plaintiff's former counsel have not previously sought an extension of this response deadline.

b. The grounds for the motion are stated above.

c. The granting of this motion will not adversely impact the parties as Plaintiff's application for attorneys' fees is still pending.

d. In accordance with Local Rule 7(m), Plaintiff's former counsel conferred regarding the relief sought in this motion, and both Plaintiff and the United States do not oppose the requested relief.

Dated: November 2, 2020.

_____*/s/ Kaylan L. Phillips*_____
Kaylan L. Phillips (D.C. 1110583)
Noel H. Johnson (Wisc. 1068004)
Public Interest Legal Foundation
32 E. Washington, Suite 1675
Indianapolis, IN  46204
(317) 203-5599 (telephone)
(888) 815-5641 (fax)
kphillips@publicinterestlegal.org
njohnson@publicinterestlegal.org

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Motion for Extension of Time to be filed with the United States District Court for the District of Columbia via the Court's CM/ECF system.

Dated: November 2, 2020

                                                */s/ Kaylan L. Phillips*
                                                Kaylan Phillips
                                                kphillips@publicinterestlegal.org