**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **TRUE THE VOTE, INC.,** | |
| *Plaintiff*, | |
| *v.* | Civ. No. 13-cv-00734-RBW |
| **INTERNAL REVENUE SERVICE,** *et al.*, | |
| *Defendants*. | |

# PROPOSED ORDER

Before the Court is Plaintiff's former counsel's motion for extension of time to respond to Plaintiff's motion to quash attorney's lien. For good cause shown, the motion for leave is GRANTED. Plaintiff's former counsel may file a response to Plaintiff's Motion to Quash on or before November 13, 2020.

SO ORDERED this \_\_\_\_\_ day of _____, 2020.

_____
REGGIE B. WALTON
United States District Judge

1