UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **True the Vote, Inc.**;<br>　　　　　　　　　　*Plaintiff*,<br>　　v.<br>**Internal Revenue Service, et al.**;<br>　　　　　　　　　　*Defendants*. | **Civil Case No.** 1:13-cv-000734-RBW |

## Plaintiff's Unopposed Motion for Extension of Time to File Reply in Support of Plaintiff's Fourth Supplemental Application and Motion for Attorneys' Fees, Costs, and Expenses Under the Equal Access to Justice Act

Plaintiff, True The Vote, Inc., respectfully requests an extension of time to file a Reply in Support of Plaintiff's Fourth Supplemental Application and Motion for Attorneys' Fees, Costs, and Expenses Under the Equal Access to Justice Act ("**Reply**"). ECF No. 188. Plaintiff requests that its deadline for this Reply be extended to November 27, 2020.

In support of this Motion, Plaintiff's counsel state the following:

1. Attorneys from THE BOPP LAW FIRM, PC ("**BLF**") have several urgent litigation deadlines in other matters in various district courts throughout the country that cannot be rescheduled.

2. Due to these conflicting litigation deadlines, BLF counsel for Plaintiff need additional time to complete their Reply.

3. In accordance with the Chambers' General Order for Civil Cases Before the Honorable Reggie B. Walton ¶ 11, Plaintiff's counsel declare as follows:

　　a.　　Plaintiff's counsel have not previously sought an extension of this Reply

**Pl.'s Mot. for Extension
to File Reply in Supp.
Fourth Supp'l. Appl.**　　　　　　　　　　-1-

        deadline.

    b.    The grounds for the motion are stated above.

    c.    The granting of this motion will not adversely impact the parties as the Plaintiff's Motion for fees is still pending

    d.    In compliance with LCvR (7)(m), counsel for TTV discussed this motion with counsel for the Defendant in a good faith effort to determine whether the Defendant would oppose the relief sought. Defendant does not oppose this motion.

**WHEREFORE**, Plaintiff True the Vote, Inc. prays this Court grant *Plaintiff's Unopposed Motion for Extension of Time to File Reply in Support of Plaintiff's Fourth Supplemental Application and Motion for Attorneys' Fees, Costs, and Expenses Under the Equal Access to Justice Act,* and order this Reply to be filed by November 27, 2020, inclusive.

**Pl.'s Mot. for Extension
to File Reply in Supp.
Fourth Supp'l. Appl.**        -2-

|  |  |
|---|---|
| November 9, 2020 | Respectfully submitted, |
|  | /s/ James Bopp, Jr. |
|  | James Bopp, Jr. (D.C. Bar No. CO0041) |
|  | jboppjr@aol.com |
|  | Jeffrey P. Gallant* |
|  | jgallant@bopplaw.com |
|  | Courtney Turner Milbank* |
|  | cmilbank@bopplaw.com |
|  | Melena S. Siebert* |
|  | msiebert@bopplaw.com |
|  | THE BOPP LAW FIRM, P.C. |
|  | The National Building |
|  | 1 South 6th Street |
|  | Terre Haute, Indiana 47807 |
|  | (812) 232-2434 |
|  | (812) 235-3685 (fax) |
|  | *Attorneys for Plaintiff* |
|  | *Admitted *pro hac vice* |