UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **True the Vote, Inc.**;<br>          *Plaintiff*,<br>v.<br><br>**Internal Revenue Service, et al.**;<br>          *Defendants*. | **Civil Case No.** 1:13-cv-000734-RBW |

## Proposed Order

Before the Court is Plaintiff's unopposed motion for extension of time to file its Reply in Support of Plaintiff's Fourth Supplemental Application and Motion for Attorneys' Fees, Costs, and Expenses Under the Equal Access to Justice Act. For good cause shown, the motion for the extension of time to file this Reply is GRANTED. Plaintiff may file a Reply in Support of Plaintiff's Fourth Supplemental Application and Motion for Attorneys' Fees, Costs, and Expenses Under the Equal Access to Justice Act on or before November 27, 2020.

SO ORDERED this _____ day of _____, 2020.

                      _____
                      REGGIE B. WALTON
                      United States District Judge