**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **TRUE THE VOTE, INC.,**<br><br>*Plaintiff*,<br><br>*v.*<br><br>**INTERNAL REVENUE SERVICE, *et al.*,**<br><br>*Defendants*. | Civ. No. 13-cv-00734-RBW |

**Former Attorneys' Motion for Leave to File Sealed Response to Plaintiff's Sealed Motion to Quash**

Pursuant to Local Rule 5.1(h), Public Interest Legal Foundation and Foley and Lardner LLP (together, "Former Attorneys") respectfully move this Court for leave to file the attached document under seal. Counsel for Former Attorneys sought the parties' positions on this Motion. Plaintiff stated that it has no objection. The Government stated that it cannot consent.

The document requested to be filed under seal is Former Attorneys' response to Plaintiff's sealed Motion to Quash PILF's and Foley's Attorney's Charging Lien ("Plaintiff's Motion to Quash") (Doc. 190). Plaintiff's Motion to Quash and accompanying exhibits were accepted for filing under seal by this Court because they contain confidential business information and references to the terms of confidential agreements. (*See* Doc. 190 at 1 (explaining basis for filing under seal); *see* Minute Order of Oct. 23, 2020 granting Plaintiff's Motion to Seal).)

Former Attorneys' response to Plaintiff's sealed Motion to Quash also contains references to the terms of confidential agreements that are presently filed under seal.

**"FILED UNDER SEAL"**

Former Attorneys' response has been marked with **"FILED UNDER SEAL"** on the bottom right of each page. Former Attorneys will contemporaneously serve all parties with the attached documents and Notice of Electronic Filings via email.

**WHEREFORE**, Former Attorneys respectfully request that this Court grant this Motion to Seal and accept the attached response for filing under seal.

Dated: November 13, 2020

Michael J. Lockerby (D.C. 502987)
Cleta Mitchell (D.C. 433386)
FOLEY & LARDNER, LLP
3000 K Street NW Suite #600
Washington Harbour
Washington, DC 20007
(202) 672-5300 (telephone)
(202) 672-5399 (fax)
mlockerby@foley.com
cmitchell@foley.com

William E. Davis (D.C. 280057)
FOLEY & LARDNER, LLP
One Biscayne Tower
2 South Biscayne Boulevard
Suite 1900
Miami, FL 33131
(305) 482-8404 (telephone)
(305) 482-8600 (fax)
wdavis@foley.com

*/s/ Kaylan L. Phillips*
Kaylan L. Phillips (D.C. 1110583)
Noel H. Johnson (Wisc. 1068004)
Public Interest Legal Foundation
32 E. Washington, Suite 1675
Indianapolis, IN 46204
(317) 203-5599 (telephone)
(888) 815-5641 (fax)
kphillips@publicinterestlegal.org
njohnson@publicinterestlegal.org

John C. Eastman
Center for Constitutional Jurisprudence
c/o Chapman University Fowler School of Law
One University Dr.
Orange, CA 92866
(877) 855-3330
jeastman@chapman.edu

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2020, I caused the foregoing and attachment thereto in the above-captioned matter to be filed under seal with the United States District Court for the District of Columbia via the Court's CM/ECF system. In addition, I served, via email, the foregoing and all attachments thereto upon all parties.

Dated: November 13, 2020

*/s/ Kaylan L. Phillips*
Kaylan Phillips
kphillips@publicinterestlegal.org

"FILED UNDER SEAL"