**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **True the Vote, Inc.**; | |
| *Plaintiff*, | **Civil Case No.** 1:13-cv-000734-RBW |
| *v.* | |
| **Internal Revenue Service, et al.**; | |
| *Defendant*s. | |

## Plaintiff's Unopposed Motion for Extension of Time to File Reply in Support of Plaintiff's Motion to Quash PILF's and Foley's Attorney's Charging Lien

Plaintiff, True The Vote, Inc., respectfully requests an extension of time to file a Reply in Support of Plaintiff's Motion to Quash PILF's and Foley's Attorney's Charging Lien ("**Reply**"). ECF No. 189-1 (Motion to Quash Filed Under Seal). Plaintiff requests that its deadline for this Reply be extended to November 30, 2020.

In support of this Motion, Plaintiff's counsel state the following:

1.   Attorneys from THE BOPP LAW FIRM, PC ("**BLF**") have several other litigation matters that conflict with the original deadline for filing the Reply.

2.   Due to these conflicting litigation deadlines, BLF counsel for Plaintiff need additional time to complete their Reply.

3.   In accordance with the Chambers' General Order for Civil Cases Before the Honorable Reggie B. Walton ¶ 11, Plaintiff's counsel declare as follows:

a.      Plaintiff's counsel have not previously sought an extension of this Reply

**Pl.'s Mot. for Extension**
**to File Reply in Supp.**
**Mot. to Quash Attny. Lien**                    -1-

deadline.

b.      The grounds for the motion are stated above.

c.      The granting of this motion will not adversely impact the parties as the

Plaintiff's Motion for fees is still pending

d.      In compliance with LCvR (7)(m), counsel for TTV discussed this motion

with counsel for the counsel for PILF ("PILF Attorneys")in a good faith

effort to determine whether PILF Attorneys would oppose the relief

sought. PILF Attorneys does not oppose this motion. Counsel for TTV

also discussed this motion for Defendant IRS' counsel. Defendant IRS has

not stated its position on this Motion.

**WHEREFORE**, Plaintiff True the Vote, Inc. prays this Court grant *Plaintiff's Unopposed*

*Motion for Extension of Time to File a Reply in Support of Plaintiff's Motion to Quash PILF's*

*and Foley's Attorney's Charging Lien ,* and order this Reply to be filed by November 30, 2020,

inclusive.

**Pl.'s Mot. for Extension
to File Reply in Supp.
Mot. to Quash Attny. Lien**                -2-

November 17, 2020                              Respectfully submitted,

                                                      /s/ James Bopp, Jr.

James Bopp, Jr. (D.C. Bar No. CO0041)
 jboppjr@aol.com
Jeffrey P. Gallant*
 jgallant@bopplaw.com
Courtney Turner Milbank*
 cmilbank@bopplaw.com
Melena S. Siebert*
 msiebert@bopplaw.com
THE BOPP LAW FIRM, P.C.
The National Building
1 South 6th Street
Terre Haute, Indiana 47807
(812) 232-2434
(812) 235-3685 (fax)
*Attorneys for Plaintiff*
*Admitted pro hac vice*

**Pl.'s Mot. for Extension**
**to File Reply in Supp.**
**Mot. to Quash Attny. Lien**          -3-