UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **True the Vote, Inc.**;<br>              *Plaintiff*,<br>v.<br><br>**Internal Revenue Service, et al.**;<br>              *Defendant*s. | **Civil Case No.** 1:13-cv-000734-RBW |

## Proposed Order

Before the Court is Plaintiff's unopposed motion for extension of time to file its Reply in Support of Plaintiff's Motion to Quash PILF's and Foley's Attorney's Charging Lien. For good cause shown, the motion for the extension of time to file this Reply is GRANTED. Plaintiff may file a Reply in Support of Plaintiff's Motion to Quash PILF's and Foley's Attorney's Charging Lien on or before November 30, 2020.

SO ORDERED this \_\_\_\_\_ day of _____, 2020.

_____
REGGIE B. WALTON
United States District Judge