**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **TRUE THE VOTE, INC.,**<br><br>*Plaintiff*,<br><br>*v.*<br><br>**INTERNAL REVENUE SERVICE, *et al*.,**<br><br>*Defendants*. | Civ. No. 13-cv-00734-RBW |

**ORDER**

Upon consideration of Plaintiff's Motion to Quash Attorney's Charging Lien and Former Attorneys' Response in Opposition, it is hereby

**ORDERED** that the Motion to Quash is **DENIED.**

IT IS SO ORDERED this _________ day of __________________, 2020.

______________________________
United States District Judge

"FILED UNDER SEAL"