# United States District Court
# For the District of Columbia

| | |
|---|---|
| **True the Vote, Inc.**; *Plaintiff*, *v.* **Internal Revenue Service, et al.**; *Defendants*. | **Civil Case No.** 1:13-cv-000734-RBW |

## Plaintiff's Motion for Leave to File Documents Under Seal

Pursuant to Local Rule 5.1(h), Plaintiff True the Vote, Inc. ("**TTV**") respectfully moves this Court for leave to file certain documents under seal.

Attached to this Motion for Leave are the documents requested to be filed under seal: (1) Plaintiff's Reply in Support of Plaintiff's Motion to Quash PILF's and Foley's Attorney's Charging Lien ("**Reply**"); (2) TTV's Proposed Order for its Motion to Quash; and (3) Exhibit A to the Reply ("**Governing Agreement**").

The Governing Agreement contains a specific contractual agreement that the parties will not divulge the terms of the agreement to any party that does not have a legal interest in the agreement. The PILF, Foley, and BLF agreements all contain confidential business information that should be protected as well. Likewise, the Reply contains references to terms in the Governing, PILF, Foley, and BLF agreements.

Each of these attached documents have been marked with **"FILED UNDER SEAL"** on the bottom right of each page. Pursuant to Local Rule 5.1(h) and this Court's Instructions on filing motions for leave to file documents under seal, Plaintiff has served all parties with the

documents and the Notice of Electronic Filing via email.

**WHEREFORE**, Plaintiff True the Vote, Inc. prays this Court grant Plaintiff's Motion for Leave to File Documents Under Seal.

November 30, 2020

Respectfully submitted,
/s/ James Bopp, Jr.
James Bopp, Jr. (D.C. Bar No. CO0041)
jboppjr@aol.com
Jeffrey P. Gallant*
jgallant@bopplaw.com
Courtney Turner Milbank*
cmilbank@bopplaw.com
Melena S. Siebert*
msiebert@bopplaw.com
THE BOPP LAW FIRM, P.C.
The National Building
1 South 6th Street
Terre Haute, Indiana 47807
(812) 232-2434
(812) 235-3685 (fax)
*Attorneys for Plaintiff*
*Admitted *pro hac vice*

## Certificate of Service

I hereby certify that on November 30, 2020, I caused the foregoing and all attachments thereto in the above-captioned matter to be filed under seal with the United States District Court for the District of Columbia via the Court's CM/ECF system. In addition, pursuant to LCvR 5.1, I served, via email, the foregoing and all attachments thereto upon all parties.

/s/ James Bopp, Jr.
James Bopp, Jr.