**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **True the Vote, Inc.**;<br>*Plaintiff*,<br>*v.*<br><br>**Internal Revenue Service, et al.**;<br>*Defendant*s. | **Civil Case No.** 1:13-cv-000734-RBW |

## Proposed Order

Upon consideration of Plaintiff's Motion to Quash PILF's and Foley's Attorney's Charging Lien, Former Attorneys' Response in Opposition, and Plaintiff's Reply in Support of Plaintiff's Motion to Quash PILF's and Foley's Attorney's Charging Lien, it is hereby

**ORDERED** that the Motion is **GRANTED**.

SO ORDERED this _____ day of __________________, 2020.

_________________________
REGGIE B. WALTON
United States District Judge



"FILED UNDER SEAL"