

**TRUE the VOTE**

February 21, 2017

Mr. Noel H. Johnson
Public Interest Legal Foundation
32 E. Washington St. Suite 1675
Indianapolis, IN 46204

Mrs. Cleta Mitchell
Foley and Lardner, LLP
Washington Harbour
3000 K Street, NW Suite 600
Washington, DC 20007

Dear Mr. Johnson and Mrs. Mitchell -

Please accept this letter as formal notice that you are hereby released from any obligation and or contract to litigate on my behalf or to represent me as legal counsel, effective immediately.

I will contact you further regarding my new counsel, once counsel is obtained. Any inquiries can be directed to Mr. Brock Akers at 713.877.2500.

Sincerely,

Catherine Engelbrecht
True the Vote

M  713.401.3550    W  www.truethevote.org    A  PO Box 131768 | Houston, Texas 77219-1768

Ex B Termination Letter



## Certificate of Service

I hereby certify that on October 22, 2020, I caused the foregoing and all attachments thereto in the above-captioned matter to be filed under seal with the United States District Court for the District of Columbia via the Court's CM/ECF system. In addition, pursuant to LCvR 5.1, I served, via email, the foregoing and all attachments thereto upon all parties.

/s/ James Bopp, Jr.

James Bopp, Jr.
