# LEGAL SERVICES AGREEMENT

# SUMMARY



Page 1 of 6

Ex C PILF Agreement



Page of 6

Ex C PILF Agreement

## Particular Terms of this Contract



Ex C PILF Agreement



Page 4 of 6

Ex C PILF Agreement



Page 5 of 6



Case 1:13-cv-00734-RBW   Document 200-5   Filed 12/11/20   Page 6 of 7

## Certificate of Service

I hereby certify that on October 22, 2020, I caused the foregoing and all attachments thereto in the above-captioned matter to be filed under seal with the United States District Court for the District of Columbia via the Court's CM/ECF system. In addition, pursuant to LCvR 5.1, I served, via email, the foregoing and all attachments thereto upon all parties.

/s/ James Bopp, Jr.

James Bopp, Jr.

Ex C PILF Agreement