

June 24, 2013

VIA E-MAIL



Ex D Foley Agreement



Ex D Foley Agreement



Ex D Foley Agreement



Ex D Foley Agreement



Ex D Foley Agreement

Ex D Foley Agreement

# Certificate of Service

I hereby certify that on October 22, 2020, I caused the foregoing and all attachments thereto in the above-captioned matter to be filed under seal with the United States District Court for the District of Columbia via the Court's CM/ECF system. In addition, pursuant to LCvR 5.1, I served, via email, the foregoing and all attachments thereto upon all parties.

/s/ James Bopp, Jr.

James Bopp, Jr.