UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRUE THE VOTE, INC.,**<br><br>*Plaintiff*,<br><br>v.<br><br>**INTERNAL REVENUE SERVICE,** *et al.*,<br><br>*Defendants*. | Civ. No. 13-cv-00734-RBW |

# NOTICE OF COMPLIANCE WITH COURT ORDER

Pursuant to this Court's order on November 17, 2020, Plaintiff's Former Attorneys herein file on the public docket a proposed redacted version of their response in opposition to Plaintiff's motion to quash, ECF No. 194-2.

Dated: December 11, 2020

　　　*/s/ Kaylan L. Phillips*
Kaylan L. Phillips (D.C. 1110583)
Noel H. Johnson (Wisc. 1068004)
Public Interest Legal Foundation
32 E. Washington, Suite 1675
Indianapolis, IN  46204
(317) 203-5599 (telephone)
(888) 815-5641 (fax)
kphillips@publicinterestlegal.org
njohnson@publicinterestlegal.org

1

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Notice of Compliance with Court Order to be filed with the United States District Court for the District of Columbia via the Court's CM/ECF system.

Dated: December 11, 2020

                                                  */s/ Kaylan L. Phillips*
                                                Kaylan Phillips
                                                kphillips@publicinterestlegal.org