UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRUE THE VOTE, INC.,**<br><br>*Plaintiff*,<br><br>v.<br><br>**INTERNAL REVENUE SERVICE**, *et al.*,<br><br>*Defendants*. | Civ. No. 13-cv-00734-RBW |

# OPPOSED MOTION FOR LEAVE
# TO FILE SUPPLEMENTAL BRIEF

Plaintiff's Former Attorneys respectfully request leave to file a supplemental brief regarding Plaintiff's motion to quash. ECF No. 190. The undersigned has conferred with counsel for the parties. The Plaintiff objects to this motion. Counsel for the Government stated that they have no opposition to this request.

In support of this Motion, Plaintiff's Former Attorneys state the following:

1. On May 5, 2017, Plaintiff's Former Attorneys filed a Notice of Attorney's Charging Lien. ECF No. 142.

2. Over three years later, Plaintiff filed a motion to quash the Attorney's Charging Lien. ECF No. 190.

3. On November 13, 2020, Plaintiff's Former Attorneys filed a timely opposition to Plaintiff's motion to quash. ("Opposition"). ECF No. 194.

4. Almost two weeks after Plaintiff's Former Attorneys filed their opposition to Plaintiff's motion to quash, a complaint was filed against Plaintiff alleging, *inter alia*, breach of

1

contract and conversion. *Eshelman v. True the Vote, Inc.*, No. 4:20-cv-04034 (S.D. Tex. Filed Nov. 25, 2020). A true and correct copy of the Amended Complaint is attached herein as an exhibit.

5.    On December 31, 2020, the plaintiff in *Eshelman* filed an Amended Complaint that, in part, added as defendants the law firm representing Plaintiff in this matter, the Bopp Law Firm, along with Plaintiff's attorney James Bopp, Jr.

6.    Plaintiff's Former Attorneys respectfully request leave to file a short supplement to their Opposition in order to address potential implications of *Eshelman v. True the Vote, Inc.* to the pending motions in this case. Such a supplemental brief shall be no more than three (3) pages.

7.    Plaintiff's Former Attorneys do not object to the Court allowing Plaintiff leave to file a contemporaneous supplemental brief of no more than three (3) pages.

Dated: January 28, 2021

_____*/s/ Kaylan L. Phillips*_____
Kaylan L. Phillips (D.C. 1110583)
Public Interest Legal Foundation
32 E. Washington, Suite 1675
Indianapolis, IN  46204
(317) 203-5599 (telephone)
(888) 815-5641 (fax)
kphillips@publicinterestlegal.org

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Motion for Leave to be filed with the United States District Court for the District of Columbia via the Court's CM/ECF system.

Dated: January 28, 2021

                                             */s/ Kaylan L. Phillips*
                                             Kaylan Phillips
                                             kphillips@publicinterestlegal.org