UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRUE THE VOTE, INC.,**<br><br>*Plaintiff,*<br><br>v.<br><br>**INTERNAL REVENUE SERVICE,** *et al.***,**<br><br>*Defendants*. | Civ. No. 13-cv-00734-RBW |

# PROPOSED ORDER

Before the Court is Plaintiff's Former Attorneys' motion for leave to file a supplemental brief. For good cause shown, the motion for leave is GRANTED.

SO ORDERED this \_\_\_\_\_ day of _____, 2021.

_____
REGGIE B. WALTON
United States District Judge

1