UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **True the Vote, Inc.**;  *Plaintiff*,  v.  **Internal Revenue Service, et al.**;  *Defendant*s. | **Civil Case No.** 1:13-cv-000734-RBW |

## Proposed Order

Upon consideration of Former Attorneys Motion for Leave to File Supplemental Brief, it is hereby

**ORDERED** that the Motion is **DENIED**.

SO ORDERED this _____ day of _____, 2021.

_____
REGGIE B. WALTON
United States District Judge

-1-