# United States District Court
# For the District of Columbia

| **True the Vote, Inc.**; | |
| --- | --- |
| *Plaintiff*, | |
| v. | **Civil Case No.** 1:13-cv-000734-RBW |
| **Internal Revenue Service, et al.**; | |
| *Defendant*s. | |

## Plaintiff's Notice of Case Related to Supplemental Briefing Request Dismissed

Former attorneys requested this Court's leave to file a supplement to "address potential implications" of *Eshelman v. True the Vote, Inc.*, No. 4:20-cv-04034 (S.D. Tex Filed Nov. 25, 2020) to the pending motions in this case. Plaintiff respectfully notifies this Court that the Eshelman voluntarily dismissed his complaint as to all defendants on February 1, 2021. The dismissal is attached as Exhibit A. Because of this dismissal, Plaintiff respectfully asserts that Former Attorneys' Motion for Leave for Supplemental Briefing is moot.

February 1, 2021

Respectfully submitted,
/s/ James Bopp, Jr.
James Bopp, Jr. (D.C. Bar No. CO0041)
 jboppjr@aol.com
Jeffrey P. Gallant*
 jgallant@bopplaw.com
Courtney Turner Milbank*
 cmilbank@bopplaw.com
Melena S. Siebert*
 msiebert@bopplaw.com
THE BOPP LAW FIRM, P.C.
The National Building
1 South 6th Street
Terre Haute, Indiana 47807
(812) 232-2434
(812) 235-3685 (fax)
*Attorneys for Plaintiff*
*Admitted *pro hac vice*

## Certificate of Service

I hereby certify that on February 1, 2021, I caused the foregoing and all attachments thereto in the above-captioned matter to be filed with the United States District Court for the District of Columbia via the Court's CM/ECF system.

/s/ James Bopp, Jr.
James Bopp, Jr.
