
# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRUE THE VOTE, INC.,** *Plaintiff*, <br><br> v. <br><br> **INTERNAL REVENUE SERVICE,** *et al.*, <br><br> *Defendants*. | Civ. No. 13-cv-00734-RBW |

## REPLY TO MOTION FOR LEAVE
## TO FILE SUPPLEMENTAL BRIEF

Plaintiff's Former Attorneys respectfully request leave to file a supplemental brief regarding Plaintiff's motion to quash so they may address filings against the Plaintiff after their responsive brief was filed. Plaintiff's Former Attorneys herein reply to address one issue raised by the Plaintiff.

On February 1, 2021, Plaintiff filed a response to the motion. ECF No. 203. That same day, Plaintiff filed another document, styled as a Notice, claiming that Plaintiff's Former Attorneys' motion is moot because the case referenced in Plaintiff's Former Attorneys' motion, *Eshelman v. True the Vote, Inc.*, No. 4:20-cv-04034 (S.D. Tex. Filed Nov. 25, 2020), had just been voluntarily dismissed. ECF No. 204. In fact, prior to the filing of Plaintiff's Notice, Mr. Eshelman filed a substantially similar lawsuit against the Plaintiff in Texas State Court. *Eshelman v. True the Vote, Inc, et al.*, No. 2021V-0015 (District Court of Texas, 155th Judicial District, Austin County, filed February 1, 2021). A copy of the time-stamped filing is attached hereto.

1

Plaintiff's Former Attorneys respectfully request leave to file a supplemental brief to address *Eshelman v. True the Vote, Inc.*, now pending in Texas state court.

Dated: February 2, 2021

      */s/ Kaylan L. Phillips*
Kaylan L. Phillips (D.C. 1110583)
Public Interest Legal Foundation
32 E. Washington, Suite 1675
Indianapolis, IN 46204
(317) 203-5599 (telephone)
(888) 815-5641 (fax)
kphillips@publicinterestlegal.org

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing document to be filed with the United States District Court for the District of Columbia via the Court's CM/ECF system.

Dated: February 2, 2021

                                                   */s/ Kaylan L. Phillips*
                                                   Kaylan Phillips
                                                   kphillips@publicinterestlegal.org