# United States District Court
# For the District of Columbia

| | |
|---|---|
| **True the Vote, Inc.**;<br><br>*Plaintiff*,<br><br>v.<br><br>**Internal Revenue Service, et al.**;<br><br>*Defendant*s. | **Civil Case No.** 1:13-cv-000734-RBW |

## Plaintiff's Notice of State Court Case and Incorporation of Opposition

Former attorneys requested this Court's leave to file a supplement to "address potential implications" of *Eshelman v. True the Vote, Inc.*, No. 4:20-cv-04034 (S.D. Tex Filed Nov. 25, 2020) to the pending motions in this case. Plaintiff respectfully notified this Court that the Eshelman voluntarily dismissed his complaint as to all defendants on February 1, 2021. As Former Attorneys correctly note, Mr. Eshelman filed a similar case in Texas State Court. *Eshelman v. True the Vote, Inc., et al.*, No. 2021V-0015 (District Court of Texas, 155th Judicial District, Austin County, filed February 1, 2021). Although Former Attorneys note the Texas State Court case was filed before Plaintiff's Notice of the federal case dismissal was filed, *see* ECF No. 205, Plaintiff's counsel did not receive notice from Eshelman's attorneys that the state court case had been filed until after they had filed the Notice of dismissal to this Court. Nevertheless, Plaintiff's incorporate by reference their opposition to Former Attorneys Motion for Leave to File Supplemental Brief. *See* ECF No. 203. Former Attorneys have not, and cannot, provide any legal or logical bases for how any question answered in the Eshelman matter could be helpful to the Court or promote the fair and efficient administration of justice in this case.

1

February 2, 2021                    Respectfully submitted,
                                    /s/ James Bopp, Jr.
                                    James Bopp, Jr. (D.C. Bar No. CO0041)
                                     jboppjr@aol.com
                                    Jeffrey P. Gallant*
                                     jgallant@bopplaw.com
                                    Courtney Turner Milbank*
                                     cmilbank@bopplaw.com
                                    Melena S. Siebert*
                                     msiebert@bopplaw.com
                                    THE BOPP LAW FIRM, P.C.
                                    The National Building
                                    1 South 6th Street
                                    Terre Haute, Indiana 47807
                                    (812) 232-2434
                                    (812) 235-3685 (fax)
                                    *Attorneys for Plaintiff*
                                    *Admitted *pro hac vice*

## Certificate of Service

      I hereby certify that on February 2, 2021, I caused the foregoing and all attachments thereto in the above-captioned matter to be filed with the United States District Court for the District of Columbia via the Court's CM/ECF system.

<u>/s/ James Bopp, Jr.</u>
James Bopp, Jr.
