**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **TRUE THE VOTE, INC.,** | |
| *Plaintiff*, | |
| *v.* | Civ. No. 13-cv-00734-RBW |
| **INTERNAL REVENUE SERVICE, *et al*.,** | |
| *Defendants*. | |

## NOTICE OF STATE COURT CASE

On January 28, 2021, Plaintiff's Former Attorneys requested leave to file a supplemental brief regarding Plaintiff's motion to quash. ECF No. 202. In the reply to their motion for leave, ECF No. 205, Plaintiff's Former Attorneys notified the Court of a lawsuit filed in Texas state court. *Eshelman v. True the Vote, Inc, et al.*, No. 2021V-0015 (District Court of Texas, 155th Judicial District, Austin County, filed February 1, 2021). Plaintiff's Former Attorneys respectfully notify the Court that the above-mentioned case has been dismissed. Plaintiff's Former Attorneys will notify the Court of any further relevant case developments.

Dated: May 12, 2021

_____/s/ Kaylan L. Phillips_____
Kaylan L. Phillips (D.C. 1110583)
Public Interest Legal Foundation
32 E. Washington, Suite 1675
Indianapolis, IN  46204
(317) 203-5599 (telephone)
(888) 815-5641 (fax)
kphillips@publicinterestlegal.org

1

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing document to be filed with the United States

District Court for the District of Columbia via the Court's CM/ECF system.


Dated: May 12, 2021

                                     */s/ Kaylan L. Phillips*
                                       Kaylan Phillips
                                       kphillips@publicinterestlegal.org