IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRUE THE VOTE, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:13-cv-00734-RBW |
| ) | |
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**
**OF STEVEN M. DEAN**

Pursuant to Local Civil Rule 83.6(b), please notice the withdrawal of attorney Steven M. Dean from appearing as one of the attorneys on behalf of the United States of America in this case. Joseph A. Sergi remains as lead counsel for the United States in this matter.

UNITED STATES OF AMERICA

By: */s/ Steven M. Dean*
STEVEN M. DEAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C. 20044
202-307-6499 (v)
202-514-5238 (f)
Steven.M.Dean@usdoj.gov

s/ Joseph A. Sergi
JOSEPH A. SERGI (DC 480837)
Senior Litigation Counsel
U.S. Department of Justice, Tax Division
One Constitution Square
1275 1St Street, NE
Washington, DC 20530 (202) 305-0868;
(202) 307-2504 (FAX)
Joseph.A.Sergi@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of October, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

                                        */s/ Steven M. Dean*
                                        STEVEN M. DEAN
                                        Trial Attorney
                                        United States Department of Justice, Tax Division