# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRUE THE VOTE, INC.,** | |
| *Plaintiff*, | |
| *v.* | Civ. No. 13-cv-00734-RBW |
| **INTERNAL REVENUE SERVICE**, *et al*., | |
| *Defendants*. | |

## NOTICE OF CHANGE OF ADDRESS

Public Interest Legal Foundation submits this Notice of Change of Address for its counsel Kaylan L. Phillips. All future correspondence, service of pleadings, and other documents submitted in hard copy should be directed to the following address:

107 S West St, Suite #700, Alexandria, VA 22314

Respectfully submitted this 13th day of January 2023,

*/s/ Kaylan L. Phillips*
Kaylan L. Phillips (D.C. 1110583)
Public Interest Legal Foundation
107 S West St, Suite #700
Alexandria, VA 22314
(703) 745-5870 (telephone)
(888) 815-5641 (fax)
kphillips@publicinterestlegal.org
*Counsel for Public Interest Legal Foundation*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 13, 2023, I caused the foregoing to be filed with the

United States District Court for the District of Columbia via the Court's CM/ECF system,

which will serve all registered users.

Dated: January 13, 2023

   /s/   Kaylan L. Phillips
Kaylan L. Phillips (D.C. 1110583)
kphillips@publicinterestlegal.org
*Counsel for Public Interest Legal*
*Foundation*