AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| TRUE THE VOTE, INC., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 13-cv-00734-RBW |
| INTERNAL REVENUE SERVICE, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Movant-Intervenor The Center for Investigative Reporting.

Date: 01/17/2023

*/s/ Alden L. Atkins*
*Attorney's signature*

Alden L. Atkins [DC 393922]
*Printed name and bar number*

VINSON & ELKINS LLP
2200 Pennsylvania Avenue, N.W.
Suite 500 West
Washington, DC 20037
*Address*

aatkins@velaw.com
*E-mail address*

(202) 639-6500
*Telephone number*

(202) 639-6604
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2023, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent by email to all parties by operation of the Court's CM/ECF system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

*/s/ Alden L. Atkins*
Alden L. Atkins