UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRUE THE VOTE, INC.,

                    *Plaintiff*,

v.

INTERNAL REVENUE SERVICE, *et al.*,

                    *Defendants*.

Civ. No. 13-cv-00734-RBW

## DECLARATION FOR ADMISSION *PRO HAC VICE*

I, Charles Lincoln Wesley ("Applicant"), hereby declare under penalty of perjury the following:

1. I make this declaration upon personal knowledge and am competent to testify to the facts set forth herein.

2. I am an Associate at the law firm of Vinson & Elkins LLP and co-counsel for The Center for Investigative Reporting, Inc. ("Movant"). My office address is 2200 Pennsylvania Ave. NW, Suite 500 West, Washington, DC 20037. My telephone number is (202) 639-6505.

3. I am a member of the Bar of the District of Columbia and was admitted on December 18, 2017.

4. I certify that I have not been disbarred, censured, or disciplined by any bar. There are no pending disciplinary actions against me. A copy of my certificate of good standing issued by the DC Bar on January 12, 2023 is provided pursuant to Local Rule 83.2(c).

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. My application for admission to practice before this Court, filed on January 13, 2023, is currently pending.

The name, address, and telephone number of the sponsoring attorney of record for Movant is:

> Alden L. Atkins (D.C. Bar No. 00393922)
> VINSON & ELKINS LLP
> 2200 Pennsylvania Avenue, NW Suite 500 West
> Washington, D.C. 20037
> Telephone: 202-639-6613
> Facsimile: 202-879-8813
> Email: aatkins@velaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of January, 2023

*[signature]*
Charles Lincoln Wesley
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, D.C. 20037-1701
Telephone: 202-639-6505
Facsimile: 202-639-6604
Email: lwesley@velaw.com