UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRUE THE VOTE, INC.,

        *Plaintiff*,

v.

INTERNAL REVENUE SERVICE, *et al.*,

        *Defendants*.

Civ. No. 13-cv-00734-RBW

## DECLARATION FOR ADMISSION *PRO HAC VICE*

I, Peter B. Steffensen ("Applicant"), hereby declare under penalty of perjury the following:

1. I make this declaration upon personal knowledge and am competent to testify to the facts set forth herein.

2. I am a law fellow at SMU Dedman School of Law First Amendment Clinic and co-counsel for The Center for Investigative Reporting, Inc. ("Movant"). My office address is 3315 Daniel Avenue, Dallas, Texas 75275. My telephone number is 214-768-4077.

3. I am a member of the Bar of the State of Texas. I was also admitted to practice law in the following federal courts on the following dates:

- United States District Court for the Western District of Texas (03/07/2018)
- United States District Court for the Southern District of Texas (11/29/2018)
- United States District Court for the Eastern District of Texas (06/17/2022)
- United States District Court for the Northern District of Texas (06/21/2022)
- United States Court of Appeals for the Fifth Circuit (04/15/2019)

1

4. I certify that I have not been disbarred, censured, or disciplined by any bar. There are no pending disciplinary actions against me. A copy of my certificate of good standing issued by the Texas Bar on November 21, 2022 is provided pursuant to Local Rule 83.2(c).

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. The name, address, and telephone number of the sponsoring attorney of record for Movant is:

> Alden L. Atkins (D.C. Bar No. 00393922)
> VINSON & ELKINS LLP
> 2200 Pennsylvania Avenue, NW Suite 500 West
> Washington, D.C. 20037
> Telephone: 202-639-6613
> Facsimile: 202-879-8813
> Email: aatkins@velaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of January, 2023

> Peter B. Steffensen
> Texas Bar No. 24106464
> SMU DEDMAN SCHOOL OF LAW
> FIRST AMENDMENT CLINIC
> 3315 Daniel Avenue (75205)
> P.O. Box 750116
> Dallas, Texas 75275-0116
> Tel.: (214) 768-4077
> Fax: (214) 768-1611
> Email: psteffensen@mail.smu.edu