**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **TRUE THE VOTE, INC.,**  *Plaintiff*,  v.  **INTERNAL REVENUE SERVICE,** *et al.*,  *Defendants*. | Civ. No. 13-cv-00734-RBW |

**[PROPOSED] ORDER**

Upon consideration of Movant's Motion for Leave to Intervene and to Unseal Court Records, any Opposition, and any Reply thereto, it is hereby

**ORDERED** that Movant is **GRANTED** permission to intervene; it is further

**ORDERED** that Movant is **GRANTED** access to court records sealed by prior orders from this Court related to Docket numbers 189, 190, 194, 196, 198, 199, 200, and 201 in the above-captioned matter.

**SO ORDERED.**

　

THE HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

Dated:

## LCvR 7(k) List of Attorneys

Pursuant to LCvR 7(k), the below attorneys are entitled to be notified of the proposed order's entry:

| | |
|---|---|
| **Kaylan L. Phillips**<br>PUBLIC INTEREST LEGAL FOUNDATION<br>32 East Washington<br>Suite 1675<br>Indianapolis, IN 46204<br>Email: kphillips@publicinterestlegal.org | **Grover Hartt , III**<br>U.S. DEPARTMENT OF JUSTICE<br>Tax Division<br>717 North Harwood Street<br>Suite 400<br>Dallas, TX 75201<br>Email: grover.hartt@usdoj.gov |
| **Brock Cordt Akers**<br>AKERS FIRM<br>3401 Allen Parkway<br>Suite 101<br>Houston, TX 77019<br>Email: bca@akersfirm.com | **Joseph A. Sergi**<br>U.S. DEPARTMENT OF JUSTICE<br>Tax Division<br>555 4th Street, NW<br>Suite 7207<br>Washington, DC 20001<br>Email: joseph.a.sergi@usdoj.gov |
| **James Bopp , Jr.**<br>**Jeffrey P. Gallant**<br>**Courtney Turner Milbank**<br>**Melena S. Siebert**<br>THE BOPP LAW FIRM, PC<br>1 South 6th Street<br>Terre Haute, IN 47807<br>Email: jboppjr@aol.com<br>Email: cmilbank@bopplaw.com<br>Email: msiebert@bopplaw.com | **Brigida Benitez**<br>**Catherine D. Cockerham**<br>**Erica Lynne Gerson**<br>STEPTOE & JOHNSON, LLP<br>1330 Connecticut Avenue, NW<br>Washington, DC 20036<br>Email: bbenitez@steptoe.com<br>Email: ccockerham@steptoe.com<br>Email: egerson@steptoe.com |
| **Eric Richard Nitz**<br>**Jeffrey A. Lamken**<br>MOLOLAMKEN, LLP<br>600 New Hampshire Ave., NW<br>Suite 660<br>Washington, DC 20037<br>Email: enitz@mololamken.com<br>Email: jlamken@mololamken.com | |