UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRUE THE VOTE, INC.,**<br><br>*Plaintiff*,<br><br>v.<br><br>**INTERNAL REVENUE SERVICE**, ***et al.***,<br><br>*Defendants*. | Civ. No. 13-cv-00734-RBW |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.2(c), D. Victoria Baranetsky, by undersigned sponsoring counsel, Alden L. Atkins of Vinson & Elkins LLP, respectfully moves the Court for permission to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Movant, The Center for Investigative Reporting, Inc., in this action. In support of this motion, D. Victoria Baranetsky provides the attached declaration.

DATED: January 18, 2023

Respectfully Submitted,

 */s/ Alden L. Atkins*
Alden L. Atkins (D.C. Bar No. 00393922)
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, D.C. 20037
Telephone: 202-639-6613
Facsimile: 202-879-8813
Email: aatkins@velaw.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2023, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent by email to all parties by operation of the Court's CM/ECF system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

*/s/ Alden L. Atkins*_____
Alden L. Atkins
