UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRUE THE VOTE, INC.,

                    *Plaintiff,*

v.                                     Civ. No. 13-cv-00734-RBW

INTERNAL REVENUE SERVICE, *et al.*,

                    *Defendants.*

## DECLARATION FOR ADMISSION *PRO HAC VICE*

I, D. Victoria Baranetsky ("Applicant"), hereby declare under penalty of perjury the following:

1. I make this declaration upon personal knowledge and am competent to testify to the facts set forth herein.

2. I am an attorney at The Center for Investigative Reporting ("CIR" or "Movant"). My office address is 1400 65th St., Suite 200, Emeryville, CA 94608. My telephone number is (510) 982-2890.

3. I am a member of the Bar of the State of California. I was also admitted to practice law in the State of New York and the State of New Jersey and in the following federal courts: Eastern District of New York, Southern District of New York, Northern District of California, the U.S. Ninth Circuit Court of Appeals, and the U.S. Second Circuit Court of Appeals.

4. I certify that I have not been disbarred, censured, or disciplined by any bar. There are no pending disciplinary actions against me. A copy of my certificate of good standing issued by the California Bar on January 13, 2023 is provided pursuant to Local Rule 83.2(c).

1

US 9557293v.1

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. The name, address, and telephone number of the sponsoring attorney of record for Movant is:

>Alden L. Atkins (D.C. Bar No. 00393922)
>VINSON & ELKINS LLP
>2200 Pennsylvania Avenue, NW Suite 500 West
>Washington, D.C. 20037
>Telephone: 202-639-6613
>Facsimile: 202-879-8813
>Email:

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of January, 2023

s/
D. Victoria Baranetsky
Cal. Bar No. 311892
THE CENTER FOR INVESTIGATIVE REPORTING
1400 65th St., Suite 200
Emeryville, CA 94608
Telephone: (510) 982-2890

2

US 9557293v.1