**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **TRUE THE VOTE, INC.,** | |
| *Plaintiff,* | |
| *v.* | Civ. No. 13-cv-00734-RBW |
| **INTERNAL REVENUE SERVICE,** *et al.,* | |
| *Defendants.* | |

**[PROPOSED] ORDER**

Upon consideration of the Motion of D. Victoria Baranetsky for Admission *Pro Hac Vice* made pursuant to Rule 83.2(c) of the Local Rules of this Court and the supporting declaration and certificate of good standing, it is hereby

ORDERED that the motion be and hereby is **GRANTED**.

DATED: _____.


_____
THE HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE