UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **True the Vote, Inc.**;<br><br>                             *Plaintiff*,<br>v.<br><br>**Internal Revenue Service, et al.**;<br><br>                            *Defendant*s. | **Civil Case No.** 1:13-cv-000734-RBW |

### Notice of Attorney James Bopp, Jr.'s Withdrawal

Pursuant to Local Rule 83.6(b), the undersigned Plaintiff True the Vote, Inc. consents to James Bopp, Jr.'s withdrawal from representing it in this matter. No trial date has been set in this matter, and TTV is represented by attorney Brock Akers, who has entered his appearance.

**True the Vote, Inc.'s  Consent Signature:**

/s/ Catherine Engelbrecht
on behalf of True the Vote, Inc.

<table>
<tr><td>March 22, 2023</td><td>Respectfully submitted,<br>/s/ James Bopp, Jr.<br>James Bopp, Jr. (D.C. Bar No. CO0041)<br> jboppjr@aol.com<br>THE BOPP LAW FIRM, P.C.<br>The National Building<br>1 South 6th Street<br>Terre Haute, Indiana 47807<br>(812) 232-2434<br>(812) 235-3685 (fax)<br>*Attorney for Plaintiff*</td></tr>
</table>