AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| TRUE THE VOTE, INC., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 13-cv-00734-RBW |
| INTERNAL REVENUE SERVICE, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Movant-Intervenor The Center for Investigative Reporting.

Date: 03/22/2023

Charles Lincoln Wesley
*Attorney's signature*

Charles Lincoln Wesley [DC 252709]
*Printed name and bar number*

VINSON & ELKINS LLP
2200 Pennsylvania Avenue, N.W.
Suite 500 West
Washington, DC 20037
*Address*

lwesley@velaw.com
*E-mail address*

(202) 639-6500
*Telephone number*

(202) 639-6604
*FAX number*