# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRUE THE VOTE, INC.,**<br><br>*Plaintiff,*<br><br>v.<br><br>**INTERNAL REVENUE SERVICE,** *et al.***,**<br><br>*Defendants*. | Civ. No. 13-cv-00734-RBW |

## INTERVENOR THE CENTER FOR INVESTIGATIVE REPORTING, INC.'S
## <u>NOTICE OF CONCEDED MOTION</u>

The Center for Investigative Reporting, Inc. ("CIR"), by and through undersigned counsel, files this Notice of Conceded Motion in light of the fact that no party has filed an opposition to CIR's Motion for Leave to Intervene and for Access to Court Records, showing the Court as follows:

1. On January 17, 2023, CIR filed a Motion for Leave to Intervene and for Access to Court Records. ECF. No. 214.

2. The deadline for any party to file an opposition to this motion was January 31, 2023. *See* Local Rule 7(b). No party filed an opposition to CIR's motion.

3. As of this date, no party has filed any opposition to CIR's Motion for Leave to Intervene and for Access to Court Records, nor has any party requested any additional time to respond.

4. Local Rule 7(b), and this Court's General Order for Civil Cases at paragraph 10(i), state that if a party does not file a memorandum in opposition to a motion within the prescribed time, "the Court may treat the motion as conceded."

5. Based on the lack of any response or opposition to CIR's Motion for Leave to Intervene and for Access to Court Records, CIR respectfully requests that the Court grant CIR's

motion, enter CIR's Proposed Order (ECF No. 214-1), and grant any other and further relief the Court deems necessary and proper.

Respectfully submitted,

DATED: March 22, 2023

/s/ Alden L. Atkins
Alden L. Atkins [DC 393922]
Charles L. Wesley [DC 252709]
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, N.W.
Suite 500 West
Washington, DC 20037
Telephone:  (202) 639-6500
Facsimile:   (202) 639-6604
aatkins@velaw.com
lwesley@velaw.com

D. Victoria Baranetsky
Cal. Bar No. 311892
THE CENTER FOR INVESTIGATIVE REPORTING
1400 65th St., Suite 200
Emeryville, CA 94608
Telephone: (510) 982-2890
vbaranetsky@revealnews.org
(*Pro hac vice* application pending)

Peter Steffensen
Southern District No. 3372006
Texas Bar No. 24106464
SMU DEDMAN SCHOOL OF LAW
FIRST AMENDMENT CLINIC
P.O. Box 750116
Dallas, Texas 75275
Telephone: (214) 768-4077
Fax: (214) 768-1611
psteffensen@smu.edu
(*Pro hac vice* application pending)

*Attorneys for The Center for Investigative Reporting, Inc.*