UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **True the Vote, Inc.**;<br><br>                                  *Plaintiff*,<br>   v.<br><br>**Internal Revenue Service, et al.**;<br>                                *Defendant*s. | **Civil Case No.** 1:13-cv-000734-RBW |

### Notice of Attorney Jeffrey P. Gallant's Withdrawal

Pursuant to Local Rule 83.6(b), the undersigned Plaintiff True the Vote, Inc. consents to Jeffrey P. Gallant's withdrawal from representing it in this matter. No trial date has been set in this matter, and TTV is represented by attorney Brock Akers, who has entered his appearance.

**True the Vote, Inc.'s  Consent Signature:**

/s/ Catherine Engelbrecht
on behalf of True the Vote, Inc.

| | |
|---|---|
| March 22, 2023 | Respectfully submitted,<br>/s/ Jeffrey P. Gallant<br>Jeffrey P. Gallant*<br>jgallant@bopplaw.com<br>James Bopp, Jr. (D.C. Bar No. CO0041)<br>jboppjr@aol.com<br>THE BOPP LAW FIRM, P.C.<br>The National Building<br>1 South 6th Street<br>Terre Haute, Indiana 47807<br>(812) 232-2434<br>(812) 235-3685 (fax)<br>*Attorney for Plaintiff*<br>*Admitted *pro hac vice* |