AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| True the Vote, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:13-cv-00734-RBW |
| Internal Revenue Service, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Bopp Law Firm, PB, movant                                              .

Date:   03/27/2023                                   /s/ James Bopp, Jr.
                                                                *Attorney's signature*

                                        James Bopp, Jr., Bar ID: CO0041
                                                *Printed name and bar number*

                                        The Bopp Law Firm, P.C.
                                        The National Building
                                        1 South 6th Street
                                        Terre Haute, IN 47807
                                                *Address*

                                        jboppjr@aol.com
                                                *E-mail address*

                                        (812) 232-2434
                                                *Telephone number*

                                        (812) 235-3685
                                                *FAX number*