United States District Court
District of Columbia

| | |
|---|---|
| **True the Vote, Inc.**;<br><br>   v.<br><br>**Internal Revenue Service, et al.**;<br><br>                                *Plaintiff*,<br><br>                                *Defendant*s. | **Civil Case No. 1:13-cv-000734-RBW** |

## Order

This action is before the Court on the motion of James Bopp, Jr., to admit Melena S. Siebert *pro hac vice* to represent movant THE BOPP LAW FIRM, PC. Based on the motion and accompanying declaration, the Court **GRANTS** the motion.

**SO ORDERED** this _____ day of _____ 2023.

_____

Reggie B. Walton
United States District Judge

**Distribution:**

James Bopp, Jr., DC Bar #CO 0041,
   jboppjr@aol.com
THE BOPP LAW FIRM, PC
The National Building
1 South Sixth Street
Terre Haute, IN 47807-3510
*Counsel for movant* THE BOPP LAW FIRM, PC

Brock Cordt Akers   bca@akersfirm.com

*Counsel for Plaintiffs*

Kaylan L. Phillips

*Counsel for PILF*

Brigida Benitez:   bbenitez@steptoe.com,
Catherine Cockerham:
ccockerham@steptoe.com,
Erica Gerson: egerson@steptoe.com
 dfrench@steptoe.com, jnewton@steptoe.com,
mrios@steptoe.com

Gerald Alan Role:   grole@rolelaw.com,
rolelawdc@gmail.com

Jeffrey A. Lamken:
 jlamken@mololamken.com,
Eric Nitz: enitz@mololamken.com

Joseph A. Sergi   joseph.a.sergi@usdoj.gov,
Southern.Taxcivil@usdoj.gov

Justin V. Shur   jshur@mololamken.com

*Counsel for Defendants*