United States District Court
District of Columbia

| | |
|---|---|
| **True the Vote, Inc.**;<br>                      *Plaintiff*,<br>v.<br>**Internal Revenue Service, et al.**;<br>                      *Defendant*s. | **Civil Case No. 1:13-cv-000734-RBW** |

## Motion For Melena S. Siebert to Appear *Pro Hac Vice*

James Bopp, Jr., a member of the bar in good standing of the United States District Court for the District of Columbia, moves the admission of Melena S. Siebert *pro hac vice* in this action, in order to represent movant THE BOPP LAW FIRM, PC. *Cf.* LCvR 83.2(d). A declaration and a proposed order are attached.  Per LCvR 7(m), Plaintiff's counsel emailed Defendants' counsel on March 22, 2023, to inquire as to whether they objected to this Motion. As of this Motion's filing, Ms. Siebert received no response from Defendants' counsel.

April 3, 2023                                                            Respectfully submitted

*[signature: James Bopp Jr.]*

James Bopp, Jr., Bar #CO 0041
jboppjr@aol.com
THE BOPP LAW FIRM, PC
The National Building
1 South Sixth Street
Terre Haute, IN  47807-3510
812/232-2434 telephone
812/235-3685 facsimile

*Pro Hac Vice* **Motion**                                    -1-

**United States District Court**
**District of Columbia**

| | |
|---|---|
| **True the Vote, Inc.**;<br>  *Plaintiff*,<br>v.<br>**Internal Revenue Service, et al.**;<br>  *Defendants*. | **Civil Case No. 1:13-cv-000734-RBW** |

**Local Rule 83.2(d) Declaration**

I, Melena S. Siebert, declare as follows:

**1.** My office is at 1 South Sixth Street, Terre Haute, Indiana 47807, and the office telephone number is (812) 232-2434.

**2.** I am a member of the bars of the:

  Ohio Supreme Court
  Indiana Supreme Court
  United States District Court for the Northern District of Indiana
  United States District Court for the Southern District of Indiana
  United States District Court for the District of Colorado
  United States District Court for the Southern District of Ohio
  United States Court of Appeals for the D.C. District
  United States Court of Appeals for the Fourth Circuit
  United States Court of Appeals for the Seventh Circuit

**3.** I certify that I have never been disciplined by any bar.

**Declaration of Melena S. Siebert**

**4.** I have been admitted *pro hac vice* in this Court prior to this motion for two cases: (1) (*12 Percent Logistics, Inc. et al. v. Unified Carrier Registration Plan Board, d/b/a Unified Carrier Registration Board et al.*, Civil Case No. 1:17-cv-2000-APM); and (2) *True the Vote, Inc. v. Internal Revenue Service, et. al.*, Civil Case No: 1:13-cv-000734-RBW (representing Plaintiff). I now seek pro hac vice admission to represent THE BOPP LAW FIRM, PC, movant in this matter on a Notice of Attorney's Charging Lien (ECF No. 216).

**5.** My Certificate of Good Standing for the Supreme Court of The State of Indiana is attached herein.

**6.** I do not practice law from an office in the District of Columbia, am not a member of the District of Columbia Bar, and do not have an application for membership pending.

I declare under penalty of perjury that the foregoing is true.

April 3, 2023

*[signature: Melena S. Siebert]*

Melena S. Siebert
THE BOPP LAW FIRM, PC
The National Building
1 South Sixth Street
Terre Haute, IN  47807
msiebert@bopplaw.com
812/232-2434 telephone
812/235-3685 facsimile

**Declaration of Melena S. Siebert**              -3-

# SUPREME COURT OF
# THE STATE OF INDIANA



## *Certification*

**STATE OF INDIANA:**

I, Bradley W. Skolnik, Executive Director of the Office of Admissions and Continuing Legal Education, do hereby certify that

### MELENA SUE SIEBERT

is a member of the bar of the Supreme Court of Indiana since admission on  May 15, 2018 , and is in good standing therein.

Given under my hand and the seal of said Court at Indianapolis, Indiana, this 27th day of March, 2023.



Bradley W. Skolnik
Executive Director
Office of Admissions and Continuing Education
Indiana Supreme Court