AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| True the Vote, Inc. ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 1:13-cv-00734-RBW |
| Internal Revenue Service, et al. ) | | |
| *Defendant* ) | | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Bopp Law Firm, PB, movant.

Date: 04/24/2023

/s/ Melena S. Siebert
*Attorney's signature*

Melena S. Siebert, Ind. Bar No. 35061-15
*Printed name and bar number*

The Bopp Law Firm, P.C.
The National Building
1 South 6th Street
Terre Haute, IN 47807
*Address*

msiebert@bopplaw.com
*E-mail address*

(812) 232-2434
*Telephone number*

(812) 235-3685
*FAX number*