UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **True the Vote, Inc.**;<br>*Plaintiff*,<br>v.<br>**Internal Revenue Service, et al.**;<br>*Defendants*,<br>and<br>**THE BOPP LAW FIRM, PC**<br>*Non-Party Petitioner,*<br>and **Public Interest Legal Foundation, Inc.**<br>*Non-Party Petitioner.* | **Civil Case No.** 1:13-cv-000734-RBW |

## PROPOSED ORDER

This action is before the Court on *Non-Party Petitioner The Bopp Law Firm, PC's Motion for Enforcement of Attorney's Charging Lien*. For good cause shown, this Court hereby GRANTS the motion.

It is ORDERED that the Defendant, the Internal Revenue Service, must pay Non-Party Petitioner THE BOPP LAW FIRM, PC $505,003.38, from the attorneys' fees awarded to Plaintiff True the Vote, Inc. in this matter. Further, the IRS must submit all necessary paperwork to

-1-

process the payment to THE BOPP LAW FIRM, PC within 14 days of the Court's final judgment. The 14-day deadline shall not begin to run until after a final judgment is entered and after any appeal has been exhausted, or the time for filing an appeal in this case has expired with no appeal being filed by any party. See generally, 28 U.S.C. § 2414.

SO ORDERED this \_\_\_\_ day of _____, 2023

_____
REGGIE B. WALTON
United States District Judge

June 16, 2023                                    Respectfully submitted,
                                                 /s/ James Bopp, Jr.
                                                 James Bopp, Jr. (D.C. Bar No. CO0041)
                                                 Melena S. Siebert*
                                                 THE BOPP LAW FIRM, P.C.
                                                 The National Building
                                                 1 South 6th Street
                                                 Terre Haute, Indiana 47807
                                                 (812) 232-2434
                                                 (812) 235-3685 (fax)
                                                 *Attorneys for Non-Party Petitioner THE BOPP LAW FIRM, PC*
                                                 *Admitted *pro hac vice*