UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRUE THE VOTE, INC.,** *Plaintiff*, <br><br> v. <br><br> **INTERNAL REVENUE SERVICE**, *et al.*, *Defendants*, <br><br> and <br><br> **PUBLIC INTERST LEGAL FOUNDATION, INC.** *Non-party*, <br><br> **THE BOPP LAW FIRM, PC** *Non-party*. | Civ. No. 13-cv-00734-RBW <br><br> **Response to The Bopp Law Firm, PC's Motion for Enforcement of Attorney's Charging Lien** |

## FORMER ATTORNEYS' RESPONSE IN OPPOSITION TO THE BOPP LAW FIRM'S MOTION FOR ENFORCEMENT OF ATTORNEY'S CHARGING LIEN

The Bopp Law Firm, PC ("BLF") asks the Court to take a fee award earned by and owed to Former Attorneys[1] and to give it to BLF. (Doc. 229 ("Motion").) BLF's Motion is beyond greedy, is inequitable and without legal merit.

Former Attorneys represented the Plaintiff for nearly four years, a period that stretches from the filing of this action in 2013 until February 2017. Former Attorneys performed nearly all of the substantive work on the merits, including factual development, responding to the Government's Motion to Dismiss, appealing this Court's decision on the Motion to Dismiss, and pursuing that appeal to successful completion. Former Attorneys also responded to the Government's Motion for Summary Judgment, and separately prepared a winning Motion for Discovery under Rule 56(d).

---

[1] "Former Attorneys" means The Public Interest Legal Foundation, Foley & Lardner, LLP, and the Center for Constitutional Jurisprudence.

1

This Court has awarded attorney's fees, costs, and expenses in the amount of $788,539.30. (Doc. 227 at 6 n.4.) This following table—prepared and filed by BLF—confirms that BLF is not entitled to the share they demand. BLF did not appear in this action until February 2017. By that time, Former Attorneys incurred more than $550,000 in fees.

| | |
|---|---|
| Total Costs and Expenses | $23,840.49 |
| Total Paralegal Fees at Market Rates | $37,566.50 |
| Total Attorneys' Fees at LSI Matrix Rates, Incurred Prior to 9/20/2013[2] | $244,406.66 |
| Total Attorneys' Fees at EAJA 2013 Rate ($187.02/Hr.), Incurred 9/20/2013 - 12/31/2013 | $65,713.22 |
| Total Attorneys' Fees at EAJA 2014 Rate ($190.06) | $99,352.91 |
| Total Attorneys' Fees at EAJA 2015 Rate ($190.28) | $54,337.12 |
| Total Attorneys' Fees at EAJA 2016 Rate ($192.68) | $87,929.48 |
| Total Attorneys' Fees at EAJA 2017 Rate ($196.79) | $103,149.56 |
| Total Attorneys' Fees at EAJA 2018 Rate ($201.60) | $72,243.36 |
| **TOTAL DUE TO PLAINTIFF TTV** | **$788,539.30** |

(Doc. 186 at 2.) Yet BLF asks this Court for more than half of a million dollars, a request that would require the Court to give BLF money earned by Former Attorneys. The request is inequitable and rewards lawyers for work they did not do.

BLF's belief that it may satisfy its former client's debts with money earned by other attorneys is preposterous and, as mentioned, beyond greedy. It is irrelevant that the Plaintiff's unpaid legal bills are greater than BLF's share of the fee award. (*See* Doc. 229 ¶ 10.) That is

2

BLF's contractual dilemma to be pursued elsewhere. Right now, BLF is already suing the Plaintiff in the United States District Court for the Southern District of Indiana, seeking to recover more than $1 million in unpaid legal fees, an amount that includes the same $505,003.38 BLF is trying to swipe from Former Attorneys. *See* Doc. 19-92, *The Bopp Law Firm, PC v. True the Vote, Inc.*, 2:23-cv-00120 (S.D. Ind., filed June 2, 2023). BLF is seeking an inequitable windfall in this venue.

BLF is correct on one account: "In the District of Columbia, 'compensation paid to attorneys for legal services is largely a question of fundamental fairness.'" (Doc. 229 ¶ 12 (quoting *Connelly v. Swick & Shapiro, P.C.*, 749 A.2d 1264, 1267 (D.C. 2000).) Fundamental fairness would see Former Attorneys compensated for work actually performed. Fundamental fairness does not tolerate greed.

For these reasons, BLF's motion should be denied.

Dated: June 21, 2023.                     Respectfully submitted,

  /s/ Kaylan L. Phillips
Kaylan L. Phillips
PUBLIC INTEREST LEGAL FOUNDATION
107 S. West Street, Suite 700
Alexandria, VA 22314
Phone: 703-745-5870
Email:  kphillips@publicinterestlegal.org
*Counsel for Public Interest Legal Foundation*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 21, 2023, I electronically filed the foregoing using the Court's ECF system, which will serve notice on all parties.

                    /s/ Kaylan L. Phillips
                    Kaylan L. Phillips
                    kphillips@publicinterestlegal.org