AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| True the Vote, Inc. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:13-cv-00734-RBW |
| Internal Revenue Service, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Movant Center for Investigative Reporting, Inc.

Date:   06/21/2023

/s/ Peter B. Steffensen
*Attorney's signature*

Peter B. Steffensen, TX-24106464
*Printed name and bar number*

SMU Dedman School of Law
First Amendment Clinic
P.O. Box 750116
Dallas, TX 75275
*Address*

psteffensen@smu.edu
*E-mail address*

(214) 768-4077
*Telephone number*

(214) 768-1611
*FAX number*

Print    Save As...    Reset