AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| True the Vote, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:13-cv-00734-RBW |
| Internal Revenue Service, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Movant Center for Investigative Reporting, Inc.

Date: 06/21/2023

/s/ D. Victoria Baranetsky
*Attorney's signature*

D. Victoria Baranetsky, Cal. Bar No. 311892
*Printed name and bar number*

The Center for Investigative Reporting
1400 65th St., Suite 200
Emeryville, CA 94608
*Address*

vbaranetsky@revealnews.org
*E-mail address*

(510) 982-2890
*Telephone number*

*FAX number*