UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRUE THE VOTE, INC.,<br><br>        Plaintiff,<br><br>        v.<br><br>INTERNAL REVENUE SERVICE, <u>et al.</u>,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)   Civil Action No. 13-734 (RBW)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Due to a change in the Court's calendar, it is hereby

**ORDERED** that the status conference currently scheduled for June 23, 2023, is **CONTINUED** to July 5, 2023, at 3:00 p.m. The parties and the plaintiff's former attorneys—the Public Interest Legal Foundation, Foley and Lardner LLP, and the Center for Constitutional Jurisprudence (the "Former Attorneys")—shall appear before the Court, via teleconference, by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#). The parties shall be prepared to discuss (1) the final amount of the attorneys' fees the plaintiff is entitled to be awarded; and (2) the date by which the defendants shall process this payment. Additionally, the parties and the Former Attorneys shall be prepared to address the Plaintiff's Motion to Quash PILF's and Foley's Attorney's Charging Lien, ECF No. 190. It is further

**ORDERED** that, on July 25, 2023, at 2:00 p.m., the parties, the Former Attorneys, and movant The Center for Investigative Reporting, Inc., shall appear before the Court for a motion hearing on the movant's Motion for Leave to Intervene and for Access to Court Records, ECF No. 214. The parties, the Former Attorneys, and the movant shall appear before the Court, via

teleconference, by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#).

**SO ORDERED** this 21st day of June, 2023.

REGGIE B. WALTON
United States District Judge