UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **True the Vote, Inc.**;<br>*Plaintiff*,<br>v.<br>**Internal Revenue Service, et al.**;<br>*Defendants*,<br>and<br>**THE BOPP LAW FIRM, PC**<br>*Non-Party Petitioner,*<br>and **Public Interest Legal Foundation, Inc.**<br>*Non-Party Petitioner.* | **Civil Case No.** 1:13-cv-000734-RBW<br><br>**Request to Set Hearing of Motion Regarding Notice of Attorney's Charging Lien** |

## Request to Set Hearing

Non-Party Petitioner THE BOPP LAW FIRM, PC., ("**BLF**") has noticed its attorney's charging lien (March 21, 2023 (ECF No. 216)) and has moved the Court for an order enforcing BLF's charging lien and awarding fees to BLF from any award of attorney's fees in this matter, ECF No. 229. BLF requests that the Court set this motion to be addressed at the currently-scheduled conference on July 5, 2023, along with Plaintiff's Motion to Quash PILF's Foley's Attorney's Charging Lien, ECF No. 190, and allow BLF's counsel to appear and be heard at the conference.

BLF respectfully submits that resolving both motions is necessary to the resolution and processing of the attorney's fees to be awarded, and it will greatly reduce the burden on the Court and the parties to have these matters resolved at the same time.

Accordingly, BLF requests that this Court schedule BLF's motion enforcing its attorney's charging lien to be addressed on July 5, 2023 at the presently-scheduled conference, and allow BLF counsel to participate in the conference.

June 26, 2023

Respectfully submitted,
/s/ James Bopp, Jr.
James Bopp, Jr. (D.C. Bar No. CO0041)
 jboppjr@aol.com
Melena S. Siebert*
 msiebert@bopplaw.com
THE BOPP LAW FIRM, P.C.
The National Building
1 South 6th Street
Terre Haute, Indiana 47807
(812) 232-2434
(812) 235-3685 (fax)
*Attorneys for Non-Party Petitioner THE BOPP LAW FIRM, PC*
*Admitted pro hac vice