# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRUE THE VOTE, INC., <br><br> Plaintiff, <br><br> v. <br><br> INTERNAL REVENUE SERVICE, et al., <br><br> Defendant | Civil Action No. 1:13-cv-000734 |

## MOTION FOR ADMISSION *PRO HAC VICE* OF NOEL H. JOHNSON

Pursuant to Local Rule 83.2(c) of the United States District Court for the District of Columbia, Kaylan L. Phillips ("Movant"), a member of the Bar of this Court, hereby moves for the admission *pro hac vice* of Noel H. Johnson, to participate in the action on behalf of the Public Interest Legal Foundation, Inc., which formerly represented the Plaintiff in this action. In support of this Motion, Noel H. Johnson provides the attached declaration.

Dated: June 28, 2023.    Respectfully submitted,

  /s/ Kaylan L. Phillips
Kaylan L. Phillips
PUBLIC INTEREST LEGAL FOUNDATION
107 S. West Street, Suite 700
Alexandria, VA 22314
Phone: 703-745-5870
Email: kphillips@publicinterestlegal.org
*Counsel for Public Interest Legal Foundation*

## CERTIFICATE OF SERVICE

  I hereby certify that on June 28, 2023, I electronically filed the foregoing using the Court's ECF system, which will serve notice on all parties.

                  /s/ Kaylan L. Phillips
                 Kaylan L. Phillips
                 kphillips@publicinterestlegal.org

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRUE THE VOTE, INC.,

    Plaintiff,

v.

    Civil Action No. 1:13-cv-000734

INTERNAL REVENUE SERVICE, et al.,

    Defendant

## DECLARATION OF NOEL H. JOHNSON

I, Noel H. Johnson, declare and state the following:

1. I am over the age of eighteen years old. If called and sworn as a witness, I could competently testify to the matters stated in this declaration as being true and correct based upon my personal knowledge of such matters.

2. I am a litigation counsel at the Public Interest Legal Foundation. My office mailing address is 107 S. West Street, Suite 700, Alexandria, VA 22314. My office phone number is 703-745-5870. My email address is njohnson@publicinterestlegal.org.

3. I have been admitted to practice law in Wisconsin. I was also admitted to practice law in the following courts:

   - United States District Court for the Eastern District of Wisconsin.
   - United States District Court of the District of New Mexico.
   - United States Court of Appeals for the 3rd, 4th, 6th, 8th, 9th, 10th, and D.C. Circuits.

4. I have not been disciplined by any bar.

5. I have sought *pro hac vice* admission in this Court once in the last two years, in the

following action: *Public Interest Legal Foundation v. Evans*, Civil Case No. 1:21-cv-03180 (D.D.C., filed Dec. 6, 2021).

6. I am associated with Kaylan L. Phillips, who is a member in good standing of the District of Columbia Bar and are admitted to practice before the United States District Court for the District of Columbia, and whose mailing address is 107 S. West Street, Suite 700, Alexandria, VA 22314

7. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 26TH day of June, 2023.

_____
Noel H. Johnson



Samuel A. Christensen
Clerk

# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

## CERTIFICATE OF GOOD STANDING

I, Samuel A. Christensen, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:

**NOEL JOHNSON**

was admitted to practice as an attorney within this state on May 24, 2010 and is presently in good standing in this court.



Dated: June 22, 2023

SAMUEL A. CHRISTENSEN
Clerk of Supreme Court

AP-7000, 03/2005 Certificate of Good Standing