# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRUE THE VOTE, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICE, et al.,<br><br>      Defendant | Civil Action No. 1:13-cv-000734 |

## ORDER

Upon consideration of the Motion for Admission *Pro Hac Vice* of Noel H. Johnson under Local Rule 83.2(c), it is here **ORDERED** that the motion is **GRANTED**.

Dated: _____

_____
The Honorable Reggie B. Walton
United States District Judge