AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| True the Vote, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:13-cv-00734-RBW |
| Internal Revenue Service, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Public Interest Legal Foundation, Inc.                                                                         .

Date:      07/03/2023

/s/ Noel H. Johnson
*Attorney's signature*

Noel H. Johnson (Wis. Bar 1068004)
*Printed name and bar number*

Public Interest Legal Foundation, Inc.
107 S. West St., Ste. 700
Alexandria, VA 22314

*Address*

njohnson@publicinterestlegal.org
*E-mail address*

(703) 745-5870
*Telephone number*

(888) 815-5870
*FAX number*