AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| True the Vote, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:13-cv-00734-RBW |
| Internal Revenue Service, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Foley & Lardner LLP for the limited purpose of addressing the issues raised by the Court's Order dated June 21, 2023 (Dkt. #233).

Date: 07/03/2023

/s/ Michael J. Lockerby
*Attorney's signature*

Michael J. Lockerby, D.C. Bar No. 502987
*Printed name and bar number*

Foley & Lardner LLP
3000 K Street, N.W., Suite 600
Washington, D.C.  20007

*Address*

mlockerby@foley.com
*E-mail address*

(202) 945-6079
*Telephone number*

(202) 672-5399
*FAX number*