IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **True the Vote, Inc.;**<br>　　　　　　　　　　　*Plaintiff,*<br>v.<br>**Internal Revenue Service, et al.;**<br>　　　　　　　　　　　*Defendants.* | **Civil Case No. 1:13-cv-000734-RBW** |

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO RECEIVE NOTICES OF ELECTRONIC FILING

Pursuant to and in accordance with Local Rule 83.2(c) for the United States District Court for the District of Columbia, the undersigned respectfully moves for the admission *pro hac vice* of Michael John Wynne, of the law firm Gregor Wynne Arney, PLLC with offices at 909 Fannin Street, Suite 3800, Houston, Texas 77010, (281) 450-7403, for purposes of appearance as co-counsel on behalf of True the Vote, Inc., in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Mr. Wynne to receive electronic filings in this case. In support thereof, the undersigned states as follows:

1. Mr. Wynne is not admitted to practice in the District of Columbia and is a member in good standing admitted to the State Bar of Texas.

2. Movant, George Muñoz, of the law firm of George Muñoz Law Office, 1300 Pennsylvania Avenue, N.W., Suite 700, Washington, D.C. 20004, (703) 516-4110, is a member in good standing of the Bar of Washington D.C. and the United States District Court for the District of Columbia, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing

counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the Local Rules of this Court, Mr. Wynne has made payment of this Court's $100.00 admission fee.

4. Mr. Wynne, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Mr. Wynne, at email address: mwynne@gwafirm.com.

WHEREFORE, George Muñoz, moves this Court to enter an Order allowing Michael John Wynne to appear before this Court on behalf of True the Vote, Inc. for all purposes relating to proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to mwynne@gwafirm.com.

DATED: July 3, 2023

Respectfully submitted,

*/s/ George Muñoz*
George Muñoz (D.C. Bar No. 444156)

GEORGE MUÑOZ LAW OFFICE
1300 Pennsylvania Avenue N.W., Suite 700
Washington, D.C. 20004
(703) 516-4110
gmunoz@munozlaw.com

Michael Wynne* (TX Bar No. 785289)
GREGOR WYNNE ARNEY, PLLC
909 Fannin Street, Suite 3800
Houston, Texas 77010
(281) 450-7403
mwynne@gwafirm.com

*Pro Hac Vice admissions pending*

COUNSEL FOR PLAINTIFF TRUE THE VOTE, INC.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **True the Vote, Inc.;** *Plaintiff,* v. **Internal Revenue Service, et al.;** *Defendants.* | Civil Case No. 1:13-cv-000734-RBW |

### CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2023, I caused the Notice of Entry of Appearance of Michael John Wynne in the above-captioned matter to be filed with the United States District Court for the District of Columbia via the Court's CM/ECF system.

/s/ George Muñoz
George Muñoz

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **True the Vote, Inc.;** <br> *Plaintiff,* <br> v. <br> **Internal Revenue Service, et al.;** <br> *Defendants.* | **Civil Case No.** 1:13-cv-000734-RBW |

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE came before the Court on the Motion to Appear *Pro Hac Vice* for Michael John Wynne, Consent to Designation, and Request to Receive Notices of Electronic Filing ("the Motion"). This Court, having considered the Motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is granted. Michael John Wynne may appear and participate in this action on behalf of True the Vote, Inc. The Clerk shall provide electronic notification of electronic filings to Mr. Wynne at mwynne@gwafirm.com.

DONE AND ORDERED in Chambers, Washington, D.C. this ____ day of _____. 2023.

 

_____
Judge Presiding
United States District Court

Copies furnished to:
*All counsel of record*

                                   Respectfully submitted,

                                           */s/ George Muñoz*
                                        George Muñoz (D.C. Bar No. 444156)

                                        GEORGE MUÑOZ LAW OFFICE
                                        1300 Pennsylvania Avenue N.W., Suite 700
                                        Washington, D.C. 20004
                                        (703) 516-4110
                                        gmunoz@munozlaw.com

                                        Michael Wynne* (TX Bar No. 785289)
                                        GREGOR WYNNE ARNEY, PLLC
                                        909 Fannin Street, Suite 3800
                                        Houston, Texas 77010
                                        (281) 450-7403
                                        mwynne@gwafirm.com

                                        **Pro Hac Vice admissions pending*

                                        COUNSEL FOR PLAINTIFF TRUE THE VOTE, INC.