UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRUE THE VOTE, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INTERNAL REVENUE SERVICE, <u>et al.</u>, )<br>)<br>Defendants. )<br>) | Civil Action No. 13-734 (RBW) |

## ORDER

Upon consideration of the Bopp Law Firm, PC's Request to Set Hearing, ECF No. 234, it is hereby

**ORDERED** that the Bopp Law Firm, PC's Request to Set Hearing, ECF No. 234, is **GRANTED IN PART AND DENIED IN PART**. The motion is **GRANTED** to the extent that it seeks a hearing on the Bopp Law Firm, PC's Motion for Enforcement of Attorney's Charging Lien, ECF No. 229, at which the Bopp Law Firm, PC's ("BLF") counsel is permitted to appear. The motion is **DENIED** in all other respects. It is further

**ORDERED** that, on August 14, 2023, at 11:30 a.m., the parties and the BLF shall appear before the Court for a motion hearing on the Bopp Law Firm, PC's Motion for Enforcement of Attorney's Charging Lien, ECF No. 229. The parties and the BLF shall appear before the Court, via teleconference, by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#).

**SO ORDERED** this 3rd day of July, 2023.

REGGIE B. WALTON
United States District Judge