### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **True the Vote, Inc.;**<br>　　　　　　　　　　　　*Plaintiff,*<br>v.<br>**Internal Revenue Service, et al.;**<br>　　　　　　　　　　　　*Defendants*. | **Civil Case No.** 1:13-cv-000734-RBW |

### *ERRATA* DECLARATION FILING OF
### CERTIFICATE OF GOOD STANDING AS PART OF *PRO HAC VICE* MOTIONS

Per NOTICE OF ERROR dated 07/07/2023, the undersigned respectfully files the required Certificate of Good Standing for the following individuals per Motion To Appear *Pro Hac* Vice:

　　Wesley Todd Burns (Dkt. 239)

　　John Michael Wynne (Dkt 240)

　　Cameron Powell (Dkt 241)

DATED: July 11, 2023

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　 */s/ George Muñoz*
　　　　　　　　　　　　　　　　　　　　George Muñoz (D.C. Bar No. 444156)

　　　　　　　　　　　　　　　　　　　　GEORGE MUÑOZ LAW OFFICE
　　　　　　　　　　　　　　　　　　　　1300 Pennsylvania Avenue N.W., Suite 700
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20004
　　　　　　　　　　　　　　　　　　　　(703) 516-4110
　　　　　　　　　　　　　　　　　　　　gmunoz@munozlaw.com

Michael Wynne* (TX Bar No. 785289)
GREGOR WYNNE ARNEY, PLLC
909 Fannin Street, Suite 3800
Houston, Texas 77010
(281) 450-7403
mwynne@gwafirm.com

*Pro Hac Vice admissions pending*

COUNSEL FOR PLAINTIFF TRUE THE VOTE, INC.

Wesley Todd Burns* (TX Bar No. 24076292)
GREGOR WYNNE ARNEY, PLLC
909 Fannin Street, Suite 3800
Houston, Texas 77010
(832) 390-2644
tburns@gwafirm.com

*Pro Hac Vice admissions pending*

COUNSEL FOR PLAINTIFF TRUE THE VOTE, INC.

Cameron Powell* (D.C. Bar No. 459020)
GREGOR WYNNE ARNEY, PLLC
909 Fannin Street, Suite 3800
Houston, Texas 77010
(832) 390-2644
cpowell@gwafirm.com

*Pro Hac Vice admissions pending*

COUNSEL FOR PLAINTIFF TRUE THE VOTE, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **True the Vote, Inc.;** <br> *Plaintiff,* <br> v. <br> **Internal Revenue Service, et al.;** <br> *Defendants.* | **Civil Case No.** 1:13-cv-000734-RBW |

### CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2023, I caused the *ERRATA* Declaration filing of the Certificate of Good Standing as required per the Motions to Appear *Pro Hac Vice* filed on 07/03/2023 for Notice of Entry of Appearance of Michael John Wynne, Cameron Powell and Wesley Todd Burns in the above-captioned matter to be filed with the United States District Court for the District of Columbia via the Court's CM/ECF system.

　　　　　　　　　　　　　　　　　　　　　  */s/ George Muñoz*　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　George Muñoz