# Exhibit 2
# TTV Bopp Invoice 2017-0418

JAMES BOPP, JR.
jboppjr@aol.com

# THE BOPP LAW FIRM, PC
ATTORNEYS AT LAW

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510
Telephone 812/232-2434   Facsimile 812/235-3685
www.bopplaw.com

Indianapolis Office:

6470 Mayfield Lane
Zionsville, IN 46077
Telephone/Facsimile
(317) 873-3061

INVOICE
April 18, 2017

True the Vote, Inc.
P. O. Box 131768
Houston, TX 77219-1768
Attn: Catherine Engelbrecht--President

In Reference To: TTV v. CIR
	Obtained by James Bopp, Jr.

**Professional Services**

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/2/2017 | CEM | Continue reviewing current pending motions and briefing | 0.50<br>300.00/hr | 150.00 |
| 3/3/2017 | JB | E-mail exchange regarding Bivens defendants and conference call | 0.30<br>790.00/hr | 237.00 |
|  | CEM | E-mails from Bivens defendants' counsel and James Bopp, Jr. regarding call on Thursday | 0.20<br>300.00/hr | 60.00 |
|  | CEM | Continue getting up to speed on case by reading past briefing | 1.90<br>300.00/hr | 570.00 |

True the Vote, Inc.                                                                                     Page 2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/7/2017 | JB | E-mail exchange regarding conference with Bivens defendants; review complaints; phone conference with Carly | 0.90 790.00/hr | 711.00 |
|  | CEM | E-mail exchange with James Bopp, Jr. regarding conference with Bivens defendants' counsel | 0.20 300.00/hr | 60.00 |
|  | CEM | E-mail from Bivens defendants' counsel and calendar invite for conference call on Thursday | 0.20 300.00/hr | NO CHARGE |
|  | CEM | Continue working on oral argument file, decide which cases to include | 2.20 300.00/hr | 660.00 |
| 3/8/2017 | CEM | Finish printing authorities and pack up case file for James Bopp, Jr. | 1.00 300.00/hr | 300.00 |
|  | CEM | Register for CM/ECF | 0.30 300.00/hr | NO CHARGE |
|  | CEM | E-mail Kaylan regarding physical case file | 0.10 300.00/hr | 30.00 |
| 3/9/2017 | CEM | Phone conference with Bivens defendants' counsel & James Bopp, Jr. | 0.30 300.00/hr | 90.00 |
|  | CEM | Phone conference with James Bopp, Jr. regarding Bivens defendants' counsel | 0.20 300.00/hr | 60.00 |
|  | JB | Review notes for discovery; phone conference with Bivens Defendants' attorney; phone conference with Courtney E. Milbank | 0.90 790.00/hr | 711.00 |
|  | JB | Phone conference with Linchpin attorney | 0.40 790.00/hr | 316.00 |
| 3/14/2017 | CEM | E-mail from Catherine regarding letter from prior counsel and brief conference with James Bopp, Jr. regarding the same | 0.30 300.00/hr | 90.00 |

True the Vote, Inc.                                                                                              Page 3

|            |     |                                                                                                                          | Hrs/Rate          | Amount    |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------|-------------------|-----------|
| 3/14/2017  | CEM | Phone conference with Catherine and James Bopp, Jr.                                                                      | 0.20<br>300.00/hr | 60.00     |
|            | JB  | Phone conference with Catherine and Courtney E. Milbank                                                                  | 0.20<br>790.00/hr | 158.00    |
|            | JB  | Brief conference with Courtney E. Milbank regarding email from Catherine with letter from prior counsel                  | 0.10<br>790.00/hr | 79.00     |
| 3/15/2017  | CEM | E-mails from Brock, Catherine, Gregg, and James Bopp, Jr. regarding prior counsel and suggested response                 | 0.40<br>300.00/hr | 120.00    |
|            | JB  | E-mail exchange regarding prior counsel and response                                                                     | 0.40<br>790.00/hr | 316.00    |
| 3/16/2017  | CEM | E-mail exchange with Catherine regarding hearing on April 6th, 2017, email exchange with James Bopp, Jr. regarding the same | 0.40<br>300.00/hr | 120.00    |
|            | CEM | Review email exchange from Catherine and James Bopp, Jr. regarding status on settlement                                  | 0.30<br>300.00/hr | 90.00     |
|            | JB  | E-mails to Courtney E. Milbank & Catherine regarding April 6th Hearing & potential for settlement                        | 0.20<br>790.00/hr | 158.00    |
| 3/17/2017  | CEM | E-mail from court regarding CM/ECF login                                                                                 | 0.10<br>300.00/hr | NO CHARGE |
|            | CEM | E-mail from Brock regarding email to prior counsel and suggestions from James Bopp, Jr.                                  | 0.10<br>300.00/hr | 30.00     |
|            | JB  | Review email from Biven attorney; phone conference with Carly; respond to Bivens attorney                                | 0.80<br>790.00/hr | 632.00    |

True the Vote, Inc.                                                                                                 Page 4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/17/2017 | JB | Review email from Brock regarding prior counsel and response | 0.30<br>790.00/hr | 237.00 |
| 3/20/2017 | CEM | E-mails from Brock and Catherine regarding response to prior counsel, review suggested letter to PILF | 0.30<br>300.00/hr | 90.00 |
| 3/23/2017 | CEM | Finish reading through cases from Bivens Defendants' Counsel | 1.00<br>300.00/hr | 300.00 |
| 3/24/2017 | CEM | E-mail exchange with James Bopp, Jr. regarding response to Brock | 0.10<br>300.00/hr | 30.00 |
|  | JB | E-mail exchange with Courtney E. Milbank regarding response to Brock | 0.10<br>790.00/hr | 79.00 |
|  | CEM | E-mail to Brock regarding James Bopp, Jr.'s response to prior counsel discussions on Monday | 0.10<br>300.00/hr | 30.00 |
| 3/27/2017 | CEM | E-mail to James Bopp, Jr. regarding assistance on response to prior counsel | 0.10<br>300.00/hr | 30.00 |
| 3/29/2017 | JB | Phone conference with Catherine regarding hearing | 0.50<br>790.00/hr | 395.00 |

**For professional services rendered**                                    15.60        $6,999.00
**Previous balance**                                                                                $18,884.00

4/2/2017  Payment - thank you. Check No. 323                                              ($5,000.00)

**Total payments and adjustments**                                                          ($5,000.00)

**Balance due**                                                                                            $20,883.00

True the Vote, Inc.                                                                                              Page  5

### Attorney Summary

| Name | Hrs/Rate | Rate | Amount |
|---|---:|---:|---:|
| Courtney E. Milbank | 9.90 | 300.00 | $2,970.00 |
| Courtney E. Milbank | 0.60 | 0.00 | $0.00 |
| James Bopp, Jr. | 5.10 | 790.00 | $4,029.00 |

|  | Amount |
|---|---:|
| **Retainer held in Trust Account** | **$5,000.00** |
| 4/2/2017  Withdrawal from account to apply payment to the billing for February 2017 on Invoice dated March 16, 2017 | ($5,000.00) |
| **New balance of retainer funds** | **$0.00** |