# Exhibit 6
# TTV Bopp Invoice 2017-0821

JAMES BOPP, JR.
jboppjr@aol.com

# THE BOPP LAW FIRM, PC
ATTORNEYS AT LAW

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510
Telephone 812/232-2434   Facsimile 812/235-3685
www.bopplaw.com

Indianapolis Office:

6470 Mayfield Lane
Zionsville, IN 46077
Telephone/Facsimile
(317) 873-3061

INVOICE
August 21, 2017

True the Vote, Inc.
P. O. Box 131768
Houston, TX 77219-1768
Attn: Catherine Engelbrecht--President

In Reference To: TTV v. CIR
    Obtained by James Bopp, Jr.

**Professional Services**

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/3/2017 | CEM | E-mail to Carly regarding conference about depositions | 0.20<br>300.00/hr | 60.00 |
| 7/5/2017 | JPG | Review order on discovery regarding whether requesting a 30(b)(6) deponent is in keeping with it; conference with Courtney E. Milbank regarding same | 0.20<br>500.00/hr | 100.00 |
|  | CEM | Phone conference with James Bopp, Jr. regarding conference with Carly/True the Vote discovery | 0.10<br>300.00/hr | 30.00 |

True the Vote, Inc.                                                                                           Page 2

|            |     |                                                                                                                                          | Hrs/Rate          | Amount   |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------|-------------------|----------|
| 7/5/2017   | JB  | Phone conference with Courtney E. Milbank regarding conference with Carly/True the Vote discovery                                        | 0.10<br>790.00/hr | 79.00    |
|            | CEM | E-mail exchange with Carly regarding phone conference about depositions on Tuesday                                                       | 0.20<br>300.00/hr | 60.00    |
|            | CEM | Review discovery order and conference with Jeffrey P. Gallant regarding the same                                                         | 0.30<br>300.00/hr | 90.00    |
|            | CEM | Conference with James Bopp, Jr. regarding depositions, conference call with Carly and discovery order                                    | 0.20<br>300.00/hr | 60.00    |
|            | JB  | Conference with Courtney E. Milbank regarding depositions, conference call with Carly and discovery order                                | 0.20<br>790.00/hr | 158.00   |
|            | CEM | Conference with Richard E. Coleson regarding discovery order scope                                                                       | 0.10<br>300.00/hr | 30.00    |
|            | REC | Conference with Courtney E. Milbank regarding discovery order scope                                                                      | 0.10<br>650.00/hr | 65.00    |
|            | CEM | Phone conference with James Bopp, Jr. regarding who to depose from IRS                                                                   | 0.10<br>300.00/hr | 30.00    |
|            | JB  | Phone conference with Courtney E. Milbank regarding who to depose from IRS                                                               | 0.10<br>790.00/hr | 79.00    |
| 7/6/2017   | CEM | Go through case file to determine which employees we should depose, send email to James Bopp, Jr. regarding the same; draft letter to Carly regarding the same | 4.20<br>300.00/hr | 1,260.00 |
|            | CEM | Phone conference with Carly and James Bopp, Jr. regarding discovery                                                                      | 0.50<br>300.00/hr | 150.00   |

True the Vote, Inc.                                                                                           Page 3

