# Exhibit 7
# TTV Bopp Invoice 2017-0925

JAMES BOPP, JR.
jboppjr@aol.com

# THE BOPP LAW FIRM, PC
ATTORNEYS AT LAW

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510
Telephone 812/232-2434   Facsimile 812/235-3685
www.bopplaw.com

Indianapolis Office:

6470 Mayfield Lane
Zionsville, IN 46077
Telephone/Facsimile
(317) 873-3061

INVOICE
September 25, 2017

True the Vote, Inc.
P. O. Box 131768
Houston, TX 77219-1768
Attn: Catherine Engelbrecht--President

In Reference To:TTV v. CIR
    Obtained by James Bopp, Jr.

### Professional Services

|  |  |  | **Hrs/Rate** | **Amount** |
|---|---|---|---|---|
| 8/1/2017 | JB | Phone conference with Courtney E. Milbank regarding IRS discovery response; review 2nd IRS discovery response | 1.30<br>790.00/hr | 1,027.00 |
|  | CEM | Brief phone conference with James Bopp, Jr. regarding discussing responses to requests for production, letter to Sessions, and judicial watch articles | 0.20<br>300.00/hr | 60.00 |

True the Vote, Inc. Page 2

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/1/2017 | CEM | Pull judicial watch articles regarding custodian database; review articles, send to James Bopp, Jr. | 0.50<br>300.00/hr | 150.00 |
| | CEM | E-mail to Debbie with documents for James Bopp, Jr. to review | 0.10<br>300.00/hr | 30.00 |
| | JB | E-mail exchange with Courtney E. Milbank regarding Brock pro hac vice | 0.10<br>790.00/hr | 79.00 |
| 8/3/2017 | CEM | E-mail exchange with James Bopp, Jr. regarding Pro hac vice for Brock, email from Pamela Godwin regarding the same | 0.20<br>300.00/hr | 60.00 |
| | CEM | Conference with James Bopp, Jr. regarding motion to compel | 0.40<br>300.00/hr | 120.00 |
| | CEM | Research rules on Motions to Compel | 0.30<br>300.00/hr | 90.00 |
| | CEM | Draft email to opposing counsel regarding motion to compel, email to James Bopp, Jr. regarding the same | 0.30<br>300.00/hr | 90.00 |
| | CEM | E-mail exchange with opposing counsel regarding time for meet and confer | 0.30<br>300.00/hr | 90.00 |
| | JB | Review IRS discovery response ; phone conference with Courtney E. Milbank regarding motion to compel | 1.10<br>790.00/hr | 869.00 |
| 8/4/2017 | CEM | E-mail exchange with opposing counsel regarding meet and confer | 0.20<br>300.00/hr | 60.00 |
| 8/7/2017 | CEM | Work on memo for James Bopp, Jr. regarding information for meet and confer; research § 6103; email to James Bopp, Jr. | 1.00<br>300.00/hr | 300.00 |

True the Vote, Inc. Page 3

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/7/2017 | CEM | Set up conference call and send out call-in information; email from Laura regarding the same | 0.30<br>300.00/hr | NO CHARGE |
| 8/8/2017 | CEM | Two phone conferences with James Bopp, Jr. regarding preparing for meet and confer with opposing counsel; send discovery order to James Bopp, Jr. | 0.30<br>300.00/hr | 90.00 |
| | CEM | Prepare for meet and confer | 1.00<br>300.00/hr | 300.00 |
| | CEM | Participate in meet and confer with opposing counsel and James Bopp, Jr. | 1.10<br>300.00/hr | 330.00 |
| | CEM | Two follow up phone calls with James Bopp, Jr. regarding meet and confer and follow up email to opposing counsel | 0.20<br>300.00/hr | 60.00 |
| | CEM | Review notes from meet and confer; draft email to opposing counsel and send to James Bopp, Jr. for edits | 0.60<br>300.00/hr | 180.00 |
| | JB | Review discovery response, memo from Courtney E. Milbank; Two phone conferences with Courtney E. Milbank; meet and confer with IRS attorney; Two phone conferences with Courtney E. Milbank | 2.10<br>790.00/hr | 1,659.00 |
| 8/9/2017 | CEM | Conference with James Bopp, Jr. regarding email to opposing counsel | 0.10<br>300.00/hr | 30.00 |
| | CEM | Send email to opposing counsel summarizing dates we should be receiving documents from them | 0.20<br>300.00/hr | 60.00 |
| | JB | Review draft email from Courtney E. Milbank; approve | 0.40<br>790.00/hr | 316.00 |

