# Exhibit 12
# TTV Bopp Invoice 2018-0222

JAMES BOPP, JR.
jboppjr@aol.com

# THE BOPP LAW FIRM, PC
## ATTORNEYS AT LAW

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510
Telephone 812/232-2434   Facsimile 812/235-3685
www.bopplaw.com

Indianapolis Office:

6470 Mayfield Lane
Zionsville, IN 46077
Telephone/Facsimile
(317) 873-3061

INVOICE
February 22, 2018

True the Vote, Inc.
P. O. Box 131768
Houston, TX 77219-1768
Attn: Catherine Engelbrecht--President

In Reference To:TTV v. CIR
Obtained by James Bopp, Jr.

### Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/1/2018 | JPG | E-mails with Melena Siebert regarding rates for Eric Bohnet and others, check for status of PILF personnel, assign rates and answer question regarding timekeeping--follow up email regarding timing of rate change; email from Catherine regarding filing, respond to James Bopp, Jr. | 1.40 500.00/hr | 700.00 |
|  | JB | E-mail exchange with Jeffrey P. Gallant regarding attorney fee demand | 0.30 790.00/hr | 237.00 |

True the Vote, Inc.                                                                                              Page  2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/1/2018 | MS | E-mail exchange with Jeffrey P. Gallant regarding rates for Eric Bohnet and others | 0.10 300.00/hr | 30.00 |
| 1/2/2018 | JPG | E-mails, phone conferences with Melena Siebert regarding billing for firms doing work, review billing statements, emails with Catherine E., James Bopp, Jr., phone conference with James Bopp, Jr., follow-up emails | 2.60 500.00/hr | 1,300.00 |
|  | MS | TTV Billing Spreadsheet Finalization; emails, phone conferences with Jeffrey P. Gallant regarding same | 3.00 300.00/hr | 900.00 |
|  | JB | Review Jeffrey P. Gallant's attorney fee calculation; email Catherine; phone conference with Jeffrey P. Gallant regarding the same | 0.60 790.00/hr | 474.00 |
| 1/3/2018 | JB | E-mail DOJ regarding settlement offer | 0.40 790.00/hr | 316.00 |
| 1/10/2018 | CEM | E-mails regarding settlement | 0.20 340.00/hr | 68.00 |
|  | CEM | Phone conference with James Bopp, Jr. regarding next steps | 0.10 340.00/hr | 34.00 |
|  | JB | E-mail DOJ regarding settlement; phone conference with Catherine | 0.90 790.00/hr | 711.00 |
|  | JB | Phone conference with Courtney E. Milbank regarding next steps | 0.10 790.00/hr | 79.00 |
| 1/11/2018 | JB | E-mail DOJ regarding settlement | 0.20 790.00/hr | 158.00 |
|  | JB | Phone conference with Travis; phone conference with Catherine | 0.80 790.00/hr | 632.00 |

True the Vote, Inc.                                                                                              Page  3

|  |  |  | **Hrs/Rate** | **Amount** |
|---|---|---|---|---|
| 1/12/2018 | CEM | E-mail exchange with James Bopp, Jr. regarding update on settlement negotiations | 0.10 340.00/hr | 34.00 |
|  | JB | E-mail exchange with Courtney E. Milbank regarding update on settlement negotiations | 0.10 790.00/hr | 79.00 |
| 1/15/2018 | CEM | Phone conference with Melena Siebert regarding strategy for petition for attorneys fee and next step | 0.20 340.00/hr | 68.00 |
|  | MS | Phone conference with James Bopp, Jr. regarding motions for attorney's fees for TTV | 0.10 300.00/hr | 30.00 |
|  | MS | Research of record, strategy on TTV application and motion for attorney's fee motion | 2.50 300.00/hr | 750.00 |
|  | MS | Phone conference with Courtney E. Milbank regarding strategy for petition for attorneys fee and next step | 0.20 300.00/hr | 60.00 |
|  | JB | Phone conference with Melena Siebert regarding motions for attorney's fees for TTV | 0.10 790.00/hr | 79.00 |
| 1/16/2018 | JPG | Conference with Melena Siebert regarding needs for fee petition | 0.50 500.00/hr | 250.00 |
|  | CEM | Phone conference with Melena Siebert regarding fees petition and next steps | 0.40 340.00/hr | 136.00 |
|  | CEM | E-mails from James Bopp, Jr. regarding settlement approval | 0.10 340.00/hr | 34.00 |
|  | MS | Review amended complaint and D. C. District Court of Appeals decision in TTV case | 0.80 300.00/hr | 240.00 |
|  | MS | Review amended complaint and D. C. District Court of Appeals decision in TTV case, review EAJA Case law on "substantial justification" | 1.50 300.00/hr | 450.00 |

