# Exhibit 15
# TTV Bopp Invoice 2018-0522

INVOICE
May 22, 2018

True the Vote, Inc.
P. O. Box 131768
Houston, TX 77219-1768
Attn: Catherine Engelbrecht--President

In Reference To: TTV v. CIR
       Obtained by James Bopp, Jr.

**Professional Services**

|  |  |  | **Hrs/Rate** | **Amount** |
|---|---|---|---:|---:|
| 4/3/2018 | MS | TTV Reply Brief: Consent order section--judicial imprimatur and prospective effect with training changes sections | 6.00<br>300.00/hr | 1,800.00 |
| 4/4/2018 | MS | Reply Memo: Substantial justification section | 1.80<br>300.00/hr | 540.00 |
|  | MS | Conference with James Bopp, Jr. regarding Reply Brief--overall strategy, comments on reframing argument to focus on goal of | 0.40<br>300.00/hr | 120.00 |

True the Vote, Inc.                                                                                         Page   2

|            |     |                                                                                                                                          | **Hrs/Rate**       | **Amount** |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------|--------------------|------------|
|            |     | litigation and how consent order achieved that goal                                                                                      |                    |            |
| 4/4/2018   | MS  | Reply Memo: Substantial justification section                                                                                            | 2.30<br>300.00/hr  | 690.00     |
|            | MS  | Conference with Jeffrey P. Gallant regarding substantial justification and evaluation of underlying conduct standard                     | 0.50<br>300.00/hr  | 150.00     |
|            | JPG | Conference with Melena Siebert regarding analysis of justification of government conduct vs. government position in litigation           | 0.50<br>500.00/hr  | 250.00     |
|            | JB  | Review draft Reply for Motion for Attorney Fees; conference with Melena Siebert regarding Reply                                          | 1.60<br>790.00/hr  | 1,264.00   |
| 4/5/2018   | MS  | Reply: Substantial Justification Section                                                                                                 | 6.00<br>300.00/hr  | 1,800.00   |
|            | JB  | Email exchange with Melena Siebert regarding Reply                                                                                       | 0.40<br>790.00/hr  | 316.00     |
|            | MS  | E-mail with James Bopp, Jr. regarding Reply                                                                                              | 0.40<br>300.00/hr  | 120.00     |
| 4/6/2018   | MS  | Reply Brief: Substantial Justification Section--underlying action                                                                        | 1.20<br>300.00/hr  | 360.00     |
|            | MS  | Reply Brief: Substantial Justification Section--litigation actions                                                                       | 1.30<br>300.00/hr  | 390.00     |
|            | MS  | Reply Brief: Substantial Justification Section--litigation actions; phone conference with James Bopp, Jr. regarding revisions            | 2.20<br>300.00/hr  | 660.00     |
|            | MS  | Reply Brief: Special Circumstances Section                                                                                               | 1.40<br>300.00/hr  | 420.00     |

True the Vote, Inc.  Page 3

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/6/2018 | MS | Reply Brief: Excessive Fees Section | 0.70 300.00/hr | 210.00 |
| | JB | Review draft Reply; phone conference with Melena Siebert regarding revision | 1.30 790.00/hr | 1,027.00 |
| 4/7/2018 | MS | Draft Reply to opposition for fees | 3.00 300.00/hr | 900.00 |
| | MS | Phone conference with James Bopp, Jr. regarding draft of reply edits | 0.40 300.00/hr | 120.00 |
| | JB | Review draft of Reply; revise reply; phone conference with Melena Siebert regarding revision | 1.10 790.00/hr | 869.00 |
| 4/8/2018 | MS | Draft Reply to opposition for fees | 6.30 300.00/hr | 1,890.00 |
| 4/9/2018 | MS | Draft Reply to opposition for fees | 8.50 300.00/hr | 2,550.00 |
| | MS | Phone conference with James Bopp, Jr. (4x) regarding edits of reply | 0.30 300.00/hr | 90.00 |
| | JB | Review draft of Reply; revise reply; change | 0.80 790.00/hr | 632.00 |
| | JB | Review and revise draft of Reply; phone conference (4x) with Melena Siebert regarding revision | 2.20 790.00/hr | 1,738.00 |
| 4/10/2018 | MS | Draft Reply to opposition for fees | 7.80 300.00/hr | 2,340.00 |
| | MS | Phone conference with James Bopp, Jr. regarding edits of reply; email exchange regarding the same | 0.20 300.00/hr | 60.00 |

