# Exhibit 16
# TTV Bopp Invoice 2018-0621

INVOICE
June 21, 2018


True the Vote, Inc.
P. O. Box 131768
Houston, TX 77219-1768
Attn: Catherine Engelbrecht--President


In Reference To:TTV v. CIR
                    Obtained by James Bopp, Jr.

**Professional Services**

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 5/14/2018  JB | Email exchange regarding Norcal claim | 0.20 790.00/hr | 158.00 |
| | **For professional services rendered** | **0.20** | **$158.00** |
| | **Previous balance** | | **$347,530.15** |
| | **Balance due** | | **$347,688.15** |

True the Vote, Inc.

## Attorney Summary

| Name | Hrs/Rate | Rate | Amount |
|---|---|---|---|
| James Bopp, Jr. | 0.20 | 790.00 | $158.00 |