# Exhibit 20
# TTV Bopp Invoice 2019-0501

INVOICE
May 1, 2019

True the Vote, Inc.
P. O. Box 131768
Houston, TX 77219-1768
Attn: Catherine Engelbrecht--President

In Reference To: TTV v. CIR
Obtained by James Bopp, Jr.

**Professional Services**

|  |  | **Hrs/Rate** | **Amount** |
|---|---|---|---|
| 3/29/2019 JB | Revise letter to Catherine; email letter to Catherine | 0.90<br>790.00/hr | 711.00 |
| **For professional services rendered** |  | **0.90** | **$711.00** |
| **Previous balance** |  |  | **$353,151.15** |
| **Balance due** |  |  | **$353,862.15** |

True the Vote, Inc. Page 2

## Attorney Summary

| Name | Hrs/Rate | Rate | Amount |
|---|---|---|---|
| James Bopp, Jr. | 0.90 | 790.00 | $711.00 |