UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRUE THE VOTE, INC.,** *Plaintiff*, *v.* **INTERNAL REVENUE SERVICE,** *et al.*, *Defendants*. | Civ. No. 13-cv-00734-RBW |

# OPPOSED MOTION FOR LEAVE TO FILE RESPONSE BRIEF

Plaintiff's Former Attorneys respectfully request leave to file a response to the Bopp Law Firm's Supplemental Brief (Dkt. #247.) The undersigned has conferred with counsel for the parties. Counsel for the Plaintiff stated that it does not take a position on this matter. Counsel for the Government stated that it does not take a position on this matter. Counsel for the Bopp Law Firm opposes this motion.

In support of this Motion, Plaintiff's Former Attorneys state the following:

1. On August 15, 2023, this Court requested that Plaintiff's Former Attorneys file a supplemental brief to address outstanding issues regarding the Fee Award. (Dkt. #245 at 7.) The Court was silent as to whether responses would be permitted.

2. On September 11, 2023, the Former Attorneys filed their supplemental brief which, in part, explained that at least $638,520.32 of the $788,539.30 Fee Award is payable to the Former Attorneys. (Dkt. #246.)

3. After the Former Attorneys filed their supplement, the Bopp Law Firm filed its supplemental brief, seeking $505,003.38 of the Fee Award. (Dkt. #247.)

4. Granting the Bopp Law Firm's request would require taking $354,984.40 in fees attributable to work done by the Former Attorneys and instead awarding to the Bopp Law Firm.

5. Plaintiff's Former Attorneys respectfully request leave to file a short response to the Bopp Law Firm's supplement.

6. The proposed response brief is being filed as an attachment to this motion.

Date: September 25, 2023

Respectfully submitted,

| | |
|---|---|
| *s/ Michael J. Lockerby* | */s/ Kaylan L. Phillips* |
| Michael J. Lockerby (D.C. Bar No. 502987) | Kaylan L. Phillips (D.C. Bar. No. 1110583) |
| FOLEY & LARDNER LLP | Noel H. Johnson (admitted *pro hac vice*) |
| Washington Harbour | Public Interest Legal Foundation |
| 3000 K Street, N.W., Suite 600 | 107 South West Street, Suite 700 |
| Washington, D.C. 20007-5109 | Alexandria, VA 22314 |
| Telephone: (202) 672-5300 | Telephone: (703) 745-5870 |
| mlockerby@foley.com | kphillips@publicinterestlegal.org |
| | njohnson@publicinterestlegal.org |
| *Counsel for Former Attorneys* | |
| *Foley & Lardner LLP* | *Counsel for Former Attorneys* |
| | *Public Interest Legal Foundation* |