**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **TRUE THE VOTE, INC.,** *Plaintiff*, <br><br> v. <br><br> **INTERNAL REVENUE SERVICE, *et al*.,** *Defendants*. | Civ. No. 13-cv-00734-RBW |

# PROPOSED ORDER

Before the Court is Plaintiff's Former Attorneys' motion for leave to file a response to the Bopp Law Firm's Supplemental Brief (Dkt. # 247). For good cause shown, the motion for leave is GRANTED.

SO ORDERED this _____ day of _____, 2023.

_____
REGGIE B. WALTON
United States District Judge

1