UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **True the Vote, Inc.**;<br>           *Plaintiff*,<br><br>    v.<br><br>**Internal Revenue Service, et al.**;<br>           *Defendants*,<br><br>and<br><br>**THE BOPP LAW FIRM, PC**<br>           *Non-Party Petitioner*,<br><br>and **Public Interest Legal Foundation, Inc.**<br>           *Non-Party Petitioner*. | **Civil Case No.** 1:13-cv-000734-RBW<br><br>**Motion for Leave to File Reply in Response to Former Attorneys' Response to Petitioner The Bopp Law Firm PC's Supplemental Brief** |

**Motion for Leave to File Reply in Response to Former Attorneys' Response to Petitioner The Bopp Law Firm PC's Supplemental Brief**

Petitioner The Bopp Law Firm, PC ("**BLF**") respectfully requests leave to file a reply to the response proffered by the Public Interest Legal Foundation, Inc. ("**PILF**") and Foley & Lardner LLP (collectively, "**Former Attorneys**") ECF No. 349-2. BLF attempted to confer with counsel for Former Attorneys regarding this motion; there was no response from PILF, and counsel for Foley & Lardner stated that it does not oppose the motion.

In support of this Motion, BLF states the following:

1. On August 15, 2023, this Court ordered supplemental briefing addressing the amount of attorney's fees claimed to be subject to the parties' valid charging liens, the priority of distribution of funds given competing charging liens, and the method by which payment should be distributed between the valid charging liens upon the Court's award of attorney's fees in this

case. ECF No. 245. Both Petitioner BLF and Petitioner Former Attorneys filed their responses on September 11, 2023. ECF Nos. 246, 247.

2. On September 25, 2023, Former Attorneys filed a motion for leave to respond further, ECF No. 249, and BLF timely filed its opposition to that motion. Former Attorneys proffered a response, ECF No. 249-2, and should the Court grant Former Attorneys' motion and consider its response, BLF now asks the Court for leave to file a reply.

3. The Former Attorneys' proffered response makes additional misplaced arguments and unjustified suggestions of fact that, whether considered by the Court or left in the record, should not be unanswered.

4. BLF respectfully requests leave to file a reply to Former Attorneys' response.

5. The proposed reply brief is being filed as an attachment to this motion.

October 9, 2023.                                     Respectfully submitted,

                                                     /s/ James Bopp, Jr.
                                                     James Bopp, Jr., D.C. Bar No. CO0041
                                                      jboppjr@aol.com
                                                     Melena S. Siebert*
                                                      msiebert@bopplaw.com
                                                     THE BOPP LAW FIRM, P.C.
                                                     The National Building
                                                     1 South 6th Street
                                                     Terre Haute, Indiana 47807
                                                     (812) 232-2434
                                                     (812) 235-3685 (fax)
                                                     *Attorneys for Non-Party Petitioner*
                                                     THE BOPP LAW FIRM, PC
                                                     *Admitted pro hac vice