# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **True the Vote, Inc.**;<br><br>*Plaintiff*,<br><br>*v.*<br><br>**Internal Revenue Service, et al.**;<br>*Defendant*s,<br><br>and<br><br>**THE BOPP LAW FIRM, PC**<br>*Non-Party Petitioner*,<br><br>and **Public Interest Legal Foundation, Inc.**<br>*Non-Party Petitioner*. | **Civil Case No.** <u>1:13-cv-000734-RBW</u> |

### Proposed Order

Before the Court is the motion by Petitioner The Bopp Law Firm, PC, ("**BLF**") for leave to

file a reply to ECF No. 249-2, Former Attorneys' response to the supplemental brief of Petitioner

The Bopp Law Firm, PC, ECF No. 247. For good cause shown, the motion for leave is

GRANTED.


SO ORDERED this _____ day of _____, 2023


_____
Reggie B. Walton
United States District Judge