**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| TRUE THE VOTE, INC., | ) | |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | Civil Action No. 13-734 (RBW) |
| v. | ) | |
|  | ) | |
| INTERNAL REVENUE SERVICE, <u>et al.</u>, | ) | |
|  | ) | |
| Defendants. | ) | |
|  | ) | |

**<u>ORDER</u>**

In light of the Defendants' Notice of Appeal, ECF No. 252, it is hereby

**ORDERED** that the hearing currently scheduled for October 18, 2023, <u>see</u> Order at 7

(Aug. 15, 2023), ECF No. 245, is **VACATED**, pending the District of Columbia Circuit's

resolution of the appeal of the Court's August 15, 2023 Order.

**SO ORDERED** this 13th day of October, 2023.

REGGIE B. WALTON
United States District Judge