**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **TRUE THE VOTE, INC.,**<br><br>*Plaintiff,*<br><br>*v.*<br><br>**INTERNAL REVENUE SERVICE, *et al.*,**<br><br>*Defendants*. | Civ. No. 1:13-cv-00734-RBW |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Craig P. Seebald of Vinson & Elkins L.L.P., located at 2200 Pennsylvania Ave., NW, Suite 500 West, Washington, D.C. 20037, (202) 639-6685, hereby enters his appearance on behalf of Movant-Intervenor The Center for Investigative Reporting, Inc.

Dated: January 26, 2024

*/s/ Craig P. Seebald*

Craig P. Seebald (DC Bar # 438968)
VINSON & ELKINS L.L.P.
2200 Pennsylvania Ave., NW
Suite 500 West
Washington, D.C. 20037
Telephone: (202) 639-6585
Facsimile: (202) 639-6604
cseebald@velaw.com

*Counsel for The Center for Investigative Reporting, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26 day of January, 2024, I filed the foregoing Notice of Appearance using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Craig P. Seebald*
Craig P. Seebald