**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**TRUE THE VOTE, INC.,**

*Plaintiff,*

*v.*

**INTERNAL REVENUE SERVICE, *et al.*,**

*Defendants.*

Civ. No. 1:13-cv-00734-RBW

**NOTICE OF WITHDRAWAL OF ALDEN L. ATKINS**

TO: THE CLERK OF COURT AND ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that, pursuant to Local Rule LCvR 83.6, the undersigned, Alden L. Atkins, hereby files his Notice of Withdrawal as counsel for Movant-Intervenor The Center for Investigative Reporting, Inc. in the above-captioned matter. The reason for this withdrawal is that Mr. Atkins has retired from the firm of Vinson & Elkins LLP. Please note that other counsel from Vinson & Elkins LLP will continue to represent Movant-Intervenor in the above-captioned matter.

Dated: January 26, 2024

Respectfully submitted,

*/s/ Alden L. Atkins*

Alden L. Atkins (DC Bar No. 393922)
Law Office of Alden L. Atkins, PLLC
277 S. Washington St., Suite 210
Alexandria, VA 22314
703-608-3046
alden@alatkinslaw.com

*Counsel for The Center for Investigative Reporting, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to counsel for all parties.

*/s/ Alden L. Atkins*
Alden L. Atkins