**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **TRUE THE VOTE, INC.,**<br><br>*Plaintiff,*<br><br>*v.*<br><br>**INTERNAL REVENUE SERVICE, *et al.*,**<br><br>*Defendants.* | Civ. No. 13-cv-00734-RBW |

# NOTICE OF SUPPLEMENTAL AUTHORITY

The Center for Investigative Reporting, Inc. ("CIR") respectfully files this Notice of Supplemental Authority to apprise the Court of a recent Order in the case *Eshelman v. True the Vote*, No. 20-cv-4034 (S.D. Tex. Sept. 26, 2023), ECF No. 66. On September 26, 2023, the court in that case granted CIR's motion to intervene and to unseal certain judicial records. A copy of the Order is attached to this notice as Exhibit A. CIR understands that, pursuant to the Court's August 15, 2023 Order (ECF No. 245, at 2 n.1), the Court will issue an appropriate order resolving CIR's uncontested Motion for Leave to Intervene and for Access to Court Records. (ECF Nos. 214, 222).

DATED: January 26, 2024

Respectfully submitted,

*/s/ Craig P. Seebald*
Craig P. Seebald [DC 438968]
Charles L. Wesley [DC 252709]
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, N.W.
Suite 500 West
Washington, DC 20037
Telephone: (202) 639-6500
Facsimile: (202) 639-6604
cseebald@velaw.com
lwesley@velaw.com

D. Victoria Baranetsky
California Bar No. 311892
THE CENTER FOR INVESTIGATIVE
REPORTING
1400 65th St., Suite 200
Emeryville, CA 94608
Telephone: (510) 982-2890
vbaranetsky@revealnews.org

Peter Steffensen
Texas Bar No. 24106464
SMU DEDMAN SCHOOL OF LAW
FIRST AMENDMENT CLINIC
P.O. Box 750116
Dallas, Texas 75275
Telephone: (214) 768-4077
Fax: (214) 768-1611
psteffensen@smu.edu

*Attorneys for The Center for Investigative Reporting, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to counsel for all parties.

*/s/ Craig P. Seebald*
Craig P. Seebald