# United States Court of Appeals

**For The District of Columbia Circuit**

_____

**No. 23-5238**                         **September Term, 2023**

1:13-cv-00734-RBW

Filed On: February 16, 2024 [2040721]

True the Vote, Inc.,

       Appellee

   v.

Internal Revenue Service, et al.,

       Appellants

Public Interest Legal Foundation, Inc., et al.,

       Appellees

## M A N D A T E

In accordance with the order of February 16, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

                     BY:   /s/
                              Emily K. Campbell
                              Deputy Clerk

Link to the order filed February 16, 2024.