**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **TRUE THE VOTE, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.: 13-734 (RBW)** |
| | ) | |
| **INTERNAL REVENUE SERVICE, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**FORMER ATTORNEYS' MOTION FOR DISTRIBUTION OF FUNDS**

Pursuant to the Court's August 15, 2023 Order (Dkt. #245), the Public Interest Legal Foundation ("PILF") and the law firm of Foley & Lardner LLP ("Foley") (collectively, the "Former Attorneys") hereby move for the distribution of the fees awarded by this Court on August 15, 2023. Before filing this motion, the Former Attorneys sought the consent of opposing counsel to the relief sought. The Bopp Law Firm ("BLF") opposes the motion. According to its counsel, the United States of America takes no position as to how the funds should be distributed.

In support of this Motion, the Former Attorneys respectfully state as follows:

1.      On August 15, 2023, the Court awarded attorneys' fees, costs, and expenses in the amount of $788,539.30. (Dkt. #245 at 6.)   The Court's prior rulings establish the law of the case governing how this award should be allocated among the Former Attorneys and the BLF.

2.      The Court's August 15, 2023 Order held "that the Former Attorneys have a valid charging lien on the attorneys' fees awarded by the Court in this case."  (Dkt. #245 at 6.)

3.      The Court's August 15, 2023 Order requested supplemental briefing on three issues: "(1) the amount of attorneys' fees that the attorneys claim are subject to their respective

1

4876-1175-4927.2

charging liens; (2) the priority of the distribution of funds in the event of competing attorneys' charging liens in the District of Columbia; and (3) the method by which payment should be distributed to the attorneys who the Court concludes have a valid charging lien on the attorneys' fees awarded by the Court in this case."  (Dkt. #245 at 7.)

4.      The Former Attorneys submitted a supplemental brief addressing those three issues on September 11, 2023. (Dkt. #246.)  Included in the supplemental brief is a breakdown of the fees and costs to be distributed to the Former Attorneys. Specifically, the following amounts should be made directly to counsel of record for the Former Attorneys in the following amounts:

| | | |
|---|---|---|
| a. | Public Interest Legal Foundation | $348,979.81 |
| b. | Foley & Lardner LLP | $264,686.57 |
| c. | Center for Constitutional Jurisprudence | $ 24,853.94 |

(Dkt. #246 at 6.)

5.      On October 11, 2023, the United States of America filed a notice of appeal regarding the Court's August 15, 2023 Order.  (Dkt. #252.)  As a result, the hearing previously scheduled for October 18, 2023 was vacated pending resolution of the appeal by Order dated October 13, 2023.   (Dkt. #254.)

6.      On February 16, 2024, the U.S. Court of Appeals for the D.C. Circuit granted the United States of America's motion to dismiss the appeal voluntarily.  The mandate was filed in this Court on February 16, 2024.  (Dkt. #258.)

7.      The Court's August 15, 2023 Order stated:

> ORDERED that, within fourteen days of the date of this Order, the defendant shall submit all necessary paperwork to process the payment for the attorneys' fee award. However, the fourteen-day period shall not begin to run until after any appeal has been exhausted or the time for filing an appeal has expired. It is further

> ORDERED that the defendants shall deposit the attorneys' fee award amount of
>
> $788,539.30 into the registry of the Clerk of the Court, where it will be held pending the Court's resolution of the attorneys' charging lien disputes in this case.

(Dkt. #245 at 6.)

8.    A deposit of funds in the amount of $788,539.30 was made on March 26, 2024.

(*See* Docket Entry dated March 26, 2024).

9.    Therefore, the time is ripe to distribute the attorneys' fee award.  As set forth in The Former Attorneys' Supplemental Brief Responding to the Court's August 15, 2023 Order (Dkt.#246):

> Because the Court has already determined the validity of the charging liens submitted on behalf of the Former Attorneys, and in view of the inordinate resources that this matter has already consumed in terms of briefing and argument, payment of attorneys' fees and costs should be made directly to counsel of record for the Former Attorneys in the following amounts:

| | |
|---|---|
| Public Interest Legal Foundation | $348,979.81 |
| Foley & Lardner LLP | $264,686.57 |
| Center for Constitutional Jurisprudence | $24,853.94 |

The additional reasons that BLF is not entitled to compensation for work performed by the Former Attorneys, and that BLF is not entitled to relitigate its requests for attorneys' fees that this Court has already denied, are set forth in greater detail in the September 25, 2023 Former Attorneys' Proposed Response to the Bopp Law Firm's Supplemental Brief (Dkt. #249-2).

Date:  March 27, 2024

Respectfully submitted,

_____*s/ Michael J. Lockerby*_____

Michael J. Lockerby (D.C. Bar No. 502987)
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street, N.W., Suite 600
Washington, D.C. 20007-5109
Telephone: (202) 672-5300
mlockerby@foley.com

*Counsel for Former Attorneys*
*Foley & Lardner LLP*

_____*/s/ Kaylan L. Phillips*_____

Kaylan L. Phillips (D.C. Bar. No. 1110583)
Noel H. Johnson (admitted *pro hac vice*)
Public Interest Legal Foundation
107 South West Street, Suite 700
Alexandria, VA 22314
Telephone: (703) 745-5870
kphillips@publicinterestlegal.org
njohnson@publicinterestlegal.org

*Counsel for Former Attorneys*
*Public Interest Legal Foundation*

4876-1175-4927.2