**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **True the Vote, Inc.**; *Plaintiff*, *v.* **Internal Revenue Service, et al.**; *Defendant*s, and **THE BOPP LAW FIRM, PC** *Non-Party Petitioner,* and **Public Interest Legal Foundation, Inc.** *Non-Party Petitioner.* | **Civil Case No.** 1:13-cv-000734-RBW |

## THE BOPP LAW FIRM, PC's Motion for Distribution of Funds

THE BOPP LAW FIRM, PC respectfully moves this Court to order the Court's Clerk to distribute $505,003.38 to BLF in order to satisfy BLF's valid charging lien against TTV. In support of its Motion, BLF states as follows:

1. On August 15, 2023, this Court awarded TTV attorneys' fees under the Equal Access to Justice Act in the amount of $788,539.30. ECF No. 245 at 6.

2. On August 15, 2023, this Court ordered the IRS to deposit the attorneys' fee award in the amount of $788,539.30 into the registry of the Clerk of the Court, where it would be held pending the Court's resolution of the attorneys' charging lien disputes in this case. *Id.*

3. On March 26, 2024, the IRS deposited $788,539.30 with the Court's Clerk, pursuant to this Court's Order.

4. This Court has ruled Former Attorneys have a valid charging lien, but did not rule on the

amount, priority, or method of distribution, pending supplemental briefing from BLF and Former Attorneys. *Id.* at 7.

5. BLF has a valid charging lien against TTV based upon the fee agreement between BLF and TTV. This fee agreement is governed by the law of Indiana.

6. BLF's billing records show that TTV owes it $505,003.38 pursuant to the fee agreement for BLF's work in this case, so that is the amount subject to BLF's charging lien.

7. BLF's charging lien takes priority over Former Attorneys'[1] charging lien.

8. BLF's charging lien makes BLF an assignee and transfers the property rights of the funds the IRS deposited with the Clerk of Courts, meaning the distribution of $505,003.38 should be paid by the Court's Clerk to BLF.

9. BLF takes no position on how the remaining $283,535.92 of the funds the IRS deposited with the Court's Clerk should be divided among PILF and Foley, nor on the method of distribution to either or both.

10. Pursuant to Local Rule 7(m), BLF conferred with all counsel regarding opposition to this motion. Former Attorneys oppose this Motion. The United States of American and True the Vote, Inc. take no position on this Motion.

**WHEREFORE**, BLF moves this Court to order the Court's Clerk to pay BLF $505,003.38 from the funds the IRS deposited with the Court's Clerk pursuant to the award of fees in the underlying matter.

---

[1]"Former Attorneys" is the collective description of The Public Interest Legal Foundation ("**PILF**") and the law firm of Foley & Lardner LLP ("**Foley**").

April 8, 2024

Respectfully submitted,
/s/ James Bopp, Jr.

James Bopp, Jr. (D.C. Bar No. CO0041)
jboppjr@aol.com
Melena S. Siebert*
msiebert@bopplaw.com
THE BOPP LAW FIRM, P.C.
The National Building
1 South 6th Street
Terre Haute, Indiana 47807
(812) 232-2434
(812) 235-3685 (fax)
*Attorneys for Non-Party Petitioner THE BOPP LAW FIRM, PC*
*Admitted pro hac vice