**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **True the Vote, Inc.**;<br>*Plaintiff*,<br>*v.*<br>**Internal Revenue Service, et al.**;<br>*Defendants*,<br>and<br>**THE BOPP LAW FIRM, PC**<br>*Non-Party Petitioner,*<br>and **Public Interest Legal Foundation, Inc.**<br>*Non-Party Petitioner.* | **Civil Case No.** 1:13-cv-000734-RBW |

## Proposed Order

Before the Court is Non-Party Petitioner THE BOPP LAW FIRM, PC's Motion for Distribution of Funds (ECF No. 262). For good cause shown, this motion is **GRANTED**. It is further **ORDERED** that this Court's Clerk should distribute $505,003.38 to BLF in order to satisfy BLF's valid charging lien against TTV.

**SO ORDERED** this ____ day of _____, 2024.

______________________________
REGGIE B. WALTON
United States District Judge