**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **True the Vote, Inc.**;<br>*Plaintiff*,<br>*v.*<br><br>**Internal Revenue Service, et al.**;<br>*Defendants*,<br><br>and<br><br>**THE BOPP LAW FIRM, PC**<br>*Non-Party Petitioner,*<br><br>and **Public Interest Legal Foundation, Inc.**<br>*Non-Party Petitioner.* | **Civil Case No.** 1:13-cv-000734-RBW |

## THE BOPP LAW FIRM, PC's Motion to Set Hearing on Pending Motions

Non-Party Petitioner THE BOPP LAW FIRM, PC respectfully moves that this Court set a hearing to resolve the following motions and legal issues pending before this Court.

On August 15, 2023, this Court awarded TTV attorneys' fees under the Equal Access to Justice Act in the amount of $788,539.30. ECF No. 245 at 6. This Court ordered the IRS to deposit the attorneys' fee award in the amount of $788,539.30 into the registry of the Clerk of the Court, where it would be held pending the Court's resolution of the attorneys' charging lien disputes in this case. *Id.* On March 26, 2024, the IRS deposited $788,539.30 with the Court's Clerk, pursuant to this Court's Order.

This Court has ruled Former Attorneys have a valid charging lien, but did not rule on the amount, priority, or method of distribution, pending supplemental briefing from BLF and Former Attorneys. *Id.* at 7. This Court has not ruled on BLF's Motion for Enforcement of its charging

lien. Therefore, the motions and legal issues pending before this Court are as follows:

a. BLF's Motion for Enforcement of Attorney's Charging Lien. ECF No. 229 (Errata Notice of Charging Lien ECF No. 248).

b. Former Attorneys'[1] Supplemental Brief Responding to the Court's August 15, 2023 Order. ECF No. 246.

c. Supplemental Brief Non-Party Petitioner The Bopp Law Firm, PC. ECF No. 247.

d. Former Attorneys' Opposed Motion for Leave to File Response Brief [to BLF Supplemental Brief noted *supra*, 1.c.]. ECF No. 249.

e. BLF's Motion for Leave to File Reply in Response to Former Attorneys' Response to Petitioner The Bopp Law Firm, PC's Supplemental Brief. ECF No. 251.

f. Former Attorneys' Motion for Distribution of Funds. ECF No. 260.

g. The Bopp Law Firm, PC's Motion for Distribution of Funds. ECF No. 262.

BLF respectfully submits that resolving the motions and legal issues listed *supra*, a - g, is necessary to the resolution of this case, and it will greatly reduce the burden on the Court and the parties to have these matters resolved at the same time. Accordingly, BLF requests that this Court schedule a hearing on all pending motions and legal issues remaining before the Court at its earliest convenience following completion of briefing in the Motions for Distribution of Funds (ECF No. 260 and ECF No.262).

Pursuant to Local Rule 7(m), BLF conferred with all counsel regarding opposition to this motion. Former Attorneys did not indicate whether they opposed this Motion. The United States of American and True the Vote, Inc. take no position on this Motion.

**WHEREFORE**, BLF moves this Court to schedule a hearing on all pending motions and legal issues remaining before the Court at its earliest convenience following completion of

[1] "Former Attorneys" is the collective description of The Public Interest Legal Foundation ("**PILF**") and the law firm of Foley & Lardner LLP ("**Foley**").

briefing in the Motions for Distribution of Funds (ECF No. 260 and ECF No.262).

April 8, 2024

Respectfully submitted,
/s/ James Bopp, Jr.

James Bopp, Jr. (D.C. Bar No. CO0041)
jboppjr@aol.com
Melena S. Siebert*
msiebert@bopplaw.com
THE BOPP LAW FIRM, P.C.
The National Building
1 South 6th Street
Terre Haute, Indiana 47807
(812) 232-2434
(812) 235-3685 (fax)
*Attorneys for Non-Party Petitioner THE BOPP LAW FIRM, PC*
*Admitted pro hac vice