**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **True the Vote, Inc.**; *Plaintiff*, *v.* **Internal Revenue Service, et al.**; *Defendants*, and **THE BOPP LAW FIRM, PC** *Non-Party Petitioner,* and **Public Interest Legal Foundation, Inc.** *Non-Party Petitioner.* | **Civil Case No.** 1:13-cv-000734-RBW |

# Proposed Order

Before the Court is Non-Party Petitioner THE BOPP LAW FIRM, PC's Motion to Set Hearing on Pending Motions (ECF No. 263). For good cause shown, this motion is **GRANTED**. It is further **ORDERED** that on _____________, 2024, a hearing on the following motions and legal matters will be held:

a. BLF's Motion for Enforcement of Attorney's Charging Lien. ECF No. 229 (Errata Notice of Charging Lien ECF No. 248).

b. Former Attorneys'[1] Supplemental Brief Responding to the Court's August 15, 2023 Order. ECF No. 246.

c. Supplemental Brief Non-Party Petitioner The Bopp Law Firm, PC. ECF No. 247.

d. Former Attorneys' Opposed Motion for Leave to File Response Brief [to BLF Supplemental Brief noted *supra*, 1.c.]. ECF No. 249.

e. BLF's Motion for Leave to File Reply in Response to Former Attorneys' Response to Petitioner The Bopp Law Firm, PC's Supplemental Brief. ECF No.

[1] "Former Attorneys" is the collective description of The Public Interest Legal Foundation ("**PILF**") and the law firm of Foley & Lardner LLP ("**Foley**").

251.

f. Former Attorneys' Motion for Distribution of Funds. ECF No. 260.

g. The Bopp Law Firm, PC's Motion for Distribution of Funds. ECF No. 262.

**SO ORDERED** this ____ day of _____, 2024.

REGGIE B. WALTON
United States District Judge