**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| TRUE THE VOTE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICE, et al.,<br><br>Defendants. | ) | Civil Action No. 13-734 (RBW) |

**ORDER**

In accordance with the Memorandum Opinion issued on this same date, it is hereby

**ORDERED** that The Center for Investigative Reporting, Inc.'s Motion for Leave to Intervene and for Access to Court Records, ECF No. 214, is **GRANTED**. It is further

**ORDERED** that the Clerk of the Court shall **UNSEAL** the following documents, and any accompanying attachments, in their entirety: (1) the Plaintiff's Motion for Leave to File Documents Under Seal, ECF No. 189; (2) the Plaintiff's Motion to Quash PILF's and Foley's Attorney's Charging Lien, ECF No. 190; (3) the Former Attorneys' Motion for Leave to File Sealed Response to Plaintiff's Sealed Motion to Quash, ECF No. 194; (4) the Former Attorneys' Response in Opposition to Plaintiff's Motion to Quash Attorney's Charging Lien, ECF No. 196; (5) the Plaintiff's Motion for Leave to File Documents Under Seal, ECF No. 198; and (6) the Reply in Support of Plaintiff's Motion to Quash PILF's and Foley's Attorney's Charging Lien, ECF No. 199.

**SO ORDERED** this 31st day of May, 2024.

REGGIE B. WALTON
United States District Judge