**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **True the Vote, Inc.**; *Plaintiff*, *v.* **Internal Revenue Service, et al.**; *Defendants*, and **THE BOPP LAW FIRM, PC** *Non-Party Petitioner*, and **Public Interest Legal Foundation, Inc.** *Non-Party Petitioner.* | **Civil Case No.** 1:13-cv-000734-RBW |

## Proposed Order

Upon consideration of The Bopp Law Firm, PC's Amended Motion for Enforcement of Attorney's Charging Lien, it is hereby

**ORDERED** that the Motion is **GRANTED.**

SO ORDERED this _____ day of __________________, 2024.

___________________________
REGGIE B. WALTON
United States District Judge