UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **True the Vote, Inc.**;<br>  *Plaintiff*,<br>v.<br>**Internal Revenue Service, et al.**;<br>  *Defendants*,<br>and<br>**THE BOPP LAW FIRM, PC**<br>  *Non-Party Petitioner*,<br>and **Public Interest Legal Foundation, Inc.**<br>  *Non-Party Petitioner*. | **Civil Case No.** 1:13-cv-000734-RBW |

### NOTICE OF WITHDRAWAL OF ATTORNEY MELENA S. SIEBERT

Where no trial date has been set, Local Civil Rule 83.6(b) permits an attorney to withdraw her appearance by filing a notice of withdrawal signed by the withdrawing attorney and the party represented, if another attorney has previously appeared for that party. In this matter, no trial date has been set and another attorney has appeared and represents Non-Party Petitioner, THE BOPP LAW FIRM, PC. The undersigned hereby withdraws her representation of Non-Party Petitioner, THE BOPP LAW FIRM, PC.

### CLIENT CONSENT

I hereby consent to the withdrawal of Melena S. Siebert

The Bopp Law Firm, PC<br>
*/s/ James Bopp, Jr.*<br>
James Bopp, Jr.

**Siebert Withdrawal**

| | |
|---|---|
| December 30, 2024 | Respectfully submitted,<br>/s/ Melena S. Siebert<br>James Bopp, Jr. (D.C. Bar No. CO0041)<br> jboppjr@aol.com<br>Melena S. Siebert*<br> msiebert@bopplaw.com<br>THE BOPP LAW FIRM, P.C.<br>The National Building<br>1 South 6th Street<br>Terre Haute, Indiana 47807<br>(812) 232-2434<br>(812) 235-3685 (fax)<br>*Attorneys for Non-Party Petitioner THE BOPP LAW FIRM, PC*<br>*Admitted pro hac vice |