**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **TRUE THE VOTE, INC.** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Action No.: 13-734 (RBW)** |
| **INTERNAL REVENUE SERVICE, *et al.*,** | ) | |
| **Defendants.** | ) | |

# PROPOSED ORDER

Before the Court is the Former Attorneys' Motion for Supplemental Briefing and Hearing. For good cause shown, the motion for leave is GRANTED.

SO ORDERED this __________ day of _____________, 2025.

_____________________
REGGIE B. WALTON
United States District Judge