**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **True the Vote, Inc.**; *Plaintiff*, v. **Internal Revenue Service, et al.**; *Defendants*, and **THE BOPP LAW FIRM, PC** *Non-Party Petitioner,* and **Public Interest Legal Foundation, Inc.** *Non-Party Petitioner.* | **Civil Case No.** 1:13-cv-000734-RBW<br><br>**Notice of Assignment of Fees, Expenses, and Costs to The Bopp Law Firm, PC** |

The Bopp Law Firm, PC, as assignee, hereby gives evidence and notice of the assignment of any and all proceeds currently held in the Court's registry that might be awarded or paid to True the Vote, Inc. for legal services performed by the Bopp Law Firm, P.C. in *True the Vote, Inc. v. Internal Revenue Service*, No. 1:13-cv-00734-RBW in the United States District Court for the District of Columbia, and/or *True the Vote, Inc. v. Internal Revenue Service*, No. 23-5238; in the United States Court of Appeals for the D.C. Circuit.

As evidence of assignment is Exhibit 1 attached hereto, *Assignment of Claims for Attorney's Fees, Expenses and Costs* (May 19, 2025).

May 20, 2025

Respectfully submitted,

/s/ James Bopp, Jr.

James Bopp, Jr. (D.C. Bar No. CO0041)
jboppjr@aol.com
THE BOPP LAW FIRM, P.C.
The National Building
1 South 6th Street
Terre Haute, Indiana 47807
(812) 232-2434
(812) 235-3685 (fax)
*Attorneys for Non-Party Petitioner THE BOPP LAW FIRM, PC*