**Assignment of Claims for Attorney's Fees, Expenses and Costs**

True the Vote, Inc. irrevocably assigns to The Bopp Law Firm, P.C. any and all proceeds currently held in the court's registry that might be awarded or paid to True the Vote, Inc. for legal services performed by the Bopp Law Firm, P.C. in *True the Vote, Inc. v. Internal Revenue Service*; Case No. 1:13-cv-00734-RBW in the United States District Court for the District of Columbia; and/or *True the Vote, Inc. v. Internal Revenue Service*; Case No. 23-5238; in the United States Court of Appeals for the D.C. Circuit.

Dated: May 19, 2025

By: ______________________________
Catherine Engelbrecht, President
True the Vote, Inc.