**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **True the Vote, Inc.**; *Plaintiff*,<br>*v.*<br>**Internal Revenue Service, et al.**; *Defendants*,<br>and<br>**THE BOPP LAW FIRM, PC** *Non-Party Petitioner,*<br>and **Public Interest Legal Foundation, Inc.** *Non-Party Petitioner.* | **Civil Case No.** 1:13-cv-000734-RBW |

**Proposed Order**

Before the Court is the Former Attorney's Motion for Supplemental Briefing and Hearing. The motion for leave is DENIED.

SO ORDERED this ____________ day of _______________, 2025

_________________________
Reggie B. Walton
United States District Judge