# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TRUE THE VOTE, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INTERNAL REVENUE SERVICE, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 13-734 (RBW) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that The Bopp Law Firm's Amended Motion for Enforcement of Attorney's Charging Lien, ECF No. 274, is **DENIED**. It is further

**ORDERED** that, within fourteen days of the date of this Order, the Public Interest Legal Foundation, f/k/a Act Right Legal Foundation, and Foley & Lardner LLP (collectively the "Former Attorneys")[1] shall refile the Former Attorneys' Motion for Distribution of Funds, ECF No. 260.

**SO ORDERED** this 30th day of May, 2025.

REGGIE B. WALTON
United States District Judge

---

[1] As indicated in the Court's Memorandum Opinion, this designation includes The Center for Constitutional Jurisprudence.