**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **TRUE THE VOTE, INC.** <br> **Plaintiff,** <br> **v.** <br> **INTERNAL REVENUE SERVICE, *et al.*,** <br> **Defendants.** | ) | **Civil Action No.: 13-734 (RBW)** |

**FORMER ATTORNEYS' MOTION FOR DISTRIBUTION OF FUNDS**

Pursuant to the Court's May 30, 2025 Order (Dkt. #281), the Public Interest Legal Foundation ("PILF") and the law firm of Foley & Lardner LLP ("Foley") (collectively, the "Former Attorneys") hereby move for the distribution of the fees awarded by this Court on August 15, 2023. In support of this Motion, the Former Attorneys respectfully state as follows:

1. On August 15, 2023, the Court awarded attorneys' fees, costs, and expenses in the amount of $788,539.30. (Dkt. #245 at 6.)
2. The Court's August 15 Order held "that the Former Attorneys have a valid charging lien on the attorneys' fees awarded by the Court in this case." (Dkt. #245 at 6.)
3. The Former Attorneys submitted a supplemental brief on September 11, 2023 that included a breakdown of the fees and costs to be distributed to the Former Attorneys. (Dkt. #246 at 6.)
4. On May 30, 2025, this Court denied the Bopp Law Firm's amended motion for enforcement of attorney's charging lien and ordered the Former Attorneys to refile this motion.

5. For these reasons, payments in the following amounts should be made directly to counsel of record for the Former Attorneys:

   a. Public Interest Legal Foundation $348,979.81

   b. Foley & Lardner LLP $264,686.57

   c. Center for Constitutional Jurisprudence $24,853.94

Date: June 3, 2025

Respectfully submitted,

*s/ Michael J. Lockerby*
Michael J. Lockerby (D.C. Bar No. 502987)
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street, N.W., Suite 600
Washington, D.C. 20007-5109
Telephone: (202) 672-5300
mlockerby@foley.com

*Counsel for Former Attorneys*
*Foley & Lardner LLP*

*/s/ Kaylan L. Phillips*
Kaylan L. Phillips (D.C. Bar. No. 1110583)
Noel H. Johnson (admitted *pro hac vice*)
Public Interest Legal Foundation
107 South West Street, Suite 700
Alexandria, VA 22314
Telephone: (703) 745-5870
kphillips@publicinterestlegal.org
njohnson@publicinterestlegal.org

*Counsel for Former Attorneys*
*Public Interest Legal Foundation*