# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **True the Vote, Inc.**;<br>    *Plaintiff*,<br>v.<br><br>**Internal Revenue Service, et al.**;<br>    *Defendant*s,<br>and<br><br>**THE BOPP LAW FIRM, PC**<br>    *Non-Party Petitioner,*<br><br>and **Public Interest Legal Foundation, Inc.**<br>    *Non-Party Petitioner.* | **Civil Case No.** 1:13-cv-000734-RBW<br><br>**Notice of Appeal by The Bopp Law Firm, PC** |

Non-Party Petitioner The Bopp Law Firm, PC gives notice that it appeals to the United States Court of Appeals for the D.C. Circuit from the Order entered May 30, 2025 (ECF No. 281).

June 11, 2025

Respectfully submitted,

/s/ James Bopp, Jr.
James Bopp, Jr. (D.C. Bar No. CO0041)
 jboppjr@aol.com
THE BOPP LAW FIRM, P.C.
The National Building
1 South 6th Street
Terre Haute, Indiana 47807
(812) 232-2434
(812) 235-3685 (fax)
*Attorneys for Non-Party Petitioner THE BOPP LAW FIRM, PC*

**BLF's Notice of Appeal**