**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **TRUE THE VOTE, INC.,**<br><br>*Plaintiff,*<br><br>*v.*<br><br>**INTERNAL REVENUE SERVICE, *et al.*,**<br><br>*Defendants.* | Civ. No. 13-cv-00734-RBW |

**CORPORATE DISCLOSURE STATEMENT**

The Center for Investigative Reporting, Inc. is a non-profit news organization. It has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

DATED: January 17, 2023

*/s/ Alden L. Atkins*

Alden L. Atkins [DC 393922]
Charles L. Wesley [DC 252709]
(*Pro hac vice* application / admission pending)
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, N.W.
Suite 500 West
Washington, DC 20037
Telephone: 202-639-6613
Facsimile: 202-879-8813
aatkins@velaw.com
lwesley@velaw.com

D. Victoria Baranetsky
Cal. Bar No. 311892
(*Pro hac vice* application forthcoming)
THE CENTER FOR INVESTIGATIVE
REPORTING
1400 65th St., Suite 200
Emeryville, CA 94608
Telephone: (510) 982-2890
vbaranetsky@revealnews.org

Peter Steffensen
Southern District No. 3372006
Texas Bar No. 24106464
(*Pro hac vice* application pending)
SMU DEDMAN SCHOOL OF LAW
FIRST AMENDMENT CLINIC
P.O. Box 750116
Dallas, Texas 75275
Telephone: (214) 768-4077
Fax: (214) 768-1611
psteffensen@smu.edu

*Attorneys for The Center for Investigative Reporting, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2023, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by email to all parties by operation of the Court's CM/ECF system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ Alden L. Atkins*
Alden L. Atkins