# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5219** **September Term, 2025**

**1:13-cv-00734-RBW**

**Filed On: June 3, 2026** **[2176598]**

True the Vote, Inc.,

Appellee

v.

Internal Revenue Service, et al.,

Appellees

Bopp Law Firm, PC,

Appellant

**M A N D A T E**

In accordance with the judgment of April 10, 2026, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Daniel J. Reidy
Deputy Clerk

Link to the judgment filed April 10, 2026