# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 25-5219** **September Term, 2025**

FILED ON: APRIL 10, 2026

TRUE THE VOTE, INC.,
APPELLEE

v.

INTERNAL REVENUE SERVICE, ET AL.,
APPELLEES

BOPP LAW FIRM, PC,
APPELLANT

Appeal from the United States District Court
for the District of Columbia
(No. 1:13-cv-00734)

Before: PILLARD and WALKER, *Circuit Judges*, and ROGERS, *Senior Circuit Judge*

## J U D G M E N T

This cause came to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court be vacated and the case be remanded for further proceedings, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/

Michael C. McGrail
Deputy Clerk

Date: April 10, 2026

Opinion for the court filed by Circuit Judge Walker.