**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **True the Vote, Inc.**; *Plaintiff*,<br>*v.*<br>**Internal Revenue Service, et al.**; *Defendants*,<br>and<br>**THE BOPP LAW FIRM, PC** *Non-Party Petitioner,*<br>and **Public Interest Legal Foundation, Inc.** *Non-Party Petitioner.* | **Civil Case No.** 1:13-cv-000734-RBW<br><br>**Motion of Petitioner The Bopp Law Firm, P.C. Former Attorneys' Motion to Extend Time to File Supplemental Brief** |

On June 4, 2026, this Court filed a Minute Order scheduling supplemental briefing on issues remanded by the District of Columbia Circuit in the above-captioned case, such briefing to be submitted on or before July 3, 2026. Petitioner The Bopp Law Firm, PC ("**BLF**") respectfully requests that the time for supplemental briefing be extended by two weeks, to be due on or before July 17, 2026.

Neither party has requested or been granted an extension for these filings. There are no other previously-scheduled deadlines that will be affected by granting this motion.

The Public Interest Legal Foundation and the law firm of Foley & Lardner LLP (collectively, "**Former Attorneys**") have been consulted and they do not oppose this extension on the condition that no other extensions are requested or granted.

Extended time is requested because the attorney with primary responsibility for this

matter has previously-scheduled obligations, and yesterday had a medical emergency that requires time away from work and otherwise affects work production. Considerable time would be needed to bring up to speed another attorney—who, in any event, also has previous obligations. BLF respectfully submits that these circumstances provide good cause for granting this Motion for Extending Time.

June 18, 2026

Respectfully submitted,
/s/ James Bopp, Jr.

James Bopp, Jr. (D.C. Bar No. CO0041)
jboppjr@aol.com
THE BOPP LAW FIRM, P.C.
The National Building
1 South 6th Street
Terre Haute, Indiana 47807
(812) 232-2434
(812) 235-3685 (fax)
*Attorneys for Non-Party Petitioner THE BOPP LAW FIRM, PC*