**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **True the Vote, Inc.**; *Plaintiff*,<br>*v.*<br>**Internal Revenue Service, et al.**; *Defendants*,<br>and<br>**THE BOPP LAW FIRM, PC** *Non-Party Petitioner,*<br>and **Public Interest Legal Foundation, Inc.** *Non-Party Petitioner.* | **Civil Case No.** 1:13-cv-000734-RBW |

Before the Court is Petitioner The Bopp Law Firm's Motion to Extend Time for filing supplemental briefing on the issues remanded by the District of Columbia Circuit in this case. Finding good cause, the Motion is granted. Supplemental briefing shall be filed on or before July 17, 2026.

SO ORDERED this _____________ day of June, 2026

___________________________________
Reggie B. Walton
United States District Judge