|            |     |                                                                                                                    | Hrs/Rate          | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------------|-------------------|--------|
| 7/6/2017   | CEM | Phone conference with James Bopp, Jr. regarding email to opposing counsel regarding depositions of Tamera Ripperda and the person currently in her position | 0.10<br>300.00/hr | 30.00  |
|            | CEM | E-mail to opposing counsel regarding dates for depositions of Tamera Ripperda and the person currently in her position | 0.10<br>300.00/hr | 30.00  |
|            | JB  | Review email from Courtney E. Milbank regarding people to depose; phone conference with Courtney E. Milbank        | 0.50<br>790.00/hr | 395.00 |
|            | JB  | Review draft of deposition letter; approve                                                                         | 0.40<br>790.00/hr | 316.00 |
|            | JB  | Phone conference with Carly, Courtney E. Milbank regarding discovery                                               | 0.50<br>790.00/hr | 395.00 |
|            | JB  | Phone conference with Courtney E. Milbank regarding deposition interview & motion to file deposition               | 0.30<br>790.00/hr | 237.00 |
|            | JB  | Review email request deposition date                                                                               | 0.20<br>790.00/hr | 158.00 |
|            | CEM | Phone conference with James Bopp, Jr. regarding deposition interview & motion to file deposition                   | 0.30<br>300.00/hr | 90.00  |
| 7/11/2017  | CEM | Conference with James Bopp, Jr regarding email to opposing counsel; send email to opposing counsel; and check Linchpins docket | 0.20<br>300.00/hr | 60.00  |
|            | JB  | Conference with Courtney E. Milbank regarding email to opposing counsel                                            | 0.10<br>790.00/hr | 79.00  |

True the Vote, Inc.                                                                                     Page   4

|            |     |                                                                                                                                      | Hrs/Rate         | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------|------------------|--------|
| 7/12/2017  | CEM | E-mail to Carly regarding transcript and received discovery documents; review email exchange between James Bopp, Jr. and Carly regarding discovery documents | 0.40<br>300.00/hr | 120.00 |
|            | CEM | Draft email to opposing counsel regarding additional depositions, send to James Bopp, Jr. for approval                               | 0.20<br>300.00/hr | 60.00  |
|            | JB  | E-mail exchange with Carly regarding discovery documents                                                                             | 0.20<br>790.00/hr | 158.00 |
| 7/14/2017  | CEM | E-mail to opposing counsel regarding additional depositions                                                                          | 0.10<br>300.00/hr | 30.00  |
|            | JB  | Review email from Catherine; phone conference with Catherine                                                                         | 0.50<br>790.00/hr | 395.00 |
| 7/17/2017  | JB  | Review email from Brock; phone conference with Catherine and Brock                                                                   | 0.50<br>790.00/hr | 395.00 |
| 7/20/2017  | MAM | Research process for subpoena duces tecum in DC district                                                                             | 0.50<br>150.00/hr | 75.00  |
|            | MAM | Complete research; complete subpoena form and draft notice of subpoena; email exchange with James Bopp, Jr. regarding same           | 2.50<br>150.00/hr | 375.00 |
|            | CEM | E-mail from opposing counsel regarding depositions, discovery and setting up conference call; email exchange with James Bopp, Jr. regarding the same | 0.40<br>300.00/hr | 120.00 |
|            | JB  | Review email from IRS regarding depositions; respond to Courtney E. Milbank                                                          | 0.30<br>790.00/hr | 237.00 |
|            | JB  | Review email exchange with PILF                                                                                                      | 0.40<br>790.00/hr | 316.00 |

True the Vote, Inc.                                                                                           Page   5

|              |     |                                                                                                                                                                                                                      | Hrs/Rate         | Amount |
|--------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------|--------|
| 7/20/2017    | JB  | E-mail exchange with Matthew Michaloski regarding preparing subpoena                                                                                                                                                 | 0.30<br>790.00/hr | 237.00 |
| 7/21/2017    | MAM | Review and send subpoena duces tecum and accompanying documents                                                                                                                                                      | 0.90<br>150.00/hr | 135.00 |
|              | MAM | Look over letter from PILF                                                                                                                                                                                           | 0.40<br>150.00/hr | 60.00  |
|              | MAM | Consider letter and earlier documents; email James Bopp, Jr.                                                                                                                                                         | 0.80<br>150.00/hr | 120.00 |
|              | CEM | E-mail from James Bopp, Jr. regarding FEC Inspector General report, find report and email to James Bopp, Jr., conference call with James Bopp, Jr. regarding depositions, discovery, sending report to Carly, and obtaining documents from Carly | 0.40<br>300.00/hr | 120.00 |
|              | CEM | Multiple e-mails with Carly regarding FEC Inspector General report and discovery documents to review                                                                                                                 | 0.30<br>300.00/hr | 90.00  |
|              | CEM | Multiple e-mails with opposing counsel regarding conference call next week and extending discovery deadlines                                                                                                         | 0.30<br>300.00/hr | 90.00  |
|              | JB  | Review PILF response; email Matthew Michaloski                                                                                                                                                                       | 0.40<br>790.00/hr | 316.00 |
|              | JB  | Phone conference with Courtney E. Milbank regarding deposition, hearing date                                                                                                                                         | 0.30<br>790.00/hr | 237.00 |
|              | JB  | E-mail to Courtney E. Milbank regarding FEC Inspector General report                                                                                                                                                 | 0.10<br>790.00/hr | 79.00  |
| 7/24/2017    | MAM | Look over letter from PILF, gather thoughts                                                                                                                                                                          | 0.20<br>150.00/hr | 30.00  |