True the Vote, Inc. Page 4

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/9/2017 | JB | Conference with Courtney E. Milbank regarding email to opposing counsel | 0.10<br>790.00/hr | 79.00 |
| 8/11/2017 | CEM | E-mail exchange with James Bopp, Jr. regarding getting Brock admitted | 0.30<br>300.00/hr | 90.00 |
| | CEM | Finalize Pro hac vice documents; send to Brock and Pamela for review and signature; email exchange with Pamela regarding certificate of good standing; email exchange with Brock regarding updates to Pro hac vice; update Pro hac vice and send back to Brock for signature; receive certificate of good standing from Pamela and save to public | 1.20<br>300.00/hr | 360.00 |
| | CEM | E-mail exchange with opposing counsel regarding consent to Pro hac vice motion for Brock | 0.20<br>300.00/hr | 60.00 |
| | JB | E-mail exchange with Courtney E. Milbank regarding getting Brock admitted | 0.30<br>790.00/hr | 237.00 |
| 8/14/2017 | CEM | E-mail exchange with Brock regarding signed pro hac vice documents | 0.20<br>300.00/hr | 60.00 |
| | CEM | File pro hac vice application | 0.40<br>300.00/hr | 120.00 |
| | CEM | Check Linchpins Docket for updates and changes | 0.20<br>300.00/hr | 60.00 |
| | CEM | Review CM/ECF admitting Brock pro hac vice, forward notice to Brock and Pamela | 0.20<br>300.00/hr | 60.00 |
| 8/15/2017 | CEM | Check Linchpins docket for update on motion to compel; email exchange with James Bopp, Jr. regarding the same | 0.30<br>300.00/hr | 90.00 |

True the Vote, Inc.                                                         Page 5

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/15/2017 | CEM | Print Response and Reply to Motion to Compel and prepare for review | 0.20 300.00/hr | 60.00 |
| | CEM | E-mail exchange with Pamela regarding Brock being added to service list with Court | 0.30 300.00/hr | 90.00 |
| | JB | E-mail exchange with Courtney E. Milbank regarding motion to compel | 0.20 790.00/hr | 158.00 |
| 8/16/2017 | CEM | Review Motion to Compel Response and Reply and accompanying documents from Linchpins, and check docket for order | 2.00 300.00/hr | 600.00 |
| | CEM | Conference with James Bopp, Jr. regarding follow-up email to opposing counsel | 0.10 300.00/hr | 30.00 |
| | CEM | Draft and send email to opposing counsel regarding follow up on expected documents | 0.40 300.00/hr | 120.00 |
| | JB | Conference with Courtney E. Milbank regarding follow-up email to opposing counsel | 0.10 790.00/hr | 79.00 |
| 8/17/2017 | CEM | Review CM/ECF regarding continuance of status conference | 0.10 300.00/hr | 30.00 |
| | CEM | Two phone calls with James Bopp, Jr. regarding Linchpin order | 0.20 300.00/hr | 60.00 |
| | CEM | Read and annotate Linchpin order | 0.50 300.00/hr | 150.00 |
| | CEM | Phone conference with James Bopp, Jr. regarding Linchpin order and how to apply it to our case and drafting a letter to opposing counsel | 0.30 300.00/hr | 90.00 |
| | CEM | Phone conference with Carly and James Bopp, Jr. regarding hearing on motion to compel and how to apply order | 0.40 300.00/hr | 120.00 |

True the Vote, Inc.                          Page 6

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/17/2017 | CEM | Draft interrogatories and third request for production of documents | 1.00 300.00/hr | 300.00 |
| | CEM | E-mail exchange with opposing counsel regarding joint motion to extend discovery | 0.20 300.00/hr | 60.00 |
| | JB | Review Linchpin order; phone conference with Courtney E. Milbank and Carly; phone conference with Courtney E. Milbank regarding next steps | 0.90 790.00/hr | 711.00 |
| | JB | Review draft motion to extend hearing; phone conference with Courtney E. Milbank regarding approval | 0.40 790.00/hr | 316.00 |
| | JB | Two phone calls with Courtney E. Milbank regarding Linchpin order | 0.20 790.00/hr | 158.00 |
| | CEM | Phone conference with James Bopp, Jr. regarding motion to extend hearing | 0.10 300.00/hr | 30.00 |
| 8/18/2017 | CEM | Work on categorizing requests, review court opinion from Linchpins, decide which requests to withdraw, and send draft to James Bopp, Jr. | 2.00 300.00/hr | 600.00 |
| | CEM | Phone conference with James Bopp, Jr. regarding categories of requests and letter to opposing counsel | 0.30 300.00/hr | 90.00 |
| | CEM | Review CM/ECF granting of motion to extend discovery | 0.10 300.00/hr | 30.00 |
| | JB | Review draft analysis of RFD in light of Linchpin order; phone conference with Courtney E. Milbank | 0.80 790.00/hr | 632.00 |
| 8/21/2017 | CEM | E-mail interrogatories and third request for production to opposing counsel | 0.20 300.00/hr | 60.00 |