True the Vote, Inc.                                                                      Page   4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/16/2018 MS | Phone conference with Jeffrey P. Gallant regarding motion for attorney's fees for TTV | | 0.40 300.00/hr | 120.00 |
| MS | Phone conference with James Bopp, Jr. to update on status of TTV motion, deadlines | | 0.10 300.00/hr | 30.00 |
| MS | Case research on issue of prevailing party, substantial justification on EAJA attorney's fee claim | | 0.50 300.00/hr | 150.00 |
| MS | D. C. Local rule review regarding Attorney fees | | 0.30 300.00/hr | 90.00 |
| MS | TTV motion timing, strategy | | 0.20 300.00/hr | 60.00 |
| JB | E-mail Travis regarding approval of settlement; review and sign DOJ letter | | 0.50 790.00/hr | 395.00 |
| JB | Phone conference with Travis; review settlement documents; sign and return | | 0.60 790.00/hr | 474.00 |
| JB | Review proposed settlement with DOJ; sign and forward | | 0.40 790.00/hr | 316.00 |
| MS | Conference with Jeffrey P. Gallant regarding needs for fee petition | | 0.50 300.00/hr | 150.00 |
| MS | Phone conference with Courtney E. Milbank regarding fees petition and next steps | | 0.40 300.00/hr | 120.00 |
| JPG | Phone conference with Melena Siebert regarding motion for attorney's fees for TTV | | 0.40 500.00/hr | 200.00 |
| JB | Phone conference with Melena Siebert to update on status of TTV motion, deadlines | | 0.10 790.00/hr | 79.00 |
| JB | Phone conference with Melena Siebert regarding update | | 0.10 790.00/hr | 79.00 |

True the Vote, Inc.                                                                 Page  5

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/17/2018 | CEM | Review emails regarding consent decree filings, download pdf's and send to James Bopp, Jr., review emails regarding conference today | 0.30 340.00/hr | 102.00 |
|  | CEM | CM/ECF consent decree, email from James Bopp, Jr. regarding the same and timetable for petition for attorney's fees | 0.20 340.00/hr | 68.00 |
|  | CEM | Review consent decree in preparation for fee petition meeting | 0.50 340.00/hr | 170.00 |
|  | MS | Organize TTV notes for meeting with James Bopp, Jr. | 0.50 300.00/hr | 150.00 |
|  | MS | Phone conference with James Bopp, Jr. , Courtney E. Milbank, and Jeffrey P. Gallant regarding strategy and timing for TTV motion for attorney's fees | 0.80 300.00/hr | 240.00 |
|  | MS | Research on substantial justification burden of proof for TTV | 0.50 300.00/hr | 150.00 |
|  | JB | E-mail exchange regarding conference with Client; phone conference with Catherine and Brock regarding next steps; email to Courtney E. Milbank regarding timetable for petition | 0.70 790.00/hr | 553.00 |
|  | JB | Phone conference with Jeffrey P. Gallant, Courtney E. Milbank, and Melena Siebert regarding strategy and timing for TTV motion for attorney's fees | 0.80 790.00/hr | 632.00 |
|  | JPG | Phone conference with James Bopp, Jr., Courtney E. Milbank, and Melena Siebert regarding strategy and timing for TTV motion for attorney's fees | 0.80 500.00/hr | 400.00 |
|  | CEM | Phone conference with James Bopp, Jr., Jeffrey P. Gallant and Melena Siebert regarding strategy and timing for TTV motion for attorney's fees | 0.80 340.00/hr | 272.00 |

True the Vote, Inc.                                                                                   Page   6

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/18/2018 | JPG | E-mails with Melena Siebert regarding motion for attorneys' fees, find and send exemplar on prevailing party | 0.50 500.00/hr | 250.00 |
|  | JPG | E-mails regarding status of fee process, lump sum vs. specified fees, etc. | 0.40 500.00/hr | 200.00 |
|  | CEM | Email from Melena Siebert and James Bopp, Jr. regarding TTV action plan | 0.20 340.00/hr | 68.00 |
|  | CEM | Phone conference with Melena Siebert regarding case status and needs | 0.20 · 340.00/hr | 68.00 |
|  | MS | Phone conference with Courtney E. Milbank regarding strategy, timing on TTV | 0.20 300.00/hr | 60.00 |
|  | MS | E-mail to Jeffrey P. Gallant, Courtney E. Milbank regarding TTV action plan for request for attorney's fees; emails with Jeffrey P. Gallant regarding motion for attorney's fees | 0.50 300.00/hr | 150.00 |
| 1/21/2018 | JB | Review court order; email associates and client | 0.30 790.00/hr | 237.00 |
| 1/22/2018 | JPG | Research/outline for argument for special factor for higher rates; research need for individual declarations (as opposed to one from supervising attorney/partner); research *Laffey LSI* vs.*USAO* rates | 3.90 500.00/hr | 1,950.00 |
|  | JPG | E-mails with Melena Siebert regarding special factor, needs/schedule | 0.30 500.00/hr | 150.00 |
|  | CEM | CM/ECF approval of consent decree, email from James Bopp, Jr. regarding the same | 0.20 340.00/hr | 68.00 |