True the Vote, Inc.            Page 4

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/10/2018 | JB | Review and revise draft Reply; email exchange with Melena Siebert; phone conference with Melena Siebert | 2.10<br>790.00/hr | 1,659.00 |
| 4/11/2018 | MS | Draft Reply to opposition for fees; final proof of reply, submit reply | 7.00<br>300.00/hr | 2,100.00 |
| | MS | Phone conference with Catherine Englebrecht regarding filing of reply | 0.10<br>300.00/hr | 30.00 |
| | AN | Proof reply for attorney fees for Melena Siebert | 0.80<br>330.00/hr | 264.00 |
| 4/12/2018 | MS | Press release regarding filing of reply | 2.80<br>300.00/hr | NO CHARGE |
| | MS | Final edits of press release; email (2x) to Catherine Engelbrecht and James Bopp, Jr.; email to Adam Wolf for posting on Bopplaw.com (2x) | 0.80<br>300.00/hr | NO CHARGE |
| | JB | E-mail exchange with Melena Siebert regarding review of final edits of press releases | 0.10<br>790.00/hr | NO CHARGE |
| 4/13/2018 | MS | Edit, submit amended reply to correct for amount requested in one section; email amended reply to Catherine Engelbrecht | 0.80<br>300.00/hr | 240.00 |
| | AN | Phone conference with Melena Siebert regarding press release; add hyperlink to press release and send to Debbie | 0.50<br>330.00/hr | NO CHARGE |
| | MS | Phone conference with Amanda L. Narog regarding press release | 0.20<br>300.00/hr | NO CHARGE |
| 4/16/2018 | MS | Work on article for Daily Caller | 2.50<br>300.00/hr | NO CHARGE |

True the Vote, Inc.                                                                                               Page   5

|            |     |                                                                                                                                                               | Hrs/Rate         | Amount     |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------|------------|
| 4/16/2018  | MS  | Work on letter to Attorney General Sessions                                                                                                                   | 3.00 300.00/hr   | NO CHARGE  |
|            | MS  | Phone conference with James Bopp, Jr. (2x) regarding Daily Caller article and letter to Attorney General Sessions                                             | 0.10 300.00/hr   | NO CHARGE  |
|            | JB  | Phone conference with Melena Siebert (2x) regarding Daily Caller article and letter to Attorney General Sessions                                              | 0.10 790.00/hr   | NO CHARGE  |
|            | JPG | E-mail with Melena Siebert regarding supplemental fee request                                                                                                 | 0.10 500.00/hr   | NO CHARGE  |
|            | MS  | E-mail with Jeffrey P. Gallant regarding supplemental fee request                                                                                             | 0.10 300.00/hr   | NO CHARGE  |
| 4/17/2018  | MS  | Daily Caller article revision to focus on Sessions quote and contrary approach taken by DOJ attorneys                                                         | 1.50 300.00/hr   | NO CHARGE  |
|            | MS  | Edit letter to Attorney General Sessions                                                                                                                      | 1.00 300.00/hr   | NO CHARGE  |
|            | MS  | Conversion of Feb, March, April bills for supplemental fee request                                                                                            | 3.80 300.00/hr   | 1,140.00   |
| 4/18/2018  | MS  | Draft Supplemental fee request; draft supplemental declaration; finalize and edit BLF supplemental billing records; file same; conference with Jeffrey P. Gallant regarding the same | 5.50 300.00/hr   | 1,650.00   |
|            | JPG | Conference with Melena Siebert regarding supplemental declaration; review and edit supplemental declaration, motion, billing statement                        | 1.10 500.00/hr   | 550.00     |

True the Vote, Inc. Page 6

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/18/2018 | JB | Review draft notice for Supplemental attorney fees; approve | 0.40 790.00/hr | 316.00 |
| 4/26/2018 | JB | Review email regarding Norcal settlement; phone conference with Melena Siebert regarding filing claim | 0.40 790.00/hr | 316.00 |
| | MS | Phone conference with Jeffrey P. Gallant regarding filing claim | 0.20 300.00/hr | 60.00 |

**For professional services rendered**  93.60  $29,631.00
**Additional charges:**

| | | |
|---|---|---|
| 4/4/2018 | Cost advanced for LexisNexis computer assisted legal research--Research on judicial imprimitur/substantial justification | 18.00 |
| 4/5/2018 | Cost advanced for LexisNexis computer assisted legal research--Research on substantial justification | 6.00 |
| 4/6/2018 | Cost advanced for LexisNexis computer assisted legal research--Research on policies, procedures | 3.00 |

**Total costs**  $27.00

**Total amount of this bill**  $29,658.00

**Previous balance**  $317,872.15

**Balance due**  $347,530.15

### Attorney Summary

| Name | Hrs/Rate | Rate | Amount |
|---|---|---|---|
| Amanda L. Narog | 0.80 | 330.00 | $264.00 |
| Amanda L. Narog | 0.50 | 0.00 | $0.00 |
| Jeffrey P. Gallant | 1.60 | 500.00 | $800.00 |

True the Vote, Inc.            Page 7

| Name | Hrs/Rate | Rate | Amount |
|---|---:|---:|---:|
| Jeffrey P. Gallant | 0.10 | 0.00 | $0.00 |
| Melena Siebert | 68.10 | 300.00 | $20,430.00 |
| Melena Siebert | 12.00 | 0.00 | $0.00 |
| James Bopp, Jr. | 10.30 | 790.00 | $8,137.00 |
| James Bopp, Jr. | 0.20 | 0.00 | $0.00 |