True the Vote, Inc.                                                                                          Page  6

|            |     |                                                                                                                                          | Hrs/Rate         | Amount  |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------|------------------|---------|
| 7/24/2017  | CEM | Multiple e-mails with James Bopp, Jr. regarding conference call with opposing counsel                                                    | 0.30<br>300.00/hr | 90.00   |
|            | JB  | Multiple e-mails with Courtney E. Milbank regarding conference call with opposing counsel                                                | 0.30<br>790.00/hr | 237.00  |
|            | CEM | Multiple e-mails with opposing counsel regarding conference call tomorrow                                                                | 0.40<br>300.00/hr | 120.00  |
|            | CEM | E-mail exchange with Carly regarding password for discovery documents                                                                    | 0.20<br>300.00/hr | 60.00   |
| 7/25/2017  | MAM | Research appropriate discovery mechanism for targeting the counsel to a party                                                            | 0.40<br>150.00/hr | 60.00   |
|            | MAM | Continue research                                                                                                                        | 0.20<br>150.00/hr | 30.00   |
|            | MAM | Continue research                                                                                                                        | 0.50<br>150.00/hr | 75.00   |
|            | CEM | Phone conference with opposing counsel and James Bopp, Jr. regarding discovery                                                           | 0.80<br>300.00/hr | 240.00  |
|            | CEM | Two follow-up calls with James Bopp, Jr. regarding conference with opposing counsel                                                      | 0.40<br>300.00/hr | 120.00  |
|            | CEM | Draft follow up email to opposing counsel                                                                                                | 0.50<br>300.00/hr | 150.00  |
|            | JB  | Review email regarding discovery; phone conference with IRS attorney and Courtney E. Milbank; Two phone conferences with Courtney E. Milbank | 1.20<br>790.00/hr | 948.00  |
| 7/26/2017  | MAM | Continue research on proper discovery mechanism                                                                                          | 1.30<br>150.00/hr | 195.00  |

True the Vote, Inc.                                                                                         Page  7

|            |     |                                                                                                                 | **Hrs/Rate**       | **Amount** |
|------------|-----|-----------------------------------------------------------------------------------------------------------------|--------------------|------------|
| 7/26/2017  | MAM | Complete research, draft report, and send to James Bopp, Jr.                                                    | 1.20<br>150.00/hr  | 180.00     |
|            | MAM | Work on un-encrypting and transferring discovery files received from ACLJ                                       | 0.50<br>150.00/hr  | 75.00      |
|            | CEM | Review FEC Inspector General Report of Investigation                                                            | 0.40<br>300.00/hr  | 120.00     |
|            | CEM | E-mail exchange with James Bopp, Jr. regarding concordance format and relativity program                        | 0.20<br>300.00/hr  | 60.00      |
|            | CEM | E-mail from James Bopp, Jr. regarding IRS approving tea party application process                               | 0.10<br>300.00/hr  | 30.00      |
|            | CEM | Update email to opposing counsel, incorporate edits from James Bopp, Jr. and send to opposing counsel           | 0.30<br>300.00/hr  | 90.00      |
|            | CEM | Call Matthew Michaloskito discuss instructions for documents from ACLJ; email Matthew Michaloski with password  | 0.20<br>300.00/hr  | 60.00      |
|            | JB  | E-mail exchange with Courtney E. Milbank regarding concordance format and relativity program                    | 0.20<br>790.00/hr  | 158.00     |
|            | JB  | E-mail to Courtney E. Milbank regarding IRS approving tea party application process                             | 0.10<br>790.00/hr  | 79.00      |
|            | MAM | Phone call from Courtney E. Milbank regarding documents from ACLJ; email from Courtney E. Milbank with email for documents | 0.20<br>150.00/hr | 30.00      |
| 7/27/2017  | MAM | Draft new subpoena, send documents to James Bopp, Jr.                                                           | 0.30<br>150.00/hr  | 45.00      |