True the Vote, Inc.                                                                                     Page 7

|            |     |                                                                                                                                                                          | Hrs/Rate          | Amount  |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|---------|
| 8/21/2017  | CEM | Continue working on letter to opposing counsel regarding RFP, check docket and linchpins docket to see if Laura Conner is counsel of record, double check requests for accuracy email to James Bopp, Jr. for edits | 3.20<br>300.00/hr | 960.00  |
|            | CEM | Conference with James Bopp, Jr. regarding edits to letter to opposing counsel                                                                                            | 0.30<br>300.00/hr | 90.00   |
|            | CEM | Make corrections to letter and send to James Bopp, Jr. to recheck                                                                                                        | 0.70<br>300.00/hr | 210.00  |
|            | CEM | Read article from James Bopp, Jr. regarding "Judge in tea party case orders IRS to disclose employee names, reasons"                                                     | 0.20<br>300.00/hr | 60.00   |
|            | JB  | Review draft letter to DOJ attorney; phone conference with Courtney E. Milbank                                                                                           | 0.80<br>790.00/hr | 632.00  |
|            | JB  | Review revised letter to DOJ regarding discovery; email to Courtney E. Milbank regarding same                                                                            | 0.50<br>790.00/hr | 395.00  |
|            | JB  | Phone conference with Catherine                                                                                                                                          | 0.40<br>790.00/hr | 316.00  |
| 8/22/2017  | CEM | E-mail from James Bopp, Jr. regarding email to opposing counsel, make final edits to letter, send to Corrine L. Youngs for edits                                         | 0.60<br>300.00/hr | 180.00  |
|            | CEM | IM with Corrine L. Youngs regarding editing document                                                                                                                     | 0.20<br>300.00/hr | 60.00   |
|            | CEM | Incorporate edits from Corrine L. Youngs, draft email to opposing counsel and send                                                                                       | 0.60<br>300.00/hr | 180.00  |
|            | CEM | Phone conference with James Bopp, Jr. regarding settlement offer                                                                                                         | 0.20<br>300.00/hr | 60.00   |

True the Vote, Inc.	Page 8

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/22/2017 | CEM | Pull statute, complaint, and permanent injunction draft and send to James Bopp, Jr. | 0.30<br>300.00/hr | 90.00 |
|  | CLY | Review Letter to counsel regarding discovery requests; IM with Courtney E. Milbank regarding same | 0.30<br>300.00/hr | 90.00 |
|  | JB | Phone conference with DOJ attorney; phone conference with Catherine; email exchange with DOJ attorney regarding settlement | 0.80<br>790.00/hr | 632.00 |
|  | JB | Phone conference with Courtney E. Milbank regarding document for settlement drafting | 0.70<br>790.00/hr | 553.00 |
|  | JB | Phone conference with Courtney E. Milbank regarding settlement offer | 0.20<br>790.00/hr | 158.00 |
|  | CEM | Phone conference with James Bopp, Jr. regarding document for settlement drafting | 0.70<br>300.00/hr | 210.00 |
| 8/23/2017 | CEM | Pull court orders, caption of case, Sessions letter, convert permanent injunction draft to Word Perfect and send to James Bopp, Jr. | 1.00<br>300.00/hr | 300.00 |
|  | CEM | Research consent decrees per James Bopp, Jr.'s request | 1.00<br>300.00/hr | 300.00 |
|  | CEM | Work on drafting consent decree/stipulated order; email draft to James Bopp, Jr. | 2.80<br>300.00/hr | 840.00 |
|  | CEM | Multiple phone conferences with James Bopp, Jr. regarding settlement, consent decrees, stipulated orders, and language for agreement | 0.50<br>300.00/hr | 150.00 |
|  | JB | Draft stipulation order, phone conference with Courtney E. Milbank (2x) | 4.50<br>790.00/hr | 3,555.00 |
|  | JB | Review draft stipulation order | 0.70<br>790.00/hr | 553.00 |