True the Vote, Inc.                                                                                          Page   7

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/22/2018 MS | | Read through information sent from Jeffrey P. Gallant regarding TTV attorney fee request--substantial justification and prevailing party information | 0.50 300.00/hr | 150.00 |
| 1/23/2018 JPG | | Research/outline issues for fee petition--special factor/adjustment to hourly rates | 4.30 500.00/hr | 2,150.00 |
| | MS | Research on "no substantial justification" issue; research record on same | 1.80 300.00/hr | 540.00 |
| 1/24/2018 JPG | | Research *LSI* vs. *USAO Laffey* Matrix; compensability of expenses, work on memo/outline | 3.80 500.00/hr | 1,900.00 |
| | JPG | Phone conference with Melena Siebert regarding declarations, research on arguments | 0.50 500.00/hr | 250.00 |
| | JPG | Begin work on declarations | 0.30 500.00/hr | 150.00 |
| | CEM | Phone conference with Melena Siebert regarding case status and needs, email regarding the same | 0.30 340.00/hr | 102.00 |
| | MS | Notes and research on no substantial justification; begin outline on motion for attorney's fees | 2.00 300.00/hr | 600.00 |
| | MS | Phone conference with Jeffrey P. Gallant regarding issues in EAJA application for Attorney's fees; strategy on same | 0.50 300.00/hr | 150.00 |
| | MS | Outline for motion for attorney's fees; outline for memo supporting motion for attorney's fees--prevailing party and substantial justification sections; email to Jeffrey P. Gallant, Courtney E. Milbank, James Bopp, Jr. regarding same | 2.50 300.00/hr | 750.00 |
| | MS | Phone conference with Courtney E. Milbank regarding case status and needs, email regarding the same | 0.30 300.00/hr | 90.00 |

True the Vote, Inc.                                                                      Page  8

|  |  |  | __Hrs/Rate__ | __Amount__ |
|---|---|---|---|---|
| 1/25/2018 | JPG | Review *NorCal* and *Linchpins* regarding settlement, fees, damages | 2.20<br>500.00/hr | 1,100.00 |
|  | JPG | Work on declaration | 1.20<br>500.00/hr | 600.00 |
|  | CEM | Brief conference with Melena Siebert regarding whether 501(c)(3) approval is retroactive to date of formation; research; email to Melena Siebert regarding the same | 0.30<br>340.00/hr | 102.00 |
|  | MS | Begin drafting EAJA application for Attorney's Fees; pull sample motions and memos into TTV fee folder; brief conference and email with Courtney E. Milbank regarding whether 501(c)(3) approval is retroactive to date of formation | 1.00<br>300.00/hr | 300.00 |
|  | MS | Phone conference with Jeffrey P. Gallant regarding overall motion construction; discussion of net worth limitation application; what "special factor" arguments to make; which Laffey rate chart to use; Jeffrey P. Gallant will begin on firm declarations for hours, etc. | 0.50<br>300.00/hr | 150.00 |
|  | MS | Drafting EAJA memo in support of motion--detailed outline, formatting | 1.50<br>300.00/hr | 450.00 |
|  | MS | Drafting EAJA memo: introduction, prevailing party section | 3.00<br>300.00/hr | 900.00 |
|  | JPG | Phone conference with Melena Siebert regarding overall motion construction; discussion of net worth limitation application; what "special factor" arguments to make; which Laffey rate chart to use; to begin on firm declarations for hours, etc. | 0.50<br>500.00/hr | 250.00 |
| 1/26/2018 | JPG | Work on declaration regarding rates | 0.90<br>500.00/hr | 450.00 |

True the Vote, Inc.                                                                                          Page   9