True the Vote, Inc. Page 8

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/27/2017 | CEM | Pull and review IRS NorCal Filing approving tea party application process; email exchange with James Bopp, Jr. regarding the same, review NorCal docket | 1.50<br>300.00/hr | 450.00 |
| | CEM | E-mail from opposing counsel regarding response to request for production 1; review response and objections, email exchange with James Bopp, Jr. regarding the same | 1.20<br>300.00/hr | 360.00 |
| | JB | E-mail exchange with Courtney E. Milbank regarding NorCal filing | 0.10<br>790.00/hr | 79.00 |
| | JB | E-mail exchange with Courtney E. Milbank regarding response to first request for production | 0.10<br>790.00/hr | 79.00 |
| 7/28/2017 | JB | Revise subpoena and notice to PILF; email to Catherine and Brock | 0.60<br>790.00/hr | 474.00 |
| | CEM | Review information about custodian database, review Lyle B. declaration, review filings from Linchpins regarding issues with discovery, objections, motion to compel, and additional custodians, start preparing response to objections | 5.00<br>300.00/hr | 1,500.00 |
| | CEM | E-mail exchange with James Bopp, Jr. regarding time to discuss response to request for production | 0.20<br>300.00/hr | NO CHARGE |
| | CEM | Review e-mail from James Bopp, Jr. to Brock and Catherine regarding suggested response to lein and accompanying case law | 0.30<br>300.00/hr | 90.00 |
| | JB | E-mail exchange with Courtney E. Milbank regarding time to discuss response to request for production | 0.20<br>790.00/hr | NO CHARGE |

True the Vote, Inc.                                                                                             Page  9

|            |     |                                                                                              | Hrs/Rate          | Amount       |
|------------|-----|----------------------------------------------------------------------------------------------|-------------------|--------------|
| 7/31/2017  | CEM | E-mail from opposing counsel regarding response to second request for production, review response | 1.20<br>300.00/hr | 360.00       |
|            | CEM | Begin reviewing discovery from ACLJ                                                          | 2.70<br>300.00/hr | 810.00       |
|            | JB  | Review email from IRS regarding discovery response                                           | 0.20<br>790.00/hr | 158.00       |

For professional services rendered                                         43.20            $15,448.00
Previous balance                                                                            $96,508.41

Balance due                                                                                 $111,956.41

## Attorney Summary

| Name                | Hrs/Rate | Rate   | Amount     |
|---------------------|----------|--------|------------|
| Courtney E. Milbank | 24.40    | 300.00 | $7,320.00  |
| Courtney E. Milbank | 0.20     | 0.00   | $0.00      |
| Jeffrey P. Gallant  | 0.20     | 500.00 | $100.00    |
| Matthew Michaloski  | 9.90     | 150.00 | $1,485.00  |
| Richard E. Coleson  | 0.10     | 650.00 | $65.00     |
| James Bopp, Jr.     | 8.20     | 790.00 | $6,478.00  |
| James Bopp, Jr.     | 0.20     | 0.00   | $0.00      |