True the Vote, Inc.  Page 9

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/24/2017 | CEM | Phone conference with James Bopp, Jr. regarding copyediting settlement and items still needed | 0.10<br>300.00/hr | 30.00 |
|  | CEM | Phone conference with James Bopp, Jr. regarding copyediting settlement and items still needed | 4.00<br>300.00/hr | 1,200.00 |
|  | CEM | Multiple phone conferences with James Bopp, Jr. regarding stipulated order | 0.50<br>300.00/hr | 150.00 |
|  | CEM | Review multiple emails between James Bopp, Jr., Brock, and Catherine regarding settlement offer draft and questions regarding draft | 0.40<br>300.00/hr | 120.00 |
|  | CEM | Review email from James Bopp, Jr. and DOJ attorney regarding settlement offer | 0.20<br>300.00/hr | 60.00 |
|  | JB | Multiple phone conferences with Courtney E. Milbank regarding revision of stipulation order | 0.50<br>790.00/hr | 395.00 |
|  | JB | Revise stipulation order; phone conference with Courtney E. Milbank regarding revision | 2.10<br>790.00/hr | 1,659.00 |
|  | JB | Phone conference with Courtney E. Milbank regarding draft (2x), phone conference with Catherine regarding draft (2x); email exchange with Brock regarding draft; make final revision; email DOJ | 0.90<br>790.00/hr | 711.00 |
|  | JB | Revise stipulation order | 1.60<br>790.00/hr | 1,264.00 |
|  | CEM | Multiple phone conferences with James Bopp, Jr. regarding revision of stipulation | 0.50<br>300.00/hr | 150.00 |
| 8/25/2017 | CEM | Go through documents from ACLJ | 1.80<br>300.00/hr | 540.00 |

True the Vote, Inc.  Page 10

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/28/2017 | JB | Phone conference with Courtney E. Milbank regarding meet and confer | 0.30<br>790.00/hr | 237.00 |
|  | JB | Revise email to DOJ attorney; approve | 0.30<br>790.00/hr | 237.00 |
|  | JB | Two phone conferences with Courtney E. Milbank regarding service of subpoena | 0.20<br>790.00/hr | 158.00 |
|  | JB | Revise subpoena and notice, send to Brock | 0.40<br>790.00/hr | 316.00 |
|  | CEM | Phone conference with James Bopp, Jr. regarding Washington Examiner article and email to opposing counsel | 0.10<br>300.00/hr | 30.00 |
|  | CEM | Draft email to opposing counsel | 0.40<br>300.00/hr | 120.00 |
|  | CEM | E-mail exchange with James Bopp, Jr. regarding email to opposing counsel | 0.20<br>300.00/hr | 60.00 |
|  | CEM | Two brief phone conferences with James Bopp, Jr. regarding timing of serving notice of subpoena to opposing counsel | 0.20<br>300.00/hr | 60.00 |
|  | CEM | Send email to opposing counsel regarding meet and confer | 0.10<br>300.00/hr | 30.00 |
|  | CEM | Look up rules regarding service of subpoena notice | 0.40<br>300.00/hr | 120.00 |
|  | CEM | E-mail Brock regarding timing of service of subpoena notice (Federal Rules of Civil Procedure 45 (a) (4) | 0.10<br>300.00/hr | 30.00 |
|  | CEM | Review email from James Bopp, Jr. to Brock with word versions of subpoena and notice | 0.10<br>300.00/hr | 30.00 |

True the Vote, Inc.                                                                             Page 11