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/26/2018 | JPG | Review complaint, consent decree, emails with Melena Siebert regarding argument for prevailing party status | 1.30 500.00/hr | 650.00 |
|  | MS | Draft motion/memo for EAJA attorney's fees; substantial justification section; review sample motions and memos | 0.50 300.00/hr | 150.00 |
|  | MS | Draft motion/memo for EAJA attorney's fees; email with Jeffrey P. Gallant regarding same | 1.30 300.00/hr | 390.00 |
|  | MS | Draft motion memo for EAJA attorney's fees | 4.50 300.00/hr | 1,350.00 |
| 1/29/2018 | JPG | Conference with James Bopp, Jr. regarding motion, rates to use | 0.20 500.00/hr | 100.00 |
|  | MS | Draft motion for attorney's fees under EAJA for True the Vote | 0.80 300.00/hr | 240.00 |
|  | MS | Draft memo in support of motion for attorney's fees under EAJA; research "bad faith" requirements for increased fee rate | 1.00 300.00/hr | 300.00 |
|  | MS | Draft memo in support of motion for attorney's fees under EAJA; research "bad faith" requirements for increased fee rate | 2.80 300.00/hr | 840.00 |
|  | MS | Conference with James Bopp, Jr. and Jeffrey P. Gallant regarding TTV strategy for motion on attorney's fees; discussed moving in the alternative under raised fees and statutory cap fees | 0.10 300.00/hr | 30.00 |
|  | JB | Conference with Jeffrey P. Gallant regarding motion, rates to use | 0.20 790.00/hr | 158.00 |

True the Vote, Inc.

Page 10

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/29/2018 JB | | Conference with Melena Siebert and Jeffrey P. Gallant regarding TTV strategy for motion on attorney's fees; discussed moving in the alternative under raised fees and statutory cap fees | 0.10<br>790.00/hr | 79.00 |
| | JPG | Conference with Melena Siebert and James Bopp, Jr. regarding TTV strategy for motion on attorney's fees; discussed moving in the alternative under raised fees and statutory cap fees | 0.10<br>500.00/hr | 50.00 |
| 1/30/2018 CEM | | Conference with Melena Siebert regarding petition for attorneys fees | 0.10<br>340.00/hr | 34.00 |
| | MS | Draft memo for attorney's fee motion; substantial justification section | 2.00<br>300.00/hr | 600.00 |
| | MS | Draft memo for attorney's fee motion; substantial justification section edits and "cannot show attorney's fees unjust" sections | 2.00<br>300.00/hr | 600.00 |
| | MS | Conference with Courtney E. Milbank regarding petition for attorneys fees | 0.10<br>300.00/hr | 30.00 |
| 1/31/2018 JPG | | E-mails with Melena Siebert regarding motion/memo for fees | 0.40<br>500.00/hr | 200.00 |
| | MS | Research TTV early record for timeline, IRS admissions to add to memo for attorney's fees | 0.80<br>300.00/hr | 240.00 |
| | MS | TTV memo for attorney's fees, substantial justification section and attorney's fee rate/Laffey section | 0.40<br>300.00/hr | 120.00 |
| | MS | TTV memo on attorney's fees, substantial justification section and attorney's fee rate/Laffey section | 1.30<br>300.00/hr | 390.00 |
| | MS | TTV memo on attorney's fees:attorney fee enhanced rate section | 1.60<br>300.00/hr | 480.00 |

True the Vote, Inc.                                                                          Page 11

|  |  | **Hrs/Rate** | **Amount** |
|---|---|---:|---:|
| 1/31/2018 MS | TTV memo on attorney's fees:bad faith section | 1.00 300.00/hr | 300.00 |
| | **For professional services rendered** | **84.90** | **$34,515.00** |

**Additional charges:**

| 1/22/2018 | Cost advanced for LexisNexis computer assisted legal research--research EAJA special factors; need for declarations from individual attorneys vs. supervising attorney | 135.00 |
|---|---|---:|
| 1/24/2018 | Cost advanced for LexisNexis computer assisted legal research--research EAJA fees in D. C. Circuit--compensable fees/expenses | 42.00 |
| 1/25/2018 | Cost advanced for LexisNexis computer assisted legal research--Research sample briefs; motions for EAJA attorney's fees | 33.00 |

| | |
|---|---:|
| **Total costs** | **$210.00** |
| **Total amount of this bill** | **$34,725.00** |
| **Previous balance** | **$202,780.01** |
| 1/22/2018  Payment - thank you--Direct Deposit on 01/22/18 | ($7,227.00) |
| **Total payments and adjustments** | **($7,227.00)** |
| **Balance due** | **$230,278.01** |

### Attorney Summary

| Name | Hrs/Rate | Rate | Amount |
|---|---:|---:|---:|
| Courtney E. Milbank | 4.20 | 340.00 | $1,428.00 |
| Jeffrey P. Gallant | 26.50 | 500.00 | $13,250.00 |
| Melena Siebert | 46.90 | 300.00 | $14,070.00 |
| James Bopp, Jr. | 7.30 | 790.00 | $5,767.00 |