|            |     |                                                                                                                                                                                                                                             | Hrs/Rate        | Amount |
|------------|-----|-----|-----|-----|
| 8/28/2017  | CEM | Look for Washington Examiner article regarding True the Vote case | 0.20<br>300.00/hr | 60.00 |
|            | CEM | Phone conference with James Bopp, Jr. regarding meet and confer | 0.30<br>300.00/hr | 90.00 |
|            | JB  | Phone conference with Courtney E. Milbank regarding Washington Examiner article and email to opposing counsel | 0.10<br>790.00/hr | 79.00 |
|            | JB  | E-mail exchange with Courtney E. Milbank regarding email to opposing counsel | 0.20<br>790.00/hr | 158.00 |
| 8/29/2017  | JB  | Review email from Courtney E. Milbank to DOJ | 0.20<br>790.00/hr | 158.00 |
|            | CEM | E-mail from Brock regarding issues with opening subpoena documents and whether notice has to be filed electronically, email exchange with James Bopp, Jr. regarding the same, look up rules on whether notice of subpoena must be filed with the Court, convert documents from Word Perfect to Word for Brock | 1.20<br>300.00/hr | 360.00 |
|            | CEM | E-mail to Pamela regarding registering for CM/ECF | 0.20<br>300.00/hr | 60.00 |
|            | CEM | E-mail exchange with Brock regarding CM/ECF registration, how to serve notice to opposing counsel, and service list for opposing counsel | 0.40<br>300.00/hr | 120.00 |
|            | CEM | Pull service list of opposing counsel for Brock | 0.30<br>300.00/hr | 90.00 |
|            | JB  | Phone call with Courtney E. Milbank regarding scheduling meet and confer for Friday and emailing opposing counsel regarding the same | 0.10<br>790.00/hr | 79.00 |

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/29/2017 | CEM | Set up conference call for Friday | 0.10 300.00/hr | NO CHARGE |
| | CEM | E-mail to opposing counsel regarding meet and confer on Friday | 0.20 300.00/hr | 60.00 |
| | JB | Phone conference with Courtney E. Milbank regarding whether subpoenas have to be filed with the Court | 0.10 790.00/hr | 79.00 |
| | CEM | Phone call with James Bopp, Jr. regarding scheduling meet and confer for Friday and emailing opposing counsel regarding the same | 0.10 300.00/hr | 30.00 |
| 8/30/2017 | CEM | E-mail from Brock regarding subpoena questions | 0.10 300.00/hr | 30.00 |
| | CEM | Research questions from Brock regarding subpoena and respond accordingly | 0.40 300.00/hr | 120.00 |
| | CEM | Conference with James Bopp, Jr. regarding service of subpoenas | 0.10 300.00/hr | 30.00 |
| | CEM | Conference with James Bopp, Jr. regarding meet and confer with opposing counsel on Friday | 0.10 300.00/hr | 30.00 |
| | CEM | Phone conference with James Bopp, Jr. regarding motion to compel deadline | 0.10 300.00/hr | 30.00 |
| | CEM | E-mail exchange with James Bopp, Jr. regarding motion to compel deadline | 0.20 300.00/hr | 60.00 |
| | JB | Conference with Courtney E. Milbank regarding service of subpoenas | 0.10 790.00/hr | 79.00 |
| | JB | Conference with Courtney E. Milbank regarding meet and confer with opposing counsel on Friday | 0.10 790.00/hr | 79.00 |

True the Vote, Inc.            Page 13

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/30/2017 | JB | Phone conference with Courtney E. Milbank regarding motion to compel deadline | 0.10<br>790.00/hr | 79.00 |
| | JB | E-mail exchange with Courtney E. Milbank regarding motion to compel deadline | 0.20<br>790.00/hr | 158.00 |

| | | | | |
|---|---|---|---|---|
| | **For professional services rendered** | | **68.50** | **$32,239.00** |
| | **Additional charges:** | | | |
| 8/7/2017 | Cost advanced for LexisNexis computer assisted legal research--research 26 USCS s 6103 | | | 9.00 |
| 8/14/2017 | Cost advanced for Pro Hac Vice Application for Brock Cordt Akers paid with AMEX on 08/14/14 | | | 100.00 |
| 8/22/2017 | Cost advanced for LexisNexis computer assisted legal research--pull Equal Access to Justice Act | | | 9.00 |
| 8/23/2017 | Cost advanced for LexisNexis computer assisted legal research--research consent decrees | | | 81.00 |
| 8/24/2017 | Cost advanced for LexisNexis computer assisted legal research--research whether the APA provides equitable relief | | | 75.00 |

| | |
|---|---|
| **Total costs** | **$274.00** |
| **Total amount of this bill** | **$32,513.00** |
| **Previous balance** | **$111,956.41** |
| **Balance due** | **$144,469.41** |

**Attorney Summary**

| Name | Hrs/Rate | Rate | Amount |
|---|---|---|---|
| Corrine L. Youngs | 0.30 | 300.00 | $90.00 |

True the Vote, Inc. Page 14

| Name | Hrs/Rate | Rate | Amount |
|---|---:|---:|---:|
| Courtney E. Milbank | 43.70 | 300.00 | $13,110.00 |
| Courtney E. Milbank | 0.40 | 0.00 | $0.00 |
| James Bopp, Jr. | 24.10 | 790.00 | $19,039.00 |